Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of California**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy         04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Villa Chardonnay Horses With Wings, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**    2 7 – 0 6 6 6 6 2 4

**4. Debtor's address**

Principal place of business

4554 Boulder Creek Rd
Number        Street

Julian, CA 92036
City                    State      ZIP Code

San Diego
County

Mailing address, if different from principal place of business

Po Box 1000
Number        Street

Julian, CA 92036-1000
City                    State      ZIP Code

Location of principal assets, if different from principal place of business

Number        Street

City                    State      ZIP Code

**5. Debtor's website (URL)**    www.villachardonnay.org

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify:    **Non-Profit**

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |
| | ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ❑ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ❑ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply:* |
| | ☑ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| |   7  1  2  1 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ❑ Chapter 7 |
| | ❑ Chapter 9 |
| | ☑ Chapter 11. *Check all that apply:* |
| |     ❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). |
| |     ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement. and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| |     ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| |     ❑ A plan is being filed with this petition. |
| |     ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| |     ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| |     ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ❑ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ❑ No |
| | ☑ Yes. District **Southern District of California**   When **9/1/2025**  Case number **25–03692–JBM**11 |
| |                                          MM / DD / YYYY |
| If more than 2 cases, attach a separate list. | District _____      When _____ Case number _____ |
| |                                    MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | ❑ Yes. Debtor _____                      Relationship _____ |
| List all cases. If more than 1, attach a separate list. | District _____                    When _____ |
| |                                                MM / DD / YYYY |
| | Case number, if known _____ |

Debtor    Villa Chardonnay Horses With Wings, Inc.                              Case number *(if known)* _____
           Name

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>Why does the property need immediate attention? *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>Where is the property? _____<br>                   Number    Street<br><br>                   City                        State   ZIP Code<br><br>Is the property insured?<br>☐ No<br>☐ Yes.  Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99    ☐ 1,000-5,000 ☐ 5,001-10,000    ☐ 25,001-50,000 ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor    **Villa Chardonnay Horses With Wings, Inc.**                     Case number *(if known)* _____
          <sub>Name</sub>

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING --    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 14 / 2025.
          MM/ DD/ YYYY

X _____          **Monika Kerber Perez**
Signature of authorized representative of debtor          Printed name

Title _____ **President**

**18. Signature of attorney**

X _____          Date **10/14/2025**
Signature of attorney for debtor                    MM/ DD/ YYYY

**Michael R Totaro**
Printed name

**Totaro & Shanahan, LLP**
Firm name

**PO Box 789**
Number          Street

**Pacific Palisades**                    **CA**          **90272**
City                              State          ZIP Code

**(310) 804-2157**                    **Ocbkatty@aol.com**
Contact phone                         Email address

**102229**                         **CA**
Bar number                          State

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

IN RE:

CHAPTER **11**

**Villa Chardonnay Horses With Wings, Inc.**

DEBTOR(S)

CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

**Monika Kerber Perez**
P.O. Box 1000 Julian, CA 92036

## DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President** _____ of the _____ **Nonpublic Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **10/14/2025** _____

Signature: _____

*Monika Kerber Perez, President*

Fill in this information to identify the case:

Debtor name _____ **Villa Chardonnay Horses With Wings, Inc.** _____

United States Bankruptcy Court for the:

_____ **Southern District of California** _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | The Ark Watch andcCeline Myers c/o Manatt, Phelps & Phillips, LLP 1 Embarcadero Ctr Fl 30 San Francisco, CA 94111-3719 | | Judgment | Disputed | $2,010,429.10 | $3,625,000.00 | $2,010,429.10 |
| 2 | Internal Revenue Service General Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | | Disputed | | | $362,551.08 |
| 3 | Internal Revenue Service General Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | Taxes | Disputed | | | $323,936.89 |
| 4 | Cynthia Montgomery C/O Allen Kate 888 Prospect St Ste 200 La Jolla, CA 92037-4261 | | Judgment | Disputed | | | $280,000.00 |
| 5 | Small Business Association CESC Covid EIDL Service Center 14925 Kingsport Rd Fort Worth, TX 76155-2243 | | | Disputed | $2,139,920.00 | $3,625,000.00 | $210,162.79 |
| 6 | The ARK Watch Foundation Manatt, Phelps & Phillips, LLP 203 Redwood Shores Pkwy Ste 450 Redwood City, CA 94065-6100 | | Judgment | Disputed | $160,060.02 | $3,625,000.00 | $160,060.02 |
| 7 | San Diego Department of Gas & Electric Po Box 25111 Santa Ana, CA 92799-5111 | | Utility | Disputed | | | $115,000.00 |
| 8 | The ARK Watch Foundation Manatt, Phelps & Phillips, LLP 203 Redwood Shores Pkwy Ste 450 Redwood City, CA 94065-6100 | | | Disputed | $64,998.29 | $3,625,000.00 | $64,998.29 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Darlene Sears<br>2420 Gondar Ave<br>Long Beach, CA 90815-2214 | | Judgment Lien | Disputed | $64,542.32 | $3,625,000.00 | $64,542.32 |
| 10 | Internal Revenue Service<br>General Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | Taxes | Disputed | | | $49,426.00 |
| 11 | Santos Rodriguez<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 340<br>Los Angeles, CA 90013-2343 | | Labor Commission Award | Disputed | $46,343.67 | $3,625,000.00 | $46,343.67 |
| 12 | State of California Labor Commission<br>464 W 4th St 478<br>Sn Bernrdno, CA 92401-1407 | | Fees for Labor Hearings | Disputed | $43,517.49 | $3,625,000.00 | $43,517.49 |
| 13 | Rey Velazquez<br>Attn. Labor Commissioner's Office<br>3737 Main St Ste 850<br>Riverside, CA 92501-3350 | | Labor Hearing Judgment | Disputed | $12,280.30 | $3,625,000.00 | $12,280.30 |
| 14 | Benjamin Moreno<br>Attn. Labor Commissioner's Office<br>3737 S Main St # 850<br>Riverside, CA 92501 | | Labor Commission Award | Disputed | $9,700.09 | $3,625,000.00 | $9,700.09 |
| 15 | Waste Management<br>Attn. Rentto & Rentto<br>3517 Camino Del Rio S Ste 412<br>San Diego, CA 92108-4046 | | Judgment | Disputed | $9,656.31 | $3,625,000.00 | $9,656.31 |
| 16 | Santos Figueroa<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 340<br>Los Angeles, CA 90013 | | Labor Hearing Judgment | Disputed | $5,726.98 | $3,625,000.00 | $5,726.98 |
| 17 | Andres Sandoval<br>Attn. Labor Commissioner's Office<br>3737 Main St Ste 850<br>Riverside, CA 92501-3350 | | Labor Hearing Judgment | Disputed | $2,843.22 | $3,625,000.00 | $2,843.22 |
| 18 | Allstate Propane<br>31500 Grape St # 3-404<br>Lake Elsinore, CA 92532-9709 | | Supplies | | | | $990.00 |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case:

