PAUL J. LEEDS, ESQ. (SBN 214309)
pleeds@fsl.law
MEREDITH KING, ESQ. (SBN 280043)
mking@fsl.law
SHELBY A. POTEET, ESQ. (SBN 297621)
spoteet@fsl.law
FRANKLIN SOTO LEEDS LLP
444 West C Street, Suite 300
San Diego, California 92101
Tel: 619.872.2520
Fax: 619.566.0221

*Attorneys for River Falls, LLC,
Private Mortgage Lending, Inc., and
The Armbrust Living Trust*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re,<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor. | Case No: 25-04245-JBM11<br><br>CHAPTER 11<br><br>**NOTICE OF APPEARANCE, REQUEST FOR NOTICE AND AMENDMENT TO MAILING LIST** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010(b) Franklin Soto Leeds LLP, hereby enters its appearance in the above-entitled bankruptcy case on behalf of River Falls, LLC, Private Mortgage Lending, Inc. and The Armbrust Living Trust, and:

1. Requests that all notices, papers and orders filed herein be sent and given to each address set forth below. This request specifically includes proposed plans and disclosure statements, pursuant to Federal Rule of Bankruptcy Procedure 3017(a). In the event that any order is later entered regulating notice, the within request is

intended as a request to receive notice to the maximum extent permitted under such order as to those parties requesting such notice.

2. Requests that any notice required to be given as to ex parte or emergency matters be given to the attorney listed below.

3. Requests that any list of creditors or other list maintained for the purpose of giving notice of proceedings herein be amended to include, if it does not presently include, the following name(s) and address(es):

>Shelby A. Poteet
>Franklin Soto Leeds LLP
>444 West C Street, Suite 300
>San Diego, California 92101
>Email: spoteet@fsl.law

By making this appearance, and by filing any other notice, pleading or paper herein, the appearing party does not intend to waive: (i) any objection to jurisdiction; (ii) any objection to the entry of final orders or judgments by the Bankruptcy Court; (iii) any right to have final orders entered only after de novo review by the United States District Court; (iv) any right to trial by jury; (v) any right to seek withdrawal of the reference of the bankruptcy case, or any proceeding related to the case; and (vi) any other right, claim, action or entitlement.

Dated: October 15, 2025         Respectfully submitted,

                                FRANKLIN SOTO LEEDS LLP

                                /s/ Shelby A. Poteet
                                Shelby A. Poteet

                                *Attorneys for River Falls, LLC,*
                                *Private Mortgage Lending, Inc., and*
                                *The Armburst Living Trust*