## Request for Special Notice

Case# 25-4245 JBM11
Monika Kerbin-Perez
Villa Chardonnay
horses with wings

Margie Mannex
1755 Lilac Rd
Ramona, CA 92065
760-822-1987

Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086

```
✓ FILED
__ ENTERED
__ LODGED
__ RECEIVED

NOV 3

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

4245 ntc