# UNITED STATES BANKRUPTCY COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

SAN DIEGO DIVISION

| | | |
|---|---|---|
| In Re. Villa Chardonnay Horses With Wings, Inc | § | Case No. 25-04245 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

## Amended Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2025          Petition Date: 10/15/2025

Months Pending: 2          Industry Classification: | 0 | 0 | 0 | 0 |

Reporting Method:          Accrual Basis ○          Cash Basis ⦿

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael R. Totaro          Michael R. Totaro
Signature of Responsible Party          Printed Name of Responsible Party

12/27/2025
Date

P.O. Box 789 Pacific Palisades, CA 90272
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Villa Chardonnay Horses With Wings, Inc                    Case No.  25-04245

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $6 | |
| b. Total receipts (net of transfers between accounts) | $5,362 | $8,181 |
| c. Total disbursements (net of transfers between accounts) | $2,663 | $5,475 |
| d. Cash balance end of month (a+b-c) | $2,705 | |
| e. Disbursements made by third party for the benefit of the estate | $54,022 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $56,685 | $5,475 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯   Market ◉   Other ◯   (attach explanation)) | $375 |
| d. Total current assets | $51,375 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $6,668,675 |
| l. Prepetition priority debt | $323,937 |
| m. Prepetition unsecured debt | $466,288 |
| n. Total liabilities (debt) (j+k+l+m) | $7,458,900 |
| o. Ending equity/net worth (e-n) | $-7,458,900 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $5,262 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $2,663 | |
| c. Gross profit (a-b) | $2,599 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $6 | $6 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  Villa Chardonnay Horses With Wings, Inc                                     Case No.  25-04245

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Totaro & Shanahan, LLP | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Villa Chardonnay Horses With Wings, Inc                    Case No.  25-04245

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name Villa Chardonnay Horses With Wings, Inc          Case No. 25-04245

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| lxxix | | | | | | | |
| lxxx | | | | | | | |
| lxxxi | | | | | | | |
| lxxxii | | | | | | | |
| lxxxiii | | | | | | | |
| lxxxiv | | | | | | | |
| lxxxv | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxvi | | | | | | | |
| lxxxix | | | | | | | |
| xc | | | | | | | |
| xci | | | | | | | |
| xcii | | | | | | | |
| xciii | | | | | | | |
| xciv | | | | | | | |
| xcv | | | | | | | |
| xcvi | | | | | | | |
| xcvii | | | | | | | |
| xcviii | | | | | | | |
| xcix | | | | | | | |
| c | | | | | | | |
| ci | | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | Penny M.Fox | Financial Professional | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Villa Chardonnay Horses With Wings, Inc                    Case No.  25-04245

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  Villa Chardonnay Horses With Wings, Inc          Case No.  25-04245

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  Villa Chardonnay Horses With Wings, Inc     Case No.  25-04245

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ● No ○

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)     Yes ○ No ●

c. Were any payments made to or on behalf of insiders?     Yes ○ No ●

d. Are you current on postpetition tax return filings?     Yes ● No ○

e. Are you current on postpetition estimated tax payments?     Yes ● No ○

f. Were all trust fund taxes remitted on a current basis?     Yes ● No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)     Yes ○ No ●

h. Were all payments made to or on behalf of professionals approved by the court?     Yes ○ No ○ N/A ●

i. Do you have:    Worker's compensation insurance?     Yes ● No ○
    If yes, are your premiums current?     Yes ● No ○ N/A ○ (if no, see Instructions)
    Casualty/property insurance?     Yes ● No ○
    If yes, are your premiums current?     Yes ● No ○ N/A ○ (if no, see Instructions)
    General liability insurance?     Yes ● No ○
    If yes, are your premiums current?     Yes ● No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?     Yes ○ No ●

k. Has a disclosure statement been filed with the court?     Yes ○ No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ● No ○

| Debtor's Name | Villa Chardonnay Horses With Wings, Inc | Case No. | 25-04245 |
|---|---|---|---|

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○   No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○   No ○   N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Michael R. Totaro | Michael R. Totaro |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Attorney | 12/27/2025 |
| Title | Date |

*NOVEMBER 2025*

```
        THANK YOU FOR SHOPPING AT
             KAHOOTS RAMONA
             2020 MAIN STREET
            RAMONA, CA 92065
              (760) 788-7785

11/23/25  9:36AM 688       579   SALE
----------------------------------------
66380009248      4   EA  $21.99 EA  N
OKOCAT LITTER ORIGINAL 12.6LB   $87.96

SUB-TOTAL:$   87.96  TAX:  $      .00
                     TOTAL: $    87.96
                     BC AMT:  $   87.96

BK CARD#:    XXXXXXXXXXXX3834
MID:********0883  TID:***3841
AUTH:  894718       AMT: $    87.96
Host reference #:936814   Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA          EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC :031C
AC  : E8051B45556A49EA
TxnID/ValCode: 318102

Bank card       USD$     87.96

Total Items:4
```

```
        THANK YOU FOR SHOPPING AT
             KAHOOTS RAMONA
             2020 MAIN STREET
            RAMONA, CA 92065
              (760) 788-7785

11/08/25 10:21AM 1598       579   SALE
----------------------------------------
66380009248      4   EA  21.99 EA
OKOCAT LITTER ORIGINAL 12.6LB    87.96

SUB-TOTAL:$   87.96  TAX:  $     6.82
                     TOTAL: $    94.78
CASH TEND:   100.00 CHANGE:     11.22

BK CARD#:    XXXXXXXXXXXX3834
AUTH:  DECLINED     AMT: $    00.00
Contactless
CARD TYPE:VISA          EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 30
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT

MFG COUPON       USD$      6.00

Total Items:4
```

```
TSC TRACTOR SUPPLY CO
       TractorSupply.com

         203 HUNTER ST
       RAMONA, CA 92065
         760-789-7052

Ticket: 401750           Time: 9:40 AM
Date: 11/8/25            Register: 1
Store: 1862
Cashier: Jared

Item        Qty    Price    Amount
GIFT CARD - NON-DENOMINATIONAL
1500       1 1000.00      1000.00
6299400061B9XXXX
Authorization #:  133198
Balance: 1000.00
Transaction Type: Sale
Trace Number: 004615

                   Subtotal  1000.00
                        Tax     0.00
                      Total  1000.00
```



TractorSupply.com

203 HUNTER ST
RAMONA, CA  92065
760-789-7052

Ticket: 956077
Date: 11/7/25            Time: 1:35 PM
Store: 1862             Register: 2
Cashier: Brian

Item          Qty   Price   Amount
ALFALFA BERMUDA BLEND PELLETS 80 LB
 1110503       2   22.99     45.98  E

NUT TRIUMPH 12-8 PELLET 50LB
 2346778       9   17.99    161.91  E

RET 50LB MINICHUNK
 2258968       2   24.99     49.98

ECON MULTI CAT DRY FOOD 44LB
 1046117       1   29.99     29.99

ECON MULTI CAT DRY FOOD 44LB
 1046117       1   29.99     29.99

P&C 32/5.50Z SFD VP
 1204591       1   20.99     20.99

            Subtotal    338
                 Tax     10
               Total    348

---

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

11/12/25  2:58PM 1463      579    SAL

042055301206     2 ° EA    7.49 EA
HK FRZN BLOODWORMS 3.50Z            1
66380009248      4   EA   18.99 EA
OKOCAT LITTER ORIGINAL 12.6LB      7
Regular Price:            21.99
You Saved  :              12.00
SUB-TOTAL:$    90.94  TAX:  $
                     TOTAL: $     9
CASH TEND:     91.00  CHANGE:

Total Items:6

||||| |||||||||||||||||||||||||||

==>> JRNL#       J33970/3
      CUST NO:      *12827
        Customer Copy

---

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

11/04/25 12:20PM 1584      579    SALE

66380009248      8   EA  $19.791EA DN
OKOCAT LITTER ORIGINAL 12.6LB  $158.33
Regular Price:            21.99
You Saved  :              17.59

SUB-TOTAL:$   158.33  TAX:  $     .00
                     TOTAL: $  158.33
                     BC AMT: $  155.33

BK CARD#:    XXXXXXXXXXXX3834
MID:********0883   TID:***3841
AUTH:   340808      AMT: $   155.33
Host reference #:931782    Bat#

---



TractorSupply.com

203 HUNTER ST
RAMONA, CA  92065
760-789-7052

Ticket: 401366
Date: 11/5/25           Time: 11:55 AM
Store: 1862            Register: 1
Cashier: Tricia

Item          Qty   Price   Amount
ALFALFA BERMUDA BLEND PELLETS 80 LB
 1110503       2   22.99     45.98  E

NUT TRIUMPH 12-8 PELLET 50LB
 2346778      11   17.99    197.89  E

            Subtotal   243.87
                 Tax     0.00
               Total   243.87

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

1/06/25  1:54PM 637       579    SALE

66380009255      1   EA   31.99 EA  N
OKOCAT LITTER ORIGINAL 18.8LB   31.99
66380009248      4   EA   21.99 EA  N
OKOCAT LITTER ORIGINAL 12.6LB   87.96

SUB-TOTAL:$   119.95  TAX:  $     .00
                     TOTAL: $  119.95
CASH TEND:    115.95  CHANGE:    2.00
4FG COUPON         USD$          6.00

Total Items:5

||||| |||||||||||||||||||||||||||

==>> JRNL#       J32354/3
      CUST NO:      *12827
        Customer Copy

___THANK YOU FOR SHOPPING AT KAHOOTS___

CHECK OUT OUR ONLINE STORE AT
KAHOOTSFEEDANDPET.COM AND FOLLOW US ON
FACEBOOK AND INSTAGRAM@KAHOOTSFEEDANDPET

ALL RETURNS/EXCHANGES MUST BE
ACCOMPANIED BY THIS RECEIPT.



**Poway #775**
12155 Tech Center Drive
Poway, CA 92064
(858) 848-2451

6Y Member 111870309838

| | | |
|---|---|---|
| E  1292488 YELLOW TUNA | 14.99 | |
| 1007880 CHKN & APPLE | 18.99 A | |
| 87745 ROTISSERIE | 4.99 A | |
| 46481 GP WINGS | 19.73 A | |
| E  782796 ***KSWTR40PK | 3.99 | |
| E 6900000000 CA REDEMP VA | 2.00 | |
| 52296 ** KS CAT ** | 22.99 A | |
| 52296 ** KS CAT ** | 22.99 A | |
| 52296 ** KS CAT ** | 22.99 A | |
| 52296 ** KS CAT ** | 22.99 A | |
| 1548950 FRISKIES | 41.99 A | |
| 1548950 FRISKIES | 41.99 A | |

***********Bottom of Basket***********
***********BOB Count 0 ***************

| SUBTOTAL | 240.63 |
|---|---|
| TAX | 17.02 |
| **** TOTAL | 257.65 |

----------------------------------------
XXXXXXXXXXXXX3834          H
AID: A0000000980840  VERIFIED BY PIN
Seq# 6974      App#: 046922
EFT/Debit    Resp: APPROVED
Tran ID#: 530700006974....

