UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

In Re. Villa Chardonnay Horses With Wings, Inc §
§
§
Debtor(s) §

Case No. 25-04245

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2025

Petition Date: 10/15/2025

Months Pending: 3

Industry Classification: 0 0 0 0

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael R. Totaro
Signature of Responsible Party

Michael R. Totaro
Printed Name of Responsible Party

01/06/2026
Date

P.O. Box 789 Pacific Palisades, CA 90272
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Villa Chardonnay Horses With Wings, Inc Case No. 25-04245

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $2,706 | |
| b. Total receipts (net of transfers between accounts) | $6,505 | $14,686 |
| c. Total disbursements (net of transfers between accounts) | $9,437 | $14,912 |
| d. Cash balance end of month (a+b-c) | $-226 | |
| e. Disbursements made by third party for the benefit of the estate | $31,247 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $40,684 | $14,912 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory (Book ◯ Market ◉ Other ◯ (attach explanation)) | $51,375 |
| d Total current assets | $3,676,375 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $6,668,675 |
| l. Prepetition priority debt | $323,937 |
| m. Prepetition unsecured debt | $466,288 |
| n. Total liabilities (debt) (j+k+l+m) | $7,458,900 |
| o. Ending equity/net worth (e-n) | $-7,458,900 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $6,505 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $9,437 | |
| c. Gross profit (a-b) | $-2,932 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $6 | $6 |

Debtor's Name Villa Chardonnay Horses With Wings, Inc

Case No. 25-04245

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Totaro & Shanahan, LLP | Lead Counsel | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name Villa Chardonnay Horses With Wings, Inc Case No. 25-04245

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name Villa Chardonnay Horses With Wings, Inc Case No. 25-04245

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Penny M.Fox | Financial Professional | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name Villa Chardonnay Horses With Wings, Inc Case No. 25-04245

| | xv | | | | | | |
|---|---|---|---|---|---|---|---|
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name Villa Chardonnay Horses With Wings, Inc Case No. 25-04245

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name Villa Chardonnay Horses With Wings, Inc Case No. 25-04245

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

**Part 6: Postpetition Taxes**

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | Answer |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | | Yes ● No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | | Yes ○ No ● |
| c. | Were any payments made to or on behalf of insiders? | | Yes ○ No ● |
| d. | Are you current on postpetition tax return filings? | | Yes ● No ○ |
| e. | Are you current on postpetition estimated tax payments? | | Yes ● No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | | Yes ● No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | | Yes ○ No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | | Yes ○ No ○ N/A ● |
| i. | Do you have: | Worker's compensation insurance? | Yes ● No ○ |
| | | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | | Casualty/property insurance? | Yes ● No ○ |
| | | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | | General liability insurance? | Yes ● No ○ |
| | | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | | Yes ○ No ● |
| k. | Has a disclosure statement been filed with the court? | | Yes ○ No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | | Yes ● No ○ |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Michael R. Totaro | Michael R. Totaro |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Attorney | 01/06/2026 |
| Title | Date |

# Initiate Business Checking SM

VILLA CHARDONNAY HORSES WITH WINGS
DEBTOR IN POSSESSION
CH11 CASE #25-04245(SCA)
PO BOX 1000
JULIAN CA 92036-1000

**Questions?**

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

**Other Wells Fargo Benefits**

**3 Things to watch out for when shopping online for the holidays**

**1. Fake fraud alerts.** If you receive an unexpected call or message about a fraudulent purchase, don't engage. Contact the merchant, your bank, or card provider directly to verify.
**2. Bogus shipping notifications.** Be wary of texts or emails reporting an issue with your package delivery. Don't click links or open attachments without verifying first.
**Tip:** If you receive an unexpected package, don't scan the QR code as it could point to a fake website.
**3. AI-created scam websites.** Avoid advertised links from search results. Double check the URL for misspellings or extra characters before clicking "Buy".
**Tip:** Use a credit card to make online purchases if you can - it has additional protection.

**Donate safely and avoid charity scams**

Before donating, research new charities using a resource like Better Business Bureau® or give.org.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $2,705.43 |
| Deposits/Credits | 6,505.00 |
| Withdrawals/Debits | - 9,437.29 |
| **Ending balance on 12/31** | **-$226.86** |

Account number: **8509 (primary account)**

**VILLA CHARDONNAY HORSES WITH WINGS**
**DEBTOR IN POSSESSION**
**CH11 CASE #25-04245(SCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| *Date* | *Check Number* | *Description* | *Deposits/ Credits* | *Withdrawals/ Debits* | *Ending daily balance* |
|---|---|---|---|---|---|
| 12/1 | | Zelle From Kathy Ballard on 11/30 Ref # Hna0Jjqfhnzx | 5.00 | | |
| 12/1 | | Zelle From Kathy Ballard on 11/30 Ref # Hna0Jjqfifn1 | 2,000.00 | | |
| 12/1 | | Purchase authorized on 11/28 The Livery Feed & Ramona CA S465332642093201 Card 4629 | | 1,400.00 | |
| 12/1 | | Purchase authorized on 11/29 Tractor Supply C 203 Hunt Ramona CA P345333671549448 Card 4629 | | 387.21 | |
| 12/1 | | Purchase authorized on 11/29 Kahoots Ramona - 3 Ramona CA S585333685738706 Card 4629 | | 126.84 | |
| 12/1 | | Purchase authorized on 11/29 Cvs/Pharmacy #09 09194--1 Ramona CA P305333695796741 Card 4629 | | 23.47 | |
| 12/1 | | Purchase authorized on 11/30 Tractor Supply C 203 Hunt Ramona CA P585334743963128 Card 4629 | | 340.30 | |
| 12/1 | | Purchase authorized on 11/30 Cvs/Pharmacy #09194 Ramona CA P000000452821898 Card 4629 | | 15.33 | |
| 12/1 | | Purchase authorized on 11/30 Ramco Petroleum #1 Ramona CA S355334767816398 Card 4629 | | 21.56 | |
| 12/1 | | Purchase authorized on 12/01 Dons Market Santa Ysabel CA P345335631176858 Card 4629 | | 15.81 | |
| 12/1 | | Purchase authorized on 12/01 Tractor Supply C 203 Hunt Ramona CA P355335713039339 Card 4629 | | 371.28 | |
| 12/1 | | State Comp Debitpmt 251128 #537418401 Villa Chardonnay Horse | | 1,535.23 | 473.40 |
| 12/2 | | Deposit Made In A Branch/Store | 4,500.00 | | |
| 12/2 | | Purchase authorized on 12/01 The Livery Feed & Ramona CA S305335723443698 Card 4629 | | 89.20 | |
| 12/2 | | Purchase authorized on 12/02 Diamond D Feed & Suppl Ramona CA P000000487484869 Card 4629 | | 380.00 | 4,504.20 |
| 12/3 | | Purchase authorized on 12/03 Ramco Petroleum Ramona CA P000000089358333 Card 4629 | | 22.35 | |
| 12/3 | | Purchase authorized on 12/03 Diamond D Feed & Suppl Ramona CA P000000680289759 Card 4629 | | 559.65 | |
| 12/3 | | Purchase authorized on 12/03 Tractor Supply C 203 Hunt Ramona CA P385337640267855 Card 4629 | | 425.92 | |
| 12/3 | | Purchase with Cash Back $ 50.00 authorized on 12/03 Dollartree Ramona CA P000000881574176 Card 4629 | | 86.02 | 3,410.26 |
| 12/4 | | Purchase authorized on 12/03 Ramco Petroleum #1 Ramona CA S305337610744653 Card 4629 | | 94.07 | |
| 12/4 | | Purchase authorized on 12/03 Kahoots Ramona - 3 Ramona CA S465337790370499 Card 4629 | | 180.80 | |
| 12/4 | | Purchase authorized on 12/03 Simple Wireless Ramona CA S465337815464083 Card 4629 | | 81.11 | |
| 12/4 | | Purchase authorized on 12/03 Simple Wireless Ramona CA S385337819418812 Card 4629 | | 114.79 | |
| 12/4 | | Purchase authorized on 12/03 Simple Wireless Ramona CA S385337821477913 Card 4629 | | 114.79 | |

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 12/4 | | Purchase authorized on 12/04 Diamond D Feed & Suppl Ramona CA P000000383381516 Card 4629 | | 2,238.60 | |
| 12/4 | | Purchase authorized on 12/04 Ml Guatemala Escondido CA P385338670689983 Card 4629 | | 262.00 | |
| 12/4 | | Purchase authorized on 12/04 Northgate Market #028 Escondido CA P465338688015346 Card 4629 | | 124.53 | |
| 12/4 | | Purchase authorized on 12/04 Tractor Supply C 203 Hunt Ramona CA P585338723327493 Card 4629 | | 290.62 | -91.05 |
| 12/5 | | Overdraft Fee for a Transaction Posted on 12/04 $290.62 Purchase Authori Zed on 12/04 Tractor Supply C 203 Hunt Ramona | | 35.00 | |
| 12/5 | | Purchase authorized on 12/03 Albertsons #0725 Ramona CA S305337840501894 Card 4629 | | 90.81 | -216.86 |
| 12/31 | | Monthly Service Fee | | 10.00 | -226.86 |
| **Totals** | | | **$6,505.00** | **$9,437.29** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Items returned unpaid

| Date | Description | Amount |
|---|---|---|
| 12/15 | Ipfs866-412-6739 Ipfspmtwas 582310 Villa Chardonnay Horse Reference # 101000010866316 | 2,179.62 |

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2025 - 12/31/2025 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following each fee period | | |
| • Average ledger balance | $1,000.00 | $79.00 ☐ |
| • Minimum daily balance | $500.00 | -$216.86 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 2 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

WELLS FARGO

# IMPORTANT ACCOUNT INFORMATION

**Important updates to your Initiate Business Checking Account**

We value your business and appreciate the trust you place in us. To continue providing competitive banking solutions, we're making updates to your Initiate Business Checking account, effective **March 1, 2026.**

**What's changing?**
To continue enhancing the value we provide, we're adjusting some features of your Initiate Business Checking account. For fee periods beginning on or after **March 1, 2026:**
- Monthly Service Fee: Increasing from **$10** to **$15.**
- Ways to Avoid the Fee:
1. Minimum daily balance requirement will increase from **$500** to **$2,000.**
2. New option: **Maintain a combined business deposit balance of $5,000** or more across eligible business checking, savings, and time accounts.
3. Removed option: The $1,000 average ledger balance method will no longer apply.

