Michael R. Totaro 102229
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
310 804 2157
Ocbkatty@aol.com

Attorneys for Debtor in Possession

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| **Villa Chardonnay Horses With Wings, Inc**<br><br>**Debtor in Possession,** | Chapter 11<br><br>Case No: 3:25-bk-04245-JBM11<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Date: January 22, 2026<br>Time: 2:00 p.m.<br>Location: Dept 2 Rm 118<br>Place: 325 "F" St. San Diego. CA 92101 |

**TO THE UNITED STATES TRUSTEE, THE DEBTOR IN POSSESSION ALL CREDITORS AND ANY INTERESTED PARTIES**:

The following is the Declaration of Michael R. Totaro as Debtor in Possession Status Report.

I, Michael R. Totaro Declare:

I am proposed General Insolvency Counsel for Debtor in the above matter. As such I have personal knowledge of the following facts and if called to testify I could and would competently testify thereto.

The primary problem in this case so far has been insurance. As of today debtor is current on the liability insurance and worker's insurance. Currently the only problem is the insurance for the structures on the property other than the main house.

Since the last status conference counsel and the agent have been in constant contact with a representative of the agency dealing with the California Fair Plan. For over three weeks we have been asking for someone to come to the property to see and measure the structures so that the Fair Plan can write the policy.

In fact, I am writing this report on the very last day in the hopes that I would know when the visit is going to be scheduled. As of this afternoon, the best I have been told is by next Tuesday. Once the Fair plan see the property and structured the policy will be bound.

Other than insurance, Debtor is now providing receipts for all purchases. At the recent 341 hearing counsel was advised that the UST also wants copies of receipts given to the persons making the donations. I frankly did not know this and did not communicate that fact to the Debtor. As a result the Debtor is now going back to January 1, 2026 to give everyone receipts for the donations in addition to obtaining receipts from the store.

As of today I have received most of the compliance issues the trustee wanted. The only exception is the list of donors for the last two years and the financials.

As to the doners that is a slow process but we will comply. The debtor did not keep very good records. As to the financials, Debtor still does not have the funds to hire a CPA. Once she finally pays for all insurances she will have sufficient funds to retain the CPA.

As to litigation, it appears we will be filing a complaint for defamation. In addition by the time of this hearing our motion to value collateral should be on file along with a cause of action to strip certain liens.

Finally, we are also working with the family to establish either loans, gifts or donations to be given on a regular basis to establish New Value for the purpose of plan confirmation. Along with this, we are also seeking to refinance the first and second deeds of trust.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 15, 2026 at Los Angeles, CA.

                 Totaro & Shanahan

                 By: /s/ Michael R. Totaro
                   Michael R. Totaro
                   Attorney for Debtor