Michael R. Totaro 102229
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
(310) 804 2157
(310) 496-1260 (f)
Ocbkatty@aol.com

**Attorneys for Debtor in Possession**

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| In re<br><br>Villa Chardonnay Horses with Wings, Inc.<br><br>Debtor in Possession. | CASE NO. 3:25-bk-04245-JBM11<br><br>Chapter 11<br><br>**Certificate of Service of Status Conference Statement**<br><br>Date: January 22, 2026<br>Time: 2:00 p.m.<br>Location: Dept 2 Rm 118<br>Place: 325 "F" St. San Diego. CA 92101 |

I, Michael R. Totaro, declare:

I am employed in the County of Los Angeles. I am over the age of eighteen and not a party to this case. My business mailing address is P.O. Box 789, Pacific Palisades, CA 90272. I am an employee of the law firm of Totaro & Shanahan, LLP.

On January 15, 2026 I served the following documents described as:

Status Conference Statement

on the parties listed in the within action in the following manner:

**x_  (Email Service)** Pursuant to Fed.R.Civ.P 5, I transmitted via electronic (email) mail to the attached email addresses, the above described documents.

See Below

X (**US Postal Service**) I am readily familiar with the business practice for collection

and processing of correspondence for mailing with the United States Postal Service. By enclosing the documents in a sealed envelope, with postage fully pre-paid affixed thereto, and depositing the envelope with the United States Post Office for service by regular, first class United States mail addressed as follows:

    See below

    I affirm under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 15, 2026 at Los Angeles, Ca.

                                        <u>/s/ Michael R. Totaro</u>
                                        Michael R. Totaro

**Ecf Service**:

- **Haeji Hong**   Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Shelby Poteet**   spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Michael R Totaro**   Ocbkatty@aol.com
- **United States Trustee**   ustp.region15@usdoj.gov

**Manual Service**

| | | |
|---|---|---|
| Allstate Propane<br>315 Grape St. #3-404<br>Lake Elsinore, CA 92532 | **Elias Villafuerte-Rubio**<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 450<br>Los Angeles, CA 90013 | **River Falls, LLC**<br>Attn. June Sifuentes<br>2840 Fletcher Pkwy # 144<br>El Cajon, CA 92020 |
| Andres Sandoval<br>Attn. Labor Commissioner's Office<br>3737 Main St. #850<br>Riverside, CA 92501 | **Internal Revenue Service**<br>General Insolvency Operations<br>Po Box 7346<br>Philadelphia, PA 19101 | **San Diego Department of Gas & Electric**<br>Po Box 25111<br>Santa Ana, CA 92799 |
| ARK Watch Foundation<br>Manatt, Philps & Phillips, LLP<br>203 Redwood Shores Pkwy #450<br>Redwood City, CA 94065 | **Investors Mortgage Lending Group, Inc**<br>Po Box 2354<br>Rcho Santa Fe, CA 9206 | **Santos Figueroa**<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 340<br>Los Angeles, CA 90013 |
| Benjamin Moreno<br>Attn. Loabor Commissioner's Office<br>3737 S. Main St. #850<br>Riverside, CA 92501 | **John Deere Financial**<br>6400 Nw 86th St<br>Johnston, IA 50131 | **Santos Rodriguez**<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 340<br>Los Angeles, CA 90013 |
| Bruno Gonzalez<br>c/o Adamson Ahdoot, LLP<br>1150 S. Robertson Blvd.<br>Los Angeles, Ca 90035 | **John Deere Financial (2)**<br>Attn. Customer Service<br>Po Box 5328<br>Madison, WI 53705 | **Small Business Association**<br>CESC Covid EIDL Service Center<br>14925 Kingsport Rd<br>Fort Worth, TX 76155 |
| Carol Armbrust<br>P.O. Box 203<br>Chester, ID 83421 | **Private Mortgage Lending, LLC**<br>Po Box 2354<br>Rcho Santa Fe, CA 92067 | **State of California Labor Commission**<br>464 W 4th St 478<br>Sn Bernrdno, CA 92401 |
| Cynthia Montegomery<br>C/O Allen Kate<br>888 Prospect St. #200<br>La Jolla, Ca 92037 | **Raul Garcia**<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 450<br>Los Angeles, CA 90013 | **The Ark Watch and Celine Myers**<br>c/o Manatt, Phelps & Phillips, LLP<br>1 Embarcadero Ctr Fl 30<br>San Francisco, CA 94111 |
| **Darlene Sears**<br>2420 Gondar Ave<br>Long Beach, CA 90815 | **Rey Velazquez**<br>Attn. Labor Commissioner's Office<br>3737 Main St Ste 850<br>Riverside, CA 92501 | **Waste Management**<br>Attn. Rentto & Rentto<br>3517 Camino Del Rio S Ste 412<br>San Diego, CA 92108 |
| **Margaret Mannex**<br>1755 Lilac Rd.<br>Ramona, CA 92065 | **Dale Fullerton**<br>30002 Chihuahua Valley<br>Warner Springs, Ca 92086 | |

3