TENTATIVE RULING

ISSUED BY JUDGE J. BARRETT MARUM

| | |
|---|---|
| Bankruptcy Case Name: | Villa Chardonnay Horses With Wings, Inc. |
| Bankruptcy Number: | 25-04245-JBM11 |
| Hearing: | 01/22/2026 2:00 PM |
| Motion: | STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 12/11/25) |

**Hear**.  The Court is troubled that some of the structures on the property are still be without insurance, though the Court understands some or perhaps all of that delay may be out of the Debtor's control.  Hopefully there will be progress on this prior to the status conference.  Does the Debtor anticipate that it will need resolution of its motion to value collateral before proceeding with its plan?