# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

### Hearing Information:

|  |  |
|---:|:---|
| **Debtor:** | Villa Chardonnay Horses With Wings, Inc. |
| **Case Number:** | 25-04245-JBM          **Chapter:** 11 |
| **Date / Time/ Room:** | 01/22/2026 2:00 PM, Department 2 |
| **Bankruptcy Judge:** | J. Barrett Marum |
| **Courtroom Clerk:** | Russell Paluso |
| **ECRO:** | Cynthia Lam |

### Matters:

STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 12/11/25)

### Appearances:

MICHAEL TOTARO, ATTORNEY FOR VILLA CHARDONNAY HORSES WITH WINGS, INC.
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE
MEREDITH KING, ATTORNEY FOR PRIVATE MORTGAGE LENDING, INC., RIVER FALLS, INC., THE ARMBRUST LIVING TRUST
DAVID ELDAN, CALIFORNIA STATE ATTORNEY GENERAL - CHARITABLE TRUST SECTION (video)

### Disposition:

Continued to 1/27/26 at 3:00 p.m. No status report need to be filed.

The U.S. Trustee brought to the Court's attention that the Debtor is not in good standing with the California Attorney General's Office, which means the Debtor cannot accept donations or disburse funds. The Debtor advised the Court that it has sufficient food on hand to feed the animals for only approximately 24 hours.

As a result, the Court instructed the parties that one of three things must happen by no later than 3:00 p.m. on 1/23/26: (1) Mr. Tatoro may submit an order dismissing the case; (2) a stipulation with Mr. Eldan's Office re: necessary disbursements to feed and care for the animals for a short time period; or (3) if the stipulation is not signed by Mr. Eldan's Office but an agreement is reached, a declaration regarding the terms of that agreement as stated on the record.