Paul Leeds, Esq, (Bar No. 214309)
pleeds@fsl.law
Meredith King, Esq. (Bar No. 280043)
mking@fsl.law
FRANKLIN SOTO LEEDS LLP
444 West C Street, Suite 300
San Diego, California 92101
Tel:  619.872.2520
Fax: 619.566.0221

*Attorneys for River Falls, LLC,*
*Private Mortgage Lending, Inc., and*
*The Armbrust Living Trust*

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.<br><br>Debtor. | Case No: 25-04245-JBM11<br><br>Chapter 11<br><br>**DECLARARTION OF CAROL ARMBRUST IN SUPPORT OF <u>*EMERGENCY*</u> MOTION TO APPOINT CHAPTER 11 TRUSTEE**<br><br>Case Filed:   October 14, 2025<br><br>**Status Conference**<br>Date:        January 27, 2026<br>Time:        2:00 p.m.<br>Dept:         2<br>Judge:       Hon. J. Barrett Marum |

I, Carol A. Armbrust, declare as follows:

    1.    I am a trustee  of the Armbrust Living Trust ("Trust").

    2.    This declaration is based on my personal knowledge and, to the extent

-1-

CASE NO. 25-04245-JBM11
DECL. C. ARMBRUST
SUPP. *EM*. MOT. APP. TRUSTEE

1  it is not, it is based on my familiarity with the Trust's business records. These records
2  are routinely made to record acts, events, and conditions relating to the Trust's
3  business operations by those with firsthand knowledge and contemporaneous to the
4  information recorded. If called upon as a witness, I could and would testify
5  competently to the contents of this declaration.

6      3.   The Trust, together with River Falls, LLC and Private Mortgage
7  Lending, Inc. loaned Debtor Villa Chardonnay Horses With Wings, Inc. ("Debtor")
8  $1,600,000 ("Loan") in March 2020 secured by a priority interest in 4554 Boulder
9  Creek Road, Julian CA 92036 ("4554 Boulder Creek") and 4430 Boulder Creek
10 Road, Julian CA 92036 ("4430 Boulder Creek" and, together with 4554 Boulder
11 Creek, "Boulder Creek").

12     4.   Secured Creditors have not received a regular monthly payment on the
13 Loan since March 2025, and their Note fully matured on April 1, 2025.

14     5.   Secured Creditors commenced foreclosure proceedings against Boulder
15 Creek in April 2025.

16     6.   Between April and July 2025, I understand Villa Chardonnay's
17 principal, Ms. Perez, was in regular communication with Secured Creditors'
18 foreclosure trustee regarding the foreclosure proceedings. During this time,
19 Ms. Perez sent several emails requesting the foreclosure be delayed as she expected
20 to receive a ninety-nine-million-euro inheritance that would be used to pay Secured
21 Creditors in full.

22     7.   I understand Debtor filed a voluntary Chapter 11 petition on September
23 1, 2025, two days before Secured Creditors' foreclosure sale scheduled for
24 September 3, 2025. Secured Creditors' foreclosure sale was thereafter continued to
25 October 15, 2025. However, the day before Secured Creditors' continued foreclosure
26 sale, Debtor filed a second bankruptcy.

27     8.   On or around October 14, 2025, I understand Debtor's counsel provided
28 Secured Creditors' counsel, Ms. Meredith King, the following evidence of insurance:

(1) a document entitled "Evidence of Property Insurance" along with declarations showing that Alta Vista Insurance Agency had placed a California Fair Plan policy for 4554 Boulder Creek with Debtor; and (2) a "Confirmation of Binding" and a "Certificate of Liability Insurance" confirming that Slade Brown had arranged an "Equestrian General Liability" policy from Kinsale Insurance Company for Debtor. True and correct copies of the documents I understand Debtor's counsel provided are attached hereto as **Exhibit 4**.

9. On January 22, 2026, I spoke with Ms. Tandy Owens with Alta Vista Insurance Agency. During that conversation, Ms. Owens advised that as of January 22, 2026, Debtor's California Fair Plan insurance policy continues to only cover Debtor's main house located at 4554 Bould Creek. Ms. Owens advised she has a list of all structures, but only has the sizes, so she cannot value the structures and add to their coverage to the policy.

