Michael R. Totaro 102229
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
(310) 804 2157
Ocbkatty@aol.com

**Attorneys for Debtor in Possession**

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| In re<br><br>Villa Chardonnay Horses with Wings, Inc.<br><br>Debtor in Possession. | CASE NO. 3:25-bk-04245-JBM11<br><br>Chapter 11<br><br>**STIIPULATION BETWEEN THE CALIFORNIA ATTORNEY GENERAL'S OFFICE AND VILLA CHARDONNEY, INC., FOR THE USE OF ESTATE FUNDS** |

The Attorney General of California (the "Attorney General") and Villa Chardonnay Horses With Wings, Inc. (the "Debtor") hereby stipulate as follows:

**RECITALS**

The Debtor, a California public benefit corporation holding charitable assets, operates an animal sanctuary. The sanctuary's current animal population includes approximately 300 horses, 300 cats, and various other animals.

The Debtor's registration with the Attorney General's Registry of Charities and Fundraisers (the "Registry") has been suspended since January 2024. Pursuant to 11 C.C.R. section 312, the Debtor is thus not in "good standing" with the Registry and therefore may not "operate or solicit for charitable purposes in California." Pursuant to 11 C.C.R. section 345(b), "[a] registrant that has been suspended or revoked may not distribute or expend any charitable assets or assets subject to a charitable trust without the written approval of the Attorney General."

**STIPULATION**

1. In order to allow the Debtor to continue, through January 30, 2026, to feed and care for the animals currently in its possession, the Attorney General agrees that the Debtor may distribute or expend cash and cash-equivalent assets of the estate, solely to pay for feed, nutritional supplements, blankets, and veterinary care for the animals. All such spending must be documented with receipts, copied of which shall be received by the Attorney General each Monday by 5 p.m. No assets may be used for any other purpose, including for the benefit of the Debtor's manager or other individuals affiliated with the Debtor (as, e.g., employees or volunteers) or for the maintenance of any residential structure on the Debtor's property.

2. The Debtor may accept donations, in cash or in kind, to be used for the above-described purposes, exclusively to fund spending as described above.

3. This stipulation shall expire at midnight on January 30, 2026, unless extended by written agreement of the parties.

4. The Debtor and the Attorney General agree that a chapter 11 trustee shall be appointed in this bankruptcy case, at the earliest possible date.

Dated: January 23, 2026          Office of the Attorney General

By: _____

David Eldan, Deputy Attorney General

Dated: January 23, 2026          Totaro & Shanahan, LLP

By: /s/ Michael R. Totaro

Michael R Totaro

2

**Ecf Service**:

- **Haeji Hong**  Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Shelby Poteet**   spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Michael R Totaro**   Ocbkatty@aol.com
- **United States Trustee**   ustp.region15@usdoj.gov

**Manual Service**

| | | |
|---|---|---|
| Allstate Propane<br>315 Grape St. #3-404<br>Lake Elsinore, CA 92532 | **Elias Villafuerte-Rubio**<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 450<br>Los Angeles, CA 90013 | **River Falls, LLC**<br>Attn. June Sifuentes<br>2840 Fletcher Pkwy # 144<br>El Cajon, CA 92020 |
| Andres Sandoval<br>Attn. Labor Commissioner's Office<br>3737 Main St. #850<br>Riverside, CA 92501 | **Internal Revenue Service**<br>General Insolvency Operations<br>Po Box 7346<br>Philadelphia, PA 19101 | **San Diego Department of Gas & Electric**<br>Po Box 25111<br>Santa Ana, CA 92799 |
| ARK Watch Foundation<br>Manatt, Philps & Phillips, LLP<br>203 Redwood Shores Pkwy #450<br>Redwood City, CA 94065 | **Investors Mortgage Lending Group, Inc**<br>Po Box 2354<br>Rcho Santa Fe, CA 9206 | **Santos Figueroa**<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 340<br>Los Angeles, CA 90013 |
| Benjamin Moreno<br>Attn. Loabor Commissioner's Office<br>3737 S. Main St. #850<br>Riverside, CA 92501 | **John Deere Financial**<br>6400 Nw 86th St<br>Johnston, IA 50131 | **Santos Rodriguez**<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 340<br>Los Angeles, CA 90013 |
| Bruno Gonzalez<br>c/o Adamson Ahdoot, LLP<br>1150 S. Robertson Blvd.<br>Los Angeles, Ca 90035 | **John Deere Financial (2)**<br>Attn. Customer Service<br>Po Box 5328<br>Madison, WI 53705 | **Small Business Association**<br>CESC Covid EIDL Service Center<br>14925 Kingsport Rd<br>Fort Worth, TX 76155 |
| Carol Armbrust<br>P.O. Box 203<br>Chester, ID 83421 | **Private Mortgage Lending, LLC**<br>Po Box 2354<br>Rcho Santa Fe, CA 92067 | **State of California Labor Commission**<br>464 W 4th St 478<br>Sn Bernrdno, CA 92401 |
| Cynthia Montegomery<br>C/O Allen Kate<br>888 Prospect St. #200<br>La Jolla, Ca 92037 | **Raul Garcia**<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 450<br>Los Angeles, CA 90013 | **The Ark Watch and Celine Myers**<br>c/o Manatt, Phelps & Phillips, LLP<br>1 Embarcadero Ctr Fl 30<br>San Francisco, CA 94111 |
| **Darlene Sears**<br>2420 Gondar Ave<br>Long Beach, CA 90815 | **Rey Velazquez**<br>Attn. Labor Commissioner's Office<br>3737 Main St Ste 850<br>Riverside, CA 92501 | **Waste Management**<br>Attn. Rentto & Rentto<br>3517 Camino Del Rio S Ste 412<br>San Diego, CA 92108 |
| **Margaret Mannex**<br>1755 Lilac Rd.<br>Ramona, CA 92065 | **Dale Fullerton**<br>30002 Chihuahua Valley<br>Warner Springs, Ca 92086 | |