| | |
|---|---|
| 1 | Paul Leeds, Esq, (Bar No. 214309) |
| 2 | pleeds@fsl.law |
| | Meredith King, Esq. (Bar No. 280043) |
| 3 | mking@fsl.law |
| | FRANKLIN SOTO LEEDS LLP |
| 4 | 444 West C Street, Suite 300 |
| 5 | San Diego, California 92101 |
| | Tel: 619.872.2520 |
| 6 | Fax: 619.566.0221 |

*Attorneys for River Falls, LLC,*
*Private Mortgage Lending, Inc., and*
*The Armbrust Living Trust*

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 25-04245-JBM11 |
| VILLA CHARDONNAY HORSES WITH WINGS, INC. | Chapter 11 |
| | **NOTICE OF HEARING ON _EMERGENCY_ MOTION TO APPOINT CHAPTER 11 TRUSTEE** |
| Debtor. | (11 U.S.C. § 1104) |
| | Case Filed:  October 14, 2025 |
| | **Hearing Set** |
| | Date:    January 27, 2026 |
| | Time:    3:00 p.m. |
| | Dept:    2 |
| | Judge:   Hon. J. Barrett Marum |

///
///
///
///

-1-

CASE NO. 25-04245-JBM11
NOTICE OF *EM.* MOT. APP. TRUSTEE

**TO DEBTOR; THE OFFICE OF THE UNITED STATES TRUSTEE; OFFICE OF THE CALIFORNIA STATE ATTORNEY GENERAL; ALL CREDITORS; AND ANY OTHER PARTIES IN INTEREST:**

 **PLEASE TAKE NOTICE** on January 23, 2026, Secured Creditors River Falls, LLC, Private Mortgage Lending, Inc., and Larry D. Armbrust and Carol A. Armbrust, as trustees of the Armbrust Living Trust (together "Secured Creditors") filed an emergency motion for an order under 11 U.S.C. § 1104(a)(1) and (a)(2),[1] Fed. R. Bankr. P. 2007.1, and Local Rules 9013-9 seeking appointment of a chapter 11 trustee in the above captioned bankruptcy case. [*See* Doc 63 (the "Motion" or the "Emergency Motion").] Among other documents, the Emergency Motion was supported by the memorandum and declarations of Meredith King, Carl Armbrust, and DeAnn S. Cary filed therewith. [*See* Doc 63, 63-1, 63-2, and 63-3.]

 **PLEASE TAKE FURTHER NOTICE THAT** that on January 23, 2026, the Court requested Secured Creditors serve notice of a hearing on the Emergency Motion to take place on **Tuesday, January 27, 2026** at **3:00 p.m.** before the Honorable J. Barrett Marum, United States Bankruptcy Judge, in Department 2, of the United States Bankruptcy Court for the Southern District of California, located at 325 W F Street, San Diego, CA 92101.

 **PLEASE TAKE FURTHER NOTICE** that any opposition or other response to the Emergency Motion will be heard at the time of hearing.

 **PLEASE TAKE FURTHER NOTICE** that, to the extent not already provided, a copy of the Motion and all papers filed in support will be provided, upon request, by the undersigned attorney, Meredith King, Esq. Requests for a copy of the moving papers can be sent to Ms. King at mking@fsl.law and/or Mr. Paul Leeds, Esq. at pleeds@fsl.law. Those interested in obtaining copies of the moving papers who email

---

[1] All statutory references herein are to Title 11 of the United States Code unless otherwise stated.

| | |
|---|---|
| 1 | Ms. King and/or Mr. Leeds are kindly requested to also copy Jacquelyn Wilson at the |
| 2 | law firm Franklin Soto Leeds, LLP at jwilson@fsl.law. |

Dated: January 23, 2026

Respectfully Submitted,
FRANKLIN SOTO LEEDS LLP

By:   */s/ Meredith King*
Meredith King, Esq.
Dylan A. Noceda, Esq.

*Attorneys for River Falls, LLC,
Private Mortgage Lending, Inc., and
The Armbrust Living Trust*

-3-

CASE NO. 25-04245-JBM11
NOTICE OF *EM*. MOT. APP. TRUSTEE