1  **Michael R. Totaro      102229**
   **Totaro & Shanahan, LLP**
2  **P.O. Box 789**
   **Pacific Palisades, CA 90272**
3  **(310) 573-0276 (v)**
   **Ocbkatty@aol.com**
4

5  **Attorneys for Debtor in Possession**

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION**

10 | **In re**                              | **Chapter 11**
11 | **Villa Chardonnay Horses With**       | **Case No.  3:25-bk-04245-JBM11**
   | **Wing, Inc.,**
12 |                                        | **Chapter 11**
   |     **Debtor in Possession.**
13 |                                        | **DECLARATION  OF WILLIAM G. WILLSON**
14 |                                        | **IN SUPPORT OF DEBTOR IN**
   |                                        | **POSSESSION'S MOTION TO**
15 |                                        | **1)  DETERMINE THE VALUE  OF ESTATE**
   |                                        | **REAL PROPERTY AND THE EXTENT OF**
16 |                                        | **THE ALLOWED SECURED CLAIMS AS TO**
   |                                        | **REAL PROPERTY LOCATED AT 4554**
17 |                                        | **BOULDER CREEK RD AND 4430 BOULDER**
   |                                        | **CREEK RD, JULIAN, CA 92036;  PEAK**
18 |                                        | **PARCEL, JULIAN, CA 92036; AND**
   |                                        | **2)  AVOID THE WHOLLY UNSECURED**
19 |                                        | **JUNIOR LIENS ON THE REAL PROPERTY**
   |                                        | **LISTED IN THE MOTION WITH EXHIBITS**
20 |                                        |
   |                                        | **Date:**
21 |                                        | **Time:**
   |                                        | **Dept:**
22

I, William G. Willson,  declare:

23

24     1.      I am over the age of 18 and not a party to the within matter. I have personal

knowledge of the following facts and if called as a witness I could and would testify
25

competently.
26

       2.      I am a certified real estate appraiser in California working with California
27

Real Estate Appraisal Team Executives. My California Appraiser's License is AG031834
28

1    effective until September 19, 2027. A true and correct copy of my resume is attached

2    hereto Exhibit "1 and incorporated herein by reference.

3         3.    I was retained by the Debtor in this case to conduct an inspection and

4    appraisal of the real estate property, which is comprised of essentially three parcels in

5    Julian, CA. This includes property located at 4554 Boulder Creek Rd. Julian, Ca

6    92036 ("4554"), 4430 Boulder Creek Rd., Julian, CA 92036 ("4430) and the Eagle

7    Peak Parcel ("Eagle Peak") collectively (the "Property") and to provide an opinion and

8    report as to the market value of the Property.

9         4.    There are three separate APNS due to the three parcels, 289-191-08-00:

10   ("4554"),  289-191-09-00 ("Eagle Peak") and 289-191-10-00 ("4430"). The total area of

11   the three parcels is 41.41 acres.

12        5.    I conducted my physical inspection, took measurements etc. photographs of

13   the Property and comparables on October 6, 2025. Based on the inspection and my

14   research concerning the area, market trends, and other relevant factors and my expertise

15   and experience I prepared the appraisal report for Villa Chardonnay, Horses With Wings,

16   Inc. which is effective as of that date, A true and correct copy of my appraisal using the

17   Uniform Residential Appraisal Report is attached hereto as Exhibit 2 and incorporated

18   herein by reference. In my opinion, as indicated in the Appraisal Report, using the sales

19   comparison analysis the fair market value of the Property as of the date of the appraisal is

20   $3,625,000.00, which as noted covers all three parcels.

21        I declare under penalty of perjury that the foregoing is true and correct. Executed

22   on January 22, 2026 at Winchester , CA.

23

24

25                                    William G. Willson

26

27

28                                    2

# EXHIBIT 1

Exhibit 1
3

# William Willson

35428 Laurel Tree Ct. Winchester, CA 92596  951-331-0810  bwillson@advancerea.net

**Professional Achievements**

### AREA Appraisal Management Company, Owner/CEO

- Opened in March, 2008
- Operate as an appraisal management company (AMC) and direct appraisal company
- Accept residential, land, commercial, industrial and apartment assignments.
- Hold California Certified General appraisal license

### Appraisal Business

- Began Advance Real Estate Appraisal, LLC July, 2003
- Converted to AREA Appraisal Management Company, Inc. (AAMC) 3/2008
- Presently  10 qualified appraisers working with AAMC
- Able to cover all 10 southern California counties and competent at residential, Industrial, Commercial, Apartments and Vacant land

### Teaching

- Taught Fundamentals of Real Estate Appraisal since 1/2004 including basic real estate analysis and business formation.
- Have provided formal instruction for over 300 individuals
- Students have over 90% success rate passing State exam (as compared to State average of 42%)
- Authored and had published textbooks "Cost Approach and Site Valuation" , and "Supervising Trainees for Trainees and Supervisors".  Updated the Allied URAR manual for UAD.Authored Real Estate Appraisal for Cerritos College

### Development

- Developed two condominium projects, Glendale and Culver City.
- Developed 20,000 sf office building, West Los Angeles

### Lending Experience

- Leverage leases including Boeing 737s to United Air Lines
- Corporate Banking  Security Pacific Bank – National Real Estate Division– Major real estate developers and mortgage bankers, Large transactions including hotels and office buildings. Lines of credit to $100,000,000. Lead bank in multi bank transactions.
- Mortgage banking and brokerage

**Work History**

| | | |
|---|---|---|
| Appraiser | AREA, Mira Loma, CA | 7/2003 - Present |
| CFO | USA Computer, Huntington Beach, CA | 4/2000-12/2002 |
| Vice President | Pacific Enterprises, L.A.,CA | 1/1986-4/1994 |
| Vice President | Security Pacific Bank, L.A. CA | 12/1972-10/1985 |

**Education**

| | | |
|---|---|---|
| MBA Acct/Fin | UCLA, Westwood, CA | 6/1976, 6/1972 |
| BA    Econ | | |

**References**

References are available on request.

EXHIBIT 2

# APPRAISAL REPORT

## OF



4554 Boulder Creek Rd
Julian, CA 92036

## PREPARED FOR

AREAAMC
Villa Chardonnay-Horses with Wings
4554 Boulder Creek Rd. Julian
CA,  92036

## AS OF

10/06/2025

## PREPARED BY

Advance Real Estate Appraisal
35428 Laurel Tree Ct
Winchester, CA 92596

EXHIBIT 2

6

Advance Real Estate Appraisal
35428 Laurel Tree Ct
Winchester, CA 92596

---

05/03/2024

Villa Chardonnay-Horses with Wings
4554 Boulder Creek Rd. Julian
CA,  92036

RE:     Villa Chardonnay-Horses with Wings
            4554 Boulder Creek Rd
            Julian, CA 92036
File No.    BC4554
Case No.

Dear  Sirs;

In accordance with your request, I have personally inspected and prepared an appraisal report of the real
property located at:

4554 Boulder Creek Rd, Julian, CA 92036

The purpose of this appraisal is to estimate the market value of the property described in the body of this
appraisal report.

Enclosed, please find the appraisal report which describes certain data gathered during our investigation
of the property.  The methods of approach and reasoning in the valuation of the various physical and
economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of
neighborhood data, led the appraiser to the conclusion that the market value, as of   10/06/2025
is:

$        3,625,000

The opinion of value expressed in this report is contingent upon the limiting conditions attached to this
report.

