PAUL J. LEEDS, ESQ. (SBN 214309)
pleeds@fsl.law
MEREDITH KING, ESQ. (SBN 280043)
mking@fsl.law
FRANKLIN SOTO LEEDS LLP
444 West C Street, Suite 300
San Diego, California 92101
Tel: 619.872.2520
Fax: 619.566.0221

*Attorneys for River Falls, LLC,*
*Private Mortgage Lending, Inc., and*
*The Armbrust Living Trust*

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re, <br><br> VILLA CHARDONNAY HORSES WITH WINGS, INC., <br><br> Debtor. | Case No: 25-04245-JBM11 <br><br> CHAPTER 11 <br><br> **PROOF OF SERVICE** |

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within-entitled action; my business address is 444 West "C" Street, Suite 300, San Diego, California 92101-7913.  On January 23, 2026, I served the within documents, with all exhibits (if any):

- **NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE**

☒ VIA CMF/ECF. I am familiar with the United States Bankruptcy Court, Southern District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the Court.  The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any

PROOF OF SERVICE
-1-

registered uses in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  Under said practice, the following CM/ECF users were served:

- **Carl Grumer on behalf of Plaintiffs The Ark Watch Foundation at cgrumer@manatt.com**
- **Carl Grumer on behalf of Plaintiffs Celine Myers at cgrumer@manatt.com**
- **Benjamin Heston on behalf of Creditor Darlene Sears at bhestonecf@gmail.com, benheston@recap.email, and NexusBankruptcy@jubileebk.net**
- **Haeji Hong on behalf of United States Trustee United States Trustee at Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov, and tiffany.l.carroll@usdoj.gov**
- **Michael R Totaro on behalf of Debtor Villa Chardonnay Horses With Wings, Inc. at Ocbkatty@aol.com**
- **United States Trustee at ustp.region15@usdoj.go**

☒  VIA ELECTRONIC MAIL: by transmitting via e-mail to the address(es) shown below:

| | |
|---|---|
| Jefferson Capital Systems LLC | bankruptcy@JCAP.com |
| California State Labor Commissioner | llara@dir.ca.gov |
| Dept. of Treasury – IRS | Michelle.Lee3@irs.gov |
| Darlene Sears | disdar1@aol.com |
| Margaret Mannex | margiemannex@aol.com |
| Dale Fullerton | fullertondale@gmail.com |

☒  VIA OVERNIGHT DELIVERY: by directing American Messenger Service ("AMS") to place the document(s) listed above in an envelope or package provided by the overnight delivery carrier Federal Express ("FedEx") and addressed to all entities included on Debtor Villa Chardonnay Horses With Wings, Inc.'s creditors' matrix. Prior to directing such service, on January 23, 2026, I reviewed, checked, and verified the accuracy and completeness of the creditors' matrix provided to AMS. AMS was instructed to complete service by overnight delivery as soon as possible to each creditor appearing on the verified matrix. A Supplemental Certificate of Service detailing the manner of service effectuated and identifying each party to whom service was made will follow.

I declare under penalty of perjury under the laws the State of California that the above is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

1  Executed on January 23, 2026, at San Diego, California.

/s/ *Jacquelyn Wilson*
Jacquelyn Wilson