1  **Michael R. Totaro        102229**
   **Totaro & Shanahan, LLP**
2  **P.O. Box 789**
   **Pacific Palisades, CA 90272**
3  **(310) 573-0276 (v)**
   **Ocbkatty@aol.com**
4

5  **Attorneys for Debtor in Possession**

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9         **SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION**

10 **In re**                              **Chapter 11**

11   **Villa Chardonnary, Horses with**   **Case No.  3:25-bk-04245-JBM11**
   **Wings, Inc.**
12                                        **Chapter 11**

13                                        **EXHIBITS TO DECLARATION OF MICHAEL**
                                          **R. TOTARO IN SUPPORT OF MOTION AND**
14                                        **MOTION BY DEBTOR IN POSSESSION TO**
                                          **1)  DETERMINE THE VALUE OF**
15                                        **COLLATERAL AND THE EXTENT OF THE**
                                          **ALLOWED SECURED CLAIMS ON THE**
16                                        **ESTATE REAL PROPERTY LOCATED AT**
                                          **4554 BOULDER CREEK RD AND 4430**
17                                        **BOULDER CREEK RD, JULIAN, CA 92036 ;**
                                          **AND**
18                                        **2) AVOID THE UNSECURED AND/OR**
                                          **UNSECURED POTIONS OF JUNIOR LIENS**
19                                        **ON THE REAL PROPERTY**

20                                        **Date:**
                                          **Time:      a.m.**
21                                        **Dept.    2, Rm 118**

22

23

24

25

26

27

28

EXHIBIT 3

RECORDING REQUESTED BY
Ticor Title - San Diego Branch

**WHEN RECORDED MAIL TO:**
River Falls LLC
970 W. Valley Pkwy., #503
Escondido, CA  92025

APN:  289-191-08-00; 289-191-09-00; 289-191-10-00
TITLE ORDER NO.: 00632414-995-CC1
ESCROW NO.: 16730-KT

DOC#  2020-0135850

Mar 16, 2020  04:36 PM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $37.00   (SB2 Atkins: $0.00)
PCOR: N/A
PAGES: 4

*THIS SPACE FOR RECORDER'S USE*

## <u>Short Form Deed of Trust and Assignment of Rents</u>
### (Please fill in document title(s) on this line)

1  [ X ]   Exempt from fee per GC27388.1 due to being recorded in connection with concurrent transfer that is subject to the imposition of documentary transfer tax, or,

2  [ ]   Exempt from fee per GC27388.1 due to being recorded in connection with a transfer that was subject to documentary transfer tax which was paid on document recorded previously on _____(date*) as document number _____ of Official Records, or,

3  [ ]   Exempt from fee per GC27388.1 due to the maximum fees being paid on documents in this transaction, or,

4  [ ]   Exempt from fee per GC27388.1 due to the maximum fees having been paid on documents in the transaction(s) recorded previously on _____ (date*) as document number(s) _____of Official Records, or

5  [ ]   Exempt from fee per GC27388.1, document transfers real property that is a residential dwelling to an owner-occupier, or, document is recorded in connection with concurrent transfer that is a residential dwelling to an owner-occupier, or,

6  [ ]   Exempt from fee per GC27388.1 due to it being recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier. The recorded document transferring  the dwelling to the owner-occupier was recorded on _____ (date*) as          document number(s) _____

7  [ ]   Exempt from fee per GC27388.1 due to being executed or recorded by the federal government in accordance with the Uniform Federal Lien Registration Act, by the state, or any county, municipality or other political subdivision of the state, or,

8  [ ]   Exempt from the fee per GC 27388.1 (a) (1); Not related to real property, or,

9  [ ]   Exempt from fee under GC27388.1 for the following reasons: _____

### THIS PAGE ADDED TO PROVIDE SENATE BILL 2 EXEMPTION INFORMATION
(Additional recording fee applies)

Rev 5/18        The Prior Recording Reference must been recorded within the last 60 days and is subject to review

**(FPS Revision 06/18)**

'' RECORDING REQUESTED BY
Ticor Title - San Diego Branch

**WHEN RECORDED MAIL TO:**
River Falls LLC
970 W. Valley Pkwy., #503
Escondido, CA  92025

APN:  289-191-08-00; 289-191-09-00; 289-191-10-00
TITLE ORDER NO.: 00632414-995-CC1
ESCROW NO.: 16730-KT

THIS DOCUMENT HAS BEEN
ELECTRONICALLY RECORDED. SEE
THE ATTACHED COVER PAGE FOR
RECORDING INFORMATION

*THIS SPACE FOR RECORDER'S USE*

---

## Short Form Deed of Trust and Assignment of Rents
### (Please fill in document title(s) on this line)

1  [ X ]   Exempt from fee per GC27388.1 due to being recorded in connection with concurrent transfer that is subject to the imposition of documentary transfer tax, or,

2  [ ]   Exempt from fee per GC27388.1 due to being recorded in connection with a transfer that was subject to documentary transfer tax which was paid on document recorded previously on _____(date*) as document number _____ of Official Records, or,

3  [ ]   Exempt from fee per GC27388.1 due to the maximum fees being paid on documents in this transaction, or,

4  [ ]   Exempt from fee per GC27388.1 due to the maximum fees having been paid on documents in the transaction(s) recorded previously on _____ (date*) as document number(s) _____of Official Records, or

5  [ ]   Exempt from fee per GC27388.1, document transfers real property that is a residential dwelling to an owner-occupier, or, document is recorded in connection with concurrent transfer that is a residential dwelling to an owner-occupier, or,

6  [ ]   Exempt from fee per GC27388.1 due to it being recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier. The recorded document transferring  the dwelling to the owner-occupier was recorded on _____ (date*) as          document number(s) _____,

7  [ ]   Exempt from fee per GC27388.1 due to being executed or recorded by the federal government in accordance with the Uniform Federal Lien Registration Act, by the state, or any county, municipality or other political subdivision of the state, or,

8  [ ]   Exempt from the fee per GC 27388.1 (a) (1); Not related to real property, or,

9  [ ]   Exempt from fee under GC27388.1 for the following reasons: _____

### THIS PAGE ADDED TO PROVIDE SENATE BILL 2 EXEMPTION INFORMATION
### (Additional recording fee applies)

Rev 5/18          The Prior Recording Reference must have been recorded within the last 60 days and is subject to review

(FPS Revision 06/18)

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:

River Falls LLC
970 W. Valley Pkwy., ste 503
Escondido, CA 92025

THIS SPACE FOR RECORDER'S USE ONLY:

| Escrow No.: 16730-KT | APN No's.: 289-191-08-00, 289-191-09-00, 289-191-10-00 | Title Order No.: 00632414-995-CC1 |

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS

THIS DEED OF TRUST made this 11TH Day of MARCH 2020, between VILLA CHARDONNAY-HORSES WITH WINGS, A CALIFORNIA NONPROFIT CORPORATION, as Trustor, and INVESTORS MORTGAGE FUNDING GROUP INC., A CALIFORNIA CORPORATION, herein called Trustee, and RIVER FALLS LLC, A NEVADA CORPORATION AS TO AN UNDIVIDED 1100/1600 INTEREST AND PRIVATE MORTGAGE LENDING INC., A CALIFORNIA CORPORATION AS TO AN UNDIVIDED 250/1600 INTEREST AND LARRY D. ARMBRUST AND CAROL A. ARMBRUST, AS TRUSTEES, OR THEIR SUCCESSORS, IN TRUST, UDT DATED MARCH 8, 1991 FBO THE ARMBRUST LIVING TRUST AS TO AN UNDIVIDED 250/1600 INTEREST herein called BENEFICIARY, WITNESSETH: That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE that Property in San Diego County, State of California, described as: PARCELS 1, 2 AND 3 OF PARCEL MAP NO. 12328, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, SEPTEMBER 23, 1982.

Common Address: 4554 and 4430 Boulder Creek Road, Julian CA 92036.   APN'S#289-191-08-00, 289-191-09-00, 289-191-10-00
"Should the Trustor or their successors in interest, without the consent in writing of the beneficiary, sell, transfer or convey or permit to be sold, transfer recor conveyed, his interest in the property, or any part thereof, then the beneficiary may, at his option, declare all sums secured hereby immediately due and payable."   *whose address is 4554 Boulder Creek Road,
THIS IS A FIRST TRUST DEED                                        Julian, CA 92036

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits. For the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extensions of renewal thereof, in the principal sum of $1,600,000.00 executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then record owner of said property may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.

By: monika Kerber, aka
monika Kerber Perez, Director

Villa Chardonnay-Horses With Wings, A California Nonprofit Corporation

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF San Diego
On March 12, 2020
Before me, Janelle Finley-Moore, Notary Public
A Notary Public personally appeared,
Monica Kerber Perez
Who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State Of California that the foregoing paragraph is true and correct
WITNESS my hand and official seal.

Signature



JANELLE FINLEY-MOORE
COMM. # 2233436
NOTARY PUBLIC · CALIFORNIA
SAN DIEGO COUNTY
MY COMM. EXP. APR. 4, 2022

(This area for official notarial seal)

`    ` **To Protect the Security of This Deed of Trust, Trustor Agrees:** By the execution and delivery of this Deed of Trust and the note secured hereby, that the provisions (1) to (14), inclusive, of the fictitious deed of trust recorded in Santa Barbara County and Sonoma County October 18, 1961, and in all other counties October 23, 1961, in the book and at the page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, viz.:

| County | Book | Page | County | Book | Page | County | Book | Page | County | Book | Page |
|--------|------|------|--------|------|------|--------|------|------|--------|------|------|
| Alameda | 435 | 684 | Kings | 792 | 833 | Placer | 895 | 301 | Sierra | 29 | 335 |
| Alpine | 1 | 250 | Lake | 362 | 39 | Plumas | 151 | 5 | Siskiyou | 468 | 181 |
| Amador | 104 | 34 | Lassen | 171 | 471 | Riverside | 3005 | 523 | Solano | 1105 | 182 |
| Butte | 1145 | 1 | Los Angeles | T2055 | 899 | Sacramento | 4331 | 62 | Sonoma | 1851 | 389 |
| Calaveras | 145 | 152 | Madera | 810 | 170 | San Benito | 271 | 383 | Stanislaus | 1715 | 456 |
| Colusa | 296 | 617 | Marin | 1508 | 339 | San Bernardino | 5567 | 61 | Sutter | 572 | 297 |
| Contra Costa | 3978 | 47 | Mariposa | 77 | 292 | San Francisco | A332 | 905 | Tehama | 401 | 289 |
| Del Norte | 78 | 414 | Mendocino | 579 | 530 | San Joaquin | 2470 | 311 | Trinity | 93 | 366 |
| Eldorado | 568 | 456 | Merced | 1547 | 538 | San Luis Obispo | 1151 | 12 | Tulare | 2294 | 275 |
| Fresno | 4626 | 572 | Modoc | 181 | 851 | San Mateo | 4078 | 420 | Tuolumne | 135 | 47 |
| Glenn | 422 | 184 | Mono | 52 | 429 | Santa Barbara | 1878 | 860 | Ventura | 2062 | 386 |
| Humboldt | 657 | 5327 | Monterey | 2194 | 538 | Santa Clara | 5336 | 341 | Yolo | 653 | 245 |
| Imperial | 1091 | 501 | Napa | 639 | 86 | Santa Cruz | 1431 | 494 | Yuba | 334 | 486 |
| Inyo | 147 | 598 | Nevada | 305 | 320 | Shasta | 684 | 528 | | | |
| Kern | 3427 | 60 | Orange | 5889 | 611 | San Diego | Series 2 Book 1961 | | | | |
| | | | | | | | Page 183887 | | | | |

(which provisions, identical in all counties are printed on the reverse hereof) are adopted and incorporated herein and made a part hereof as fully as though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties set forth in this Deed of Trust.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

---

DO NOT RECORD

## REQUEST FOR FULL RECONVEYANCE

To be used only when note has been paid

To: Investors Mortgage Funding Group Inc.   Trustee:          Dated: _____
`    ` P.O. BOX 2354    (760)310-4084
`    ` RANCHO SANTA FE, CA 92067

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully paid and satisfied; and you are hereby requested and directed, on payment to you any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness, secured by said Deed of Trust, delivered to you herewith together with said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

| MAIL RECONVEYANCE TO | |
|---|---|
| | |
| | |
| | |

Do not lose or destroy this Deed of Trust OR THE NOTE which it secures. Both must be delivered to the Trustee for cancellation before reconveyance will be made.

