Order Entered on
January 23, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor. | BANKRUPTCY NO.   25-04245-JBM11<br>Date of Hearing:   January 27, 2026<br>Time of Hearing:   3:00 p.m.<br>Name of Judge:   J. Barrett Marum |

### ORDER 1) ON STIPULATION BETWEEN THE CALIFORNIA ATTORNEY GENERAL'S OFFICE AND VILLA CHARDONNAY HORSES WITH WINGS, INC., FOR THE USE OF ESTATE FUNDS AND 2) SETTING CERTAIN CREDITORS' EMERGENCY MOTION FOR HEARING

Related Motion/Order Docket Entry Nos. <u>63, 64</u>

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through two (2).

DATED:   January 23, 2026

Judge, United States Bankruptcy Court

The Debtor, a California public benefit corporation holding charitable assets, operates an animal sanctuary. The sanctuary's current animal population includes approximately 300 horses, 300 cats, and various other animals.

The Debtor's registration with the Attorney General's Registry of Charities and Fundraisers (the "Registry") has been suspended since January 2024. Pursuant to 11 C.C.R. section 312, the Debtor is thus not in "good standing" with the Registry and therefore may not "operate or solicit for charitable purposes in California." Pursuant to 11 C.C.R. section 345(b), "[a] registrant that has been suspended or revoked may not distribute or expend any charitable assets or assets subject to a charitable trust without the written approval of the Attorney General."

The Debtor and the Attorney General have agreed to a resolution of the above matter. In addition, certain creditors have filed an Emergency Motion to appoint a Chapter 11 Trustee (ECF No. 63). Accordingly, the Court **ORDERS AS FOLLOWS**:

1. Debtor is allowed, through January 30, 2026, to use estate funds to feed and care for the animals currently in the Debtor's possession. Debtor may distribute or expend cash and cash-equivalent assets of the estate, solely to pay for feed, nutritional supplements, blankets, and veterinary care for the animals. All such spending must be documented with receipts, copies of which shall be received by the Attorney General each Monday by 5 p.m. No assets may be used for any other purpose, including for the benefit of the Debtor's manager or other individuals affiliated with the Debtor (e.g., employees or volunteers) or for the maintenance of any residential structure on the Debtor's property.

2. The Debtor may accept donations, in cash or in kind, to be used for the above-described purposes, exclusively to fund spending as described above. The terms of this order shall expire at midnight on January 30, 2026, unless extended by further order of the Court.

3. The Court sets the Emergency Motion to appoint a Chapter 11 Trustee (ECF No. 63) for hearing on January 27, 2026, at 3:00 p.m. The Court will take up the Debtor's and the Attorney General's agreement that a Chapter 11 trustee be appointed in this bankruptcy case in conjunction with that Emergency Motion.

**IT IS SO ORDERED.**

Signed by Judge J Barrett Marum January 23, 2026

United States Bankruptcy Court
Southern District of California

| | |
|---|---|
| In re: | Case No. 25-04245-JBM |
| Villa Chardonnay Horses With Wings, Inc. | Chapter 11 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 2 |
| Date Rcvd: Jan 23, 2026 | Form ID: pdfO1 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000 |
| cr | + | Dale Fullerton, 30002 Chihuahua Valley, Warner Springs, CA 92086-9280 |
| cr | | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |
| cr | + | Margie Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2026           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Creditor Darlene Sears bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs Celine Myers cgrumer@manatt.com |
| Haeji Hong | on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov |

| District/off: 0974-3 | User: Admin. | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 23, 2026 | Form ID: pdfO1 | Total Noticed: 4 |

| | | |
|---|---|---|
| Meredith King | on behalf of Creditor Private Mortgage Lending Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law | |
| Meredith King | on behalf of Creditor River Falls LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law | |
| Meredith King | on behalf of Creditor The Armbrust Living Trust mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law | |
| Michael R Totaro | on behalf of Debtor Villa Chardonnay Horses With Wings Inc. Ocbkatty@aol.com | |
| Shelby Poteet | on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law  ssanchez@fsl.law;jwilson@fsl.law | |
| Shelby Poteet | on behalf of Creditor Private Mortgage Lending Inc. spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law | |
| Shelby Poteet | on behalf of Creditor River Falls LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law | |
| United States Trustee | ustp.region15@usdoj.gov | |

TOTAL: 12