HAEJI HONG, ATTORNEY #198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 Front Street, Suite 3230
San Diego, CA 92101
(619) 557-5013

Attorneys for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.<br><br>Debtor-in-Possession. | Case No.: 25-04245-JBM11<br><br>ACTING UNITED STATES TRUSTEE'S **EMERGENCY** MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LBR 9013-9 DUE TO DEBTOR'S INABILITY TO OPERATE<br><br>Date: Ex parte<br>Time: Ex parte<br>Dept: Two (2)<br>Judge: Hon. J. Barrett Marum |

Tiffany L. Carroll, the Acting United States Trustee for Region 15 ("UST" or "United States Trustee"), respectfully requests that this court enter an order dismissing the case pursuant to 11 U.S.C. § 1112(b) and Local Bankruptcy Rule ("LBR") 9013-9 based on the debtor's inability to operate.

## FACTUAL BACKGROUND

1. Villa Chardonnay Horses With Wings, Inc., the Debtor-in-Possession ("Debtor") filed voluntary chapter 11 petition for relief on October 14, 2025. *See* Docket No. 1.[1]

2. The Debtor indicated that it is a tax-exempt entity on the petition. *See* Docket No. 1.

3. However, the Debtor's status as charitable corporation is "suspended" according to the State of California, Office of the Attorney General. Attached

---

[1] The United States Trustee requests the Court to take judicial notice of pleadings filed in this case pursuant to Federal Rule of Evidence, 201.

VILLA CHARDONNAY 25-04245-JBM11
EMERGENCY MOTION TO DISMISS

1

hereto as **Exhibit 1** is a true and correct copy of the Registrant Detail of the Debtor from the State of California, Department of Justice, Office of the Attorney General ("CA AG") as of January 26, 2026.

4. The Registrant Detail, attached as **Exhibit 1**, reflects that the filings for 2023 and 2024 are currently missing.

5. The Debtor filed a stipulation with the CA AG for use of estate funds to feed animals through January 30, 2026. *See* Docket No. 64.

6. On January 8, 2026, the undersigned had requested that the Debtor cure its suspension status with the CA AG by January 21, 2026. *See* Declaration of Haeji Hong in Support of Acting United States Trustee' Motion to Dismiss Pursuant to 11 U.S.C. § 1112(b) and LBR 9013-9 Due to Debtor's Inability to Operate ("Hong Decl.") and email dated January 8, 2026 attached as **Exhibit 1** to Hong Decl.

7. Yet, the Debtor's status is still reflected as suspended with CA AG.

8. Telephonic notice of this Emergency Motion has been provided to the Debtor and interested parties consistent with LBR 9013-9. *See* Declaration of Jason Cha in Support of Acting United States Trustee' Motion to Dismiss Pursuant to 11 U.S.C. § 1112(b) and LBR 9013-9 Due to Debtor's Inability to Operate.

## ARGUMENT

Section 1112(b)[2] dictates that, except as provided in §§ 1112(b)(2), 1112(c), and 1104(a), the court shall, upon a showing of "cause," dismiss or convert a case to one under chapter 7, whichever is in the best interest of creditors and the estate. 11 U.S.C. § 1112(b)(1). The enumerated list of possible causes in 11 U.S.C. § 1112(b)(4) is not exhaustive, and the court can consider other factors to reach an appropriate result. *In re Consol. Pioneer Mortgage Entities*, 248 B.R. 368, 375 (9th Cir. BAP 2000). In this case, there is cause to dismiss the case based on lack

---

[2] Unless otherwise noted, all section references are to the Bankruptcy Code 11 U.S.C. § 101 et al, and all rule references are to the Federal Rules of Bankruptcy Procedure.

VILLA CHARDONNAY 25-04245-JBM11
EMERGENCY MOTION TO DISMISS

2

of proof of insurance and lack of counsel representing the Debtor.

