HAEJI HONG, ATTORNEY #198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 Front Street, Suite 3230
San Diego, CA 92101
(619) 557-5013

Attorneys for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.<br><br>   Debtor | Case No.: 25-03692-JBM11<br><br>DECLARATION OF JASON CHA IN SUPPORT OF THE ACTING UNITED STATES TRUSTEE'S EMERGENCY EX-PARTE MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LBR 9013-9 DUE TO DEBTOR'S INABILITY TO OPERATE<br><br>Date:  Ex Parte<br>Time:  Ex Parte<br>Dept:  Two (2)<br>Judge: Hon. J. Barrett Marum |

I, Jason Cha, declare as follows:

   1.   I am employed by the Office of the United States Trustee for the Southern District of California ("United States Trustee" or "UST") as a Bankruptcy Auditor.  I am a Certified Public Accountant.  I have personal knowledge of the facts stated herein and could competently testify thereto if called as a witness to do so.

   2.   I have reviewed the docket and the documents filed in this case.

   3.   I called the law office of Frank, Soto, and Leeds at phone number 619-872-2520 on January 26, 2026, at 11:35 AM and spoke with Mr. Leeds.  I advised Mr. Leeds that the UST would be filing an emergency motion to dismiss this case.  He opposed and preferred an appointment of trustee instead.

1

4.	I called the law office of Frank, Soto, and Leeds at phone number 619-872-2520 on January 26, 2026, at 11:39 AM and left a voicemail with Ms. King that the UST would be filing an emergency motion to dismiss this case.

5.	I called the law office of Frank, Soto, and Leeds at phone number 619-872-2520 on January 26, 2026, at 11:41 AM and left a voicemail with Ms. Poteet that the UST would be filing an emergency motion to dismiss this case.

6.	I called the law office of Michael Totaro at phone number 310-804-2157 on January 26, 2026, at 12:19 PM and spoke with Mr. Totaro. I advised Mr. Totaro that the UST would be filing an emergency motion to dismiss this case. Before I could ask about his position, Mr. Totaro ended the call. Based on the conversations and certain statements he made, I infer that he would oppose the motion to dismiss.

7.	I called Ms. Margie Mannex at phone number 760-822-1987 on January 26, 2026, at 12:43 PM. I advised Ms. Mannex that the UST would be filing an emergency motion to dismiss this case. I asked if she opposed such motion, and she indicated her position was unsure.

8.	I called Mr. David Eldan at phone number 213-269-6041 on January 26, 2026, at 12:54 PM. I advised Mr. Eldan that the UST would be filing an emergency motion to dismiss this case. I asked if he opposed such motion, and he indicated his position was unsure.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief. Executed this 26th day of January 2026 in San Diego, California.

/s/ Jason Cha  
Jason Cha  
Bankruptcy Auditor