HAEJI HONG, ATTORNEY #198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 FRONT STREET, SUITE 3230
SAN DIEGO, CA 92101-8511
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re:

VILLA CHARDONNAY HORSES WITH WINGS, INC.

    Debtor-in-Possession.

Case No.: 25-04245-JBM11

DECLARATION OF HAEJI HONG IN SUPPORT OF ACTING UNITED STATES TRUSTEE'S **EMERGENCY** MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LBR 9013-9 DUE TO DEBTOR'S INABILITY TO OPERATE

Date: Ex parte
Time: Ex parte
Dept: Two (2)
Judge: Hon. J. Barrett Marum

I, Haeji Hong, declare as follows:

1. I am a trial attorney employed by the Office of the United States Trustee ("UST") for the Southern District of California. I have personal knowledge of the facts stated herein, and could competently testify thereto if called as a witness to do so.

2. On January 8, 2026, I emailed to Mr. Michael Totaro a list of compliance documents to be provided to the UST's Office by January 21, 2026,

1　including curing of the Debtor's suspension status.  Attached here to as **Exhibit 1**
2　is a true and correct copy of the email I sent on January 8, 2026.
3　　　　I declare under penalty of perjury that the foregoing statements are true and
4　correct to the best of my knowledge, information and belief.  Executed this 26th
5　day of January, 2026 in San Diego, California.

　　　　　　　　　　　　　　　　　　　/s/ Haeji Hong
　　　　　　　　　　　　　　　　　　　Haeji Hong,
　　　　　　　　　　　　　　　　　　　Attorney for Acting United States Trustee

# Exhibit 1

# Hong, Haeji (USTP)

| | |
|---|---|
| **From:** | Hong, Haeji (USTP) |
| **Sent:** | Thursday, January 8, 2026 9:35 AM |
| **To:** | ocbkatty@aol.com; Michael Totaro |
| **Cc:** | Dougherty, Christina (USTP) |
| **Subject:** | Villa Chardonnay 25-04245-JBM11 - compliance documents due |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mr. Totaro,
Following up from the meeting of creditors yesterday, the following are due by **1/21/26:**

1) Proof of all insurance with UST added as party to be noticed, with the bankruptcy case number on the notice. As you are aware, the UST has been cc'ed on emails from Ms. King that seems to indicate CA Fair Plan is about to cancel (effective Feb 2026). If the agent you were discussing (who you indicated was out on 2 week vacation) cannot assist the Debtor before cancellation of the insurance, it is crucial that the Debtor attempts to make certain the insurance is NOT cancelled any way possible. As emphasized, maintaining and ascertaining that UST is noticed party is a top priority.

2) Any and all documentation with the California AG's office regarding the Debtor's suspended status as California charitable corporation and Debtor's attempts to reinstate good standing status of its charitable corporation status with the CA AG's office. Please note that the Debtor's failure to remediate this status may result in cause to dismiss the case as it appears the Debtor is prohibited from both soliciting donation and disbursing donated funds, effectively stopping all operations of this Debtor. *See* 11 Cal.Code.Reg. Section 312 (prohibiting suspended charitable corporation from operating or soliciting for charitable purposes in California) and 11 Cal.Code.Reg. Section 345(b)(prohibiting suspended charitable corporation from distributing or expending any charitable assets without written approval of the Attorney General). **As it appears suspension status affects the Debtor's ability to operate in chapter 11, the Debtor must not only provide documentation but cure its suspension status with the AG.**

3) If the Debtor had WF bank account #9030 open prior to the petition, proof of the closing of this account. This account was also listed on the petition.

4) Tax returns that were filed for 2023 and 2024 with confirmation receipts of those filings.

5) Pre-ptition bank account statements for the periods 11/1/2024 – 10/14/2025 (petition date).

6) Name of the company that approached the Debtor regarding ERC rebate and any documentations.

The Debtor is also required to provide (1) donor list and donation amounts for 2023, 2024, and 2025 (to petition date) and (2) balance sheet, income statement, and statement of cash flow as of the petition date and as of 12/31/24. As the Debtor indicated it needs additional time for these items, I requested that you must provide status update by 1/28/26 if these items are not provided.

*Haeji Hong*
Trial Attorney
U.S. Trustee's Office
880 Front Street, Suite 3230
San Diego, CA 92101

1

T: (619) 557-5013 ext 4798

2