**CSD 1183** [12/01/23]
Name, Address, Telephone No. & I.D. No.

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>SOUTHERN DISTRICT OF CALIFORNIA<br>325 West F Street, San Diego, California 92101-6991 | |
| In Re<br><br><br>Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX-_____ Debtor(s) | BANKRUPTCY NO. |

**NOTICE OF HEARING AND MOTION**

TO:



**You are hereby notified** that on _____, at _____.m, in Department ___, Room _____ of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of _____, Movant, for




Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED:

_____
[Attorney for] Moving Party

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.