CSD 1171.1 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Michael R. Totaro    102229
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
(310) 804-2107 (v)
Ocbkatty@aol.com

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Villa Chardonnay, Horses With Wings, Inc.

BANKRUPTCY NO. 3:25-bk-04245-JBM11

Tax I.D. (EIN#): _____   /S.S.#: XXX-XX-_____   Debtor(s)

## NOTICE OF HEARING AND DEBTOR'S MOTION TO VALUE REAL PROPERTY, TREAT CLAIM AS UNSECURED AND AVOID JUNIOR LIEN OF

See attached List re Affected Lienholders

_____
(Affected Lien Holder)

TO:   The Hon. Court, The US Trustee The Attached list of AffectedmLienholders and Interested Parties:

**You are hereby notified** that on February 26. 2026, at 11:00 a.m., in Department No. 2, Room 118 of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Debtor's Motion to Value Real Property, Treat Claim as Unsecured and Avoid Junior Lien.

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, **not later than twenty-eight (28)[1] days from the date of service.**

**If a party served with this notice fails to timely file opposition to the motion, the court may deem such non-opposition to be consent by such party to the granting of the motion and the matter may be taken off calendar without further notice.**

DATED: January 26, 2026

/s/ Michael R. Totaro
[Attorney for] Debtor

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1171.1 [12/01/23]

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on   26th   day of   January  ,  2026,   I served a true copy of the within NOTICE OF HEARING AND DEBTOR'S MOTION TO VALUE REAL PROPERTY, TREAT CLAIM AS UNSECURED AND AVOID JUNIOR LIEN, together with the following pleadings as more fully set forth below on the following persons and/or a checked below.

(List all documents served)

1. Debtor's Motion to Value Real Property, Treat Claim as Unsecured and Avoid Junior Lien of SBA, Labor Commission, Ark Watch, Waste Management, Andres Sandoval, Rey Velasquez, Celine Myers, Darlene Sears. filed by Michael R Totaro on behalf of Villa Chardonnay Horses With Wings, Inc.

2. Declaration of William G Willson Exhibit 1 and 2 filed by Michael R Totaro on behalf of Villa Chardonnay Horses With Wings, Inc..

3. Declaration Cover Page for Michael R Totaro with Exhibits in Support of Motion filed by Michael R Totaro of Totaro & Shanahan, LLP on behalf of on behalf of Villa Chardonnay Horses With Wings, Inc..

**A. Service on Proof of Claim Address:** Include name and address of each person served and the method of service.
☒ Affected Lien Holder filed a proof of claim assigned Claim No. _____, and Affected Lien Holder was served at the following address designated for receipt of notices:

See attached list

☒ As of the date of filing this Motion, Affected Lien Holder has *not* filed a proof of claim.

**B. Service in Compliance with FRBP 7004(b)(3):** Include name and address of each person served and the method of service.
☒ Served on Affected Lien Holder in accordance with FRBP 7004(b)(3), as follows:

see service lists attached

**C. Additional Service Requirements in FRBP 7004(h):** Include name and address of each person served and the method of service.
☒ The Affected Lien Holder is *not* an Insured Deposit Institution (as defined in the section 3 of the Federal Deposit Insurance Act and U.S.C. §101(35), so the additional service requirements in FRBP 7004(h) do not apply.

☐ Served on Affected Lien Holder in accordance with the additional service requirements in FRBP 7004(h), as follows:

**D. Service on Request for Special Notice Address:** Include name and address of each person served and the method of service.
☐ Affected Lien Holder has filed a Request for Special Notice, and this address was served as follows:

CSD 1171.1 [12/01/23]

**E. Other.** List all other creditors and parties in interest that were served and the method of service.
1. by Nef
   - Carl Grumer     cgrumer@manatt.com
   - Benjamin Heston     bhestoncf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
   - Haeji Hong     Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
   - Meredith King     mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
   - Shelby Poteet     spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
   - Michael R Totaro     Ocbkatty@aol.com
- United States Trustee     ustp.region15@usdoj.gov

by Mail

Allstate Propane, 31500 Grape St # 3-404, Lake Elsinore, CA 92532-9709

Elias Villafuerte-Rubio, Attn. Labor Commissioner's office, Legal Division  320 W. 4th St., Ste 450, Los Angeles, CA 90013-2479

