1  PAUL J. LEEDS, ESQ. (SBN 214309)
   pleeds@fsl.law
2  MEREDITH KING, ESQ. (SBN 280043)
   mking@fsl.law
3  FRANKLIN SOTO LEEDS LLP
   444 West C Street, Suite 300
4  San Diego, California 92101
   Tel: 619.872.2520
5  Fax: 619.566.0221
6
7  *Attorneys for River Falls, LLC,*
   *Private Mortgage Lending, Inc., and*
8  *The Armbrust Living Trust*
9
10              UNITED STATES BANKRUPTCY COURT
11              SOUTHERN DISTRICT OF CALIFORNIA
12  In re,                          | Case No: 25-04245-JBM11
13  VILLA CHARDONNAY HORSES
    WITH WINGS, INC.,               | CHAPTER 11
14
15              Debtor.             | **SUPPLEMENTAL
16                                  | PROOF OF SERVICE TO ALL
                                    | CREDITORS re: NOTICE OF
17                                  | HEARING ON *EMERGENCY*
                                    | MOTION TO APPOINT CHAPTER
18                                  | 11 TRUSTEE [DOC. 66]**
19
20
21
22
23
24
25
26
27
28

_____
SUPPLEMENTAL PROOF OF SERVICE
-1-

**POS-040**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:          STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego          STATE: CA     ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520          FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR *(name):* River Falls, LLC, et al | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego | |
|---|---|
| STREET ADDRESS:   United States Bankruptcy Court<br>MAILING ADDRESS:  325 West F Street<br>CITY AND ZIP CODE:      San Diego, CA 92101<br>BRANCH NAME:   Southern District of California | |

| | CASE NUMBER: |
|---|---|
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |
| Defendant/Respondent: | |
| | JUDICIAL OFFICER: |
| **PROOF OF SERVICE—CIVIL** | |
| Check method of service *(only one):* | DEPARTMENT: |
| ☐ By Personal Service    ☐ By Mail    ☒ By Overnight Delivery | |
| ☐ By Messenger Service    ☐ By Fax | |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1.  At the time of service I was over 18 years of age **and not a party to this action**.

2.  My residence or business address is:

    American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3.  ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4.  On *(date):* 1/24/2026          I served the following **documents** *(specify):*
    NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

    ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5.  I served the documents on the **person or persons** below, as follows:
    a.  Name of person served: Benjamin Heston - Nexus Bankruptcy

    b.  ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

        Business or residential address where person was served:
        3090 Bristol Street, #400, Costa Mesa, CA 92626-3079

    c.  ☐ *(Complete if service was by fax.)*

        Fax number where person was served:

        ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6.  The documents were served by the following means *(specify):*

    a.  ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5;  Cal. Rules of Court, rule 2.306
*www.courts.ca.gov*

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. [ ] **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) [ ] deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) [ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. [X] **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. [ ] **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. [ ] **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

[ ] **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Page 2 of 3

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY:          STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309) | |

FIRM NAME: Franklin Soto Leeds, LLP

STREET ADDRESS: 444 West C Street, Suite 300

CITY: San Diego          STATE: CA          ZIP CODE: 92110

TELEPHONE NO.:  619 872-2520          FAX NO. :

E-MAIL ADDRESS:  pleeds@fsl.law

ATTORNEY FOR (name):  River Falls, LLC, et al

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego

STREET ADDRESS:  United States Bankruptcy Court

MAILING ADDRESS:  325 West F Street

CITY AND ZIP CODE:      San Diego, CA 92101

BRANCH NAME:  Southern District of California

Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc.

Defendant/Respondent:

CASE NUMBER:
25-04245-JBM11

JUDICIAL OFFICER:

DEPARTMENT:

## PROOF OF SERVICE—CIVIL

**Check method of service** *(only one):*

☐ By Personal Service     ☐ By Mail     ☒ By Overnight Delivery
☐ By Messenger Service     ☐ By Fax

---

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1.  At the time of service I was over 18 years of age **and not a party to this action**.

2.  My residence or business address is:

    American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3.  ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4.  On *(date):* 1/24/2026          I served the following **documents** *(specify):*
    NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

    ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5.  I served the documents on the **person or persons** below, as follows:

    a.  Name of person served: Bruno Soto Gonzalez

    b.  ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

        Business or residential address where person was served:
        1122 S. La Cianega Blvd, Los Angeles, CA 90035-0010

    c.  ☐ *(Complete if service was by fax.)*

        Fax number where person was served:

        ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6.  The documents were served by the following means *(specify):*

    a.  ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5;  Cal. Rules of Court, rule 2.306
*www.courts.ca.gov*

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
    (TYPE OR PRINT NAME OF DECLARANT)            ▶     (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

    (NAME OF DECLARANT)            ▶     (SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]       **PROOF OF SERVICE—CIVIL**       Page 2 of 3
                      **(Proof of Service)**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: 619 872-2520 | | FOR COURT USE ONLY |
|---|---|---|---|
| Paul J. Leeds, Esq (SBN 214309) | | | |
| Franklin Soto Leeds, LLP<br>444 West C Street, Suite 300<br>San Diego, CA 92101 | | | |
| ATTORNEY FOR (NAME): River Falls, LLC, et al | Ref. No. or File No.<br>River Falls, LLC | | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court<br>Southern District of California<br>333 West Broadway, Suite 420<br>San Diego, CA 92101 |

| PLAINTIFF:<br>RE: VILLA CHARDONNAY HORSES WITH WINGS, INC. |
|---|
| DEFENDANT |

| PROOF OF SERVICE BY PRIORITY MAIL EXPRESS | DATE | TIME | DEPT/DIV | CASE NUMBER<br>25-04245-JBM11 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

**NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE**

MANNER OF SERVICE:
**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:
**Carol Armbrust**

ADDRESS, CITY AND STATE: **P.O. Box 203**
**Chaster, ID 83421-0203**

DATE OF MAILING: **1/24/2026**
PLACE OF MAILING: **San Diego, California - Via Priority Mail Express**

TRACKING: **EI 149 533 674 US**

FEE FOR SERVICE: **$88.25**

Registered California Process Server
County: **San Diego**
**Registration No. 1769**
American Messenger Service, Inc.
3330 Market Street, Suite C
San Diego, CA 92102
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, January 26, 2026**

Signature: _____

**Eliseo Villegas**

**PROOF OF SERVICE BY PRIORITY MAIL EXPRESS**      641043

**POS-040**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:          STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego                    STATE: CA      ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520            FAX NO.:<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | **FOR COURT USE ONLY** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS: United States Bankruptcy Court<br>MAILING ADDRESS: 325 West F Street<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: Southern District of California | |
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc.<br>Defendant/Respondent: | CASE NUMBER:<br>25-04245-JBM11 |
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service (only one):**<br>☐ By Personal Service   ☐ By Mail   ☒ By Overnight Delivery<br>☐ By Messenger Service   ☐ By Fax | JUDICIAL OFFICER:<br><br>DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

    American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026          I served the following **documents** *(specify):*
    NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

    ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
    a. Name of person served: Dale Fullerton

    b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

      Business or residential address where person was served:
      30002 Chihuahua Valley, Wamar Springs, CA 92086-9280

    c. ☐ *(Complete if service was by fax.)*

      Fax number where person was served:

    ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*
    a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,<br>2015.5; Cal. Rules of Court, rule 2.306<br>www.courts.ca.gov

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
    (TYPE OR PRINT NAME OF DECLARANT)               ►          (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

## DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

    (NAME OF DECLARANT)               ►          (SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

**POS-040**

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:        STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego                STATE: CA      ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520         FAX NO.:<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego | |
|---|---|
| STREET ADDRESS:   United States Bankruptcy Court<br>MAILING ADDRESS: 325 West F Street<br>CITY AND ZIP CODE:      San Diego, CA 92101<br>BRANCH NAME:  Southern District of California | |

| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
|---|---|
| Defendant/Respondent: | JUDICIAL OFFICER: |
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service** *(only one):*<br>☐ By Personal Service      ☐ By Mail      ☒ By Overnight Delivery<br>☐ By Messenger Service    ☐ By Fax | DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐   The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026              I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a.  Name of person served: Div. of Labor Standardas Enforcement

   b.  ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

      Business or residential address where person was served:
      7575 Metropolitan Drive, Suite 210, San Diego, CA 92108

   c.  ☐   *(Complete if service was by fax.)*

      Fax number where person was served:

      ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—*
      *Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a.  ☐  **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a
       party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the
       attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an
       individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by
       leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For
       a party, delivery was made to the party or by leaving the documents at the party's residence with some person not
       younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5;  Cal. Rules of Court, rule 2.306
*www.courts.ca.gov*

**POS-040**

| CASE NAME:<br>In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
|---|---|

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
    (TYPE OR PRINT NAME OF DECLARANT)         ▶         (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

    (NAME OF DECLARANT)         ▶         (SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address):    Telephone No.:  619 872-2520 | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Paul J. Leeds, Esq (SBN 214309) | | | | |
| Franklin Soto Leeds, LLP<br>444 West C Street, Suite 300<br>San Diego, CA 92101 | | | | |
| | Ref. No. or File No. | | | |
| ATTORNEY FOR (NAME):  River Falls, LLC, et al | | River Falls, LLC | | |
| Insert name of court, judicial district or branch court, if any:<br>**United States District Court**<br>**Southern District of California**<br>**333 West Broadway, Suite 420**<br>**San Diego, CA 92101** | | | | |

| PLAINTIFF:<br>RE: VILLA CHARDONNAY HORSES WITH WINGS, INC. |
|---|
| DEFENDANT |

| PROOF OF SERVICE BY  PRIORITY MAIL EXPRESS | DATE | TIME | DEPT/DIV | CASE NUMBER<br>25-04245-JBM11 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

**NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE**

MANNER OF SERVICE:
**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:
Franchise Tax Board - Attn: Bankruptcy

ADDRESS, CITY AND STATE:    P.O. Box 2952
Sacramento, CA 95812-2952

DATE OF MAILING:    **1/24/2026**
PLACE OF MAILING:    **San Diego, California - Via Priority Mail Express**

TRACKING:    **EI 149 533 665 US**

FEE FOR SERVICE:    $88.25

Registered California Process Server
County:    San Diego
**Registration No.**  1769
American Messenger Service, Inc.
3330 Market Street, Suite C
San Diego, CA 92102
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, January 26, 2026**

Signature: _____

**Eliseo Villegas**

**PROOF OF SERVICE BY PRIORITY MAIL EXPRESS**                    841048

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego    STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520    FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: United States Bankruptcy Court
MAILING ADDRESS: 325 West F Street
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Southern District of California

| | |
|---|---|
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| Defendant/Respondent: | JUDICIAL OFFICER: |
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service (only one):**<br>☐ By Personal Service    ☐ By Mail    ☒ By Overnight Delivery<br>☐ By Messenger Service    ☐ By Fax | DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax)*:

4. On *(date):* 1/24/2026    I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Haeji Hong - DOJ

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

      Business or residential address where person was served:
      880 Front Street, Suite 3230, San Diego, CA 92101-8897

   c. ☐ *(Complete if service was by fax.)*

      Fax number where person was served:

      ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*
   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
www.courts.ca.gov

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/24/2026

Eliseo Villegas
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Page 2 of 3

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | **Telephone No.: 619 872-2520** | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| **Paul J. Leeds, Esq (SBN 214309)** | | | | |
| **Franklin Soto Leeds, LLP**<br>**444 West C Street, Suite 300**<br>**San Diego, CA 92101** | | | | |
| ATTORNEY FOR (NAME): **River Falls, LLC, et al** | Ref. No. or File No.<br>**River Falls, LLC** | | | |

