HAEJI HONG, ATTORNEY #198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 FRONT STREET, SUITE 3230
SAN DIEGO, CA  92101-8511
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re:

VILLA CHARDONNAY HORSES WITH WINGS, INC.

Debtor-in-Possession.

Case No.: 25-04245-JBM11

SUPPLEMENTAL DECLARATION OF HAEJI HONG IN SUPPORT OF ACTING UNITED STATES TRUSTEE'S **EMERGENCY** MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LBR 9013-9 DUE TO DEBTOR'S INABILITY TO OPERATE

Date:   January 27, 2026
Time:   3:00 p.m.
Dept:   Two (2)
Judge:  Hon. J. Barrett Marum

I, Haeji Hong, declare as follows:

1. I am a trial attorney employed by the Office of the United States Trustee ("UST") for the Southern District of California. I have personal knowledge of the facts stated herein, and could competently testify thereto if called as a witness to do so.

2. On January 22, 2026, Mr. Michael Totaro emailed me tax returns of Villa Chardonnay Horses with Wings, Inc. ("Debtor") for several years, including for 2021, 2023, and 2024 and indicated that there are no confirmation receipts for filing the returns. Attached hereto as **Exhibit 1** is a true and correct copy of the email from Mr. Totaro dated January 22, 2026.

3. This morning, I searched the IRS website for tax exempt organization search (https://apps.irs.gov/app/eos/) regarding this Debtor. According to the search result, the IRS indicates the Debtor has not filed Form 990 for the years 2021, 2023, and 2024. Attached hereto as **Exhibit 2** is a true and correct copy of the search result of the Debtor as of January 27, 2026.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief. Executed this 27th day of January, 2026 in San Diego, California.

/s/ Haeji Hong
Haeji Hong,
Attorney for Acting United States Trustee

VILLA CHARDONNAY 25-04245-JBM11
SUPP HONG DECLARATION

2