# Exhibit 1

## Hong, Haeji (USTP)

| | |
|---|---|
| **From:** | Michael Totaro <mtotaro@aol.com> |
| **Sent:** | Thursday, January 22, 2026 9:21 PM |
| **To:** | Hong, Haeji (USTP) |
| **Subject:** | [EXTERNAL] Villa Tax returns |
| **Attachments:** | 2013 Taxes.pdf; 2017 Taxes.pdf; 2018 taxes.pdf; 2019 Taxes.pdf; 2020 Taxes.pdf; 2021 Taxes.pdf; 2022 Taxes.pdf; 2023 Taxes.pdf; 2024 Taxes.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

we do not have receipts for all of them

Michael R. Totaro J.D., LL.M.
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
310 804 2157, Ocbkatty@aol.com

www.TotaroandShanahan.com

Deuteronomy 15:1-2
At the end of every seven years you shall grant a release. And this is the manner of the release: every creditor shall release what he has lent to his neighbor. He shall not exact it of his neighbor, his brother, because the Lord's release has been proclaimed. In its infinite wisdom, the Legislature has extended this to 8 years!!

The parties expressly do not provide, AOL, Google, Microsoft or any other ISP permission to read this email and view its contents. All ISP, including AOL and Google, Microsoft are expressly prohibited from using any means including creating a hash value for the contents of the email, to view the contents of this email.

1