# Exhibit 2

Case 25-04245-JBM11   Filed 01/27/26   Entered 01/27/26 10:16:23   Doc 79-2   Pg. 2 of 5

# Villa Chardonnay Horses With Wings

EIN: 27-0666624 | Julian, California, United States

## Other Names

VILLA CHARDONNAY HORSES WITH WINGS INC

## Publication 78 Data

Organizations eligible to receive tax-deductible charitable contributions. Users may rely on this list in determining deductibility of their contributions.

**On Publication 78 Data List:** Yes

**Deductibility Code:** PC ?

## Auto-Revocation List

Organizations whose federal tax exempt status was automatically revoked for not filing a Form 990-series return or notice for three consecutive years. *Important note: Just because an organization appears on this list, it does not mean the organization is currently revoked, as they may have been reinstated.*

**Exemption Type:** 501(c)(3) ?

**Exemption Reinstatement Date:** 05-15-2017

**Revocation Date:** 05-15-2017

**Revocation Posting Date:** 08-16-2017

# Determination Letter

A favorable determination letter is issued by the IRS if an organization meets the requirements for tax-exempt status under the Code section the organization applied.

## Final Letter(s)

FinalLetter_27-0666624_VILLACHARDONNAYHORSESWITHWINGSINC_12282017.tif [/pub/epostcard/dl/FinalLetter_27-0666624_VILLACHARDONNAYHORSESWITHWINGSINC_12282017.tif]

# Form 990-N (e-Postcard)

Organizations who have filed a 990-N (e-Postcard) annual electronic notice. Most small organizations that receive less than $50,000 fall into this category.

**Tax Period:**
2011 (01/01/2011-12/31/2011)

**EIN:**
27-0666624

**Organization Name (Doing Business as):**
VILLA CHARDONNAY HORSES WITH WINGS

Case 25-04245-JBM11    Filed 01/27/26    Entered 01/27/26 10:16:23    Doc 79-2    Pg. 4 of 5

**Mailing Address:**
42200 Calle Barbona
Temecula, CA 92592
United States

**Principal Officer's Name and Address:**
Louise Gardner

42200 Calle Barbona
Temecula, CA 92592
United States

**Gross receipts not greater than:**
$50,000

**Organization has terminated:**
No

**Website URL:**
www.villachardonnay.org

# Copies of Returns (990, 990-EZ, 990-PF, 990-T)

Electronic copies (images) of Forms 990, 990-EZ, 990-PF or 990-T returns filed with the IRS by charities and non-profits.

| ⌄ **Tax Year 2022 Form 990** |
| --- |
| ⌄ **Tax Year 2020 Form 990** |
| ⌄ **Tax Year 2019 Form 990** |

Case 25-04245-JBM11    Filed 01/27/26    Entered 01/27/26 10:16:23    Doc 79-2    Pg. 5 of 5

∨ **Tax Year 2019 Form 990**

∨ **Tax Year 2018 Form 990**

∨ **Tax Year 2017 Form 990**

∨ **Tax Year 2014 Form 990**