UNITED STATES BANKRUPTCY COURT
Southern District of California San Diego

In re:
Villa Chardonnay Horses With Wings, Inc.,
    Debtor(s).

Case No.: 25-04245
Chapter: 11

## PROOF OF SERVICE

I, Kamariee Alcaraz, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 01/27/2026, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

SUPPLEMENTAL DECLARATION OF HAEJI HONG IN SUPPORT OF ACTING UNITED STATES TRUSTEE'S EMERGENCY MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(b) AND LBR 9013-9 DUE TO DEBTORS INABILITY TO OPERATE , # 1 Exhibit 1 , and # 2 Exhibit 2

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
01/27/2026

*Kamariee Alcaraz*
Kamariee Alcaraz
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

## Exhibit A - Certificate of Service
## Villa Chardonnay Horses With Wings, Inc. 25-04245

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 28210 | Allstate Propane, 31500 Grape St # 3-404, Lake Elsinore, CA, 92532-9709 | Overnight |
| 28210 | Andres Sandoval, Attn. Labor Commissioner's Office, 3737 Main St Ste 850, Riverside, CA, 92501-3350 | Overnight |
| 28210 | Benjamin Heston, Nexus Bankruptcy, 3090 Bristol Street, Costa Mesa, CA, 92626-3079, United States of America | Overnight |
| 28210 | Benjamin Heston, Nexus Bankruptcy, 3090 Bristol Street #400, Costa Mesa, CA, 92626, United States of America, bhestonecf@gmail.com | Overnight;Electronic |
| 28210 | Benjamin Moreno, Attn. Labor Commissioner's Office, 3737 S Main St # 850, Riverside, CA, 92501-3350 | Overnight |
| 28210 | Bruno Gonzalez, c/o Adamson Ahdoot, LLP, 1150 S Robertson Blvd, Los Angeles, CA, 90035-1404 | Overnight |
| 28210 | Bruno Soto Gonzalez, 1122 S. La Cienega Blvd., Los Angeles, CA, 90035-0010 | Overnight |
| 28210 | California State Labor Commissioner, ATTN: Lindsey Lara, 1500 Hughes Way, Suite C-202, Long Beach, CA, 90810-1882, United States of America | Overnight |
| 28210 | Carol Armbrust, P.O. Box 203, Chester, ID, 83421-0203 | Overnight |
| 28210 | Celine Myers and The Ark Watch Foundation, 203 Redwood Shores Parkway, Suite 125, Redwood City, CA, 94065-6125 | Overnight |
| 28210 | Cynthia Montgomery, C/O Allen Kate, 888 Prospect St Ste 200, La Jolla, CA, 92037-4261 | Overnight |
| 28210 | Dale Fullerton, 30002 Chihuahua Valley, Warner Springs, CA, 92086-9280 | Overnight |
| 28210 | Dale Fullerton, 30002 Chihuahua Valley, Warner Springs, CA, 92086-9280 | None |
| 28210 | Darlene Sears, 2420 Gondar Ave, Long Beach, CA, 90815-2214 | Overnight |
| 28210 | Darlene Sears, 2420 Gondar Ave, Long Beach, CA, 90815-2214 | None |
| 28210 | DEERE CREDIT SERVICES INC, ATTN LITIGATION & RECOVERY DEPARTMENT, PO BOX 6600, JOHNSTON, IA, 50131-6600 | Overnight |
| 28210 | Deputy Attorney General, David Eldan, Office of the Attorney General, 300 S. Spring St., Suite 1702, Los Angeles, CA, 90013, United States of America, David.Eldan@doj.ca.gov | Overnight;Electronic |
| 28210 | Elias Villafuerte-Rubio, Attn. Labor Commissioner's Office, 320 W 4th St Ste 450, Los Angeles, CA, 90013-2479 | Overnight |
| 28210 | Franklin Soto Leeds LLP, Meredith King, 444 West C St STE 300, San Diego, CA, 92101, United States of America, mking@fsl.law | Overnight;Electronic |
| 28210 | Franklin Soto Leeds LLP, Shelby Poteet, 444 West C St STE 300, San Diego, CA, 92101, United States of America, spoteet@fsl.law | Overnight;Electronic |
| 28210 | Internal Revenue Service, General Insolvency Operations, PO Box 7346, Philadelphia, PA, 19101-7346 | Overnight |
