# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | Villa Chardonnay Horses With Wings, Inc. |
| **Case Number:** | 25-04245-JBM    **Chapter:** 11 |
| **Date / Time/ Room:** | 01/27/2026 3:00 PM, Department 2 |
| **Bankruptcy Judge:** | J. Barrett Marum |
| **Courtroom Clerk:** | Russell Paluso |
| **ECRO:** | Monette Warren |

### Matters:

1) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 1/22/26)

2) EMERGENCY MOTION TO APPOINT CHAPTER 11 TRUSTEE FILED ON BEHALF OF RIVER FALLS, LLC., PRIVATE MORTGAGE LENDING, INC., AND THE ARMBRUST LIVING TRUST (ON SHORTENED TIME)

3) HEARING SET BY THE COURT RE: STIPULATION BETWEEN THE CALIFORNIA ATTORNEY GENERAL'S OFFICE AND VILLA CHARDONNAY HORSES WITH WINGS, INC., FOR THE USE OF ESTATE FUNDS

4) MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. 1112(b) AND LBR 9013-9 DUE TO DEBTOR'S INABILITY TO OPERATE FILED ON BEHALF OF U.S. TRUSTEE (ON SHORTENED TIME)

### Appearances:

MICHAEL TOTARO, ATTORNEY FOR VILLA CHARDONNEY WITH WINGS, INC.
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE
MEREDITH KING, ATTORNEY FOR PRIVATE MORTGAGE LENDING, INC., RIVER FALLS, INC., THE ARMBRUST LIVING TRUST
PAUL LEEDS, ATTORNEY FOR PRIVATE MORTGAGE LENDING, INC., RIVER FALLS, INC., THE ARMBRUST LIVING TRUST
DAVID ELDAN, CALIFORNIA STATE ATTORNEY GENERAL - CHARITABLE TRUST SECTION (video)
CONNOR VARLEY, ATTORNEY FOR CELINE MYERS, THE ARK WATCH FOUNDATION
MARGIE MANNEX, CREDITOR, PRO SE (video)
GRACE WAINSCOAT, REPRESENTATIVE FOR HUMANE FARMING ASSOCIATION (video)

### Disposition:

1) Continued to 2/18/26 at 2:00 p.m.

If the case is still pending, a status report from the Chapter 11 Trustee to be filed by no later than 2/13/26.

2) The Court conditionally approves of the appointment of a Chapter 11 Trustee subject to the U.S Trustee ability to find someone who is willing to serve by no later than 1/30/26 as set forth on the record.

Mr. Eldan's office is to provide the terms of what the Debtor's probationary registration would look like to the U.S. Trustee, potential Chapter 11 Trustee, and all affected parties as quickly as possible as stated on the record.

The Court instructed Mr. Eldan that any restrictions in the probationary registration are only on the business itself and shall not impact what the Chapter 11 Trustee is able to do as stated on the record.

The Court required the parties to meet and confer with the U.S. Trustee regarding the names of potential Chapter 11 Trustees as set forth on the record.

Order to come from the Court.

3) Stipulation is approved as set forth on the record.

4) The Court has ruled that if the U.S. Trustee is unable to identify a potential Chapter 11 Trustee by the 1/30/26 deadline, U.S. Trustee is to submit a dismissal order as set forth on the record.