January 28, 2026

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In re:

VILLA CHARDONNAY HORSE WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO.  25-04245-JBM11
Date of Hearing:  January 27, 2026
Time of Hearing:  3:00 p.m.
Name of Judge:  J. Barrett Marum

**ORDER CONDITIONALLY APPOINTING CHAPTER 11 TRUSTEE**

Related Motion/Order Docket Entry Nos. 63, 74

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through two (2).

DATED:

Page 2 | ORDER SUSTAINING OBJECTIONS TO CONFIRMATION, GRANTING MOTIONS TO DISMISS, AND IMPOSING RE-FILING BAR

In re Villa Chardonnay Horses With Wings, Inc.　　　　　　　　　　　　Case No. 25-04245-JBM11

On January 26, 2026, the Court heard the Emergency Motion/Application for Appointment of Chapter 11 Trustee (the "Emergency Motion") that the secured creditor Private Mortgage Lending, Inc., River Falls, LLC, The Armbrust Living Trust filed. ECF No. 63. The Court considered the Acting United States Trustee's (the "UST's") Opposition to Emergency Motion to Appoint Chapter 11 Trustee and testimony at the hearing from the Debtor, the UST, and another non-profit that provides animal care, Ark Watch Foundation. ECF No. 73. Finally, the Court considered the Acting UST's Emergency Motion to Dismiss Pursuant to 11 U.S.C. Section 1112(b) and LBR 9013-9 Due to Debtor's Inability to Operate (the "Motion to Dismiss"). ECF No. 74.

The Court conditionally appoints a Chapter 11 trustee in this case subject to the UST's ability to identify a trustee willing to serve in this role by no later than **January 30, 2026**.

The Court conditions such appointment on the Attorney General's approving the Debtor's probationary registration with the state of California, allowing the Debtor to legally operate its business on an interim basis while the Debtor rectifies its good standing status. The Attorney General will submit the potential terms for the Debtor's probationary registration to the Court, the UST, and all the parties in advance of the January 30, 2026, deadline such that the proposed trustee will have an opportunity to consider those terms before appointment. The Chapter 11 trustee will have the full powers of a Chapter 11 trustee, including discretion to determine what is in the best interests of the bankruptcy estate, regardless of the terms in the probationary registration. If the UST cannot identify anyone willing to serve as trustee, the UST shall upload an order dismissing the case.

Relatedly, on January 23, 2026, the Court entered an Order on the Stipulation Between the California Attorney General's Office and Villa Chardonnay, Inc., for the Use of Estate Funds. ECF No. 67. In that Order, the Court ruled the Debtor is allowed to use estate funds to feed and care for the animals currently in the Debtor's possession through January 30, 2026. The Order also allowed the Debtor to accept donations to be used for that purpose. The Court acknowledges that Order addressed immediate care for the animals and nothing herein alters that Order.

The Court further sets a status conference in this matter for **February 18, 2026, at 2 p.m.** The Chapter 11 trustee shall file a status report by no later than **February 13, 2026.** Any other party is welcome to file a status report for the Court's review in advance of the hearing.

The Court thus **GRANTS** the Emergency Motion as conditioned above and **GRANTS** the Motion to Dismiss to the extent the Court finds cause for dismissal exists. However, the Court orders a distinct outcome from the UST's requested relief, as detailed herein.

**IT IS SO ORDERED.**