PAUL J. LEEDS, ESQ. (SBN 214309)
pleeds@fsl.law
MEREDITH KING, ESQ. (SBN 280043)
mking@fsl.law
SHELBY A. POTEET, ESQ. (SBN 297621)
spoteet@fsl.law
FRANKLIN SOTO LEEDS LLP
444 West C Street, Suite 300
San Diego, California 92101
Tel: 619.872.2520
Fax: 619.566.0221

*Attorneys for River Falls, LLC,*
*Private Mortgage Lending, Inc., and*
*The Armbrust Living Trust*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re,<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor. | Case No: 25-04245-JBM11<br><br>CHAPTER 11<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within-entitled action; my business address is 444 West "C" Street, Suite 300, San Diego, California 92101-7913. On January 28, 2026, I served the within documents, with all exhibits (if any):

- **STIPULATION RE: FRBP 2004 ORDER AUTHORIZING SUBPOENA FOR INSPECTION OF PREMISES AND PRODUCTION OF DOUCMENTS**

☒ VIA CMF/ECF. I am familiar with the United States Bankruptcy Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed

PROOF OF SERVICE
-1-

with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered uses in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

- **Carl Grumer on behalf of Plaintiffs The Ark Watch Foundation at cgrumer@manatt.com**
- **Carl Grumer on behalf of Plaintiffs Celine Myers at cgrumer@manatt.com**
- **Benjamin Heston on behalf of Creditor Darlene Sears at bhestonecf@gmail.com, benheston@recap.email, and NexusBankruptcy@jubileebk.net**
- **Haeji Hong on behalf of United States Trustee United States Trustee at Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov, and tiffany.l.carroll@usdoj.gov**
- **Michael R Totaro on behalf of Debtor Villa Chardonnay Horses With Wings, Inc. at Ocbkatty@aol.com**
- **United States Trustee at ustp.region15@usdoj.go**

[X]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth above.

*To be mailed by mailing service- Suppl. CoS to follow.*

| | |
|---|---|
| Dale Fullerton | Margie Mannex |
| 30002 Chihuahua Valley | 1755 Lilac Rd. |
| Warner Springs, CA 92086 | Ramona, CA 92065 |

I declare under penalty of perjury under the laws the State of California that the above is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 28, 2026, at San Diego, California.

　　　　　　　　　　　　　　　　　　　*/s/ Jacquelyn Wilson*
　　　　　　　　　　　　　　　　　　　Jacquelyn Wilson

PROOF OF SERVICE
-2-