FRANKLIN SOTO LEEDS LLP
Paul Leeds, Esq, (Bar No. 214309)
pleeds@fsl.law
Meredith King, Esq. (Bar No. 280043)
mking@fsl.law
444 West C Street, Suite 300
San Diego, California 92101
Tel: 619.872.2520
Fax: 619.566.0221

*Attorneys for River Falls, LLC,*
*Private Mortgage Lending, Inc., and*
*The Armbrust Living Trust*

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.<br><br>            Debtor. | Case No: 25-04245-JBM11<br><br>Chapter 11<br><br>**STIPULATION BETWEEN THE DEBTOR, SECURED CREDITORS, AND THE CALIFORNIA ATTORNEY GENERAL'S OFFICE FOR THE CONTINUED USE OF ESTATE FUNDS**<br><br>(Fed. R. Bankr. P. 2004)<br><br>Dept:      2<br>Judge:    Hon. J. Barrett Marum |

River Falls, LLC, Private Mortgage Lending, Inc., and Larry D. Armbrust and Carol A. Armbrust, as trustees of the Armbrust Living Trust (collectively "Secured Creditors"), Villa Chardonnay Horses With Wings, Inc. ("Debtor"), and the California Attorney's General's Office ("Attorney General") (together, "the Parties") by and through their respective counsel, stipulate and agree as follows:

//

## RECITALS

Debtor, a California public benefit corporation holding charitable assets, operates an animal sanctuary. The sanctuary's current animal population includes approximately 300 horses, 300 cats, and various other animals.

Debtor's registration with the Attorney General's Registry of Charities and Fundraisers ("Registry") has been suspended since January 2024. Pursuant to 11 C.C.R. § 312, Debtor is thus not in "good standing" with the Registry and therefore may not "operate or solicit for charitable purposes in California." Pursuant to 11 C.C.R. § 345(b), "[a] registrant that has been suspended or revoked may not distribute or expend any charitable assets or assets subject to a charitable trust without the written approval of the Attorney General."

On January 23, 2026, the United States Bankruptcy Court for the Southern District of California enter an order (Doc 67) approving a stipulation between Debtor and the Attorney General to allow Debtor to continue to feed and care for the animals through January 30, 2026 under certain conditions (*see* Or. App. Stip., Doc 64).

On January 28, 2026, the Court entered an order conditionally approving appointment of a Chapter 11 trustee in the above-captioned bankruptcy provided the Office of the United States Trustee's office was able to identify a trustee willing to serve no later than January 30, 2026.  The undersigned understand that additional time may be needed to put together financing terms to facilitate the appointment of a trustee. **NOW, THEREFORE**, based upon the foregoing, it is stipulated and agreed:

1.      In order to allow the Debtor to continue, through February 6, 2026, to feed and care for the animals currently in its possession, the Attorney General agrees that the Debtor may distribute or expend cash and cash-equivalent assets of the estate, solely to pay for feed, nutritional supplements, blankets and veterinary care for the animals. All such spending must be documented with receipts, copied of which shall be received by the Attorney General each Monday by 5 p.m. No assets may be used for any other purpose, including for the benefit of the Debtor' s manager or other individuals

1 │ affiliated with the Debtor (as, e.g., employees or volunteers) or for the maintenance of
2 │ any residential structure on the Debtor's property.

3 │     2.    The Debtor may accept donations, in cash or in kind, to be used for the
4 │ above-described purposes, exclusively to fund spending as described above.

5 │     3.    This stipulation shall expire at midnight on February 6, 2026, unless
6 │ extended by written agreement of the parties.

7 │     4.    The Parties agree that a chapter 11 trustee shall be appointed in this
8 │ bankruptcy case, at the earliest possible date, but no later than February 6, 2026.

9

10 │ **IT IS SO STIPULATED.**

11

12 │ Dated: January 29, 2026            Respectfully Submitted,

13

14 │                   FRANKLIN SOTO LEEDS LLP

15

16 │           By:   */s/ Meredith King*
17 │                 Meredith King, Esq.
                Paul Leeds, Esq.

18

19 │                 *Attorneys for River Falls, LLC,*
*Private Mortgage Lending, Inc., and*
20 │                 *The Armbrust Living Trust*

21

22 │                 TOTARO & SHANAHAN, LLP

23

24 │           By:

25 │                 Michael R. Totaro, Esq.

26 │                 *Attorneys for Debtor Villa Chardonnay*
*Horses With Wings, Inc.*
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OFFICE OF THE ATTORNEY
GENERAL

By: _____
David Eldan, Deputy Attorney General