```
PAUL J. LEEDS, ESQ. (SBN 214309)
pleeds@fsl.law
MEREDITH KING, ESQ. (SBN 280043)
mking@fsl.law
SHELBY A. POTEET, ESQ. (SBN 297621)
spoteet@fsl.law
FRANKLIN SOTO LEEDS LLP
444 West C Street, Suite 300
San Diego, California 92101
Tel: 619.872.2520
Fax: 619.566.0221
```

*Attorneys for River Falls, LLC,*
*Private Mortgage Lending, Inc., and*
*The Armbrust Living Trust*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re, <br><br> VILLA CHARDONNAY HORSES WITH WINGS, INC., <br><br> Debtor. | Case No: 25-04245-JBM11 <br><br> CHAPTER 11 <br><br> **PROOF OF SERVICE** |

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within-entitled action; my business address is 444 West "C" Street, Suite 300, San Diego, California 92101-7913. On January 29, 2026, I served the within documents, with all exhibits (if any):

- **STIPULATION BETWEEN THE DEBTOR, SECURED CREDITORS, AND THE CALIFORNIA ATTORNEY GENERAL'S OFFICE FOR THE CONTINUED USE OF ESTATE FUNDS**

☒ VIA CMF/ECF. I am familiar with the United States Bankruptcy Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed

with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered uses in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

- **Carl Grumer on behalf of Plaintiffs The Ark Watch Foundation at cgrumer@manatt.com**
- **Carl Grumer on behalf of Plaintiffs Celine Myers at cgrumer@manatt.com**
- **Benjamin Heston on behalf of Creditor Darlene Sears at bhestonecf@gmail.com, benheston@recap.email, and NexusBankruptcy@jubileebk.net**
- **Haeji Hong on behalf of United States Trustee United States Trustee at Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov, and tiffany.l.carroll@usdoj.gov**
- **Michael R Totaro on behalf of Debtor Villa Chardonnay Horses With Wings, Inc. at Ocbkatty@aol.com**
- **United States Trustee at ustp.region15@usdoj.go**

[X]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth above.

*To be mailed by mailing service- Suppl. CoS to follow.*

| Dale Fullerton | Margie Mannex |
| --- | --- |
| 30002 Chihuahua Valley | 1755 Lilac Rd. |
| Warner Springs, CA 92086 | Ramona, CA 92065 |

I declare under penalty of perjury under the laws the State of California that the above is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 29, 2026, at San Diego, California.

          */s/ Jacquelyn Wilson*
          Jacquelyn Wilson