HAEJI HONG, ATTORNEY #198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 Front Street, Suite 3230
San Diego, CA 92101
(619) 557-5013

Attorneys for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re

VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

Case No. 25-04245-JBM11

NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE BY UNITED STATES TRUSTEE

**TO: THE HONORABLE J. BARRETT MARUM**

**UNITED STATES BANKRUPTCY JUDGE**

Pursuant to the Order of this Court entered on January 28, 2026, directing the Acting United States Trustee (the "United States Trustee") to appoint a chapter 11 trustee in the above-captioned case, the United States Trustee hereby appoints Leslie T. Gladstone as chapter 11 trustee.

The chapter 11 trustee bond is initially set at $10,000. The bond may require adjustment as the trustee collects funds of the estate; and, the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

Dated: January 29, 2026

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE