HAEJI HONG, ATTORNEY #198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 Front Street, Suite 3230
San Diego, CA 92101
(619) 557-5013

Attorneys for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor. | Case No. 25-04245-JBM11<br><br>ACTING UNITED STATES TRUSTEE'S EX PARTE APPLICATION FOR APPROVAL OF APPOINTMENT OF CHAPTER 11 TRUSTEE |

**TO: THE HONORABLE J. BARRETT MARUM**

**UNITED STATES BANKRUPTCY JUDGE**

The Acting United States Trustee (the "United States Trustee"), pursuant to F.R.B.P. 2007.1(c), hereby applies to the Court for an order approving the appointment of Leslie T. Gladstone as Chapter 11 Trustee. Ms. Gladstone is competent to perform the duties of Chapter 11 Trustee, due to her experience as a chapter 7 panel trustee and chapter 11 trustee and examiner in bankruptcy cases.

Ms. Gladstone has not previously served in any capacity in this case and is a disinterested person within the meaning of §101(14) of the Bankruptcy Code. The Trustee's Declaration of Disinterest, Trustee's Verified Statement, and the United States Trustee's Declaration Regarding Consultations under 11 U.S.C. § 1104(d) are incorporated herein by this reference.

1

WHEREFORE, the United States Trustee respectfully requests that this Court enter an Order Approving Appointment of Leslie T. Gladstone as the Chapter 11 Trustee.

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: January 29, 2026     By: /s/ Haeji Hong
                                Haeji Hong
                                Trial Attorney for the
                                Acting United States Trustee

2