HAEJI HONG, ATTORNEY #198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 Front Street, Suite 3230
San Diego, CA 92101
(619) 557-5013

Attorneys for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor. | Case No. 25-04245-JBM11<br><br>DECLARATION OF DISINTEREST AND ACCEPTANCE OF APPOINTMENT |

I, Leslie T. Gladstone, declare as follows:

1. I am a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code and I hereby accept the Appointment and agree to serve as trustee in the above-captioned Chapter 11 case.

2. I further declare that to the best of my knowledge, I have no connections with Villa Chardonnay Horses with Wings, Inc. (the "Debtor"), creditors, and other parties in interest, their respective attorneys, accountants, the United States Trustee, or any other person employed in the office of the United States Trustee, other than in my capacity as a trustee in cases in this judicial district.

3. I further declare that I am not a creditor, an equity security holder, or an insider; I am not and was not, within two years before the date of the filing of the petition a director, officer or employee of the Debtor and I do not have an interest

1

materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason or any direct or indirect relationship to connection with, or interest in, the Debtor or for any other reason.

    I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief. Executed at <u>La Jolla, California</u>.

Dated: January __, 2026

                                      Leslie T. Gladstone
                                      Chapter 11 Trustee

HAEJI HONG, ATTORNEY #198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 Front Street, Suite 3230
San Diego, CA 92101
(619) 557-5013

Attorneys for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re

VILLA CHARDONNAY HORSES WITH WINGS, INC,

          Debtor.

Case No. 24-04245-JBM11

VERIFIED STATEMENT OF LESLIE T. GLADSTONE

I hereby verify that I have no connections with the debtor(s), creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except as follows: **(If you have no connections, write "none".)**

None

I declare under penalty of perjury that the foregoing is true and correct.

Date: 1/29/26

_____
LESLIE T. GLADSTONE