```
HAEJI HONG, ATTORNEY #198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 Front Street, Suite 3230
San Diego, CA 92101
(619) 557-5013

Attorneys for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE
```

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| In re | ) | Case No. 25-04245-JBM11 |
|---|---|---|
| VILLA CHARDONNAY HORSES WITH WINGS, INC, | ) ) ) ) ) ) | DECLARATION REGARDING UNITED STATES TRUSTEE'S CONSULTATIONS UNDER 11 U.S.C. §1104(d) |
| Debtor. | ) | |

I, Haeji Hong, declare as follows:

1. I consulted with the following interested parties regarding the appointment of a chapter 11 trustee in this case: Michael Totaro, counsel for Villa Chardonnay Horses with Wings, Inc. (the "Debtor"); Paul Leeds, counsel for creditor Private Mortgage Lending, Inc., River Falls, Inc., and the Armbrust Living Trust; Meredith King, counsel for creditor Private Mortgage Lending, Inc., River Falls, Inc., and the Armbrust Living Trust; Connor Farley, counsel for creditor Celine Myers and the Ark Watch Foundation; David Eldan, counsel for California State Attorney General – Charitable Trust Section.

2. Leslie T. Gladstone has been appointed as chapter 11 trustee, subject to confirmation of this Court.

3. Leslie T. Gladstone is a disinterested person pursuant to 11 U.S.C. § 101(14), in that she is not a creditor, an equity security holder, or an insider; she is not and was not an investment banker for any outstanding security of the Debtor;

1

she has not been, within three (3) years before the date of the filing of the petition, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the debtor; she is not and was not, within two years before the date of the filing of the petition a director, officer, or employee of the debtor or of an investment banker as specified above; and she does not have any interest materially adverse to the interest of the estate of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker specified above, or for any other reason. In addition, she has no connection to the United States Trustee's employees, other than in her role as a trustee or examiner in this district.

      I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief. Executed at San Diego, California.

Dated: January 29, 2026          By: /s/ Haeji Hong
                                                 Haeji Hong
                                                 Trial Attorney for the
                                                 Acting United States Trustee