**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

HAEJI HONG, ATTORNEY NO. 198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 FRONT STREET, SUITE 3230
SAN DIEGO, CA  92101
(619) 557-5013

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO.    25-04245-JBM11

Date of Hearing:    Ex Parte
Time of Hearing:    Ex Parte
Name of Judge:    J. Barret Marum

# ORDER APPROVING THE APPOINTMENT OF CHAPTER 11 TRUSTEE

The court orders as set forth on the continuation pages attached and numbered <u>two (2)</u> through <u>two (2)</u> with exhibits, if any, for a total of <u>two (2)</u> pages. Motion/Application Docket Entry No. <u>88</u>.

//

//

//

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18] **(Page 2)**
ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE
DEBTOR:   VILLA CHARDONNAY HORSES WITH WINGS, INC.                              CASE NO:   25-04245-JBM11

This matter came before the Court on the Acting United States Trustee's Ex Parte Application for Approval of Appointment of Chapter 11 Trustee ("Application"), and based upon the Application and declarations filed in support thereof,

IT IS HEREBY ORDERED that the appointment of Leslie T. Gladstone as Chapter 11 Trustee, is approved.