ROB BONTA
Attorney General of California
JOSEPH N. ZIMRING
Supervising Deputy Attorney General
DAVID K. ELDAN
Deputy Attorney General
State Bar No. 163592
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6041
 Fax:  (916) 731-2145
 E-mail:  David.Eldan@doj.ca.gov
*Attorneys for Attorney General, State of California*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re:**<br><br>**VILLA CHARDONNAY HORSES WITH WINGS, INC.** | CASE NO. 25-04245-JBMl1<br><br>**CALIFORNIA ATTORNEY GENERAL'S SUBMISSION OF POTENTIAL TERMS OF DEBTOR'S PROBATIONARY REGISTRATION**<br><br>Hearing: N/A<br>Time:    N/A<br>Judge Hon. J. Barrett Marum |

California Attorney General Rob Bonta (the "Attorney General") hereby submits the "potential terms for the Debtor's probationary registration," pursuant to the Court's Order Conditionally Appointing Chapter 11 Trustee (CM/ECF no. 83, entered 1/28/26). The terms are as follows:

Immediately after entry of an order of the court approving the appointment of Leslie T. Gladstone as chapter 11 trustee (the "Trustee") in the above-captioned case, the Attorney General's Registry of Charities and Fundraisers (the "Registry") and the Debtor (acting through the Trustee) shall enter into a probation agreement on the terms set forth below, and the Registry shall then change the status of the Debtor's registration to "probationary," thus allowing the

1

Debtor to operate. The Debtor shall promptly thereafter file and serve, pursuant to Local Bankruptcy Rule 4001-5(c), a motion seeking a court order approving the terms of the probation agreement.

The terms of the probation agreement shall be as follows:

1. The Debtor shall:

    a. fully comply, prospectively, with all California laws relating to holding or soliciting charitable assets, including without limitation the Supervision of Trustees and Fundraisers for Charitable Purposes Act and its regulations (Gov. Code, § 12580 et seq., Cal. Code Regs., tit. 11, §§ 300 et seq., 999.1 et seq.; collectively the "Charitable Supervision Act"), and the Nonprofit Public Benefit Corporation Law (Corp. Code, § 5110), and in particular all registration and reporting requirements (e.g., filing of Form RRF-1 and the appropriate version of IRS Form 990 and payment of all required fees); and

    b. with respect to non-compliance by the Debtor with the California laws referenced in the preceding section 1.a., which non-compliance occurred prior to the change in the Debtor's status to probationary registration, the Debtor shall cure such non-compliance to the extent cure is reasonably possible (e.g., by filing delinquent registration and reporting materials and paying accompanying fees).

2. The Registry's administration of California law is an exercise of police and regulatory power by a governmental unit, within the meaning of 11 U.S.C. sec. 362(b)(3), and nothing in this agreement prevents the Registry or the Attorney General from taking any action authorized by California law, without seeking relief from the automatic stay of 11 U.S.C. sec. 362(a). In particular, and without limiting the generality of the preceding sentence, the Registry may suspend or revoke the Debtor's probationary registration:

    a. effective immediately, if the Trustee's service ends by reason of resignation, death, removal, or for any other reason; and

    b. upon written notice, if the Debtor fails, prospectively, to comply with California law as set forth at section 1.a. above, or if the Debtor fails to cure non-compliance with

California law, which non-compliance occurred prior to the change in the Debtor's status to probationary registration, as set forth at section 1.b. above.

3. The Attorney General has entered into this agreement in order to enable appointment of a chapter 11 trustee for the Debtor and thus facilitate the Debtor's compliance with applicable California law and proper care of animals housed at the Debtor's real property. The Attorney General's entry into this agreement is not, and shall not be construed as, approval or consent by the Attorney General to, or an expression by the Attorney General of a preference for, the Debtor's reorganization, liquidation, or any other resolution of the Debtor's bankruptcy case.

Dated:  January 29, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JOSEPH N. ZIMRING
Supervising Deputy Attorney General

 /s/ David K. Eldan

DAVID K. ELDAN
Deputy Attorney General
*Attorneys for Attorney General, State of California*

LA2021600339
68225473.docx