

Order Entered on
January 29, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In re:

VILLA CHARDONNAY HORSE WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO.    25-04245-JBM11
Date of Hearing:    January 27, 2026
Time of Hearing:    3:00 p.m.
Name of Judge:    J. Barrett Marum

**ORDER CONDITIONALLY APPOINTING CHAPTER 11 TRUSTEE**

Related Motion/Order Docket Entry Nos. 63, 74

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through two (2).

DATED:   January 28, 2026

Judge, United States Bankruptcy Court

Page 2 | ORDER CONDITIONALLY APPOINTING CHAPTER 11 TRUSTEE

In re Villa Chardonnay Horses With Wings, Inc.                Case No. 25-04245-JBM11

On January 27, 2026, the Court heard the Emergency Motion/Application for Appointment of Chapter 11 Trustee (the "Emergency Motion") that the secured creditor Private Mortgage Lending, Inc., River Falls, LLC, The Armbrust Living Trust filed. ECF No. 63. The Court considered the Acting United States Trustee's (the "UST's") Opposition to Emergency Motion to Appoint Chapter 11 Trustee and testimony at the hearing from the Debtor, the UST, and another non-profit that provides animal care, the Humane Farming Association. ECF No. 73. Finally, the Court considered the Acting UST's Emergency Motion to Dismiss Pursuant to 11 U.S.C. Section 1112(b) and LBR 9013-9 Due to Debtor's Inability to Operate (the "Motion to Dismiss"). ECF No. 74.

The Court conditionally appoints a Chapter 11 trustee in this case subject to the UST's ability to identify a trustee willing to serve in this role by no later than **January 30, 2026**.

The Court conditions such appointment on the Attorney General's approving the Debtor's probationary registration with the state of California, allowing the Debtor to legally operate its business on an interim basis while the Debtor rectifies its good standing status. The Attorney General will submit the potential terms for the Debtor's probationary registration to the Court, the UST, and all the parties in advance of the January 30, 2026, deadline such that the proposed trustee will have an opportunity to consider those terms before appointment. The Chapter 11 trustee will have the full powers of a Chapter 11 trustee, including discretion to determine what is in the best interests of the bankruptcy estate, regardless of the terms in the probationary registration. If the UST cannot identify anyone willing to serve as trustee, the UST shall upload an order dismissing the case.

Relatedly, on January 23, 2026, the Court entered an Order on the Stipulation Between the California Attorney General's Office and Villa Chardonnay, Inc., for the Use of Estate Funds. ECF No. 67. In that Order, the Court ruled the Debtor is allowed to use estate funds to feed and care for the animals currently in the Debtor's possession through January 30, 2026. The Order also allowed the Debtor to accept donations to be used for that purpose. The Court acknowledges that Order addressed immediate care for the animals and nothing herein alters that Order.

The Court further sets a status conference in this matter for **February 18, 2026, at 2 p.m.** The Chapter 11 trustee shall file a status report by no later than **February 13, 2026.** Any other party is welcome to file a status report for the Court's review in advance of the hearing.

The Court thus **GRANTS** the Emergency Motion as conditioned above and **GRANTS** the Motion to Dismiss to the extent the Court finds cause for dismissal exists. However, the Court orders a distinct outcome from the UST's requested relief, as detailed herein.

**IT IS SO ORDERED.**

Signed by Judge J Barrett Marum January 28, 2026

United States Bankruptcy Court

Southern District of California

In re:

Villa Chardonnay Horses With Wings, Inc.

