**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

HAEJI HONG, ATTORNEY NO. 198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
880 FRONT STREET, SUITE 3230
SAN DIEGO, CA  92101
(619) 557-5013

Order Entered on
January 29, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO.    25-04245-JBM11

Date of Hearing:    Ex Parte
Time of Hearing:    Ex Parte
Name of Judge:    J. Barret Marum

## ORDER APPROVING THE APPOINTMENT OF CHAPTER 11 TRUSTEE

The court orders as set forth on the continuation pages attached and numbered <u>two (2)</u> through <u>two (2)</u> with exhibits, if any, for a total of <u>two (2)</u> pages. Motion/Application Docket Entry No. <u>  88</u>.

//
//
//
//
//
//
//

DATED:    January 29, 2026

_____
Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [07/01/18] **(Page 2)**
ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE
DEBTOR:   VILLA CHARDONNAY HORSES WITH WINGS, INC.                           CASE NO:  25-04245-JBM11

This matter came before the Court on the Acting United States Trustee's Ex Parte Application for Approval of Appointment of Chapter 11 Trustee ("Application"), and based upon the Application and declarations filed in support thereof,

IT IS HEREBY ORDERED that the appointment of Leslie T. Gladstone as Chapter 11 Trustee, is approved.

United States Bankruptcy Court
Southern District of California

In re:  Case No. 25-04245-JBM
Villa Chardonnay Horses With Wings, Inc.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3      User: Admin.      Page 1 of 2
Date Rcvd: Jan 29, 2026      Form ID: pdfO4      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000 |
| cr | + | Dale Fullerton, 30002 Chihuahua Valley, Warner Springs, CA 92086-9280 |
| cr | | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |
| cr | + | Margie Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Creditor Darlene Sears bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs Celine Myers cgrumer@manatt.com |
| Haeji Hong | on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov |

District/off: 0974-3 User: Admin. Page 2 of 2
Date Rcvd: Jan 29, 2026 Form ID: pdfO4 Total Noticed: 4

Leslie T. Gladstone
    candic@flgsd.com christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com

Meredith King
    on behalf of Creditor Private Mortgage Lending  Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King
    on behalf of Creditor River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King
    on behalf of Creditor The Armbrust Living Trust mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael R Totaro
    on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Shelby Poteet
    on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Shelby Poteet
    on behalf of Creditor Private Mortgage Lending  Inc. spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Shelby Poteet
    on behalf of Creditor River Falls  LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

United States Trustee
    ustp.region15@usdoj.gov

TOTAL: 13