**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Paul J. Leeds, Esq. (Bar No. 214309)
Meredith King, ESQ. (Bar No. 280043)
FRANKLIN SOTO LEEDS LLP
444 West C Street, Suite 300
San Diego, CA  92101
TEL:  619.872.2520
FAX:  619.566.0221
pleeds@fsl.law / mking@fsl.law

*Attorneys for River Falls, LLC, Private Mortgage Lending, Inc., and The Armbrust Living Trust*

Order Entered on
January 30, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
### 325 West F Street, San Diego, California 92101-6991

| In Re<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.<br><br>Debtor. | BANKRUPTCY NO. 25-04245-JBM11<br><br>Date of Hearing:  N/A<br>Time of Hearing:  N/A<br>Name of Judge:   Hon. J. Barrett Marum |
|---|---|

## ORDER AUTHORIZING
## SUBPOENA FOR INSPECTION OF PREMISES AND PRODUCTION OF DOCUMENTS TO VILLA CHARDONNAY HORSES WITH WINGS, INC.

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 83.

//

//

//

DATED:     January 30, 2026

_____
Judge, United States Bankruptcy Court

CSD 1001A


American LegalNet, Inc.
www.FormsWorkFlow.com

ORDER ON STIPULATION FOR INSPECTION OF PREMISIS

VILLA CHARDONNAY HORSES WITH WINGS, INC.            CASE NO: 25-04245-JBM11

Debtor and Debtor in Possession Villa Chardonnay Horses With Wings, Inc. and Creditors River Falls, LLC, Private Mortgage Lending, Inc., and The Armbrust Living Trust (together, "Creditors") filed a stipulation ("Stipulation") regarding the issuance of a subpoena ("Subpoena") under Fed. R. Bankr. P. 2004.

The Court, having read and considered the Stipulation and all papers filed in support, and good cause appearing, hereby finds and orders as follows:

1. The Stipulation is **APPROVED**.

2. Creditors are authorized pursuant to Fed. R. Bankr. P. 2004 to issue and serve the Subpoena in the form attached as Exhibit A to the Stipulation.

3. Debtor's counsel shall accept service of the Subpoena by email.

4. Debtor shall comply with the subpoena and produce responsive documents by 5:00 p.m. on **February 10, 2026**, or such other date as the Parties may agree in writing.

5. The inspection of the property located at 4554 and 4430 Boulder Creek Road, Julian CA 92036 (APNs 289-191-08-00, 289-191-09-00, and 289-191-10-00) ("Boulder Creek") shall occur on **February 10, 2026** between 1:00 p.m. and 4:00 p.m., or such other date and time as the Parties may agree in writing.

6. The inspection shall be conducted in accordance with the terms set forth in the Stipulation, including the limitations on duration, authorized representatives, and privacy protections contained therein.

7. Except as is expressly set forth herein, the Parties rights with respect to the Subpoena held under Fed. R. Civ. P. 45 and applicable laws are preserved.

**IT IS SO ORDERED.**

APPROVED AS TO FORM:

TOTARO & SHANAHAN, LLP

Michael Totaro

CSD 1001A

Signed by Judge J. Barrett Marum January 30, 2026

United States Bankruptcy Court
Southern District of California

In re: Case No. 25-04245-JBM
Villa Chardonnay Horses With Wings, Inc. Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3      User: Admin.      Page 1 of 2
Date Rcvd: Jan 30, 2026      Form ID: pdfO1      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2026      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Creditor Darlene Sears bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs Celine Myers cgrumer@manatt.com |
| David K. Eldan | on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov rpinal@pmcos.com |
| Haeji Hong | on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov |
| Leslie T. Gladstone | candic@flgsd.com christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com |
| Meredith King | on behalf of Creditor River Falls LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law |
| Meredith King | |

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 2 of 2 |
| Date Rcvd: Jan 30, 2026 | Form ID: pdfO1 | Total Noticed: 1 |

Meredith King
    on behalf of Creditor The Armbrust Living Trust mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Meredith King
    on behalf of Creditor Private Mortgage Lending  Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Michael R Totaro
    on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Shelby Poteet
    on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Shelby Poteet
    on behalf of Creditor Private Mortgage Lending  Inc. spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Shelby Poteet
    on behalf of Creditor River Falls  LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

United States Trustee
    ustp.region15@usdoj.gov

TOTAL: 14