RTCAPT
02/08

### United States Bankruptcy Court
#### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

**Villa Chardonnay Horses With Wings, Inc.**
 PO Box 1000
Julian, CA 92036−1000

Case number:  25−04245−JBM11
Chapter: 11
Judge J. Barrett Marum

*No Known Aliases*

### NOTICE OF APPOINTMENT OF TRUSTEE

The United States Trustee has authorized the appointment of Leslie T. Gladstone as chapter 11 Trustee for the estate. The Standing Bond is approved and deemed applicable to this case, unless otherwise noted.

If the trustee rejects this selection, the trustee must notify the Court and the U.S. Trustee within seven (7) days of receipt of this notice.

DATE:   1/30/26

Mark Schnakenberg
Clerk of the United States Bankruptcy Court

United States Bankruptcy Court
Southern District of California

In re:                                                                                          Case No. 25-04245-JBM

Villa Chardonnay Horses With Wings, Inc.                                          Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                          User: Admin.                                    Page 1 of 3
Date Rcvd: Jan 30, 2026                   Form ID: rtcapt                            Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000 |
| aty | + | David K Eldan, California Department of Justice, 300 S. Spring St, #1702, Los Angeles, CA 90013, UNITED STATES 90013-1256 |
| 15227791 | | Allstate Propane, 31500 Grape St # 3-404, Lake Elsinore, CA 92532-9709 |
| 15227792 | | Andres Sandoval, Attn. Labor Commissioner's Office, 3737 Main St Ste 850, Riverside, CA 92501-3350 |
| 15245838 | + | Benjamin Heston, Nexus Bankruptcy, 3090 Bristol Street, Costa Mesa, CA 92626-3079 |
| 15227793 | + | Benjamin Moreno, Attn. Labor Commissioner's Office, 3737 S Main St # 850, Riverside, CA 92501-3350 |
| 15246275 | + | Bruno Soto Gonzalez, 1122 S. La Cienega Blvd., Los Angeles, CA 90035-0010 |
| 15241741 | + | California State Labor Commissioner, ATTN; Lindsey Lara, 1500 Hughes Way, Suite C-202, Long Beach, CA 90810-1882 |
| 15227795 | + | Carol Armbrust, P.O. Box 203, Chester, ID 83421-0203 |
| 15245722 | + | Celine Myers and The Ark Watch Foundation, 203 Redwood Shores Parkway, Suite 125, Redwood City, CA 94065-6125 |
| 15227796 | | Cynthia Montgomery, C/O Allen Kate, 888 Prospect St Ste 200, La Jolla, CA 92037-4261 |
| 15234263 | + | Dale Fullerton, 30002 Chihuahua Valley, Warner Springs, CA 92086-9280 |
| 15227797 | | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |
| 15227798 | | Elias Villafuerte-Rubio, Attn. Labor Commissioner's Office, 320 W 4th St Ste 450, Los Angeles, CA 90013-2479 |
| 15227800 | | Investors Mortgage Lending Group, Inc, Po Box 2354, Rcho Santa Fe, CA 92067-2354 |
| 15234262 | + | Margaret Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |
| 15251260 | + | Margie Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |
| 15227858 | + | Meredith King, Esq., FRANKLIN SOTO LEEDS LLP, 444 West C St., Suite 300, San Diego, CA 92101-3597 |
| 15227804 | + | Monika Kerber Perez, P.O. Box 1000, Julian, CA 92036-1000 |
| 15246048 | + | Nexus Bankruptcy, 3090 Bristol Street #400, Costa Mesa, CA 92626-3063 |
| 15227805 | | Private Mortgage Lending, LLC, Po Box 2354, Rcho Santa Fe, CA 92067-2354 |
| 15227806 | | Raul Garcia, Attn. Labor Commissioner's Office, 320 W 4th St Ste 450, Los Angeles, CA 90013-2479 |
| 15227807 | | Rey Velazquez, Attn. Labor Commissioner's Office, 3737 Main St Ste 850, Riverside, CA 92501-3350 |
| 15246237 | + | River Falls, LLC, c/o FRANKLIN SOTO LEEDS LLP, Attn.: Meredith King, Esq., 444 West C St., Suite 300, San Diego, CA 92101-3597 |
| 15227808 | | River Falls, LLC, Attn. June Sifuentes, 2840 Fletcher Pkwy # 144, El Cajon, CA 92020-2111 |
| 15246351 | + | SAN DIEGO GAS AND ELECTRIC, Attn: Credit & Collections / Bankruptcy,, 8326 Century Park Court, San Diego, CA 92123-1576 |
| 15227809 | | San Diego Department of Gas & Electric, Po Box 25111, Santa Ana, CA 92799-5111 |
| 15227810 | + | Santos Figueroa, Attn. Labor Commissioner's Office, 320 W 4th St Ste 340, Los Angeles, CA 90013-2343 |
| 15227811 | | Santos Rodriguez, Attn. Labor Commissioner's Office, 320 W 4th St Ste 340, Los Angeles, CA 90013-2343 |
| 15227839 | + | Shelby A. Poteet, Esq., FRANKLIN SOTO LEEDS LLP, 444 West C St., Suite 300, San Diego, CA 92101-3597 |
| 15227813 | + | State of California Labor Commission, 464 W 4th St 478, Sn Bernrdno, CA 92401-1414 |
| 15227815 | | The ARK Watch Foundation, Manatt, Phelps & Phillips, LLP, 203 Redwood Shores Pkwy Ste 450, Redwood City, CA 94065-6100 |
| 15227816 | | Waste Management, Attn. Rentto & Rentto, 3517 Camino Del Rio S Ste 412, San Diego, CA 92108-4046 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15227802 | | Email/Text: litbkcourtmail@johndeere.com | Jan 30 2026 23:32:00 | John Deere Financial, 6400 Nw 86th St, Johnston, IA 50131 |
| 15227700 | + | Email/Text: ustp.region15@usdoj.gov | Jan 30 2026 23:32:00 | Haeji Hong, United States Trustee's Office, 880 |

