Leslie T. Gladstone, Esq. (SBN 144615)
Andrew B. Levin, Esq. (SBN 290209)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: AndrewL@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor. | Case No.: 25-04245-JBM11<br><br>***EMERGENCY EX PARTE* MOTION FOR APPROVAL OF STIPULATION WITH CALIFORNIA ATTORNEY GENERAL**<br><br>Date:  None Set<br>Time:  None Set<br>Dept:  Two (2)<br>Honorable J. Barrett Marum |
|---|---|

Leslie T. Gladstone, the chapter 11 trustee ("**Trustee**") for the estate of Villa Chardonnay Horses with Wings, Inc. ("**Villa Chardonnay**"), submits this *Emergency Ex Parte* Motion for Approval of Stipulation (the "**Motion**") for an order approving the stipulation (the "**Stipulation**") between Trustee and the California Attorney General (the "**Attorney General**"), in their capacity as attorneys for the California Registry of Charities and Fundraisers (the "**Registry**"). The Motion is based on the Memorandum of Points and Authorities

cited herein, Declaration of Leslie T. Gladstone and the Declaration of Candi Collins, filed concurrently herewith, and the record before the Court.[1]

## I.

## INTRODUCTION

Villa Chardonnay is a nonprofit animal sanctuary that currently houses and cares for approximately 675 sick and aged animals. Prior to the start of this bankruptcy case (the "**Case**"), Villa Chardonnay's nonprofit public benefit corporation registration became delinquent. As a result, Villa Chardonnay was prohibited by California law from using its funds or soliciting donations to feed and care for its animals. During the pendency of this Case, the Attorney General has agreed to allow Villa Chardonnay to use its assets and solicit further donations on a temporary basis solely to care for the animals, pending appointment of a chapter 11 trustee. Villa Chardonnay's authority to use its assets to and solicit further donations expires at midnight on February 6, 2026.

Trustee was appointed as chapter 11 trustee on January 29, 2026, and as chapter 11 trustee, has authority to operate Villa Chardonnay's business. Trustee and the Attorney General have entered into a stipulation by which the Attorney General has agreed to reinstate Villa Chardonnay's nonprofit registration on a probationary basis during the pendency of this Case. The stipulation is subject to Court approval.

In order to ensure that Trustee will be able to continue to feed and care for the animals, Villa Chardonnay's registration must be reinstated before the February 6, 2026 expiration date. Therefore, Trustee requests Court approval of

---

[1] Trustee respectfully requests, pursuant to Rule 201 of the Federal Rules of Evidence, made applicable herein by Rule 9017 of the Federal Rules of Bankruptcy Procedure, that the Court take judicial notice of the case docket for the above-captioned case and each of the pleadings and other documents on file in the case.

the Stipulation on an emergency basis.

## II.

## STATEMENT OF FACTS

**A.  Villa Chardonnay**

Villa Chardonnay is a California nonprofit public benefit corporation (a "**Nonprofit Corporation**"), subject to California's Supervision of Trustee and Fundraisers for Charitable Purposes Act and related regulations (Cal. Gov. Code §§12580 *et seq.*; Cal Code Regs., tit.11, §§300, *et seq.*, collectively, the "**Charitable Supervision Act**").  As a Nonprofit Corporation, Villa Chardonnay was issued registration number CT0261810 by the Registry.

Villa Chardonnay is an animal sanctuary which houses approximately 675 elderly and sick animals, including approximately 300 horses, 300 cats, and miscellaneous other animals (collectively, the "**Animals**").  [Dkt. 1, Schedule A/B at ¶ 77]

Prior to the initiation of this Case, in or about January 2024, Villa Chardonnay's registration with the Registry became delinquent.  While Villa Chardonnay's registration was not in good standing, it could not operate as a Nonprofit Corporation or solicit for charitable purposes, nor could Villa Chardonnay "distribute or expend any charitable assets or assets subject to a charitable trust without the written approval of the Attorney General." Cal. Code Regs. Tit. 11, §§ 312, 345.  As such, under the Charitable Supervision Act, Villa Chardonnay would be unable to use its funds to feed and care for the Animals without written approval of the Attorney General.