Debtor name      **Villa Chardonnay Horses With Wings, Inc.**

United States Bankruptcy Court for the:

                 **Southern District of California**

Case number (if known): _____      Chapter  __11__

☐ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
       Copy line 88 from *Schedule A/B*...................................................................................................

    | $3,625,000.00 |

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.................................................................................................

    | $885.14 |

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*...................................................................................................

    | $3,625,885.14 |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    | $6,627,811.66 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................

    | $323,936.89 |

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

    | +      $448,288.46 |

4. **Total liabilities**...........................................................................................................................
    Lines 2 + 3a + 3b

    | $7,400,037.01 |

Debtor Name  **Villa Chardonnay Horses With Wings, Inc.**

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **California**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Wells Fargo** | **Checking account** | **9  0  3  0** | **$885.14** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____

   4.2 _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$885.14**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____          _____

7.2 _____     _____

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1 _____     _____

     8.2 _____     _____

**9.**    **Total of Part 2**

     Add lines 7 through 8. Copy the total to line 81.                       [_____]

| Part 3: | Accounts receivable |
|---|---|

**10.**    **Does the debtor have any accounts receivable?**

     ☑ No. Go to Part 4.

     ☐ Yes. Fill in the information below.

                                                     **Current value of debtor's interest**

**11.**    **Accounts receivable**

     11a. 90 days old or less:    _____ – _____ = ..... ➔    _____

                         face amount          doubtful or uncollectible accounts

     11b. Over 90 days old:    _____ – _____ = ..... ➔    _____

                         face amount          doubtful or uncollectible accounts

**12.**    **Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.        [_____]

| Part 4: | Investments |
|---|---|

**13.**    **Does the debtor own any investments?**

     ☑ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

                                              **Valuation method used for current value**    **Current value of debtor's interest**

**14.**    **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1 _____    _____    _____

     14.2 _____    _____    _____

**15.**    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                                 % of ownership:

     15.1. _____   _____    _____    _____

     15.2. _____   _____    _____    _____

**16.**   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

     16.1   _____   _____   _____

     16.2   _____   _____   _____

**17.**   **Total of Part 4**

     Add lines 14 through 16. Copy the total to line 83.          [_____]

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18.**   **Does the debtor own any inventory (excluding agriculture assets)?**

     ☑ No. Go to Part 6.

     ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

**23.**   **Total of Part 5**

     Add lines 19 through 22. Copy the total to line 84.          [_____]

**24.**   **Is any of the property listed in Part 5 perishable?**

     ☐ No

     ☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

     ☐ No

     ☐ Yes.   Book value _____   Valuation method _____   Current value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

     ☐ No

     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

| 27. | **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?** | | | |
|---|---|---|---|---|
| | ☑ No. Go to Part 7. | | | |
| | ☐ Yes. Fill in the information below. | | | |
| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| 28. | **Crops—either planted or harvested** | | | |
| | _____ | _____ | _____ | _____ |
| 29. | **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | _____ | _____ | _____ | _____ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | _____ | _____ | _____ | _____ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| | _____ | _____ | _____ | _____ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| | _____ | _____ | _____ | _____ |
| 33. | **Total of Part 6** Add lines 28 through 32. Copy the total to line 85. | | | _____ |

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No
   ☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No
   ☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☑ No. Go to Part 8.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** <br> ─────────────────────────── | ─────────── | ─────────── | ─────────── |
| **40.** **Office fixtures** <br> ─────────────────────────── | ─────────── | ─────────── | ─────────── |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** <br> ─────────────────────────── | ─────────── | ─────────── | ─────────── |
| **42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 ──────────────────── | ─────────── | ─────────── | ─────────── |
| 42.2 ──────────────────── | ─────────── | ─────────── | ─────────── |
| 42.3 ──────────────────── | ─────────── | ─────────── | ─────────── |

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

                                                          ┌─────────────┐
                                                          │ ─────────── │
                                                          └─────────────┘