APPROVED - Purchase
AMOUNT: $257.65
11/03/2025 12:39 775 6 26 632
----------------------------------------

| EFT/Debit | 257.65 |
|---|---|
| CHANGE | 0.00 |

A 7.75% TAX            17.02
TOTAL TAX             17.02
TOTAL NUMBER OF ITEMS SOLD =    11
11/03/2025 12:39 775 6 26 632

---

**TRACTOR SUPPLY CO**
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 955406
Date: 11/4/25        Time: 10:41 AM
Store: 1862      Register: 2
Cashier: Amabel

| Item | Qty | Price | Amount |
|---|---|---|---|
| FRSK 32/5.50Z SRF&TRF | | | |
| 1211232 | 1 | 26.19 | 21.58 |

$20 Reward   (1.34)
NC $10 Off Purchase of $100 or More
(0.65)
% Off Discount   (10%)   (2.62)

P&C 32/5.50Z SFD VP
1204591      1    20.99    19.20
$20 Reward   (1.19)
NC $10 Off Purchase of $100 or More
(0.60)

P&C 32/5.50Z SFD VP
1204591      1    20.99    19.20
$20 Reward   (1.19)
NC $10 Off Purchase of $100 or More
(0.60)

P&C 32/5.50Z SFD VP
1204591      1    20.99    19.20
$20 Reward   (1.19)
NC $10 Off Purchase of $100 or More
(0.60)

P&C 32/5.50Z PLTY VP
1204592      1    20.99    19.20
$20 Reward   (1.19)
NC $10 Off Purchase of $100 or More
(0.60)

P&C 32/5.50Z PLTY VP
1204592      1    20.99    19.20
$20 Reward   (1.19)
NC $10 Off Purchase of $100 or More
(0.60)

ALFALFA BERMUDA BLEND PELLETS 80 LB
1110503      2    22.99    42.07  E
$20 Reward   (2.61)
NC $10 Off Purchase of $100 or More
(1.30)

NUT TRIUMPH 12-8 PELLET 50LB
2346778     11    17.99    162.94  E
$20 Reward   (10.13)
NC $10 Off Purchase of $100 or More
(5.05)
% Off Discount   (10%)   (19.80)

| Subtotal | 322.59 |
|---|---|
| Tax | 9.12 |
| Total | 331.71 |

3

**Receipt 1 (top right)**

```
TSC TRACTOR SUPPLY CO
TractorSupply.com

203 HUNTER ST
RAMONA, CA  92065
760-789-7052

Ticket: 401215                  Time: 1:14 PM
Date: 11/3/25                   Register: 1
Store: 1862
Cashier: William

Item              Qty  Price   Amount
ALFALFA BERMUDA BLEND PELLETS 80 LB
1110503            2   22.99    45.98  E
NUT TRIUMPH 12-8 PELLET 50LB
2346778           11   17.99   197.89  E
MST&MTY 36/6OZ CH AGR
5900001            1   19.99    19.99
PDGR 12/13.2OZ CTG BF&STEW VP
5400598            1   22.99    22.99

                        Subtotal   286.85
                        Tax          3.33
                        Total      290.18
```

**Receipt 2 (middle)**

```
TSC TRACTOR SUPPLY CO
TractorSupply.com

203 HUNTER ST
RAMONA, CA  92065
760-789-7052

Ticket: 955079                  Time: 11:28 AM
Date: 11/2/25                   Register: 2
Store: 1862
Cashier: Peter

Item              Qty  Price   Amount
ET 50LB MINICHUNK
2258968            2   24.95    47.30
20 Reward             (2.68)
EAK BOOT TRAY
1119427            1    9.99     9.45
20 Reward             (0.54)
CH IG LOOSE FIT CANVAS BIB OVRALL 6M PK
1876842            1   28.04    26.54
$20 Reward            (1.50)
JD IG FLORAL SHORT SET GREEN 3/6M
2490542            1   10.49     9.93
$20 Reward            (0.56)
MY BEST FRIEND DOGS SET ASST
2518055            1   12.74    12.06
$20 Reward            (0.68)
BANDANA SOLID NEON ORANGE 22X22
2522646            8    2.29    17.34
$20 Reward            (0.98)
                 ( WAS    2.99 )
ALFALFA BERMUDA BLEND PELLETS 80 LB
1110503            2   22.99    43.52  E
$20 Reward            (2.46)
NUT TRIUMPH 12-8 PELLET 50LB
2346778           11   17.99   187.29  E
$20 Reward           (10.63)

                        Subtotal   353.43
                        Tax          9.50
                        Total      362.93
```

DC Kll
11/2

**Receipt 3 (bottom left)**

```
TSC TRACTOR SUPPLY CO
TractorSupply.com

203 HUNTER ST
RAMONA, CA  92065
760-789-7052

Ticket: 955063                  Time: 11:40 AM
Date: 11/2/25                   Register: 2
Store: 1862
Cashier: Peter

Item              Qty  Price   Amount
WATEREK LF BISTRO 4 GAL GREY
240114/            1   41.99    41.99

                        Subtotal    41.99
                        Tax          3.25
                        Total       45.24
```

4

## TRACTOR SUPPLY Co
TractorSupply.com

```
***   DUPLICATE RECEIPT   ***
THANK YOU FOR SHOPPING AT
     KAHOOTS RAMONA
     2020 MAIN STREET
     RAMONA, CA 92065
     (760) 788-7785

11/10/25  1:08PM 1219    579   SALE

029695221828    1  EA    6.49 EA
PM LITTER PAN MEDIUM             6.
66360009248    5  EA   21.99 EA
OKOCAT LITTER ORIGINAL 12.6LB  109.

SUB-TOTAL:$  116.44  TAX:  $
                     TOTAL: $  116.
CASH TEND:      102.00 CHANGE:
  MFG COUPON      USD$     15.00

Total Items:6
```

||||||| IIII |||||| I |||||||||||||| ||| III

```
==>> JRNL#       J33486/3
     CUST NO:      *12827
        Customer Copy

    ***   DUPLICATE RECEIPT    **
  __THANK YOU FOR SHOPPING AT KAHOOTS_

CHECK OUT OUR ONLINE STORE AT
KAHOOTSFEEDANDPET.COM AND FOLLOW US O
FACEBOOK AND INSTAGRAM@KAHOOTSFEEDAND

ALL RETURNS/EXCHANGES MUST BE
ACCOMPANIED BY THIS RECEIPT.
```

```
                    203  HUNTER ST
                    RAMONA, CA  92065
                    760-789-7052

Ticket: 954877
Date: 11/1/25         Time: 12:36 PM
Store: 1862          Register: 2
Cashier: Cheyenne
```

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| PP SWEET FEED 50LB 2525519 | 1 | 16.29 | 16.29 |
| DMR ALFALFA TIMOTHY CUBE 50LB 1252425 | 1 | 22.99 | 22.99 |
| ECON MULTI CAT DRY FOOD 44LB 1046117 | 1 | 29.99 | 29.99 |
| ECON MULTI CAT DRY FOOD 44LB 1046117 | 1 | 29.99 | 29.99 |
| FP WATERER PLASTIC 3.5GAL 2167646 | 1 | 24.99 | 24.99 |
| FP WATERER PLASTIC 3.5GAL 2167646 | 1 | 24.99 | 24.99 |
| NUT TRIUMPH T2-8 PELLET 50LB 2346778 | 11 | 17.99 | 197.89 |
| ALFALFA BERMUDA BLEND PELLETS 80 LB 1110503 | 2 | 22.99 | 45.98 |
| TRIPLE CROWN LITE HORSE FEED 5094583 | 1 | 33.99 | 33.99 |

```
                      Subtotal   427.10
                      Tax          6.00
                      Total      433.10
```

```
Debit Card          SALE    433.10
**** *** ***3834 - EMV Contactless
Authorization #: 527278
Bank Reference #: 13141914270
Terminal ID     : 031791862000200
Cryptogram      : EF62944D6DF5CD46
AID : A0000000980840
APP : US DEBIT
CVM : PIN Verified  / 020000
TVR : 0000000000  / TSI : 0000
```

```
              THANK YOU FOR SHOPPING AT
                   KAHOOTS RAMONA
                   2020 MAIN STREET
                   RAMONA, CA 92065
                   (760) 788-7785

11/01/25 12:59PM 1473     579   SALE

66380009248    8  EA   $19.79 EA DN
OKOCAT LITTER ORIGINAL 12.6LB  $158.33
Regular Price:          21.99
You Saved    :          17.59

SUB-TOTAL:$   158.33  TAX: $      .00
                      TOTAL: $  158.33
                      BC AMT: $  152.33

BK CARD#:    XXXXXXXXXXXX3834
MID:*******0883   TID:***3841
AUTH:  294472        AMT: $  152.33
Host reference #:931039    Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA            EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC :02DC
AC  : 5B4907A19177828E
TxnID/ValCode: 255319

MFG COUPON       USD$     6.00
Bank card        USD$   152.33

Total Items:8
```



**CVS** pharmacy®

181C MAIN ST. RAMONA CA
(76J) 789-9062

REG#0: TRN#88687 CSH#0724887 STR#9194

ExtraCare Card #: ********3203

```
1 HUI SEN FF WPE XL  42CT   3.9ÉT
    OR:GINAL PRICE              4.29
    COI PON SAVINGS              .34 -
1 DS GB SNDLWD FV BW 26Z   9.19T
    OR:GINAL PRICE             14.19
    9.59 EACH                   4.20 -
    COI PON SAVINGS             .80 -
F 1 PL:RP DNT ADH CRM  2.2Z   6.25T
    OR:GINAL PRICE              6.79
    COI PON SAVINGS             .54 -
1 CR:T 3DW TP 2FK    4.1Z   9.66T
    OR:GINAL PRICE             10.49
    COI PON SAVINGS             .84 -
1 DB 3DW PRO FLEX TW 2CT   11.59T
    OR:GINAL PRICE             12.59
    COI PON SAVINGS            1.00 -
1 .1) BAG FEE      EACH    .10N
1 CV:B REV EYE CRM   .6Z   15.63T
    OR:GINAL PRICE             16.99
    COI PON SAVINGS            1.36 -
1 FD: BABY PWDR SPRY 2Z   4.13T
    OR:GINAL PRICE              4.49
    COI PON SAVINGS             .36 -
1 FD: BABY PWDR SPRY 2Z   4.13T
    OR:GINAL PRICE              4.49
    COI PON SAVINGS             .36 -
1 HA:IR BW CLSC 13 5Z 13.5  7.63T
    OR:GINAL PRICE              8.29
    COI PON SAVINGS             .66 -
1 NY:1 DRY SH CL:N FRK 1.6Z   3.86T
    OR:GINAL PRICE              4.19
    COI PON SAVINGS             .33 -
1 SA:N GRFX UNSMT HS 10 Z   7.63T
    OR:GINAL PRICE              8.29
    COI PON SAVINGS             .66 -
1 SA:N GRFX UNSMT HS 10 Z   7.63T
    OR:GINAL PRICE              8.29
    COI PON SAVINGS             .66 -
1 SG FRZ HR SPRY 'TS  1.5Z   3.21T
    OR:GINAL PRICE              3.49
    COI PON SAVINGS             .28 -
1 TR:SS CD SMOOTH SLK 28Z   7.63T
    OR:GINAL PRICE              8.29
    COI PON SAVINGS             .66 -
1 TR:SS SH SMOOTH SLK 28Z   7.63T
    OR:GINAL PRICE              8.29
    COI PON SAVINGS             .66 -
1 TR:IME AERO EH HS  1.5Z   3.11T
    OR:GINAL PRICE              3.39
    COI PON SAVINGS             .28 -
1 RE:DBUL ENRGY DRINK 8.4Z   2.48B
    OR:GINAL PRICE              2.69
    COI PON SAVINGS             .21 -
1 BO 'TLE DEPOSIT          .05B
```

```
***********COUPONS APPLIED***********
  1 ExtraCare Plus $10Bonus 10.00 - CVS
```

```
   19 ITEMS
      SLBTOTAL              115.48
      OF 7.75% TAX            8.94
      TOTAL                 124.42
      DEBIT                 124.42
      ***********3834
US DEBT          ***********3834
APPROVED# 903429        REF# 036878
TRAN TYPE: SALE         AID: AC000000980840
TC: 7FEFC530E4C710F     TERMINAL#
PIN VERIFIED ONLINE     CVM: 020000
TVR(X5) 0000000000      TSI(9B): 0000
```

---

**TRACTOR SUPPLY CO**
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 956529
Date: 11/9/25        Time: 11:34 AM
Store: 1862          Register: 2
Cashier: Daniel

| Item | Qty | Price | Amount |
|---|---|---|---|
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 1 | 20.99 | 20.99 |
| DAWN ULTRA ORIGINAL 700Z | | | |
| 2247024 | 1 | 11.99 | 11.99 |
| AROCEP REG BLEACH 1280Z | | | |
| 2340170 | 1 | 5.99 | 5.99 |
| PP SWEET FEED 50LB | | | |
| 2525519 | 1 | 16.29 | 16.29 |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 29.99 |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 29.99 |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 2 | 22.99 | 45.98 |
| NUT TRIUMPH 12 8 PELLET 50LB | | | |
| 2346778 | 11 | 17.99 | 197.89 |

```
                        Subtotal    359.11
                        Tax           7.65
                        Total       366.76
```

```
TSC Gift Card              366.76
  6*** JG189XXXX
  Authorization #: 162467
  Balance: 8.45
  Transaction Type: Sale
  Trace Number: 007388
```

---



**TRACTOR SUPPLY CO**
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 403499
Date: 11/22/25       Time: 1:00 PM
Store: 1862          Register: 1
Cashier: Daniel

| Item | Qty | Price | Amount |
|---|---|---|---|
| RET 50LB MINICHUNK | | | |
| 2258968 | 1 | 24.99 | 23.91 |
| $20 Reward | (1.08) | | |
| RET 50LB MINICHUNK | | | |
| 2258968 | 1 | 24.99 | 23.91 |
| $20 Reward | (1.08) | | |
| DMR ALFALFA TIMOTHY CUBE 50LB | | | |
| 1252425 | 1 | 22.99 | 21.99 E |
| $20 Reward | (1.00) | | |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 28.69 |
| $20 Reward | (1.30) | | |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 28.69 |
| $20 Reward | (1.30) | | |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 1 | 20.99 | 20.08 |
| $20 Reward | (0.91) | | |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 1 | 20.99 | 20.08 |
| $20 Reward | (0.91) | | |
| P&C 32/5.50Z PLTY VP | | | |
| 1204592 | 1 | 20.99 | 20.08 |
| $20 Reward | (0.91) | | |
| P&C 32/5.50Z PLTY VP | | | |
| 1204592 | 1 | 20.99 | 20.08 |
| $20 Reward | (0.91) | | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 2 | 22.99 | 43.98 E |
| $20 Reward | (2.00) | | |
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | 11 | 17.99 | 189.29 E |
| $20 Reward | (8.60) | | |

```
                        Subtotal    440.78
                        Tax          14.34
                        Total       455.12
```