**How to avoid the monthly service fee** (Effective starting March 1, 2026)
You'll still have multiple ways to avoid the $15 monthly service fee by meeting any **one** of the following criteria:
- Maintain a minimum daily balance of $2,000 in your Initiate Business Checking account.
- Maintain a combined deposit balance of $5,000 or more across eligible business accounts.
- Own a Premier Checking, Private Bank Checking, or Private Bank Interest Checking account.

See the Business Account Fee and Information Schedule and Deposit Account Agreement at www.wellsfargo.com/biz/fee-information for additional business account information.

**Need help?**
If you have any questions or would like to explore other business checking options, your relationship manager is here to help. You can reach us anytime at 1-800-225-5935.

Thank you for choosing us to support your business - we're excited to continue growing together!

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

WELLS FARGO

## Important Information You Should Know

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts:** Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about other transactions (that are not electronic transfers):** Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

- **If your account has a negative balance:** Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

- To download and print an Account Balance Calculation Worksheet(PDF) to help you balance your checking or savings account, enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance shown on your statement . . . . . . . . . . . . . . . . . . . . . . $ ______________

**ADD**

**B.** Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ ______________
$ ______________
$ ______________
+ $ ______________

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______________

**CALCULATE THE SUBTOTAL**

(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ ______________

**SUBTRACT**

**C.** The total outstanding checks and withdrawals from the chart above . . . . . . . . . . . . - $ ______________

**CALCULATE THE ENDING BALANCE**

(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ______________

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total amount $ | |

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

DECEMBER 2025

DIAMOND D
FEED & SUPPLY

444 D Street
Ramona, CA 92065
(760) 789-1240

Wed Dec 17, 2025 2:09 pm Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa | 19.99 | 20 | 399.80 |

20 Unit(s) Subtotal: $399.80
Sales Tax: $0.00
Receipt Total: $399.80

Credit Card:.....$399.80
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

000040212

Thank you for shopping
at Diamond D!

TSC TRACTOR
SUPPLY Co
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 406518
Date: 12/14/25 Time: 9:13 AM
Store: 1862 Register: 1
Cashier: Jared

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| CYLINDER 2PK 3813088 | 1 | 13.99 | 13.99 | |
| P&C 36LB SEAFOOD 1388353 | 1 | 26.99 | 26.99 | |
| KTNKBD 30LB ORG 1203441 | 1 | 25.99 | 25.99 | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB 1110503 | 2 | 24.99 | 49.98 | E |
| NUT TRIUMPH 12-8 PELLET 50LB 2346778 | 9 | 17.99 | 161.91 | E |

Subtotal 278.86
Tax 5.18
Total 284.04

Cash 300.00

DIAMOND D
FEED & SUPPLY

444 D Street
Ramona, CA 92065
(760) 789-1240

Sat Dec 13, 2025 3:21 pm Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 16.99 | 35 | 594.65 |

35 Unit(s) Subtotal: $594.65
Sales Tax: $0.00
Receipt Total: $594.65

Cash:......$600.00
Change:........$5.35

000039977

Thank you for shopping
at Diamond D!

TSC
TRACTOR SUPPLY CO

TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 406441
Date: 12/13/25 Time: 2:59 PM
Store: 1862 Register: 1
Cashier: Brian

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| P&C 32/5.5OZ PLTY VP 1204592 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ PLTY VP 1204592 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ PLTY VP 1204592 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ PLTY VP 1204592 | 1 | 20.99 | 20.9, | |
| P&C 32/5.5OZ PLTY VP 1204592 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ PLTY VP 1204592 | 1 | 20.99 | 20.99 | |
| TRIPLE CROWN LITE HORSE FEED 5094583 | 1 | 33.99 | 33.99 | E |
| PP SWEET FEED 50LB 2525519 | 1 | 16.29 | 16.29 | E |
| DMR ALFALFA TIMOTHY CUBE 50LB 1252425 | 1 | 22.99 | 22.99 | E |
| NUT NWIS ALL FLOCK 40LB 1257674 | 1 | 24.49 | 24.49 | E |
| ECON MULTI CAT DRY FOOD 44LB 1046117 | 1 | 29.99 | 29.99 | |
| P&C 32/5.5OZ SFD VP 1204591 | 1 | 20.99 | 20.99 | |
| RET 12/13 20Z CHPPD BF SP 1112499 | 1 | 17.99 | 17.99 | |
| BEG STP 40OZ TC HCKRY 1433489 | 1 | 14.99 | 14.99 | |
| 4HLTH 24OZ TNDRS CHK&APPL 1872300 | 1 | 16.99 | 16.99 | |
| FULL DAY RENTAL 1017399 | 1 | 24.99 | 24.99 | |

Subtotal 637.49
Tax 22.55
Total 660.04

Cash 700.00

TSC TRACTOR SUPPLY CO
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 406288
Date: 12/12/25 Time: 1:28 PM
Store: 1862 Register: 1
Cashier: HAL

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| ALFALFA BERMUDA BLEND PELLETS 80 LB 1110503 | 2 | 24.99 | 45.26 | E |
| $20 Reward | | (4.72) | | |
| NUT TRIUMPH 12-8 PELLET 50LB 2346778 | 9 | 17.99 | 146.63 | E |
| $20 Reward | | (15.28) | | |

Subtotal 191.89
Tax 0.00
Total 191.89

DIAMOND D
FEED & SUPPLY

444 D Street
Ramona, CA 92065
(760) 789-1240

Thu Dec 11, 2025 12:44 pm Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 15.99 | 35 | 559.65 |

35 Unit(s) Subtotal: $559.65
Sales Tax: $0.00
Receipt Total: $559.65

Credit Card:.....$559.65
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

000039814

Thank you for shopping at Diamond D!



DIAMOND D
FEED & SUPPLY

444 D Street
Ramona, CA 92065
(760) 789-1240

Fri Dec 12, 2025 12:53 pm Station #
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 15.99 | 35 | 559.65 |

35 Unit(s) Subtotal: $559.65
Sales Tax: $0.00
Receipt Total: $559.65

Credit Card:.....$559.65
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

000039885

Thank you for shopping at Diamond D!

---

RAMCO PETROLEUM # 2
XXXXXXXXXX0001
30351 HIGHWAY 78
SANTA YSABEL, CA
92070
12/09/2025 850961698
02:43:11 PM

XXXX XXXX XXXX 3834
Debit
INVOICE 085352
AUTH 766121

PUMP# 3

DIESEL 4.444G
PRICE/GAL $5.199

FUEL TOTAL $ 23.10

DB Trans Fee $ 0.45
--------
TOTAL = $ 23.55

DEBIT $ 23.55

========================================
Customer-activated Purchase/Capture
Sequence Number 28409
Contactless
APPROVED 766121
========================================

---

TSC TRACTOR SUPPLY Co
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 363009
Date: 12/10/25 Time: 12:39 PM
Store: 1862 Register: 2
Cashier: Michelle

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| DMR EQUISTAGES 50LB 1409034 | 3 | 10.00 | 30.00 | E |
| ALFALFA BERMUDA BLEND PELLETS 80 LB 1110503 | 2 | 24.99 | 32.48 | E |
| Off Discount | | (35%) | (17.50) | |
| NUT TRIUMPH 12-8 PELLET 50LB 2346778 | 2 | 17.99 | 17.98 | E |
| Off Discount | | (50%) | (18.00) | |
| NUT TRIUMPH 12-8 PELLET 50LB 2346778 | 3 | 17.99 | 53.97 | E |
| DMR ALFALFA TIMOTHY CUBE 50LB 1252425 | 1 | 22.99 | 16.09 | E |
| Off Discount | | (30%) | (6.90) | |
| TRIPLE CROWN LITE HORSE FEED 5094583 | 1 | 33.99 | 22.09 | E |
| Off Discount | | (35%) | (11.90) | |
| P&C 32/5.5OZ SFD VP 1204591 | 1 | 20.99 | 13.64 | |
| Off Discount | | (35%) | (7.35) | |
| P&C 32/5.5OZ SFD VP 1204591 | 1 | 20.99 | 13.64 | |
| Off Discount | | (35%) | (7.35) | |
| P&C 32/5.5OZ SFD VP 1204591 | 1 | 20.99 | 20.99 | |
| Z SFD VP | 1 | 20.99 | 20.99 | |
| NTAL | 1 | 24.99 | 0.00 | E |
| Reward Credit | | | (24.99) | |

Subtotal 241.87
Tax 5.36
Total 247.23

---

TSC TRACTOR SUPPLY Co
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 405588 Time: 9:48 AM
Date: 12/7/25 Register: 1
Store: 1862
Cashier: Daniel

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| ECON MULTI CAT DRY FOOD 44LB 1046117 | 1 | 24.99 | 23.42 | |
| $20 Reward | | (1.57) | | |
| ECON MULTI CAT DRY FOOD 44LB 1046117 | 1 | 24.99 | 23.42 | |
| $20 Reward | | (1.57) | | |
| P&C 32/5.5OZ SFD VP 1204591 | 1 | 20.99 | 19.67 | |
| $20 Reward | | (1.32) | | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB 1110503 | 2 | 24.99 | 46.84 | E |
| $20 Reward | | (3.14) | | |
| NUT TRIUMPH 12-8 PELLET 50LB 2346778 | 11 | 17.99 | 185.49 | E |
| $20 Reward | | (12.40) | | |

Subtotal 298.84
Tax 5.17
Total 304.01

EJ 12/7/25

RAMCO PETROLEUM #1
741 HIGHWAY 78
RAMONA CA 92065
XXXXXXXXX6001

12/12/2025 2:35:14 PM
Register: 2 Trans #: 694 Op ID: 91
Your cashier: Area

| | |
|---|---|
| Groc NTax | |
| 2 @ $1.25 | $2.50 99 |
| Trans Fee | $0.45 |
| Subtotal = | $2.95 |
| Tax = | $0.00 |
| Total = | $2.95 |
| Change Due = | $0.00 |
| Debit | $2.95 |

XXXX XXXX XXXX
INVOICE: 074140
AUTH 530996

POS Purchase/Capture
Sequence Number 62328
Contactless
US Debit
Mode: Issuer
AID: A0000000042203
TVR: 0000048000
IAD: 0110A04001220000000000000000000000FF
TSI: E800
ARC: 00
APPROVED 530996
Verified by PIN

444 D Street
Ramona, CA 92065
(760) 789-1240

Mon Dec 8, 2025 10:04 am Station #
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 15.99 | 70 | 1119.30 |

70 Unit(s) Subtotal: $1,119.3
Sales Tax: $0.0
Receipt Total: $1,119.3

Credit Card:...$1,119.3
Change:.......$0.0

REF # :
INVOICE # :0
APPR CODE :

Customer: Villa Chardonnay Horses

000039609

Thank you for shopping at Diamond D!