10. On January 22, 2026, I confirmed with Ms. Owens that Secured Creditors are not properly identified as mortgagees on Debtor's California Fair Plan. PMI and River Falls appear on the correct page; however, the Trust is only listed on the Earthquake Endorsement.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of January 2026 at San Diego, California.

                                          */s/ Carol A. Armbrust*
                                          CAROL A. ARMBRUST

# EXHIBIT "4"

# ACORD® EVIDENCE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY):** 10/14/2025

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**AGENCY:** Alta Vista Insurance Agency
PO Box 1480
Vista, CA 92085

**PHONE (A/C, No, Ext):** (888) 724-2124
**FAX (A/C, No):** (760) 630-1597
**E-MAIL ADDRESS:** Tandy@aviains.com

**CODE:**   **SUB CODE:**
**AGENCY CUSTOMER ID #:**

**COMPANY:** CALIFORNIA FAIR PLAN

**INSURED:**
VILLA CHARDONNAY HORSES WITH WINGS INC
PO BOX 1000
JULIAN, CA 92036

**LOAN NUMBER:**
**POLICY NUMBER:** COM 0302366693 00
**EFFECTIVE DATE:** 10/14/2025
**EXPIRATION DATE:** 10/14/2026
**CONTINUED UNTIL TERMINATED IF CHECKED:** [ ]
**THIS REPLACES PRIOR EVIDENCE DATED:**

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**
4554 BOULDER CREEK RD
JULIAN    San Diego    CA 92036-9442
LOC: 1 - 4554 BOULDER CREEK RD JULIAN San Diego CA 92036-9442

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION** — PERILS INSURED: [ ] BASIC  [ ] BROAD  [X] SPECIAL

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| BUILDING - REPLACEMENT COST - 80% CO INSURANCE | 2,500,000 | 25,000 |

**REMARKS (Including Special Conditions)**

TRUSTEE:
UNITED STATES TRUSTEE'S OFFICE
880 FRONT STREET, STE 3230
SAN DIEGO, CA 92101

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

**NAME AND ADDRESS:**
UNITED STATES TRUSTEE'S OFFICE
880 FRONT STREET, STE 3230
SAN DIEGO CA 92101

[X] ADDITIONAL INSURED   [ ] LENDER'S LOSS PAYABLE   [ ] LOSS PAYEE
[ ] MORTGAGEE

**LOAN #:**

**AUTHORIZED REPRESENTATIVE:** *Tandy Owen*

ACORD 27 (2016/03)    © 1993-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

# California FAIR Plan Association
## COMMERCIAL INSURANCE POLICY DECLARATIONS

725 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
(800) 339-4099
www.cfpnet.com

**TRANSACTION TYPE** Commercial – New Business

**YOUR INSURANCE BROKER**
Alta Vista Insurance Agency
Po Box 1480
Vista, CA 92085-1480
**PHONE NUMBER (760) 724-2124**

**DATE ISSUED** 10/13/2025
**POLICY NUMBER** COM 0302366693 00
**POLICY PERIOD** 10/14/2025 To 10/14/2026
12:01 a.m. at the property location

**INSURED NAME AND MAILING ADDRESS**
Villa Chardonnay Horses with Wings Inc, Monika Kerber
PO BOX 1000
Julian, CA 92036

**PROPERTY LOCATION**
4554 Boulder Creek Rd
Julian, CA 92036

## IMPORTANT NOTICE TO INSURED

Check to see that the amount and type of coverage provided by this policy is appropriate. That determination is solely your responsibility. All other insurance covering same property for the same perils must be disclosed and shown below.