It has been a pleasure to assist  you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Signature: _____

William  Willson
35428 Laurel Tree Ct. Winchester, CA 92596

---

EXHIBIT 2
7

Advance Real Estate Appraisal

File No.    BC4554

# Table of Contents

| Page Title | Page # |
|---|---|
| URAR Page 1 | 1 |
| URAR Page 2 | 2 |
| URAR Page 3 | 3 |
| URAR Page 4 | 4 |
| URAR Page 5 | 5 |
| URAR Page 6 | 6 |
| UAD Definition of Terms | 7 |
| UAD Definition of Terms p2 | 8 |
| UAD Definition of Terms p3 | 9 |
| Extra Comps 4-5-6 | 10 |
| UAD Comments Addendum | 11 |
| FNMA 1004MC | 12 |
| MARKET CONDITIONS ADJUSTMENTS | 13 |
| Market Analysis Charts (4) | 14 |
| Market Analysis Charts (4) | 15 |
| Appraisal Compliance Addendum | 16 |
| Photo Subject | 17 |
| Photo Comparables 1-2-3 | 18 |
| Photo Comparables 4-5-6 | 19 |
| Photos (3) | 20 |
| Photos (3) | 21 |
| Photos (3) | 22 |
| Photos (3) | 23 |
| Photos (3) | 24 |
| Photos (3) | 25 |
| Photos (3) | 26 |
| Photos (3) | 27 |
| Photos (3) | 28 |
| Photos (3) | 29 |
| Photos (3) | 30 |
| Photos (3) | 31 |
| Photos (3) | 32 |
| Photos (3) | 33 |
| Photos (3) | 34 |
| Sketch | 35 |
| Plat Map | 36 |
| Location Map | 37 |
| Flood Map | 38 |
| Aerial Map | 39 |
| Comments | 40 |
| Comments Page 2 | 41 |
| Comments Page 3 | 42 |
| Appraiser License Certificate | 43 |
| Appraiser's E&O | 44 |

EXHIBIT 2

8

Boulder Creek 4554

# Uniform Residential Appraisal Report

The purpose of this appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 4554 Boulder Creek Rd | City | Julian | State | CA | Zip Code | 92036 |
| Borrower | Villa Chardonnay-Horses with Wings | Owner of Public Record | Villa Chardonnay-Horses With Wings | County | San Diego |

Legal Description (EX STS) PAR 1, PAR 2, PAR 3 TR 1012328

Assessor's Parcel # 289-191-08-00, 289-191-09-00, 289-191-10-00    Tax Year 2025    R.E. Taxes $ 34,479

Neighborhood Name Julian    Map Reference None    Census Tract 0209.02

Occupant [X] Owner [ ] Tenant [ ] Vacant  Special Assessments $ 0    [ ] PUD  HOA $ 0  [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Litigation

Lender/Client Villa Chardonnay-Horses with Wings    Address 4554 Boulder Creek Rd. Julian, CA, 92036

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offerings price(s), and date(s).    Per CLAW, there are no known listings of the subject property in the prior 12 months.

## CONTRACT

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record? [ ] Yes [ ] No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or down payment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | Urban [X] Suburban [ ] Rural | Property Values | Increasing [ ] Stable [X] Declining [ ] | PRICE $(000) | AGE (yrs) | One-Unit | 90 % |
| Built-Up | [X] Over 75% [ ] 25-75% [ ] Under25% | Demand/Supply | Shortage [ ] In Balance [X] Over Supply [ ] | 145 Low | 0 | 2-4 Unit | 0 % |
| Growth | Rapid [ ] Stable [X] Slow [ ] | Marketing Time | Under 3mths [ ] 3-6 mths [X] Over 6 mths [ ] | 10,000 High | 165 | Multi-Family | 8 % |

Neighborhood Boundaries    The subject is bound from the North by Route 76., from the South by Interstate 8, from the East by Route 79, and from the West by Interstate 15.

One-Unit Housing: 900 Pred. 36    Commercial 1 %  Other Manu 1 %

Neighborhood Description    See comments - Neighborhood Description

Market Conditions (including support for the above conclusions)    See comments - Neighborhood Marketing Conditions

## SITE

Dimensions Various, see plat map    Area 41.41 ac    Shape Irregular    View B;Pstrl;Mtn

Specific Zoning Classification A72    Zoning Description Residential/Agriculture

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No  If No, describe. The subject improvements conform to both the zoning and neighborhood and are the highest and best use of the site.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | Well | Street MacAdam | [X] | |
| Gas | | [X] propane | Sanitary Sewer | [X] | Septic Tank | Alley None | | |

FEMA Special Flood Hazard Area [X] Yes [ ] No  FEMA Flood Zone D    FEMA Map # 06073C1175G    FEMA Map Date 05/16/2012

Are the utilities and/or off-site improvements typical for the market area? [X] Yes [ ] No  If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No  If Yes, describe.

See comments - Site Comments

## IMPROVEMENTS

| General Description | Foundation | Exterior Description  materials/condition | Interior  materials/condition |
|---|---|---|---|
| Units [ ] One [X] One with Accessory Unit | [ ] Concrete Slab [X] Crawl Space | Foundation Walls Concrete/Gd | Floors Wd/Cpt/Tile/Fair |
| # of Stories 1 | [ ] Full Basement [X] Partial Basement | Exterior Walls Comp Siding/Gd | Walls PDW/Avg |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | BasementArea 0 sq. ft. | Roof Surface Concrete Shingle/Gd | Trim/Finish PWd/Avg |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 0 % | Gutters & Downspouts Both/Avg | Bath Floor Marble tile/Gd |
| Design (Style) Traditional | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type Low E/ Dual Pane/Gd | Bath Wainscot Tile/Marble/Gd |
| Year Built 1997 | Evidence of [ ] Infestation | Storm Sash/Insulated Neither | Car Storage [ ] None |
| Effective Age (Yrs) 15 | [ ] Dampness [ ] Settlement | Screens Yes/avg | [X] Driveway  # of Cars 6 |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities | Woodstove(s) # 3 | Driveway Surface Concrete |
| [ ] DropStair [ ] Stairs | [ ] Other [ ] Fuel Gas | [X] Fireplace(s) # 0  [X] Fence Vinyl | [X] Garage  # of Cars 6 |
| [ ] Floor [ ] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck [X] Porch Crvd | Carport  # of Cars 0 |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | Pool None [X] Other See Att | [X] Att. [ ] Det. [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [P] Washer/Dryer [ ] Other (describe)

Finished area **above** grade contains: 12 Rooms  5 Bedrooms  3.2 Bath(s)  5,481 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)  Q2 construction which includes additional insulation, low E windows and high-end appliances.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.)    C4;No updates in the prior 15 years;See comments - SUBJECT CONDITION

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No  If No, describe

EXHIBIT 2

## Uniform Residential Appraisal Report

| | | | |
|---|---|---|---|
| There are **23** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **749,990** to $ **17,500,000** . | | | |
| There are **37** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **538,000** to $ **10,000,000** . | | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 4554 Boulder Creek Rd<br>Julian, CA 92036 | 23534 Highway 78<br>Ramona, CA 92065 | | 13807 Millards Ranch Ln<br>Powy, CA 92064 | | 13487 Genesis Way<br>Lakeside, CA 92040 | |
| Proximity to Subject | | 11.02 miles W | | 22.56 miles W | | 17.76 miles SW | |
| Sale Price | $ | $ 1,750,000 | | $ 4,350,000 | | $ 2,345,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 339.21 sq. ft. | | $ 775.54 sq. ft. | | $ 439.47 sq. ft. | |
| Data Source(s) | | CLAW MLS#NDP2501471;DOM 67 | | CLAW MLS#250050183;DOM 27 | | CLAS MLS#NDP2409283;DOM 126 | |
| Verification Source(s) | | Doc #131873/Realist | | Doc #10323/Realist | | Doc #98693/Realist | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Cash;0 | | Cash;0 | |
| Date of Sale/Time | | s05/25;c04/25 | 0 | s04/25;c03/25 | 0 | s03/24;c01/24 | 0 |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 41.41 ac | 1.95 ac | +394,600 | 9.73 ac | +316,800 | 2.00 ac | +394,100 |
| View | B;Pstrl;Mtn | B;CtySky;Mtn | -50,000 | B;Pstrl;Mtn | | B;Wtr;Mtn | -25,000 |
| Design (Style) | DT2;Traditional | DT2;Contemp | 0 | DT1;Ranch | | DT2;Traditional | |
| Quality of Construction | Q2 | Q2 | | Q2 | | Q2 | |
| Actual Age | 28 | 15 | -6,500 | 26 | | 19 | -4,500 |
| Condition | C4 | C2 | -175,000 | C1 | -652,500 | C2 | -234,500 |
| Above Grade | Total 12 Bdrms 5 Baths 3.2 | Total 11 Bdrms 4 Baths 4.1 | +20,000 | Total 12 Bdrms 7 Baths 5.1 | -40,000 | Total 11 Bdrms 4 Baths 6.0 | +20,000 |
| Room Count | | | -12,500 | | -37,500 | | -50,000 |
| Gross Living Area | 5,481 sq. ft. | 5,159 sq. ft. | +35,420 | 5,609 sq. ft. | -14,080 | 5,336 sq. ft. | +15,950 |
| Basement & Finished | 0sf | 0sf | | 0sf | -20,000 | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | All/Owned Solar | All | +10,000 | All | +10,000 | All | +10,000 |
| Garage/Carport | 6ga6dw | 6ga4dw | 0 | 6ga10dw | +10,000 | 3ga3dw | +15,000 |
| Porch/Patio/Deck | Patio/Porch | Patio/Porch | | Patio/Porch | | Patio/Porch | |
| Fireplaces | 1 Fireplace | 1 Fireplace | | 3 Fireplace | -10,000 | 3 Fireplace | -10,000 |
| Pool Features | See Attached | See Attached | +488,000 | See Attached | +348,000 | See Attached | +328,000 |
| Parcel # | 289-191-08-00 | 280-140-38-00 | 0 | 321-271-44-00 | 0 | 329-132-22-00 | 0 |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 704,020 | ☐ + ☒ - | $ -89,280 | ☒ + ☐ - | $ 459,050 |
| Adjusted Sale Price | | Net Adj. 40.23% | | Net Adj. -2.05% | | Net Adj. 19.58% | |
| of Comparables | | Gross Adj. 68.12% $ 2,454,020 | | Gross Adj. 33.54% $ 4,260,720 | | Gross Adj. 47.21% $ 2,804,050 | |