## DO NOT RECORD

The following is a copy of provisions (1) to (14), inclusive, of the fictitious deed of trust, recorded in each county of California, as stated in the foregoing Deed of Trust and incorporated by reference in said Deed of Trust as being a part thereof as if set forth at length therein.

**To Protect the Security of This Deed of Trust, Trustor Agrees:**

1.     To keep said property in good condition and repair; not to remove or demolish any building thereon; to complete or restore promptly and in good and workmanlike manner any building which may be constructed, damaged or destroyed thereon and to pay when due all claims for labor performed and material furnished therefor; to comply with all laws affecting said property or requiring any alterations or improvements to be made thereon; not to commit or permit waste thereof; not to commit, suffer or permit any act upon said property in violation of law; to cultivate, irrigate, fertilize, fumigate, prune and do all other acts which from the character or use of said property may be reasonably necessary, the specific enumerations herein not excluding the general.

2.     To provide, maintain and deliver to Beneficiary fire insurance satisfactory to and with loss payable to Beneficiary.  The amount collected under any fire or other insurance policy may be applied by Beneficiary upon any indebtedness secured hereby and in such order as Beneficiary may determine, or at option of Beneficiary the entire amount so collected or any part thereof may be released to Trustor.  Such application or release shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

3.     To appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; and to pay all costs and expenses, including cost of evidence of title and attorney's fees in a reasonable sum, in any such action or proceeding in which Beneficiary or Trustee may appear, and in any suit brought by Beneficiary to foreclose this Deed.

4.     To pay; at least ten days before delinquency all taxes and assessments affecting said property, including assessments on appurtenant water stock; when due, all encumbrances, charges and liens, with interest, on said property or any part thereof, which appear to be prior or superior hereto; all costs, fees and expenses of this Trust.

Should Trustor fail to make any payment or to do any act as herein provided, then Beneficiary or Trustee, but without obligation so to do and without notice to or demand upon Trustor and without releasing Trustor from any obligation hereof, may: make or do the same in such manner and to such extent as either may deem necessary to protect the security hereof, Beneficiary or Trustee being authorized to enter upon said property for such purpose; appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; pay, purchase, contest or compromise any encumbrance, charge or lien which in the judgment of either appears to be prior or superior hereto; and, in exercising any such powers, pay necessary expenses, employ counsel and pay his reasonable fees.

5.     To pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from date of expenditure at the amount allowed by law in effect at the date hereof, and to pay for any statement provided for by law in effect at the date hereof regarding the obligation secured hereby any amount demanded by the Beneficiary not to exceed the maximum allowed by law at the time when said statement is demanded.

6.     That any award of damages in connection with any condemnation for public use of or injury to said property or any part thereof is hereby assigned and shall be paid to Beneficiary who may apply or release such money(ies) received by him in the same manner and with the same effect as above provided for disposition of proceeds of fire or other insurance.

7.     That by accepting payment of any sum secured hereby its due date, Beneficiary does not waive his right either to require prompt payment when due of all other sums so secured or to declare default for failure so to pay.

8.     That at any time or from time to time, without liability therefor and without notice, upon written request of Beneficiary and presentation of this Deed and said note for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may: reconvey any part of said property; consent to the making of any map or plat thereof; join in granting any easement thereon; or join in any extension agreement or any agreement subordinating the lien or charge hereof.

9.     That upon written request of Beneficiary stating that all sums secured hereby have been paid, and upon surrender of this Deed and said note to Trustee for cancellation and retention and upon payment of its fees, Trustee shall reconvey, without warranty, the property then held hereunder.  The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof.  The grantee in such reconveyance may be described as "the person or persons legally entitled thereto." Five years after issuance of such full reconveyance, Trustee may destroy said note and this Deed (unless directed in such request to retain them).

10.     That as additional security, Trustor hereby gives to and confers upon Beneficiary the right, power and authority, during the continuance of these Trusts, to collect the rents, issues and profits of said property, reserving unto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect and retain such rents, issues and profits as they become due and payable.  Upon any such default, Beneficiary may at any time without notice, either in person, by agent, or by a receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured, enter upon and take possession of said property or any part thereof, in his own name sue for or otherwise collect such rents, issues and profits, including those past due and unpaid, and apply the same, less costs and expenses of operation and collection, including reasonable attorney's fees, upon any indebtedness secured hereby, and in such order as Beneficiary may determine.  The entering upon and taking possession of said property, the collection of such rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

11.     That upon default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property, which notice Trustee shall cause to be filed for record.  Beneficiary also shall deposit with Trustee this Deed, said note and all documents evidencing expenditures secured hereby.

After the lapse of such time as may then be required by law following the recordation of said notice of default, and notice of sale having been given as then required by law, Trustee, without demand on Trustor, shall sell said property at the time and place fixed by it in said notice of sale, either as a whole or in separate parcels, and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the United States, payable at time of sale.  Trustee may postpone sale of all or any portion of said property by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the preceding postponement.  Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty express or implied.  The recitals in such deed of any matters or facts shall be conclusive proof of the truthfulness thereof.  Any person, including Trustor, Trustee, or Beneficiary as hereinafter defined, may purchase at such sale.

After deducting all costs, fees and expenses of Trustee and of this trust, including cost of evidence of title in connection with sale, Trustee shall apply the proceeds of sale to payment of; all sums expended under the terms hereof not then repaid, with accrued interest at the amount allowed by law in  effect at the date hereof; all other sums then secured hereby; and the remainder, if any, to the person or persons legally entitled thereto.

12.     Beneficiary, or any successor in ownership of any indebtedness secured hereby, may from time to time, by instrument in writing, substitute a successor or successors to any Trustee named herein or acting hereunder, which instrument, executed by the Beneficiary and duly acknowledged and recorded in the office of the recorder of the county or counties where said property is situated, shall be conclusive proof of proper substitution of such successor Trustee or Trustees, who shall without conveyance from the Trustee predecessor, succeed to all its title, estate, rights, powers and duties.  Said instrument must contain the name of the original Trustor, Trustee and Beneficiary hereunder, the book and page where this Deed is recorded and the name and address of the new Trustee.

13.     That this Deed applies to, inures to, the benefit of, and binds all parties hereto, their heirs, legatees, devisees, administrators, executors, successors and assigns.  The term Beneficiary shall mean the owner and holder, including pledgees, of the note secured hereby whether, or not named as Beneficiary herein.  In this Deed, whenever the context so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

14.     That Trustee accepts this Trust when this Deed, duly executed and acknowledged, is made a public record as provided by law.  Trustee is not obligated to notify any party hereto of pending sale under any other Deed of Trust or of any action or proceeding in which Trustor, Beneficiary or Trustee shall be a party unless brought by Trustee.

# EXHIBIT 4

Recording Requested By Internal Revenue
Service. When recorded mail to:

INTERNAL REVENUE SERVICE
PO BOX 145595, STOP 8420G
CINCINNATI, OH 45250-5585

DOC# 2024-0322884

Nov 20, 2024 12:12 PM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $14.00  (SB2 Atkins: $0.00)

PAGES: 1

For Optional Use by Recording Office

| Form 668 (Y)(c)<br>(Rev. February 2004) | 4188 Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** |
|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #7<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br>504128824 |
|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer VILLA CHARDONNAY HORSES WITH WINGS
                 a Corporation

Residence      PO BOX 1000
               JULIAN, CA 92036-1000

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 941 | 09/30/2020 | XX-XXX6624 | 05/20/2024 | 06/19/2034 | 45964.37 |
| 941 | 12/31/2020 | XX-XXX6624 | 05/20/2024 | 06/19/2034 | 45964.37 |
| 941 | 03/31/2021 | XX-XXX6624 | 02/19/2024 | 03/21/2034 | 42542.97 |
| 941 | 06/30/2021 | XX-XXX6624 | 02/19/2024 | 03/21/2034 | 45712.68 |
| 941 | 09/30/2021 | XX-XXX6624 | 02/19/2024 | 03/21/2034 | 45083.31 |

Place of Filing

        COUNTY RECORDER
        SAN DIEGO COUNTY          Total | $        225267.70
        SAN DIEGO, CA 92101

This notice was prepared and signed at ____OAKLAND, CA____ , on this,
the ___28th__ day of __October__ , 2024.

| Signature<br><br>for C CARRILLO | Title<br>ACTING MANAGER<br>(619) 615-9052 | 27-06-2938 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

**Part 1 - Kept By Recording Office**

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

EXHIBIT 5

PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:

Labor Commissioner, State of
California

AND WHEN RECORDED MAIL TO:

Division of Labor Standards
Enforcement
Judgment Enforcement Unit
320 W. 4th Street, Ste. 450
Los Angeles, CA  90013

DOC#  2020-0664251

Oct 28, 2020   10:33 AM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $0.00   (SB2 Atkins: $0.00)

PAGES: 3

*THIS SPACE FOR RECORDER'S USE ONLY*

## CERTIFICATE OF LIEN

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

| Recording Requested by: | NO FEE PER LABOR CODE §101.5 |
|---|---|
| LABOR COMMISSIONER<br>Department of Industrial Relations<br>Division of Labor Standards Enforcement<br>STATE OF CALIFORNIA<br><br>and when recorded, mail to:<br><br>DIVISION OF LABOR STANDARDS ENFORCEMENT<br>Labor Commissioner's Office<br>Judgment Enforcement Unit<br>320 W. 4th Street, Ste 450<br>Los Angeles, CA 90013 | |
| **Benjamin Moreno,**<br>Claimant and Plaintiff<br><br>vs.<br><br>**Villa Chardonnay-Horses with Wings, a California<br>Corporation,**<br>Defendant(s)<br><br>State Claim No.: 09-60703 | **CERTIFICATE OF LIEN<br>LABOR CODE §98.2(g)(1)** |

TO WHOM IT MAY CONCERN:

The Labor Commissioner, Chief, Division of Labor Standards Enforcement, hereby certifies that

**Villa Chardonnay-Horses with Wings, a California Corporation**
owes wages, damages, and penalties in the amount of:

**$9,700.09** as ordered and awarded by the Labor Commissioner under Labor Code §98.1 which is now final.

Therefore, pursuant to Labor Code §98.2(g), the amount ordered and awarded, together with interest as provided by Labor Code §98.1(c) or otherwise allowed by law, shall be a lien in favor of the Claimant and Plaintiff identified in the caption above, against all interests in real property of

**Villa Chardonnay-Horses with Wings, a California Corporation**
**4554 Boulder Creek Rd., Julian CA 92036**

within the county in which this certificate is recorded for a period of ten (10) years from the date this certificate is recorded with the County Recorder.