This Debtor cannot operate in this bankruptcy case in suspended status with the CA AG.  Suspended status prevents the Debtor from soliciting donation or disbursing any funds.  11 CCR §312, states:

> A person or entity subject to the registration requirements of the Act must be registered and in good standing with the Registry of Charities and Fundraisers to operate or solicit for charitable purposes in California. A registration that is delinquent, suspended or revoked is not in good standing, and is prohibited from engaging in conduct for which registration is required including, but not limited to solicitation for charitable purposes.

Furthermore, 11 CCR §345(b) states that "[a] registrant that has been suspended … may not distribute or expend any charitable assets or assets subject to a charitable trust without the written approval of the Attorney General."

While the Debtor has obtained a temporary, and very short, reprieve on spending money with CA AG, it is limited to solely feeding animals through January 30, 2026.  While this bankruptcy case is pending, there are other fees to be paid such as insurance premiums, fees for professionals, utility fees for the property, UST quarterly fees, etc.  And while the Debtor is not legally allowed to solicit donation and spend money in its suspended status, it is questionable whether any plan proposed by the Debtor would be "not by any means forbidden by law" as required by 11 U.S.C. § 1129(a)(3).

The Debtor had sufficient time to cure its suspension status but is still reflected as suspended in CA AG's registry, and the debtor's current short-term agreement with the CA AG lapses on January 30, 2026 and leaves the estate in a crisis that cannot be fixed by the appointment of a chapter 11 trustee.  Because the Debtor cannot operate legally, cause exists to immediately dismiss this case.

///

///

///

///

VILLA CHARDONNAY 25-04245-JBM11
EMERGENCY MOTION TO DISMISS

3

## **CONCLUSION**

Cause exists to dismiss this case on exigent basis. Therefore, the United States Trustee requests that the Court dismiss the case immediately.

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Date: January 26, 2026         By: /s/ Haeji Hong
                                   Haeji Hong
                                   Attorney for the Acting United States Trustee

# Exhibit 1

| HOME | ABOUT | MEDIA | CAREERS | REGULATIONS | RESOURCES | PROGRAMS | CONTACT |

## Registrant Details
Entity type: Corporate Class as registered with the Secretary of State or based on founding & registration documents.

| | | | |
|---|---|---|---|
| Organization Name: | VILLA CHARDONNAY-HORSES WITH WINGS | IRS FEIN: | 270666624 |
| Entity Type: | Charitable or nonprofit corporation | SOS/FTB Corporate/Organization Number: | 3119436 |
| **Registry Status:** | **Suspended** | **Renewal Due/Exp. Date:** | **5/15/2021** |
| RCT Registration Number: | CT0261810 | Issue Date: | 1/7/2019 |
| Record Type: | Charity Registration | Effective Date: | 1/7/2019 |
| Date of Last Renewal: | | DBA: | |

## Mailing Address

| | |
|---|---|
| Street: | P.O. BOX 890130 |
| Street Line 2: | |
| City, State Zip: | TEMECULA CA 92589 |

## Filings & Correspondence

| | |
|---|---|
| Miscellaneous Documents | Return envelope - PO BOX 890130 |
| Miscellaneous Documents | RETURN ENVELOPE - P.O. BOX 890130 |
| Miscellaneous Documents | Return Envelope - P.O. Box 890130 |
| Miscellaneous Documents | Return Envelope - 4554 Boulder Flores |
| CT-453 Suspension | PO BOX 1000 |
| CT-453 Suspension | P.O. BOX 890130 |
| Legacy Document | First Notice to Register - First Notice to Register |
| Legacy Document | First Notice to Register - First Notice to Register |
| CT-453 Suspension | 4554 BOULDER CREEK RD |
| IRS Form 990 Series | 2024 |
| IRS Form 990 Series | 2023 |
| IRS Form 990 Series | 2022 |
| Form RRF-1 | 2022 |
| IRS Form 990 Series | 2021 |
| Form RRF-1 | 2021 |
| Form RRF-1 | 2020 |
| IRS Form 990 Series | 2020 |
| Renewal Filing | 2019 |
| Renewal Filing | 2018 |
| IRS Form 990 Series | 2017 |
| Form RRF-1 | 2017 |
| IRS Form 990 Series | 2016 |