Raul Garcia, Attn  Labor Commissioner's office, Legal Division, 320 W. 4th St., Ste 450, Los Angeles, CA 90013-2479

Benajmin Moreno, Attn. Labor Commissioner's office, Legal Division 3737 S. Main St., Ste 850, Riverside, CA 92501-3350

Santos Figueroa, Attn  Labor Commissioner's office, Legal Division, 320 W. 4th St., Ste 450, Los Angeles, CA 90013-2479

Santos Rodriguez, Attn  Labor Commissioner's office,  Legal Division, 320 W. 4th St., Ste 450, Los Angeles, CA 90013-2479

Benjamin Moreno,  Attn. Labor Commissioner's Office,Legal Division 3737 S Main St # 850 Riverside, CA 92501

Bruno Gonzalez, c/o Adamson Ahdoot, LLP, 1150 S Robertson Blvd, Los Angeles, CA 90035

☒  For cases assigned to:
MICHAEL KOCH, TRUSTEE
402 West Broadway, Suite 1450
San Diego, CA 92101
mkoch@ch13.sdcoxmail.com

I certify under penalty of perjury that the foregoing is true and correct.

Executed on    1/26/2026
                 (Date)

Michael R. Totaro  /s/ Michael R. Totaro
(Typed Name and Signature)

P.O. Box 789
(Address)

Pacific Palisades, CA 90272
(City, State, ZIP Code)

Attachment to Proof of Service

p. 1  LIST OF AFFECTED LIENHOLDERS

US Small Business Association,
California Labor Commission,
Ark Watch – Red Bell Run (2),
Waste management
Andres Sandoval, Labor Commission
Celine Meyers & The Ark Watch
Darlene Sears

P. 2 proof of service

   A.   Affected Lienholder

      1.   Service on Proof of claim Address

River Falls, LLC, Private Mortgage Lending, LLC and The Armbrust Loving Trust  (first Lien)   Claim 7
   Meredith King, Esq. Franklin Soto Leeds, LLP, 444 West C St., Suite 300. San Diego, CA 92101

California State Labor Commissioner (unclear as to party)  Claim 2
   Lindsey Lara, 1500 Hughes Way, Suite C-202, Long Beach, CA 90810

Darlene Sears   - Claim 5
   2420 Gondar Ave., Long Beach, CA 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

Celine Myers and the Ark Watch Foundation   - Claim 6
   203 Redwood Shores Parkway, Suite 125, Redwood City, CA 94065

Internal Revenue Service, P.O. Box, 7346, Philadelphia, PA 19101-7346 (Claim 3)

      2.   No Proof of claim Filed

Small Business Association, CESC Covid EIDL Service Center, 14925 Kingsport Rd., Fort Worth, TX 76155-2243

Small Business Association U.S. Small Business Association, Office of General Counsel, 409 Third St., SW,  Washington, DC 20416,

US Attorney Southern District of California, James M. Carter & Judith N. Keep US. Courthouse, 333 W. Broadway, San Diego, CA 92101

Attorney General of the United States, Department of Justice, Ben Frnklin Station, P.O. Box 683, Washington, DC 20044

Waste Management Attbn. Officer, Manager or general Agent c/o Attn. Rentto & Rentto, 3517 Camino Del Rio St., Ste 412, San Diego, CA 92108-4046

Andres Sandoval, Attn Labor Commissioner's office, 3737 S. Main St., Ste 850, Riverside, CA 92501-3350
,
Rey Velasquez, 3737 S. Main St., Ste 850, Riverside, CA 92501-3350tb, Labor Commissioner's Office, 3737 S. Main St., Ste 850, Riverside, CA 92501-3350

The Ark Watch Foundation Red Bell Runs, Attn. Offier manaer or General Agent, c.o C/o Manatt, Phelps & Phillips, LLP, 302 Redwood Shores, Parkway, Ste 450, Redwood City, CA 94065-6100