Insert name of court, judicial district or branch court, if any:

**United States District Court**
**Southern District of California**
**333 West Broadway, Suite 420**
**San Diego, CA 92101**

PLAINTIFF:
**RE: VILLA CHARDONNAY HORSES WITH WINGS, INC.**

DEFENDANT

| **PROOF OF SERVICE BY PRIORITY MAIL EXPRESS** | DATE | TIME | DEPT/DIV | CASE NUMBER<br>**25-04245-JBM11** |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

**NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE**

MANNER OF SERVICE:

**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:

**Investors Mortgage Landing Group, Inc**

ADDRESS, CITY AND STATE: **P.O. Box 2354**
**Rcho Santa Fa, CA 92067-2354**

DATE OF MAILING: **1/24/2026**
PLACE OF MAILING: **San Diego, California - Via Priority Mail Express**

TRACKING: **EI 149 533 657 US**

FEE FOR SERVICE: **$88.25**

Registered California Process Server
County: **San Diego**
**Registration No. 1769**
American Messenger Service, Inc.
3330 Market Street, Suite C
San Diego, CA 92102
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, January 26, 2026**

Signature: _____

**Eliseo Villegas**

**PROOF OF SERVICE BY PRIORITY MAIL EXPRESS**               641048

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | | Telephone No.:   619 872-2520 | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| Paul J. Leeds, Esq (SBN 214309) | | | | | |
| Franklin Soto Leeds, LLP <br> 444 West C Street, Suite 300 <br> San Diego, CA 92101 | | | | | |
| ATTORNEY FOR (NAME):  River Falls, LLC, et al | | Ref. No. or File No. <br> River Falls, LLC | | | |
| Insert name of court, judicial district or branch court, if any: | | | | | |
| United States District Court <br> Southern District of California <br> 333 West Broadway, Suite 420 <br> San Diego, CA 92101 | | | | | |
| PLAINTIFF: <br> RE: VILLA CHARDONNAY HORSES WITH WINGS, INC. | | | | | |
| DEFENDANT | | | | | |
| PROOF OF SERVICE BY  PRIORITY MAIL EXPRESS | DATE | TIME | DEPT/DIV | CASE NUMBER <br> 25-04245-JBM11 | |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

**NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE**

MANNER OF SERVICE:
**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:
**John Deere Financial - Attn. Customer Service**

ADDRESS, CITY AND STATE:  **P.O. Box 5328 <br> Madison, WI 53705-0328**

DATE OF MAILING:  **1/24/2026**

PLACE OF MAILING:  **San Diego, California - Via Priority Mail Express**

TRACKING:  **EI 149 533 643 US**

FEE FOR SERVICE:  $88.25

Registered California Process Server <br>
County:  San Diego <br>
**Registration No.**  1769 <br>
American Messenger Service, Inc. <br>
3330 Market Street, Suite C <br>
San Diego, CA 92102 <br>
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, January 26, 2026**

Signature: _____

**Eliseo Villegas**

**PROOF OF SERVICE BY PRIORITY MAIL EXPRESS**

641049

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309) | |

FIRM NAME: Franklin Soto Leeds, LLP
STREET ADDRESS: 444 West C Street, Suite 300
CITY: San Diego                    STATE: CA    ZIP CODE: 92110
TELEPHONE NO.: 619 872-2520        FAX NO.:
E-MAIL ADDRESS: pleeds@fsl.law
ATTORNEY FOR (name): River Falls, LLC, et al

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: United States Bankruptcy Court
MAILING ADDRESS: 325 West F Street
CITY AND ZIP CODE:    San Diego, CA 92101
BRANCH NAME: Southern District of California

Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc.

Defendant/Respondent:

CASE NUMBER:
25-04245-JBM11

JUDICIAL OFFICER:

### PROOF OF SERVICE—CIVIL

**Check method of service (only one):**

☐ By Personal Service    ☐ By Mail    ☒ By Overnight Delivery

☐ By Messenger Service    ☐ By Fax

DEPARTMENT:

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026        I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Allstate Propane

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

      Business or residential address where person was served:
      31500 Grape Street, #3-404, Lake Elsinore, CA 92532-9709

   c. ☐ *(Complete if service was by fax.)*

      Fax number where person was served:

      ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
www.courts.ca.gov

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6.  b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐   deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐   placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

  c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

  e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
    (TYPE OR PRINT NAME OF DECLARANT)                     ▶          (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

## DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

    (NAME OF DECLARANT)                     ▶          (SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

**POS-040**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:      STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego               STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520          FAX NO.:<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS:   United States Bankruptcy Court<br>MAILING ADDRESS: 325 West F Street<br>CITY AND ZIP CODE:     San Diego, CA 92101<br>BRANCH NAME:  Southern District of California | |
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc.<br><br>Defendant/Respondent: | CASE NUMBER:<br>25-04245-JBM11 |
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service** *(only one):*<br>☐ By Personal Service      ☐ By Mail      ☒ By Overnight Delivery<br>☐ By Messenger Service      ☐ By Fax | JUDICIAL OFFICER:<br><br>DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026                I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Benjamin Morano - Attn. Labor Commissioner's Office

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

      Business or residential address where person was served:
      3737 S. Main Street, #850, Riverside, CA 92501-3350

   c. ☐ *(Complete if service was by fax.)*

      Fax number where person was served:

   ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

| **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1011, 1013, 1013a,<br>2015.5; Cal. Rules of Court, rule 2.306<br>www.courts.ca.gov

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
(TYPE OR PRINT NAME OF DECLARANT)                                    (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

(NAME OF DECLARANT)                                    (SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]              **PROOF OF SERVICE—CIVIL**              Page 2 of 3
**(Proof of Service)**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address):  Telephone No.:  619 872-2520 | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Paul J. Leeds, Esq (SBN 214309) | | | | |
| Franklin Soto Leeds, LLP<br>444 West C Street, Suite 300<br>San Diego, CA 92101 | | | | |
| ATTORNEY FOR (NAME):  River Falls, LLC, et al | Ref. No. or File No.<br>River Falls, LLC | | | |
| Insert name of court, judicial district or branch court, if any:<br>**United States District Court**<br>**Southern District of California**<br>333 West Broadway, Suite 420<br>San Diego, CA 92101 | | | | |
| PLAINTIFF:<br>RE: VILLA CHARDONNAY HORSES WITH WINGS, INC. | | | | |
| DEFENDANT | | | | |

| PROOF OF SERVICE BY  PRIORITY MAIL EXPRESS | DATE | TIME | DEPT/DIV | CASE NUMBER<br>25-04245-JBM11 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

MANNER OF SERVICE:

**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:

California Dapartment of Tax and Fee Adminis Account Information Group, MIC:29

ADDRESS, CITY AND STATE:  P.O. Box 942897
Sacramento, CA 94279-001

DATE OF MAILING:  1/24/2026

PLACE OF MAILING:  San Diego, California - Via Priority Mail Express

TRACKING:  EJ 709 821 665 US

FEE FOR SERVICE:  $88.25

Registered California Process Server
County:  San Diego
**Registration No.**  1769
American Messenger Service, Inc.
3330 Market Street, Suite C
San Diego, CA 92102
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, January 26, 2026**

Signature:  _____

Eliseo Villegas

**PROOF OF SERVICE BY PRIORITY MAIL EXPRESS**                641052

POS-040

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:        STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego                                     STATE: CA      ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520                   FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | FOR COURT USE ONLY |

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS:  United States Bankruptcy Court<br>MAILING ADDRESS:  325 West F Street<br>CITY AND ZIP CODE:       San Diego, CA 92101<br>BRANCH NAME:  Southern District of California | |
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| Defendant/Respondent: | |
| **PROOF OF SERVICE—CIVIL** | JUDICIAL OFFICER: |
| **Check method of service** *(only one):*<br>☐ By Personal Service      ☐ By Mail      ☒ By Overnight Delivery<br>☐ By Messenger Service      ☐ By Fax | DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐  The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026            I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐  The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a.  Name of person served: Celine Myers and The Ark Watch Foundation

   b.  ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

       Business or residential address where person was served:
       203 Redwood Shores Parkway, Suite 125, Redwood City, CA 94065-6125

   c.  ☐  *(Complete if service was by fax.)*

       Fax number where person was served:

       ☐  The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a.  ☐  **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
POS-040 [Rev. February 1, 2017]          **PROOF OF SERVICE—CIVIL**
                                          **(Proof of Service)**          Code of Civil Procedure, §§ 1011, 1013, 1013a,
                                                                          2015.5;  Cal. Rules of Court, rule 2.306
                                                                          www.courts.ca.gov

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one):*

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

**POS-040**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:      STATE BAR NO: | *FOR COURT USE ONLY* |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego            STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520        FAX NO.:<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego | |
|---|---|
| STREET ADDRESS: United States Bankruptcy Court<br>MAILING ADDRESS: 325 West F Street<br>CITY AND ZIP CODE:     San Diego, CA 92101<br>BRANCH NAME: Southern District of California | |
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc.<br>Defendant/Respondent: | CASE NUMBER:<br>25-04245-JBM11 |
| | JUDICIAL OFFICER: |
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service** *(only one):*<br> ☐ By Personal Service   ☐ By Mail   ☒ By Overnight Delivery<br> ☐ By Messenger Service   ☐ By Fax | DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026        I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Darlene Sears

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*
      Business or residential address where person was served:
      2420 Gonder Ave, Long Beach, CA 90815-2214

   c. ☐ *(Complete if service was by fax.)*
      Fax number where person was served:

      ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*
   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
*www.courts.ca.gov*

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

  (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

  (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

  I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶
_____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶
_____
(SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Page 2 of 3

**POS-040**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309) | |

FIRM NAME: Franklin Soto Leeds, LLP

STREET ADDRESS: 444 West C Street, Suite 300

CITY: San Diego      STATE: CA    ZIP CODE: 92110

TELEPHONE NO.: 619 872-2520      FAX NO. :

E-MAIL ADDRESS: pleeds@fsl.law

ATTORNEY FOR (name): River Falls, LLC, et al

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego

STREET ADDRESS: United States Bankruptcy Court

MAILING ADDRESS: 325 West F Street

CITY AND ZIP CODE: San Diego, CA 92101

BRANCH NAME: Southern District of California

| | |
|---|---|
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER: |
| Defendant/Respondent: | 25-04245-JBM11 |
| | JUDICIAL OFFICER: |
| **PROOF OF SERVICE—CIVIL** | |
| Check method of service *(only one):* | |
| ☐ By Personal Service   ☐ By Mail   ☒ By Overnight Delivery | DEPARTMENT: |
| ☐ By Messenger Service   ☐ By Fax | |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action.**

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026      I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Dun & Bradstreet - Attn: Lynna Roberts, 2nd Floor

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

   Business or residential address where person was served:
   3501 Corporate Parkway, Central Valley, PA 18034-0520

   c. ☐ *(Complete if service was by fax.)*

   Fax number where person was served:

   ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

| Form Approved for Optional Use | **PROOF OF SERVICE—CIVIL** | Code of Civil Procedure, §§ 1011, 1013, 1013a, |
|---|---|---|
| Judicial Council of California | **(Proof of Service)** | 2015.5;  Cal. Rules of Court, rule 2.306 |
| POS-040 [Rev. February 1, 2017] | | www.courts.ca.gov |

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United.States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   1/24/2026

Eliseo Villegas
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶  _____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

## DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶  _____
(SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL
(Proof of Service)**

Page 2 of 3

**POS-040**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego    STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520    FAX NO.:<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego |  |
|---|---|
| STREET ADDRESS:   United States Bankruptcy Court<br>MAILING ADDRESS:   325 West F Street<br>CITY AND ZIP CODE:       San Diego, CA 92101<br>BRANCH NAME:   Southern District of California |  |
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| Defendant/Respondent: | |
|  | JUDICIAL OFFICER: |
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service (only one):**<br>☐ By Personal Service   ☐ By Mail   ☒ By Overnight Delivery<br>☐ By Messenger Service   ☐ By Fax | DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐   The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026          I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Haeji Bong - United States Trustee's Office

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

      Business or residential address where person was served:
      880 Front Street, Suite 3230, San Diego, CA 92101-8897

   c. ☐ *(Complete if service was by fax.)*

      Fax number where person was served:

   ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service— Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,<br>2015.5; Cal. Rules of Court, rule 2.306<br>www.courts.ca.gov

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/24/2026

Eliseo Villegas
    (TYPE OR PRINT NAME OF DECLARANT)           ▶           (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

## DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

    (NAME OF DECLARANT)           ▶           (SIGNATURE OF DECLARANT)

     **PROOF OF SERVICE—CIVIL**
**(Proof of Service)**     

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): Telephone No.: 619 872-2520 | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| **Paul J. Leeds, Esq (SBN 214309)** | | | | |
| **Franklin Soto Leeds, LLP** **444 West C Street, Suite 300** **San Diego, CA 92101** | | | | |
| ATTORNEY FOR (NAME): **River Falls, LLC, et al** | Ref. No. or File No. | **River Falls, LLC** | | |
| Insert name of court, judicial district or branch court, if any: **United States District Court** **Southern District of California** **333 West Broadway, Suite 420** **San Diego, CA 92101** | | | | |
| PLAINTIFF: **RE: VILLA CHARDONNAY HORSES WITH WINGS, INC.** | | | | |
| DEFENDANT | | | | |

| **PROOF OF SERVICE BY PRIORITY MAIL EXPRESS** | DATE | TIME | DEPT/DIV | CASE NUMBER **25-04245-JBM11** |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

**NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE**

MANNER OF SERVICE:

**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:

IRS-Insolvency Division

ADDRESS, CITY AND STATE: P.O. Box 7346
Philadelphia, PA 19101-7346

DATE OF MAILING: 1/24/2026
PLACE OF MAILING: San Diego, California - Via Priority Mail Express

TRACKING: EJ 709 821 651 US

FEE FOR SERVICE: $88.25

Registered California Process Server
County: San Diego
**Registration No.** 1769
American Messenger Service, Inc.
3330 Market Street, Suite C
San Diego, CA 92102
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, January 26, 2026**

Signature: _____

**Eliseo Villegas**

**PROOF OF SERVICE BY PRIORITY MAIL EXPRESS**                              641057

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | **Telephone No.:   619 872-2520** | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| **Paul J. Leeds, Esq (SBN 214309)** | | | | |
| **Franklin Soto Leeds, LLP** **444 West C Street, Suite 300** **San Diego, CA 92101** | | | | |
| ATTORNEY FOR (NAME):  **River Falls, LLC, et al** | Ref. No. or File No. | | **River Falls, LLC** | |
| Insert name of court, judicial district or branch court, if any: **United States District Court** **Southern District of California** **333 West Broadway, Suite 420** **San Diego, CA 92101** | | | | |

| PLAINTIFF: **RE: VILLA CHARDONNAY HORSES WITH WINGS, INC.** |
|---|
| DEFENDANT |

| **PROOF OF SERVICE BY  PRIORITY MAIL EXPRESS** | DATE | TIME | DEPT/DIV | CASE NUMBER **25-04245-JBM11** |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

**NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE**

MANNER OF SERVICE:
**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:
**Jefferson Capital Systems LLC**

ADDRESS, CITY AND STATE:   **P.O. Box 7999** **Saint Cloud, MN 56302-7999**

DATE OF MAILING:   **1/24/2026**
PLACE OF MAILING:   **San Diego, California - Via Priority Mail Express**

TRACKING:   **EJ 709 821 679 US**

FEE FOR SERVICE:        $88.25

**Registered California Process Server**
**County:   San Diego**
**Registration No.   1769**
**American Messenger Service, Inc.**
**3330 Market Street, Suite C**
**San Diego, CA 92102**
**(619) 278-0891**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, January 26, 2026**

Signature: _____
**Eliseo Villegas**

**PROOF OF SERVICE BY PRIORITY MAIL EXPRESS**          641058

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY:          STATE BAR NO:| FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego          STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520          FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego | |
|---|---|
| STREET ADDRESS:   United States Bankruptcy Court<br>MAILING ADDRESS:   325 West F Street<br>CITY AND ZIP CODE:      San Diego, CA 92101<br>BRANCH NAME:   Southern District of California | |

| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
|---|---|
| Defendant/Respondent: | JUDICIAL OFFICER: |

| **PROOF OF SERVICE—CIVIL**<br>**Check method of service** *(only one):*<br>☐ By Personal Service     ☐ By Mail     ☒ By Overnight Delivery<br>☐ By Messenger Service     ☐ By Fax | DEPARTMENT: |
|---|---|

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1.  At the time of service I was over 18 years of age **and not a party to this action.**

2.  My residence or business address is:

    American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3.  ☐  The fax number from which I served the documents is *(complete if service was by fax):*

4.  On *(date):* 1/24/2026          I served the following **documents** *(specify):*
    NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

    ☐  The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5.  I served the documents on the **person or persons** below, as follows:
    a.  Name of person served: Meredith King - Franklin Soto Leeds LLP

    b.  ☒  *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

        Business or residential address where person was served:
        444 West C Street, Suite 300, San Diego, CA 92101-3597

    c.  ☐  *(Complete if service was by fax.)*

        Fax number where person was served:

        ☐  The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6.  The documents were served by the following means *(specify):*

    a.  ☐  **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6.  b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

  c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

  e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas

      (TYPE OR PRINT NAME OF DECLARANT)          ▶      (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

## DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

      (NAME OF DECLARANT)          ▶      (SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]        **PROOF OF SERVICE—CIVIL**        Page 2 of 3
**(Proof of Service)**

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309) | |

FIRM NAME: Franklin Soto Leeds, LLP
STREET ADDRESS: 444 West C Street, Suite 300
CITY: San Diego     STATE: CA     ZIP CODE: 92110
TELEPHONE NO.: 619 872-2520     FAX NO.:
E-MAIL ADDRESS: pleeds@fsl.law
ATTORNEY FOR (name): River Falls, LLC, et al

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: United States Bankruptcy Court
MAILING ADDRESS: 325 West F Street
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Southern District of California

Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc.

Defendant/Respondent:

CASE NUMBER:
25-04245-JBM11

JUDICIAL OFFICER:

**PROOF OF SERVICE—CIVIL**

**Check method of service (only one):**

DEPARTMENT:

[ ] By Personal Service    [ ] By Mail    [X] By Overnight Delivery
[ ] By Messenger Service   [ ] By Fax

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. [ ] The fax number from which I served the documents is (complete if service was by fax):

4. On (date): 1/24/2026          I served the following **documents** (specify):
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   [ ] The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Andres Sandoval - Attn. Labor Comissioner's Office

   b. [X] (Complete if service was by personal service, mail, overnight delivery, or messenger service.)

      Business or residential address where person was served:
      3737 Main Street, Suite 850, Riverside, CA 92501-3350

   c. [ ] (Complete if service was by fax.)

      Fax number where person was served:

      [ ] The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means (specify):

   a. [ ] **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
www.courts.ca.gov

**POS-040**

| CASE NAME:<br>In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| --- | --- |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

  (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

  (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

  I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state)*:

  c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

  e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

**POS-040**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:          STATE BAR NO: | *FOR COURT USE ONLY* |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego          STATE: CA     ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520          FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (*name*): River Falls, LLC, et al | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego | |
|---|---|
| STREET ADDRESS:  United States Bankruptcy Court<br>MAILING ADDRESS: 325 West F Street<br>CITY AND ZIP CODE:     San Diego, CA 92101<br>BRANCH NAME:  Southern District of California | |

| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
|---|---|
| Defendant/Respondent: | |

| | JUDICIAL OFFICER: |
|---|---|
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service** *(only one):*<br>☐ By Personal Service     ☐ By Mail     ☒ By Overnight Delivery<br>☐ By Messenger Service     ☐ By Fax | |
| | DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐  The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026          I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐  The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a.  Name of person served: Bruno Gonzalez - c/o Adamson Ahdoot, LLP

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

   Business or residential address where person was served:
   1150 S Robertson Blvd, Los Angeles, CA 90034-1404

   c. ☐ *(Complete if service was by fax.)*

   Fax number where person was served:

   ☐  The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
www.courts.ca.gov

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6.  b.  ☐  **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

   (1)  ☐  deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (2)  ☐  placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

   c.  ☒  **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

   d.  ☐  **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

   e.  ☐  **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶

_____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐  **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶

_____
(NAME OF DECLARANT)

_____
(SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

**POS-040**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:     STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego                    STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520          FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | *FOR COURT USE ONLY* |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS:  United States Bankruptcy Court<br>MAILING ADDRESS:  325 West F Street<br>CITY AND ZIP CODE:       San Diego, CA 92101<br>BRANCH NAME:  Southern District of California | |
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| Defendant/Respondent: | |
| **PROOF OF SERVICE—CIVIL** | JUDICIAL OFFICER: |
| **Check method of service** *(only one):*<br>☐ By Personal Service     ☐ By Mail     ☒ By Overnight Delivery<br>☐ By Messenger Service     ☐ By Fax | DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026          I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: California State Labor Commissioner - Att: Lindsey Lara

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

   Business or residential address where person was served:
   1500 Hughes Way, Suite C-202, Long Beach, CA 90810-1882

   c. ☐ *(Complete if service was by fax.)*

   Fax number where person was served:

   ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**
Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
*www.courts.ca.gov*

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state)*:

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
_____
    (TYPE OR PRINT NAME OF DECLARANT)

▶

_____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
    (NAME OF DECLARANT)

▶

_____
(SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]
**PROOF OF SERVICE—CIVIL
(Proof of Service)**
Page 2 of 3

**POS-040**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:          STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego                           STATE: CA     ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520         FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | *FOR COURT USE ONLY* |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS:   United States Bankruptcy Court<br>MAILING ADDRESS:   325 West F Street<br>CITY AND ZIP CODE:       San Diego, CA 92101<br>BRANCH NAME:   Southern District of California | |
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| Defendant/Respondent: | |
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service** *(only one):*<br>☐ By Personal Service    ☐ By Mail    ☒ By Overnight Delivery<br>☐ By Messenger Service    ☐ By Fax | JUDICIAL OFFICER:<br><br>DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

    American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026          I served the following **documents** *(specify):*
    NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

    ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
    a. Name of person served: Cynthia Montgomery - c/o Allen Kate

    b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

       Business or residential address where person was served:
       888 Prospect St, Suite 200, La Jolla, CA 92037-4261

    c. ☐ *(Complete if service was by fax.)*

       Fax number where person was served:

    ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*
    a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [Rev. February 1, 2017] | **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1011, 1013, 1013a,<br>2015.5; Cal. Rules of Court, rule 2.306<br>*www.courts.ca.gov* |

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

  c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

  e. ☐ **By fax transmission.** Based on an agreement of the parties listed in item 5 to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
(TYPE OR PRINT NAME OF DECLARANT) ▶ _____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT) ▶ _____
(SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY:        STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309) | |

ATTORNEY OR PARTY WITHOUT ATTORNEY:        STATE BAR NO:

NAME: Paul J. Leeds, Esq (SBN 214309)
FIRM NAME: Franklin Soto Leeds, LLP
STREET ADDRESS: 444 West C Street, Suite 300
CITY: San Diego          STATE: CA     ZIP CODE: 92110
TELEPHONE NO.: 619 872-2520          FAX NO. :
E-MAIL ADDRESS: pleeds@fsl.law
ATTORNEY FOR (name): River Falls, LLC, et al

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS:   United States Bankruptcy Court
MAILING ADDRESS:  325 West F Street
CITY AND ZIP CODE:      San Diego, CA 92101
BRANCH NAME:  Southern District of California

Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc.