| 28210 | Investors Mortgage Lending Group, Inc, Po Box 2354, Rcho Santa Fe, CA, 92067-2354 | Overnight |
| 28210 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD, MN, 56302-7999, United States of America | Overnight |
| 28210 | John Deere Financial (2), Attn. Customer Service, Po Box 5328, Madison, WI, 53705-0328 | Overnight |
| 28210 | Margaret Mannex, 1755 Lilac Rd., Ramona, CA, 92065-1116 | Overnight |
| 28210 | Margie Mannex, 1755 Lilac Rd., Ramona, CA, 92065-1116 | Overnight |
| 28210 | Margie Mannex, 1755 Lilac Rd., Ramona, CA, 92065-1116 | None |
| 28210 | Meredith King, Esq., FRANKLIN SOTO LEEDS LLP, 444 West C St., Suite 300, San Diego, CA, 92101-3597 | Overnight |
| 28210 | Michael R Totaro, Totaro & Shanahan, LLP, P.O. Box 789, Pacific Palisades, CA, 90272-0789 | Overnight |
| 28210 | Monika Kerber Perez, P.O. Box 1000, Julian, CA, 92036-1000 | Overnight |
| 28210 | Nexus Bankruptcy, 3090 Bristol Street #400, Costa Mesa, CA, 92626-3063 | Overnight |
| 28210 | Private Mortgage Lending, LLC, Po Box 2354, Rcho Santa Fe, CA, 92067-2354 | Overnight |
| 28210 | Raul Garcia, Attn. Labor Commissioner's Office, 320 W 4th St Ste 450, Los Angeles, CA, 90013-2479 | Overnight |
| 28210 | Rey Velazquez, Attn. Labor Commissioner's Office, 3737 Main St Ste 850, Riverside, CA, 92501-3350 | Overnight |
| 28210 | River Falls, LLC, Attn. June Sifuentes, 2840 Fletcher Pkwy # 144, El Cajon, CA, 92020-2111 | Overnight |
| 28210 | River Falls, LLC, Attn. June Sifuentes, 2840 Fletcher Pkwy # 144, El Cajon, CA, 92020-2111 | Overnight |
| 28210 | River Falls, LLC, c/o FRANKLIN SOTO LEEDS LLP, Attn.: Meredith King, Esq., 444 West C St., Suite 300, San Diego, CA, 92101-3597 | Overnight |
| 28210 | San Diego Department of Gas & Electric, Po Box 25111, Santa Ana, CA, 92799-5111 | Overnight |
| 28210 | SAN DIEGO GAS AND ELECTRIC, Attn: Credit & Collections / Bankruptcy,, 8326 Century Park Court, San Diego, CA, 92123-1576 | Overnight |
| 28210 | Santos Figueroa, Attn. Labor Commissioner's Office, 320 W 4th St Ste 340, Los Angeles, CA, 90013-2343 | Overnight |
| 28210 | Santos Rodriguez, Attn. Labor Commissioner's Office, 320 W 4th St Ste 340, Los Angeles, CA, 90013-2343 | Overnight |
| 28210 | Shelby A. Poteet, Esq., FRANKLIN SOTO LEEDS LLP, 444 West C St., Suite 300, San Diego, CA, 92101-3597 | Overnight |
| 28210 | Small Business Association, CESC Covid EIDL Service Center, 14925 Kingsport Rd, Fort Worth, TX, 76155-2243 | Overnight |
| 28210 | State of California Labor Commission, 464 W 4th St 478, Sn Bernrdno, CA, 92401-1414 | Overnight |
| 28210 | The Ark Watch andcCeline Myers, c/o Manatt, Phelps & Phillips, LLP, 1 Embarcadero Ctr Fl 30, San Francisco, CA, 94111-3719 | Overnight |
| 28210 | The ARK Watch Foundation, Manatt, Phelps & Phillips, LLP, 203 Redwood Shores Pkwy Ste 450, Redwood City, CA, 94065- | Overnight |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| | 6100 | |
| 28210 | Totaro & Shanahan, LLP, Michael R Totaro, P.O. Box 789, Pacific Palisades, CA, 90272, United States of America, Ocbkatty@aol.com | **Overnight;Electronic** |
| 28210 | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA, 92036-1000 | **Overnight** |
| 28210 | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, SAN DIEGO-CA, Julian, CA, 92036-1000, United States of America | **Overnight** |
| 28210 | Waste Management, Attn. Rentto & Rentto, 3517 Camino Del Rio S Ste 412, San Diego, CA, 92108-4046 | **Overnight** |