      Debtor

Case No. 25-04245-JBM

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0974-3 | User: Admin. | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: pdfO15 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000 |
| 15227791 | | Allstate Propane, 31500 Grape St # 3-404, Lake Elsinore, CA 92532-9709 |
| 15227792 | | Andres Sandoval, Attn. Labor Commissioner's Office, 3737 Main St Ste 850, Riverside, CA 92501-3350 |
| 15245838 | + | Benjamin Heston, Nexus Bankruptcy, 3090 Bristol Street, Costa Mesa, CA 92626-3079 |
| 15227793 | + | Benjamin Moreno, Attn. Labor Commissioner's Office, 3737 S Main St # 850, Riverside, CA 92501-3350 |
| 15246275 | + | Bruno Soto Gonzalez, 1122 S. La Cienega Blvd., Los Angeles, CA 90035-0010 |
| 15241741 | + | California State Labor Commissioner, ATTN: Lindsey Lara, 1500 Hughes Way, Suite C-202, Long Beach, CA 90810-1882 |
| 15227795 | + | Carol Armbrust, P.O. Box 203, Chester, ID 83421-0203 |
| 15245722 | + | Celine Myers and The Ark Watch Foundation, 203 Redwood Shores Parkway, Suite 125, Redwood City, CA 94065-6125 |
| 15227796 | | Cynthia Montgomery, C/O Allen Kate, 888 Prospect St Ste 200, La Jolla, CA 92037-4261 |
| 15234263 | + | Dale Fullerton, 30002 Chihuahua Valley, Warner Springs, CA 92086-9280 |
| 15227797 | | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |
| 15227798 | | Elias Villafuerte-Rubio, Attn. Labor Commissioner's Office, 320 W 4th St Ste 450, Los Angeles, CA 90013-2479 |
| 15227800 | | Investors Mortgage Lending Group, Inc, Po Box 2354, Rcho Santa Fe, CA 92067-2354 |
| 15234262 | + | Margaret Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |
| 15251260 | + | Margie Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |
| 15227858 | + | Meredith King, Esq., FRANKLIN SOTO LEEDS LLP, 444 West C St., Suite 300, San Diego, CA 92101-3597 |
| 15227804 | + | Monika Kerber Perez, P.O. Box 1000, Julian, CA 92036-1000 |
| 15246048 | + | Nexus Bankruptcy, 3090 Bristol Street #400, Costa Mesa, CA 92626-3063 |
| 15227805 | | Private Mortgage Lending, LLC, Po Box 2354, Rcho Santa Fe, CA 92067-2354 |
| 15227806 | | Raul Garcia, Attn. Labor Commissioner's Office, 320 W 4th St Ste 450, Los Angeles, CA 90013-2479 |
| 15227807 | | Rey Velazquez, Attn. Labor Commissioner's Office, 3737 Main St Ste 850, Riverside, CA 92501-3350 |
| 15246237 | + | River Falls, LLC, c/o FRANKLIN SOTO LEEDS LLP, Attn.: Meredith King, Esq., 444 West C St., Suite 300, San Diego, CA 92101-3597 |
| 15227808 | | River Falls, LLC, Attn. June Sifuentes, 2840 Fletcher Pkwy # 144, El Cajon, CA 92020-2111 |
| 15246351 | + | SAN DIEGO GAS AND ELECTRIC, Attn: Credit & Collections / Bankruptcy,, 8326 Century Park Court, San Diego, CA 92123-1576 |
| 15227809 | | San Diego Department of Gas & Electric, Po Box 25111, Santa Ana, CA 92799-5111 |
| 15227810 | + | Santos Figueroa, Attn. Labor Commissioner's Office, 320 W 4th St Ste 340, Los Angeles, CA 90013-2343 |
| 15227811 | | Santos Rodriguez, Attn. Labor Commissioner's Office, 320 W 4th St Ste 340, Los Angeles, CA 90013-2343 |
| 15227839 | + | Shelby A. Poteet, Esq., FRANKLIN SOTO LEEDS LLP, 444 West C St., Suite 300, San Diego, CA 92101-3597 |
| 15227813 | + | State of California Labor Commission, 464 W 4th St 478, Sn Bernrdno, CA 92401-1414 |
| 15227815 | | The ARK Watch Foundation, Manatt, Phelps & Phillips, LLP, 203 Redwood Shores Pkwy Ste 450, Redwood City, CA 94065-6100 |
| 15227816 | | Waste Management, Attn. Rentto & Rentto, 3517 Camino Del Rio S Ste 412, San Diego, CA 92108-4046 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15227802 | | Email/Text: litbkcourtmail@johndeere.com | Jan 29 2026 23:29:00 | John Deere Financial, 6400 Nw 86th St, Johnston, IA 50131 |
| 15227700 | + | Email/Text: ustp.region15@usdoj.gov | Jan 29 2026 23:29:00 | Haeji Hong, United States Trustee's Office, 880 Front Street, Suite 3230, San Diego, CA |

District/off: 0974-3                User: Admin.                                    Page 2 of 3

Date Rcvd: Jan 29, 2026             Form ID: pdfO15                                  Total Noticed: 39

| | | | | 92101-8897 |
|---|---|---|---|---|
| 15227799 | Email/Text: sbse.cio.bnc.mail@irs.gov | | Jan 29 2026 23:29:00 | Internal Revenue Service, General Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15227801 | Email/Text: JCAP_BNC_Notices@jcap.com | | Jan 29 2026 23:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 15227803 | ^ MEBN | | Jan 29 2026 23:20:21 | John Deere Financial (2), Attn. Customer Service, Po Box 5328, Madison, WI 53705-0328 |
| 15227812 | Email/Text: bankruptcynotices@sba.gov | | Jan 29 2026 23:29:00 | Small Business Association, CESC Covid EIDL Service Center, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |
| 15227814 | Email/Text: CWanger@manatt.com | | Jan 29 2026 23:29:00 | The Ark Watch andcCeline Myers, c/o Manatt, Phelps & Phillips, LLP, 1 Embarcadero Ctr Fl 30, San Francisco, CA 94111-3719 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Dale Fullerton, 30002 Chihuahua Valley, Warner Springs, CA 92086-9280 |
| cr | * | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |
| cr | *+ | Margie Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |
| 15227794 | ##+ | Bruno Gonzalez, c/o Adamson Ahdoot, LLP, 1150 S Robertson Blvd, Los Angeles, CA 90035-1404 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Creditor Darlene Sears bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs Celine Myers cgrumer@manatt.com |
| Haeji Hong | on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov |
| Meredith King | |

District/off: 0974-3            User: Admin.            Page 3 of 3

Date Rcvd: Jan 29, 2026            Form ID: pdfO15            Total Noticed: 39

on behalf of Creditor Private Mortgage Lending  Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King

on behalf of Creditor River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King

on behalf of Creditor The Armbrust Living Trust mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael R Totaro

on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Shelby Poteet

on behalf of Creditor River Falls  LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Shelby Poteet

on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Shelby Poteet

on behalf of Creditor Private Mortgage Lending  Inc. spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

United States Trustee

ustp.region15@usdoj.gov


TOTAL: 12