District/off: 0974-3 · · · · · · · · · · · · · · · · · · · · · · · User: Admin. · · · · · · · · · · · · · · · · · · · · · · · Page 2 of 3
Date Rcvd: Jan 30, 2026 · · · · · · · · · · · · · · · · · · · · · Form ID: rtcapt · · · · · · · · · · · · · · · · · · · · · · Total Noticed: 40

| | | | |
|---|---|---|---|
| | | | Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 15227799 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2026 23:32:00 | Internal Revenue Service, General Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15227801 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 30 2026 23:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 15227803 | ^ MEBN | Jan 30 2026 23:24:32 | John Deere Financial (2), Attn. Customer Service, Po Box 5328, Madison, WI 53705-0328 |
| 15227812 | Email/Text: bankruptcynotices@sba.gov | Jan 30 2026 23:32:00 | Small Business Association, CESC Covid EIDL Service Center, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |
| 15227814 | Email/Text: CWanger@manatt.com | Jan 30 2026 23:32:00 | The Ark Watch andcCeline Myers, c/o Manatt, Phelps & Phillips, LLP, 1 Embarcadero Ctr Fl 30, San Francisco, CA 94111-3719 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Dale Fullerton, 30002 Chihuahua Valley, Warner Springs, CA 92086-9280 |
| cr | * | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |
| cr | *+ | Margie Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |
| 15227794 | ##+ | Bruno Gonzalez, c/o Adamson Ahdoot, LLP, 1150 S Robertson Blvd, Los Angeles, CA 90035-1404 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2026 · · · · · · · · · · · · · · · Signature: · · · · · · · /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Creditor Darlene Sears bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs Celine Myers cgrumer@manatt.com |
| Haeji Hong | on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov |

District/off: 0974-3                          User: Admin.                              Page 3 of 3
Date Rcvd: Jan 30, 2026                       Form ID: rtcapt                           Total Noticed: 40

Leslie T. Gladstone
                          candic@flgsd.com  christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com

Meredith King
                          on behalf of Creditor Private Mortgage Lending  Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King
                          on behalf of Creditor River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King
                          on behalf of Creditor The Armbrust Living Trust mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael R Totaro
                          on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Shelby Poteet
                          on behalf of Creditor River Falls  LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Shelby Poteet
                          on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Shelby Poteet
                          on behalf of Creditor Private Mortgage Lending  Inc. spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

United States Trustee
                          ustp.region15@usdoj.gov


TOTAL: 13