**B.  The Bankruptcy**

On October 14, 2025, Villa Chardonnay filed a chapter 11 bankruptcy petition as debtor-in-possession, initiating this Case.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

1. Orders Allowing Continued Use of Estate Assets to Care for the Animals.

On January 23, 2026, the Attorney General and debtor-in-possession Villa Chardonnay entered into a stipulation (the "**First Stipulation**") (i) to allow Villa Chardonnay to use estate funds on temporary basis through January 30, 2026, solely for the purpose feeding and caring for the Animals; (ii) to allow Villa Chardonnay to accept donations to be used for the feeding and care of the Animals; and (iii) agreeing that a chapter 11 trustee shall be appointed in this Case. [Dkt. No. 64]

On January 23, 2026, the Court approved the First Stipulation. [Dkt. No. 64]

On January 29, 2026, secured creditors River Falls, LLC, Private Mortgage Lending, Inc., and Larry D. Armbrust and Carol A. Armbrust, as trustees of the Armbrust Living Trust (collectively, the "**Secured Creditors**"), the Attorney General, and Villa Chardonnay entered into a stipulation (the "**Second Stipulation**") (i) to allow Villa Chardonnay to use estate funds on temporary basis through February 6, 2026, solely for the purpose feeding and caring for the Animals; (ii) to allow Villa Chardonnay to accept donations to be used for the feeding and care of the Animals; and (iii) agreeing that a chapter 11 trustee shall be appointed in the Case by no later than February 6, 2026. [Dkt. No. 86]

On January 30, 2026, the Court approved the Second Stipulation. [Dkt No. 93]

2. Appointment of Chapter 11 Trustee.

On or about January 23, 2026, the Secured Creditors filed their *Emergency Motion to Appoint Chapter 11 Trustee* (the "**Motion to Appoint**") [Dkt. No. 68], pursuant to which they sought an order from the Court appointing a chapter 11 trustee in this Case.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11

4

*EMERGENCY EX PARTE* **MOTION FOR APPROVAL OF STIPULATION**

On January 28, 2026, the Court entered the *Order Conditionally Appointing Chapter 11 Trustee* (the "**Conditional Order**") [Dkt. No. 84], granting the Motion to Appoint and conditionally appointing a chapter 11 trustee in this Case. Conditional Order at 2. The appointment of a chapter 11 trustee was explicitly conditioned on the Attorney General approving Villa Chardonnay's "probationary registration with the state of California, allowing [Villa Chardonnay] to legally operate its business on an interim basis while [Villa Chardonnay] rectifies its good standing." *Id*. The Court further directed the Attorney General to file and serve its terms for Villa Chardonnay's probationary registration. *Id*.

Pursuant to the Conditional Order, the Court provided "[t]he Chapter 11 trustee will have the full powers of a Chapter 11 trustee, including discretion to determine what is in the best interests of the bankruptcy estate, regardless of the terms in the probationary registration." *Id*.

On January 29, 2026, the Court entered the *Order Approving the Appointment of Chapter 11 Trustee*, commencing Trustee's appointment. [Dkt. No. 89]

3.     Stipulated Order Granting Probationary Registration

Since her appointment as chapter 11 trustee, Trustee and the Attorney General have discussed probationary registration for Villa Chardonnay to allow Trustee to continue to obtain donations and to feed and care for the Animals during the pendency of this Case. On February 4, 2026, Trustee and the Attorney General entered into the *Stipulated Order Granting Probationary Registration* (the "**Stipulation**"). A copy of the Stipulation is attached hereto as <u>Exhibit 1</u> and incorporated herein by this reference.

The Stipulation provides that Villa Chardonnay's registration shall be placed on probation, allowing Villa Chardonnay to operate, subject to the

following terms:[2]

    a.    Villa Chardonnay will prospectively comply with all applicable California laws and regulations relating to holding or soliciting charitable assets (collectively, the "**Applicable Laws**");

    b.    Villa Chardonnay will cure any prior non-compliance with Applicable Laws to the extent cure is reasonably possible;

    c.    Without seeking relief from the automatic stay, the Attorney General may suspend or revoke Villa Chardonnay's probationary registration:

        i.    Effective immediately if Trustee's service ends; and

        ii.    Upon written notice if Villa Chardonnay fails prospectively to comply with the Applicable Laws or to reasonably cure prior non-compliance with the Applicable Laws.

    d.    Trustee will file a motion seeking an order approving the terms of the Stipulation.