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

    ❑ No

    ❑ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ❑ No

    ❑ Yes

**Part 8:**   Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ❑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 ──────────────────── | ─────────── | ─────────── | ─────────── |
| 47.2 ──────────────────── | ─────────── | ─────────── | ─────────── |
| 47.3 ──────────────────── | ─────────── | ─────────── | ─────────── |
| 47.4 ──────────────────── | ─────────── | ─────────── | ─────────── |

48. **Watercraft, trailers, motors, and related accessories** Examples:
Boats, trailers, motors, floating homes, personal watercraft, and fishing
vessels

48.1 _____  _____  _____  _____

48.2 _____  _____  _____  _____

49. **Aircraft and accessories**

49.1 _____  _____  _____  _____

49.2 _____  _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

_____  _____  _____  _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

❑ No

❑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

❑ No

❑ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

❑ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Horse Sancutary /** 4554 Boulder<br>Creek Rd Julian, CA 92036 | Fee Simple | unknown | Certified Appraisal | $3,625,000.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$3,625,000.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

❑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

❑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| **61.** **Internet domain names and websites** | | | |
| _____ | _____ | _____ | _____ |
| **62.** **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| **64.** **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| **65.** **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| _____ |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____     _____ − _____ =➔    _____

       Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

_____        _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

       _____

**Nature of claim**    _____

**Amount requested**    _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

       _____

**Nature of claim**    _____

**Amount requested**    _____

76. **Trusts, equitable or future interests in property**

_____        _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| | |
|---|---|
| **300 Horses, sick and elderly** | **unknown** |
| **300 Cats Sick and elderly** | **unknown** |
| **3 pigs sick and elderly** | **unknown** |
| **2 Alpaca sick and elderly** | **unknown** |
| **8 Geese elderly** | **unknown** |
| **30 chickens and roosters elderly** | **unknown** |
| **1 Blind Bull** | **unknown** |
| **4 Peacocks elderly** | **unknown** |
| **5 Turkeys elderly** | **unknown** |
| **3 Turtles** | **unknown** |

| 9 Donkeys elderly | unknown |
| 10 Goats elderly | unknown |
| 1 Lamb elderly | unknown |

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $885.14 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9* ...................................➜ | | $3,625,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*............91a. | $885.14 | + 91b. $3,625,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................    $3,625,885.14

Debtor name     **Villa Chardonnay Horses With Wings, Inc.**

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**California**_____

                                                                              (State)

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

### Part 1:     List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

    *Column A*
    **Amount of claim**
    Do not deduct the value
    of collateral.

    *Column B*
    **Value of collateral
    that supports this
    claim**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
    Page, if any.**                                                                                        **$6,627,811.66**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.1 Creditor's name**

Andres Sandoval

**Creditor's mailing address**

Attn. Labor Commissioner's Office

3737 Main St Ste 850

Riverside, CA 92501-3350

**Creditor's email address, if known**

_____

**Date debt was incurred**    05/01/2024

**Last 4 digits of account**   6  1  6  2
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

   1) Investors Mortgage Lending Group, Inc; 2) Small Business Association; **3) Andres Sandoval**; 4) The ARK Watch Foundation; 5) The ARK Watch Foundation; 6) Benjamin Moreno; 7) Carol Armbrust; 8) The Ark Watch andcCeline Myers; 9) Darlene Sears; 10) Elias Villafuerte-Rubio; 11) Private Mortgage Lending, LLC; 12) Raul Garcia; 13) Rey Velazquez; 14) River Falls, LLC; 15) Santos Figueroa; 16) Santos Rodriguez; 17) State of California Labor Commission ; 18) Waste Management

**Describe debtor's property that is subject to a lien**

Horse Sanctuary

**Describe the lien**

Labor Hearing Judgment

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: $2,843.22    Column B: $3,625,000.00

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|--|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim — Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.2 Creditor's name**

Benjamin Moreno

**Describe debtor's property that is subject to a lien**

Horse Sanctuary

$9,700.09    $3,625,000.00

**Creditor's mailing address**

Attn. Labor Commissioner's Office

3737 S Main St # 850

Riverside, CA 92501

**Describe the lien**

Labor Commission Award

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**    10/28/2020

**Last 4 digits of account number**    1 1 4 6

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☑ Yes. The relative priority of creditors is specified on lines _2.1_

## Part 1:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.3** Creditor's name

**Carol Armbrust**

Creditor's mailing address

P.O. Box 203

Chester, ID 83421

Creditor's email address, if known

Date debt was incurred        03/16/2020

Last 4 digits of account   5  7  3  2
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

☑ Yes. The relative priority of creditors is specified on lines  2.1

Describe debtor's property that is subject to a lien

Horse Sanctuary

Describe the lien

Agreement

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **unknown**

Column B: **$3,625,000.00**

Debtor   **Villa Chardonnay Horses With Wings, Inc.**                    Case number (if known) _____
         Name

---

<table>
<tr><td colspan="2">**Part 1:**   **Additional Page**</td><td>Column A</td><td>Column B</td></tr>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.</td><td>Amount of claim<br>Do not deduct the value of collateral.</td><td>Value of collateral that supports this claim</td></tr>
</table>

**2.4** Creditor's name

    Darlene Sears

Creditor's mailing address

    2420 Gondar Ave

    Long Beach, CA 90815-2214

Creditor's email address, if known

    _____

Date debt was incurred    **09/25/2024**

Last 4 digits of account   **1   0   5   1**
number

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes. Have you already specified the
    relative priority?

    ☐ No. Specify each creditor, including
       this creditor, and its relative
       priority.