**TRACTOR SUPPLY CO**
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 959261
Date: 11/21/25          Time: 3:04 PM
Store: 1862             Register: 2
Cashier: DANIEL

| Item | Qty | Price | Amount |
|---|---|---|---|
| P&C 32/5.50Z PLTY VP | | | |
| 1204592 | 4 | 20.99 | 78.00 |
| $20 Reward | (5.96) | | |
| | | | |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 2 | 20.99 | 39.00 |
| $20 Reward | (2.98) | | |
| | | | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 2 | 22.99 | 42.72 E |
| $20 Reward | (3.26) | | |
| | | | |
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | 11 | 10.00 | 102.20 F |
| $20 Reward | (7.80) | | |

| | Subtotal | 261.92 |
|---|---|---|
| | Tax | 9.08 |
| | Total | 271.00 |

---



**TRACTOR SUPPLY CO**
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 959930
Date: 11/24/25          Time: 2:26 PM
Store: 1862             Register: 2
Cashier: FRANCISCO

| Item | Qty | Price | Amount |
|---|---|---|---|
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 2 | 22.99 | 45.98 E |
| | | | |
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | 11 | 17.99 | 197.89 E |

*WC Foll*
*11/24*

| | Subtotal | 243.87 |
|---|---|---|
| | Tax | 0.00 |
| | Total | 243.87 |

---



**TRACTOR SUPPLY CO**
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 956748
Date: 11/10/25          Time: 12:23 PM
Store: 1862             Register: 2
Cashier: Tricia

| Item | Qty | Price | Amount |
|---|---|---|---|
| NUT TRIUMPH 14-6 PELLET 50LB | | | |
| 2449518 | 2 | 17.99 | 32.55 |
| $20 Reward | (1.71) | | |
| $20 Reward | (1.71) | | ④ |
| | | | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | (2) | 22.99 | 41.58 |
| $20 Reward | (2.20) | | |
| $20 Reward | (2.20) | | |
| | | | |
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | (9) | 17.99 | 146.4 |
| $20 Reward | (7.71) | | |
| $20 Reward | (7.71) | | ⑦ |
| | | | |
| CH IG LOOSE FIT CANVAS BIB OVRALL 6M | | | |
| 1876842 | 1 | (28.04) | (26.5 |
| Wrong Merchandise | | | |
| $20 Reward | 1.50 | | |

Return
Store: 1862
Date: 11/2/25
Ticket: 955079
Register: 2

| CH IG LOOSE FIT CANVAS | | | |
|---|---|---|---|
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 27.1 |
| $20 Reward | (1.43) | | |
| $20 Reward | (1.43) | | |
| | | | |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 27. |
| $20 Reward | (1.43) | | |
| $20 Reward | (1.43) | | |
| | | | |
| F&S NEW BOTTOMLAND CAMO COAT M | | | |
| 2559660 | 1 | 19.99 | 18. |
| $20 Reward | (0.95) | | |
| $20 Reward | (0.95) | | |
| | | | |
| F&S NEW BOTTOMLAND COAT M | | | |
| 2559660 | 1 | 19.99 | 18. |
| $20 Reward | (0.95) | | |
| $20 Reward | (0.95) | | |
| | | | |
| &S NEW BOTTOMLAND CAMO COAT M | | | |
| 2559660 | 1 | 19.99 | 18.09 |
| $20 Reward | (0.95) | | |
| $20 Reward | (0.95) | | |

| | Subtotal | 353.26 |
|---|---|---|
| | Tax | 24.18 |
| | Total | 377.44 |

---



**TRACTOR SUPPLY CO**
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 403500
Date: 11/22/25          Time: 1:04 PM
Store: 1862             Register: 1
Cashier: Daniel

| Item | Qty | Price | Amount |
|---|---|---|---|
| TSC FLAKE SHAVINGS | | | |
| 5027706 | 6 | 7.99 | 47.94 E |

| | Subtotal | 47.94 |
|---|---|---|
| | Tax | 0.00 |
| | Total | 47.94 |

---

**♥ CVS pharmacy®**

1810 MAIN ST, RAMONA CA
(760) 789-9062

REG#02 TRN#4384 CSHR#2035475 STR#9194

**ExtraCare Card #: ********3203**

| | | |
|---|---|---|
| 1 PNTNE PRO-V  VF CD 10.4 | 4.52T | |
| ORIGINAL PRICE | | 5.99 |
| COUPON SAVINGS | | 1.47 - |
| 1 PNTNE FN VL SH    12Z | 4.52T | |
| ORIGINAL PRICE | | 5.99 |
| COUPON SAVINGS | | 1.47 - |
| 1 .10 BAG FEE    EACH | .10N | |
| 1 MAJA BW CLSC 13.5Z 13.5 | 6.25T | |
| ORIGINAL PRICE | | 8.29 |
| COUPON SAVINGS | | 2.04 - |
| 1 PRMCR ORIGINAL    1.75 | 3.01F | |
| ORIGINAL PRICE | | 3.99 |
| COUPON SAVINGS | | .98 - |
| 1 VCKS BATH CRYSTALS 15Z | 10.17T | |
| ORIGINAL PRICE | | 13.49 |
| COUPON SAVINGS | | 3.32 - |
| 1 REDBUL ENRGY DRNK 8.4Z | 2.17B | |
| ORIGINAL PRICE | | 2.89 |
| COUPON SAVINGS | | .72 - |
| 1 BOTTLE DEPOSIT | .05B | |

**\*\*\*\*\*\*\*\*\*\*\*COUPONS APPLIED\*\*\*\*\*\*\*\*\*\*\***
1 ExtraCare Plus $10Bonus  10.00 - CVS

| 8 ITEMS | | |
|---|---|---|
| SUBTOTAL | | 30.79 |
| CA 7.75% TAX | | 2.15 |
| **TOTAL** | | **32.94** |
| DEBIT | | 32.94 |

| \*\*\*\*\*\*\*\*\*\*\*\*4733 | RF | |
|---|---|---|
| US Debit | \*\*\*\*\*\*\*\*\*\*\*\*4733 | |
| APPROVED# 647420 | REF# 023845 | |
| TRAN TYPE: SALE | AID: A000000004203 | |
| TC: FB798B53BCAFB998 | TERMINAL# | |
| PIN VERIFIED ONLINE | CVM: 020300 | |
| TVR(95): 0000048000 | TSI(9B): E800 | |
| | | |
| CHANGE | | .00 |

1945 2084 3840 29
receipt, subject to
cy, thru 09/25/2025
based on price
ns and discounts.

1:38 PM



7



**TRACTOR SUPPLY CO**
TractorSupply.com



**TRACTOR SUPPLY CO**
TractorSupply.com

**TRACTOR SUPPLY CO**
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760 789-7052

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

---

Ticket: 969582
Date: 11/23/25    Time: 9:12 AM
Store: 1862    Register: 2
Cashier: Anabel

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| NUT HI PRO SCRATCH 50LB | | | |
| 2348773 | 1 | 18.99 | 18.99 |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 29.99 |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 29.99 |
| PDGR 12/13.20Z CHPPD CHK&BF VP | | | |
| 1008931 | 1 | 22.99 | 22.99 |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 2 | 22.99 | 45.98 |
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | 11 | 10.00 | 110.00 |

|  | Subtotal | 257.94 |
|  | Tax | 6.42 |
|  | Total | **264.36** |

---

Ticket: 401756
Date: 11/8/25    Time: 9:52 AM
Store: 1862    Register: 1
Cashier: Jared

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| NUT CF WHOLE LIFE PIG PELLET 50LB | | | |
| 1731201 | 1 | 19.99 | 18.99 |
| Bulk Discount Buy 20 or More Get 5% Off | | | |
| Each (1.00) | | | |
| TRIPLE CROWN LITE HORSE FEED | | | |
| 5094583 | 1 | 33.99 | 32.29 |
| Bulk Discount Buy 20 or More Get 5% Off | | | |
| Each (1.70) | | | |
| PP WHOLE CORN 50LB | | | |
| 2525226 | 4 | 18.89 | 35.56 |
| $8.89 (40.00) | | | |
| PP DRY COBB 50LB | | | |
| 2800838 | 2 | 21.99 | 41.78 |
| Bulk Discount Buy 20 or More Get 5% Off | | | |
| Each (2.20) | | | |
| NUT HI PRO SCRATCH 50LB | | | |
| 2348773 | 3 | 18.99 | 54.12 |
| Bulk Discount Buy 20 or More Get 5% Off | | | |
| Each (2.85) | | | |
| SENIOR STABLE MIX PELLET FEED 50LB | | | |
| 1265072 | 2 | 25.99 | 49.38 |
| Bulk Discount Buy 20 or More Get 5% Off | | | |
| Each (2.60) | | | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 2 | 22.99 | 45.98 |
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | 11 | 17.99 | 188.00 |
| Bulk Discount Buy 20 or More Get 5% Off | | | |
| Each (9.89) | | | |
| DMR ALFALFA TIMOTHY CUBE 50LB | | | |
| 1252425 | 1 | 22.99 | 22.99 |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 4 | 20.99 | 83.96 |
| P&C 32/5.50Z PLTY VP | | | |
| 1204592 | 2 | 20.99 | 41.98 |

|  | Subtotal | 615.03 |
|  | Tax | 9.76 |
|  | Total | 624.79 |

---

Ticket: 404769
Date: 11/30/25    Time: 12:37 PM
Store: 1862    Register: 1
Cashier: DANIEL

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| RET 50LB MINICHUNK | | | |
| 2258968 | 1 | 24.99 | 23.56 |
| $20 Reward (1.43) | | | |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 28.28 |
| $20 Reward (1.71) | | | |
| P&C 32/5.50Z PLTY VP | | | |
| 1204592 | 1 | 20.99 | 19.79 |
| $20 Reward (1.20) | | | |
| P&C 32/5.50Z PLTY VP | | | |
| 1204592 | 1 | 20.99 | 19.79 |
| $20 Reward (1.20) | | | |
| P&C 32/5.50Z PLTY VP | | | |
| 1204592 | 1 | 20.99 | 19.79 |
| $20 Reward (1.20) | | | |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 1 | 20.99 | 19.79 |
| $20 Reward (1.20) | | | |
| CEDAR CREEK CARAMEL POPCORN | | | |
| 5023427 | 1 | 3.29 | 3.10 E |
| $20 Reward (0.19) | | | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 2 | 22.99 | 43.35 E |
| $20 Reward (2.63) | | | |
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | 9 | 17.99 | 152.67 E |
| $20 Reward (9.24) | | | |

*WC Full*
*11/30*

|  | Subtotal | 330.12 |
|  | Tax | 10.18 |
|  | Total | **340.30** |



**TRACTOR SUPPLY C°**
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 404575
Date: 11/29/25          Time: 10:38 AM
Store: 1862             Register: 1
Cashier: Brian

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| NUT HI PRO SCRATCH 50LB | | | |
| 2348773 | 1 | 16.99 | 16.99 |
| DMR ALFALFA TIMOTHY CUBE 50LB | | | |
| 1252425 | 1 | 22.99 | 22.99 |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 29.99 |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 29.99 |
| DMR GAME BIRD MAINT 50LB | | | |
| 1858383 | 1 | 17.99 | 17.99 |
| PP SWEET FEED 50LB | | | |
| 2525519 | 1 | 16.29 | 16.29 |
| AROCEP REG BLEACH 128OZ | | | |
| 2340170 | 1 | 5.99 | 5.99 |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 2 | 22.99 | 45.98 I |
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | 9 | 17.99 | 161.91 I |
| TRIPLE CROWN LITE HORSE FEED | | | |
| 5094583 | 1 | 33.99 | 33.99 I |

W C Full
11/29

| | | |
|---|---|---|
| Subtotal | 382.11 |
| Tax | 5.10 |
| **Total** | **387.21** |