RAMCO PETROLEUM # 2
XXXXXXXXX0001
30351 HIGHWAY 78
SANTA YSABEL, CA
92070
12/09/2025 850961700
02:45:03 PM

XXXX XXXX XXXX 3834
Visa
INVOICE 085353
AUTH 998255

PUMP# 3

| | |
|---|---|
| REGULAR | 5.223G |
| PRICE/GAL | $4.999 |
| FUEL TOTAL | $ 26.11 |
| TOTAL = | $ 26.11 |
| CREDIT | $ 26.11 |

Customer-activated Purchase/Capture
Sequence Number 28418
Contactless
APPROVED 998255

TSC TRACTOR SUPPLY CO
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 962784 Time: 11:19 AM
Date: 12/9/25 Register: 2
Store: 1362
Cashier: LAUREN

| Item | Qty | Price | Amount |
|---|---|---|---|
| DAWN ULTRA ORIGINAL 70OZ | | | |
| 2247024 | 1 | 11.99 | 11.24 |
| $20 Reward | | (0.75) | |
| AROCEP REG BLEACH 120OZ | | | |
| 2340170 | 1 | 5.99 | 5.62 |
| $20 Reward | | (0.37) | |
| DOG CHOW 18.5LB BF | | | |
| 1392909 | 1 | 4.49 | 4.21 |
| $20 Reward | | (0.28) | |
| ( WAS 17.99 ) | | | |
| P&C 32/5.5OZ SFD VP | | | |
| 1204591 | 1 | 20.99 | 19.68 |
| $20 Reward | | (1.31) | |
| PUR NM SOW & PIG PELLET 50LB | | | |
| 2802123 | 1 | 12.00 | 11.25 E |
| $20 Reward | | (0.75) | |
| SPMX 15LB CAT | | | |
| 1106759 | 1 | 14.99 | 14.05 |
| $20 Reward | | (0.94) | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 2 | 24.99 | 46.86 E |
| $20 Reward | | (3.12) | |
| CEDAR CREEK ENGLISH TOFFEE POPCORN | | | |
| 1056522 | 1 | 1.99 | 1.87 E |
| $20 Reward | | (0.12) | |
| ( WAS 3.29 ) | | | |
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | 11 | 17.99 | 185.53 E |
| $20 Reward | | (12.35) | |
| Subtotal | | | 300.31 |
| Tax | | | 4.25 |



TRACTOR SUPPLY CO

TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 963237
Date: 12/11/25 Time: 1:40 PM
Store: 1862 Register: 2
Cashier: Peter

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| ECON MULTI CAT DRY FOOD 44LB 1046117 | 2 | 29.99 | 59.98 | |
| P&C 32/5.5OZ SFD VP 1204591 | 2 | 20.99 | 41.98 | |
| P&C 32/5.5OZ PLTY VP 1204592 | 2 | 20.99 | 41.98 | |
| HIGH LEVEL VITAMIN 3 COMPLEX 250ML 2003779 | 1 | 41.99 | 41.99 | E |
| ALFALFA BERMUDA BLEND PELLETS 80 LB 1110503 | 2 | 24.99 | 49.98 | E |
| NUT TRIUMPH 12-8 PELLET 50LB 2346778 | 9 | 17.99 | 161.91 | E |

WC Full 12/11

Subtotal 397.82
Tax 11.15
Total 408.97

TRACTOR SUPPLY CO

TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 405595
Date: 12/7/25 Time: 10:03 AM
Store: 1862 Register: 1
Cashier: Daniel

| Item | Qty | Price | Amount |
|---|---|---|---|
| PDGR 12/13.2OZ CHPPD CLB&BBC VP 5400580 | 1 | 22.99 | 22.99 |

Subtotal 22.99
Tax 1.78
Total 24.77

TRACTOR SUPPLY CO

TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 405860
Date: 12/8/25 Time: 10:30 AM
Store: 1862 Register: 1
Cashier: Tricia

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| MARROBONE 6LB BF 5131301 | 1 | 18.99 | 18.99 | |
| BB NDGS 36OZ JRKY CHK 2096583 | 1 | 19.99 | 19.99 | |
| P&C 32/5.5OZ SFD VP 1204591 | 5 | 20.99 | 104.95 | |
| PDGR 12/13.2OZ CHPPD CLB&BBC VP 5400580 | 1 | 22.99 | 22.99 | |
| NUT CF WHOLE LIFE PIG PELLET 50LB 1731201 | 1 | 19.99 | 19.99 | E |
| ECON MULTI CAT DRY FOOD 44LB 1046117 | 1 | 29.99 | 29.99 | |
| ECON MULTI CAT DRY FOOD 44LB 1046117 | 1 | 29.99 | 29.99 | |
| PUR REPLENIMASH SUPP 25LB 1904160 | 1 | 15.00 | 15.00 | E |
| 4HLTH 35LB PUPPY LMB 5149566 | 1 | 20.00 | 20.00 | |
| VICTOR 40LB SEL BF&R 1397365 | 1 | 20.00 | 20.00 | |
| DMR LAYER PELLET 50LB 16 1496729 | 1 | 10.00 | 10.00 | E |
| 4HLTH 45LB STR 87 PERF CHK 1460368 | 1 | 20.00 | 20.00 | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB 1110503 | 2 | 24.99 | 49.98 | E |
| NUT TRIUMPH 12-8 PELLET 50LB 2346778 | 11 | 17.99 | 197.89 | E |

5
12/8/25

Subtotal 579.76
Tax 22.22
Total 601.98

741 Highway 78
Ramona CA 92065

741 HIGHWAY 78
RAMCO PETROLEUM #1
XXXXXXXXX6001
RAMONA, CA
92065
12/03/2025 993259694
09:01:00 AM

XXXXXXXXXXXX4629
Visa
INVOICE 070099
AUTH 097179

PUMP# 2

REGULAR 21.385G
PRICE/GAL $4.399

FUEL TOTAL $ 94.07

--------

TOTAL = $ 94.07

CREDIT $ 94.07

=====================================

Customer-activated Purchase/Capture
Sequence Number 58242
Contactless

Mode: Issuer
AID: A0000000031010
TVR: 0000000000
IAD: 06061203A00000
TSI: 0000
ARC: 00
ARQC: 5E7DA5905CA275C4
APPROVED 097179

=====================================

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

12/09/25 11:49AM 637 580 SALE

---

66380009248 5 EA $21.99 EA N
OKOCAT LITTER ORIGINAL 12.6LB $109.95

SUB-TOTAL:$ 109.95 TAX: $ .00
TOTAL: $ 109.95
BC AMT: $ 97.95

BK CARD#: XXXXXXXXXXXX3834
MID:*******0883 TID:***3841
AUTH: 747770 AMT: $ 97.95
Host reference #:940977 Bat#

Authorizing Network: VISA

Contactless
CARD TYPE: EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name :
ATC :0338
AC : 02AE99356D03F5EB
TxnID/ValCode: 362306

MFG COUPON USD$ 12.00
Bank card USD$ 97.95

Total Items:5

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

12/06/25 2:13PM 1463 579 SALE

---

66380009248 8 EA $19.791EA DN
OKOCAT LITTER ORIGINAL 12.6LB $158.33
Regular Price: 21.99
You Saved : 17.59

SUB-TOTAL:$ 158.33 TAX: $ .00
TOTAL: $ 158.33
BC AMT: $ 158.33

BK CARD#: XXXXXXXXXXXX7007
MID:*******0883 TID:***3841
AUTH: 151439 AMT: $ 158.33
Host reference #:940248 Bat#

Authorizing Network: VISA

Contactless
CARD TYPE: EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 1F4301512000000000000000057885
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : Visa Debit
ATC :0015
AC : 342C3E3224C00E02
TxnID/ValCode: 354752

Bank card USD$ 158.33

Total Items:8

PETROMERICA
XXXXXXXXX9001
802 MAIN ST
RAMONA, CA
92065
12/19/2025 92647460
02:19:54 PM

XXXXXXXXXXXX3834
Visa
INVOICE 091146
AUTH 486384

PUMP# 4

Regular 23.832G
PRICE/GAL $4.199

FUEL TOTAL $ 100.07

--------
TOTAL = $ 100.07

CREDIT $ 100.07

======================================
Customer-activated Purchase/Capture
Sequence Number 32871
Contactless
VISA DEBIT
Mode: Issuer
AID: A0000000031010
TVR: 0000000000
IAD: 06011203A00000
TSI: 0000
ARC: 00
ARQC: C335E2DEEB882606
APPROVED 486384
======================================

741 Highway 78
Ramona CA 92065

741 Highway 78
Ramco Petroleum LP
02
Ramona, CA
92065
12/28/2025
08:25:24 AM

PREPAID RECEIPT

PUMP# 2

REGULAR 4.879G
PRICE/GAL $4.099

FUEL TOTAL $ 20.00

FINAL PURCHASE
AMOUNT RECEIPT WITH
FULL TRANSACTION
DETAIL AVAILABLE
INSIDE



TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 962394
Date: 12/6/25 Time: 1:31 PM
Store: 1362 Register: 2
Cashier: Daniel

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| ECON MULTI CAT DRY FOOD 44LB | | | | |
| 1046117 | 1 | 24.99 | 24.99 | |
| ECON MULTI CAT DRY FOOD 44LB | | | | |
| 1046117 | 1 | 24.99 | 24.99 | |
| ECON MULTI CAT DRY FOOD 44LB | | | | |
| 1046117 | 1 | 24.99 | 24.99 | |
| NUT HI PRO SCRATCH 50LB | | | | |
| 2348773 | 1 | 16.99 | 16.99 | E |
| DMR GAME BIRD MAINT 50LB | | | | |
| 1858383 | 1 | 19.99 | 19.99 | E |
| NUT NWIS ALL FLOCK 40LB | | | | |
| 1257674 | 1 | 22.49 | 22.49 | E |
| P&C 32/5.5OZ PLTY VP | | | | |
| 1204592 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ PLTY VP | | | | |
| 1204592 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ PLTY VP | | | | |
| 1204592 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ SFD VP | | | | |
| 1204591 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ SFD VP | | | | |
| 1204591 | 1 | 20.99 | 20.99 | |
| DMR ALFALFA TIMOTHY CUBE 50LB | | | | |
| 1252425 | 1 | 22.99 | 22.99 | E |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | | |
| 1110503 | 2 | 24.99 | 49.98 | E |
| NUT TRIUMPH 12-8 PELLET 50LB | | | | |
| 2346778 | 11 | 17.99 | 197.89 | E |

Subtotal 510.25
Tax 13.89
Total 524.14

TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 961917
Date: 12/4/25 Time: 12:02 PM
Store: 1362 Register: 2
Cashier: LAUREN