## RATING INFORMATION

**DEDUCTIBLE (Per Occurrence)** $25000

## COVERAGE AND PREMIUM INFORMATION

In case of loss we cover only that part of the loss which exceeds the deductible shown. We provide only those coverages and perils shown below as selected ( ✓ ). These are brief summary descriptions; please read the entire policy for details about coverages and covered perils. Please ask your broker for assistance if you wish to obtain information about any coverages you have not purchased

## COVERAGES, LIMITS, PERILS AND PREMIUMS

| SELECTED COVERAGES | LIMITS | PERILS INSURED AGAINST | PREMIUMS |
|---|---|---|---|
| ✓ Building(s)  *see Schedule attached* | $ 2,500,000 | ✓ Fire, Lightning and Explosion | $ 3,175 |
| ☐ Business Personal Property | $ 0 | ✓ Extended Coverages | $ 650 |
| ☐ Personal Property of Others | $ 0 | ✓ Vandalism | INCLUDED |
| ☐ Business Income and Extra Expense  25% Monthly Limitation | $ 0 | ☐ Sprinkler Leakage | EXCLUDED |
| ☐ Improvements and Betterments | $ 0 | | |
| ✓ Replacement Cost | INCLUDED | | |

**Wildfire Premium** $4,325
**Total Annual Premium** $8,150

**THIS IS NOT A BILL**
You will be billed separately for any remaining balance.

Villa Chardonnay Horses with Wings Inc, Monika Kerber
PO BOX 1000
Julian, CA 92036

*continued reverse side.*
Insured Copy

CFP-005B (07/2025)

# READ YOUR INSURANCE POLICY

*Selecting the amount and type of insurance coverage appropriate for your needs is your responsibility.*

## FORMS AND ENDORSEMENTS APPLICABLE TO THIS POLICY

| NUMBER | EDITION DATE | NAME |
|---|---|---|
| IL0985 | 01 15 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| CP100 | 10/2004 | REPLACEMENT COST - COMMERCIAL |
| IL09520115 | 01/2015 | Cap on Losses From Certified Acts of Terrorism |
| CFPR3 | 10/2016 | Important Information / CA Fair Plan and Availability of Property Insurance |
| CP0099 | 01/2005 | STANDARD PROPERTY POLICY |
| CFPDOICOMPLIANCEFORM | Rev 2019 | CALIFORNIA DEPARTMENT OF INSURANCE RACE, NATIONAL ORIGIN & GENDER FORM COMMUNITY SERVICE STATEMENT |
| WF1_CP_0426 | 0426 | NOTICE OF OUR USE OF A WILDFIRE RISK MODEL AND OUR CONSIDERATION OF MITIGATION FACTORS |
| CFPG_2b | 09/2019 | INSPECTION REQUEST |
| CFP300 | 07/2025 | COMMERCIAL AMENDATORY ENDORSEMENT |

**MORTGAGEE/LOSS PAYEES:** Subject to the provisions of the loss payable clauses attached hereto, loss, if any, on dwelling (and other structures, if applicable) shall be payable to:

**1st Mortgagee**                                                                **2nd Mortgagee**

THESE DECLARATIONS WITH FORMS AND ENDORSEMENTS LISTED ABOVE ARE YOUR INSURANCE POLICY

## MESSAGE BOARD

✓ This policy is a contract between us and the Named Insured(s) and any loss payees identified on this Declarations Page. This policy does not provide coverage to any person or entity not named here.

California FAIR Plan Association
## SCHEDULE OF ADDITIONAL INFORMATION

**INSURED**
Villa Chardonnay Horses with Wings Inc, Monika Kerber

**POLICY NUMBER**
COM 0302366693 00

## SCHEDULE OF COVERAGES

| | | |
|---|---|---|
| **Location #** 1 | 4554 Boulder Creek Rd Julian, CA 92036 | **Construction Type** : Frame |
| **Building #** 1 | 4554 Boulder Creek Rd, Julian, CA 92036 | |

| Covered Property | Limit of Liability | Coinsurance % | Description |
|---|---|---|---|
| Building | $ 2,500,000 | 80 | ANIMAL SANCTUARY |

| Covered Causes of Loss | Premiums | | | Premiums |
|---|---|---|---|---|
| Fire and Lightning | $ 3,175 | | Total Base Premium | $ 3,825 |
| Extended Coverage | $ 650 | | Wildfire Premium | $ 4,325 |
| Vandalism | INCLUDED | | | |
| Sprinkler Leakage | EXCLUDED | | **Total Premium (Tentative)** | $ 8,150 |

Case 25-04245-JBM11    Filed 01/23/26    Entered 01/23/26 15:09:08    Doc 63-2    Pg. 9 of 16



Date: October 13, 2025

To: Slade Brown
Slade Brown

From: Zach Hernandez, Assistant Vice President

## CONFIRMATION OF BINDING

Please review the attached carefully, as it may not provide the coverage you requested. Your request to bind acknowledges that all documents including commission and premiums have been reviewed and all coverage terms, conditions, and all fees have been disclosed to the Insured. Coverage Subject to the Terms of the Premium Agreement with XPT Specialty.