| | | |
|---|---|---|
| ☒ I ☐ did | did not research the sale or transfer history of the subject property and comparable sales. If not, explain | |
| | | |
| My research ☐ did ☒ | did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | |
| Data source(s) Realist | | |
| My research ☒ did ☐ | did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale. | |
| Data source(s) Realist | | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 03/16/2020 | | | |
| Price of Prior Sale/Transfer | $2,350,000 | | | |
| Data Source(s) | Realist | Realist | Realist | Realist |
| Effective Date of Data Source(s) | 10/06/2025 | 04/26/2024 | 04/26/2024 | 04/26/2024 |

Analysis of prior sale or transfer history of the subject property and comparable sales   Per public records, the Subject has no known 36-month prior transfer history.

Summary of Sales Comparison Approach   See comments - Summary Of Sales Comparison Approach

| | | | |
|---|---|---|---|
| Indicated Value by Sales Comparison Approach  $  3,625,000 | | | |
| **Indicated Value by: Sales Comparison Approach $ 3,625,000   Cost Approach (if developed) $ 3,629,533   Income Approach (if developed) $** | | | |

The appraisal was prepared on the property in its "as is" condition.  There were not other special conditions on the appraisal.  This appraisal report is NOT nded for use in a mortgage finance transaction.  This is an appraisal report, completed in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP).

This appraisal is made ☒ "as is,"  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:   See comments - Required Conditions

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this appraisal is $  3,625,000 , as of  10/06/2025 , which is the date of inspection and the effective date of this appraisal.

*SALES COMPARISON ANALYSIS*

*RECONCILIATION*

## Uniform Residential Appraisal Report

**ADDITIONAL COMMENTS**

### COST APPROACH TO VALUE (not required by Fannie Mae.)

Provide adequate information for the lender/client to replicate your cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)  Site value is derived using the abstraction approach as there are no vacant sites available for sale or recently sold. The abstraction approach develops site value by subtracting the depreciated value of the improvements from their sales price.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ | 2,300,000 |
|---|---|---|---|---|---|
| Source of cost data  DwellingCost | Dwelling | 5,481 Sq. Ft. @ $ | 250.00 | =$ | 1,370,250 |
| Quality rating from cost service    6    Effective date of cost data  4/20/2024 | | Sq. Ft. @ $ | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Other improvements | | | | 725,000 |
| Cost data was modified using a multiplier based on the zip code | Garage/Carport | 829 Sq. Ft. @ $ | 45.00 | =$ | 37,305 |
| 92036. The quality rating of 6.0 describes a property that is custom | Total Estimate of Cost-new | | | =$ | 2,132,555 |
| designed to fit the unique needs and preferences of individual property | Less    Physical 20 | Functional 25 | External 0 | | |
| owners (but may also include elevated tier of tract developments with | Depreciation  426,511 | 426,511 | 0 | =$ ( | 853,022 ) |
| personalized or significantly enhanced floor plans). Craftsmanship, | Depreciated Cost of Improvements | | | =$ | 1,279,533 |
| materials, and finishes used throughout the building are of an elevated | "As-is" Value of Site Improvements | | | =$ | 50,000 |
| tier and showcase meticulous attention to detail. | | | | | |
| Estimated Remaining Economic Life (HUD and VA only)    50    Years | Indicated Value By Cost Approach | | | =$ | 3,629,533 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae.)

| Estimated Monthly Market Rent $ | X Gross Multiplier | =$ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowner's Association (HOA)? ☐ Yes ☐ No  Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data source.

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowner's Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

EXHIBIT 2

Freddie Mac Form 70    March 2005

Fannie Mae Form 1004    March 2005

File No. BC4554

## Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

EXHIBIT 2

Advance Real Estate Appraisals

**Uniform Residential Appraisal Report**

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

EXHIBIT 2

## Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name William Willson | Name |
| Company Name Advance Real Estate Appraisal | Company Name |
| Company Address 35428 Laurel Tree Ct | Company Address |
| Winchester, CA 92596 | |
| Telephone Number 9492282743 | Telephone Number |
| Email Address bwillson@advancerea.net | Email Address |
| Date of Signature and Report 05/03/2024 | Date of Signature |
| Effective Date of Appraisal 10/06/2025 | State Certification # |
| State Certification # 031834 | or State License # |
| or State License # | State |
| or Other (describe) State # | Expiration Date of Certification or License |
| State CA | |
| Expiration Date of Certification or License 09/19/2021 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

4554 Boulder Creek Rd

Julian, CA 92036

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection _____
☐ Did inspect interior and exterior of subject property
Date of Inspection _____

APPRAISED VALUE OF SUBJECT PROPERTY $ 3,625,000

LENDER/CLIENT

| Name | AREAAMC |
|---|---|
| Company Name | Villa Chardonnay-Horses with Wings |
| Company Address | 4554 Boulder Creek Rd. Julian |
| | CA, 92036 |
| Email Address | |

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection _____

Exhibit 2

UNIFORM APPRAISAL DATASET (UAD)
Property Condition and Quality Rating Definitions

File No. BC4554

## Requirements - Condition and Quality Ratings Usage

Appraisers must utilize the following standardized condition and quality ratings within the appraisal report.

### Condition Ratings and Definitions

C1
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

**Note:** *Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

C2
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

**Note:** *The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

C3
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

**Note:** *The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. It's estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

C4
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

**Note:** *The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

C5
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability are somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

**Note:** *Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

C6
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

**Note:** *Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

UNIFORM APPRAISAL DATASET (UAD)
**Property Condition and Quality Rating Definitions**          File No.    BC4554

### Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

### Requirements - Definitions of Not Updated, Updated and Remodeled

**Not Updated**

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components meet existing market expectations. Updates do *not* include significant alterations to the existing structure.