LABOR COMMISSIONER, CHIEF
DIVISION OF LABOR STANDARDS ENFORCEMENT

By: _____
    Audrey Ong
    Industrial Relations Representative

Dated: 10/14/2020

WCA 95 (Rev. 11/14) Certificate of Lien - Labor Code §98.2(g)

Court Case No. <u>not applicable</u>                    DLSE Case No. <u>09-60703</u>

### *ACKNOWLEDGMENT*
*Labor Code section 92*
*Civil Code section 1189*

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California          )
                            )  ss.
County of Sacramento        )

On ___10\.4\20___ , before me, TAMARA PANIBRATETS, Management Services Technician, personally appeared AUDREY ONG, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,



TAMARA PANIBRATETS
Management Services Technician
Division of Labor Standards Enforcement
Department of Industrial Relations
State of California

EXHIBIT 6



PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:

Labor Commissioner, State of California

AND WHEN RECORDED MAIL TO:

Division of Labor Standards Enforcement
Judgment Enforcement Unit
320 W. 4th Street, Ste. 450
Los Angeles, CA 90013

# DOC# 2020-0664245

Oct 28, 2020  10:33 AM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $0.00  (SB2 Atkins: $0.00)

PAGES: 3

*THIS SPACE FOR RECORDER'S USE ONLY*

## CERTIFICATE OF LIEN

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25



PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:

Labor Commissioner, State of
California

AND WHEN RECORDED MAIL TO:

Division of Labor Standards
Enforcement
Judgment Enforcement Unit
320 W. 4th Street, Ste. 450
Los Angeles, CA 90013

# DOC# 2020-0664253

Oct 28, 2020  10:33 AM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $0.00  (SB2 Atkins: $0.00)

PAGES: 3

*THIS SPACE FOR RECORDER'S USE ONLY*

## CERTIFICATE OF LIEN

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

| | |
|---|---|
| Recording Requested by:<br><br>**LABOR COMMISSIONER**<br>Department of Industrial Relations<br>Division of Labor Standards Enforcement<br>STATE OF CALIFORNIA<br><br>and when recorded, mail to:<br><br>DIVISION OF LABOR STANDARDS ENFORCEMENT<br>Labor Commissioner's Office<br>Judgment Enforcement Unit<br>320 W. 4th Street, Ste 450<br>Los Angeles, CA 90013 | NO FEE PER LABOR CODE §101.5 |
| **Santos Figueroa,**<br>Claimant and Plaintiff<br><br>**vs.**<br><br>**Villa Chardonnay-Horses with Wings, a California**<br>**Corporation,**<br>Defendant(s)<br><br>State Claim No.: 09-60992 | **CERTIFICATE OF LIEN**<br>**LABOR CODE §98.2(g)(1)** |

TO WHOM IT MAY CONCERN:

The Labor Commissioner, Chief, Division of Labor Standards Enforcement, hereby certifies that

**Villa Chardonnay-Horses with Wings, a California Corporation**
owes wages, damages, and penalties in the amount of:

**$5,726.98** as ordered and awarded by the Labor Commissioner under Labor Code §98.1 which is now final.

Therefore, pursuant to Labor Code §98.2(g), the amount ordered and awarded, together with interest as provided by Labor Code §98.1(c) or otherwise allowed by law, shall be a lien in favor of the Claimant and Plaintiff identified in the caption above, against all interests in real property of

**Villa Chardonnay-Horses with Wings, a California Corporation**
**4554 Boulder Creek Rd., Julian CA 92036**

within the county in which this certificate is recorded for a period of ten (10) years from the date this certificate is recorded with the County Recorder.

LABOR COMMISSIONER, CHIEF
DIVISION OF LABOR STANDARDS ENFORCEMENT

By: _____
Audrey Ong
Industrial Relations Representative

Dated: 10|14|2020

WCA 95 (Rev. 11/14) Certificate of Lien - Labor Code §98.2(g)

Court Case No. <u>not applicable</u>                      DLSE Case No. <u>09-60992</u>

<u>***ACKNOWLEDGMENT***</u>
*Labor Code section 92*
*Civil Code section 1189*

---

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

---

State of California        )
                           )  ss.
County of Sacramento       )

On ___10|14|20___ , before me, TAMARA PANIBRATETS, Management Services
Technician, personally appeared AUDREY ONG, who proved to me on the basis of satisfactory
evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies),
and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that
the foregoing paragraph is true and correct.

WITNESS my hand and official seal,



_____
TAMARA PANIBRATETS
Management Services Technician
Division of Labor Standards Enforcement
Department of Industrial Relations
State of California

EXHIBIT 7



PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:

Labor Commissioner, State of
California

AND WHEN RECORDED MAIL TO:

Division of Labor Standards
Enforcement
Judgment Enforcement Unit
320 W. 4th Street, Ste. 450
Los Angeles, CA 90013

DOC# 2020-0664247

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

Oct 28, 2020  10:33 AM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $0.00  (SB2 Atkins: $0.00)

PAGES: 3

*THIS SPACE FOR RECORDER'S USE ONLY*

## CERTIFICATE OF LIEN
(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

| Recording Requested by:<br><br>**LABOR COMMISSIONER**<br>Department of Industrial Relations<br>Division of Labor Standards Enforcement<br>STATE OF CALIFORNIA<br><br>and when recorded, mail to:<br><br>DIVISION OF LABOR STANDARDS ENFORCEMENT<br>Labor Commissioner's Office<br>Judgment Enforcement Unit<br>320 W. 4th Street, Ste 450<br>Los Angeles, CA 90013 | NO FEE PER LABOR CODE §101.5 |
|---|---|
| **Santos Rodriguez,**<br>Claimant and Plaintiff<br><br>**vs.**<br><br>**Villa Chardonnay-Horses with Wings, a California Corporation,**<br>Defendant(s)<br><br>State Claim No.: 09-62183 | **CERTIFICATE OF LIEN**<br>**LABOR CODE §98.2(g)(1)** |

TO WHOM IT MAY CONCERN:

The Labor Commissioner, Chief, Division of Labor Standards Enforcement, hereby certifies that

**Villa Chardonnay-Horses with Wings, a California Corporation**
owes wages, damages, and penalties in the amount of:

**$46,343,67** as ordered and awarded by the Labor Commissioner under Labor Code §98.1 which is now final.

Therefore, pursuant to Labor Code §98.2(g), the amount ordered and awarded, together with interest as provided by Labor Code §98.1(c) or otherwise allowed by law, shall be a lien in favor of the Claimant and Plaintiff identified in the caption above, against all interests in real property of

**Villa Chardonnay-Horses with Wings, a California Corporation**
**4554 Boulder Creek Rd., Julian CA 92036**

within the county in which this certificate is recorded for a period of ten (10) years from the date this certificate is recorded with the County Recorder.

LABOR COMMISSIONER, CHIEF
DIVISION OF LABOR STANDARDS ENFORCEMENT

By: _____
     Audrey Ong
     Industrial Relations Representative

Dated: 10|14|2020

WCA 95 (Rev. 11/14) Certificate of Lien - Labor Code §98.2(g)

Court Case No. <u>not applicable</u>                          DLSE Case No. <u>09-62183</u>

### *ACKNOWLEDGMENT*
*Labor Code section 92*
*Civil Code section 1189*

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California          )
                             )  ss.
County of Sacramento         )

On ___10|14|20___, before me, TAMARA PANIBRATETS, Management Services
Technician, personally appeared AUDREY ONG, who proved to me on the basis of satisfactory
evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies),
and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that
the foregoing paragraph is true and correct.

WITNESS my hand and official seal,



_____
TAMARA PANIBRATETS
Management Services Technician
Division of Labor Standards Enforcement
Department of Industrial Relations
State of California

| Recording Requested by: | NO FEE PER LABOR CODE §101.5 |
| --- | --- |
| **LABOR COMMISSIONER**<br>Department of Industrial Relations<br>Division of Labor Standards Enforcement<br>STATE OF CALIFORNIA<br><br>and when recorded, mail to:<br><br>DIVISION OF LABOR STANDARDS ENFORCEMENT<br>Labor Commissioner's Office<br>Judgment Enforcement Unit<br>320 W. 4th Street, Ste 450<br>Los Angeles, CA 90013 | |
| **Elias Villafuerte-Rubio,**<br>Claimant and Plaintiff<br><br>**vs.**<br><br>**Villa Chardonnay-Horses with Wings, a California Corporation,**<br>Defendant(s)<br><br>State Claim No.: 09-62821 | **CERTIFICATE OF LIEN<br>LABOR CODE §98.2(g)(1)** |

TO WHOM IT MAY CONCERN:

The Labor Commissioner, Chief, Division of Labor Standards Enforcement, hereby certifies that

**Villa Chardonnay-Horses with Wings, a California Corporation**
owes wages, damages, and penalties in the amount of:

**$18,639.12** as ordered and awarded by the Labor Commissioner under Labor Code §98.1 which is now final.

Therefore, pursuant to Labor Code §98.2(g), the amount ordered and awarded, together with interest as provided by Labor Code §98.1(c) or otherwise allowed by law, shall be a lien in favor of the Claimant and Plaintiff identified in the caption above, against all interests in real property of

**Villa Chardonnay-Horses with Wings, a California Corporation**
**4554 Boulder Creek Rd., Julian CA 92036**

within the county in which this certificate is recorded for a period of ten (10) years from the date this certificate is recorded with the County Recorder.