| | |
|---|---|
| Form RRF-1 | 2016 |
| IRS Form 990 Series | 2015 |
| Form RRF-1 | 2015 |
| IRS Form 990 Series | 2014 |
| Form RRF-1 | 2014 |
| IRS Form 990 Series | 2013 |
| Form RRF-1 | 2013 |
| IRS Form 990 Series | 2012 |
| Form RRF-1 | 2012 |
| Legacy Document | - CT-547A Incomplete IRS Form 990 |
| CT-470A Confirmation of Registration | Click on Document Type at the left to open PDF |
| CT-451C 1st Delinquency Notice | Click on Document Type at the left to open PDF |
| Founding Documents | Click on Document Type at the left to open PDF |
| RCT-451-S Delinquency Notice - 1st | Click on Document Type at the left to open PDF |

## Annual Renewal Data

| | |
|---|---|
| **Status of Filing:**<br>**Accounting Period Begin Date:**<br>**Accounting Period End Date:**<br>**Filing Received Date:**<br>**Form RRF-1 Reject/Incomplete Reason:**<br>**Form CT-TR-1 Reject/Incomplete Reason:**<br>**IRS Form 990 Reject/Incomplete Reason:**<br>**Notes From Registry Staff:** | Accepted<br>1/1/2012<br>12/31/2012<br>2/15/2019 |
| **Status of Filing:**<br>**Accounting Period Begin Date:**<br>**Accounting Period End Date:**<br>**Filing Received Date:**<br>**Form RRF-1 Reject/Incomplete Reason:**<br>**Form CT-TR-1 Reject/Incomplete Reason:**<br>**IRS Form 990 Reject/Incomplete Reason:**<br>**Notes From Registry Staff:** | Accepted<br>1/1/2013<br>12/31/2013<br>2/15/2019 |
| **Status of Filing:**<br>**Accounting Period Begin Date:**<br>**Accounting Period End Date:**<br>**Filing Received Date:**<br>**Form RRF-1 Reject/Incomplete Reason:**<br>**Form CT-TR-1 Reject/Incomplete Reason:**<br>**IRS Form 990 Reject/Incomplete Reason:**<br>**Notes From Registry Staff:** | Accepted<br>1/1/2014<br>12/31/2014<br>2/15/2019 |
| **Status of Filing:**<br>**Accounting Period Begin Date:**<br>**Accounting Period End Date:**<br>**Filing Received Date:**<br>**Form RRF-1 Reject/Incomplete Reason:**<br>**Form CT-TR-1 Reject/Incomplete Reason:**<br>**IRS Form 990 Reject/Incomplete Reason:**<br>**Notes From Registry Staff:** | Accepted<br>1/1/2015<br>12/31/2015<br>2/15/2019 |
| **Status of Filing:**<br>**Accounting Period Begin Date:** | Accepted<br>1/1/2016 |