Defendant/Respondent:

**FOR COURT USE ONLY**

CASE NUMBER:
25-04245-JBM11

JUDICIAL OFFICER:

**PROOF OF SERVICE—CIVIL**

**Check method of service** *(only one):*

[ ] By Personal Service    [ ] By Mail    [X] By Overnight Delivery

[ ] By Messenger Service    [ ] By Fax

DEPARTMENT:

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action.**

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. [ ] The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026          I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   [ ] The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Dept. Indust. Rel., Labor Law Enforce.

   b. [X] *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*
      Business or residential address where person was served:
      1550 West Main St, El Centro, CA 92243-2105

   c. [ ] *(Complete if service was by fax.)*
      Fax number where person was served:

   [ ] The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service— Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. [ ] **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Form Approved for Optional Use
Judicial Council of California
POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
*www.courts.ca.gov*

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
    (TYPE OR PRINT NAME OF DECLARANT)

▶            (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

    (NAME OF DECLARANT)

▶            (SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL
(Proof of Service)**

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego                    STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520           FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | FOR COURT USE ONLY |
|---|---|

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS: United States Bankruptcy Court<br>MAILING ADDRESS: 325 West F Street<br>CITY AND ZIP CODE:    San Diego, CA 92101<br>BRANCH NAME: Southern District of California | |
|---|---|
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| Defendant/Respondent: | |
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service** *(only one):*<br>☐ By Personal Service    ☐ By Mail    ☒ By Overnight Delivery<br>☐ By Messenger Service    ☐ By Fax | JUDICIAL OFFICER:<br><br>DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026    I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Elias Villafuerte-Rubio  Attn. Labor Comissioner's Office

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

   Business or residential address where person was served:
   320 W 4th St, Suite 450, Los Angeles, CA 90013-2479

   c. ☐ *(Complete if service was by fax.)*

   Fax number where person was served:

   ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
*www.courts.ca.gov*

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6.  b.  ☐  **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1)  ☐  deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2)  ☐  placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

  c.  ☒  **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  d.  ☐  **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

  e.  ☐  **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐  **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

    At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

    I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

**POS-040**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:   STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego    STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520    FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | ***FOR COURT USE ONLY*** |

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS: United States Bankruptcy Court<br>MAILING ADDRESS: 325 West F Street<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: Southern District of California | |
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| Defendant/Respondent: | |
| | JUDICIAL OFFICER: |
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service *(only one):***<br>☐ By Personal Service    ☐ By Mail    ☒ By Overnight Delivery<br>☐ By Messenger Service    ☐ By Fax | DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026    I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Benjamin Heston - Nexus Bankruptcy

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

   Business or residential address where person was served:
   3090 Bristol Street, Suite 400, Costa Mesa, CA 92626-3063

   c. ☐ *(Complete if service was by fax.)*

   Fax number where person was served:

   ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*
   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [Rev. February 1, 2017] | **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1011, 1013, 1013a,<br>2015.5; Cal. Rules of Court, rule 2.306<br>*www.courts.ca.gov* |

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/24/2026

Eliseo Villegas
    (TYPE OR PRINT NAME OF DECLARANT)          ▶             (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

    (NAME OF DECLARANT)          ▶             (SIGNATURE OF DECLARANT)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | | Telephone No.:  619 872-2520 | | FOR COURT USE ONLY |
|---|---|---|---|---|
| **Paul J. Leeds, Esq (SBN 214309)** | | | | |
| **Franklin Soto Leeds, LLP** **444 West C Street, Suite 300** **San Diego, CA 92101** | | | | |
| ATTORNEY FOR (NAME):  **River Falls, LLC, et al** | | Ref. No. or File No. **River Falls, LLC** | | |

Insert name of court, judicial district or branch court, if any:

**United States District Court**
**Southern District of California**
**333 West Broadway, Suite 420**
**San Diego, CA 92101**

PLAINTIFF:
**RE: VILLA CHARDONNAY HORSES WITH WINGS, INC.**

DEFENDANT

| **PROOF OF SERVICE BY  PRIORITY MAIL EXPRESS** | DATE | TIME | DEPT/DIV | CASE NUMBER **25-04245-JBM11** |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES
OF THE:

**NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE**

MANNER OF SERVICE:
**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:

**Internal Revenue Service - General Insolvency Operations**

ADDRESS, CITY AND STATE:   **P.O. Box 7346**
**Philadelphia, PA 19101-7346**

DATE OF MAILING:   **1/24/2026**
PLACE OF MAILING:   **San Diego, California - Via Priority Mail Express**

TRACKING:   **EI 149 533 688 US**

FEE FOR SERVICE:        $88.25

**Registered California Process Server**
**County:   San Diego**
**Registration No.  1769**
**American Messenger Service, Inc.**
**3330 Market Street, Suite C**
**San Diego, CA 92102**
**(619) 278-0891**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, January 26, 2026**

Signature: _____

**Eliseo Villegas**

---

**PROOF OF SERVICE BY PRIORITY MAIL EXPRESS**                    641067

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: 619 872-2520 | | | FOR COURT USE ONLY |
|---|---|---|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): **Telephone No.: 619 872-2520**

**Paul J. Leeds, Esq (SBN 214309)**

**Franklin Soto Leeds, LLP**
**444 West C Street, Suite 300**
**San Diego, CA 92101**

ATTORNEY FOR (NAME): **River Falls, LLC, et al**

Ref. No. or File No.                    **River Falls, LLC**

Insert name of court, judicial district or branch court, if any:

**United States District Court**
**Southern District of California**
**333 West Broadway, Suite 420**
**San Diego, CA 92101**

PLAINTIFF:
**RE: VILLA CHARDONNAY HORSES WITH WINGS, INC.**

DEFENDANT

| PROOF OF SERVICE BY  PRIORITY MAIL EXPRESS | DATE | TIME | DEPT/DIV | CASE NUMBER 25-04245-JBM11 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

**NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE**

MANNER OF SERVICE:
**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:

**Deere Credit Service, Inc. - Att: Litigation & Recovery Department**

ADDRESS, CITY AND STATE:    **P.O. Box 6600**
**Johnston, IA 50131-6600**

DATE OF MAILING:    **1/24/2026**
PLACE OF MAILING:    **San Diego, California - Via Priority Mail Express**

TRACKING:    **EJ 709 821 648 US**

FEE FOR SERVICE:    $88.25

**Registered California Process Server**
**County:  San Diego**
**Registration No.  1769**
**American Messenger Service, Inc.**
**3330 Market Street, Suite C**
**San Diego, CA 92102**
**(619) 278-0891**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, January 26, 2026**

Signature: _____

**Eliseo Villegas**

**PROOF OF SERVICE BY PRIORITY MAIL EXPRESS**                    641068

POS-040

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego            STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520      FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | *FOR COURT USE ONLY* |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS: United States Bankruptcy Court<br>MAILING ADDRESS: 325 West F Street<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: Southern District of California | |
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc.<br>Defendant/Respondent: | CASE NUMBER:<br>25-04245-JBM11 |
| **PROOF OF SERVICE—CIVIL**<br>Check method of service *(only one):*<br>☐ By Personal Service    ☐ By Mail    ☒ By Overnight Delivery<br>☐ By Messenger Service    ☐ By Fax | JUDICIAL OFFICER:<br><br>DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026      I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Margie Mannex

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

      Business or residential address where person was served:
      1755 Lilac Road, Ramona, CA 92065-1116

   c. ☐ *(Complete if service was by fax.)*

      Fax number where person was served:

      ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*
   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Form Approved for Optional Use
Judicial Council of California
POS-040 [Rev. February 1, 2017]
**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**
Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5;  Cal. Rules of Court, rule 2.306
www.courts.ca.gov

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6.  b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐   deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐   placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
      (TYPE OR PRINT NAME OF DECLARANT)                ▶                (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

      (NAME OF DECLARANT)                 ▶                (SIGNATURE OF DECLARANT)

POS-040

| | | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO: | | |

ATTORNEY OR PARTY WITHOUT ATTORNEY:     STATE BAR NO:
NAME: Paul J. Leeds, Esq (SBN 214309)
FIRM NAME: Franklin Soto Leeds, LLP
STREET ADDRESS: 444 West C Street, Suite 300
CITY: San Diego                STATE: CA      ZIP CODE: 92110
TELEPHONE NO.: 619 872-2520            FAX NO.:
E-MAIL ADDRESS: pleeds@fsl.law
ATTORNEY FOR (name): River Falls, LLC, et al

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: United States Bankruptcy Court
MAILING ADDRESS: 325 West F Street
CITY AND ZIP CODE:     San Diego, CA 92101
BRANCH NAME: Southern District of California

Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc.

Defendant/Respondent:

CASE NUMBER:
25-04245-JBM11

JUDICIAL OFFICER:

DEPARTMENT:

## PROOF OF SERVICE—CIVIL

**Check method of service (only one):**

[ ] By Personal Service     [ ] By Mail     [X] By Overnight Delivery
[ ] By Messenger Service    [ ] By Fax

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. [ ] The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026            I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   [ ] The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Margaret Mannex

   b. [X] *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

      Business or residential address where person was served:
      1755 Lilac Road, Ramona, CA 92065-1116

   c. [ ] *(Complete if service was by fax.)*

      Fax number where person was served:

      [ ] The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. [ ] **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
*www.courts.ca.gov*

POS-040

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
(TYPE OR PRINT NAME OF DECLARANT)

▶

(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶

(NAME OF DECLARANT)

(SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

POS-040

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:          STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego                          STATE: CA     ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520              FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | |

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS:   United States Bankruptcy Court<br>MAILING ADDRESS: 325 West F Street<br>CITY AND ZIP CODE:      San Diego, CA 92101<br>BRANCH NAME:  Southern District of California | |

| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
|---|---|
| Defendant/Respondent: | |

| | JUDICIAL OFFICER: |
|---|---|
| **PROOF OF SERVICE—CIVIL** | |
| **Check method of service** (only one):<br>☐ By Personal Service    ☐ By Mail    ☒ By Overnight Delivery<br>☐ By Messenger Service    ☐ By Fax | DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax)*:

4. On *(date):* 1/24/2026           I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Nexus Bankruptcy

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

      Business or residential address where person was served:
      3090 Bristol Street, #400, Costa Mesa, CA 92626-3063

   c. ☐ *(Complete if service was by fax.)*

      Fax number where person was served:

   ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
www.courts.ca.gov

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6.  b.  ☐  **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

(1)  ☐  deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2)  ☐  placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c.  ☒  **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d.  ☐  **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e.  ☐  **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶

_____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

## DECLARATION OF MESSENGER

☐  **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶

_____
(SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

POS-040

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego            STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520        FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | FOR COURT USE ONLY |

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS:   United States Bankruptcy Court<br>MAILING ADDRESS:   325 West F Street<br>CITY AND ZIP CODE:      San Diego, CA 92101<br>BRANCH NAME:   Southern District of California | |
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| Defendant/Respondent: | |
| **PROOF OF SERVICE—CIVIL** | JUDICIAL OFFICER: |
| Check method of service (only one):<br>☐ By Personal Service   ☐ By Mail   ☒ By Overnight Delivery<br>☐ By Messenger Service   ☐ By Fax | DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is (complete if service was by fax):

4. On (date): 1/24/2026            I served the following **documents** (specify):
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the Attachment to Proof of Service–Civil (Documents Served) (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Raul Garcia - Attn. Labor Comissioner's Office

   b. ☒ (Complete if service was by personal service, mail, overnight delivery, or messenger service.)