## C. EMERGENCY RELIEF IS NECESSARY

Court approval of the Stipulation is necessary on an emergency basis; the current expiration date for Villa Chardonnay to obtain donations and use its assets to feed and care for the Animals is midnight on February 6, 2026. If Trustee is unable to obtain probationary registration for Villa Chardonnay by that time, Trustee will be unable to use estate funds to feed and care for the Animals or to accept additional donations for such purposes. The resources currently available

---

[2] This recitation of terms is provided as a summary only. Nothing herein shall be deemed to modify, alter, or otherwise affect the provisions of the Stipulation. To the extent anything herein is inconsistent with the terms of the Stipulation, the terms of the Stipulation shall control.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

to feed and care for the Animals will be quickly depleted and the Animals' well-being will be immediately threatened.

The Attorney General has set forth the terms of the probationary registration in the Stipulation. Further, pursuant to the Conditional Order, the Attorney General's approval of Villa Chardonnay's probationary registration is a condition of Trustee's continued appointment as chapter 11 trustee. Accordingly, Trustee must obtain Court approval of the Stipulation before midnight on February 6, 2026.

Trustee's counsel has provided service of this Motion and supporting documents to the Attorney General, the Secured Creditors, counsel for Villa Chardonnay, and the United State Trustee, concurrently with the filing of this Motion.

### D. TRUSTEE IS AUTHORIZED TO ENTER INTO THE STIPULATION

As chapter 11 trustee, Trustee is authorized to operate Villa Chardonnay's business and to use estate assets to do so. 11 U.S.C. § 1108 ("Unless the court, on request of a party in interest and after notice and a hearing, orders otherwise, the trustee may operate the debtor's business."); *Wells Fargo Bank, N.A. v. Nicolaysen (In re Nicolaysen)*, 228 B.R. 252, 263 (Bankr. N.D. Cal. 1998) ("[A] chapter 11 trustee is accountable for all property of the estate and is authorized to possess and use that property in order to operate a debtor's business."); *In re Rosenberg*, 495 B.R. 196, 202 (Bankr. E.D.N.Y. 2010) ("[I]n reorganization, the trustee has the power to 'operate the debtor's business' unless the court orders otherwise. § 1108."). Further, pursuant to the terms of the Conditional Order, Trustee has "the full powers of a Chapter 11 trustee, including discretion to determine what is in the best interests of the bankruptcy estate, regardless of the terms in the probationary registration." Conditional Order at 2.

The Stipulation is in the best interest of the Estate.  Without the Stipulation, Trustee will be unable to obtain probationary registration from the Attorney General and, therefore, will be unable to legally solicit donations or use estate assets for the feed and care of the Animals.  Villa Chardonnay's currently available resources will be quickly depleted and the Animals' well-being will be immediately threatened.  Accordingly, it is imperative that Trustee obtain Court approval of the Stipulation on an emergency basis.

## III.
## CONCLUSION

As set forth above, the fast-approaching expiration date of February 6, 2026, creates an acute need for emergency relief.  Trustee cannot continue to feed and care for the Animals without first obtaining probationary registration from the Attorney General.  Pursuant to the Stipulation, Trustee and the Attorney General have agreed to the terms for issuance of the probationary registration.  Accordingly, Trustee requests that the Court approve the Stipulation in its entirety on an emergency basis.  Trustee also requests such other and further relief as this Court deems just and proper.

Respectfully submitted,

Dated:  February 5, 2026          FINANCIAL LAW GROUP


By:   /s/ Andrew B. Levin
   Andrew B. Levin, Esq.
   Attorneys for Leslie T. Gladstone,
   Chapter 11 Trustee

# Exhibit 1

# Exhibit 1

ROB BONTA
Attorney General of California
JOSEPH N. ZIMRING
Supervising Deputy Attorney General
DAVID K. ELDAN
Deputy Attorney General
State Bar No. 163592
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6041
 Fax: (916) 731-2145
 E-mail: David.Eldan@doj.ca.gov
*Attorneys for the Registry of
Charities and Fundraisers*

BEFORE THE

ATTORNEY GENERAL OF CALIFORNIA

IN RE:

VILLA CHARDONNAY-HORSES WITH WINGS (CT0261810)

Case No. 2026-CT0261810

**STIPULATED ORDER GRANTING PROBATIONARY REGISTRATION**

1. The Attorney General is responsible for supervising charitable organizations, charitable trusts, and charitable fundraising, and protecting charitable assets and donations for the People of California. The Attorney General's duties include enforcing California's Supervision of Trustees and Fundraisers for Charitable Purposes Act and its regulations (Gov. Code, § 12580 et seq., Cal. Code Regs., tit. 11, §§ 300 et seq.; collectively the "Charitable Supervision Act") with respect to charities and other persons or legal entities who solicit or hold charitable assets on behalf of California charitable beneficiaries.