       _____

       _____

    ☑ Yes. The relative priority of creditors
       is specified on lines **2.1**

Describe debtor's property that is subject to a lien

    Horse Sanctuary                  **$64,542.32**    **$3,625,000.00**

Describe the lien

    Judgment Lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

---

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** Amount of claim
Do not deduct the value of collateral.

**Column B** Value of collateral that supports this claim

**2.5 Creditor's name**

Elias Villafuerte-Rubio

**Describe debtor's property that is subject to a lien**

Horse Sanctuary

$0.00        $3,625,000.00

**Creditor's mailing address**

Attn. Labor Commissioner's Office

320 W 4th St Ste 450

Los Angeles, CA 90013-2479

**Creditor's email address, if known**

_____

Date debt was incurred    10/28/2020

Last 4 digits of account   9  7  9  2
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Remarks:** Creditor was previously paid $18639.12

**Describe the lien**

Labor Hearing Award

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

## Part 1:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.6 Creditor's name**

Internal Revenue Service

Describe debtor's property that is subject to a lien

| | $362,551.08 | unknown |
|---|---|---|

**Creditor's mailing address**

General Insolvency Operations

PO Box 7346

Philadelphia, PA 19101-7346

Describe the lien

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    2020-2021

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor   Villa Chardonnay Horses With Wings, Inc.                     Case number (if known) _____
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | Do not deduct the value of collateral. | that supports this claim |

2.7 Creditor's name

**Investors Mortgage Lending Group, Inc**

Creditor's mailing address

**Po Box 2354**

**Rcho Santa Fe, CA 92067-2354**

Creditor's email address, if known

_____

Date debt was incurred     **03/16/2020**

Last 4 digits of account   **1  3  0  1**
number

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes. Have you already specified the
relative priority?

   ☐ No. Specify each creditor, including
   this creditor, and its relative
   priority.

   _____

☑ Yes. The relative priority of creditors
   is specified on lines __2.1__

Describe debtor's property that is subject to a lien

Horse Sanctuary

Describe the lien

Agreement

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$1,695,242.79**      Column B: **$3,625,000.00**

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — Amount of claim — Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.8 Creditor's name**

John Deere Financial

**Describe debtor's property that is subject to a lien**

unknown      unknown

**Creditor's mailing address**

6400 Nw 86th St

Johnston, IA 50131

**Describe the lien**

Agreement

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Date debt was incurred**    03/27/2024

**Last 4 digits of account**   2 7 4 8
**number**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Remarks:** Potential deficiency from Repossession

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim — Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.9 Creditor's name**

**Private Mortgage Lending, LLC**

Creditor's mailing address

**Po Box 2354**

**Rcho Santa Fe, CA 92067-2354**

Creditor's email address, if known

Date debt was incurred        **03/16/2020**

Last 4 digits of account      **0  1  4  5**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

Horse Sanctuary

Describe the lien

**Agreement**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **unknown**

Column B: **$3,625,000.00**

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim<br>Do not deduct the value<br>of collateral. | Value of collateral<br>that supports this<br>claim |

**2.10 Creditor's name**

Raul Garcia

Describe debtor's property that is subject to a lien

Horse Sanctuary

$0.00      $3,625,000.00

**Creditor's mailing address**

Attn. Labor Commissioner's Office

320 W 4th St Ste 450

Los Angeles, CA 90013-2479

**Creditor's email address, if known**

_____

Date debt was incurred    10/28/2020

Last 4 digits of account   5   9   6   2
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines   2.1

**Remarks:** Creditor Claim was paid

**Describe the lien**

Labor Hearing Judgment

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

## Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.11 Creditor's name**

Rey Velazquez

**Creditor's mailing address**

Attn. Labor Commissioner's Office

3737 Main St Ste 850

Riverside, CA 92501-3350

**Creditor's email address, if known**

_____

Date debt was incurred    05/01/2024

Last 4 digits of account   1  1  5  7
number

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Have you already specified the relative priority?

   ❑ No. Specify each creditor, including this creditor, and its relative priority.

   _____

☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Horse Sanctuary

**Describe the lien**

Labor Hearing Judgment

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

☑ Disputed

| | |
|---|---|
| $12,280.30 | $3,625,000.00 |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim** | Column B<br>**Value of collateral** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.12** Creditor's name

River Falls, LLC

Creditor's mailing address

Attn. June Sifuentes

2840 Fletcher Pkwy # 144

El Cajon, CA 92020-2111

Creditor's email address, if known

_____

Date debt was incurred    03/16/2020

Last 4 digits of account   3  7  0  0
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

☑ Yes. The relative priority of creditors is specified on lines  2.1

Describe debtor's property that is subject to a lien

Horse Sanctuary

Describe the lien

Agreement

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Column A:** unknown

**Column B:** $3,625,000.00

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13 Creditor's name**

Santos Figueroa

**Creditor's mailing address**

Attn. Labor Commissioner's Office

320 W 4th St Ste 340

Los Angeles, CA 90013

**Creditor's email address, if known**

_____

Date debt was incurred     10/28/2020

Last 4 digits of account   4  2  4  8
number

Do multiple creditors have an interest in
the same property?

❑ No

☑ Yes. Have you already specified the
       relative priority?

    ❑ No. Specify each creditor, including
          this creditor, and its relative
          priority.