---

**♥ CVS pharmacy**

1810 MAIN ST, RAMONA CA
(760) 789-9062

REG#03 TRN#2233 CSHR#1420804 STR#919

ExtraCare Card #: ********3203

| | | | | |
|---|---|---|---|---|
| 1 VCKS VAPOBATH | 15Z | 9.66T | | |
| ORIGINAL PRICE | | | 13.49 | |
| 10.99 EACH | | | 2.50 - | |
| COUPON SAVINGS | | | 1.33 - | |
| 1 VCKS VAPOBATH | 15Z | 9.66T | | |
| ORIGINAL PRICE | | | 13.49 | |
| 10.99 EACH | | | 2.50 - | |
| COUPON SAVINGS | | | 1.33 - | |
| 1 .10 BAG FEE | EACH | .10N | | |
| 1 HS POWD DON S | 3Z | 2.55F | | |
| ORIGINAL PRICE | | | 2.89 - | |
| COUPON SAVINGS | | | .34 - | |

***********COUPONS APPLIED***********
1 $3 OFF YOUR PURCHASE    3.00 - CVS

4 ITEMS
SUBTOTAL              21.97
CA 7.75% TAX           1.50
TOTAL                 23.47
DEBIT                 23.47
***********4629    RF
US DEBIT        ***********4629
APPROVED# 008652    REF# 032338

THANK YOU FOR SHOPPING AT
THE LIVERY
(760) 789-5582

NO RETURN ON DISCOUNTED ITEMS - RETURNS
WITHIN 30 DAYS WITH RECEIPT & TAGS
11/28/25  1:06PM MG        555   SALE

SUB-TOTAL:$    125.00  TAX: $    .00
TOTAL: $  125.00
BC AMT:    $  125.00

BK CARD#:     XXXXXXXXXXX4733
MID:********2883  TID:***0444
AUTH:   630888        AMT: $  125.00
Host reference #:243347    Bat#

Authorizing Network: MASTERCARD

Contactless
CARD TYPE:MASTERCARD    EXPR: XXXX
AID : A0000000041010
TVR : 0000008001
IAD : 0110A04001220000000000000000000000
TSI :
ARC : 00
MODE : Issuer
CVM :
Name : Mastercard Debit
ATC :003C
AC   : 3A1B606065A21729
TxnID/ValCode: 125599

Bank card        USD$    125.00

---

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

11/26/25 12:58PM 1542    579    SALE

66380009248      8  EA  $19.79 EA DN
OKOCAT LITTER ORIGINAL 12.6LB    $158.33
Regular Price:           21.99
You Saved   :            17.59

SUB-TOTAL:$   158.33  TAX: $    .00
TOTAL: $  158.33
BC AMT:    $  158.33

BK CARD#:    XXXXXXXXXXXX4629
MID:********0883  TID:***3841
AUTH:   089792        AMT: $  158.33
Host reference #:937741    Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA          EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06061203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC :0032
AC   : C220D26F806FB256
TxnID/ValCode: 328353

Bank card        USD$    158.33

Total Items:8

9

THANK YOU FOR SHOPPING AT
THE LIVERY
(760) 789-5582

NO RETURN ON DISCOUNTED ITEMS - RETURNS
WITHIN 30 DAYS WITH RECEIPT & TAGS
11/26/25 12:03PM MM        555    SALE

SUB-TOTAL:$    1304.30  TAX: $        .00
                        TOTAL: $    1304.30
              BC AMT: $    1304.30

BK CARD#:    XXXXXXXXXXXX4629
MID:********2883   TID:***0444
AUTH:   042276      AMT: $   1304.30
Host reference #:243285      Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA        EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06061203A00000
TSI :
ARC : 00
MODE : Issuer
CVM :
Name : VISA DEBIT
ATC :0030
AC  : 0C1FB87686B83BF05
TxnID/ValCode: 125557

Bank card        USD$   1304.30

---

741 Highway 78
Ramona CA 92065

741 HIGHWAY 78
RAMCO PETROLEUM #1
XXXXXXXXXX6001
RAMONA, CA
92065
11/25/2025 993254957
04:35:14 PM

XXXXXXXXXXXXX3834
Visa
INVOICE 066359
AUTH 315061

PUMP# 1

REGULAR        4.913G
PRICE/GAL      $4.599

FUEL TOTAL   $   22.59

- - - - - - - -
TOTAL =  $   22.59

CREDIT       $   22.59

=================================
Customer-activated Purchase/Capture
Sequence Number 54455
Contactless
VISA DEBIT
Mode: Issuer
AID: A000000031010
TVR: 0000000000
IAD: 06011203A00000
TSI: 0000
ARC: 00
AROC: 4CB60E1536C9C633
APPROVED 315061

---


TractorSupply.com

203 HUNTER ST
RAMONA, CA  92065
760-789-7052

Ticket: 404421
Date: 11/28/25            Time: 12:52 PM
Store: 1862              Register: 1
Cashier: Brian

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| SPMX 15LB GOURMET MIX | | | |
| 2231256 | 1 | 10.99 | 10.99 |
| FRSK 40/5.50Z SFD | | | |
| 1393068 | 1 | 30.79 | 30.79 |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 2 | 22.99 | 45.98 E |
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | 11 | 17.99 | 197.89 E |

Subtotal    285.65
Tax    3.24
Total    288.89

Cash                        300.00

---


TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 960416          Time: 5.10 PM
Date: 11/26/25          Register: 2
Store: 1862
Cashier: Anabel

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 1 | 20.99 | 20.99 |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 1 | 20.99 | 20.99 |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 1 | 20.99 | 20.99 |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 1 | 20.99 | 20.99 |
| DMR HOG GROWER PELLET 50LB | | | |
| 1591177 | 1 | 19.99 | 19.99 E |
| PP SCRATCH GRAINS 50LB | | | |
| 2525064 | 1 | 21.99 | 21.99 E |
| RET 50LB MINICHUNK | | | |
| 2258968 | 1 | 24.99 | 24.99 |
| NUT NMYTS ALL FLOCK 40LB | | | |
| 1257674 | 1 | 22.49 | 22.49 E |
| EQGN MULTI CAT FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 29.99 E |
| EQGN MULTI CAT FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 29.99 |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 2 | 22.99 | 45.98 E |
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | 11 | 17.99 | 197.89 E |

Subtotal    477.27
Tax    13.05
Total    490.32

W/C Full



**TRACTOR SUPPLY C9**
TractorSupply.com

203 HUNTER ST
RAMONA, CA  92065
760-789-7052

Ticket: 960064
Date: 11/25/25          Time: 10:20 AM
Store: 1862            Register: 2
Cashier: Anabel

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| FRSK 24/5.50Z PT FS H/GRL/TKY | | | |
| 5202932 | 1 | 19.19 | 18.26 |
| $20 Reward | | (0.93) | |
| P&C 32/5.50Z PLTY V? | | | |
| 1204592 | 1 | 20.99 | 19.98 |
| $20 Reward | | (1.01) | |
| P&C 32/5.50Z PLTY V? | | | |
| 1204592 | 1 | 20.99 | 19.98 |
| $20 Reward | | (1.01) | |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 1 | 20.99 | 19.98 |
| $20 Reward | | (1.01) | |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 1 | 20.99 | 19.98 |
| $20 Reward | | (1.01) | |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 28.54 |
| $20 Reward | | (1.45) | |
| DMR ALFALFA TIMOTHY CUBE 50LB | | | |
| 1252425 | 1 | 22.99 | 21.88 |
| $20 Reward | | (1.11) | |
| PP SWEET FEED 50LB | | | |
| 2525519 | 1 | 16.29 | 15.50 |
| $20 Reward | | (0.79) | |
| TRIPLE CROWN LITE HORSE FEED | | | |
| 5094583 | 1 | 33.99 | 32.35 |
| $20 Reward | | (1.64) | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 2 | 22.99 | 43.76 E |
| $20 Reward | | (2.22) | |
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | 9 | 17.99 | 154.09 E |
| $20 Reward | | (7.82) | |

| | Subtotal | 394.30 |
|---|---|---|
| | Tax | 9.83 |
| | Total | 404.13 |

---

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

11/25/25 10:41AM 1575        579   SALE

66380009248      5   EA   $21.99 LA  N
OKOCAT LITTER ORIGINAL 12.6LB       $109.95

SUB-TOTAL:$   109.95  TAX: $    .00
                      TOTAL: $  109.95
              BC AMT:    $  106.95

BK CARD#:    XXXXXXXXXXXX3834
MID:********0883   TID:***3841
AUTH:  213447       AMT: $  106.95
Host reference #:937369   Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA       EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC :0323
AC   : 3B9CE9B67EBA826A
TxnID/ValCode: 324492

MFG COUPON        USD$      3.00
Bank card         USD$    106.95

Total Items:5

---



**TRACTOR SUPPLY C9**
TractorSupply.com

203 HUNTER ST
RAMONA, CA  92065
760-789-7052

Ticket: 960347
Date: 11/26/25          Time: 12:32 PM
Store: 1862            Register: 2
Cashier: DEVANN

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| BB NDGS 160Z JRKY CHK | | | |
| 2092424 | 1 | 12.99 | 12.99 |
| 4HLTH 240Z TNDRS CHK&APPL | | | |
| 1872300 | 1 | 16.99 | 16.99 |
| MARROBONE 6LB BF | | | |
| 5131301 | 1 | 18.99 | 18.99 |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 29.99 |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 29.99 |
| P&C 32/5.50Z PLTY V? | | | |
| 1204592 | 1 | 20.99 | 20.99 |
| P&C 32/5.50Z PLTY V? | | | |
| 1204592 | 1 | 20.99 | 20.99 |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 1 | 20.99 | 20.99 |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 1 | 20.99 | 20.99 |
| PDGR 12/13.20Z CIG PRM RB&CHK VP | | | |
| 1211585 | 1 | 22.99 | 22.99 |
| PDGR 12/13.20Z CHPPD CLB&BBC VP | | | |
| 5400580 | 1 | 22.99 | 22.99 |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 2 | 22.99 | 45.98 E |
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | 11 | 17.99 | 197.89 E |

| | Subtotal | 482.76 |
|---|---|---|
| | Tax | 18.46 |
| | Total | 501.22 |

11

RAMCO PETROLEUM #1
741 HIGHWAY 78
RAMONA CA  92065
XXXXXXXXX6001

11/20/2025 3:30:36 PM
Register: 2 Trans #: 368 Op ID: 91
Your cashier: Area

| | |
|---|---|
| deli express 4.8oz | $5.29 |
| Groc Tax | |
| 4 @ $1.25 | $5.00 |
| Trans Fee | $0.45 |
| | --------- |
| Subtotal = | $10.74 |
| Tax  = | $0.39 |
| | --------- |
| Total  = | $11.13 |
| Change Due  = | $0.00 |
| | |
| Debit | $11.13 |

---

1441 Main Street
Ransom Brothers Ace
(760) 789-7898

Visit us on the web:
RANSOMBROTHERS.COM

THANK YOU FOR SHOPPING AT
RANSOM BROTHERS ACE #18201
11/20/25  3:11PM ANP          714   SALE

8327850         2   EA   $8.59 EA
RUG CLEANR PET 22OZ              $17.18
9089679         1   EA   $4.53 EA S
FOAM HND SOAP VN&RS 10OZ          $4.53
90521929        1   EA  $15.99 EA
RR Refined Mahogany             $15.99
90521899        1   EA  $15.99 EA
RR Silver Mountain              $15.99
90521912        1   EA  $15.99 EA
RR Smoked Suede                 $15.99

SUB-TOTAL:$     69.68 TAX: $     5.40
                     TOTAL: $    75.08
              BC AMT:      $     75.08

BK CARD#:      XXXXXXXXXXX3834
MID:********6889  TID:***1530
AUTH:   483054        AMT: $      75.08
Host reference #:246042    Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA               EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM :
Name : VISA DEBIT
ATC :0317
AC  : CDBA768908083BD4
TxnID/ValCode: 855084

Bank card           USD$      75.08



==>> JRNL#        C46247/2
       CUST NO:        *26793

THANK YOU VISA CARDHOLDER
FOR YOUR PATRONAGE
ACE REWARDS ID # 1995972882

Acct:    MONIKA KERBER

Customer Copy

Voted Best Hardware/Lumber Store
Hardware/Lumber Store in Ramona!