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | | |
| 1110503 | 2 | 24.99 | 45.28 | E |
| $20 Reward | | (3.13) | | |
| NC $10 Off Purchase of $100 or More (1.57) | | | | |
| NUT TRIUMPH 12-8 PELLET 50LB | | | | |
| 2346778 | 11 | 17.99 | 179.29 | E |
| $20 Reward | | (12.40) | | |
| NC $10 Off Purchase of $100 or More (6.20) | | | | |
| TRIPLE CROWN LITE HORSE FEED | | | | |
| 5094583 | 1 | 33.99 | 30.80 | E |
| $20 Reward | | (2.13) | | |
| NC $10 Off Purchase of $100 or More (1.06) | | | | |
| PP SWEET FEED 50LB | | | | |
| 2525519 | 1 | 16.29 | 14.76 | E |
| $20 Reward | | (1.02) | | |
| NC $10 Off Purchase of $100 or More (0.51) | | | | |
| P&C 32/5.5OZ PLTY VP | | | | |
| 1204592 | 1 | 20.99 | 19.01 | |
| $20 Reward | | (1.32) | | |
| NC $10 Off Purchase of $100 or More (0.66) | | | | |

Subtotal 289.14
Tax 1.48
Total 290.62

PETROMERICA
XXXXXXXXX9001
802 MAIN ST
RAMONA, CA
92065
01/03/2026 92656838
03:05:09 PM

XXXXXXXXXXXX3834
Visa
INVOICE 097134
AUTH 259440

PUMP# 2

Regular 12.626G
PRICE/GAL $3.959

FUEL TOTAL $ 49.99

--------
TOTAL = $ 49.99

CREDIT $ 49.99

==========
Customer-activated Purchase/Capture
Sequence Number 39616
Contactless
VISA DEBIT
Mode: Issuer
AID: A0000000031010
TVR: 0000000000
IAD: 06011203A00000
TSI: 0000
ARC: 00
AROC: 71DB44EF11879827
APPROVED 259440
==========

ZAVARO INVESTMENTS P
299
802 Main St
Ramona, ca
92065
01/03/2026
03:09:19 PM
PREPAID RECEIPT
PUMP# 2
Diesel 5.220G
PRICE/GAL $4.659
FUEL TOTAL $ 24.32
FINAL PURCHASE
AMOUNT RECEIPT WITH
FULL TRANSACTION
DETAIL AVAILABLE
INSIDE



444 D Street
Ramona, CA 92065
(760) 789-1240

Thu Dec 4, 2025 9:53 am Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 15.99 | 140 | 2238.60 |

140 Unit(s) Subtotal: $2,238.60
Sales Tax: $0.00
Receipt Total: $2,238.60

Credit Card:...$2,238.60
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

000039365

Thank you for shopping
at Diamond D!

444 D Street
Ramona, CA 92065
(760) 789-1240

Wed Dec 3, 2025 9:11 am Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 15.99 | 35 | 559.65 |

35 Unit(s) Subtotal: $559.65
Sales Tax: $0.00
Receipt Total: $559.65

Credit Card:.....$559.65
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

000039287

Thank you for shopping
at Diamond D!

RAMCO PETROLEUM #1
741 HIGHWAY 78
RAMONA CA 92065
XXXXXXXXX6001

12/27/2025 11:30:13 AM
Register: 2 Trans #: 7756 Op ID: 91
Your cashier: Area

Groc Tax
3 @ $1.25 $3.75 101
Trans Fee $0.45

Subtotal = $4.20
Tax = $0.29

Total = $4.49

Change Due = $0.00

Debit $4.49

XXXX XXXX XXXX 3834 Debit
INVOICE: 080684
AUTH 574933

POS Purchase/Capture
Sequence Number 03425
Contactless
US DEBIT
Mode: Issuer
AID: A0000000980840
TVR: 0000000000
IAD: 06011203A00000
TSI: 0000
ARC: 00
APPROVED 574933
Verified by PIN

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

12/03/25 1:57PM 1436 579 SALE

042055301206 1 EA $7.49 EA N
HK FRZN BLOODWORMS 3.5OZ $7.49
042055323208 1 EA $7.49 EA N
HK FRZN BRINE SHRIMP 3.5OZ $7.49
042055307208 1 EA $7.49 EA N
HK FRZN KRILL 3.5OZ $7.49
66380009248 8 EA $19.791EA DN
OKOCAT LITTER ORIGINAL 12.6LB $158.33
Regular Price: 21.99
You Saved : 17.59

SUB-TOTAL:$ 180.80 TAX: $ .00
TOTAL: $ 180.80
BC AMT: $ 180.80

BK CARD#: XXXXXXXXXXX
MID:********0883 TID:***3841
AUTH: 039323 AMT: $ 180.80
Host reference #:939290 Bat#

Authorizing Network: VISA

Contactless
CARD TYPE EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06061203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC :004A
AC : BBD58084AF5022CC
TxnID/ValCode: 345627

Bank card USD$ 180.80

Total Items:11

TSC TRACTOR SUPPLY CO
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 966958
Date: 12/27/25 Time: 10:26 AM
Store: 1862 Register: 2
Cashier: Vera

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| BEG STP 40OZ BCN&PB 2030528 | 1 | 14.99 | 14.99 | |
| RET 15LB BISC PB LARGE 2374883 | 1 | 19.99 | 19.99 | |
| P&C 32/5.5OZ SFD VP 1204591 | 1 | 20.99 | 20.99 | |
| DMR ALFALFA TIMOTHY CUBE 50LB 1252425 | 1 | 22.99 | 22.99 | E |
| ALFALFA BERMUDA BLEND PELLETS 80 LB 1110503 | 1 | 24.99 | 24.99 | E |
| NUT TRIUMPH 12-8 PELLET 50LB 2346778 | 11 | 17.99 | 197.89 | E |
| AMZ ALFALFA PELLETS 80LB 1126487 | 1 | 26.99 | 26.99 | E |

Subtotal 328.83
Tax 4.33
Total 333.16

741 Highway 78
Ramona CA 92065

741 HIGHWAY 78
RAMCO PETROLEUM #1
XXXXXXXXX6001
RAMONA, CA
92065

--------
TOTAL = $ 0.00

XXXX XXXX XXXX 7718 Visa

Customer-activated Authorization Only
Sequence Number 03716
Contactless
VISA DEBIT
Mode: Issuer
AID: A0000000031010
TVR: 0000000000
IAD: 1F420132A00000000010030273000000004
00000000000000000000000000000
TSI: 0000
ARC: 05
ARQC: 80D1E00019E60E36
Invalid AVS K0

**** TRANSACTION DECLINED ****

TSC TRACTOR SUPPLY CO
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 967225
Date: 12/28/25 Time: 1:59 PM
Store: 1862 Register: 2
Cashier: PETER

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| P&C 32/5.5OZ PLTY V? 1204592 | 1 | 20.99 | 20.99 | |
| TRUFUEL 32OZ 50:1 PREMIX FUEL 1030591 | 1 | 7.99 | 7.99 | |
| NUT TRIUMPH 12-8 PELLET 50LB 2346778 | 6 | 17.99 | 107.94 | E |

Subtotal 136.92
Tax 2.24
Total 139.16

Cash 150.00

Change
Cash (10.84)



cricket

Sale
Order 1257522337324239

R1253606337345286

100: Simple Wireless - Ramona
1664 Main St Ste B
Ramona, CA 92065
03-Dec-2025 5:49:17 PM

Sales Person SELENA F
Customer Information

MERCEDES FLORES

Account 442838850

Motorola moto g power - 2025 128GB Slate Gray
DNTN4127
IMEI 359217565212005
1 @ $169.99 $169.99

Taxes
SALES $9.80
CA San Diego Co Device $1.20

Total: $114.79

$114.79

| | |
|---|---|
| MerchantId | 498465008882 |
| TerminalId | 08189306 |
| Account # | ************4629 |
| Card Type | Visa |
| Trans. Data Source | CHIP Read |
| Card Holder | KERBER/ MONIKA |
| Tran Status | Approved |
| Approval Code | 032440 |
| App Name | US DEBIT |
| Entry Method | Chip |
| Auth. Network | VISA |
| Total Amount | $114.79 |

NO SIGNATURE TRANSACTION

| | |
|---|---|
| Auth.Mode | Issuer |
| AID | A0000000980840 |
| TVR | 8080108000 |
| IAD | 06061203A02000 |
| TSI | 6800 |
| ARC | 00 |

Cardholder Copy

TSC TRACTOR SUPPLY Co

TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 405143
Date: 12/3/25 Time: 9:44 AM
Store: 1862 Register: 1
Cashier: Tricia

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| DMR ALFALFA TIMOTHY CUBE 50LB | | | | |
| 1252425 | 1 | 22.99 | 22.99 | E |
| ECON MULTI CAT DRY FOOD 44LB | | | | |
| 1046117 | 1 | 29.99 | 29.99 | |
| ECON MULTI CAT DRY FOOD 44LB | | | | |
| 1046117 | 1 | 29.99 | 29.99 | |
| P&C 32/5.5OZ PLTY VP | | | | |
| 1204592 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ PLTY VP | | | | |
| 1204592 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ SFD VP | | | | |
| 1204591 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ SFD VP | | | | |
| 1204591 | 1 | 20.99 | 20.99 | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | | |
| 1110503 | 2 | 24.99 | 49.98 | E |
| NUT TRIUMPH 12-8 PELLET 50LB | | | | |
| 2346778 | 11 | 17.99 | 197.89 | E |

Subtotal 414.80
Tax 11.12
**Total 425.92**

741 Highway 78
Ramona CA 92065

741 Highway 78
Ramco Petroleum LP
02
Ramona, CA
92065
12/29/2025
11:41:55 AM

PREPAID RECEIPT

PUMP# 5

| | |
|---|---|
| REGULAR | 19.517G |
| PRICE/GAL | $4.099 |
| FUEL TOTAL | $ 80.00 |
| Merchandise | $ 14.02 |
| Tax | $ 0.22 |
| TOTAL | $ 94.24 |

FINAL PURCHASE AMOUNT RECEIPT WITH FULL TRANSACTION DETAIL AVAILABLE INSIDE

TSC TRACTOR SUPPLY Co
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 361394 Time: 9:00 AM
Date: 12/2/25 Register: 2
Store: 1862
Cashier: Erin

***SUSPENDED***

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | | |
| 1110503 | 2 | 24.99 | 49.98 | E |
| NUT TRIUMPH 12-8 PELLET 50LB | | | | |
| 2346778 | 11 | 17.99 | 197.89 | E |
| FULL DAY RENTAL | | | | |
| 1017399 | 1 | 24.99 | 0.00 | E |
| Quarterly Reward Credit | | | (24.99) | |

Subtotal 247.87
Tax 0.00
Total 247.87



444 D Street
Ramona, CA 92065
(760) 789-1240

Mon Dec 29, 2025 11:50 am Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 16.99 | 35 | 594.65 |

35 Unit(s) Subtotal: $594.65
Sales Tax: $0.00
Receipt Total: $594.65

Cash:.....$600.00
Change:.......$5.35

000040979

Thank you for shopping at Diamond D!