**INSURED:** Villa Chardonnay Horses With Wings Inc

**INSURER:** Kinsale Insurance Company
Non-Admitted

**POLICY NUMBER:** 0100404342-0

**POLICY PERIOD:** 10/13/2025 to 10/13/2026

**PREMIUM:** $22,400.00

**FEES:** Carrier Policy Fee  $350.00
Broker Fee        $800.00

**TAXES:** Surplus Lines Tax  $682.50
Stamping Office Fee  $40.95

**TOTAL:** $24,273.45

**COMMISSION:** 10%


XPT Agent Portal: **portal.xptspecialty.com**

Online Payments: **xptpartners.epaypolicy.com**

Reference #: 0651945A



Insurance binder presented to:

XPT Partners, LLC - Lake Oswego, OR

Zach Hernandez

For

Villa Chardonnay Horses with Wings Inc

Policy period

10/13/2025 - 10/13/2026

BY

Benjamin Sultzer, *Associate Underwriter - Agribusiness - Casualty*

(804) 956-2423 - benjamin.sultzer@kinsaleins.com

10/13/2025

**NO FLAT CANCELLATIONS ONCE COVERAGE IS BOUND**

**Kinsale Insurance Company P.O. Box 17008 Richmond, VA 23226
Phone (804) 289-1300 Fax (804) 673-5697
www.kinsaleins.com**

Page **1** of **4**

# Kinsale Insurance Company

A.M. Best Company Rating: A (Excellent)
Financial Size Category: XIV

XPT Partners, LLC - Lake Oswego, OR - Zach Hernandez

## BINDER

**RE:** Villa Chardonnay Horses with Wings Inc
PO Box 1000
Julian, CA 92036

Policy: 0100404342-0
Date: 10/13/2025

**Company:** Kinsale Insurance Company
**Coverage Form:** Equestrian General Liability with Equine Professional Services Coverage Form (Occurrence)
**Description Of Operations:** Animal Rescue

**Policy Term:** 10/13/2025 - 10/13/2026
**Retro Date:** n/a

This binder contains an outline of coverage and does not include all the terms, conditions and exclusions of the policy that may be issued. The policy contains the full and complete agreement with regards to coverage. Please review this binder thoroughly and notify the Company immediately of any inaccuracies or discrepancies.

**Limits**

| | |
|---|---|
| Each Occurrence Limit | $1,000,000 |
| Damages to Premises Rented to You Limit | $100,000 |
| Medical Expense Limit | Excluded |
| Personal & Advertising Injury Limit | $1,000,000 |
| General Aggregate Limit | $2,000,000 |
| Products / Completed Operations Aggregate Limit | $2,000,000 |
| Each Claimant Limit | $100,000 |
| Policy Aggregate Limit | $2,000,000 |
| Each Wrongful Act Limit | $100,000 |
| Equine Professional Aggregate Limit | $200,000 |

**Deductibles**

| | |
|---|---|
| Per Claim | $5,000 |

** Deductibles apply to all coverages, damages, and expenses.

| | |
|---|---|
| Premium | $22,400 |
| Company Fees | $300 |
| **Total Due At Inception** | **$22,700** |
| Minimum Earned Premium | 25.00% |
| Minimum Deposit Premium | 100.00% |
| Commission | 10.00% |

Company Fees are fully earned.

Page **2** of **4**

Premium is 100.00% minimum and deposit.

Taxes, fees and surcharges are the responsibility of the broker.

Policy Subject to Annual Audit.