**Remodeled**

**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.**

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

**Example:**
3.2 indicates three full baths and two half baths.

**UNIFORM APPRAISAL DATASET (UAD)**  File No.  BC4554
**Property Description Abbreviations Used in This Report**

| Abbreviation | Full Name | May Appear in These Fields |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sales or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Administration | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-In Garages | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sales or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PubTrn | Public Transportation | Location |
| PwrLn | Power Lines | View |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| | | |
| | | |
| | | |
| | | |

EXHIBIT 2

Advance Real Estate Appraisal
EXTRA COMPARABLES 4-5-6

File No.    BC4554

| | |
|---|---|
| Borrower  Villa Chardonnay-Horses with Wings | |
| Property Address  4554 Boulder Creek Rd | |
| City  Julian    County  San Diego    State  CA    Zip Code  92036 | |
| Lender/Client  Villa Chardonnay-Horses with Wings    Address  4554 Boulder Creek Rd. Julian, CA, 92036 | |

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address   4554 Boulder Creek Rd | | 36706 Mountain Circel Dr | | 2839 Firebrand Dr. | | 4065 Via Palo Verde Lago | |
| | Julian, CA 92036 | Julian, CA 92036 | | Alpine, CA 91901 | | Alpine, CA 91901 | |
| Proximity to Subject | | 3.19 miles SE | | 17.76 miles S | | 16.91 miles S | |
| Sale Price | $ | $ 1,760,000 | | $ 2,914,000 | | $ 6,299,999 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 389.21 sq. ft. | | $ 604.56 sq. ft. | | $ 1,005.75 sq. ft. | |
| Data Source(s) | | CLAW MLS#240004502/DOM 208 | | CLAW MLS #PTP2505171;DOM 49 | | CLAW MLD#PTP2501574;DOM 216 | |
| Verification Source(s) | | Doc #10323/Realist | | Pending Sale/Standard Sale | | Active Listing/Standard Sale | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | ArmLth | | Listing | | Listing | |
| Concessions | | Conv;0 | | None;0 | | None;0 | |
| Date of Sale/Time | | s10/24;c09/24 | 0 | c08/25 | 0 | Active | |
| Location | N;Res; | N;Res; | | N;Res; | | B;Res;WtrFr | -100,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 41.41 ac | 85.32 ac | 0 | 2.00 ac | +394,100 | 2.93 ac | +384,800 |
| View | B;Pstrl;Mtn | B;Pstrl;Mtn | | B;Pstrl;Mtn | | B;Wtr;Pstrl | -100,000 |
| Design (Style) | DT2;Traditional | DT2;Contemp | | DT1;Contemp | | DT2;Traditional | |
| Quality of Construction | Q2 | Q3 | +88,000 | Q1 | -145,700 | Q1 | -315,000 |
| Actual Age | 28 | 15 | -6,500 | 23 | | 5 | -11,500 |
| Condition | C4 | C2 | -88,000 | C2 | -291,400 | C2 | -630,000 |
| Above Grade | Total  Bdrms.  Baths | Total  Bdrms.  Baths | +20,000 | Total  Bdrms.  Baths | Total  Bdrms.  Baths | -20,000 | |
| Room Count | 12    5    3.2 | 11    5    2.1 | +37,500 | 10    4    5.2 | -50,000 | 12    6    6.2 | -75,000 |
| Gross Living Area | 5,481 sq. ft. | 4,522 sq. ft. | +105,490 | 4,820 sq. ft. | +72,710 | 6,264 sq. ft. | -86,130 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/CAC | FWA/CAC | | FWA/CAC | | FWA/CAC | |
| Energy Efficient Items | All/Owned Solar | All | +10,000 | All/Owned Solar | | Owned Solar | 0 |
| Garage/Carport | 6ga6dw | 6ga10dw | 0 | 5ga10dw | +5,000 | 6ga20dw | 0 |
| Porch/Patio/Deck | Patio/Porch | Patio/Porch | | Patio/Porch | | Patio/Porch | |
| Fireplaces | 1 Fireplace | 3 Fireplace | -10,000 | 2 Fireplace | -5,000 | 1 Fireplace | |
| Pool Features | See Attached | See Attached | +438,000 | See Attached | +313,000 | See Attached | +213,000 |
| Parcel # | 289-191-08-00 | 293-180-67-00 | 0 | 520-271-25-00 | 0 | 520-180-24-00 | 0 |
| Net Adjustment (Total) | | X + - | $ 574,490 | X + - | $ 312,710 | + X - | $ -739,830 |
| Adjusted Sale Price | | Net Adj: 32.64% | | Net Adj: 10.73% | | Net Adj: -11.74% | |
| of Comparables | | Gross Adj: 44.52% $ 2,334,490 | | Gross Adj: 44.51% $ 3,226,710 | | Gross Adj: 30.72% $ 5,560,169 | |

| Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales | | | | |
|---|---|---|---|---|
| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
| Date of Prior Sale/Transfer | 03/16/2020 | | | |
| Price of Prior Sale/Transfer | $2,350,000 | | | |
| Data Source(s) | Realist | Realist | Realist | Realist |
| Effective Date of Data Source(s) | 10/06/2025 | 04/26/2024 | 04/26/2024 | 04/26/2024 |

Analysis of prior sale or transfer history of the subject property and comparable sales   3605 Daley Flat Rd transferred on 04/19/2023 for $0 (Quit Claim Deed - Doc #101852). It also transferred on 04/19/2023 for $0 (Affidavit - Doc #101851). 25502 Lake Wohlford Rd has no known 12-month prior transfer history. 26658 San Felipe Rd has no known 12-month prior transfer history.

Summary of Sales Comparison Approach

EXHIBIT 2

Advance Real Estate Appraisal
**COMMENT ADDENDUM**

File No.    BC4554

Borrower   Villa Chardonnay-Horses with Wings

Property Address   4554 Boulder Creek Rd

City   Julian                                  State                      CA                      Zip Code      92036

Lender/Client      Villa Chardonnay-Horses with Wings      Address   4554 Boulder Creek Rd. Julian, CA, 92036

**SUBJECT CONDITION**
The site inspection revealed that the subject property is a unique property comprised of three legal sites totalling 41.41 acres. The majority of that is usable land given that the use is for raising/keeping horses. The improvements include a large custom home, a triple wide manufactured home on a permanent foundation, a large barn with office and tack room, a three sided hay barn, a car barn converted into a "caterey" and a RV garage converted into hay storage. The effective age of the main home is estimated to be 15 years.  The main home is a two story custom home of good quality construction in average condition with twelve rooms including a great room, dining room with fireplace, kitchen with high-end appliances, library, five bedrooms and 3.2 baths. All of the finishes are high end. The kitchen has granite counters, commercial grade range , and built-in refrigerator and freezer. The bathrooms have marble floors and tile wainscot. There is a large family room on the second floor and the master bedroom has a coffered ceiling and sauna. Overall, the condition of the materials, walls, doors, counters, cabinets and paint is average with some needed repairs. The flooring, wood downstairs, and carpet upstairs in in fair to poor condition. The wood floors can be refinished but the carpeting must be replaced. The base molding is damaged in several areas and should be replaced.  The utilities and mechanical systems were  on and operational at the time of inspection. Please see the pictures to grasp the quality of the property.

The exterior of the subject is composition siding with a concrete tile roof, both considered to be in good condition.  The other improvements include vinyl fencing of the entire property, the 1911 SF Caterey, the 1320 SF RV/Hay barn, the 1320 SF three sided hay barn, the 2368 SF mare barn with office and tack room, and the 1408 SF three bedroom two bath manufactured home. In addition there are numerous horse riding rings and a lake which provides for the water needs.

Note: GLA measurements were made in accordance to American National Standard Institute (ANSI) guidelines. The actual measurement may differ from county records.  This may be due to the staircases and or and water heater square footage being included or excluded in reported GLA.  Other discrepancies may be due to variances between submitted building plans and actual building construction.  The appraiser measures the subject property to the nearest .25 ft and therefore there is typically a variance to the recorded square footage.  The measurement variance in this appraisal is substantially greater than public records but considered reasonable as both the measurements of the first and second floors are the same.

Further inspection of the subject property showed no indication of signs of infestation.  The plumbing, heating, and electrical systems  is in proper working order. Domestic hot water was considered to be in ready supply.  The subject bathroom plumbing is in proper working order.  The water heater is strapped and has a PRV.. The home has both smoke detectors and CO monitors on both floors.

EXHIBIT 2
19

## Market Conditions Addendum to the Appraisal Report

File No.  BC4554

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| | | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | City | Julian | State | CA | ZIP Code | 92036 |
| Borrower | Villa Chardonnay-Horses with Wings | | | | | |

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as  indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include that data in the analysis. If data sources provide all the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | | Overall Trend | | |
|---|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 18 | 8 | 11 | | Increasing | X Stable | Declining |
| Absorption Rate (Total Sales/Months) | 3.00 | 2.67 | 3.67 | | Increasing | X Stable | Declining |
| Total # of Comparable Active Listings | 24 | 39 | 23 | | Declining | X Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab. Rate) | 8.00 | 14.60 | 6.30 | X | Declining | Stable | Increasing |

| Median Sales & List Price, DOM, Sale/List % | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | | Overall Trend | | |
|---|---|---|---|---|---|---|---|
| Median Comparable Sales Price | $1,060,000 | $1,025,000 | $875,000 | | Increasing | Stable | X Declining |
| Median Comparable Sales Days on Market | 34 | 19 | 52 | | Increasing | Stable | X Increasing |
| Median Comparable List Price | $1,162,450 | $1,025,000 | $1,075,000 | | Increasing | Stable | X Declining |
| Median Comparable Listings Days on Market | 62 | 33 | 68 | | Declining | X Stable | Increasing |
| Median Sale Price as % of List Price | 100% | 100% | 100% | | Increasing | X Stable | Declining |
| Seller -(developer, builder, etc.) paid financial assistance prevalent? | X Yes | | No | | Declining | X Stable | Increasing |

Explain in detail seller concessions trends for the past 12 months (e.g. seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs condo fees, options, etc.)
An analysis was performed on 148 sales from the broader defined neighborhood over the past 12 months. For those sales, a total of 0.0% were reported to have seller concessions.

Are foreclosure sales (REO sales) a factor in the market?    Yes  X  No   If yes, explain (including the trends in listings and sales of foreclosed properties).
An analysis was performed on 37 competing sales over the past 12 months. For those sales, a total of 0.0% were reported to be REO.

Cite data sources for above information.
Information reported in the CLAW system (using an effective date of 10/06/2025) was utilized to arrive at the results noted on this addendum. Any percent change results noted in these comments are based on simple regression.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales, and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
An analysis was performed on 37 competing sales over the past 12 months. The sales within this group had a median sale price of $975,000. This analysis shows a change of -5.5% per month. The median sale price per sqft was $326.05. A monthly analysis was also performed on 148 sales from the broader defined neighborhood over the past 12 months. The sales within this group had a median sale price of $854,783. The median sale price per sqft was $386.21. The median sale price per sqft was $386.21. The median sale price per sqft was $386.21 with a range from $144.06 to $2,631.58. This analysis, based on data grouped quarterly, shows a change of -0.3% per month. The median sale price per sqft was $386.21. The average sale price per sqft was $427.86. In addition, an analysis was performed on 37 sales plus all active listings that are competing properties, over the past 12 months. Based on this entire set of data there is a 7.5 month supply. This analysis shows a change of -3.5% per month. An analysis regarding days on market was also performed on 148 sales from the broader defined neighborhood over the past 12 months. For these sales, the median DOM was 26. This analysis shows a change of -2.2% per month. A monthly analysis was also performed on all sales from the broader defined neighborhood (listings that were considered to

If the subject is a unit in a condominium or cooperative project, complete the following:     Project Name:

| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | | Overall Trend | | |
|---|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | | Declining | Stable | Increasing |

Are foreclosures sales (REO sales) a factor in the project?    Yes    No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | |
|---|---|
| Signature | Signature |
| Appraiser Name    William Willson | Supervisor Name |
| Company Name    Advance Real Estate Appraisal | Company Name |
| Company Address    35428 Laurel Tree Ct, Winchester, CA 92596 | Company Address |
| State License/Certification #    031834    State    CA | State License/Certification #    State |
| Email Address    bwillson@advancerea.net | Email Address |

EXHIBIT 2

MARKET CONDITIONS ADJUSTMENTS

File No.    BC4554

Multiple analyses of sale price per square foot on relevant data over the past 12 months in the subject's market was utilized to determine that the ideal method for market condition (i.e. time) adjustments is a simple linear regression trendline calculated based on all properties from the broader defined neighborhood area. The data shows that a linear rate of change of -1.63% per month is appropriate for this market and this percentage adjustment was applied to each closed comparable based on their contract date. See the below chart and data (based on the effective date of 10/06/2025).



EXHIBIT 2
21

Advance Real Estate Appraisal

## MARKET ANALYSIS CHARTS

File No.   BC4554

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Villa Chardonnay-Horses with Wings | | | | |
| Property Address | 4554 Boulder Creek Rd | | | | |
| City   Julian | County | San Diego | State | CA | Zip Code   92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | Address | 4554 Boulder Creek Rd. Julian, CA,  92036 | | |



**Median $**

An analysis was performed on 37 competing sales over the past 12 months. The sales within this group had a median sale price of $975,000. This analysis shows a change of -5.5% per month.



**Med $/SqFt**

The median sale price per sqft was $326.05.



**Housing Supply**

In addition, an analysis was performed on 42 sales plus all active listings that are competing properties, over the past 12 months. Based on this entire set of data there is a 11.1 month supply. This analysis shows a change of -0.1% per month.



**Housing Supply**

In addition, an analysis was performed on 37 sales plus all active listings that are competing properties, over the past 12 months. Based on this entire set of data there is a 7.5 month supply. This analysis shows a change of -3.5% per month.

EXHIBIT 2

Advance Real Estate Appraisal

# MARKET ANALYSIS CHARTS

File No.    BC4554

| Borrower | Villa Chardonnay-Horses with Wings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | | | | | | |
| City | Julian | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address | 4554 Boulder Creek Rd. Julian, CA, 92036 | | | |



**Sales DOM**

An analysis regarding days on market was also performed on 148 sales from the broader defined neighborhood over the past 12 months. For these sales, the median DOM was 26. This analysis shows a change of -2.2% per month.



**List Price - Actives**

A monthly analysis was also performed on all actives from the broader defined neighborhood (listings that were considered to be active on the last day of each month) over the past 12 months. The active listings within this group had a median list price of $790,000.



**Price Ratio**

An analysis was also performed on 148 sales from the broader defined neighborhood over the past 12 months. The sales within this group had a median sale price to list price ratio of 100%.



EXHIBIT 2

Advanced Real Estate Appraisal

File No. BC4554

## APPRAISAL COMPLIANCE

| | |
|---|---|
| Borrower/Client | Villa Chardonnay-Horses with Wings |
| Address | 4554 Boulder Creek Rd |
| City | Julian | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings |

### APPRAISAL AND REPORT IDENTIFICATION

This Appraisal Report is one of the following types:

[X] Appraisal Report — This report was prepared in accordance with the requirements of the Appraisal Report option of USPAP Standards Rule 2-2(a).

[ ] Restricted Appraisal Report — This report was prepared in accordance with the requirements of the Restricted Appraisal Report option of USPAP Standards Rule 2-2(b). The intended user of this report is limited to the identified client. This is a Restricted Appraisal Report and the rationale for how the appraiser arrived at the opinions and conclusions set forth in the report may not be understood properly without the additional information in the appraiser's workfile.

### ADDITIONAL CERTIFICATIONS

I certify that, to the best of my knowledge and belief:

· The statements of fact contained in this report are true and correct.

· The reported analyses, opinions, and conclusions are limited only by the reported assumptions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

· Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to parties involved

· Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

· I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.

· My engagement in this assignment was not contingent upon developing or reporting predetermined results.

· My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

· My analyses, opinions, and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

· Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

· Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

· This report has been prepared in accordance with Title XI of FIRREA as amended, and any implementing regulations.

### PRIOR SERVICES

· [ ] I have **NOT** performed services, as an appraiser or in another capacity, regarding the property that is the subject of the report within the three-year period immediately preceding acceptance of this assignment.

· [X] I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

### PROPERTY INSPECTION

[X] I **HAVE** made a personal inspection of the property that is the subject of this report.

[ ] I have **NOT** made a personal inspection of the property that is the subject of this report.

### APPRAISAL ASSISTANCE

Unless otherwise noted, no one provided significant real property appraisal assistance to the person signing this certification. If anyone did provide significant assistance, they are hereby identified along with a summary of the extent of the assistance provided in the report.

### ADDITIONAL COMMENTS

Additional USPAP related issues requiring disclosure and/or any state mandated requirements: The above estimate of Exposure Time is based on the recent history provided in the 1004MC. It does not include an analysis of the impact of the Coronavirus or its response.

### MARKETING TIME AND EXPOSURE TIME FOR THE SUBJECT PROPERTY

[ ] A reasonable marketing time for the subject property is _____ day(s) utilizing market conditions pertinent to the appraisal assignment.

[ ] A reasonable exposure time for the subject property is _____ day(s).

### APPRAISER

Signature

Name William Willson

Date of Signature 05/03/2024

State Certification # 031834

or State License #

State CA

Expiration Date of Certification or License 09/19/2021

Effective Date of Appraisal 10/06/2025

### SUPERVISORY APPRAISER (ONLY IF REQUIRED)

Signature

Name

Date of Signature

State Certification #

or State License #

State

Expiration Date of Certification or License

Supervisory Appraiser Inspection of Subject Property:
[ ] Did Not   [ ] Exterior Only from street   [ ] Interior and Exterior

Exhibit 2

USPAP Compliance

Page 16 of 44

UAD Version 9/2011 Produced by ClickFORMS Software 800-622-8727

Advance Real Estate Appraisal

**SUBJECT PHOTO ADDENDUM**        File No.   BC4554

| | |
|---|---|
| Borrower | Villa Chardonnay-Horses with Wings |
| Property Address | 4554 Boulder Creek Rd |

| City | Julian | County | San Diego | State | CA | Zip Code | 92036 |
|---|---|---|---|---|---|---|---|
| Lender/Client | Villa Chardonnay-Horses with Wings | Address | 4554 Boulder Creek Rd. Julian, CA,  92036 | | | | |



**FRONT OF
SUBJECT PROPERTY**
4554 Boulder Creek Rd
Julian, CA 92036



**REAR OF
SUBJECT PROPERTY**



**STREET SCENE**

EXHIBIT 2

25

Advance Real Estate Appraisal

**COMPARABLES 1-2-3**

File No.   BC4554

| | |
|---|---|
| Borrower | Villa Chardonnay-Horses with Wings |
| Property Address | 4554 Boulder Creek Rd |
| City Julian | County San Diego | State CA | Zip Code 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | Address 4554 Boulder Creek Rd. Julian, CA,  92036 |



**COMPARABLE SALE #    1**
23534 Highway 78
Ramona, CA 92065



**COMPARABLE SALE #    2**
13807 Millards Ranch Ln
Powy, CA 92064



**COMPARABLE SALE #    3**
13487 Genesis Way
Lakeside, CA 92040

EXHIBIT 2

26

Advance Real Estate Appraisal
COMPARABLES 4-5-6                                    File No.   BC4554

| Borrower | Villa Chardonnay-Horses with Wings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | | | | | | |
| City | Julian | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address | 4554 Boulder Creek Rd. Julian, CA, 92036 | | | |



**COMPARABLE SALE #**   4
36706 Mountain Circel Dr
Julian, CA 92036



**COMPARABLE SALE #**   5
2839 Firebrand Dr.
Alpine, CA 91901



**COMPARABLE SALE #**   6
4065 Via Palo Verde Lago
Alpine, CA 91901

EXHIBIT 2

27

Advance Real Estate Appraisal
Additional Pictures

File No.   BC4554

| Borrower | Villa Chardonnay-Horses with Wings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | | | | | | |
| City   Julian | | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address | 4554 Boulder Creek Rd. Julian, CA,  92036 | | | |



Entrance to the property



Entrance to the property



Looking down the driveway

EXHIBIT 2
28

Advance Real Estate Appraisal
Additional Pictures

File No.    BC4554

| Borrower | Villa Chardonnay-Horses with Wings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | | | | | | |
| City    Julian | | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address | 4554 Boulder Creek Rd. Julian, CA,  92036 | | | |



Great room, wood floor, stacked stone fireplace



Dining room, wood floor, fireplace, coffered ceiling



powder room, granite counter

EXHIBIT 2
29

Advance Real Estate Appraisal
Additional Pictures

File No.    BC4554

| Borrower | Villa Chardonnay-Horses with Wings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | | | | | | |
| City  Julian | | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address | 4554 Boulder Creek Rd. Julian, CA,  92036 | | | |



Large laundry room, tile floor



Chef's kitchen, commercial appliances



Breakfast area, wood floor

EXHIBIT 2
30

Advance Real Estate Appraisal
Additional Pictures                                                      File No.    BC4554

| Borrower | Villa Chardonnay-Horses with Wings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | | | | | | |
| City    Julian | | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address | 4554 Boulder Creek Rd. Julian, CA,  92036 | | | |



Staircase



Dining room, coffered ceiling



Library, wood floor

EXHIBIT 2
31

Advance Real Estate Appraisal
Additional Pictures

File No.    BC4554

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Villa Chardonnay-Horses with Wings | | | | |
| Property Address | 4554 Boulder Creek Rd | | | | |
| City  Julian | County | San Diego | State | CA | Zip Code  92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | Address  4554 Boulder Creek Rd. Julian, CA,  92036 | | | |



Library



Second powder room



Bedroom, carpet flooring

Advance Real Estate Appraisal
Additional Pictures

| | | | | |
|---|---|---|---|---|
| Borrower | Villa Chardonnay-Horses with Wings | | | |
| Property Address | 4554 Boulder Creek Rd | | | |
| City   Julian | County | San Diego | State   CA | Zip Code   92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | Address   4554 Boulder Creek Rd. Julian, CA,  92036 | | |

File No.   BC4554



Bathroom, marble tile floor, and wainscot



Bedroom, carpet floor, ceiling fan



Upstairs large gamily room, carpet flooring

Advance Real Estate Appraisal
Additional Pictures

File No.   BC4554

| Borrower | Villa Chardonnay-Horses with Wings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | | | | | | |
| City   Julian | | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address | 4554 Boulder Creek Rd. Julian, CA, 92036 | | | |



Remainder of family room



Master bedroom, carpet flooring, coffered ceiling



Master bath, carpet flooring, spa tub, shower

EXHIBIT 2
34

Advance Real Estate Appraisal
Additional Pictures

File No.    BC4554

| Borrower | Villa Chardonnay-Horses with Wings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | | | | | | |
| City   Julian | | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address   4554 Boulder Creek Rd. Julian, CA,  92036 | | | | |



Master bath, marble counters



Part of master closet



Sauna

EXHIBIT 2
35

Advance Real Estate Appraisal
Additional Pictures

File No.    BC4554

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Villa Chardonnay-Horses with Wings | | | | |
| Property Address | 4554 Boulder Creek Rd | | | | |
| City   Julian | County | San Diego | State | CA | Zip Code   92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | Address   4554 Boulder Creek Rd. Julian, CA,  92036 | | | |



Deck off master bedroom



Walkway between master and secondary bedrooms



Bathroom, marble floor, countertop and shower

Advance Real Estate Appraisal
Additional Pictures

File No.    BC4554

| Borrower | Villa Chardonnay-Horses with Wings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | | | | | | |
| City | Julian | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address | 4554 Boulder Creek Rd. Julian, CA, 92036 | | | |



B



Bedroom carpet flooring



Caterey

EXHIBIT 2
37

Advance Real Estate Appraisal
Additional Pictures

File No.    BC4554

| Borrower | Villa Chardonnay-Horses with Wings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | | | | | | |
| City    Julian | | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address | 4554 Boulder Creek Rd. Julian, CA,  92036 | | | |



Originally a car barn, now a caterey



Bathroom



Fenced horse area with shelter

EXHIBIT 2
38

Advance Real Estate Appraisal
Additional Pictures                                            File No.    BC4554

| Borrower | Villa Chardonnay-Horses with Wings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | | | | | | |
| City   Julian | | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address | 4554 Boulder Creek Rd. Julian, CA,  92036 | | | |



RV garage used for hay storage



3 bedroom manufactured home



Mare barn

EXHIBIT 2
39

Advance Real Estate Appraisal
Additional Pictures                                     File No.    BC4554

| Borrower | Villa Chardonnay-Horses with Wings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | | | | | | |
| City   Julian | | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address | 4554 Boulder Creek Rd. Julian, CA, 92036 | | | |



Interior of barn



Interior of barn



Storage shed and water tank

Advance Real Estate Appraisal
Additional Pictures

File No.    BC4554

| Borrower | Villa Chardonnay-Horses with Wings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | | | | | | |
| City  Julian | | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address  4554 Boulder Creek Rd. Julian, CA, 92036 | | | | |



More horse facilities



Horse facilities



This helps with the scope of the property, all fenced

EXHIBIT 2
41

Advance Real Estate Appraisal
Additional Pictures

File No.    BC4554

| Borrower | Villa Chardonnay-Horses with Wings | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | | | | | |
| City   Julian | | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address | 4554 Boulder Creek Rd. Julian, CA,  92036 | | |



Use of slopes for horses, and shelters



More fenced horse areas



Looking up from the bottom of the property.

EXHIBIT 2
42

Advance Real Estate Appraisal
**SKETCH ADDENDUM**                                    File No.   BC4554

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Villa Chardonnay-Horses with Wings | | | | |
| Property Address | 4554 Boulder Creek Rd | | | | |
| City Julian | County | San Diego | State | CA | Zip Code 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | Address 4554 Boulder Creek Rd. Julian, CA, 92036 | | | |



Advance Real Estate Appraisal

**PLAT MAP**

File No.    BC4554

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Villa Chardonnay-Horses with Wings | | | | | |
| Property Address | 4554 Boulder Creek Rd | | | | | |
| City   Julian | | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address | 4554 Boulder Creek Rd. Julian, CA,  92036 | | |



Advanced Real Estate Appraisal

**LOCATION MAP ADDENDUM**

File No.   BC4554

| Borrower | Villa Chardonnay-Horses with Wings | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | | | | | |
| City | Julian | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | Address | 4554 Boulder Creek Rd. Julian, CA, 92036 | | | |



EXHIBIT 2

45

Advance Real Estate Appraisal

**FLOOD MAP ADDENDUM**

File No.    BC4554

| | |
|---|---|
| Borrower | Villa Chardonnay-Horses with Wings |
| Property Address | 4554 Boulder Creek Rd |
| City   Julian | County   San Diego   State   CA   Zip Code   92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings   Address   4554 Boulder Creek Rd. Julian, CA, 92036 |



© 2024, Microsoft Corporation © OpenStreetMap https://www.openstreetmap.org/copyright © 2024 TomTom

**Flood Map Legends**

Flood Zones
- ▮ Areas inundated by 100-year flooding
- ▮ Areas inundated by 500-year flooding
- ▮ Areas of undetermined but possible flood hazards
- ▮ Floodway areas with velocity hazard
- ▨ Floodway areas
- ▨ COBRA zone

**Flood Zone Determination**

| | |
|---|---|
| In Special Flood Hazard Area (Flood Zone): | Out |
| Within 250 ft. of multiple flood zones? | Not within 250 feet |
| Community: | 060284 |
| Community Name: | SAN DIEGO COUNTY |
| Map Number: | 06073C1175G |
| Zone:   D   Panel:   06073C 1175G   Panel Date: | 05/16/2012 |
| FIPS Code:   06073   Census Tract: | 0209.02 |

This Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by that Customer. That Customer's use of this Report is subject to the terms agreed to by that Customer when accessing this product. THE SELLER OF THIS REPORT MAKES NO REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT, ACCURACY, OR COMPLETENESS OF THIS REPORT INCLUDING ANY WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. The seller of this Report shall not have any liability to any third party for any use or misuse of this Report.

EXHIBIT 2

46

Advance Real Estate Appraisal

**AERIAL MAP ADDENDUM**

File No.   BC4554

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Villa Chardonnay-Horses with Wings | | | | | |
| Property Address | 4554 Boulder Creek Rd | | | | | |
| City   Julian | | County | San Diego | State | CA | Zip Code   92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address   4554 Boulder Creek Rd. Julian, CA,  92036 | | | |



Subject
4554 Boulder Creek Rd
Julian, CA 92036-9442
APN: 289-191-08-00

Advance Real Estate Appraisal
## COMMENT ADDENDUM

File No.    BC4554

| Borrower | Villa Chardonnay-Horses with Wings | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4554 Boulder Creek Rd | | | | | | |
| City   Julian | | County | San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | | Address  4554 Boulder Creek Rd. Julian, Ca, 92036 | | | | |

The Client is the intended user of the appraisal report.  The intended use is to evaluate the property that is the subject of this appraisal for litigation subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of the appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

The Appraiser does not guarantee that the Property is free from defects.

Although a walk-through inspection has been performed, the appraiser is not an expert in the field of building inspection, structural engineering, pest control, hazardous waste detection, and soil engineering. The appraiser provides no warranty in regards to these elements and experts in these related fields should be consulted, if desired.

Please note that the appraiser has provided valuation services for the subject property in the prior 36 months.

### NEIGHBORHOOD DESCRIPTION
The subject is located in the CDP of Julian within the county of San Diego, California.  CDP DATA. Julian has a population of 1,768 with a median household income of  $75,179, well above the median household income for the State of $91,551. 85.4% of the residents own their homes and 1.9% live below the poverty level. The subject is located in an area made up of mostly SFR's, both attached and detached reflecting  average to very good quality and condition.  The area is proximate to major support services, employment centers, schools of all levels and transportation ( Route 79 S).  No adverse conditions were noted.

### NEIGHBORHOOD MARKETING CONDITIONS
Generally market conditions within the neighborhood  have  relatively stable over the past two years. The large increase in the past month is most likely due to the sale of a high priced property skewing the statistics. Typical financing exists, predominantly consisting of conventional fixed, FHA, and ARM's.  Typical financing concessions are evident.  Exposure  time is approximately 1-3 months, which is an average time to expose a reasonable priced and well maintained property.

There are few sales in Julian, given the small population, but sales in more rural areas of Southern California support the data. The 1004MC with specific search parameters reflects a market with increasing prices but most of that is due to the sale of a few higher end properties.  NOTE:  These numbers reflect all SFR sales regardless of GLA, attached or detached, type of sale, therefore including REO and Short sale activity.

After reviewing the sales in the subject neighborhood over the past 12 months, as well as the current listings, it is apparent that the subject's neighborhood mirrors similar statistics as the zip code statistics.  There were no other apparent adverse factors which affect the subject's marketability.  Time adjustments are made in accordance with the linear regression analysis of the neighborhood market data.

### SITE COMMENTS
Unless otherwise mentioned in this report, the existence of hazardous materials, which may or may not be present on the property, was not observed by this appraiser.  The appraiser has no knowledge of the existence of such materials on or in the property.  The appraiser, however, is not qualified to detect such substances.  The presence of substances such as asbestos, urea-formaldehyde foam insulation and other potentially hazardous materials may affect the value of the property.  The value estimate is predicated on the assumption that there is no such materials on or in the property that would cause a loss in value.  No responsibility is assumed for such conditions or for any expertise or engineering knowledge required to discover them.  The intended user is urged to retain an expert in this field if they so desire.

### SUMMARY OF SALES COMPARISON APPROACH
The sales comparables chosen were all considered to be good comparables, proximate to the subject within the more rural areas of Southern California.  The comparables were chosen based upon their similarity in size, age, location and utility. The radius from the subject had to be expanded as there are a limited number of 5,500+ sf homes with 40+ acre sites sold in the past 12 months. These are all custom homes and require both a larger number of adjustments and larger adjustments. The gross and new adjustment ranges do not fall within the old FNMA guidelines. The pictures used are from the MLS listings as it is difficult if not impossible to get close to the improvements or understand the scope of the property without an aerial view. The comparables were adjusted  $5,000 for an additional garage space, $5,000 for an additional fireplace, $10,000 for owned solar system, $500/yr for age differences greater than seven years, $20,000 for an additional bedroom and $25,000 for additional bath. The subject property has a wide variety of amenities as do most of the comparables. The adjustments are set forth in the table attached.

Both a quality and a condition adjustment of 5% was given to the comparables that differed by one rating level based on the comments and pictures in their MLS listings.  The building area adjustment was made at $110 per square foot, based upon the market reaction to differences in gross living area (no adjustment was made if size difference was less than 100 feet). Land size adjustments were made at $ 10,000/acre (rounded to the nearest hundred). Site size and usable site were two of the largest adjustments. Ther site size noted in the grid is the net usable site. Several of the properties are sitting on a sm,all hilltop and had little usefull land other than the actual building site.. Usable site size was estimated using aerial photographs. The subject is almost all usable and therefore a unique mountain property.

Let's take a closer look at the comparables.

Comparable #1:  This is a relatively new home perched on a small hilltop with good views. It has few amenities and little if any useful land. The listing says the ocean can be seen on a clear day, but it is a long way from the ocean. This property is rated Q2 and in C2 condition. This is a good quality home with little else.

Comparable #2: This is a good quality home completely renovated and considered to be in C1 condition. It is slightly larger than the subject ahd has a variety of amenities. The land is mostly usable. This property is in much better condition than the subject.

Comparable #3: This property is similar in size to the subject and is built on a small hilltop. It has a pool house and 3 stall barn

EXHIBIT 2
48

Advance Real Estate Appraisal
## COMMENT ADDENDUM

File No.    BC4554

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Villa Chardonnay-Horses with Wings | | | | |
| Property Address | 4554 Boulder Creek Rd | | | | |
| City  Julian | County | San Diego | State | CA | Zip Code  92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | Address  4554 Boulder Creek Rd. Julian, CA,  92036 | | | |

as amenities as will as a pool and spa. It is considered to be similar in quality to the subject by in superior condition. There is limited useful land other than the building site.

Comparable #4: This is a newer property but somewhat rustic. It is considered to be a Q3 quality and C3 condition. The home is smaller than the subject and there is a small guest cabin. There is a pond on the property which is large by any versure. There is a large amount of useful land, most of which is now natural forest.

Comparable #5: This is a good quality Mexican Adobhome in C2 condition. The property and amenities, including the guest house, pool, sap and BBQ kitchen are all built on a smjall hilltop. The remaining land has little utility. The amenities are good with a large infiniti pool, spa, BBQ kitchen and guest house. The home has an owned solar system and a total of five car garages. This property is superior to the subject in condition and quality.

Comparable #6: This is an active listing of a lake-front home with a dock on Palo Verde lake. The home is larger than the subject and is only five years old. It is considered to be superior in quality and condition. It has a 1,200 SF guest house, a BBQ kitchen, dock on the lake and two RV garages. The pool, overlooking the lake is a large infinty pool. This is a superior property.

The adjustments for the amenities are in the table below./

Boulder Creek Amenity Adjustments

| Amenity | Boulder Creek | Highway 78 | Millareds Ranch | Genesis | Mountain Cir | Firebrand | Palo Verde |
|---|---|---|---|---|---|---|---|
| Pool | | | $25,000 | | | | |
| Spa | | | $5,000 | $5,000 | | $5,000 | $5,000 |
| Infi Pool | | | | $50,000 | | $75,000 | $75,000 |
| BBQ Kit | | | | | | $5,000 | $5,000 |
| Barn | $140,000 | | $75,000 | $75,000 | | | |
| Corral | $25,000 | | $25,000 | $5,000 | | | |
| Walker | | | $10,000 | | | | |
| Pool Hse | | | | $25,000 | | | |
| Guest Hse | | | | | $25,000 | $90,000 | $90,000 |
| Dock | | | | | | | $50,000 |
| RV Garage | | | | | | | $50,000 |
| Caterey | $63,000 | | | | | | |
| Manu Home | $60,000 | | | | | | |
| Car Barn | $25,000 | | | | | | |
| Stalls | $75,000 | | | | | | |
| Orchard | | | | | | | |
| Lake | $100,000 | | | | $25,000 | | |
| | $488,000 | $0 | $140,000 | $160,000 | $50,000 | $175,000 | $275,000 |
| Adjustment | | $488,000 | $348,000 | $328,000 | $438,000 | $313,000 | $213,000 |

All comparables used in this report are reported to be the most current sales comparables at the time of the inspection and the best representation of the subject's market value.  Comparables #1, #2, #3 and #4 were all given  consideration in determining the final opinion of value of the subject.  All of the properties are unique properties which differed from the subject.  No one comparable stands out as a great match, but the group of comparables bracket the subject in terms of GLA, site size, condition,amd quality.  The amenities of the subject are completely different from the comparables as the subject is being used primarily as a horse, cat, etc refuge..  Comparables #5 and #6  were  added as current listings to demonstrate the existing market, and therefore were given minimal consideration when the final valuation of the subject was developed. .

The subject market value is much higher than the 'predominant value' noted on page one and on the 1004MC. The subject is one of a few large horse properties with significant improvements in the area few of which have sold in the past couple of years. The numbers in the predominant value section reflect sales of smaller inferior properties that can not be compared to the subject. The data for the 1004MC was used to establish trends and certainly does not reflect high-end properties like the subject.

**COST COMMENTS**
The cost approach is used in a supportive role, although it is somewhat weakened by the difficulty in estimating accrued depreciation on an older property, as well as establishing land value where an absence of vacant land sale comparisons exist. Because of the mature status of the subject's neighborhood and the lack of new development, no vacant land sales were available within the immediate area.  As a result, land value in the cost development is based on the abstraction method.  The high 'land to improvement' value ratio is typical for the area.  Replacement cost figures used in developing the cost approach are for valuation purposed only.  No one, client or third party, should rely on these figures for insurance purposes.

EXHIBIT 2
49

Advance Real Estate Appraisal

## COMMENT ADDENDUM

File No.   BC4554

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Villa Chardonnay-Horses with Wings | | | | | |
| Property Address | 4554 Boulder Creek Rd | | | | | |
| City Julian | | County San Diego | State | CA | Zip Code | 92036 |
| Lender/Client | Villa Chardonnay-Horses with Wings | Address 4554 Boulder Creek Rd. Julian, CA, 92036 | | | | |

**Extra Comments**
**Comments on the Digital Signature**

**This appraisal is digitally signed.  The digital signature requires a security password known only by the signer. Copies of the digitally signed appraisal may be delivered electronically, however, no changes can be made by anyone other than the signatories to any portion of the appraisal, once it has been digitally signed.  The digital signature used on this appraisal is an accurate representation of the signer's signature.**

**REQUIRED CONDITIONS**
Primary emphasis has been placed on the Sales Comparison Approach as it best reflects the actions of typical buyers and sellers in the market.  The Cost Approach is used as a supportive role, while the Income Approach has been excluded as few buyers purchase single family residences based upon their income potential

EXHIBIT 2

50

File No.   BC4554

**Appraiser License Certificate**



Business, Consumer Services & Housing Agency

## BUREAU OF REAL ESTATE APPRAISERS
## REAL ESTATE APPRAISER LICENSE

### William G. Willson

has successfully met the requirements for a license as a residential and commercial real estate appraiser in the State of California and is, therefore, entitled to use the title:

"Certified General Real Estate Appraiser"

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

BREA APPRAISER IDENTIFICATION NUMBER:    AG 031834

Effective Date:    September 20, 2025
Date Expires:    September 19, 2027

Angela Jemmott, Bureau Chief, BREA

3084018

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "CHAIN LINK"

EXHIBIT 2

51

| | | | | | |
|---|---|---|---|---|---|
| Property Address  4554 Boulder Creek Rd | | | | | |
| City  Julian | County | San Diego | State  CA | Zip Code | 92036 |
| Lender/Client  Villa Chardonnay-Horses with Wings | | Address  4554 Boulder Creek Rd. Julian, CA,  92036 | | | |

# CNA

Real Estate Appraisers
Errors and Omissions Policy

## Declarations

| Agency | Branch | Prefix | Policy Number |
|---|---|---|---|
| 078990 | 969 | RIA65258290025 | |

Insurance is provided by
Continental Casualty Company,
151 North Franklin Street, Chicago, IL 60606
A Stock Insurance Company.

**1.  NAMED INSURED AND MAILING ADDRESS:**

William  Willson

35428 Laurel Tree Ct.
Winchester, CA 92596

**NOTICE TO POLICYHOLDERS:**
The Errors and Omissions Liability coverage
afforded by this policy is on a Claims Made and
Reported basis. Claim Expenses will reduce the
Limits of Liability. Please review the policy
carefully and discuss this coverage with your
insurance agent or broker.

**2.  POLICY PERIOD:**    Inception: 08/05/2025      Expiration: 08/05/2026
at 12:01 A.M. Standard time at your address shown above.

**3.  ERRORS AND OMISSIONS LIABILITY:**

A.  Limits of Liability:      Each Claim:  $1,000,000      Aggregate:      $2,000,000

B.  Discrimination Limits of Liability:                          $100,000

C.  Deductible:              Each Claim:  $1,000

D.  First Coverage Date:    08/05/2019

E.  Prior Acts Date:        08/05/2013

**4.  PREMIUM**

Total Premium:                                  $633.00

**5.  FORMS AND ENDORSEMENTS ATTACHED AT INCEPTION:**

CNA88632XX          Individual Real Estate Appraisers

CNA90097XX          Vicarious Liability Endorsement

GSL7541CA          Cancellation/Non-Renewal Endorsement - California

CNA90182XX ED 09-2017

I - 1301521    B - 50947

*Kathleen W. Curry*

Countersigned by Authorized Representative

EXHIBIT 2
52

1