LABOR COMMISSIONER, CHIEF
DIVISION OF LABOR STANDARDS ENFORCEMENT

By: _____
        Audrey Ong
        Industrial Relations Representative

Dated: 10\14\2020

WCA 95 (Rev. 11/14) Certificate of Lien - Labor Code §98.2(g)

Court Case No. not applicable

DLSE Case No. 09-62821

### *ACKNOWLEDGMENT*
*Labor Code section 92*
*Civil Code section 1189*

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California )
                    ) ss.
County of Sacramento )

On \_\_\_\_10|14|20\_\_\_\_ , before me, TAMARA PANIBRATETS, Management Services Technician, personally appeared AUDREY ONG, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,



TAMARA PANIBRATETS
Management Services Technician
Division of Labor Standards Enforcement
Department of Industrial Relations
State of California

EXHIBIT 8

X
ЗЯ

PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:

Labor Commissioner, State of
California

AND WHEN RECORDED MAIL TO:

Division of Labor Standards
Enforcement
Judgment Enforcement Unit
320 W. 4th Street, Ste. 450
Los Angeles, CA 90013

# DOC# 2020-0664249

Oct 28, 2020 10:33 AM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $0.00 (SB2 Atkins: $0.00)

PAGES: 3

*THIS SPACE FOR RECORDER'S USE ONLY*

## CERTIFICATE OF LIEN

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

| Recording Requested by:<br><br>**LABOR COMMISSIONER**<br>Department of Industrial Relations<br>Division of Labor Standards Enforcement<br>STATE OF CALIFORNIA<br><br>and when recorded, mail to:<br><br>DIVISION OF LABOR STANDARDS ENFORCEMENT<br>Labor Commissioner's Office<br>Judgment Enforcement Unit<br>320 W. 4th Street, Ste 450<br>Los Angeles, CA 90013 | NO FEE PER LABOR CODE §101.5 |
|---|---|
| **Raul Garcia,**<br>Claimant and Plaintiff<br><br>vs.<br><br>**Villa Chardonnay-Horses with Wings, a California Corporation,**<br>Defendant(s)<br><br>State Claim No.: 09-60704 | **CERTIFICATE OF LIEN**<br>**LABOR CODE §98.2(g)(1)** |

TO WHOM IT MAY CONCERN:

The Labor Commissioner, Chief, Division of Labor Standards Enforcement, hereby certifies that

**Villa Chardonnay-Horses with Wings, a California Corporation**
owes wages, damages, and penalties in the amount of:

**$12,914.66** as ordered and awarded by the Labor Commissioner under Labor Code §98.1 which is now final.

Therefore, pursuant to Labor Code §98.2(g), the amount ordered and awarded, together with interest as provided by Labor Code §98.1(c) or otherwise allowed by law, shall be a lien in favor of the Claimant and Plaintiff identified in the caption above, against all interests in real property of

**Villa Chardonnay-Horses with Wings, a California Corporation**
**4554 Boulder Creek Rd., Julian CA 92036**

within the county in which this certificate is recorded for a period of ten (10) years from the date this certificate is recorded with the County Recorder.

LABOR COMMISSIONER, CHIEF
DIVISION OF LABOR STANDARDS ENFORCEMENT

By: _____
    Audrey Ong
    Industrial Relations Representative

Dated: 10|14|2020

WCA 95 (Rev. 11/14) Certificate of Lien - Labor Code §98.2(g)

Court Case No. <u>not applicable</u>                  DLSE Case No. <u>09-60704</u>

***ACKNOWLEDGMENT***
*Labor Code section 92*
*Civil Code section 1189*

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of California      )
                          ) ss.
County of Sacramento   )

On   <u>10|14|20</u>  , before me, TAMARA PANIBRATETS, Management Services Technician, personally appeared AUDREY ONG, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,



TAMARA PANIBRATETS
Management Services Technician
Division of Labor Standards Enforcement
Department of Industrial Relations
State of California

# EXHIBIT 9

# EXHIBIT 10

DOC# 2022-0041797

Jan 27, 2022  04:46 PM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $266.00  (SB2 Atkins: $225.00)

PAGES: 9

**RECORDING REQUESTED BY AND
MAIL TO:**
U.S. SMALL BUSINESS
ADMINISTRATION
14925 Kingsport Road
Fort Worth, TX 76155-2243

VILLA CHARDONNAY-HORSES WITH
WINGS
Application: 3601029487 / EIDL 9255058204

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## DEED OF TRUST
### (Direct)

This Deed of Trust, made this **15th** day of **January, 2022,** by and between **VILLA CHARDONNAY-HORSES WITH WINGS, 4554 BOULDER CREEK RD, JULIAN, CA 92036** hereinafter referred to as "Trustor/Grantor", and **Susan Chang, whose address is Los Angeles District Office, 330 N. Grand Blvd., Suite 1200, Glendale, CA 91203** hereinafter referred to as "Trustee", and the Administrator of the U.S. Small Business Administration, an agency of the Government of the United States of America, hereinafter referred to as "Beneficiary", who maintains an office and place of business at **1545 Hawkins Blvd, Suite 202, El Paso, TX 79925-2652.**

WITNESSETH, that for and in consideration of $1.00 and other good and valuable consideration, receipt of which is hereby acknowledged, the Trustor/Grantor does hereby bargain, sell, grant, assign, and convey unto the Trustee, his successors and assigns, in trust, with power of sale, all of the following described property situated and being in the **County of SAN DIEGO, State of CALIFORNIA.**

**Assessor Parcel Number: 289-191-08-00, 289-191-09-00 AND 289-191-10-00
More commonly known as: 4554 BOULDER CREEK RD, JULIAN, CA 92036**

**Described in Exhibit "A" attached hereto and made a part hereof.**

Together with and including all buildings, all fixtures, including but not limited to all plumbing, heating, lighting, ventilating, refrigerating, incinerating, air conditioning apparatus, and elevators (the Trustor/Grantor hereby declaring that it is intended that the items herein enumerated shall be deemed to have been permanently installed as part of the realty), and all improvements now or hereafter existing thereon; the hereditaments and appurtenances and all other rights thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, and the rents, issues, and profits of the above described property. To have and to hold the same unto the Trustee, and the successors in interest of the Trustee for the purpose of securing:

(1) Payment of the indebtedness evidenced by a promissory note or notes in the principal sum of **$2,000,000.00** dated **January 15, 2022,** payable to Beneficiary, and any extensions or renewals thereof; (2) the payment of any money that may be advanced by the Beneficiary to Trustor/Grantor, or his successors, with interest thereon, evidenced by additional notes (indicating they are so secured) or by endorsement on the original note, executed by Trustor/Grantor or his successor; (3) performance of each agreement of Trustor/Grantor incorporated by reference or contained herein, (4) payment of any guarantee

Page 1

3601029487 / EIDL 9255058204

or guarantees of the above referenced promissory note or notes. The beneficial owner and holder of said note and of the indebtedness evidenced thereby is the Beneficiary.

In the event said property, or any part thereof, or any interest in it, or if it is agreed that it will be in any manner or way, whether voluntary, involuntary, by the operation of law or otherwise, be sold, conveyed, or hypothecated, all obligations secured by the Deed or Deeds irrespective of the maturity dates expressed in any Note or Notes, evidencing same, at the option of the Beneficiary, and without demand or notice, shall become due and payable. At any time or from time to time, without liability therefore and without notice, upon written request of Beneficiary and presentation of this Deed and said note for endorsement, and without effecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may: reconvey any part of said property; consent to the making of any map thereof; join in granting any easement thereon; or join in any agreement extending or subordinating the lien or charge hereof.

1.    This conveyance is made upon and subject to the further trust that the said Trustor/Grantor shall remain in quiet and peaceable possession of the above granted and described premises and take the rents, issues and profits thereof to his own use until default be made in any payment of an installment due on said note or in the performance of any of the covenants or conditions contained therein or in this Deed of Trust; and, also to secure the reimbursement of the Beneficiary or any other holder of said note, the Trustee or any substitute trustee of any and all costs and expenses incurred, including reasonable attorneys' fees, on account of any litigation which may arise with respect to this Trust or with respect to the indebtedness evidenced by said note, the protection and maintenance of the property hereinabove described or in obtaining possession of said property after any sale which may be made as hereinafter provided.

2.    Upon the full payment of the indebtedness evidenced by said note and the interest thereon, the payment of all other sums herein provided for, the repayment of all monies advanced or expended pursuant to said note or this instrument, and upon the payment of all other proper costs, charges, commissions, and expenses, the above described property shall be released and reconveyed to and at the cost of the Trustor/Grantor. The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof. The grantee in such reconveyance may be described as "the person or persons legally entitled thereto."

3.    Upon default in any of the covenants or conditions of this instrument or of the note or loan agreement secured hereby, the Beneficiary or his assigns may without notice and without regard to the adequacy of security for the indebtedness secured, either personally or by attorney or agent without bringing any action or proceeding, or by a receiver to be appointed by the court, enter upon and take possession of said property or any part thereof, and do any acts which Beneficiary deems proper to protect the security hereof, and either with or without taking possession of said property, collect and receive the rents, royalties, issues, and profits thereof, including rents accrued and unpaid, and apply the same, less costs of operation and collection, upon the indebtedness secured by this Deed of Trust, said rents, royalties, issues, and profits, being hereby assigned to Beneficiary as further security for the payment of such indebtedness. Exercise of rights under this paragraph shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice but shall be cumulative to any right and remedy to declare a default and to cause notice of default to be recorded as hereinafter provided, and cumulative to any other right and/or remedy hereunder, or provided by law, and may be exercised concurrently or independently. Expenses incurred by Beneficiary hereunder including reasonable attorneys' fees shall be secured hereby.

Page 2

3601029487 / EIDL 9255058204

4.    The Trustor/Grantor covenants and agrees that if he shall fail to pay said indebtedness, or any part thereof, when due, or shall fail to perform any covenant or agreement of this instrument or of the promissory note secured hereby, the entire indebtedness hereby secured shall immediately become due, payable, and collectible without notice, at the option of the Beneficiary or assigns, regardless of maturity, and the Beneficiary or assigns may enter upon said property and collect the rents and profits thereof. By accepting payment of any sum secured hereby after its due date, Beneficiary does not waive his right either to require payment when due of all other sums so secured or to declare default for failure so to pay.

Upon default by Trustor/Grantor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause said property to be sold, which notice Trustee shall cause to be duly filed for record. Beneficiary also shall deposit with Trustee this Deed, said note and all documents evidencing expenditures secured hereby. The undersigned Trustor/Grantor requests that a copy of any notice of default and any notice of sale hereunder be mailed to Trustor/Grantor at the address hereinabove set forth, being the address designated for the purpose of receiving such notice.

Trustee shall give notice of sale as then required by law, and without demand on Trustor/Grantor, at least three months having elapsed after recordation of such notice of default, shall sell said property at the time and place of sale fixed by it in said notice of sale, either as a whole or in separate parcels and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the United States, payable at time of sale. Trustee may postpone sale of all or any portion of said property by public announcement at such time and place of sale, and from time to time thereafter may postpone such sale by public announcement at the time fixed by the preceding postponement. Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty, expressed or implied. The recitals in such deed of any matters or facts shall be conclusive proof of the truthfulness thereof. Any person, including Trustor/Grantor, Trustee, or Beneficiary as hereinafter defined, may purchase at such sale.

5.    In the event of a sale as provided in paragraph 4, the Trustee shall be paid a fee by the Beneficiary in an amount as provided by state law, or if not provided by state law, in an amount that is deemed reasonable and shall be approved by the Beneficiary as to reasonableness. Said fee shall be in addition to the costs and expenses incurred by the Trustee in conducting such sale. The amount of such costs and expenses shall be deducted and paid from the sale's proceeds. It is further agreed that if said property shall be advertised for sale as herein provided and not sold, the Trustee shall be entitled to a reasonable fee, in an amount acceptable to the Beneficiary for the services so rendered. The Trustee shall also be reimbursed by the Beneficiary for all costs and expenses incurred in connection with the advertising of said property for sale if the sale is not consummated.

6.    The proceeds of any sale of said property in accordance with paragraph 4 shall be applied first to payment of fees, costs, and expenses of said sale, the expenses incurred by the Beneficiary for the purpose of protecting or maintaining said property and reasonable attorneys' fees; secondly, to payment of the indebtedness secured hereby; and thirdly, to pay any surplus or excess to the person or persons legally entitled thereto.

Page 3

3601029487 / EIDL 9255058204

    7.    In the event said property is sold pursuant to the authorization contained in this instrument or at a judicial foreclosure sale and the proceeds are not sufficient to pay the total indebtedness secured by this instrument and evidenced by said promissory note, the Beneficiary will be entitled to a deficiency judgment for the amount of the deficiency without regard to appraisement, the Trustor/Grantor having waived and assigned all rights of appraisement to the Trustee.

    8.    The Trustor/Grantor covenants and agrees as follows:

    *a.* He will promptly pay the indebtedness evidenced by said promissory note at the times and in the manner therein provided.

    *b.* He will pay, at least ten days before delinquency, all taxes, assessments, water rates, and other governmental or municipal charges, fines, or impositions, for which provision has not been made hereinbefore, and will promptly deliver the official receipts thereof to the Beneficiary.

    *c.* He will pay such expenses and fees as may be incurred in the protection and maintenance of said property, including the fees of any attorney employed by the Beneficiary for the collection of any or all of the indebtedness hereby secured, or such expenses and fees as may be incurred in any foreclosure sale by the Trustee, or court proceedings or in any other litigation or proceeding affecting said property, and attorneys' fees reasonably incurred in any other way.

    *d.* The rights created by this conveyance shall remain in full force and effect during any postponement or extension of the time of the payment of the indebtedness evidenced by said note or any part thereof secured hereby.

    *e.* He will continuously maintain hazard insurance of such type or types and in such amounts as the Beneficiary may from time to time require, on the improvements now or hereafter on said property, and will pay promptly when due any premiums therefor. All insurance shall be carried in companies acceptable to Beneficiary and the policies and renewals thereof shall be held by Beneficiary and have attached thereto loss payable clauses in favor of and in form acceptable to the Beneficiary. In the event of loss, Trustor/Grantor will give immediate notice in writing to Beneficiary and Beneficiary may make proof of loss if not made promptly by Trustor/Grantor, and each insurance company concerned is hereby authorized and directed to make payment for such loss directly to Beneficiary instead of to Trustor/Grantor and Beneficiary jointly, and the insurance proceeds, or any part thereof, may be applied by Beneficiary at its option either to the reduction of the indebtedness hereby secured or to the restoration or repair of the property damaged. In the event of a Trustee's sale or other transfer of title to said property in extinguishment of the indebtedness secured hereby, all right, title, and interest of the Trustor/Grantor in and to any insurance policies then in force shall pass at the option of the Beneficiary to the purchaser or Beneficiary.

    *f.* He will keep the said premises in as good order and condition as they are now and will not commit or permit any waste thereof, reasonable wear and tear excepted, and in the event of the failure of the Trustor/Grantor to keep the buildings on said premises and those to be erected on said premises, or improvements thereon, in good repair, the Beneficiary may make such repairs as in the Beneficiary's discretion it may deem necessary for the proper preservation thereof, and any

3601029487 / EIDL 9255058204

sums paid for such repairs shall bear interest from date of payment at the rate specified in the note, shall be due and payable on demand and shall be fully secured by this Deed of Trust.

g. He will not without the prior written consent of the Beneficiary voluntarily create or permit to be created against the property subject to this Deed of Trust any lien or liens inferior or superior to the lien of this Deed of Trust and further that he will keep and maintain the same free from the claim of all persons supplying labor or materials which will enter into the construction of any and all buildings now being erected or to be erected on said premises.

h. He will not rent or assign any part of the rent of said property or demolish, remove, or substantially alter any building without the written consent of the Beneficiary.

9. In the event the Trustor/Grantor fails to pay any Federal, state, or local tax assessment, income tax or other tax lien, charge, fee, or other expense charged to the property hereinabove described, the Beneficiary is hereby authorized to pay the same and any sum so paid by the Beneficiary shall be added to and become a part of the principal amount of the indebtedness evidenced by said promissory note. Trustor/Grantor shall pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from date of expenditure at an interest rate called for in the promissory note and to pay for any statement provided for by law regarding the obligations secured hereby in the amount demanded by Beneficiary, not exceeding the maximum amount permitted by law at the time of the request therefore. If the Trustor/Grantor shall pay and discharge the indebtedness evidenced by said promissory note, and shall pay such sums and shall discharge all taxes and liens and the costs, fees, and expenses of making, enforcing, and executing this Deed of Trust, then this Deed of Trust shall be canceled and surrendered.

10. The Trustor/Grantor covenants that he is lawfully seized and possessed of and has the right to sell and convey said property; that the same is free from all encumbrances except as hereinabove recited; and that he hereby binds himself and his successors in interest to warrant and defend the title aforesaid thereto and every part thereof against the lawful claims of all persons whomsoever.

11. For better security of the indebtedness hereby secured, the Trustor/Grantor, upon the request of the Beneficiary, its successors or assigns, shall execute and deliver a supplemental mortgage or mortgages covering any additions, improvements, or betterments made to the property hereinabove described and all property acquired after the date hereof (all in form satisfactory to Grantee). Furthermore, should Trustor/Grantor fail to cure any default in the payment of a prior or inferior encumbrance on the property described by this instrument, Trustor/Grantor hereby agrees to permit Beneficiary to cure such default, but Beneficiary is not obligated to do so; and such advances shall become part of the indebtedness secured by this instrument, subject to the same terms and conditions.

12. That all awards of damages in connection with any condemnation for public use of or injury to any of said property are hereby assigned and shall be paid to Beneficiary, who may apply the same to payment of the installments last due under said note, and the Beneficiary is hereby authorized, in the name of the Trustor/Grantor, to execute and deliver valid acquittances thereof and to appeal from any such award.

13. The irrevocable right to appoint a substitute trustee or trustees is hereby expressly granted to the Beneficiary, his successors or assigns, to be exercised at any time hereafter without notice and without specifying any reason therefor, by filing for record in the office where this instrument is recorded an instrument of appointment. The Trustor/Grantor and the Trustee herein named or that may hereinafter be

Page 5

3601029487 / EIDL 9255058204

substituted hereunder expressly waive notice of the exercise of this right as well as any requirement or application to any court for the removal, appointment or substitution of any trustee hereunder.

    14.  Notice of the exercise of any option granted herein to the Beneficiary or to the holder of the note secured hereby is not required to be given the Trustor/Grantor, the Trustor/Grantor having hereby waived such notice.

    15.  If more than one person joins in the execution of this instrument as Trustor/Grantor or if anyone so joined be of the feminine sex, the pronouns and relative words used herein shall be read as if written in the plural or feminine, respectively, and the term "Beneficiary" shall include any payee of the indebtedness hereby secured or any assignee or transferee thereof whether by operation of law or otherwise. The covenants herein contained shall bind and the rights herein granted or conveyed shall inure to the respective heirs, executors, administrators, successors, and assigns of the parties hereto.

    16.  In compliance with section 101.106 of the Rules and Regulations of the U.S. Small Business Administration [13 C.F.R. 101.106], this instrument is to be construed and enforced in accordance with applicable Federal law.

    17.  A judicial decree, order, or judgment holding any provision or portion of this instrument invalid or unenforceable shall not in any way impair or preclude the enforcement of the remaining provisions or portions of this instrument.

Page 6

3601029487 / EIDL 9255058204

IN WITNESS WHEREOF, the Trustor/Grantor has executed this instrument and the Trustee and Beneficiary have accepted the delivery of this instrument as of the day and year aforesaid.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA          )
COUNTY OF **SAN DiEGO**      )

On ___01 - 26 - 2022___, before me, **Douglas G. Stout**, personally appeared (Insert name and title of the officer)

MONICA KERBER PEREZ, OWNER/OFFICER, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

MAIL ANY NOTICE OF DEFAULT TO:
U.S. SMALL BUSINESS ADMINISTRATION
1545 Hawkins Blvd. Suite 202
El Paso, TX 79925-2652

VILLA CHARDONNAY-HORSES WITH WINGS

By: _____
MONICA       KERBER       PEREZ,
OWNER/OFFICER

**DOUGLAS G. STOUT**
Commission # 2348411
Notary Public - California
San Diego County
Comm. Expires FEBRUARY 22, 2025

Page 7

# ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of  SAN DIEGO                    )

On JANUARY 26. 2022 before me, Douglas G. Stout Notary Public
(insert name and title of the officer)

personally appeared    MONICA KERBER PEREZ
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

DOUGLAS G. STOUT
Commission # 2348411
Notary Public - California
San Diego County
Comm. Expires FEBRUARY 22, 2025

Signature  Douglas G. Stout                (Seal)

# EXHIBIT 11





**DOC# 2022-0233625**

Jun 02, 2022  12:39 PM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $0.00  (SB2 Atkins: $0.00)

PAGES: 2

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):
After recording, return to:
Daniela Conde SBN 297348
Department of Industrial Relations/State of California
Division of Labor Standards Enforcement
320 W. 4th St., Suite 600
Los Angeles, CA 90013
TEL NO.: 213-897-1511    FAX NO. (optional): 213-897-2877
E-MAIL ADDRESS (Optional): dconde@dir.ca.gov
[X] ATTORNEY [X] JUDGMENT    [ ] ASSIGNEE
FOR    CREDITOR    OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 30755-D Auld Road
MAILING ADDRESS: 30755-D Auld Road
CITY AND ZIP CODE: Murrieta 92563
BRANCH NAME: SOUTHWEST JUSTICE CENTER

FOR RECORDER'S USE ONLY

PLAINTIFF: California State Labor Commissioner, et al.

DEFENDANT: Villa Chardonnay-Horses with Wings, Inc., et al.

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | [ ] Amended |
|---|---|

CASE NUMBER: CVSW2104559

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      Villa Chardonnay-Horses with Wings, Inc., a California
      nonprofit corporation
      P.O. Box 1000
      Julian, CA 92036-10000
   b. Driver's license no. [last 4 digits] and state: [X] Unknown
   c. Social security no. [last 4 digits]: [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      California Secretary of State by Court Order, by serving Eric Anderson, Deputy, 1500 11th St., Sacramento, CA 95814

2. [X] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   California State Labor Commissioner
   320 W. 4th St., Suite 600, LA, CA 90013

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: May 25, 2022
Daniela Conde
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $43,517.49

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on (date): 04/15/2022
   b. Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

GC68150(g)

This abstract issued on (date): 05/27/2022

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: California State Labor Commissioner, et al. | COURT CASE NO. |
|---|---|
| DEFENDANT: Villa Chardonnay-Horses with Wings, Inc., et al. | CVSW2104559 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.     Name and last known address
Monika Kerber, an individual
P.O. Box 1000
Julian, CA 92036-1000

Driver's license no. [last 4 digits] and state:
1379887228 - Illinois   ☐ Unknown

Social security no. [last 4 digits]:  9392   ☐ Unknown

Summons was personally served at or mailed to (address):
Served by publication in The San Diego Union Tribune

17.     Name and last known address

Driver's license no. [last 4 digits] and state:
  ☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to (address):

18.     Name and last known address

Driver's license no. [last 4 digits] and state:
  ☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to (address):

19.     Name and last known address

Driver's license no. [last 4 digits] and state:
  ☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to (address):

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS:     330 W Broadway<br>MAILING ADDRESS:  330 W Broadway<br>CITY AND ZIP CODE:  San Diego CA 92101-3827<br>BRANCH NAME:      Central | |
| Short Title: THE ARK WATCH FOUNDATION vs Kerber [IMAGED] | |

| | CASE NUMBER: |
|---|---|
| **NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | 37-2020-00044666-CU-BC-CTL |

San Diego Superior Court has reviewed the electronic filing described below. The fee assessed for
processing and the filing status of each submitted document are also shown below.

### Electronic Filing Summary Data

| | |
|---|---|
| Electronically Submitted By: | Kevin Dwight |
| On Behalf of: | THE ARK WATCH FOUNDATION, RED BELL RUN FOUNDATION INC |
| Transaction Number: | 21382493 |
| Court Received Date: | 07/12/2022 |
| Filed Date: | 07/12/2022 |
| Filed Time: | 05:00 PM |
| Fee Amount Assessed: | $40.00 |
| Case Number: | 37-2020-00044666-CU-BC-CTL |
| Case Title: | THE ARK WATCH FOUNDATION vs Kerber [IMAGED] |
| Location: | Central |
| Case Type: | Breach of Contract/Warranty |
| Case Category: | Civil - Unlimited |
| Jurisdictional Amount: | > 25000 |

| Status | Documents Electronically Filed/Received |
|---|---|
| Accepted | Notice of Entry of Judgment |
| Accepted | Abstract of Judgment |

### Comments

**Clerk's Comments:**

### Electronic Filing Service Provider Information

| | |
|---|---|
| Service Provider: | LegalConnect |
| Email: | support@legalconnect.com |
| Contact Person: | LEGALCONNECT Support |
| Phone: | (800) 909-6859 |

---

07/13/2022               **NOTICE OF CONFIRMATION OF FILING**

EXHIBIT 12



PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:

Kevin P. Dwight (CA Bar No. 239476)
Catherine Rose Noble (CA Bar No. 334155)

AND WHEN RECORDED MAIL TO:

Manatt, Phelps & Phillips
One Embarcadero Center, 30th Flr,
San Francisco, CA 84111

DOC# . 2022-0298755

Jul 20, 2022  03:43 PM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $104.00   (SB2 Atkins: $75.00)

PAGES: 6

*THIS SPACE FOR RECORDER'S USE ONLY*

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number)*:<br>Recording requested by and return to:<br>Kevin P. Dwight (CA Bar No. 239476)<br>Catherine Rose Noble (CA Bar No. 334155)<br>Manatt, Phelps & Phillips<br>One Embarcadero Center, 30th Flr, San Francisco, CA<br>Tel: 415.291.7400<br>☒ ATTORNEY FOR  ☒ JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD | FOR RECORDER'S USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego 92101
BRANCH NAME: Central Division

| PLAINTIFF: The Ark Watch Foundation, et al.<br><br>DEFENDANT: Villa Chardonnay - Horses with Wings, et al. | CASE NUMBER:<br>37-2020-00044666-CU-BC-CTL |
|---|---|

| **ABSTRACT OF JUDGMENT—CIVIL<br>AND SMALL CLAIMS**    ☐ Amended | FOR COURT USE ONLY |
|---|---|

1. The ☒ judgment creditor ☐ assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address
   ⌐ Villa Chardonnay - Horses with Wings
   PO Box 1000, Julian, CA 92036

   ⌐ 4554 Boulder Creek Rd, Julian, CA 92036 ⌐

   b. Driver's license no. [last 4 digits] and state:    ☒ Unknown
   c. Social security no. [last 4 digits]:    ☒ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to *(name and address)*: N/A

Pursuant to Government Code § 68150(f), the document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. Government Code § 68150(g).

2. ☒ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   The Ark Watch Foundation
   106 East Portola Avenue, Los Altos, CA 94022

Date: July 12, 2022
Kevin P. Dwight
(TYPE OR PRINT NAME)

4. ☒ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

▶ _(SIGNATURE OF APPLICANT OR ATTORNEY)_

6. Total amount of judgment as entered or last renewed:
   $ 64,998.29
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: June 24, 2022
   b. Renewal entered on *(date)*:
9. ☐ This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date)*:
07/13/2022

10. ☐ An ☐ execution lien ☐ attachment lien is
    endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. ☒ not been ordered by the court.
    b. ☐ been ordered by the court effective until
       *(date)*:
12. a. ☒ I certify that this is a true and correct abstract of,
        the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached.
    Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2008]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: The Ark Watch Foundation, et al.,<br><br>DEFENDANT: Villa Chardonnay - Horses with Wings, et al., | CASE NUMBER:<br>37-2020-00044666-CU-BC-CTL |
|---|---|

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Red Bell Run Foundation, Inc.
329 Blackwood Road
Columbus, NC 28722

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.  Name and last known address

   Monika Kerber
   PO Box 1000, Julian, CA 92036
   4554 Boulder Creek Rd., Julian, CA 92036

Driver's license no. [last 4 digits]
and state:      ☒ Unknown

Social security no. [last 4 digits]: 9232   ☐ Unknown

Summons was personally served at or mailed to *(address):*

17.  Name and last known address

Driver's license no. [last 4 digits]
and state:      ☒ Unknown

Social security no. [last 4 digits]:   ☒ Unknown

Summons was personally served at or mailed to *(address):*

18.  Name and last known address

Driver's license no. [last 4 digits]
and state:      ☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.  Name and last known address

Driver's license no. [last 4 digits]
and state:      ☐ Unknown

Social security no. [last 4 digits]:   ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

| EJ-001 [Rev. January 1, 2008] | ABSTRACT OF JUDGMENT—CIVIL<br>AND SMALL CLAIMS | Page 2 of 2<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |
|---|---|---|

1                           **PROOF OF SERVICE**

2              I, Bridgette Miller-Phillips, declare as follows:

3              I am employed in San Francisco County, San Francisco, California. I am over the
   age of eighteen years and not a party to this action. My business address is MANATT, PHELPS
4  & PHILLIPS, LLP, One Embarcadero Center, 30th Floor, San Francisco, California 94111.

5              On **July 12, 2022,** I served the within:

6         ➤  **ABSTRACT OF JUDGMENT – CIVIL**

7  on the interested parties in this action addressed as follows:

8              Jill Ryther, Esq.
               Julie Kearns, Esq.
9              THE RYTHER LAW GROUP C/O JILL RYTHER
               5777 W. Century Blvd., #1110-2076
10             Los Angeles, CA 90045
               Tel:    310.751.4404
11
               Monika Kerber
12             c/o Mercedes Flores (*Authorized Representative*)
               PO Box 1000
13             Julian, CA 92036

14
               Ron Tavakoli, Esq.
15             **Ron Tavakoli Legal Center**
               3550 Bayside Walk, #202
16             San Diego, CA 92109
               Tel:    310.800.1797
17
               Villa Chardonnay – Horses with Wings
18             (c/o Monika Kerber and Mercedes Flores)
               4554 Boulder Creek Rd.
19             Julian, CA 92036

20
         ☒     **VIA USPS MAIL:** By placing such document(s) in a sealed envelope, with
21             postage thereon fully prepaid for first class mail, for collection and mailing at
               Manatt, Phelps & Phillips, LLP, San Francisco, California following ordinary
22             business practice. I am readily familiar with the practice at Manatt, Phelps &
               Phillips, LLP for collection and processing of correspondence for mailing with the
23             United States Postal Service, said practice being that in the ordinary course of
               business, correspondence is deposited in the United States Postal Service the same
24             day as it is placed for collection.

25

26

27

28

MANATT, PHELPS &                                    1
PHILLIPS, LLP
ATTORNEYS AT LAW                        PROOF OF SERVICE
SAN FRANCISCO

SAN DIEGO,CA                         Page 4 of 6              Printed on 8/29/2025 12:37:44 PM
Document: AJ 2022.298755

1         I declare under penalty of perjury under the laws of the State of California that the

2 foregoing is true and correct and that this declaration was executed on **July 12, 2022**, at Vallejo, California.

3

4                                       _____

5                                           Bridgett Miller-Phillips

6 401388803.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

**PROOF OF SERVICE**

# EXHIBIT 13

Recording Requested by    **EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):
After recording, return to:
Kevin P. Dwight (CA Bar No. 239476)
Catherine Rose Noble (CA Bar No. 334155)
Manatt, Phelps & Phillips, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
TEL NO.: 415-291-7400          FAX NO. (optional):
E-MAIL ADDRESS (Optional):
[X] ATTORNEY    [X] JUDGMENT        [ ] ASSIGNEE
    FOR             CREDITOR            OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego

STREET ADDRESS: 330 West Broadway

MAILING ADDRESS: 330 West Broadway

CITY AND ZIP CODE: San Diego 92101

BRANCH NAME: Central Division

| PLAINTIFF: The Ark Watch Foundation, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Villa Chardonnay - Horses with Wings, et al. | 37-2020-00044666-CU-BC-CTL |

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [X] Amended | FOR COURT USE ONLY |
|---|---|

**DOC#** 2023-0230116

Aug 23, 2023  04:09 PM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $95.00  (SB2 Atkins: $75.00)

PAGES: 3

FOR RECORDER'S USE ONLY

1. The [X] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.   Judgment debtor's
                Name and last known address
        ┌─────────────────────────────────────┐
        │ Villa Chardonnay - Horses with Wings │
        │ PO Box 1000, Julian, CA 92036        │
        │                                      │
        │ 4554 Boulder Creek Road, Julian, CA 92036 │
        └─────────────────────────────────────┘

Pursuant to Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. Government Code § 68150(g).

   b.   Driver's license no. [last 4 digits] and state:    [X] Unknown
   c.   Social security no. [last 4 digits]:               [X] Unknown
   d.   Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
        Villa Chardonnay - Horses with Wings
        4554 Boulder Creek Road, Julian, CA 92036

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address):
   The Ark Watch Foundation
   106 East Portola Avenue, Los Altos, CA 94022

Date: August 21, 2023
Kevin P. Dwight
_____
(TYPE OR PRINT NAME)

4. [X] Information on additional judgment creditors is shown on page 2.

5. [X] Original abstract recorded in this county:
       San Diego
   a. Date: 07/20/2022
   b. Instrument No.: 2022-0298755

       K-Dit
_____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $160,060.02

7. All judgment creditors and debtors are listed on this abstract.

8. a.  Judgment entered on (date): July 11, 2023
   b.  Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on (date):
08/22/2023

10. [ ] An [ ] execution lien [ ] attachment lien
        is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until
           (date):
12. a. [X] I certify that this is a true and correct abstract of
           the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Vaun Saud
Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF: The Ark Watch Foundation, et al. | COURT CASE NO.: |
|---|---|
| DEFENDANT: Villa Chardonnay - Horses with Wings, et al. | 37-2020-00044666-CU-BC-CTL |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Red Bell Run Foundation, Inc.
329 Blackwood Road
Columbus, NC 28722

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.      Name and last known address
Monika Kerber
PO Box 1000, Julian, CA 92036
4554 Boulder Creek Rd., Julian, CA 92036

Driver's license no. [last 4 digits] and state: ☒ Unknown

Social security no. [last 4 digits]: 9232    ☐ Unknown

Summons was personally served at or mailed to *(address):*
4554 Boulder Creek Road, Julian, CA 92036

17.      Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.      Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.      Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

## PROOF OF SERVICE

I, Leyna Duong, declare as follows:

I am employed in Orange County, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 695 Town Center Drive, 14th Floor, Costa Mesa, California 92626-1924. On the date listed below, I served the within document(s):

### ABSTRACT OF JUDGMENT – CIVIL AND SMALL CLAIMS

on the interested parties in this action addressed as follows:

Jill Ryther, Esq.
Julie Kearns, Esq.
**RYTHER LAW GROUP, LLP**
5777 W. Century Blvd., #1110-2076
Los Angeles, CA 90045
Tel:   310.751.4404
Email: jill@rytherlawgroup.com
julie@rytherlawgroup.com

Villa Chardonnay – Horses with Wings
4554 Boulder Creek Road
Julian, CA 92036.

Monika Kerber
4554 Boulder Creek Road
Julian, CA 92036.

Monika Kerber
c/o Mercedes Flores
PO Box 1000
Julian, CA 92036
Email: monika@villachardonnay.org

Villa Chardonnay
PO Box 1000
Julian, CA 92036
Email: monika@villachardonnay.org

☒  **(BY MAIL)** By placing such document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Manatt, Phelps & Phillips, LLP, Costa Mesa, California following ordinary business practice. I am readily familiar with the practice at Manatt, Phelps & Phillips, LLP for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☒  **(BY ELECTRONIC MAIL)** By transmitting such document(s) electronically from e-mail address, lduong@manatt.com at Manatt, Phelps & Phillips, LLP, Costa Mesa, California, to the person(s) at the electronic mail addresses listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 21, 2023** at Costa Mesa, California.

Leyna Duong

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

**PROOF OF SERVICE**

SAN DIEGO,CA                    Page 3 of 3                    Printed on 8/29/2025 12:37:45 PM
Document: AJ 2023.230116

EXHIBIT 14

**RECORDING REQUESTED BY**
LABOR COMMISSIONER
Department of Industrial Relations
Division of Labor Standards Enforcement
STATE OF CALIFORNIA
**WHEN RECORDED MAIL TO**

DIVISION OF LABOR STANDARDS
ENFORCEMENT
Labor Commissioner's Office
3737 Main St, Suite 850
Riverside, CA 92501

DOC# 2024-0109249

May 01, 2024   11:45 AM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $0.00   (SB2 Atkins: $0.00)

PAGES: 3

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

**TITLE(S)**

**CERTIFICATE OF LIEN, LABOR CODE §98.2(g)(1)**

| Recording Requested by: | NO FEE PER LABOR CODE §101 5 |
|---|---|
| LABOR COMMISSIONER<br>Department of Industrial Relations<br>Division of Labor Standards Enforcement<br>STATE OF CALIFORNIA<br><br>and when recorded, mail to<br><br>DIVISION OF LABOR STANDARDS ENFORCEMENT<br>Labor Commissioner's Office<br>Judgment Enforcement Unit<br>3737 Main St Suite 850<br>Riverside, CA 92501 | |
| **Andres Sandoval**<br>Plaintiff<br><br>vs.<br><br>**Villa Chardonnay Horses With Wings, a California Corporation**<br>Defendant(s)<br><br>State Claim No   CM-319457 | **CERTIFICATE OF LIEN<br>LABOR CODE §98.2(g)(1)** |

TO WHOM IT MAY CONCERN

The Labor Commissioner, Chief, Division of Labor Standards Enforcement, hereby certifies that

**Villa Chardonnay Horses With Wings, a California Corporation**

owes wages, damages, and penalties in the amount of $2,843 22 as ordered and awarded by the Labor Commissioner under Labor Code §98 1 which is now final

Therefore, pursuant to Labor Code §98 2(g), the amount ordered and awarded, together with interest as provided by Labor Code §98 1(c) or otherwise allowed by law, shall be a lien in favor of the Claimant and Plaintiff identified in the caption above, against all interests in real property of

**Villa Chardonnay Horses With Wings, a California Corporation**
**4554 Boulder Creek Rd.**
**Julian, CA 92036**

within the county in which this certificate is recorded for a period of ten (10) years from the date this certificate is recorded with the County Recorder

LABOR COMMISSIONER, CHIEF
DIVISION OF LABOR STANDARDS ENFORCEMENT

By _____

Deputy Labor Commissioner – Darren Neazer

Dated April 15, 2024

WCA 95 (Rev 11/14) Certificate of Lien - Labor Code §98 2(g)

Court Case No RIC1801160          DLSE Case No CM-319457

**_ACKNOWLEDGMENT_**
_Labor Code section 92_
_Civil Code section 1189_

> A notary public or other officer completing this certificate verifies
> only the identity of the individual who signed the document to
> which this certificate is attached, and not the truthfulness, accuracy,
> or validity of that document

State of California          )
                            )   ss.
County of Riverside    )

On 04/09/2024, before me, Darren Neazer, Deputy Labor Commissioner,
personally appeared Belinda Torres, who proved to me on the basis of satisfactory
evidence to be the person whose name is subscribed to the within instrument, and
acknowledged to me that he/she executed the same in his/her authorized capacity, and
that by his/her signature on the instrument, the person, or the entity upon behalf of which
the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California
that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,

Deputy Labor Commissioner
Division of Labor Standards Enforcement
Department of Industrial Relations
State of California

WCA 88 – Acknowledgment (Rev 1-15)

EXHIBIT 15



**RECORDING REQUESTED BY**
Rentto & Rentto Prof. Law Corp.

**WHEN RECORDED MAIL TO**
NAME  Robert L. Rentto
      David A. Rentto
MAILING  Rentto & Rentto Prof. Law Corp.
ADDRESS  3517 Camino del Rio South, Suite 412

CITY, STATE San Diego, California
ZIP CODE 92108

DOC#   2024-0056183

Mar 06, 2024   09:36 AM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $95.00   (SB2 Atkins: $75.00)

PAGES: 3

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# T I T L E(S)

ABSTRACT OF JUDGMENT

LS-201

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address and State Bar number): | FOR RECORDER'S USE ONLY |
|---|---|

After recording, return to:
Robert L. Rentto 42655    SBN:
Rentto & Rentto Prof. Law Corp.
3517 Camino del Rio South, Suite 412
San Diego, CA 92108
TEL NO.: (619)238-1002    FAX NO. (optional): (619)238-1052
E-MAIL ADDRESS (Optional): rentto@sbcglobal.net
[X] ATTORNEY  [X] JUDGMENT  [ ] ASSIGNEE
FOR         CREDITOR       OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: same
CITY AND ZIP CODE: San Diego, 92101
BRANCH NAME: Hall of Justice Courthouse

| PLAINTIFF: Waste Management Collection and Recycling, Inc. | CASE NUMBER |
|---|---|
| DEFENDANT: Monika Kerber, et al | 37-2022-00011815-CL-CL-CTL |

## ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    [ ] Amended

FOR COURT USE ONLY

Pursuant to Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. Government Code § 68150(g).

1. The [X] judgment creditor  [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's

   Name and last known address

   Monika Kerber aka Monika Kerber Perez
   4554 Boulder Creek Road
   Julian, CA 92036

   b. Driver's license no. [last 4 digits] and state:  [X] Unknown
   c. Social security no. [last 4 digits]:  [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
   Monika Kerber aka Monika Kerber Perez
   4554 Boulder Creek Road, Julian, CA 92036

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor (name and address):
   Waste Management Collection and Recycling, Inc., a California corporation c/o Rentto & Rentto, 3517 Camino del Rio South, Ste. 412, San Diego, CA 92108
   Date: February 2, 2024
   Robert L. Rentto
   (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ▶ [signature]
   (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 9,656.31

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on (date): 01/09/2024
   b. Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

[Superior Court of California County of San Diego seal]

This abstract issued on (date):
02/14/2024

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by  G. Lopez  , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190
Westlaw Doc & Form Builder®

| PLAINTIFF: Waste Management Collection and Recycling, Inc. | COURT CASE NO.: |
|---|---|
| DEFENDANT: Monika Kerber, et al | 37-2022-00011815-CL-CL-CTL |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Villa Chardonnay - Horses with Wings, a California Corporation
4554 Boulder Creek Road, Julian, CA 92036

Driver's license no. [last 4 digits] and state: ☒ Unknown

Social security no. [last 4 digits]: ☒ Unknown

Summons was personally served at or mailed to *(address):*

4554 Boulder Creek Road, Julian, CA 92036

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

4554 Boulder Creek Road Julian, CA  92036

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

4554 Boulder Creek Road Julian, CA  92036

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address):*

4554 Boulder Creek Road Julian, CA  92036

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

EXHIBIT 16

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Kevin P. Dwight (Bar No. CA 239476)
Tal Edelstein (Bar No. CA 346878)
Manatt, Phelps & Phillips LLP
One Embarcadero Center, 30th Floor
San Francisco, California 94111
TEL NO.: 415-291-7400    FAX NO. *(optional):* 415-291-7474
E-MAIL ADDRESS *(optional):* KDwight@manatt.com
[X] ATTORNEY  [X] JUDGMENT  [ ] ASSIGNEE
    FOR           CREDITOR       OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego 92101
BRANCH NAME: Hall of Justice

**DOC# 2024-0154506**

Jun 18, 2024  04:39 PM

OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $98.00  (SB2 Atkins: $75.00)

PAGES: 4

| PLAINTIFF: Celine Myers, et al. | CASE NUMBER: |
| DEFENDANT: Villa Chardonnay - Horses with Wings, et al. | 37-2023-00017739-CU-DF-CTL |

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS  [ ] Amended | *FOR COURT USE ONLY* |
|---|---|

FOR RECORDER'S USE ONLY

*FOR COURT USE ONLY*
Pursuant to Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. Government Code § 68150(g).

1. The [X] judgment creditor  [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      [Monika Kerber, 4554 Boulder Creek Rd., Julian, CA 92036]

   b. Driver's license no. [last 4 digits] and state: [X] Unknown
   c. Social security no. [last 4 digits]: 9232  [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      - Monika Kerber, 4554 Boulder Creek Rd., Julian, CA 92036
      - Villa Chardonnay - Horses with Wings, Attn: Mercedes Flores, PO Box 1000, Julian, CA 92036

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Celine Myers, 106 East Portola Ave., Los Altos, CA 94022

4. [X] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: May 28, 2024
Kevin P. Dwight
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $2,010,429.01

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):* May 24, 2024
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

10. [ ] An  [ ] execution lien  [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date):*
06/18/2024

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

**EJ-001**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
Kevin P. Dwight (Bar No. CA 239476)
Tal Edelstein (Bar No. CA 346878)
Manatt, Phelps & Phillips LLP
One Embarcadero Center, 30th Floor
San Francisco, California 94111
TEL NO.: 415-291-7400    FAX NO. *(optional):* 415-291-7474
E-MAIL ADDRESS *(Optional):* KDwight@manatt.com
[X] ATTORNEY  [X] JUDGMENT  [ ] ASSIGNEE
     FOR            CREDITOR        OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego 92101
BRANCH NAME: Hall of Justice

FOR RECORDER'S USE ONLY

| PLAINTIFF: Celine Myers, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT: Villa Chardonnay - Horses with Wings, et al. | 37-2023-00017739-CU-DF-CTL |

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS   [ ] Amended | FOR COURT USE ONLY |
|---|---|

1. The [X] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
           Name and last known address
   Monika Kerber, 4554 Boulder Creek Rd., Julian, CA 92036

   b. Driver's license no. [last 4 digits] and state:          [X] Unknown
   c. Social security no. [last 4 digits]:  9232                [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      - Monika Kerber, 4554 Boulder Creek Rd., Julian, CA 92036
      - Villa Chardonnay - Horses with Wings, Attn: Mercedes Flores, PO Box 1000, Julian, CA 92036

2. [X] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address):*
   Celine Myers, 106 East Portola Ave., Los Altos, CA 94022

4. [X] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: May 28, 2024
Kevin P. Dwight
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $2,010,429.01

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date):*  May 24, 2024
   b. Renewal entered on *(date):*

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*

10. [ ] An  [ ] execution lien  [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| PLAINTIFF:  Celine Myers, et al. | COURT CASE NO.: |
|---|---|
| DEFENDANT:  Villa Chardonnay - Horses with Wings, et al. | 37-2023-00017739-CU-DF-CTL |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
The Ark Watch Foundation, 106 East Portola Ave., Los
Altos, CA 94022

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.          Name and last known address
Villa Chardonnay - Horses with Wings, Attn: Mercedes
Flores, PO Box 1000, Julian, CA 92036

Driver's license no. [last 4 digits] and state:
☒ Unknown

Social security no. [last 4 digits]:          ☒ Unknown

Summons was personally served at or mailed to *(address):*
Villa Chardonnay - Horses with Wings, Attn: Mercedes
Flores, PO Box 1000, Julian, CA 92036

17.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address):*

18.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address):*

19.          Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown

Social security no. [last 4 digits]:          ☐ Unknown

Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Bridgette Miller, declare as follows: |
| 3 | I am employed in San Francisco County, San Francisco, California. I am over the |
| 4 | age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, One Embarcadero Center, 30th Floor, San Francisco, California 94111. |
| 5 | On **May 28, 2024**, I served the within: |
| 6 | ➢ **ABSTRACT OF JUDGMENT—CIVIL** |
| 7 | on the interested parties in this action addressed as follows: |

<table>
<tr><td>8</td><td>Monika Kerber</td><td><i>Defendants</i></td></tr>
<tr><td>9</td><td>4554 Boulder Creek Road<br>Julian, CA 92036</td><td>VILLA CHARDONNAY - HORSES<br>WITH WINGS AND MONIKA</td></tr>
<tr><td>10</td><td>Email: monika@villachardonnay.org</td><td>KERBER</td></tr>
<tr><td>11</td><td colspan="2">VILLA CHARDONNAY - HORSES WITH WINGS</td></tr>
<tr><td>12</td><td colspan="2">Attn: Mercedes Flores<br>PO Box 1000</td></tr>
<tr><td>13</td><td colspan="2">Julian, CA 92036</td></tr>
</table>

| | | |
|---|---|---|
| 14 | ☒ | **VIA E-MAIL:** By transmitting such document(s) electronically from my e-mail |
| 15 | | address at Manatt, Phelps & Phillips, LLP, San Francisco, California, to the person(s) at the electronic mail addresses listed above. The transmission was |
| 16 | | reported as complete and without error. |
| 17 | ☒ | **VIA USPS MAIL:** By placing such document(s) in a sealed envelope, with |
| 18 | | postage thereon fully prepaid for first class mail, for collection and mailing at Manatt, Phelps & Phillips, LLP, San Francisco, California following ordinary |
| 19 | | business practice. I am readily familiar with the practice at Manatt, Phelps & Phillips, LLP for collection and processing of correspondence for mailing with the |
| 20 | | United States Postal Service, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same |
| 21 | | day as it is placed for collection |
| 22 | I declare under penalty of perjury under the laws of the State of California that the |
| 23 | foregoing is true and correct and that this declaration was executed on **May 28, 2024**, at San Francisco, California. |
| 24 | |
| 25 | *Bridgette Miller*<br>Bridgette Miller |
| 26 | |
| 27 | |
| 28 | 402998092.1 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE

EXHIBIT 17



**RECORDING REQUESTED BY**
LABOR COMMISSIONER
Department of Industrial Relations
Division of Labor Standards Enforcement
STATE OF CALIFORNIA
**WHEN RECORDED MAIL TO**

DIVISION OF LABOR STANDARDS
ENFORCEMENT
Labor Commissioner's Office
3737Main St, Suite 850
Riverside, CA 92501

DOC# 2024-0109250

May 01, 2024  11:45 AM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $0.00  (SB2 Atkins: $0.00)

PAGES: 3

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

**TITLE(S)**

**CERTIFICATE OF LIEN, LABOR CODE §98.2(g)(1)**

| Recording Requested by: | NO FEE PER LABOR CODE §101 5 |
|---|---|
| **LABOR COMMISSIONER**<br>Department of Industrial Relations<br>Division of Labor Standards Enforcement<br>STATE OF CALIFORNIA<br><br>and when recorded, mail to<br><br>DIVISION OF LABOR STANDARDS ENFORCEMENT<br>Labor Commissioner's Office<br>Judgment Enforcement Unit<br>3737 Main St Suite 850<br>Riverside, CA 92501 | |

| **Rey Velazquez**<br>Plaintiff<br><br>vs.<br><br>**Villa Chardonnay Horses With Wings, a California<br>Corporation**<br>Defendant(s)<br><br>State Claim No  CM-318015 | **CERTIFICATE OF LIEN<br>LABOR CODE §98.2(g)(1)** |

TO WHOM IT MAY CONCERN

The Labor Commissioner, Chief, Division of Labor Standards Enforcement, hereby certifies that

**Villa Chardonnay Horses With Wings, a California Corporation**

owes wages, damages, and penalties in the amount of  $12,280.30 as ordered and awarded by the Labor
Commissioner under Labor Code §98.1 which is now final.

Therefore, pursuant to Labor Code §98 2(g), the amount ordered and awarded, together with interest as
provided by Labor Code §98 1(c) or otherwise allowed by law, shall be a lien in favor of the Claimant
and Plaintiff identified in the caption above, against all interests in real property of

**Villa Chardonnay Horses With Wings, a California Corporation<br>4554 Boulder Creek Rd.<br>Julian, CA 92036**

within the county in which this certificate is recorded for a period of ten (10) years from the date this
certificate is recorded with the County Recorder



LABOR COMMISSIONER, CHIEF
DIVISION OF LABOR STANDARDS ENFORCEMENT

By  _W N ca y_

Deputy Labor Commissioner – Darren Neazer

Dated April 15, 2024

WCA 95 (Rev  11/14) Certificate of Lien - Labor Code §98 2(g)

Court Case No. RIC1801147        DLSE Case No CM-318015

### ***ACKNOWLEDGMENT***
*· Labor Code section 92*
*Civil Code section 1189*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached. and not the truthfulness, accuracy, or validity of that document

State of California        )
                           )  ss.
County of Riverside    )

On 04/09/2024, before me, <u>Darren Neazer,</u> Deputy Labor Commissioner, personally appeared <u>Belinda Torres,</u> who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,

Deputy Labor Commissioner
Division of Labor Standards Enforcement
Department of Industrial Relations
State of California

WCA 88 – Acknowledgment (Rev 1-15)

EXHIBIT 18

PLEASE COMPLETE THIS INFORMATION.

3

RECORDING REQUESTED BY:
Ben W. Pourcho, Esq.

AND WHEN RECORDED MAIL TO:
Pourcho Law Group, PC
2618 San Miguel Drive, Suite 410
Newport Beach, CA 92660

DOC# 2024-0258078

Sep 25, 2024   09:23 AM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $95.00   (SB2 Atkins: $75.00)

PAGES: 3

*THIS SPACE FOR RECORDER'S USE ONLY*

## Abstract of Judgment
(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number): | |
|---|---|
| After recording, return to:<br>Ben W. Pourcho, Esq.<br>POURCHO LAW GROUP<br>2618 San Miguel Drive, #410<br>Newport Beach, CA 92660 | |

TEL NO.: (949) 540-3679   FAX NO. (optional): (855) 531-0059

E-MAIL ADDRESS (Optional):

[ X ] ATTORNEY  [ X ] JUDGMENT     [ ] ASSIGNER
FOR             CREDITOR              OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

STREET ADDRESS: 275 Magnolia

MAILING ADDRESS:

CITY AND ZIP CODE: Long Beach 90802

BRANCH NAME: South Judicial District

FOR RECORDER'S USE ONLY

| PLAINTIFF: Darlene Sears | CASE NUMBER: |
|---|---|
| DEFENDANT: Villa Chardonnay - Horses With Wings | 24LBCV01051 |

| **ABSTRACT OF JUDGMENT—CIVIL**<br>**AND SMALL CLAIMS**    [ ] Amended | FOR COURT USE ONLY |
|---|---|

1. The [ X ] judgment creditor  [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a.  Judgment debtor's
       Name and last known address
       Villa Chardonnay - Horses With Wings, a California Non-
       Profit Corporation
       4564 Boulder Creek Road
       Julian, CA 92036

   b.  Driver's license no. [last 4 digits] and state:    [ X ] Unknown
   c.  Social security no. [last 4 digits]:               [ X ] Unknown
   d.  Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

       Villa Chardonnay - Horses With Wings, a California Non-Profit Corporation, 2224 Main Street, Julian, CA 92036.

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   Darlene Sears, an individual
   2420 Gondar Avenue, Long Beach, CA 90815

Date: 9/16/24

Ben W. Pourcho, Esq.
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a.  Date:
   b.  Instrument No.:

▶ (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $64,642.32

7. All judgment creditors and debtors are listed on this abstract.

8. a.  Judgment entered on (date):  July 30, 2024
   b.  Renewal entered on (date):

9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on (date):
09/19/2024

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a.  Amount: $
    b.  In favor of (name and address):

11. A stay of enforcement has
    a. [ X ] not been ordered by the court.
    b. [ ] been ordered by the court effective until
           (date):

12. a. [ X ] I certify that this is a true and correct abstract of
            the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.
    David W. Slayton, Executive Officer/Clerk of Court

Clerk, by   J. Ballesteros  , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL**
**AND SMALL CLAIMS**

Page 1 of 2

Code of Civil Procedure, §§ 488.480,
674, 700.190

| PLAINTIFF: Darlene Sears | COURT CASE NO.: |
| DEFENDANT: Villa Chardonnay - Horses With Wings | 24LBCV01051 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.　　　Name and last known address

17.　　　Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to (address):

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to (address):

18.　　　Name and last known address

19.　　　Name and last known address

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to (address):

Driver's license no. [last 4 digits] and state:
☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to (address):

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2