| | |
|---|---|
| **Accounting Period End Date:** | 12/31/2016 |
| **Filing Received Date:** | 2/15/2019 |
| **Form RRF-1 Reject/Incomplete Reason:** | |
| **Form CT-TR-1 Reject/Incomplete Reason:** | |
| **IRS Form 990 Reject/Incomplete Reason:** | |
| **Notes From Registry Staff:** | |
| **Status of Filing:** | Accepted |
| **Accounting Period Begin Date:** | 1/1/2017 |
| **Accounting Period End Date:** | 12/31/2017 |
| **Filing Received Date:** | 2/15/2019 |
| **Form RRF-1 Reject/Incomplete Reason:** | |
| **Form CT-TR-1 Reject/Incomplete Reason:** | |
| **IRS Form 990 Reject/Incomplete Reason:** | |
| **Notes From Registry Staff:** | |
| **Status of Filing:** | Accepted |
| **Accounting Period Begin Date:** | 1/1/2018 |
| **Accounting Period End Date:** | 12/31/2018 |
| **Filing Received Date:** | 9/10/2019 |
| **Form RRF-1 Reject/Incomplete Reason:** | |
| **Form CT-TR-1 Reject/Incomplete Reason:** | |
| **IRS Form 990 Reject/Incomplete Reason:** | |
| **Notes From Registry Staff:** | |
| **Status of Filing:** | Accepted |
| **Accounting Period Begin Date:** | 1/1/2019 |
| **Accounting Period End Date:** | 12/31/2019 |
| **Filing Received Date:** | 5/10/2021 |
| **Form RRF-1 Reject/Incomplete Reason:** | |
| **Form CT-TR-1 Reject/Incomplete Reason:** | |
| **IRS Form 990 Reject/Incomplete Reason:** | |
| **Notes From Registry Staff:** | |
| **Status of Filing:** | Accepted |
| **Accounting Period Begin Date:** | 1/1/2020 |
| **Accounting Period End Date:** | 12/31/2020 |
| **Filing Received Date:** | 11/15/2021 |
| **Form RRF-1 Reject/Incomplete Reason:** | Resubmission/Correction Accepted |
| **Form CT-TR-1 Reject/Incomplete Reason:** | |
| **IRS Form 990 Reject/Incomplete Reason:** | Resubmission/Correction Accepted |
| **Notes From Registry Staff:** | |
| **Status of Filing:** | Accepted |
| **Accounting Period Begin Date:** | 1/1/2021 |
| **Accounting Period End Date:** | 12/31/2021 |
| **Filing Received Date:** | 11/20/2023 |
| **Form RRF-1 Reject/Incomplete Reason:** | Resubmission/Correction Accepted |
| **Form CT-TR-1 Reject/Incomplete Reason:** | |
| **IRS Form 990 Reject/Incomplete Reason:** | |
| **Notes From Registry Staff:** | |
| **Status of Filing:** | Accepted |
| **Accounting Period Begin Date:** | 1/1/2022 |
| **Accounting Period End Date:** | 12/31/2022 |
| **Filing Received Date:** | 5/20/2024 |
| **Form RRF-1 Reject/Incomplete Reason:** | |
| **Form CT-TR-1 Reject/Incomplete Reason:** | |
| **IRS Form 990 Reject/Incomplete Reason:** | |
| **Notes From Registry Staff:** | |
| **Status of Filing:** | Not Submitted |
| **Accounting Period Begin Date:** | 1/1/2023 |

| | |
|---|---|
| **Accounting Period End Date:** | 12/31/2023 |
| **Filing Received Date:** | |
| **Form RRF-1 Reject/Incomplete Reason:** | Form RRF-1 Missing |
| **Form CT-TR-1 Reject/Incomplete Reason:** | |
| **IRS Form 990 Reject/Incomplete Reason:** | |
| **Notes From Registry Staff:** | Copy of IRS Form 990 received. Form RRF-1 with applicable renewal fee required. |
| **Status of Filing:** | Not Submitted |
| **Accounting Period Begin Date:** | 1/1/2024 |
| **Accounting Period End Date:** | 12/31/2024 |
| **Filing Received Date:** | |
| **Form RRF-1 Reject/Incomplete Reason:** | Fee-Payment Missing |
| **Form CT-TR-1 Reject/Incomplete Reason:** | |
| **IRS Form 990 Reject/Incomplete Reason:** | |
| **Notes From Registry Staff:** | IRS Form 990 received. Form RRF-1 with applicable renewal fee missing. |

## Fundraising Platform Data

## Related Registrations & Event Reports

The related records shown below depend on the record type being viewed:
- Charity Registrations relate to Professional Fundraising Events which relate to Professional Fundraiser Registrations.
- Raffle Registrations relate to Raffle Reports.
- Click on the **RCT Registration No** to navigate to the related record.

| No Related Records |
|---|