      Business or residential address where person was served:
      320 W 4th St, Suite 450, Los Angeles, CA 90012-4279

   c. ☐ (Complete if service was by fax.)

      Fax number where person was served:

      ☐ The names, addresses, and other applicable information about persons served is on the Attachment to Proof of Service—
      Civil (Persons Served) (form POS-040(P)).

6. The documents were served by the following means (specify):

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a
      party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the
      attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an
      individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by
      leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For
      a party, delivery was made to the party or by leaving the documents at the party's residence with some person not
      younger than 18 years of age between the hours of eight in the morning and six in the evening.

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [Rev. February 1, 2017] | **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1011, 1013, 1013a,<br>2015.5;  Cal. Rules of Court, rule 2.306<br>www.courts.ca.gov |

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/24/2026

Eliseo Villegas
    (TYPE OR PRINT NAME OF DECLARANT)     ▶     (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

    (NAME OF DECLARANT)     ▶     (SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

POS-040

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego    STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520    FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS:  United States Bankruptcy Court<br>MAILING ADDRESS: 325 West F Street<br>CITY AND ZIP CODE:      San Diego, CA 92101<br>BRANCH NAME:  Southern District of California | |
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| Defendant/Respondent: | JUDICIAL OFFICER: |
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service** *(only one):*<br>☐ By Personal Service    ☐ By Mail    ☒ By Overnight Delivery<br>☐ By Messenger Service    ☐ By Fax | DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1.  At the time of service I was over 18 years of age **and not a party to this action**.

2.  My residence or business address is:

    American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3.  ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4.  On *(date):* 1/24/2026    I served the following **documents** *(specify):*
    NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

    ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5.  I served the documents on the **person or persons** below, as follows:
    a.  Name of person served: River Fall., LLC - c/o Franklin Soto Leeds LLP Attn: Meredith King, Esq.

    b.  ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

        Business or residential address where person was served:
        444 W. C Street, Suite 300, San Diego, CA 92101-3597

    c.  ☐ *(Complete if service was by fax.)*

        Fax number where person was served:

        ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6.  The documents were served by the following means *(specify):*

    a.  ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [Rev. February 1, 2017] | **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1011, 1013, 1013a,<br>2015.5; Cal. Rules of Court, rule 2.306<br>*www.courts.ca.gov* |

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
(TYPE OR PRINT NAME OF DECLARANT)

▶

(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶

_____
(SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Page 2 of 3

**POS-040**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:     STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego                      STATE: CA      ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520          FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | **FOR COURT USE ONLY** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS:  United States Bankruptcy Court<br>MAILING ADDRESS:  325 West F Street<br>CITY AND ZIP CODE:     San Diego, CA 92101<br>BRANCH NAME:  Southern District of California | |

| | |
|---|---|
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| Defendant/Respondent: | |
| **PROOF OF SERVICE—CIVIL** | JUDICIAL OFFICER: |
| **Check method of service** *(only one):* | |
| [ ]  By Personal Service     [ ]  By Mail     [X]  By Overnight Delivery<br>[ ]  By Messenger Service     [ ]  By Fax | DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1.  At the time of service I was over 18 years of age **and not a party to this action**.

2.  My residence or business address is:

    American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3.  [ ]  The fax number from which I served the documents is *(complete if service was by fax):*

4.  On *(date):* 1/24/2026          I served the following **documents** *(specify):*
    NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

    [ ]  The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5.  I served the documents on the **person or persons** below, as follows:
    a.  Name of person served: Santos Figueroa  - Att Labor Commissioners Office

    b.  [X]  *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

        Business or residential address where person was served:
        320 W. 4th Street, Suite 340, Los Angeles, CA 90012-2343

    c.  [ ]  *(Complete if service was by fax.)*

        Fax number where person was served:

        [ ]  The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6.  The documents were served by the following means *(specify):*

    a.  [ ]  **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

| **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1011, 1013, 1013a,<br>2015.5;  Cal. Rules of Court, rule 2.306<br>*www.courts.ca.gov* |

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one):*

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/24/2026

Eliseo Villegas
   (TYPE OR PRINT NAME OF DECLARANT)                      ▶         (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

   (NAME OF DECLARANT)                      ▶         (SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

**POS-040**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:          STATE BAR NO: | *FOR COURT USE ONLY* |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309) | |
| FIRM NAME: Franklin Soto Leeds, LLP | |
| STREET ADDRESS: 444 West C Street, Suite 300 | |
| CITY: San Diego          STATE: CA    ZIP CODE: 92110 | |
| TELEPHONE NO.: 619 872-2520          FAX NO. : | |
| E-MAIL ADDRESS: pleeds@fsl.law | |
| ATTORNEY FOR (*name*): River Falls, LLC, et al | |

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego | |
| STREET ADDRESS:  United States Bankruptcy Court | |
| MAILING ADDRESS:  325 West F Street | |
| CITY AND ZIP CODE:       San Diego, CA 92101 | |
| BRANCH NAME:  Southern District of California | |

| | CASE NUMBER: |
|---|---|
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |
| Defendant/Respondent: | |
| | JUDICIAL OFFICER: |

| **PROOF OF SERVICE—CIVIL** | |
|---|---|
| Check method of service (*only one*): | DEPARTMENT: |
| ☐ By Personal Service    ☐ By Mail    ☒ By Overnight Delivery | |
| ☐ By Messenger Service    ☐ By Fax | |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐  The fax number from which I served the documents is (*complete if service was by fax*):

4. On (*date*): 1/24/2026          I served the following **documents** (*specify*):
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a.  Name of person served: Small Business Association CESC Covid EIDL Service Center

   b. ☒ (*Complete if service was by personal service, mail, overnight delivery, or messenger service.*)

      Business or residential address where person was served:
      14925 Kingsport Rd, Fort Worth, TX 76155-2243

   c. ☐  (*Complete if service was by fax.*)

      Fax number where person was served:

   ☐  The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means (*specify*):

   a. ☐  **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
POS-040 [Rev. February 1, 2017]          **PROOF OF SERVICE—CIVIL**
(Proof of Service)          Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5;  Cal. Rules of Court, rule 2.306
www.courts.ca.gov

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state)*:

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
_____
    (TYPE OR PRINT NAME OF DECLARANT)

▶ _____
        (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
    (NAME OF DECLARANT)

▶ _____
        (SIGNATURE OF DECLARANT)

**POS-040**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:        STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309) | |
| FIRM NAME: Franklin Soto Leeds, LLP | |
| STREET ADDRESS: 444 West C Street, Suite 300 | |
| CITY: San Diego    STATE: CA    ZIP CODE: 92110 | |
| TELEPHONE NO.: 619 872-2520    FAX NO. : | |
| E-MAIL ADDRESS: pleeds@fsl.law | |
| ATTORNEY FOR (name): River Falls, LLC, et al | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego | |
|---|---|
| STREET ADDRESS: United States Bankruptcy Court | |
| MAILING ADDRESS: 325 West F Street | |
| CITY AND ZIP CODE: San Diego, CA 92101 | |
| BRANCH NAME: Southern District of California | |

| | |
|---|---|
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER: 25-04245-JBM11 |
| Defendant/Respondent: | |
| **PROOF OF SERVICE—CIVIL** | JUDICIAL OFFICER: |
| Check method of service *(only one):* | |
| ☐ By Personal Service   ☐ By Mail   ☒ By Overnight Delivery | DEPARTMENT: |
| ☐ By Messenger Service   ☐ By Fax | |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

    American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026    I served the following **documents** *(specify):*
    NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

    ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
    a. Name of person served: The Ark Watch and Celina Myers c/o Manatt, Phelps & Phillips, LLP

    b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

    Business or residential address where person was served:
    1 Embarcadero Ctr, FL 30, San Francisco, CA 94111-3719

    c. ☐ *(Complete if service was by fax.)*

    Fax number where person was served:

    ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

    a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL
(Proof of Service)**

Page 2 of 3

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY:   STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309) | |

FIRM NAME: Franklin Soto Leeds, LLP
STREET ADDRESS: 444 West C Street, Suite 300
CITY: San Diego          STATE: CA    ZIP CODE: 92110
TELEPHONE NO.: 619 872-2520          FAX NO. :
E-MAIL ADDRESS: pleeds@fsl.law
ATTORNEY FOR (name): River Falls, LLC, et al

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: United States Bankruptcy Court
MAILING ADDRESS: 325 West F Street
CITY AND ZIP CODE:     San Diego, CA 92101
BRANCH NAME: Southern District of California

Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc.

Defendant/Respondent:

CASE NUMBER:
25-04245-JBM11

JUDICIAL OFFICER:

DEPARTMENT:

## PROOF OF SERVICE—CIVIL

**Check method of service** *(only one):*

[ ] By Personal Service       [ ] By Mail       [X] By Overnight Delivery
[ ] By Messenger Service      [ ] By Fax

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. [ ] The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026          I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   [ ] The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: United States Trustee Office of the U. S. Trustee

   b. [X] *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

      Business or residential address where person was served:
      880 Front Street, Suite 3230, San Diego, CA 9210-8897

   c. [ ] *(Complete if service was by fax.)*

      Fax number where person was served:

      [ ] The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*
   a. [ ] **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Form Approved for Optional Use
Judicial Council of California
POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
www.courts.ca.gov

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one):*

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

 c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

 d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

 e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶

_____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶

_____
(SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

**POS-040**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:      STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego       STATE: CA   ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520      FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS:   United States Bankruptcy Court
MAILING ADDRESS: 325 West F Street
CITY AND ZIP CODE:     San Diego, CA 92101
BRANCH NAME:  Southern District of California

Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc.

Defendant/Respondent:

CASE NUMBER: 25-04245-JBM11

JUDICIAL OFFICER:

DEPARTMENT:

### PROOF OF SERVICE—CIVIL
**Check method of service** *(only one):*
☐ By Personal Service   ☐ By Mail   ☒ By Overnight Delivery
☐ By Messenger Service   ☐ By Fax

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026      I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Meradith King, Esq. - Franklin Soto Leeds LLP

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*
      Business or residential address where person was served:
      444 W. C Street, Suite 300, San Diego, CA 92101-3597

   c. ☐ *(Complete if service was by fax.)*
      Fax number where person was served:

      ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*
   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

| **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1011, 1013, 1013a, 2015.5; Cal. Rules of Court, rule 2.306<br>*www.courts.ca.gov*

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

   (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   1/24/2026

Eliseo Villegas
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶

_____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶

_____
(SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

**POS-040**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego    STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520    FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS:    United States Bankruptcy Court
MAILING ADDRESS:    325 West F Street
CITY AND ZIP CODE:      San Diego, CA 92101
BRANCH NAME:    Southern District of California

| | CASE NUMBER: |
|---|---|
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |
| Defendant/Respondent: | JUDICIAL OFFICER: |

| **PROOF OF SERVICE—CIVIL** | |
|---|---|
| Check method of service (only one): | DEPARTMENT: |
| ☐ By Personal Service    ☐ By Mail    ☒ By Overnight Delivery | |
| ☐ By Messenger Service    ☐ By Fax | |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is (complete if service was by fax):

4. On (date): 1/24/2026        I served the following **documents** (specify):
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the Attachment to Proof of Service–Civil (Documents Served) (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Shelby Poteet- Franklin Soto Leeds LLP

   b. ☒ (Complete if service was by personal service, mail, overnight delivery, or messenger service.)

      Business or residential address where person was served:
      444 W. C Street, Suite 300, San Diego, CA 92101-3597

   c. ☐ (Complete if service was by fax.)

      Fax number where person was served:

      ☐ The names, addresses, and other applicable information about persons served is on the Attachment to Proof of Service—
      Civil (Persons Served) (form POS-040(P)).

6. The documents were served by the following means (specify):

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a
      party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the
      attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an
      individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by
      leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For
      a party, delivery was made to the party or by leaving the documents at the party's residence with some person not
      younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
www.courts.ca.gov

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

  c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

  e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/24/2026

Eliseo Villegas
    (TYPE OR PRINT NAME OF DECLARANT)

▶               (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

    At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

    I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

      (NAME OF DECLARANT)

▶               (SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL
(Proof of Service)**

**POS-040**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego        STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520    FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS:   United States Bankruptcy Court<br>MAILING ADDRESS: 325 West F Street<br>CITY AND ZIP CODE:      San Diego, CA 92101<br>BRANCH NAME:   Southern District of California | |
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| Defendant/Respondent: | |
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service (only one):**<br>☐ By Personal Service    ☐ By Mail    ☒ By Overnight Delivery<br>☐ By Messenger Service    ☐ By Fax | JUDICIAL OFFICER:<br><br>DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026    I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Ray Velazquaz - Attn. Labor Commissioner's Office

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

      Business or residential address where person was served:
      3737 Main St, Suite 850, Riverside, CA 92501-3350

   c. ☐ *(Complete if service was by fax.)*

      Fax number where person was served:

      ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
www.courts.ca.gov

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/24/2026

Eliseo Villegas
    (TYPE OR PRINT NAME OF DECLARANT)

▶       (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

## DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

    (NAME OF DECLARANT)

▶       (SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]      **PROOF OF SERVICE—CIVIL**      Page 2 of 3
**(Proof of Service)**

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309) <br> FIRM NAME: Franklin Soto Leeds, LLP <br> STREET ADDRESS: 444 West C Street, Suite 300 <br> CITY: San Diego    STATE: CA    ZIP CODE: 92110 <br> TELEPHONE NO.: 619 872-2520    FAX NO. : <br> E-MAIL ADDRESS: pleeds@fsl.law <br> ATTORNEY FOR (name): River Falls, LLC, et al | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: United States Bankruptcy Court
MAILING ADDRESS: 325 West F Street
CITY AND ZIP CODE:    San Diego, CA 92101
BRANCH NAME: Southern District of California

| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER: <br> 25-04245-JBM11 |
|---|---|
| Defendant/Respondent: | |
| | JUDICIAL OFFICER: |

### PROOF OF SERVICE—CIVIL
Check method of service (only one):
☐ By Personal Service   ☐ By Mail   ☒ By Overnight Delivery
☐ By Messenger Service   ☐ By Fax

| DEPARTMENT: |
|---|

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026    I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: San Diego Gas and Electric - ATT Credit & Collections / Bankruptcy

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*
   Business or residential address where person was served:
   8326 Century Park Court, San Diego, CA 92123-1576

   c. ☐ *(Complete if service was by fax.)*
   Fax number where person was served:

   ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service— Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

　(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

　(2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

　I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:　1/24/2026

Eliseo Villegas
　　　(TYPE OR PRINT NAME OF DECLARANT)

▶

　　　(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

　　　(NAME OF DECLARANT)

▶

　　　(SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]　　　　**PROOF OF SERVICE—CIVIL**　　　　Page 2 of 3
**(Proof of Service)**

**POS-040**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:      STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309) | |
| FIRM NAME: Franklin Soto Leeds, LLP | |
| STREET ADDRESS: 444 West C Street, Suite 300 | |
| CITY: San Diego          STATE: CA     ZIP CODE: 92110 | |
| TELEPHONE NO.: 619 872-2520       FAX NO. : | |
| E-MAIL ADDRESS: pleeds@fsl.law | |
| ATTORNEY FOR (name): River Falls, LLC, et al | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego | |
|---|---|
| STREET ADDRESS: United States Bankruptcy Court | |
| MAILING ADDRESS: 325 West F Street | |
| CITY AND ZIP CODE: San Diego, CA 92101 | |
| BRANCH NAME: Southern District of California | |

| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER: 25-04245-JBM11 |
|---|---|
| Defendant/Respondent: | |
| | JUDICIAL OFFICER: |

| **PROOF OF SERVICE—CIVIL** | |
|---|---|
| Check method of service (only one): | DEPARTMENT: |
| ☐ By Personal Service   ☐ By Mail   ☒ By Overnight Delivery | |
| ☐ By Messenger Service  ☐ By Fax | |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is (complete if service was by fax):

4. On (date): 1/24/2026          I served the following **documents** (specify):
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the Attachment to Proof of Service–Civil (Documents Served) (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Santos Rodriguez - ATT Labor Comissioner's Office

   b. ☒ (Complete if service was by personal service, mail, overnight delivery, or messenger service.)

   Business or residential address where person was served:
   320 W 4th Street, Suite 340, Los Angeles, CA 90013-2343

   c. ☐ (Complete if service was by fax.)

   Fax number where person was served:

   ☐ The names, addresses, and other applicable information about persons served is on the Attachment to Proof of Service—Civil (Persons Served) (form POS-040(P)).

6. The documents were served by the following means (specify):

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

| Form Approved for Optional Use | **PROOF OF SERVICE—CIVIL** | Code of Civil Procedure, §§ 1011, 1013, 1013a, |
|---|---|---|
| Judicial Council of California | **(Proof of Service)** | 2015.5; Cal. Rules of Court, rule 2.306 |
| POS-040 [Rev. February 1, 2017] | | www.courts.ca.gov |

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/24/2026

Eliseo Villegas
    (TYPE OR PRINT NAME OF DECLARANT)        ▶        (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

    (NAME OF DECLARANT)        ▶        (SIGNATURE OF DECLARANT)

**POS-040**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego    STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520    FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego |
|---|
| STREET ADDRESS: United States Bankruptcy Court |
| MAILING ADDRESS: 325 West F Street |
| CITY AND ZIP CODE:    San Diego, CA 92101 |
| BRANCH NAME: Southern District of California |

| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
|---|---|
| Defendant/Respondent: | |
| | JUDICIAL OFFICER: |

| **PROOF OF SERVICE—CIVIL** | |
|---|---|
| Check method of service *(only one):*<br>[ ] By Personal Service    [ ] By Mail    [X] By Overnight Delivery<br>[ ] By Messenger Service    [ ] By Fax | DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. [ ]  The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026    I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   [ ]  The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: State of California Labor Commission

   b. [X]  *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

   Business or residential address where person was served:
   464 W 4th Street, #478, San Bernardo, CA 92401-1414

   c. [ ]  *(Complete if service was by fax.)*

   Fax number where person was served:

   [ ]  The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. [ ]  **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5;  Cal. Rules of Court, rule 2.306
*www.courts.ca.gov*

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/24/2026

Eliseo Villegas
(TYPE OR PRINT NAME OF DECLARANT)      ▶ (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

(NAME OF DECLARANT)      ▶ (SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address):   Telephone No.:   619 872-2520 | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Paul J. Leeds, Esq (SBN 214309) | | | | |
| Franklin Soto Leeds, LLP<br>444 West C Street, Suite 300<br>San Diego, CA 92101 | | | | |
| ATTORNEY FOR (NAME):  River Falls, LLC, et al | Ref. No. or File No.<br>River Falls, LLC | | | |
| Insert name of court, judicial district or branch court, if any:<br>**United States District Court**<br>**Southern District of California**<br>**333 West Broadway, Suite 420**<br>**San Diego, CA 92101** | | | | |
| PLAINTIFF:<br>RE: VILLA CHARDONNAY HORSES WITH WINGS, INC. | | | | |
| DEFENDANT | | | | |

| PROOF OF SERVICE BY  PRIORITY MAIL EXPRESS | DATE | TIME | DEPT/DIV | CASE NUMBER<br>25-04245-JBM11 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

**NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE**

MANNER OF SERVICE:
**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:
          **Michael R. Totaro - Totaro & Shanahan LLP**

ADDRESS, CITY AND STATE:   **P.O. Box 789**
                  **Pacific Palisades, CA 90272-0789**

DATE OF MAILING:   **1/24/2026**
PLACE OF MAILING:   **San Diego, California - Via Priority Mail Express**

TRACKING:   **EJ 709 821 634 US**

FEE FOR SERVICE:        $88.25

**Registered California Process Server**
**County:   San Diego**
**Registration No.  1769**
**American Messenger Service, Inc.**
**3330 Market Street, Suite C**
**San Diego, CA 92102**
**(619) 278-0891**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, January 26, 2026**

Signature: _____

                  **Eliseo Villegas**

**PROOF OF SERVICE BY PRIORITY MAIL EXPRESS**                641085

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | | Telephone No.:  619 872-2520 | | | FOR COURT USE ONLY |
|---|---|---|---|---|---|
| Paul J. Leeds, Esq (SBN 214309) | | | | | |
| Franklin Soto Leeds, LLP<br>444 West C Street, Suite 300<br>San Diego, CA 92101 | | | | | |
| ATTORNEY FOR (NAME):  River Falls, LLC, et al | | Ref. No. or File No.<br> River Falls, LLC | | | |
| Insert name of court, judicial district or branch court, if any: | | | | | |
| United States District Court<br>Southern District of California<br>333 West Broadway, Suite 420<br>San Diego, CA 92101 | | | | | |
| PLAINTIFF:<br>RE: VILLA CHARDONNAY HORSES WITH WINGS, INC. | | | | | |
| DEFENDANT | | | | | |
| PROOF OF SERVICE BY  PRIORITY MAIL EXPRESS | DATE | TIME | DEPT/DIV | CASE NUMBER<br>25-04245-JBM11 | |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

**NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE**

MANNER OF SERVICE:
**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:
Villa Chardonnay Horses with Wings, Inc.

ADDRESS, CITY AND STATE:    P.O. Box 1000
Julian, CA 92036-1000

DATE OF MAILING:    1/24/2026
PLACE OF MAILING:    San Diego, California - Via Priority Mail Express

TRACKING:    EI 149 533 864 US

FEE FOR SERVICE:    $88.25

Registered California Process Server
County:   San Diego
Registration No.  1769
American Messenger Service, Inc.
3330 Market Street, Suite C
San Diego, CA 92102
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, January 26, 2026**

Signature: _____

Eliseo Villegas

**PROOF OF SERVICE BY PRIORITY MAIL EXPRESS**                    641086

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY:        STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309) | |

ATTORNEY OR PARTY WITHOUT ATTORNEY:        STATE BAR NO:
NAME: Paul J. Leeds, Esq (SBN 214309)
FIRM NAME: Franklin Soto Leeds, LLP
STREET ADDRESS: 444 West C Street, Suite 300
CITY: San Diego                     STATE: CA     ZIP CODE: 92110
TELEPHONE NO.: 619 872-2520          FAX NO. :
E-MAIL ADDRESS: pleeds@fsl.law
ATTORNEY FOR (name): River Falls, LLC, et al

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: United States Bankruptcy Court
MAILING ADDRESS: 325 West F Street
CITY AND ZIP CODE:      San Diego, CA 92101
BRANCH NAME: Southern District of California

Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc.

Defendant/Respondent:

CASE NUMBER:
25-04245-JBM11

JUDICIAL OFFICER:

**PROOF OF SERVICE—CIVIL**

Check method of service *(only one):*

DEPARTMENT:

☐ By Personal Service    ☐ By Mail    ☒ By Overnight Delivery

☐ By Messenger Service    ☐ By Fax

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

    American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026          I served the following **documents** *(specify):*
    NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

    ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: John Deere Financial

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

      Business or residential address where person was served:
      6400 NW 86th St, Johnston, IA 50131

   c. ☐ *(Complete if service was by fax.)*

      Fax number where person was served:

      ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5;  Cal. Rules of Court, rule 2.306
*www.courts.ca.gov*

**POS-040**

| CASE NAME:<br>In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| --- | --- |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/24/2026

Eliseo Villegas
_____
(TYPE OR PRINT NAME OF DECLARANT)

► _____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

► _____
(SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]      **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)**      Page 2 of 3

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.:  619 872-2520 | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| Paul J. Leeds, Esq (SBN 214309) | | | | |
| Franklin Soto Leeds, LLP 444 West C Street, Suite 300 San Diego, CA 92101 | | | | |
| | Ref. No. or File No. | | | |
| ATTORNEY FOR (NAME):  River Falls, LLC, et al | | | River Falls, LLC | |

Insert name of court, judicial district or branch court, if any:

**United States District Court**
**Southern District of California**
**333 West Broadway, Suite 420**
**San Diego, CA 92101**

PLAINTIFF:
**RE: VILLA CHARDONNAY HORSES WITH WINGS, INC.**

DEFENDANT

| PROOF OF SERVICE BY  PRIORITY MAIL EXPRESS | DATE | TIME | DEPT/DIV | CASE NUMBER 25-04245-JBM11 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

**NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE**

MANNER OF SERVICE:
**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:
                        **Monika Kerber Perez**

ADDRESS, CITY AND STATE:     **P.O. Box 1000**
                        **Julian, CA 92036-1000**

        DATE OF MAILING:   **1/24/2026**
        PLACE OF MAILING:  **San Diego, California - Via Priority Mail Express**

            TRACKING:   **EI 149 533 609 US**

FEE FOR SERVICE:      $88.25

**Registered California Process Server**
**County:   San Diego**
**Registration No.  1769**
American Messenger Service, Inc.
3330 Market Street, Suite C
San Diego, CA 92102
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, January 26, 2026**

Signature: _____

**Eliseo Villegas**

**PROOF OF SERVICE BY PRIORITY MAIL EXPRESS**                 641088

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address):   Telephone No.:  619 872-2520 | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| **Paul J. Leeds, Esq (SBN 214309)** | | | | |
| **Franklin Soto Leeds, LLP** **444 West C Street, Suite 300** **San Diego, CA 92101** | | | | |
| ATTORNEY FOR (NAME):  **River Falls, LLC, et al** | Ref. No. or File No. | **River Falls, LLC** | | |
| Insert name of court, judicial district or branch court, if any: **United States District Court** **Southern District of California** **333 West Broadway, Suite 420** **San Diego, CA 92101** | | | | |
| PLAINTIFF: **RE: VILLA CHARDONNAY HORSES WITH WINGS, INC.** | | | | |
| DEFENDANT | | | | |

| **PROOF OF SERVICE BY  PRIORITY MAIL EXPRESS** | DATE | TIME | DEPT/DIV | CASE NUMBER **25-04245-JBM11** |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

**NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE**

MANNER OF SERVICE:

**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:
                                   **Private Mortgage Lending, LLC**

ADDRESS, CITY AND STATE:    **P.O. Box 2354**
                                   **Rancho Santa Fe, CA 92067-2354**

DATE OF MAILING:    **1/24/2026**
PLACE OF MAILING:    **San Diego, California - Via Priority Mail Express**

TRACKING:    **EI 149 533 612 US**

FEE FOR SERVICE:        $88.25

**Registered California Process Server**
**County:   San Diego**
**Registration No.  1769**
**American Messenger Service, Inc.**
**3330 Market Street, Suite C**
**San Diego, CA 92102**
**(619) 278-0891**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, January 26, 2026**

Signature: _____

                              **Eliseo Villegas**

**PROOF OF SERVICE BY PRIORITY MAIL EXPRESS**                    641089

**POS-040**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO: | *FOR COURT USE ONLY* |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309) | |
| FIRM NAME: Franklin Soto Leeds, LLP | |
| STREET ADDRESS: 444 West C Street, Suite 300 | |
| CITY: San Diego          STATE: CA      ZIP CODE: 92110 | |
| TELEPHONE NO.: 619 872-2520          FAX NO. : | |
| E-MAIL ADDRESS: pleeds@fsl.law | |
| ATTORNEY FOR (name): River Falls, LLC, et al | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego | |
|---|---|
| STREET ADDRESS: United States Bankruptcy Court | |
| MAILING ADDRESS: 325 West F Street | |
| CITY AND ZIP CODE:    San Diego, CA 92101 | |
| BRANCH NAME: Southern District of California | |

| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER: |
|---|---|
| Defendant/Respondent: | 25-04245-JBM11 |

| | JUDICIAL OFFICER: |
|---|---|
| **PROOF OF SERVICE—CIVIL** | |
| **Check method of service** *(only one):* | DEPARTMENT: |
| ☐ By Personal Service    ☐ By Mail    ☒ By Overnight Delivery | |
| ☐ By Messenger Service    ☐ By Fax | |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026          I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: River Falls, LLC - ATT June Sifuentes

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

      Business or residential address where person was served:
      2840 Fletcher Pwky, #144, El Cajon, CA 92020-2111

   c. ☐ *(Complete if service was by fax.)*

      Fax number where person was served:

      ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
*www.courts.ca.gov*

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6.  b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address):  Telephone No.:  619 872-2520 | | | | FOR COURT USE ONLY |
|---|---|---|---|---|
| **Paul J. Leeds, Esq (SBN 214309)** | | | | |
| **Franklin Soto Leeds, LLP**<br>**444 West C Street, Suite 300**<br>**San Diego, CA 92101** | | | | |
| ATTORNEY FOR (NAME):  **River Falls, LLC, et al** | Ref. No. or File No.<br>**River Falls, LLC** | | | |
| Insert name of court, judicial district or branch court, if any:<br>**United States District Court**<br>**Southern District of California**<br>**333 West Broadway, Suite 420**<br>**San Diego, CA 92101** | | | | |

| PLAINTIFF:<br>**RE: VILLA CHARDONNAY HORSES WITH WINGS, INC.** |
|---|
| DEFENDANT |

| **PROOF OF SERVICE BY  PRIORITY MAIL EXPRESS** | DATE | TIME | DEPT/DIV | CASE NUMBER<br>**25-04245-JBM11** |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

**NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE**

MANNER OF SERVICE:
**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:
**San Diego Department of Gas & Electric**

ADDRESS, CITY AND STATE:   **P.O. Box 25111**
**Santa Ana, CA 92799-5111**

DATE OF MAILING:   **1/24/2026**
PLACE OF MAILING:   **San Diego, California - Via Priority Mail Express**

TRACKING:   **EI 149 533 626 US**

FEE FOR SERVICE:       **$88.25**

**Registered California Process Server**
**County:   San Diego**
**Registration No.   1769**
**American Messenger Service, Inc.**
**3330 Market Street, Suite C**
**San Diego, CA 92102**
**(619) 278-0891**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Monday, January 26, 2026**

Signature: _____

**Eliseo Villegas**

**PROOF OF SERVICE BY PRIORITY MAIL EXPRESS**                    641091

**POS-040**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego    STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520    FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | FOR COURT USE ONLY |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS: United States Bankruptcy Court<br>MAILING ADDRESS: 325 West F Street<br>CITY AND ZIP CODE:    San Diego, CA 92101<br>BRANCH NAME: Southern District of California |

| | |
|---|---|
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| Defendant/Respondent: | |
| | JUDICIAL OFFICER: |

| |
|---|
| **PROOF OF SERVICE—CIVIL** |
| Check method of service (only one): |

| | | | |
|---|---|---|---|
| ☐ By Personal Service | ☐ By Mail | ☒ By Overnight Delivery | DEPARTMENT: |
| ☐ By Messenger Service | ☐ By Fax | | |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

    American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026    I served the following **documents** *(specify):*
    NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

    ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
    a. Name of person served: Shelby A. Poteet, Esq. - Franklin Soto Leeds LLP

    b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

    Business or residential address where person was served:
    444 W. C Street, Suite 300, San Diego, CA 92101-3597

    c. ☐ *(Complete if service was by fax.)*

    Fax number where person was served:

    ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

    a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6.  b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐   deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐   placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

  c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

  e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/24/2026

Eliseo Villegas
    (TYPE OR PRINT NAME OF DECLARANT)     ▶     (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

    (NAME OF DECLARANT)     ▶     (SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY:    STATE BAR NO: | FOR COURT USE ONLY |
|---|---|

NAME: Paul J. Leeds, Esq (SBN 214309)
FIRM NAME: Franklin Soto Leeds, LLP
STREET ADDRESS: 444 West C Street, Suite 300
CITY: San Diego    STATE: CA    ZIP CODE: 92110
TELEPHONE NO.: 619 872-2520    FAX NO. :
E-MAIL ADDRESS: pleeds@fsl.law
ATTORNEY FOR (name): River Falls, LLC, et al

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: United States Bankruptcy Court
MAILING ADDRESS: 325 West F Street
CITY AND ZIP CODE:    San Diego, CA 92101
BRANCH NAME: Southern District of California

Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc.

Defendant/Respondent:

CASE NUMBER:
25-04245-JBM11

JUDICIAL OFFICER:

DEPARTMENT:

## PROOF OF SERVICE—CIVIL

**Check method of service** *(only one):*

[  ] By Personal Service    [  ] By Mail    [X] By Overnight Delivery
[  ] By Messenger Service    [  ] By Fax

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. [  ] The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026    I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   [  ] The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: The Ark Watch Foundation - Manatt, Phelps & Phillips, LLP

   b. [X] *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

      Business or residential address where person was served:
      203 Redwood Shores Pkwy, Suite 450, Redwood City, CA 94065-6100

   c. [  ] *(Complete if service was by fax.)*

      Fax number where person was served:

      [  ] The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. [  ] **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
www.courts.ca.gov

POS-040

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state)*:

  c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

  e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/24/2026

Eliseo Villegas
_____    ▶  _____
(TYPE OR PRINT NAME OF DECLARANT)      (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____    ▶  _____
(NAME OF DECLARANT)      (SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]      **PROOF OF SERVICE—CIVIL**      Page 2 of 3
**(Proof of Service)**

POS-040

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:     STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego                STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520        FAX NO.:<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | FOR COURT USE ONLY |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego |
| STREET ADDRESS:   United States Bankruptcy Court |
| MAILING ADDRESS:   325 West F Street |
| CITY AND ZIP CODE:      San Diego, CA 92101 |
| BRANCH NAME:   Southern District of California |

| | |
|---|---|
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| Defendant/Respondent: | |
| | JUDICIAL OFFICER: |
| **PROOF OF SERVICE—CIVIL**<br>Check method of service *(only one):*<br>☐ By Personal Service    ☐ By Mail    ☒ By Overnight Delivery<br>☐ By Messenger Service   ☐ By Fax | DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026          I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: US Securities and Exchange Commission Los Angeles Regional Office

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*
      Business or residential address where person was served:
      444 South Flower Street, 9th Floor, Los Angeles, CA 90071-2934

   c. ☐ *(Complete if service was by fax.)*
      Fax number where person was served:

   ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [Rev. February 1, 2017] | **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1011, 1013, 1013a,<br>2015.5; Cal. Rules of Court, rule 2.306<br>www.courts.ca.gov |

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

  c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

  e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/24/2026

Eliseo Villegas
    (TYPE OR PRINT NAME OF DECLARANT)      ▶      (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

    (NAME OF DECLARANT)      ▶      (SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]      **PROOF OF SERVICE—CIVIL**      Page 2 of 3
**(Proof of Service)**

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY:        STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309) | |

FIRM NAME: Franklin Soto Leeds, LLP
STREET ADDRESS: 444 West C Street, Suite 300
CITY: San Diego        STATE: CA        ZIP CODE: 92110
TELEPHONE NO.: 619 872-2520        FAX NO.:
E-MAIL ADDRESS: pleeds@fsl.law
ATTORNEY FOR (name): River Falls, LLC, et al

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: United States Bankruptcy Court
MAILING ADDRESS: 325 West F Street
CITY AND ZIP CODE:       San Diego, CA 92101
BRANCH NAME: Southern District of California

Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc.

Defendant/Respondent:

CASE NUMBER:
25-04245-JBM11

JUDICIAL OFFICER:

DEPARTMENT:

## PROOF OF SERVICE—CIVIL

**Check method of service (only one):**

- [ ] By Personal Service   [ ] By Mail   [X] By Overnight Delivery
- [ ] By Messenger Service   [ ] By Fax

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. [ ] The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026        I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   [ ] The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: Waste Management - Att: Rentoo & Rentto

   b. [X] *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

      Business or residential address where person was served:
      3517 Camino Del Rio S., Suite 412, San Diego, CA 92108-4046

   c. [ ] *(Complete if service was by fax.)*

      Fax number where person was served:

      [ ] The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. [ ] **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5; Cal. Rules of Court, rule 2.306
*www.courts.ca.gov*

**POS-040**

| CASE NAME:<br>In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| --- | --- |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one):*

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

  c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

  d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

  e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
      (TYPE OR PRINT NAME OF DECLARANT)           ▶           (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

      (NAME OF DECLARANT)           ▶           (SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

**POS-040**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:      STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME:  Paul J. Leeds, Esq (SBN 214309) | |

ATTORNEY OR PARTY WITHOUT ATTORNEY:      STATE BAR NO:
NAME:  Paul J. Leeds, Esq (SBN 214309)
FIRM NAME:  Franklin Soto Leeds, LLP
STREET ADDRESS:  444 West C Street, Suite 300
CITY:  San Diego          STATE:  CA     ZIP CODE:  92110
TELEPHONE NO.:  619 872-2520          FAX NO. :
E-MAIL ADDRESS:  pleeds@fsl.law
ATTORNEY FOR (name):  River Falls, LLC, et al

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS:  United States Bankruptcy Court
MAILING ADDRESS:  325 West F Street
CITY AND ZIP CODE:      San Diego, CA 92101
BRANCH NAME:  Southern District of California

Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc.

Defendant/Respondent:

**CASE NUMBER:**
25-04245-JBM11

**JUDICIAL OFFICER:**

### PROOF OF SERVICE—CIVIL

**Check method of service (only one):**

| | | |
|---|---|---|
| ☐ By Personal Service | ☐ By Mail | ☒ By Overnight Delivery |
| ☐ By Messenger Service | ☐ By Fax | |

**DEPARTMENT:**

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1.  At the time of service I was over 18 years of age **and not a party to this action**.

2.  My residence or business address is:

    American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3.  ☐  The fax number from which I served the documents is *(complete if service was by fax):*

4.  On *(date):* 1/24/2026          I served the following **documents** *(specify):*
    NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

    ☐  The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5.  I served the documents on the **person or persons** below, as follows:
    a.  Name of person served: U.S. Securities and Exchange Comission - Att Bankruptcy Counsel

    b.  ☒  *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

        Business or residential address where person was served:
        5670 Wilshire Boulevard, 11th Floor, Los Angeles, CA 90036-3648

    c.  ☐  *(Complete if service was by fax.)*

        Fax number where person was served:

    ☐  The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6.  The documents were served by the following means *(specify):*

    a.  ☐  **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,
2015.5;  Cal. Rules of Court, rule 2.306
www.courts.ca.gov

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas

      (TYPE OR PRINT NAME OF DECLARANT)       ▶       (SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

    At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

    I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

      (NAME OF DECLARANT)       ▶       (SIGNATURE OF DECLARANT)

POS-040

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:        STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego                    STATE: CA    ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520        FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS: United States Bankruptcy Court<br>MAILING ADDRESS: 325 West F Street<br>CITY AND ZIP CODE:    San Diego, CA 92101<br>BRANCH NAME: Southern District of California | |
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| Defendant/Respondent: | JUDICIAL OFFICER: |
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service (only one):**<br>☐ By Personal Service    ☐ By Mail    ☒ By Overnight Delivery<br>☐ By Messenger Service    ☐ By Fax | DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1.  At the time of service I was over 18 years of age **and not a party to this action**.

2.  My residence or business address is:

    American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3.  ☐ The fax number from which I served the documents is *(complete if service was by fax)*:

4.  On *(date):* 1/24/2026        I served the following **documents** *(specify):*
    NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

    ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5.  I served the documents on the **person or persons** below, as follows:
    a.  Name of person served: Dale Fullerton

    b.  ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

        Business or residential address where person was served:
        30002 Chuhuahua Valley, Warner Springs, CA 92086-9280

    c.  ☐ *(Complete if service was by fax.)*

        Fax number where person was served:

        ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6.  The documents were served by the following means *(specify):*

    a.  ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [Rev. February 1, 2017]        **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)**        Code of Civil Procedure, §§ 1011, 1013, 1013a,<br>2015.5;  Cal. Rules of Court, rule 2.306<br>*www.courts.ca.gov*

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one):*

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
(TYPE OR PRINT NAME OF DECLARANT)

▶

(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

(NAME OF DECLARANT)

▶

(SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Page 2 of 3

**POS-040**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:          STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego            STATE: CA      ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520        FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | *FOR COURT USE ONLY* |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS: United States Bankruptcy Court<br>MAILING ADDRESS: 325 West F Street<br>CITY AND ZIP CODE:      San Diego, CA 92101<br>BRANCH NAME: Southern District of California | |
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| Defendant/Respondent: | |
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service (only one):**<br>☐ By Personal Service   ☐ By Mail   ☒ By Overnight Delivery<br>☐ By Messenger Service   ☐ By Fax | JUDICIAL OFFICER:<br><br>DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

   American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026           I served the following **documents** *(specify):*
   NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

   ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
   a. Name of person served: United States Trustee Office of the U.S. Trustee

   b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

      Business or residential address where person was served:
      880 Front Street, Suite 3230, San Diego, CA 92101-8897

   c. ☐ *(Complete if service was by fax.)*

      Fax number where person was served:

      ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

   a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Page 1 of 3

**PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)**

**POS-040**

| CASE NAME:<br>In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| --- | --- |

6.  b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]    **PROOF OF SERVICE—CIVIL**    Page 2 of 3
**(Proof of Service)**

**POS-040**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:   STATE BAR NO:<br>NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego   STATE: CA   ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520   FAX NO. :<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | *FOR COURT USE ONLY* |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS: United States Bankruptcy Court<br>MAILING ADDRESS: 325 West F Street<br>CITY AND ZIP CODE:     San Diego, CA 92101<br>BRANCH NAME:  Southern District of California | |
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
| Defendant/Respondent: | |
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service** *(only one):*<br>☐ By Personal Service  ☐ By Mail  ☒ By Overnight Delivery<br>☐ By Messenger Service  ☐ By Fax | JUDICIAL OFFICER:<br><br>DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

    American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026    I served the following **documents** *(specify):*
    NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

    ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
    a. Name of person served: Margie Mannex

    b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*
       Business or residential address where person was served:
       1755 Lilac Rd, Ramona, CA 92065-1116

    c. ☐ *(Complete if service was by fax.)*
       Fax number where person was served:

    ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*
    a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [Rev. February 1, 2017]     **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)**     Code of Civil Procedure, §§ 1011, 1013, 1013a,<br>2015.5;  Cal. Rules of Court, rule 2.306<br>www.courts.ca.gov

**POS-040**

| CASE NAME: | CASE NUMBER: |
|---|---|
| In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

    (1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

    I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Page 2 of 3

**POS-040**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:          STATE BAR NO: | FOR COURT USE ONLY |
|---|---|
| NAME: Paul J. Leeds, Esq (SBN 214309)<br>FIRM NAME: Franklin Soto Leeds, LLP<br>STREET ADDRESS: 444 West C Street, Suite 300<br>CITY: San Diego          STATE: CA     ZIP CODE: 92110<br>TELEPHONE NO.: 619 872-2520          FAX NO.:<br>E-MAIL ADDRESS: pleeds@fsl.law<br>ATTORNEY FOR (name): River Falls, LLC, et al | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS:  United States Bankruptcy Court<br>MAILING ADDRESS:  325 West F Street<br>CITY AND ZIP CODE:     San Diego, CA 92101<br>BRANCH NAME:  Southern District of California | |

| | CASE NUMBER: |
|---|---|
| Plaintiff/Petitioner: In Re: Villa Chardonnay Horses With Wings, Inc. | 25-04245-JBM11 |
| Defendant/Respondent: | |
| | JUDICIAL OFFICER: |

| **PROOF OF SERVICE—CIVIL** | |
|---|---|
| Check method of service *(only one):*<br>☐ By Personal Service   ☐ By Mail   ☒ By Overnight Delivery<br>☐ By Messenger Service   ☐ By Fax | DEPARTMENT: |

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action**.

2. My residence or business address is:

    American Messenger Services, Inc., 3330 Market Street, Suite C, San Diego, CA 92102

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* 1/24/2026          I served the following **documents** *(specify):*
    NOTICE OF HEARING ON EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE

    ☐ The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
    a. Name of person served: Darlene Sears

    b. ☒ *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

       Business or residential address where person was served:
       2420 Gondar Ave, Long Beach, CA 90815-2214

    c. ☐ *(Complete if service was by fax.)*

       Fax number where person was served:

       ☐ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*

    a. ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Code of Civil Procedure, §§ 1011, 1013, 1013a,<br>2015.5;  Cal. Rules of Court, rule 2.306<br>www.courts.ca.gov

**POS-040**

| CASE NAME:<br>In Re: Villa Chardonnay Horses With Wings, Inc. | CASE NUMBER:<br>25-04245-JBM11 |
|---|---|

6. b. ☐ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one)*:

(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. ☒ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  1/24/2026

Eliseo Villegas
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

**DECLARATION OF MESSENGER**

☐ **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

POS-040 [Rev. February 1, 2017]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

Page 2 of 3