2. Villa Chardonnay-Horses With Wings (the "Debtor") is a California nonprofit public benefit corporation subject to the Supervision Act and was issued registration number CT0261810 by the Registry of Charities and Fundraisers (the "Registry").

3. The Debtor's registration with the Registry is delinquent and thus not in good standing (Cal. Code Regs., tit. 11, § 312). The Debtor cannot operate or solicit for charitable purposes in California while its registration is not in good standing. (Cal. Code Regs., tit. 11, § 312).

1

4. On October 14, 2025, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, commencing the bankruptcy case entitled *In re Villa Chardonnay-Horses With Wings* and pending as case number 25-04245-JBM11 (the "Bankruptcy Case") in the United States Bankruptcy Court for the Southern District of California (the "Bankruptcy Court").

5. On January 29, 2026, the Bankruptcy Court entered an *Order Approving the Appointment of Chapter 11 Trustee* as document 89 on the CM/ECF docket, appointing Leslie T. Gladstone as Chapter 11 Trustee (the "Trustee") in the Bankruptcy Case.

6. The Attorney General and the Debtor (by and through the Trustee) hereby stipulate that the Debtor's registration shall be placed on probation, allowing the Debtor to operate on following the terms:

7. The Debtor shall:

    a. fully comply, prospectively, with all California laws relating to holding or soliciting charitable assets, including without limitation the Charitable Supervision Act and the Nonprofit Public Benefit Corporation Law (Corp. Code, § 5110), and in particular all registration and reporting requirements (e.g., filing of Form RRF-1 and the appropriate version of IRS Form 990 and payment of all required fees); and

    b. with respect to non-compliance by the Debtor with the California laws referenced in the preceding section 7.a., which non-compliance occurred prior to the change in the Debtor's registration status to probationary, the Debtor shall cure such non-compliance to the extent cure is reasonably possible (e.g., by filing delinquent registration and reporting materials and paying accompanying fees).

8. The Registry's administration of California law is an exercise of police and regulatory power by a governmental unit, within the meaning of 11 U.S.C. sec. 362(b)(3), and nothing in this agreement prevents the Registry or the Attorney General from taking any action authorized by California law, without seeking relief from the automatic stay of 11 U.S.C. sec. 362(a). In particular, and without limiting the generality of the preceding sentence, the Registry may suspend or revoke the Debtor's probationary registration:

     a.    effective immediately, if the Trustee's service ends by reason of resignation, death, removal, or for any other reason; and

     b.    upon written notice, if the Debtor fails, prospectively, to comply with California law as set forth at section 7.a. above, or if the Debtor fails to cure non-compliance with California law, which non-compliance occurred prior to the change in the Debtor's status to probationary registration, as set forth at section 7.b. above.

9. The Attorney General has entered into this agreement in order to enable appointment of a chapter 11 trustee for the Debtor and thus facilitate the Debtor's compliance with applicable California law and proper care of animals housed at the Debtor's real property. The Attorney General's entry into this agreement is not, and shall not be construed as, approval or consent by the Attorney General to, or an expression by the Attorney General of a preference for, the Debtor's reorganization, liquidation, or any other resolution of the Debtor's bankruptcy case.

10. After this stipulated order is executed by the parties hereto, the Debtor shall promptly file and serve, pursuant to Local Bankruptcy Rule 4001-5(c), a motion seeking a court order approving the terms hereof (including but not limited to section 8, if and to the extent it is construed as a stipulation for prospective relief from the automatic stay).

DATED: February 4, 2026.

    Leslie T. Gladstone
    Chapter 11 Trustee for
    Villa Chardonnay-Horses With Wings

DATED: February 4, 2026.

    David K. Eldan
    Deputy Attorney General
    Attorneys for the Registry of
    Charities and Fundraisers