    _____

    ☑ Yes. The relative priority of creditors
           is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Horse Sanctuary

**Describe the lien**

Labor Hearing Judgment

**Is the creditor an insider or related party?**

☑ No
❑ Yes

**Is anyone else liable on this claim?**

❑ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

|  |  |
|---|---|
| $5,726.98 | $3,625,000.00 |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral |
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | Do not deduct the value of collateral. | that supports this claim |

**2.14** Creditor's name

**Santos Rodriguez**

Creditor's mailing address

**Attn. Labor Commissioner's Office**

**320 W 4th St Ste 340**

**Los Angeles, CA 90013-2343**

Creditor's email address, if known

_____

Date debt was incurred        **10/28/2020**

Last 4 digits of account   **1   1   5   5**
number

Do multiple creditors have an interest in
the same property?

❏ No

☑ Yes. Have you already specified the
relative priority?

❏ No. Specify each creditor, including
this creditor, and its relative
priority.

_____

_____

☑ Yes. The relative priority of creditors
is specified on lines **2.1**

Describe debtor's property that is subject to a lien

Horse Sanctuary                                          $46,343.67        $3,625,000.00

Describe the lien

**Labor Commission Award**

Is the creditor an insider or related party?

☑ No
❏ Yes

Is anyone else liable on this claim?

❏ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

❏ Contingent
❏ Unliquidated
☑ Disputed

| Part 1: | Additional Page | | Column A<br>Amount of claim | Column B<br>Value of collateral |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim — Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.15 Creditor's name**

**Small Business Association**

Creditor's mailing address

**CESC Covid EIDL Service Center**

**14925 Kingsport Rd**

**Fort Worth, TX 76155-2243**

Creditor's email address, if known

_____

Date debt was incurred    **01/15/2022**

Last 4 digits of account   **8  2  0  4**
number

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including
this creditor, and its relative
priority.

_____
_____

☑ Yes. The relative priority of creditors
is specified on lines **2.1**

Describe debtor's property that is subject to a lien

Horse Sanctuary

$2,139,920.00          $3,625,000.00

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.16 Creditor's name**

State of California Labor Commission

**Creditor's mailing address**

464 W 4th St 478

Sn Bernrdno, CA 92401-1407

**Creditor's email address, if known**

_____

Date debt was incurred    **June 2, 2022**

Last 4 digits of account   **0  4  5  9**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Horse Sanctuary

**Describe the lien**

Fees for Labor Hearings

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$43,517.49     $3,625,000.00

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.17 Creditor's name**

The Ark Watch andcCeline Myers

**Creditor's mailing address**

c/o Manatt, Phelps & Phillips, LLP

1 Embarcadero Ctr Fl 30

San Francisco, CA 94111-3719

**Creditor's email address, if known**

_____

Date debt was incurred      **06/18/2024**

Last 4 digits of account   **7  7  3  9**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Horse Sanctuary

**Describe the lien**

Judgment

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$2,010,429.10**        **$3,625,000.00**

| Part 1: | **Additional Page** | | Column A<br>**Amount of claim** | Column B<br>*Value of collateral* |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
*Value of collateral that supports this claim*

**2.18** Creditor's name

**The ARK Watch Foundation**

Creditor's mailing address

**Manatt, Phelps & Phillips, LLP**

**203 Redwood Shores Pkwy Ste 450**

**Redwood City, CA 94065-6100**

Creditor's email address, if known

Date debt was incurred          **07/20/2022**

Last 4 digits of account   **4  6  6  6**
number

Do multiple creditors have an interest in the same property?

❑ No
☑ Yes. Have you already specified the relative priority?

   ❑ No. Specify each creditor, including this creditor, and its relative priority.

   _____  _____

☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

Horse Sanctuary

Describe the lien

Is the creditor an insider or related party?
☑ No
❑ Yes

Is anyone else liable on this claim?
❑ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
❑ Contingent
❑ Unliquidated
☑ Disputed

$64,998.29

$3,625,000.00

## Part 1:     Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.19 Creditor's name**

The ARK Watch Foundation

**Describe debtor's property that is subject to a lien**

Horse Sanctuary

$160,060.02      $3,625,000.00

**Creditor's mailing address**

Manatt, Phelps & Phillips, LLP

203 Redwood Shores Pkwy Ste 450

Redwood City, CA 94065-6100

**Creditor's email address, if known**

**Date debt was incurred**     08/23/2023

**Last 4 digits of account number**     4 _ 6 _ 6 _ 6

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe the lien**

Judgment

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| Part 1: | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>*Value of collateral<br>that supports this<br>claim* |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.20 Creditor's name**

    **Waste Management**

**Creditor's mailing address**

    **Attn. Rentto & Rentto**

    **3517 Camino Del Rio S Ste 412**

    **San Diego, CA 92108-4046**

**Creditor's email address, if known**

_____

**Date debt was incurred   03/06/2024**

**Last 4 digits of account   1  8  1  5
number**

**Do multiple creditors have an interest in
the same property?**

❑ No

☑ Yes. Have you already specified the
    relative priority?

    ❑ No. Specify each creditor, including
       this creditor, and its relative
       priority.

    _____

    ☑ Yes. The relative priority of creditors
       is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Horse Sanctuary

**Describe the lien**

Judgment

**Is the creditor an insider or related party?**

☑ No
❑ Yes

**Is anyone else liable on this claim?**

❑ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

Column A: **$9,656.31**

Column B: **$3,625,000.00**

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**

**General Insolvency Operations**

**PO Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

2023-2025

Last 4 digits of account
number n  n  a  y

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the Claim:

Taxes

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$323,936.89**          Priority amount: **$323,936.89**

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number __ __ __ __

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ——

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $990.00 |
|---|---|---|
| **Allstate Propane** | ☐ Contingent | |
| 31500 Grape St # 3-404 | ☐ Unliquidated | |
| Lake Elsinore, CA 92532-9709 | ☐ Disputed | |
| | Basis for the claim: Supplies | |
| Date or dates debt was incurred     2025 | Is the claim subject to offset? ☑ No | |
| Last 4 digits of account number     4 3 3 0 | ☐ Yes | |

| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|
| **Bruno Gonzalez** | ☑ Contingent | |
| c/o Adamson Ahdoot, LLP | ☐ Unliquidated | |
| 1150 S Robertson Blvd | ☑ Disputed | |
| Los Angeles, CA 90035 | Basis for the claim: Fraudulent Personal Injury Claim | |
| Date or dates debt was incurred     11/22/2022 | Is the claim subject to offset? ☑ No | |
| Last 4 digits of account number     7 2 2 3 | ☐ Yes | |

| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280,000.00 |
|---|---|---|
| **Cynthia Montgomery** | ☐ Contingent | |
| C/O Allen Kate | ☐ Unliquidated | |
| 888 Prospect St Ste 200 | ☑ Disputed | |
| La Jolla, CA 92037-4261 | Basis for the claim: Judgment | |
| Date or dates debt was incurred     10-18-2022 | Is the claim subject to offset? ☑ No | |
| Last 4 digits of account number     4 1 2 3 | ☐ Yes | |

| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,426.00 |
|---|---|---|
| **Internal Revenue Service** | ☐ Contingent | |
| General Insolvency Operations | ☐ Unliquidated | |
| PO Box 7346 | ☑ Disputed | |
| Philadelphia, PA 19101-7346 | Basis for the claim: Taxes | |
| Date or dates debt was incurred     2019-2020 | Is the claim subject to offset? ☑ No | |
| Last 4 digits of account number     n n a y | ☐ Yes | |

## Part 2:  Additional Page

| | | | |
|---|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,872.46 |

**3.5** Nonpriority creditor's name and mailing address

**Jefferson Capital Systems LLC**

**Po Box 7999**

**Saint Cloud, MN 56302-7999**

Date or dates debt was incurred          2014

Last 4 digits of account number      0  8  3  0

Remarks: Payment
   P.O. Box 772813
   Chicago, IL 60677

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,872.46**

---

**3.6** Nonpriority creditor's name and mailing address

**John Deere Financial (2)**

**Attn. Customer Service**

**Po Box 5328**

**Madison, WI 53705-0328**

Date or dates debt was incurred          03/26/2024

Last 4 digits of account number      2  7  4  6

Remarks: 2 utility vehicles. 1 Two Seater and 1 Four Seater
Potential Deficiency from Reposssion

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.7** Nonpriority creditor's name and mailing address

**San Diego Department of Gas & Electric**

**Po Box 25111**

**Santa Ana, CA 92799-5111**

Date or dates debt was incurred          2025

Last 4 digits of account number      5  0  0  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Utility**

Is the claim subject to offset?
☑ No
☐ Yes

**$115,000.00**

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $323,936.89 |
| 5b. | Total claims from Part 2 | 5b. + | $448,288.46 |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $772,225.35 |

Fill in this information to identify the case:

Debtor name     **Villa Chardonnay Horses With Wings, Inc.**

United States Bankruptcy Court for the: _____ **Southern** _____ District of _____ **California**

                                                 (State)

Case number (If known): _____    Chapter    **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Villa Chardonnay Horses With Wings, Inc.**

United States Bankruptcy Court for the: **Southern** District of **California**

(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 **Monika Kerber Perez** | **P.O. Box 1000** <br> Street <br><br> **Julian, CA 92036** <br> City   State   ZIP Code | **Small Business Association** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Investors Mortgage Lending Group, Inc** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **River Falls, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Carol Armbrust** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Private Mortgage Lending, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Benjamin Moreno** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Santos Figueroa** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Santos Rodriguez** | ☑ D <br> ☐ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | State of California Labor Commission | ☑ D<br>☐ E/F<br>☐ G |
| | | The ARK Watch Foundation | ☑ D<br>☐ E/F<br>☐ G |
| | | The ARK Watch Foundation | ☑ D<br>☐ E/F<br>☐ G |
| | | Waste Management | ☑ D<br>☐ E/F<br>☐ G |
| | | Andres Sandoval | ☑ D<br>☐ E/F<br>☐ G |
| | | Elias Villafuerte-Rubio | ☑ D<br>☐ E/F<br>☐ G |
| | | Rey Velazquez | ☑ D<br>☐ E/F<br>☐ G |
| | | Raul Garcia | ☑ D<br>☐ E/F<br>☐ G |
| | | The Ark Watch andcCeline Myers | ☑ D<br>☐ E/F<br>☐ G |
| | | Darlene Sears | ☑ D<br>☐ E/F<br>☐ G |
| | | Bruno Gonzalez | ☐ D<br>☑ E/F<br>☐ G |
| | | John Deere Financial | ☑ D<br>☐ E/F<br>☐ G |
| | | Cynthia Montgomery | ☐ D<br>☑ E/F<br>☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | | | Column 2: Creditor | |
|---|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | | **Name** | *Check all schedules that apply:* |
| 2.2 | _____ | Street _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | ZIP Code | | |
| 2.3 | _____ | Street _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | ZIP Code | | |
| 2.4 | _____ | Street _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | ZIP Code | | |
| 2.5 | _____ | Street _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | ZIP Code | | |
| 2.6 | _____ | Street _____ | | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City | State | ZIP Code | | |

Fill in this information to identify the case:

Debtor name     **Villa Chardonnay Horses With Wings, Inc.**

United States Bankruptcy Court for the:

    **Southern District of California**

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☒   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☒   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☒   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☒   *Schedule H: Codebtors (Official Form 206H)*

☒   *A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)*

☐   *Amended Schedule _____*

☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐   *Other document that requires a declaration _____*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **10/14/2025**
         MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

**Monika Kerber Perez**
Printed name

**President**
Position or relationship to debtor

Debtor name   **Villa Chardonnay Horses With Wings, Inc.**

United States Bankruptcy Court for the:

**Southern District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue <br> Check all that apply | Gross revenue <br> (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2025</u> to   Filing date <br> MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | <u>$1,300,000.00</u> |
| **For prior year:** | From <u>01/01/2024</u> to <u>12/31/2024</u> <br> MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | <u>$2,000,000.00</u> |
| **For the year before that:** | From <u>01/01/2023</u> to <u>12/31/2023</u> <br> MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | <u>$1,949,300.00</u> |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source <br> (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2025</u> to   Filing date <br> MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From <u>01/01/2024</u> to <u>12/31/2024</u> <br> MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From <u>01/01/2023</u> to <u>12/31/2023</u> <br> MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |
| Relationship to debtor<br><br>_____ | | | |

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

| 5.1. | **John Deere Financial** | **tractor, bucket, 2 seater and 4 seater** | **July 2025** | **$83,000.00** |
|---|---|---|---|---|
| | Creditor's name | **gator** | | |

**6400 Nw 86th St**

Street

**Johnston, IA 50131**

City       State    ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ Creditor's name | | _____ | _____ |
| _____ Street | XXXX– __ __ __ __ | | |
| _____ | | | |
| _____ City   State   ZIP Code | | | |

---

**Part 3:**   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Ark Watch v. Villa Chardonnay** | **Business Collection** | **San Diego Superior Court** <br> Name | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | | **330 W Broadway** <br> Street | |
| **37-202-00044666** | | **San Diego, CA 92101-3825** <br> City   State   ZIP Code | |

| 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **The Ark Watch, Darlene Myers v. Villa chardonnay** | **Collection** | **San Diego Superior Court** <br> Name | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number | | **330 W Broadway** <br> Street | |
| **37-2023-00017739** | | **San Diego, CA 92101-3825** <br> City   State   ZIP Code | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Waste Management v. Villa Chardonnay** | **Collection** | **San Diego Superior Court** <br> Name <br> **330 W Broadway** <br> Street <br><br> **San Diego, CA 92101-3825** <br> City     State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br><br> **37-2022-00011815** | | | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Deere V. Villa Chardonnay** | **Repossession** | **San Diego Superior Court** <br> Name <br> **330 W Broadway** <br> Street <br><br> **San Diego, CA 92101-3825** <br> City     State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br><br> **25CU019767C** | | | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Gonzalez v. Villa Chardonnay** | **Alleged Personal Injury** | **San Diego Superior Court** <br> Name <br> **330 W Broadway** <br> Street <br><br> **San Diego, CA 92101-3825** <br> City     State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br><br> **37-2022-00047223** | | | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Sears v Villa Chardonnay** | **Loan** | **Superior Court of Los Angeles, Long Beach** <br> Name <br> **275 Magnolia Ave** <br> Street <br><br> **Long Beach, CA 90802-2909** <br> City     State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br><br> **24LBCV01051** | | | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Montgomery v. Villa Chardonnay** | **Business Dispute resolved without payment** | **San Diego Superior Court** <br> Name <br> **330 W Broadway** <br> Street <br><br> **San Diego, CA 92101-3825** <br> City     State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br><br> **37-2022-00024123** | | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor **Villa Chardonnay Horses With Wings, Inc.**     Case number *(if known)* _____

Name

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name

| | Case title | Court name and address |
|---|---|---|

Street

Name

| | Case number | Street |
|---|---|---|

City     State     ZIP Code

| | Date of order or assignment | City     State     ZIP Code |
|---|---|---|

---

**Part 4:** Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City     State     ZIP Code

| Recipient's relationship to debtor |
|---|

---

**Part 5:** Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | __Totaro & Shanahan, LLP__ | __Filing Fee__ | __10/14/2025__ | __$1,738.00__ |

| Address |
|---|

__Po Box 789__
Street

__Pacific Plsds, CA 90272-0789__
City                State     ZIP Code

| Email or website address |
|---|

__Ocbkatty@aol.com__

| Who made the payment, if not debtor? |
|---|

__Monika Kerber Perez__

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | Trustee | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

Street

City      State    ZIP Code

**Relationship to debtor**

---

**Part 7:**   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____ To _____ |

Street

City      State    ZIP Code

---

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |

Facility name

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

Street

City      State    ZIP Code

*Check all that apply:*

☐ Electronically

☐ Paper

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ − _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | **Chase Bank** <br> Name <br><br> Street <br><br> **CA** <br> City          State     ZIP Code | XXXX− _ _ _ _ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **9/2/2025** | **$250.00** |
| 18.2 | **Wells Fargo** <br> Name <br><br> Street <br><br> **Poway, CA 92064** <br> City          State     ZIP Code | XXXX− **3 8 7 0** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | **will be closed on the 14th** | **$885.14** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

19.1

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | **Address** | | |
| City          State     ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

20.1

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | **Address** | | |
| City          State     ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No

☑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Moreno, Sandoval, Velasquez, Garcia, Rodriguez, Figueroa,** | **State of California Labor Commission** Name | ~~Labor Disputes One Family~~ | ☐ Pending |
| **Case number** | **464 W 4th St 478** Street | | ☐ On appeal |
| **18011 42-48-55-57-79- 60-61-62** | **478** | | ☑ Concluded |
| | **San Bernardino          CA** **92401-1407** City                State  ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City                State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City                State    ZIP Code | | |

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City     State     ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **SM Kazim Raza**<br>Name<br>**17224 S. Figueroa St.**<br>Street<br><br>**Gardena, CA 90248**<br>City     State     ZIP Code | From _____ To **2023** |

| Name and address | Dates of service |
|---|---|
| 26a.2. **Penny M. Fox, CPA**<br>Name<br>**15615 Alton Parkway 450**<br>Street<br><br>**Irvine, CA 92618**<br>City     State     ZIP Code | **August**<br>From **2025** To **Ongoing** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City     State     ZIP Code | From _____ To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Debtor | Villa Chardonnay Horses With Wings, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Monika Kerber Perez** | _____ |
| | Name | _____ |
| | **4554 Boulder Creek Rd** | _____ |
| | Street | |
| | **Julian, CA 92036** | |
| | City                          State                  ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| | Name and address |
|---|---|
| 26d.1. | |
| | Name |
| | Street |
| | |
| | City                          State                  ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | |
| | Name |
| | Street |
| | |
| | City                          State                  ZIP Code |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Monika Kerber Perez** | **4554 Boulder Creek Rd Julian, CA 92036** | **, O** | **100.00%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ <br><br> Name _____ <br><br> Street _____ <br> _____ <br> City    State    ZIP Code <br><br> Relationship to debtor _____ | _____ | _____ | _____ |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**10/14/2025**__

       MM/ DD/ YYYY

**X** _____    Printed name _____ **Monika Kerber Perez** _____

Signature of individual signing on behalf of the debtor

Position or relationship to debtor    __**President**__

| Debtor | **Villa Chardonnay Horses With Wings, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

# United States Bankruptcy Court
Southern District of California

**In re** Villa Chardonnay Horses With Wings, Inc.

Case No. _____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................. $0.00

   Prior to the filing of this statement I have received .......................................................................... $0.00

   Balance Due ................................................................................................................................ $0.00

2. _____$1,738.00_____ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

4. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**10/14/2025**

*Date*

Michael R Totaro

*Signature of Attorney*

Bar Number: 102229
Totaro & Shanahan, LLP
PO Box 789
Pacific Palisades, CA 90272
Phone: (310) 804-2157

**Totaro & Shanahan, LLP**

*Name of law firm*

Date: **10/14/2025**

*Monika Kerber Perez*

IN RE: **Villa Chardonnay Horses With Wings, Inc.**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**10/14/2025**___     Signature _____

Monika Kerber Perez, President

**Allstate Propane**
31500 Grape St # 3-404
Lake Elsinore, CA 92532-9709


**Andres Sandoval**
Attn. Labor Commissioner's Office
3737 Main St Ste 850
Riverside, CA 92501-3350


**Benjamin Moreno**
Attn. Labor Commissioner's Office
3737 S Main St # 850
Riverside, CA 92501


**Bruno Gonzalez**
c/o Adamson Ahdoot, LLP
1150 S Robertson Blvd
Los Angeles, CA 90035


**Carol Armbrust**
P.O. Box 203
Chester, ID 83421


**Cynthia Montgomery**
C/O Allen Kate
888 Prospect St Ste 200
La Jolla, CA 92037-4261


**Darlene Sears**
2420 Gondar Ave
Long Beach, CA 90815-2214


**Elias Villafuerte-Rubio**
Attn. Labor Commissioner's Office
320 W 4th St Ste 450
Los Angeles, CA 90013-2479

### Internal Revenue Service
General Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

### Investors Mortgage Lending Group, Inc
Po Box 2354
Rcho Santa Fe, CA 92067-2354

### John Deere Financial
6400 Nw 86th St
Johnston, IA 50131

### John Deere Financial (2)
Attn. Customer Service
Po Box 5328
Madison, WI 53705-0328

### Monika Kerber Perez
P.O. Box 1000
Julian, CA 92036

### Private Mortgage Lending, LLC
Po Box 2354
Rcho Santa Fe, CA 92067-2354

### Raul Garcia
Attn. Labor Commissioner's Office
320 W 4th St Ste 450
Los Angeles, CA 90013-2479

### Rey Velazquez
Attn. Labor Commissioner's Office
3737 Main St Ste 850
Riverside, CA 92501-3350

### River Falls, LLC
Attn. June Sifuentes
2840 Fletcher Pkwy # 144
El Cajon, CA 92020-2111

### San Diego Department of Gas & Electric
Po Box 25111
Santa Ana, CA 92799-5111

### Santos Figueroa
Attn. Labor Commissioner's Office
320 W 4th St Ste 340
Los Angeles, CA 90013

### Santos Rodriguez
Attn. Labor Commissioner's Office
320 W 4th St Ste 340
Los Angeles, CA 90013-2343

### Small Business Association
CESC Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243

### State of California Labor Commission
464 W 4th St 478
Sn Bernrdno, CA 92401-1407

### The Ark Watch andcCeline Myers
c/o Manatt, Phelps & Phillips, LLP
1 Embarcadero Ctr Fl 30
San Francisco, CA 94111-3719

### The ARK Watch Foundation
Manatt, Phelps & Phillips, LLP
203 Redwood Shores Pkwy Ste 450
Redwood City, CA 94065-6100

**Waste Management**
Attn. Rentto & Rentto
3517 Camino Del Rio S Ste 412
San Diego, CA 92108-4046