---

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

11/20/25  2:34PM 1219        579    SALE

66380009248      5   EA  $21.99 EA  N
OKOCAT LITTER ORIGINAL 12.6LB  $109.95

SUB-TOTAL:$   109.95  TAX: $      .00
                     TOTAL: $   109.95
              BC AMT:      $    97.95

BK CARD#:     XXXXXXXXXXXX3834
MID:********0883   TID:***3841
AUTH:   358845        AMT: $     97.95
Host reference #:936119    Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA               EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC :0314
AC  : 2C1B3667386C7D8E
TxnID/ValCode: 309940

MFG COUPON          USD$      12.00
Bank card           USD$      97.95

Total Items:5

==>> JRNL#        J36119/3
       CUST NO:        *12827

12



**TRACTOR SUPPLY CO**
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 958989
Date: 11/20/25          Time: 2:09 PM
Store: 1862             Register: 2
Cashier: FRANCISCO

Item          Qty   Price    Amount
ALFALFA BERMUDA BLEND PELLETS 80 LB
1110503    MN②   22.99     45.98

NUT TRIUMPH 12-8 PELLET 50LB
2346778   NtK ⑪   10.00    110.00

ECON MULTI CAT DRY FOOD 44LB
1046117        1   29.99     29.99

ECON MULTI CAT DRY FOOD 44LB
1046117        1   29.99     29.99

                Subtotal    215.96
                Tax           4.64
                Total       220.60

Debit Card        - SALE    220.60
***********3834 - EMV Contactless
Authorization #: 211711
Bank Reference #: 515580439974
Terminal ID      : 031791862000200
Cryptogram       : 916C6C5A98268704
AID : A000000098084D
APP : US DEBIT
CVM : PIN Verified / 020000
TVR : 0000000000 / TSI : 0000

Change                       0.00
I agree to pay the above amount accordi
to my card issuer agreement.

---

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

11/19/25  3:25PM 1473     579  SAL
--------------------------------------
042055301206    1   EA   $7.49 EA
HK FRZN BLOODWORMS 3.50Z        $7
042055323208    1   EA   $7.49 EA
HK FRZN BRINE SHRIMP 3.50Z      $7
66380009248     4   EA  $21.99 EA
OKOCAT LITTER ORIGINAL 12.6LB  $87
416030125789    1   EA  $16.99 EA
KAH WOUND CARE SPRAY 4 OZ      $16

SUB-TOTAL:$   119.93  TAX: $
                    TOTAL: $   119
              BC AMT:    $   107

BK CARD#:    XXXXXXXXXXXX3834
MID:********0883  TID:***3841
AUTH:  471882       AMT: $   107.
Host reference #:935872   Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA          EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC :0307
AC  : 11CC60AFA7C7B28F
TxnID/ValCode: 307236

MFG COUPON         USD$      12.00
Bank card          USD$     107.93

Total Items:7

---



**TRACTOR SUPPLY CO**
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 334110
Date: 11/19/25          Time: 2:46 PM
Store: 1862             Register: 31
Cashier: Francisco

Item          Qty   Price    Amount
P&C 32/5.50Z SFD VP
1204591        4   20.99     83.96

P&C 32/5.50Z PLTY VP
1204592        1   20.99     20.99

PDGR 12/13.20Z CHPPD CLB&BBC VP
5400580        1   22.99     22.99

DMR GAME BIRD MAINT 50LB
1858383        1   19.99     19.99 E

DMR ALFALFA TIMOTHY CUBE 50LB
1252425        1   22.99     22.99 E

ECON MULTI CAT DRY FOOD 44LB
1046117        1   29.99     29.99

ECON MULTI CAT DRY FOOD 44LB
1046117        1   29.99     29.99

RET 50LB MINICHUNK
2258968        1   24.99     24.99

RET 50LB MINICHUNK
2258968        1   24.99     24.99

ALFALFA BERMUDA BLEND PELLETS 80 LB
1110503        2   22.99     45.98 E

NUT TRIUMPH 12-8 PELLET 50LB
2346778       11   10.00    110.00 E

                Subtotal    436.86
                Tax          18.41
                Total       455.27

13

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

11/18/25 11:35AM 1584      579    SALE
--------------------------------------
66380009248    8   EA   $19.79$1EA DN
OKOCAT LITTER ORIGINAL 12.6LB    $158.33
Regular Price:          21.99
You Saved    :          17.59

SUB-TOTAL:$   158.33  TAX:  $      .00
              TOTAL:  $        158.33
              BC AMT:   $       158.33

BK CARD#:    XXXXXXXXXXXXX3834
MID:********0883   TID:***3841
AUTH:   463619        AMT:$    158.33
Host reference #:935512    Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA            EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC :0301
AC   : BEFE82B823194264
TxnID/ValCode: 303543

Bank card       USD$      158.33

Total Items:8

---



TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 402221
Date: 11/11/25          Time: 1:48 PM
Store: 1862            Register: 1
Cashier: Jared

Item            Qty   Price    Amount
SENIOR STABLE MIX PELLET FEED 50LB
1265072          4    17.99     71.96  E

NUT TRIUMPH SENIOR WET PELLET 50LB
2281382          4    17.99     71.96  E

NUT TRIUMPH 14-6 PELLET 50LB
2449518          3    17.99     53.97  E

ALFALFA BERMUDA BLEND PELLETS 80 LB
1110503          2    22.99     45.98  E

PDGR 12/13.20Z CHPPD CLB&BBC VP
5400580          1    22.99     22.99

P&C 32/5  al. ml IV VP
1204592          4    20.99     83.96

P&C 32/5 50Z St. VP
1204591          1    20.99     20.99

HERRS MEXICAN STREET CORN 1.50Z
2368995          1    2.99      2.99   E

                Subtotal       374.80
                Tax             9.91
                Total         384.71

---



TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 402519
Date: 11/14/25          Time: 1:42 PM
Store: 1862            Register: 1
Cashier: Cheyenne

Item            Qty   Price    Amount
ECON MULTI CAT DRY FOOD 44LB
1046117          1    29.99     29.99

SPMX 15LB GOURMET MIX
2231256          1    15.99     15.99

FRSK 24/5.50Z PT FSH/GRL/TKY
5202932          1    19.19     19.19

NUT TRIUMPH 12-8 PELLET 50LB
2346778          9    17.99    161.91  E

ALFALFA BERMUDA BLEND PELLETS 80 LB
1110503          2    22.99     45.98  E

                Subtotal       273.06
                Tax             5.05
                Total         278.11

Debit Card              - SALE   278.11
**********  EMV Contactless
Autho ization  #  309298
Bank Reference #  5055425368
Terminal ID    : 001791862000100
Cryptogram     : A7506BBCD9B018AB
AID : A0000000980840
APP : US DEBIT
CVM : PIN Verified  /  020000
TVR : 0000000000  /  TSI : 0000

---

I4



TractorSupply.com

203 HUNTER ST
RAMONA, CA  92065
760-789-7052

TractorSupply.com

203 HUNTER ST
RAMONA, CA  92065
760-789-7052

PETROMERICA
XXXXXXXXXX9001
882 MAIN ST
RAMONA, CA
92065
11/18/2025 92626394
06:05:58 PM

XXXXXXXXXXXXX3834
Visa
INVOICE 077062
AUTH 670248

PUMP# 3

Regular          22.627G
PRICE/GAL        $4.559

FUEL TOTAL $  103.16
        --------
    TOTAL = $  103.16

CREDIT    $  103.16

====================================
Customer-activated Purchase/Capture
Sequence Number 17398
Chip Read
US DEBIT
Mode: Issuer
AID: A0000000980840
TVR: 0000100000
IAD: 0001280000000
TSI: 0000
ARC: 00
TC: 19FCAE63A0003708
APPROVED  678248
====================================

Ticket: 402988
Date: 11/18/25          Time: 10:35 AM
Store: 1862             Register: 1
Cashier: Brian

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | 11 | 17.99 | 95.98 E |
| $ Off Discount | | (87.89) | |
| $20 Reward | (7.01) | | |
| $20 Reward | (7.01) | | |
| | | | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 2 | 22.99 | 40.12 E |
| $20 Reward | (2.93) | | |
| $20 Reward | (2.93) | | |
| | | | |
| PP SWEET FEED 50LB | | | |
| 2525519 | 1 | 16.29 | 14.21 E |
| $20 Reward | (1.04) | | |
| $20 Reward | (1.04) | | |
| | | | |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 26.17 |
| $20 Reward | (1.91) | | |
| $20 Reward | (1.91) | | |
| | | | |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 26.17 |
| $20 Reward | (1.91) | | |
| $20 Reward | (1.91) | | |
| | | | |
| NUT NNIS ALL FLOCK 40LB | | | |
| 1257674 | 1 | 24.49 | 21.37 E |
| $20 Reward | (1.56) | | |
| $20 Reward | (1.56) | | |
| | | | |
| DMR ALFALFA TIMOTHY CUBE 50LB | | | |
| 1252425 | 1 | 22.99 | 20.05 E |
| $20 Reward | (1.47) | | |
| $20 Reward | (1.47) | | |
| | | | |
| TRIPLE CROWN LITE HORSE FEED | | | |
| 5094583 | 1 | 33.99 | 29.65 E |
| $20 Reward | (2.17) | | |
| $20 Reward | (2.17) | | |

Subtotal    273.72
Tax           4.06
Total       277.78

Ticket: 402987
Date: 11/18/25          Time: 10:33 AM
Store: 1862             Register: 1
Cashier: Brian

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| PP SWEET FEED 50LB | | | |
| 2525519 | 1 | 16.29 | 15.48 E |
| Bulk Discount Buy 20 or More Get 5% Off | | | |
| Each | (0.81) | | |
| | | | |
| DOG CHOW 44LB CHK | | | |
| 2053268 | 2 | 25.99 | 51.98 |
| | | | |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 2 | 29.99 | 59.98 |
| | | | |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 6 | 20.99 | 125.94 |
| | | | |
| NUT NNIS ALL FLOCK 40LB | | | |
| 1257674 | 1 | 24.49 | 23.27 E |
| Bulk Discount Buy 20 or More Get 5% Off | | | |
| Each | (1.22) | | |
| | | | |
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | 22 | 17.99 | 375.99 E |
| Bulk Discount Buy 20 or More Get 5% Off | | | |
| Each | (19.79) | | |
| | | | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 4 | 22.99 | 91.96 E |

Subtotal    744.60
Tax          18.44
Total       763.04

Debit Card          - SALE    763.04
************3834 - EMV Contactless
Authorization #: 237355
Bank Reference #: 50557480748
Terminal ID     : 001791862000100
Cryptogram      : 3336F84ED6A97967
AID : A0000000980840
APP : US DEBIT
CVM : PIN Verified  /  020000
TVR : 0000000000  /  TSI : 0000

Change                        0.00
I agree to pay the above amount according
to my card issuer agreement.

15



**TRACTOR SUPPLY CO**
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 958511
Date: 11/18/25          Time: 11:07 AM
Store: 1862             Register: 2
Cashier: LAUREN

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| CESAR 24/3.50Z HD VP | | | |
| 1165228 | 1 | 25.99 | 25.99 |
| PDGR 12/13.20Z CHPPD CLB&EBC VP | | | |
| 5400580 | 1 | 22.99 | 22.99 |

|  | Subtotal | 48.98 |
|--|----------|-------|
|  | Tax | 3.79 |
|  | Total | 52.77 |

Debit Card            SALE      52.77
**********3834 - EMV Contactless
Authorization #: 232722
Bank Reference #: 5355749292
Terminal ID    : 03179186200020
Cryptogram     : 63CEDFE6601D30FE
AID : A0000000980840
APP : US DEBIT
CVM : PIN Verified / 020000
TVR : 0000000000 / TSI : 0000

Change                            0.00
I agree to pay the above amount accordi
to my card issuer agreement.

---

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

11/17/25  2:47PM 1540      579    SALE
-----------------------------------------
072705130009    2  EA   $3.59 EA SN
FROMM REMEDIES CHICKEN 12.20Z    $7.18
Regular Price:            4.49
You Saved    :            1.80
66380009248    5  EA  $21.99 EA  N
OKOCAT LITTER ORIGINAL 12.6LB  $109.95

SUB-TOTAL:$  117.13  TAX:  $     .00
DISCOUNT:   -15.00 TOTAL: $   102.13
            BC AMT:     $   102.13

BK CARD#:     XXXXXXXXXXXX3834
MID:********0883   TID:***3841
AUTH:  913466       AMT: $    102.13
Host reference #:935331   Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA          EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC :02FB
AC  : 821675BB8BB3FE9E
TxnID/ValCode: 301782

Bank card          USD$    102.13

Total Items:7

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

==>> JRNL#      J35331/3
     CUST NO:       *3

THANK YOU VISA  CARDHOLDER
FOR YOUR PATRONAGE

---

**TRACTOR SUPPLY CO**
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 958294
Date: 11/17/25          Time: 2:18 PM
Store: 1862             Register: 2
Cashier: William

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| P&C 32/5.50Z PLTY VP | | | |
| 1204592 | 2 | 20.99 | 41.98 |
| P&C 32/5.50Z SFO VP | | | |
| 1204591 | 2 | 20.99 | 41.98 |
| FRSK 24/5.50Z PT FSH/GRL/TRY | | | |
| 5202932 | 1 | 19.19 | 19.19 |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 29.99 |
| CCOUT 470Z BCN | | | |
| 2086003 | 1 | 12.99 | 12.99 |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 2 | 22.99 | 45.98 E |
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | 11 | 17.99 | 197.89 E |

|  | Subtotal | 390.00 |
|--|----------|--------|
|  | Tax | 11.31 |
|  | Total | 401.31 |

Debit Card            SALE     401.31
**********3834 - EMV Contactless
Authorization #: 154784
Bank Reference #: 5355732547
Terminal ID    : 03179186200020
Cryptogram     : EA8B80EEC14567CB
AID : A0000000980840
APP : US DEBIT
CVM : PIN Verified / 020000
TVR : 0000000000 / TSI : 0000

16

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

11/15/25 11:11AM 1584     579   SALE

---

66380009248      6   EA  $19.79 1EA DN
OKOCAT LITTER ORIGINAL 12.6LB   $118.75
Regular Price:            21.99
You Saved    :            13.19

SUB-TOTAL:$   118.75  TAX:  $      .00
                      TOTAL: $   118.75
              BC AMT:    $   106.75

BK CARD#:     XXXXXXXXXXXX3834
MID:*******0883   TID:***3841
AUTH:   508219       AMT: $   106.75
Host reference #:934773    Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA          EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC :02F5
AC   : 7789E57E3A4FA418
TxnID/ValCode: 295110

MFG COUPON         USD$     12.00
Bank card          USD$    106.75

Total Items:6

==>> JRNL#      J34773/3
     CUST NO:      *12827

THANK YOU VISA  CARDHOLDER
FOR YOUR PATRONAGE

---

**TRACTOR SUPPLY CO**

TractorSupply.com

203 HUNTER ST
RAMONA, CA  92065
760-789-7052

Ticket: 402324
Date: 11/13/25        Time: 11:36 AM
Store: 1862           Register: 1
Cashier: LAUREN

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| DMR ALFALFA TIMOTHY CUBE 50LB | | | | |
| 1252425 | 1 | 22.99 | 22.99 | E |
| P&C 32/5.50Z SFD VP | | | | |
| 1204591 | 1 | 20.99 | 20.99 | |
| P&C 32/5.50Z SFD VP | | | | |
| 1204591 | 1 | 20.99 | 20.99 | |
| P&C 32/5.50Z PLTY VP | | | | |
| 1204592 | 1 | 20.99 | 20.99 | |
| P&C 32/5.50Z PLTY VP | | | | |
| 1204592 | 1 | 20.99 | 20.99 | |
| CRUSH ORANGE 20OZ | | | | |
| 1514746 | 1 | 1.99 | 1.99 | |
| TRIPLE CROWN LITE HORSE FEED | | | | |
| 5094583 | 1 | 33.99 | 33.99 | E |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | | |
| 1110503 | 2 | 22.99 | 45.98 | E |
| NUT TRIUMPH 12-8 PELLET 50LB | | | | |
| 2346778 | 9 | 17.99 | 161.91 | E |
| DOG CHOW 44LB CHK | | | | |
| 2053268 | 1 | 25.99 | 25.99 | |

               Subtotal     376.81
                    Tax       8.65
    CA Bottle Deposit Fee     0.05
                  Total     385.51

Debit Card           - SALE   385.51
***********3834 - EMV Contactless
Authorization #: 468334
Bank Reference #: 50556095553
Terminal ID    : 001791862000100
Cryptogram     : 5AE35EFA056CE05F
AID : A000000980840
APP : US DEBIT
CVM : PIN Verified  /  020000
TVR : 0000000000  /  TSI : 0000

Change                        0.00
I agree to pay the above amount according
to my card issuer agreement.

*****************************************
Tax Exempt Information

17

AMOUNT    0.00                                    TOTAL AMOUNT

657.15

  20474                ORDR#  243112              NET 10              MG
11/24/25    9:02

  VILLA CHARDONNAY HORSES/WINGS
DOC# C43176
    4554 BOULDER CREEK RD                    11/21/25  TERM#552
**DUPLICATE**
                                              * INVOICE *

    JULIAN        CA 92036
*************
    (951) 234-9793                    TAX :    001 Ramona, CA
                                        ORDR  243112

LN# SHIPPED  ORDERED  UM   SKU          DESCRIPTION        SUGG
UNITS    PRICE/PER   EXTENSION
1   1              EA 12        LOCAL DELIVERY CHARGE          1      10.00 /
EA        10.00
2   35            EA  215        # 2 ALFALFA                35      18.49 /EA
647.15

                    ** PAYMENT RECEIVED **          657.15  TAXABLE
0.00
                    ** PAID IN FULL **              NON-TAXABLE
657.15
                      (MONICA          )            SUBTOTAL
657.15
                      BANKCARD PAYMENT          657.15
                    BKCRD#XXXXXXXXXXXX                TAX
AMOUNT        0.00
                                              TOTAL AMOUNT
657.15

  20474                          NET 10        MM      11/21/25
1:48

  VILLA CHARDONNAY HORSES/WINGS
DOC# C43127
    4554 BOULDER CREEK RD                      TERM#553
**DUPLICATE**

```
                        ** PAYMENT RECEIVED **              1,304.30  TAXABLE
0.00
                        ** PAID IN FULL **                      NON-TAXABLE
1,304.30
                        (MERCEDES        )                      SUBTOTAL
1,304.30

                          BANKCARD PAYMENT            1,304.30
                          BKCRD#XXXXXXXXXX                        TAX
AMOUNT          0.00
                                              TOTAL AMOUNT
1,304.30


   20474              ORDR#  243178            NET 10          MG
11/25/25   10:13

   VILLA CHARDONNAY HORSES/WINGS
DOC# C43236
   4554 BOULDER CREEK RD                        11/24/25  TERM#552
**DUPLICATE**
                                              * INVOICE *

   JULIAN      CA 92036
*************
   (951) 234-9793                      TAX :   001 Ramona, CA
                                                ORDR  243178


LN# SHIPPED  ORDERED  UM    SKU         DESCRIPTION         SUGG
UNITS     PRICE/PER  EXTENSION
1    1        EA 12         LOCAL DELIVERY CHARGE          1     10.00 /
EA       10.00


2    35       EA 215      # 2 ALFALFA               35      18.49 /EA
647.15

                        ** PAYMENT RECEIVED **              657.15  TAXABLE
0.00
                        ** PAID IN FULL **                  NON-TAXABLE
657.15
                        (MERCEDES        )                  SUBTOTAL
657.15

                          BANKCARD PAYMENT            657.15
                          BKCRD#XXXXXXXXXXXX3834             TAX
```

(951) 234-9793                                        TAX : 001 Ramona, CA

ORDR  243317

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | -50 | | EA | 215 | # 2 ALFALFA | 50 | 18.49 /EA | -924.50R |
| | | | | | CREDIT RETURN | | | |
| 2 | 50 | | EA | 217 | #1 ALFALFA HAY | 50 | 20.99 /EA | 1,049.50 |

** PAYMENT RECEIVED **                125.00  TAXABLE        0.00

** PAID IN FULL **                    NON-TAXABLE    125.00

(MONICA        )                      SUBTOTAL       125.00

BANKCARD PAYMENT              125.00
BKCRD#XXXXXXXXX`                      TAX

AMOUNT            0.00

TOTAL AMOUNT

125.00

20474             ORDR# 243237          NET 10          MM
11/26/25   12:03

VILLA CHARDONNAY HORSES/WINGS       CARDHOLDER/VISA
DOC# C43285
4554 BOULDER CREEK RD                    11/25/25  TERM#555
**DUPLICATE**
* INVOICE *
JULIAN      CA 92036
*************
(951) 234-9793                        TAX :   001 Ramona, CA

ORDR  243237

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | EA | 12 | LOCAL DELIVERY CHARGE | 1 | 10.00 / EA | 10.00 |
| 2 | 70 | | EA | 215 | # 2 ALFALFA | 70 | 18.49 /EA | 1,294.30 |

VILLA CHARDONNAY HORSES/WINGS          CARDHOLDER/VISA
DOC# C43413

  4554 BOULDER CREEK RD                                    11/26/25  TERM#555
**DUPLICATE**

                                    * INVOICE *

  JULIAN       CA 92036
*************

  (951) 234-9793                         TAX :   001 Ramona, CA
                                  ORDR  243292

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | EA | 12 | LOCAL DELIVERY CHARGE | 1 | 10.00 / EA | 10.00 |
| 2 | 80 | | EA | 215 | # 2 ALFALFA | 80 | 18.49 /EA | 1,479.20 |

                ** PAYMENT RECEIVED **            89.20  TAXABLE     0.00

                1,400.00 ** PRIOR DEPOSIT **          NON-TAXABLE    1,489.20

                  (MONICA       )                    SUBTOTAL   1,489.20

                  BANKCARD PAYMENT            89.20
                  BKCRD#XXXXXXXXXX.               TAX AMOUNT       0.00

                              TOTAL AMOUNT    1,489.20

  20474                 ORDR#  243317          NET 10          MG
11/28/25    1:06

  VILLA CHARDONNAY HORSES/WINGS
DOC# C43347

  4554 BOULDER CREEK RD                                    11/28/25  TERM#555
**DUPLICATE**

                                      * INVOICE *

  JULIAN       CA 92036
*************

JULIAN      CA 92036
*************
(951) 234-9793                                          TAX :    001 Ramona, CA

LN# SHIPPED  ORDERED  UM    SKU            DESCRIPTION          SUGG
UNITS     PRICE/PER   EXTENSION
1    10        EA 215       # 2 ALFALFA              10      18.49 /EA
184.90


** PAYMENT RECEIVED **              184.90  TAXABLE
0.00
** PAID IN FULL **                  NON-TAXABLE
184.90
(MERCEDES      )                    SUBTOTAL
184.90

BANKCARD PAYMENT         184.90
BKCRD#XXXXXXXXXXXY                   TAX
AMOUNT       0.00
TOTAL AMOUNT
184.90

20474          ORDR#  243073        NET 10        MG
11/21/25    9:35

VILLA CHARDONNAY HORSES/WINGS
DOC# C43111
4554 BOULDER CREEK RD               11/20/25  TERM#552
**DUPLICATE**
* INVOICE *

JULIAN      CA 92036
*************
(951) 234-9793                      TAX :   001 Ramona, CA
ORDR  243073


LN# SHIPPED  ORDERED  UM   SKU          DESCRIPTION         SUGG
UNITS     PRICE/PER   EXTENSION
1    1         EA 12       LOCAL DELIVERY CHARGE     1      10.00 /
EA      10.00
2    100       EA 215      # 2 ALFALFA             100     18.49 /EA
1,849.00

** PAYMENT RECEIVED **          1,859.00 TAXABLE
0.00

** PAID IN FULL **                  NON-TAXABLE
1,859.00

(MONICA          )              SUBTOTAL
1,859.00

BANKCARD PAYMENT          1,859.00
BKCRD#XXXXXXXXXXX                    TAX
AMOUNT          0.00

TOTAL AMOUNT
1,859.00

20474              ORDR#  243030          NET 10          MG
11/20/25   9:22

VILLA CHARDONNAY HORSES/WINGS
DOC# C43072
4554 BOULDER CREEK RD                    11/19/25  TERM#552
**DUPLICATE**

* INVOICE *

JULIAN     CA 92036
************
(951) 234-9793                    TAX :    001 Ramona, CA
ORDR  243030

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | | SUGG |
|-----|---------|---------|-----|-----|-------------|---|------|
| UNITS | PRICE/PER | EXTENSION | | | | | |
| 1 | 1 | | EA | 12 | LOCAL DELIVERY CHARGE | 1 | 10.00 / |
| EA | 10.00 | | | | | | |
| 2 | 35 | | EA | 215 | # 2 ALFALFA | 35 | 18.49 /EA |
| 647.15 | | | | | | | |

** PAYMENT RECEIVED **          657.15 TAXABLE
0.00

** PAID IN FULL **                  NON-TAXABLE
657.15

(MONICA          )              SUBTOTAL
657.15

BANKCARD PAYMENT          657.15
BKCRD#XXXXXXXXXXXX3834                    TAX
AMOUNT          0.00

TOTAL AMOUNT

20474                              NET 10              MG          11/19/25    9:05

VILLA CHARDONNAY HORSES/WINGS
DOC# C43029
4554 BOULDER CREEK RD                                      TERM#552
**DUPLICATE**
                                                        *  INVOICE  *

JULIAN      CA 92036
*************
(951) 234-9793                        TAX :    001 Ramona, CA

LN#  SHIPPED  ORDERED  UM    SKU          DESCRIPTION              SUGG
UNITS    PRICE/PER    EXTENSION
1    1              EA  12          LOCAL DELIVERY CHARGE              1      10.00 /
EA        10.00
2    35            EA  215        # 2 ALFALFA                      35      18.49 /EA
647.15

                    ** PAYMENT RECEIVED **        657.15  TAXABLE
0.00
                    ** PAID IN FULL **                  NON-TAXABLE
657.15
                    (MONICA         )                  SUBTOTAL
657.15

                        BANKCARD PAYMENT          657.15
                        BKCRD#XXXXXXXXXXXX                  TAX
AMOUNT          0.00
                                                TOTAL AMOUNT
657.15

20474                    ORDR#  242972            NET 10          MM
11/18/25    9:29

VILLA CHARDONNAY HORSES/WINGS
DOC# C43006
4554 BOULDER CREEK RD                          11/17/25  TERM#553
**DUPLICATE**
                                                *  INVOICE  *

JULIAN      CA 92036
*************

ORDR  242972

LN# SHIPPED  ORDERED  UM    SKU          DESCRIPTION              SUGG UNITS    PRICE/PER   EXTENSION
1    1           EA 12       LOCAL DELIVERY CHARGE             1      10.00 / EA     10.00
2    35          EA 215      # 2 ALFALFA                      35      18.49 /EA 647.15


              ** PAYMENT RECEIVED **           657.15  TAXABLE 0.00
              ** PAID IN FULL **                       NON-TAXABLE 657.15
              (MONICA        )                         SUBTOTAL 657.15

              BANKCARD PAYMENT            657.15
              BKCRD#XXXXXXXXXXXX                       TAX AMOUNT          0.00
                                          TOTAL AMOUNT 657.15


   20474              ORDR#  242965            NET 10            NS
11/17/25    9:41

   VILLA CHARDONNAY HORSES/WINGS
DOC# C42970
   4554 BOULDER CREEK RD                      11/17/25  TERM#551
**DUPLICATE**
                                          * INVOICE *
   JULIAN        CA 92036
*************
   (951) 234-9793                  TAX :   001 Ramona, CA
                                      ORDR  242965

LN# SHIPPED  ORDERED  UM    SKU          DESCRIPTION              SUGG UNITS    PRICE/PER   EXTENSION
1    1           EA 12       LOCAL DELIVERY CHARGE             1      10.00 / EA     10.00
2    35          EA 215      # 2 ALFALFA                      35      18.49 /EA 647.15

** PAYMENT RECEIVED **          657.15  TAXABLE

0.00

** PAID IN FULL **              NON-TAXABLE

657.15

(MONICA        )                SUBTOTAL

657.15

BANKCARD PAYMENT          657.15
BKCRD#XXXXXXXXXXXX               TAX

AMOUNT        0.00

TOTAL AMOUNT

657.15

20474          ORDR#  242835          NET 10          NS
11/14/25   10:58

VILLA CHARDONNAY HORSES/WINGS
DOC# C42898
4554 BOULDER CREEK RD                    11/13/25  TERM#554
**DUPLICATE**
                                         * INVOICE *

JULIAN        CA 92036
************
(951) 234-9793                    TAX :   001 Ramona, CA
                                         ORDR  242835

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | | SUGG |
|-----|---------|---------|-----|-----|-------------|---|------|
| UNITS | PRICE/PER | EXTENSION | | | | | |
| 1 | 1 | | EA | 12 | LOCAL DELIVERY CHARGE | 1 | 10.00 / |
| EA | 10.00 | | | | | | |
| 2 | 110 | | EA | 215 | # 2 ALFALFA | 110 | 18.49 /EA |
| 2,033.90 | | | | | | | |

** PAYMENT RECEIVED **          2,043.90  TAXABLE

0.00

** PAID IN FULL **              NON-TAXABLE

2,043.90

(MONICA        )                SUBTOTAL

2,043.90

BANKCARD PAYMENT          2,043.90
BKCRD#XXXXXXXXXXXX0712           TAX

AMOUNT        0.00

TOTAL AMOUNT

20474                                          NET 10              MG         11/13/25
9:05

VILLA CHARDONNAY HORSES/WINGS
DOC# C42834
  4554 BOULDER CREEK RD                                      TERM#552
**DUPLICATE**
                                              * INVOICE *

  JULIAN      CA 92036
*************
  (951) 234-9793                              TAX :   001 Ramona, CA

LN# SHIPPED  ORDERED  UM  SKU       DESCRIPTION        SUGG
UNITS    PRICE/PER  EXTENSION
1   1           EA 12    LOCAL DELIVERY CHARGE              1     10.00 /
EA     10.00
2   35          EA  215     # 2 ALFALFA                 35     18.49 /EA
647.15

                ** PAYMENT RECEIVED **      657.15  TAXABLE
0.00
                ** PAID IN FULL **          NON-TAXABLE
657.15

          (MONICA         )               SUBTOTAL
657.15

               BANKCARD PAYMENT              657.15
               BKCRD#XXXXXXXXXXX                    TAX
AMOUNT        0.00
                                       TOTAL AMOUNT
657.15

20474              ORDR# 242730        NET 10           MM
11/12/25    2:02

VILLA CHARDONNAY HORSES/WINGS
DOC# C42813
  4554 BOULDER CREEK RD                   11/10/25  TERM#555
**DUPLICATE**
                                          * INVOICE *

  JULIAN      CA 92036

(951) 234-9793                                    TAX :    001 Ramona, CA
                                                          ORDR  242730


LN# SHIPPED  ORDERED  UM    SKU              DESCRIPTION              SUGG
UNITS    PRICE/PER  EXTENSION
1    1           EA 12        LOCAL DELIVERY CHARGE            1      10.00 /
EA       10.00
2    35      EA  215      # 2 ALFALFA              35      18.49 /EA
647.15

                        ** PAYMENT RECEIVED **          140.00  TAXABLE
0.00
                520.00    ** PRIOR DEPOSIT **                  NON-
TAXABLE      657.15
                (MONICA        )                    SUBTOTAL
657.15

                        CASH PAYMENT            140.00
                                            TAX AMOUNT        0.00


                                            TOTAL AMOUNT
657.15

  20474              ORDR#  242664          NET 10        MG      11/
7/25   11:28

  VILLA CHARDONNAY HORSES/WINGS
DOC# C42666
  4554 BOULDER CREEK RD                    11/ 7/25  TERM#552
**DUPLICATE**
                                        * INVOICE *

  JULIAN      CA 92036
*************
  (951) 234-9793                          TAX :   001 Ramona, CA
                                                  ORDR  242664


LN# SHIPPED  ORDERED  UM    SKU              DESCRIPTION              SUGG
UNITS    PRICE/PER  EXTENSION
1    1           EA 12        LOCAL DELIVERY CHARGE            1      10.00 /
EA       10.00
2    110      EA  215      # 2 ALFALFA              110      18.49 /EA
2,033.90

** PAYMENT RECEIVED **                                          2,043.90  TAXABLE
0.00
** PAID IN FULL **                              NON-TAXABLE
2,043.90
(MONICA          )                    SUBTOTAL
2,043.90

BANKCARD PAYMENT          2,043.90
BKCRD#XXXXXXXXXXXX                         TAX
AMOUNT          0.00
TOTAL AMOUNT
2,043.90


   20474              ORDR#  242601              NET 10          MG        11/
6/25    9:15

   VILLA CHARDONNAY HORSES/WINGS
DOC# C42637
   4554 BOULDER CREEK RD                        11/ 5/25  TERM#552
**DUPLICATE**
                                               * INVOICE  *
   JULIAN    CA 92036
*************
   (951) 234-9793                    TAX :    001 Ramona, CA
                                            ORDR   242601

LN# SHIPPED  ORDERED  UM    SKU          DESCRIPTION          SUGG
UNITS    PRICE/PER   EXTENSION
1     1        EA 12        LOCAL DELIVERY CHARGE          1      10.00 /
EA      10.00
2    110    25   EA 215      # 2 ALFALFA                110        18.49 /EA
2,033.90

** PAYMENT RECEIVED **          2,043.90  TAXABLE
0.00
** PAID IN FULL **                NON-TAXABLE
2,043.90
(MONICA          )                    SUBTOTAL
2,043.90

BANKCARD PAYMENT          2,043.90
BKCRD#XXXXXXXXXXXX                         TAX
AMOUNT          0.00
TOTAL AMOUNT

20474               ORDR#  242543            NET 10          MG        11/5/25   9:11

VILLA CHARDONNAY HORSES/WINGS
DOC# C42600

4554 BOULDER CREEK RD                          11/ 3/25  TERM#552
**DUPLICATE**
                                               * INVOICE *
JULIAN      CA 92036
*************
(951) 234-9793                        TAX :   001 Ramona, CA
                                              ORDR  242543

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | | SUGG | |
|---|---|---|---|---|---|---|---|---|
| | UNITS | PRICE/PER | EXTENSION | | | | | |
| 1 | 35 | EA 215 | # 2 ALFALFA | | | 35 | 18.49 /EA | 647.15 |
| 2 | 1 | EA 12 | LOCAL DELIVERY CHARGE | | | 1 | 10.00 / EA | 10.00 |
| 3 | | | XXXXXXXXXX⟩ | $500.00 | | | | |
| 4 | | | AUTH:141309 REF:242600 | | | | | |
| 5 | | | XXXXXXXXXX⟩ | $157.15 | | | | |
| 6 | | | AUTH:175003 REF:242600 | | | | | |

          ** PAYMENT RECEIVED **            657.15  TAXABLE
0.00
          ** PAID IN FULL **                NON-TAXABLE
657.15
             (MONICA       )                SUBTOTAL
657.15
          BANKCARD PAYMENT-MULTI            657.15
          MULTIPLE CARDS                    TAX AMOUNT
0.00
                                    TOTAL AMOUNT
657.15

20474               ORDR#  242542            NET 10          MG        11/4/25   9:11

VILLA CHARDONNAY HORSES/WINGS

4554 BOULDER CREEK RD                                11/ 3/25  TERM#552
**DUPLICATE**

                                                    * INVOICE *

  JULIAN      CA 92036
*************
  (951) 234-9793                         TAX :    001 Ramona, CA


                                                  ORDR  242542

LN# SHIPPED  ORDERED  UM   SKU        DESCRIPTION           SUGG
UNITS    PRICE/PER   EXTENSION
1   1         EA 12        LOCAL DELIVERY CHARGE        1     10.00 /
EA      10.00
2   35        EA  215       # 2 ALFALFA               35     18.49 /EA
647.15
3                     XXXXXXXXXXX:     $657.15
4                     AUTH:080673 REF:242566

              ** PAYMENT RECEIVED **          657.15  TAXABLE
0.00
              ** PAID IN FULL **              NON-TAXABLE
657.15
              (MONICA        )               SUBTOTAL
657.15

              BANKCARD PAYMENT-MULTI          657.15
              MULTIPLE CARDS              TAX AMOUNT
0.00
                                      TOTAL AMOUNT
657.15

  20474          ORDR# 242540        NET 10        NS      11/
3/25   10:14

  VILLA CHARDONNAY HORSES/WINGS
DOC# C42541
  4554 BOULDER CREEK RD                            11/ 3/25  TERM#555
**DUPLICATE**
                                                * INVOICE *

  JULIAN      CA 92036
*************
  (951) 234-9793                         TAX :    001 Ramona, CA
                                                  ORDR  242540

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | | SUGG UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|----|----|-------------|--|------------|-----------|-----------|
| 1 | 1 | | EA | 12 | LOCAL DELIVERY CHARGE | | 1 | 10.00 / EA | 10.00 |
| 2 | 35 | | EA | 215 | # 2 ALFALFA | | 35 | 18.49 /EA | 647.15 |
| 3 | | | | | XXXXXXXXXXX⟩ | $657.15 | | | |
| 4 | | | | | AUTH:627565 REF:242541 | | | | |

** PAYMENT RECEIVED **            657.15  TAXABLE
0.00

** PAID IN FULL **              NON-TAXABLE
657.15

(MONICA          )            SUBTOTAL
657.15

BANKCARD PAYMENT-MULTI        657.15
MULTIPLE CARDS            TAX AMOUNT
0.00

TOTAL AMOUNT

657.15

20474            ORDR#  242439        NET 10        MM
10/31/25    9:10

VILLA CHARDONNAY HORSES/WINGS
DOC# C42464
4554 BOULDER CREEK RD                10/30/25   TERM#553
**DUPLICATE**

* INVOICE *

JULIAN      CA 92036
*************
(951) 234-9793                TAX :   001 Ramona, CA
ORDR   242439

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | | SUGG UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|----|----|-------------|--|------------|-----------|-----------|
| 1 | 110 | | EA | 215 | # 2 ALFALFA | | 110 | 18.49 /EA | 2,033.90 |
| 2 | 1 | | EA | 12 | LOCAL DELIVERY CHARGE | | 1 | 10.00 / EA | 10.00 |
| 3 | | | | | XXXXXXXXXXX2324 | $2043.90 | | | |

** PAYMENT RECEIVED **                                    2,043.90  TAXABLE
0.00
** PAID IN FULL **                                        NON-TAXABLE
2,043.90
(MONICA        )                                          SUBTOTAL
2,043.90

BANKCARD PAYMENT-MULTI          2,043.90
MULTIPLE CARDS                         TAX AMOUNT
0.00
TOTAL AMOUNT
2,043.90

20474                    ORDR#  242327          NET 10              MM
10/29/25   10:09

VILLA CHARDONNAY HORSES/WINGS
DOC# C42381
4554 BOULDER CREEK RD                          10/28/25  TERM#553
**DUPLICATE**
* INVOICE *

JULIAN       CA 92036
*************
(951) 234-9793                            TAX :   001 Ramona, CA
ORDR  242327

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | | SUGG |
|---|---|---|---|---|---|---|---|
| UNITS | PRICE/PER | EXTENSION | | | | | |
| 2 | 1 | | EA 12 | | LOCAL DELIVERY CHARGE | 1 | 10.00 / |
| EA | 10.00 | | | | | | |
| 4 | 110 | | EA 215 | | # 2 ALFALFA | 110 | 18.49 /EA |
| 2,033.90 | | | | | | | |
| 5 | | | | XXXXXXXXXXX | $2043.90 | | |
| 6 | | | | AUTH:088034 REF:242381 | | | |

** PAYMENT RECEIVED **                                    2,043.90  TAXABLE
0.00
** PAID IN FULL **                                        NON-TAXABLE
2,043.90
(MONICA        )                                          SUBTOTAL
2,043.90

BANKCARD PAYMENT-MULTI           2,043.90
MULTIPLE CARDS                          TAX AMOUNT
0.00
                                                  TOTAL AMOUNT
2,043.90


  20474               ORDR#  242297               NET 10            MM
10/28/25    9:19

  VILLA CHARDONNAY HORSES/WINGS
DOC# C42326
  4554 BOULDER CREEK RD                         10/27/25  TERM#553
**DUPLICATE**
                                                  * INVOICE *

  JULIAN        CA 92036
*************
  (951) 234-9793                    TAX :    001 Ramona, CA
                                            ORDR  242297

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | | SUGG |
|-----|---------|---------|-----|-----|-------------|--|------|
| UNITS | PRICE/PER | EXTENSION | | | | | |
| 1 | 1 | | EA | 12 | LOCAL DELIVERY CHARGE | 1 | 10.00 / |
| EA | 10.00 | | | | | | |
| 2 | 35 | | EA | 215 | # 2 ALFALFA | 35 | 18.49 /EA |
| 647.15 | | | | | | | |
| 3 | | | | XXXXXXXXXXX | $657.15 | | |
| 4 | | | | AUTH:111192 REF:242326 | | | |


              ** PAYMENT RECEIVED **          657.15  TAXABLE
0.00
              ** PAID IN FULL **                NON-TAXABLE
657.15
                 (MONICA        )              SUBTOTAL
657.15

              BANKCARD PAYMENT-MULTI           657.15
              MULTIPLE CARDS                   TAX AMOUNT
0.00
                                              TOTAL AMOUNT
657.15

  20474                    NET 10         NS        10/27/25
9:02

VILLA CHARDONNAY HORSES/WINGS
DOC# C42296
  4554 BOULDER CREEK RD                                              TERM#551
**DUPLICATE**
                                                                    * INVOICE *

  JULIAN       CA 92036
**************
  (951) 234-9793                                       TAX :   001 Ramona, CA

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG |
|---|---|---|---|---|---|---|
| | UNITS | PRICE/PER | EXTENSION | | | |
| 1 | 1 | | EA 12 | | LOCAL DELIVERY CHARGE | 1  10.00 / |
| EA | 10.00 | | | | | |
| 2 | 35 | | EA 215 | # 2 ALFALFA | | 35  18.49 /EA |
| 647.15 | | | | | | |
| 3 | | | | XXXXXXXXXXXX  $657.15 | | |
| 4 | | | | AUTH:011778 REF:242296 | | |

                    ** PAYMENT RECEIVED **           657.15  TAXABLE
0.00
                    ** PAID IN FULL **                      NON-TAXABLE
657.15
                      (MONICA       )                       SUBTOTAL
657.15

                        BANKCARD PAYMENT-MULTI       657.15
                        MULTIPLE CARDS              TAX AMOUNT
0.00
                                                    TOTAL AMOUNT
657.15

   20474              ORDR#  242167          NET 10         MG
10/23/25   9:59

   VILLA CHARDONNAY HORSES/WINGS
DOC#  80260
  4554 BOULDER CREEK RD                               10/22/25  TERM#555
**DUPLICATE**
                                                      * INVOICE *

  JULIAN       CA 92036
**************
  (951) 234-9793                                TAX :   001 Ramona, CA
                                                    ORDR  242167

LN# SHIPPED  ORDERED  UM   SKU        DESCRIPTION            SUGG
UNITS   PRICE/PER  EXTENSION
1   1        EA 12      LOCAL DELIVERY CHARGE        1    10.00 /
EA     10.00
2   35       EA  215    # 2 ALFALFA              35    18.49 /EA
647.15


                    ** PAYMENT RECEIVED **        564.30  TAXABLE
0.00
                    ** AMOUNT CHARGED TO STORE ACCOUNT **     92.85
NON-TAXABLE      657.15
                    (MONICA       )            SUBTOTAL
657.15

                         CASH PAYMENT        564.30
                                    TAX AMOUNT       0.00
                                    TOTAL AMOUNT
657.15

   20474                     NET 10       MG     10/22/25
10:15

   VILLA CHARDONNAY HORSES/WINGS
DOC#  80257
   4554 BOULDER CREEK RD                TERM#555
**DUPLICATE**
                                    * INVOICE *
   JULIAN      CA 92036
*************
   (951) 234-9793                TAX :    001 Ramona, CA

LN# SHIPPED  ORDERED  UM   SKU        DESCRIPTION          SUGG
UNITS   PRICE/PER  EXTENSION
1   1        EA 12      LOCAL DELIVERY CHARGE        1    10.00 /
EA     10.00
2   35       EA  215    # 2 ALFALFA              35    18.49 /EA
647.15


                    ** AMOUNT CHARGED TO STORE ACCOUNT **
657.15  TAXABLE        0.00
                                    NON-TAXABLE     657.15
                    (MONICA      )            SUBTOTAL

TAX AMOUNT          0.00
TOTAL AMOUNT

657.15

20474                  ORDR#  242082              NET 10              MM
10/21/25    8:45

VILLA CHARDONNAY HORSES/WINGS
DOC# C42122
4554 BOULDER CREEK RD                              10/20/25  TERM#554
**DUPLICATE**

\* INVOICE \*

JULIAN        CA 92036
\*\*\*\*\*\*\*\*\*\*\*\*\*

(951) 234-9793                      TAX :    001 Ramona, CA
ORDR  242082

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|-----|-----|-------------|------|-----------|-----------|
| 1 | 1 | | EA | 12 | LOCAL DELIVERY CHARGE | 1 | 10.00 / | |
| | | | EA | | 10.00 | | | |
| 2 | 35 | | EA | 215 | # 2 ALFALFA | 35 | 18.49 /EA | |
| | | | | | 647.15 | | | |
| 3 | | | | | XXXXXXXXXXX      $657.15 | | | |
| 4 | | | | | AUTH:390262 REF:242122 | | | |

** PAYMENT RECEIVED **              657.15  TAXABLE
0.00
** PAID IN FULL **                 NON-TAXABLE
657.15
(MONICA        )                   SUBTOTAL
657.15

BANKCARD PAYMENT-MULTI          657.15
MULTIPLE CARDS                  TAX AMOUNT
0.00
TOTAL AMOUNT
657.15

20474                  ORDR#  242080              NET 10              MG
10/20/25    9:03

VILLA CHARDONNAY HORSES/WINGS
DOC# C42081
  4554 BOULDER CREEK RD                                    10/20/25  TERM#552
**DUPLICATE**
                                                              * INVOICE *

  JULIAN        CA 92036
*************
  (951) 234-9793                            TAX :    001 Ramona, CA
                                                       ORDR  242080

LN# SHIPPED  ORDERED  UM    SKU         DESCRIPTION          SUGG
UNITS    PRICE/PER  EXTENSION
1    35           EA 215      # 2 ALFALFA              35      18.49 /EA
647.15
2    1         EA 12       LOCAL DELIVERY CHARGE        1      10.00 /
EA      10.00
3                          XXXXXXXXXXXx      $657.15
4                          AUTH:366982 REF:242081


                    ** PAYMENT RECEIVED **          657.15  TAXABLE
0.00
                    ** PAID IN FULL **              NON-TAXABLE
657.15
                    (MONICA        )                SUBTOTAL
657.15

                      BANKCARD PAYMENT-MULTI        657.15
                    MULTIPLE CARDS                  TAX AMOUNT
0.00
                                                    TOTAL AMOUNT
657.15

  20474              ORDR#  241973        NET 10         MG
10/17/25    9:21

  VILLA CHARDONNAY HORSES/WINGS
DOC# C41996
  4554 BOULDER CREEK RD                                    10/16/25  TERM#554
**DUPLICATE**
                                                              * INVOICE *

  JULIAN        CA 92036
*************
  (951) 234-9793                            TAX :    001 Ramona, CA
                                                       ORDR  241973

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | | SUGG |
|-----|---------|---------|----|----|-----|---|------|
| UNITS | PRICE/PER | EXTENSION | | | | | |
| 1 | 1 | | EA 12 | LOCAL DELIVERY CHARGE | | 1 | 10.00 / |
| EA | 10.00 | | | | | | |
| 2 | 100 | | EA 215 | # 2 ALFALFA | | 100 | 18.49 /EA |
| 1,849.00 | | | | | | | |
| 3 | | | | XXXXXXXXXXX | $1859.00 | | |
| 4 | | | | AUTH:118374 REF:241996 | | | |

** PAYMENT RECEIVED **                1,859.00  TAXABLE
0.00
** PAID IN FULL **                    NON-TAXABLE
1,859.00

(MONICA          )                    SUBTOTAL
1,859.00

BANKCARD PAYMENT-MULTI        1,859.00
MULTIPLE CARDS                TAX AMOUNT
0.00
TOTAL AMOUNT
1,859.00

20474                    NET 10        MG      10/16/25
9:36

VILLA CHARDONNAY HORSES/WINGS
DOC# C41972
4554 BOULDER CREEK RD                 TERM#552
**DUPLICATE**
* INVOICE *
JULIAN        CA 92036
*************
(951) 234-9793                TAX :   001 Ramona, CA

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | | SUGG |
|-----|---------|---------|----|----|-----|---|------|
| UNITS | PRICE/PER | EXTENSION | | | | | |
| 1 | 1 | | EA 12 | LOCAL DELIVERY CHARGE | | 1 | 10.00 / |
| EA | 10.00 | | | | | | |
| 2 | 35 | | EA 215 | # 2 ALFALFA | | 35 | 18.49 /EA |
| 647.15 | | | | | | | |
| 3 | | | | XXXXXXXXXXX3834 | $657.15 | | |
| 4 | | | | AUTH:263519 REF:241972 | | | |

** PAYMENT RECEIVED **                          657.15  TAXABLE
0.00

** PAID IN FULL **                              NON-TAXABLE
657.15

(MONICA            )              SUBTOTAL
657.15

BANKCARD PAYMENT-MULTI            657.15
MULTIPLE CARDS                    TAX AMOUNT
0.00

TOTAL AMOUNT
657.15

20474                  NET 10          MG       10/15/25
9:48

VILLA CHARDONNAY HORSES/WINGS
DOC# C41940
4554 BOULDER CREEK RD                           TERM#552
**DUPLICATE**
* INVOICE *

JULIAN        CA 92036
*************
(951) 234-9793                    TAX :   001 Ramona, CA

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE/PER | EXTENSION |
|-----|---------|---------|-----|-----|-------------|------|-------|-----------|-----------|
| 1 | 1 | | EA | 12 | LOCAL DELIVERY CHARGE | | 1 | 10.00 / EA | 10.00 |
| 2 | 35 | | EA | 217 | #1  ALFALFA  HAY | | 35 | 20.99 /EA | 734.65 |
| 3 | | | | XXXXXXXXXXX | $744.65 | | | | |
| 4 | | | | AUTH:886635 REF:241940 | | | | | |

** PAYMENT RECEIVED **                          744.65  TAXABLE
0.00

** PAID IN FULL **                              NON-TAXABLE
744.65

(MONICA            )              SUBTOTAL
744.65

BANKCARD PAYMENT-MULTI            744.65

Debtor's Name  Villa Chardonnay Horses With Wings, Inc          Case No.  25-04245



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  Villa Chardonnay Horses With Wings, Inc                                    Case No.  25-04245


Bankruptcy1to50


Bankruptcy51to100


NonBankruptcy1to50


NonBankruptcy51to100

Debtor's Name Villa Chardonnay Horses With Wings, Inc

Case No. 25-04245



PageThree



PageFour