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

12/02/25 9:36AM 1304 579 SALE

66380009248 5 EA 21.99 EA N
OKOCAT LITTER ORIGINAL 12.6LB 109.95

SUB-TOTAL:$ 109.95 TAX: $ .00
TOTAL: $ 109.95
CASH TEND: 120.00 CHANGE: 10.05

Total Items:5

==>> JRNL# J38931/3
CUST NO: *12827
Customer Copy

___THANK YOU FOR SHOPPING AT KAHOOTS___

CHECK OUT OUR ONLINE STORE AT KAHOOTSFEEDANDPET.COM AND FOLLOW US ON FACEBOOK AND INSTAGRAM@KAHOOTSFEEDANDPET

ALL RETURNS/EXCHANGES MUST BE ACCOMPANIED BY THIS RECEIPT.

444 D Street
Ramona, CA 92065
(760) 789-1240

Tue Dec 2, 2025 12:22 pm Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 15.99 | 12 | 191.88 |

12 Unit(s) Subtotal: $191.88
Sales Tax: $0.00
Receipt Total: $191.88

Credit Card:.....$191.88
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

Customer: Cindy Montgomery
Phone: (310) 804-6154
Phone: 858-705-0172
19320 rancho bollena road
turn left near golden eagle

000039244

Thank you for shopping at Diamond D!





TSC TRACTOR SUPPLY CO
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 404926
Date: 12/1/25 Time: 11:47 AM
Store: 1862 Register: 1
Cashier: DANIEL

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| ECON MULTI CAT DRY FOOD 44LB | | | | |
| 1046117 | 2 | 29.99 | 56.84 | |
| $20 Reward | (3.14) | | | |
| P&C 32/5.5OZ PLTY VP | | | | |
| 120459 | 1 | 20.99 | 19.89 | |
| $20 Reward | (1.10) | | | |
| MARROBONE 6LB BF | | | | |
| 5131301 | 1 | 18.99 | 8.99 | |
| BOGO 50% OFF | (9.50) | | | |
| $20 Reward | (0.50) | | | |
| MARROBONE 6LB BF | | | | |
| 5131301 | 1 | 18.99 | 18.00 | |
| $20 Reward | (0.99) | | | |
| BB NDGS 16OZ JRKY DUCK | | | | |
| 2092425 | 1 | 12.99 | 12.31 | |
| $20 Reward | (0.68) | | | |
| GAUZE SPONGE 4X4 12PLY 100CT | | | | |
| 1330416 | 1 | 11.99 | 11.36 | E |
| $20 Reward | (0.63) | | | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | | |
| 1110503 MM | 2 | 24.99 | 47.37 | E |
| $20 Reward | (2.61) | | | |
| NUT TRIUMPH 12-8 PELLET 50LB | | | | |
| 2346778 MM | 11 | 17.99 | 187.54 | E |
| $20 Reward | (10.35) | | | |

Subtotal 362.30

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

12/15/25 2:36PM 1274 579 SALE

66380009248 5 EA $21.99 EA N
OKOCAT LITTER ORIGINAL 12.6LB $109.95

SUB-TOTAL:$ 109.95 TAX: $ .00
TOTAL: $ 109.95
BC AMT: $ 109.95

BK CARD#: XXXXXXXXXXXX3834
MID:********0883 TID:***3841
AUTH: 455226 AMT: $ 109.95
Host reference #:942781 Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC
AC : 9802B718C23AF071
TxnID/ValCode: 381045

Bank card USD$ 109.95

Total Items:5

1913 Main St.
Julian Ca 92036

RAMCO PETROLEUM # 5
XXXXXXXXX4001
1913 MAIN STREET
JULIAN, CA
92036
12/20/2025 395691849
02:55:09 PM

XXXXXXXXXXXX3834
Debit
INVOICE 004259
AUTH 279560

PUMP# 2

Red 5.022G
PRICE/GAL $5.099

FUEL TOTAL $ 25.61

TOTAL = $ 25.61

DEBIT $ 25.61

Customer-activated Purchase/Capture
Sequence Number 16318
Contactless
US DEBIT
Mode: Issuer
AID: A0000000980840
TVR: 0000000000
IAD: 06011203A00000
TSI: 0000
ARC: 00
AROC: 0EADA7F46FFBDB6F
APPROVED 279560

DIAMOND D
FEED & SUPPLY

444 D Street
Ramona, CA 92065
(760) 789-1240

Sat Dec 20, 2025 12:44 pm Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Propane | 3.99 | 3.8 | 15.16T |

3.8 Unit(s) Subtotal: $15.16
Sales Tax: $1.18
Receipt Total: $16.34
Credit Card:......$16.34
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

Customer: Villa Chardonnay Horses

000040452

Thank you for shopping at Diamond D!



TSC TRACTOR SUPPLY CO
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 332973
Date: 12/19/25 Time: 2:35 PM
Store: 1862 Register: 33
Cashier: JARED

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| DMR ALFALFA TIMOTHY CUBE 50LB | | | | |
| 1252425 | 1 | 22.99 | 21.83 | E |
| $20 Reward | (1.16) | | | |
| P&C 32/5.5OZ PLTY VP | | | | |
| 1204592 | 1 | 20.99 | 19.93 | |
| $20 Reward | (1.06) | | | |
| ECON MULTI CAT DRY FOOD 44LB | | | | |
| 1046117 | 1 | 29.99 | 28.47 | |
| $20 Reward | (1.52) | | | |
| ECON MULTI CAT DRY FOOD 44LB | | | | |
| 1046117 | 1 | 29.99 | 28.47 | |
| $20 Reward | (1.52) | | | |
| P&C 32/5.5OZ SFD VP | | | | |
| 1204591 | 1 | 20.99 | 19.93 | |
| $20 Reward | (1.06) | | | |
| P&C 32/5.5OZ SFD VP | | | | |
| 1204591 | 1 | 20.99 | 19.93 | |
| $20 Reward | (1.06) | | | |
| P&C 32/5.5OZ SFD VP | | | | |
| 1204591 | 1 | [illegible] | [illegible] | |
| $20 Reward | (1.06) | | | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | | |
| 1110503 | 2 | 24.99 | 47.45 | E |
| $20 Reward | (2.53) | | | |
| NUT TRIUMPH 12-8 PELLET 50LB | | | | |
| 2346778 | 8 | 17.99 | 136.61 | E |
| $20 Reward | (7.31) | | | |
| TRIPLE CROWN LITE HORSE FEED | | | | |
| 5094583 | 1 | 33.99 | 32.27 | E |
| $20 Reward | (1.72) | | | |

Subtotal 374.82
Tax 10.60
**Total 385.42**

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

12/19/25 3:05PM 1473 579 SALE

66380009248 6 EA $21.99 EA N
OKOCAT LITTER ORIGINAL 12.6LB $131.94

SUB-TOTAL:$ 131.94 TAX: $ .00
TOTAL: $ 131.94
BC AMT: $ 131.94

BK CARD#: XXXXXXXXXXXX3834
MID:********0883 TID:***3841
AUTH: 139971 AMT: $ 131.94
Host reference #:943878 Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : ...
ATC :0357
AC : 48620EC87DE28065
TxnID/ValCode: 393147

Bank card USD$ 131.94

Total Items:6

**ARCO GASOLINE**
ARCO AM/PM 42642
4925 SPRING ST.
LA MESA, CA
***************
4925 SPRING ST
LA MESA CA 91942

***PREPAID RECEIPT***

| Description | Qty | Amount |
|---|---|---|
| PREPAY CA #02 | | 40.00 |

Subtotal 40.00
**TOTAL 40.00**
CASH $ 50.00
Change $ -10.00

THANK YOU
FOR CHOOSING ARCO
COMMENTS?
CALL 1-800-322-2726

ST#42642 DR#1 TRAN#10[illegible]158
CSH: 2 12/28/25 1:12 [illegible]M



TSC
TRACTOR SUPPLY CO
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7062

Ticket: 954600
Date: 12/17/25 Time: 2:49 PM
Store: 1862 Register: 2
Cashier: Cheyenne

| Item | Qty | Price | Amount |
|---|---|---|---|
| NUT TRIUMPH 12-8 PELLET 50LB 2346778 | 9 | 17.99 | 161.91 |
| ALFALFA BERMUDA BLEND PELLETS 80 LB 1110503 | 2 | 24.99 | 49.98 |
| NUT HI PRO SCRATCH 50LB 2348773 | 1 | 18.99 | 18.99 |
| P&C 32/5.5OZ PLTY V? 1204592 | 1 | 20 | |
| P&C 32/5.5OZ PLTY 1204592 | | | |
| P&C 32/5.5OZ 1204591 | | | |
| P&C 32/ 120459 | | | |

Shop
Earn Points
Get Rewards

NEIGHBOR'S CLUB REWARDS

Download the Tractor Supply APP Today

E
12/17/25

Cash
Change

DIAMOND D
FEED & SUPPLY

444 D Street
Ramona, CA 92065
(760) 789-1240

Sun Dec 28, 2025 8:17 am Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 16.99 | 35 | 594.65 |

35 Unit(s) Subtotal: $594.65
Sales Tax: $0.00
Receipt Total: $594.65

Credit Card:.....$594.65
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

000040891

Thank you for shopping
at Diamond D!

DIAMOND D
FEED & SUPPLY

444 D Street
Ramona, CA 92065
(760) 789-1240

Sat Dec 27, 2025 9:54 am Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 16.99 | 35 | 594.65 |

35 Unit(s) Subtotal: $594.65
Sales Tax: $0.00
Receipt Total: $594.65

Credit Card:.....$594.65
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

Customer: Villa Chardonnay Horses

000040842

Thank you for shopping
at Diamond D!

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

12/24/25 10:04AM 637 579 SALE

66380009248 5 EA $21.99 EA N
OKOCAT LITTER ORIGINAL 12.6LB $109.9
042055323208 1 EA $7.49 EA N
HK FRZN BRINE SHRIMP 3.5OZ $7.4

SUB-TOTAL:$ 117.44 TAX: $ .0
TOTAL: $ 117.4
BC AMT: $ 117.4

BK CARD#: XXXXXXXXXXXX3834
MID:********0883 TID:***3841
AUTH: 725277 AMT: $ 117.4
Host reference #:945583 Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC :0373
AC : F063050FC1446C4A
TxnID/ValCode: 411634

Bank card USD$ 117.44

Total Items:6

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

12/21/25 11:51AM 688 580 SALE

66380009248 3 EA $21.99 EA N
OKOCAT LITTER ORIGINAL 12.6LB $65.97

SUB-TOTAL:$ 65.97 TAX: $ .00
TOTAL: $ 65.97
CASH TEND: 60.00
BC AMT: $ 5.97

BK CARD#: XXXXXXXXXXXX3834
MID:********0883 TID:***3841
AUTH: 121138 AMT: $ 5.97
Host reference #:944455 Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC :035F
AC : D53CB1F5736D4077
TxnID/ValCode: 399572

Bank card USD$ 5.97

Total Items:3

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

12/27/25 10:52AM 1575 580 SALE

6638009248 8 EA $19.791EA DN
OKOCAT LITTER ORIGINAL 12.6LB $158.33
Regular Price: 21.99
You Saved : 17.59

SUB-TOTAL:$ 158.33 TAX: $ .00
TOTAL: $ 158.33
BC AMT: $ 158.33

BK CARD#: XXXXXXXXXXXX3834
MID:********0883 TID:***3841
AUTH: 188304 AMT: $ 158.33
Host reference #:946253 Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC :037A
AC : 46648F3337E3F725
TxnID/ValCode: 418393

Bank card USD$ 158.33

Total Items:8



203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 408327
Date: 12/26/25 Time: 11:25 AM
Store: 1862 Register: 1
Cashier: Amabel

| Item | Qty | Price | Amount |
|---|---|---|---|
| TRIPLE CROWN LOW STARCH HORSE FEED | | | |
| 5094591 | 1 | 32.49 | 14.73 |
| % Off Discount | (50%) | (16.25) | |
| $20 Reward | (1.51) | | |
| NUT HI PRO SCRATCH 50LB | | | |
| 2348773 | 1 | 18.99 | 17.22 |
| $20 Reward | (1.77) | | |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 27.20 |
| $20 Reward | (2.79) | | |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 27.20 |
| $20 Reward | (2.79) | | |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 13.60 |
| % Off Discount | (50%) | (15.00) | |
| $20 Reward | (1.39) | | |
| PDGR 44LB STK&VEG | | | |
| 1872852 | 1 | 10.00 | 9.07 |
| $20 Reward | (0.93) | | |
| DMR HOG GROWER PELLET 50LB | | | |
| 1591777 | 1 | 21.99 | 9.97 |
| % Off Discount | (50%) | (11.00) | |
| $20 Reward | (1.02) | | |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 1 | 20.99 | 19.04 |
| $20 Reward | (1.95) | | |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 1 | 20.99 | 19.04 |
| $20 Reward | (1.95) | | |
| P&C 32/5.50Z PLTY VP | | | |
| 1204592 | 1 | 20.99 | 19.04 |
| $20 Reward | (1.95) | | |
| P&C 32/5.50Z PLTY VP | | | |
| 1204592 | 1 | 20.99 | 19.04 |
| $20 Reward | (1.95) | | |

Subtotal 195.15
Tax 11.90
**Total 207.05**

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 966423
Date: 12/24/25 Time: 9:44 AM
Store: 1862 Register: 2
Cashier: Tricia

| Item | Qty | Price | Amount |
|---|---|---|---|
| AROCEP REG BLEACH 128OZ | | | |
| 2340170 | 1 | 5.99 | 5.99 |
| CESAR 12/3.50Z LF CHK&SRLN VP | | | |
| 1008809 | 1 | 14.99 | 14.99 |
| FRSK 40/5.50Z SFD | | | |
| 1393068 | 1 | 32.79 | 32.79 |
| RET 50LB MINICHUNK | | | |
| 2258968 | 1 | 20.99 | 20.99 |
| RET 50LB MINICHUNK | | | |
| 2258968 | 1 | 20.99 | 20.99 |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 29.99 |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 29.99 |
| P&C 32/5.50Z PLTY VP | | | |
| 1204592 | 1 | 20.99 | 20.99 |
| P&C 32/5.50Z PLTY VP | | | |
| 1204592 | 1 | 20.99 | 20.99 |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 1 | 20.99 | 20.99 |
| P&C 32/5.50Z SFD VP | | | |
| 1204591 | 1 | 20.99 | 20.99 |
| PDGR 12/13.20Z CHPPD CHK&BF VP | | | |
| 1008931 | 1 | 22.99 | 22.99 |

Subtotal 262.68
Tax 20.30
**Total 282.98**



DIAMOND D
FEED & SUPPLY

444 D Street
Ramona, CA 92065
(760) 789-1240

Tue Dec 23, 2025 10:51 am Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 16.99 | 35 | 594.65 |

35 Unit(s) Subtotal: $594.65
Sales Tax: $0.00
Receipt Total: $594.65

Credit Card:.....$594.65
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

000040654

Thank you for shopping
at Diamond D!

1441 Main Street
Ransom Brothers Ace
(760) 789-7898

Visit us on the web:
RANSOMBROTHERS.COM

THANK YOU FOR SHOPPING AT
RANSOM BROTHERS ACE #18261
12/23/25 6:41PM ALC 711 SALE

9089676 1 EA $8.99 EA
FOAM HND SOAP LVDR 10OZ $8.99
9089680 1 EA $5.84 EA S
FOAM HAND WASH HYCN 10OZ $5.84
90521929 1 EA $15.99 EA
RR Refined Mahogany $15.99
85886 1 EA $22.99 EA
RAINCOAT PVC YELLOW LG $22.99
85885 1 EA $22.99 EA
RAINCOAT PVC YELLOW MED $22.99

SUB-TOTAL:$ 76.80 TAX: $ 5.95
TOTAL: $ 82.75
BC AMT: $ 82.75

BK CARD#: XXXXXXXXXXXX3834
MID:********6889 TID:***1530
AUTH: 886377 AMT: $ 82.75
Host reference #:264846 Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM :
Name :
ATC :0370
AC : 6EA766364777[illegible]

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

12/24/25 10:04AM 637 579 SALE

66380009248 8 EA $19.791EA DN
OKOCAT LITTER ORIGINAL 12.6LB $158.33
Regular Price: 21.99
You Saved : 17.59

SUB-TOTAL:$ 158.33 TAX: $ .00
TOTAL: $ 158.33
BC AMT: $ 158.33

BK CARD#: XXXXXXXXXXXX3834
MID:********0883 TID:***3841
AUTH: 649512 AMT: $ 158.33
Host reference #:945584 Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC :0374
AC : 8B1BBA7E2FFA30D9
TxnID/ValCode: 411637

Bank card USD$ 158.33

Total Items:8



DIAMOND D
FEED & SUPPLY

444 D Street
Ramona, CA 92065
(760) 789-1240

Tue Dec 23, 2025 4:30 pm Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Triumph Senior Wet 50# | 22.99 | 7 | 160.93T |
| Cavalor Strucomix Senior | 20.99 | 6 | 125.94T |
| 41.98 -20.99 | | | |

13 Unit(s) Subtotal: $286.87
Sales Tax: $22.23
Receipt Total: $309.10

Credit Card:.....$309.10
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

**You Saved: $125.94**

TSC TRACTOR SUPPLY CO

TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 407537
Date: 12/21/25 Time: 11:39 AM
Store: 1862 Register: 1
Cashier: Brian

| Item | Qty | Price | Amount |
|---|---|---|---|
| P&C 32/5.5OZ SFD VP 1204591 | 1 | 20.99 | 20.99 |
| P&C 32/5.5OZ PLTY VP 1204592 | 1 | 20.99 | 20.99 |
| P&C 32/5.5OZ PLTY VP 1204592 | 1 | 20.99 | 20.99 |
| P&C 32/5.5OZ PLTY VP 1204592 | 1 | 20.99 | 20.99 |
| P&C 36LB SEAFOOD 1388353 | 1 | 26.99 | 26.99 |

Subtotal 110.95
Tax 8.57
Total 119.52

TSC TRACTOR SUPPLY CO

TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 407934
Date: 12/23/25 Time: 10:17 AM
Store: 1862 Register: 1
Cashier: Alondra

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| ALFALFA BERMUDA BLEND PELLETS 80 LB 1110503 | 2 | 24.99 | 49.98 | E |
| NUT TRIUMPH 12-8 PELLET 50LB 2346778 | 9 | 17.99 | 161.91 | E |
| TRIPLE CROWN LITE HORSE FEED 5094583 | 1 | 33.99 | 33.99 | E |
| PP SWEET FEED 50LB 2525519 | 1 | 16.29 | 16.29 | E |
| DMR ALFALFA TIMOTHY CUBE 50LB 1252425 | 1 | 22.99 | 22.99 | E |
| ECON MULTI CAT DRY FOOD 44LB 1046117 | 1 | 29.99 | 29.99 | |
| ECON MULTI CAT DRY FOOD 44LB 1046117 | 1 | 29.99 | 29.99 | |
| P&C 32/5.5OZ PLTY VP 1204592 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ SFD VP 1204591 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ SFD VP 1204591 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ SFD VP 1204591 | 1 | 20.99 | 20.99 | |

Subtotal 429.10
Tax 11.12
Total 440.22



444 D Street
Ramona, CA 92065
(760) 789-1240

Mon Dec 22, 2025 1:39 pm Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 16.99 | 35 | 594.65 |

35 Unit(s) Subtotal: $594.65
Sales Tax: $0.00
Receipt Total: $594.65

Credit Card:.....$594.65
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

000040596

Thank you for shopping
at Diamond D!

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

12/22/25 2:52PM 1219 580 SALE

66380009248 7 EA $21.99 EA N
OKOCAT LITTER ORIGINAL 12.6LB $153.93
416039001329 1 EA $27.99 EA N
KAH GREEN TEA CAT LITTER 11.5 $27.99
042055302456 2 EA $7.49 EA N
HK FRZN JUMBO BLOODWORMS 3.50 $14.98
416039003798 1 EA $8.99 EA N
KAH DOO BAGS RAINBOW 72 CT $8.99

SUB-TOTAL:$ 205.89 TAX: $ .00
TOTAL: $ 205.89
BC AMT: $ 205.89

BK CARD#: XXXXXXXXXXXX3834
MID:*******0883 TID:***3841
AUTH: 277229 AMT: $ 205.89
Host reference #:944904 Bat#

Authorizing Network: VISA

Contactless
CARD TYPE:VISA EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC :0362
AC : 8251579EFCBB3BF3
0

444 D Street
Ramona, CA 92065
(760) 789-1240

Sun Dec 21, 2025 10:09 am Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 16.99 | 20 | 339.80 |
| Alfalfa | 19.99 | -20 | -399.80 |

0 Unit(s) Subtotal: $-60.00
Sales Tax: $0.00
Receipt Total: $-60.00

Change:......$60.00

Customer: Villa Chardonnay Horses

000040492

Thank you for shopping
at Diamond D!



TSC
TRACTOR SUPPLY CO
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 1240
Date: 12/22/25 Time: 2:26 PM
Store: 1862 Register: 34
Cashier: Brian

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| NMR GAME BIRD MAINT 50LB | | | | |
| 1858383 | 1 | 19.99 | 19.99 | E |
| NUT NWIS ALL FLOCK 40LB | | | | |
| 1257674 | 1 | 24.49 | 24.49 | E |
| NUT HI PRO SCRATCH 50LB | | | | |
| 2348773 | 1 | 18.99 | 18.99 | E |
| ECON MULTI CAT DRY FOOD 44LB | | | | |
| 1046117 | 1 | 29.99 | 29.99 | |
| ECON MULTI CAT DRY FOOD 44LB | | | | |
| 1046117 | 1 | 29.99 | 29.99 | |
| P&C 32/5.5OZ SFD VP | | | | |
| 1204591 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ SFD VP | | | | |
| 1204591 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ SFD VP | | | | |
| 1204591 | 1 | 20.99 | 20.99 | |
| P&C 32/5.5OZ SFD VP | | | | |
| 1204591 | 1 | 20.99 | 20.99 | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | | |
| 1110503 | 2 | 24.99 | 49.98 | E |
| NUT TRIUMPH 12-8 PELLET 50LB | | | | |
| 2346778 | 11 | 17.99 | 197.89 | E |

WC Feed
12/22

Subtotal 455.28
Tax 11.12
Total 466.40

DIAMOND D
FEED & SUPPLY

444 D Street
Ramona, CA 92065
(760) 789-1240

Sat Dec 20, 2025 10:24 am Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Timothy/ Alfalfa Pellets | 20.99 | 6 | 125.94T |
| Triumph Senior Dry 50# | 22.99 | 22 | 505.78T |
| Alfalfa | 19.99 | 35 | 699.65 |
| Alfalfa **#2** | 16.99 | 35 | 594.65 |

98 Unit(s) Subtotal: $1,926.02
Sales Tax: $48.96
Receipt Total: $1,974.98

Credit Card:...$1,974.98
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

Customer: Villa Chardonnay Horses

000040424

Thank you for shopping
at Diamond D!



444 D Street
Ramona, CA 92065
(760) 789-1240

Sat Jan 3, 2026 2:00 pm    Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa Pellets 1/4" 50# | 18.99 | 6 | 113.94T |

6 Unit(s) Subtotal: $113.94
Sales Tax: $8.83
Receipt Total: $122.77

Credit Card:.....$122.77
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

Customer: Villa Chardonnay Horses

000041343

Thank you for shopping
at Diamond D!

TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 408869
Date: 12/29/25    Time: 12:24 PM
Store: 1862    Register: 1
Cashier: JARED

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | | |
| 1110503 | 2 | 24.99 | 47.57 | E |
| $20 Reward | (2.41) | | | |
| NUT TRIUMPH 12% PELLET 50LB | | | | |
| 2346778 | 11 | 17.99 | 188.35 | E |
| $20 Reward | (9.54) | | | |
| BOSS MNS MICRO ARMOR DIPPED BLK LG | | | | |
| 1875389 | 1 | 7.49 | 7.13 | |
| $20 Reward | (0.36) | | | |
| | ( WAS | 9.99 ) | | |
| BOSS MNS MICRO ARMOR DIPPED BLK LG | | | | |
| 1875389 | 1 | 7.49 | 7.13 | |
| $20 Reward | (0.36) | | | |
| | ( WAS | 9.99 ) | | |
| P&C 32/5.5OZ PLTY VP | | | | |
| 1204592 | 1 | 22.99 | 21.88 | |
| $20 Reward | (1.11) | | | |
| P&C 32/5.5OZ PLTY VP | | | | |
| 1204592 | 1 | 22.99 | 21.88 | |
| $20 Reward | (1.11) | | | |
| P&C 32/5.5OZ PLTY VP | | | | |
| 1204592 | 1 | 22.99 | 21.88 | |
| $20 Reward | (1.11) | | | |
| P&C 32/5.5OZ PLTY VP | | | | |
| 1204592 | 1 | 22.99 | 21.88 | |
| $20 Reward | (1.11) | | | |
| MULTI CAT DRY FOOD 44LB | | | | |
| 117 | 1 | 29.99 | 28.54 | |
| eward | (1.45) | | | |
| MULTI CAT DRY FOOD 44LB | | | | |
| 117 | 1 | 29.99 | 28.55 | |
| eward | (1.44) | | | |

Subtotal 394.79
Tax 12.30
Total 407.09

407.10

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

12/29/25 12:51PM 1540 579 SALE

663800009248 5 EA 21.99 EA N 109.95
OKOCAT LITTER ORIGINAL 12.6LB
042055307208 1 EA 7.49 EA N 7.49
HK FRZN KRILL 3.5OZ

SUB-TOTAL:$ 117.44 TAX: $ .00
TOTAL: $ 117.44
CASH TEND: 120.00 CHANGE: 2.56

Total Items:6

==>> JRNL# J46843/3
CUST NO: *12827
Customer Copy

___THANK YOU FOR SHOPPING AT KAHOOTS___
CHECK OUT OUR ONLINE STORE AT
KAHOOTSFEEDANDPET.COM AND FOLLOW US ON
FACEBOOK AND INSTAGRAM@KAHOOTSFEEDANDPET

TSC TRACTOR SUPPLY Co

TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 408964
Date: 12/30/25 Time: 10:08 AM
Store: 1862 Register: 1
Cashier: Cheyenne

| Item | Qty | Price | Amount |
|---|---|---|---|
| DMR ALL FLOCK POULTRY 50LB | | | |
| 1496727 | 1 | 25.49 | 25.49 |
| DMR GAME BIRD MAINT 50LB | | | |
| 1858383 | 1 | 19.99 | 19.99 |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 29.99 |
| ECON MULTI CAT DRY FOOD 44LB | | | |
| 1046117 | 1 | 29.99 | 29.99 |
| RET PILLOW BED 27X36 | | | |
| 2401707 | 1 | 9.99 | 9.99 |
| RET PILLOW BED 27X36 | | | |
| 2401707 | 1 | 9.99 | 9.99 |
| RET PILLOW BED 27X36 | | | |
| 2401707 | 1 | 9.99 | 9.99 |
| RET PILLOW BED 27X36 | | | |
| 2401707 | 1 | 9.99 | 9.99 |
| PDGR 12/13.2OZ CHPPD CLB&BBC VP | | | |
| 5400580 | 1 | 18.99 | 18.99 |
| TRV 2INX 27FT YW RATCHET TD DBL J HOOK | | | |
| 2252095 | 1 | 14.99 | 14.99 |
| TRV 2INX 27FT YW RATCHET TD DBL J HOOK | | | |
| 2252095 | 1 | 14.99 | 14.99 |
| BLAZE HUNTERS SAFETY VEST XL | | | |
| 1857798 | 1 | 0.99 | 0.99 |
| | | ( WAS 4.99 ) | |
| RS 30CT BO LED [illegible] | | | |
| 2526045 | 1 | 2.39 | 2.39 |
| | | ( WAS 5.99 ) | |
| RS 30CT BO LED WIRE LIGHTS MULTI | | | |
| 2526045 | 1 | 2.39 | 2.39 |
| | | ( WAS 5.99 ) | |
| NUT TRIUMPH 12-8 PELLET 50LB | | | |
| 2346778 | 11 | 17.99 | 197.89 |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | |
| 1110503 | 2 | 24.99 | 49.98 |

Subtotal 453.39
Tax 12.33
**Total 465.72**

Cash 470.00

---

DIAMOND D FEED & SUPPLY

444 D Street
Ramona, CA 92065
(760) 789-1240

Tue Dec 30, 2025 10:34 am Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 16.99 | 35 | 594.65 |

35 Unit(s) Subtotal: $594.65
Sales Tax: $0.00
Receipt Total: $594.65

Cash: $600.00
Change: $5.35

000041052

Thank you for shopping at Diamond D!

---

DIAMOND D FEED & SUPPLY

444 D Street
Ramona, CA 92065
(760) 789-1240

Sat Dec 20, 2025 11:59 am Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Sportmix Orig Cat 15lb | 20.99 | 1 | 20.99T |

1 Unit(s) Subtotal: $20.99
Sales Tax: $1.63
Receipt Total: $22.62

Credit Card: $22.62
Change: $0.00

REF # :
INVOICE # :0
APPR CODE :

Customer: Villa Chardonnay Horses

---

DIAMOND D FEED & SUPPLY

444 D Street
Ramona, CA 92065
(760) 789-1240

Fri Dec 19, 2025 1:58 pm Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 16.99 | 35 | 594.65 |

35 Unit(s) Subtotal: $594.65
Sales Tax: $0.00
Receipt Total: $594.65

Credit Card: $594.65
Change: $0.00

REF # :
INVOICE # :0
APPR CODE :

THANK YOU FOR SHOPPING AT
KAHOOTS RAMONA
2020 MAIN STREET
RAMONA, CA 92065
(760) 788-7785

12/17/25 3:11PM 1436 579 SALE

66380009248 5 EA $21.99 EA N
OKOCAT LITTER ORIGINAL 12.6LB $109.95

SUB-TOTAL:$ 109.95 TAX: $ .00
TOTAL: $ 109.95
CASH TEND: 100.00
BC AMT: $ 9.95

BK CARD#: XXXXXXXXXXXX3834
MID:********0883 TID:***3841
AUTH: 463409 AMT: $ 9.95
Host reference #:943280 Bat#

Authorizing Network: VISA

Contactless
CARD TYPE: EXPR: XXXX
AID : A0000000031010
TVR : 0000000000
IAD : 06011203A00000
TSI :
ARC : 00
MODE : Issuer
CVM : No CVM
Name : VISA DEBIT
ATC :0350
AC : 701F581DA5EC02CB
TxnID/ValCode: 387008

444 D Street
Ramona, CA 92065
(760) 789-1240

Thu Dec 18, 2025 11:32 am Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 16.99 | 35 | 594.65 |

35 Unit(s) Subtotal: $594.65
Sales Tax: $0.00
Receipt Total: $594.65

Credit Card:.....$594.65
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

000040274

Thank you for shopping
at Diamond D!

444 D Street
Ramona, CA 92065
(760) 789-1240

Wed Dec 17, 2025 3:32 pm Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 16.99 | 15 | 254.85 |

15 Unit(s) Subtotal: $254.85
Sales Tax: $0.00
Receipt Total: $254.85

Credit Card:.....$254.85
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

Customer: Cindy Montgomery
Phone: (310) 804-6154
Phone: 858-705-0172
19320 rancho bollena road
turn left near golden eagle

000040224

Thank you for shopping
at Diamond D!



TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 964801
Date: 12/18/25 Time: 11:59 AM
Store: 1862 Register: 2
Cashier: Anabel

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| FULL DAY RENTAL | | | | |
| 1017399 | 1 | 24.99 | 24.99 | |
| 4HLTH 24OZ TNDRS CHK&APPL | | | | |
| 1872300 | 1 | 16.99 | 16.99 | |
| BB NDGS 16OZ GRLLRS SLM | | | | |
| 2516100 | 1 | 12.99 | 12.99 | |
| AROCEP REG BLEACH 128OZ | | | | |
| 2340170 | 1 | 5.99 | 5.99 | |
| P&C 32/5.5OZ PLTY VP | | | | |
| 1204592 | 1 | 20.99 | 20.99 | |
| PDGR 12/13.2OZ CHPPD CLB&BBC VP | | | | |
| 5400580 | 1 | 22.99 | 22.99 | |
| RET 15LB BISC PB LARGE | | | | |
| 2374883 | 1 | 9.99 | 9.99 | |
| P&C 36LB SEAFOOD | | | | |
| 1388353 | 1 | 26.99 | 26.99 | |
| ECON MULTI CAT DRY FOOD 44LB | | | | |
| 1046117 | 1 | 29.99 | 29.99 | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | | |
| 1110503 | 2 | 24.99 | 49.98 | E |
| NUT TRIUMPH 12-8 PELLET 50LB | | | | |
| 2346778 | 11 | 17.99 | 197.89 | E |

Subtotal 419.78
Tax 13.28
Total 433.06

1935 MAIN STREET
RAMONA, CA 92065
(760) 789-7109
www.oreillyauto.com

Store hours:
Mon-Sun: 07:30 AM-09:00 PM

Counter #: 882783 Francis
Date: 12/30/2025 11:21 AM Drawer: 3
Invoice #: 2724-334956 2724WS179

WIX WF10035 79.99 T
FUEL FILTER
Estimated In Store 12/30/2025 12:35 PM
DC or Hub Pickup

1 Item

| | |
|---|---|
| Sub-Total | 79.99 |
| Sales Tax | 6.20 |
| Total | 86.19 |
| Cash | 100.20 |
| Change Due | 14.01 |

TRACTOR SUPPLY Co
TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 964326
Date: 12/16/25 Time: 1:21 PM
: 1862 Register: 2
er: Cheyenne

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| ECON MULTI CAT DRY FOOD 44LB | | | | |
| 1046117 | 1 | 29.99 | 28.04 | |
| $20 Reward | (1.95) | | | |
| ECON MULTI CAT DRY FOOD 44LB | | | | |
| 1046117 | 1 | 29.99 | 28.04 | |
| $20 Reward | (1.95) | | | |
| ...FALFA BERMUDA BLEND PELLETS 80 LB | | | | |
| 1110503 | 2 | 24.99 | 46.73 | E |
| $20 Reward | (3.25) | | | |
| NUT TRIUMPH 12-8 PELLET 50LB | | | | |
| 2346778 | 11 | 17.99 | 185.04 | E |
| $20 Reward | (12.85) | | | |

Subtotal 287.85
Tax 4.34
Total 292.19



TSC
TRACTOR
SUPPLY CO

TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 409340
Date: 12/31/25 Time: 11:34 AM
Store: 1862 Register: 1
Cashier: Cheyenne

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| DMR HOG GROWER PELLET 50LB | | | | |
| 1591777 | 1 | 21.99 | 21.06 | E |
| $20 Reward | (0.93) | | | |
| ECON MULTI CAT DRY FOOD 44LB | | | | |
| 1046117 | 1 | 29.99 | 28.73 | |
| $20 Reward | (1.26) | | | |
| ECON MULTI CAT DRY FOOD 44LB | | | | |
| 1046117 | 1 | 29.99 | 28.73 | |
| $20 Reward | (1.26) | | | |
| P&C 32/5.5OZ SFD VP | | | | |
| 1204591 | 1 | 22.99 | 22.02 | |
| $20 Reward | (0.97) | | | |
| P&C 32/5.5OZ SFD VP | | | | |
| 1204591 | 1 | 22.99 | 22.02 | |
| $20 Reward | (0.97) | | | |
| P&C 32/5.5OZ SFD VP | | | | |
| 1204591 | 1 | 22.99 | 22.02 | |
| $20 Reward | (0.97) | | | |
| P&C 32/5.5OZ PLTY VP | | | | |
| 1204592 | 1 | 22.99 | 22.02 | |
| $20 Reward | (0.97) | | | |
| P&C 32/5.5OZ PLTY VP | | | | |
| 1204592 | 1 | 22.99 | 22.02 | |
| $20 Reward | (0.97) | | | |
| NUT TRIUMPH 12-8 PELLET 50LB | | | | |
| 2346778 | 11 | 17.99 | 189.55 | E |
| $20 Reward | (8.34) | | | |
| ALFALFA BERMUDA BLEND PELLETS 80 LB | | | | |
| 1110503 | 2 | 24.99 | 47.87 | E |
| $20 Reward | (2.11) | | | |
| MUT BRAIDED CABLE KNIT SWEATER L | | | | |
| 2559669 | 1 | 9.99 | 9.57 | |
| $20 Reward | (0.42) | | | |
| TSC BUFFALO PLAID FLEECE HOODIE XL | | | | |
| 2559566 | 2 | 9.99 | 19.15 | |
| $20 Reward | (0.83) | | | |

Subtotal 454.76
Tax 15.22
**Total 469.98**

TSC Gift Card 469.98
629940006956XXXX
Authorization #: 045170
Balance: 30.02
Transaction Type: Sale

# DIAMOND D
FEED & SUPPLY

444 D Street
Ramona, CA 92065
(760) 789-1240

Wed Dec 31, 2025 10:42 am Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa Pellets 1/4" 50# | 18.99 | 6 | 113.94 |
| Triumph Complete 50# | 21.99 | 10 | 219.90 |
| Alfalfa **#2** | 16.99 | 104 | 1766.96 |

120 Unit(s) Subtotal: $2,100.80
Sales Tax: $0.00
Receipt Total: $2,100.80

Credit Card:...$2,100.80
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

Customer: Cindy Montgomery
Phone: (310) 804-6154
Phone: 858-705-0172
19320 rancho bollena road
turn left near golden eagle

000041146

Thank you for shopping
at Diamond D!




444 D Street
Ramona, CA 92065
(760) 789-1240

Tue Dec 16, 2025 12:41 pm Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 16.99 | 35 | 594.65 |

35 Unit(s) Subtotal: $594.65
Sales Tax: $0.00
Receipt Total: $594.65

Credit Card:.....$594.65
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

000040138

Thank you for shopping at Diamond D!

444 D Street
Ramona, CA 92065
(760) 789-1240

Sat Jan 3, 2026 1:57 pm Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Alfalfa **#2** | 16.99 | 70 | 1189.30 |
| Triumph Senior Dry 50# | 22.99 | 22 | 505.78T |

92 Unit(s) Subtotal: $1,695.08
Sales Tax: $39.20
Receipt Total: $1,734.28

Credit Card:...$1,734.28
Change:.......$0.00

REF # :
INVOICE # :0
APPR CODE :

Customer: Villa Chardonnay Horses

000041341

Thank you for shopping at Diamond D!

444 D Street
Ramona, CA 92065
(760) 789-1240

Sat Jan 3, 2026 2:18 pm Station # 1
Operator: jimmy

| Description | PRICE | QTY | TOTAL |
|---|---|---|---|
| Propane | 3.99 | 4 | 15.96T |

4 Unit(s) Subtotal: $15.9[illegible]
Sales Tax: $1.2[illegible]
Receipt Total: $17.20

Cash:......$2[illegible]
Change:.......$2.8[illegible]

Customer: Villa Chardonnay Horses

000041346

Thank you for shopping at Diamond D!

Header

PETROMERICA
802 MAIN ST
RAMONA CA 92065
XXXXXXXXX9001

01/03/26 3:06:12 PM
Register: 1 Trans #: 2993 Op ID: 4
Your cashier: ANGIE

*** PREPAID RECEIPT ***

Regular CR PUMP# 2 $25.00 99

Subtotal = $25.00
Tax = $0.00

Total = $25.00

Change Due = $0.00

Debit $25.00

XXXX XXXX XXXX :
**INVOICE:** 097137
**AUTH** 670503

POS Authorization Only
Sequence Number 39619
Contactless
US DEBIT
Mode: Issuer
AID: A0000000980840
TVR: 0000000000
IAD: 06011203A00000
TSI: 0000
ARC: 00
APPROVED 670503
Verified by PIN

Footer

TractorSupply.com

203 HUNTER ST
RAMONA, CA 92065
760-789-7052

Ticket: 23485
Date: 12/16/25 Time: 1:30 PM
Store: 1862 Register: 32
Cashier: JARED

| Item | Qty | Price | Amount | |
|---|---|---|---|---|
| DMR ALFALFA TIMOTHY CUBE 50LB | | | | |
| 1252425 | 1 | 22.99 | 22.99 | E |

Subtotal 22.99
Tax 0.00
**Total 22.99**

Visa - SALE 22.99
************3834 - EMV Contactless
Authorization #: 495188
Terminal ID : 001791862003200
Cryptogram : 7F87EC763CF3AAAA
AID : A0000000980840
APP : US DEBIT
CVM : NONE /
TVR : 0000000000 / TSI : 0000

Debtor's Name Villa Chardonnay Horses With Wings, Inc          Case No.  25-04245



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Case 25-04245-JBM11 Filed 01/06/26 Entered 01/06/26 18:26:19 Doc 57 Pg. 43 of 44

Debtor's Name Villa Chardonnay Horses With Wings, Inc Case No. 25-04245

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021) 11

Case 25-04245-JBM11 Filed 01/06/26 Entered 01/06/26 18:26:19 Doc 57 Pg. 44 of 44

Debtor's Name Villa Chardonnay Horses With Wings, Inc Case No. 25-04245

PageThree

PageFour

UST Form 11-MOR (12/01/2021) 12