If this binder indicates the policy is subject to audit, then the initial premium payable at inception is considered an estimated and deposit premium only; we may conduct a premium audit on or about the cancellation or expiration date of the policy to determine the actual earned premium based on the amount of risk exposure during the policy term. Any refusal or failure by you to maintain, provide records, or to allow us to conduct an audit of such records, will result in the application of the Audit Noncompliance Charge Factor (if listed on this binder), or our calculating a final audit premium based on information available to us.

**Class Description and Rating Basis**

| Class Description | Exposure Base | Exposure Units | Rate |
|---|---|---|---|
| Animal Rescues RATED AS Petting Zoos/ Animal rescues | per $1,000 Gross Sales | 1,949,300.00 | 11.4913 |

**Locations**
1. 4554 Boulder Creek Rd APN 289-191-08-00, Julian, CA 92036
2. 4430 Boulder Creek Rd. APN 289-191-10-00, Julian, CA 92036
3. Parcel 289-191-09-00, Julian, CA 92036

**Condition Precedent:**
This binder is conditioned on our receipt and approval of the materials listed below. We may rescind this binder if we do not receive, review and approve in writing these materials. Further, this binder is strictly conditioned upon there being no material change in the risk between the date of the binder and the effective date of the policy. If we determine that a material change has occurred, we may modify the terms of this binder, including rescinding it altogether.
1) 2020-2021 GL loss runs - required prior to binding. The valuation date of the loss runs must be no more than 60 days prior to the effective date.
2) 2021-2022 GL loss runs - required prior to binding. The valuation date of the loss runs must be no more than 60 days prior to the effective date.
3) 2022-2023 GL loss runs - required prior to binding. The valuation date of the loss runs must be no more than 60 days prior to the effective date.
4) 2024-2025 GL loss runs - required prior to binding. The valuation date of the loss runs must be no more than 60 days prior to the effective date.

The schedule of Names Insureds will include only the entities listed on this quote (and will not include entities requested in the submission, but not listed in this quote). Any adjustments to this schedule will be made effective no earlier than the date a request to amend the schedule is received by Kinsale.

**Comments:**
The schedule of Named Insureds will include only the entities listed on this quote (and will not include entities requested in the submission, but not listed in this quote). Any adjustments to this schedule will be made effective no earlier than the date a request to amend the schedule is received by Kinsale.

Pricing, terms, or viability of this quote may change pending review of the contingency items noted above. We may rescind this quote in the event these items are unavailable for review.

**Contact Information:**
Benjamin Sultzer                                            benjamin.sultzer@kinsaleins.com
*Associate Underwriter - Agribusiness - Casualty*           (804) 956-2423

**Exclusions and Endorsements:**

ENT1000-0721 - Equestrian General Liability Declarations With Equine Professional Services
ADF9013-0524 - Notice - Where to Report a Claim
ADF4001-0110 - Schedule of Forms
ENT0001-0925 - Equestrian General Liability with Equine Professional Liability Coverage Form
ADF2000-0622 - Policy Amendment - Extrinsic Evidence
ADF2002-0225 - Amended Condition - Premium Audit
ENT2002-0921 - Limitation of Coverage A, Coverage C and Coverage D to Designated Location(s) or Project(s) or Event(s)
ENT2003-0921 - Limitation of Coverage B to Designated Location(s) or Project(s) or Event(s)
ADF4002-0824 - Basis of Premium
CAS4018-1121 - Additional Policy Provisions - Premium
ENT4018-1021 - Limitations for Special Events
ADF3011-0115 - Exclusion of Other Acts of Terrorism Committed Outside the United States; Exclusion of Punitive Damages Related to a Certified Act of Terrorism; Cap on Losses from Certified Acts of Terrorism
ADF3017-0622 - Exclusion - Biometric Information Privacy Laws
ENT3000-0321 - Exclusion - All Construction
ENT3003-0321 - Exclusion - Fire or Fire-Related Injury or Damage
ENT3005-0321 - Absolute Exclusion - Motorized Vehicles
ENT3007-0321 - EXCLUSION - DESIGNATED ONGOING OPERATIONS (any and all equestrian lessons, training, trail riding)
ENT3020-0421 - Exclusion - Injury Or Damage To Volunteers
ENT3024-0421 - Exclusion - Water Related Bodily Injury And Property Damage
ENT3033-0621 - Exclusion - Human Trafficking
ENT3037-0621 - Exclusion - Athletic Participants
ENT3052-1021 - Absolute Exclusion - Injury to Independent Contractors or Subcontractors
ENT3053-1021 - Exclusion - Discrimination And Civil Rights Violations
ENT3056-0222 - Exclusion - Medical Payments
ENT3059-0324 - Exclusion - Perfluoroalkyl And Polyfluoroalkyl Substances (PFAS)
ENT5000-0421 - Additional Insured As Required By Written Contract
ENT5001-0321 - Additional Insured As Required By Written Contract - Mortgagee, Assignee, Or Receiver
ENT5002-0421 - Additional Insured As Required By Written Contract - Managers Or Lessors Of Premises
ENT5003-0421 - Additional Insured - State Or Governmental Agency or Subdivision Or Political Subdivision - Permits - Blanket
ADF9010-0321 - Notice of Terrorism Insurance Coverage
ADF9027-0418 - Policy Termination Notice to Third Party (Office of the United States Trustee 880 Front Street Third Floor, Suite 3230 San Diego, CA 92101)
IL0985-1220 - Disclosure Pursuant to Terrorism Risk Insurance Act
ADF9004-0110 - Signature Endorsement
ADF9009-0110 - U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders

Page **4** of 4

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 10/13/2025

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Slade Brown
1900 Oro Dam Boulevard East Suite 12-187
Oroville   CA   95966

**CONTACT NAME:** Slade A Brown
**PHONE (A/C, No, Ext):** (530) 703-2150
**FAX (A/C, No):**
**E-MAIL ADDRESS:** slade@sladebrown.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Kinsale Insurance Company | 38920 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**
Villa Chardonnay Horses with Wings, Inc
4554 Boulder Creek Rd.
Julian   CA   92036

**COVERAGES**   **CERTIFICATE NUMBER:**   **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS-MADE [X] OCCUR | | | 0100404342-0 | 10/13/2025 | 10/13/2025 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PRO-JECT [ ] LOC OTHER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | Equine Professional A( | $ 200,000 |
| | AUTOMOBILE LIABILITY [ ] ANY AUTO [ ] OWNED AUTOS ONLY [ ] SCHEDULED AUTOS [ ] HIRED AUTOS ONLY [ ] NON-OWNED AUTOS ONLY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | [ ] UMBRELLA LIAB [ ] OCCUR [ ] EXCESS LIAB [ ] CLAIMS-MADE [ ] DED [ ] RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | Y/N N/A | | | | | [ ] PER STATUTE [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Class description: Animal Rescues RATED AS Petting Zoos/Animal Rescues
Locations:
1. 4554 Boulder Creek Rd APN 289-191-08-00, Julian, CA 92036
2. 4430 Boulder Creek Rd. APN 289-191-10-00, Julian, CA 92036
3. Parcel 289-191-09-00, Julian, CA 92036
Additional insured by contract. Includes endorsement:

**CERTIFICATE HOLDER**
Office of the United States Trustee
880 Front Street Third Floor
Suite 3230
San Diego   CA   92101

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*Slade A. Brown*

© 1988-2015 ACORD CORPORATION.  All rights reserved.
ACORD 25 (2016/03)   The ACORD name and logo are registered marks of ACORD

**AGENCY CUSTOMER ID:** _____

**LOC #:** _____

# ACORD® ADDITIONAL REMARKS SCHEDULE

Page ____ of ____

| **AGENCY** | **NAMED INSURED** |
|---|---|
| Slade Brown | Villa Chardonnay Horses with Wings, Inc |
| **POLICY NUMBER** | |
| | |
| **CARRIER**     **NAIC CODE** | **EFFECTIVE DATE:** |

**ADDITIONAL REMARKS**

**THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,**

FORM NUMBER: 25     FORM TITLE: Certificate of Liability Insurance

ADF9027-0418 - Policy Termination Notice to Third Party (Office of the United States Trustee 880 Front Street Third Floor, Suite 3230 San Diego, CA 92101)

**ACORD 101 (2008/01)**     © 2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD