Leslie T. Gladstone, Esq.  (SBN 144615)
Andrew B. Levin, Esq. (SBN 290209)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail:  AndrewL@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br><br>Debtor. | Case No.:  25-04245-JBM11<br><br>**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF _EMERGENCY_ _EX PARTE_ MOTION FOR APPROVAL OF STIPULATION WITH CALIFORNIA ATTORNEY GENERAL**<br><br>Date:         None Set<br>Time:        None Set<br>Dept:        Two (2)<br>Honorable J. Barrett Marum |

I, LESLIE T. GLADSTONE, declare:

1.     I am the chapter 11 trustee for the bankruptcy estate of Villa Chardonnay Horses with Wings, Inc. ("**Villa Chardonnay**").  All the information contained herein is within my personal knowledge, except for those matters alleged on information and belief and as to those matters I believe them to be true.  If called

FINANCIAL
LAW GROUP

1

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11
GLADSTONE DECLARATION RE EMERGENCY *EX PARTE*
MOTION FOR APPROVAL OF STIPULATION

as a witness, I could competently testify thereto.  I submit this declaration in support of my *Emergency Ex Parte* Motion for Approval of Stipulation (the "**Motion**").[1]

**Need for Emergency Relief**

2.     As set forth in the Motion, the relief requested pursuant to the Motion is appropriate on an emergency basis.  The California Attorney General (the "**Attorney General**") has only consented to allowing Villa Chardonnay to obtain donations and use its assets to feed and care for the animals in its care (collectively, the "**Animals**") through midnight on February 6, 2026.  If I am unable to obtain probationary registration for Villa Chardonnay by that time, I will be unable to use estate funds to feed and care for the Animals or to accept additional donations for such purposes.  The resources currently available to feed and care for the Animals will be quickly depleted and the Animals' well-being will be immediately threatened.

3.     The Attorney General has set forth the terms of the probationary registration in the Stipulation.  Further, pursuant to the *Order Conditionally Appointing Chapter 11 Trustee* (the "**Conditional Order**") [Dkt. No. 84], the Attorney General's approval of Villa Chardonnay's probationary registration is a condition of my continued appointment as chapter 11 trustee.  Accordingly, I must obtain Court approval of the Stipulation before midnight on February 6, 2026.

4.     As chapter 11 trustee, I am authorized to operate Villa Chardonnay's business and to use estate assets to do so.  Further, pursuant to the terms of the Conditional Order, I have "the full powers of a Chapter 11 trustee, including discretion to determine what is in the best interests of the bankruptcy estate, regardless of the terms in the probationary registration." Conditional Order at 2.

5.     The Stipulation is in the best interest of the Estate.  Without the Stipulation, I will be unable to obtain probationary registration from the Attorney

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

FINANCIAL LAW GROUP

2

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11
GLADSTONE DECLARATION RE EMERGENCY *EX PARTE*
MOTION FOR APPROVAL OF STIPULATION

General and, therefore, will be unable to legally solicit donations or use estate assets for the feed and care of the Animals.

**Notice of Motion**

6.      On February 5, 2026, I conducted an email conversation with David K. Eldan, Deputy Attorney General of California, on behalf of the Attorney General of California, pursuant to which I informed Mr. Eldan of the relief requested pursuant to the Motion, that the Motion will be filed on February 5, 2026, and requested that he accept email service of the Motion.  Mr. Eldan responded that he would accept email service of the Motion.

7.      On February 5, 2026, I conducted an email conversation with Michael R. Totaro, of Totaro & Shanahan, LLC, counsel for debtor Villa Chardonnay, pursuant to which informed Mr. Totaro of the relief requested pursuant to the Motion, that the Motion will be filed on February 5, 2026, and requested that he accept email service of the Motion.  Mr. Totaro responded that he would accept email service of the Motion.

8.      On February 5, 2026, I conducted an email conversation with Haeji Hong of the Office of the Unites States Trustee informing Ms. Hong of the relief requested pursuant to the Motion, that the Motion will be filed on February 5, 2026, and requested that he accept email service of the Motion.  Ms. Hong responded that she would accept email service of the Motion.

9.      On February 5, 2026, I conducted an email conversation with Meredith King, of Franklin Soto Leeds LLP, counsel for River Falls, LLC, Private Mortgage Lending, Inc., and The Armbrust Living Trust, informing Ms. King of the relief requested pursuant to the Motion, that the Motion will be filed on February 5, 2026, and requested that he accept email service of the Motion.  Ms. King responded that she would accept email service of the Motion.

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11
GLADSTONE DECLARATION RE EMERGENCY *EX PARTE*
MOTION FOR APPROVAL OF STIPULATION

1    10.    My office will e-mail copies of the Motion and supporting documents to

2  Mr. Eldan, Mr. Totaro, Ms. Hong, and Ms. King as soon as the Motion is filed.

3    I declare under penalty of perjury that the foregoing is true and correct.

4    Executed on February 5, 2026, at La Jolla, California.

5

6                                        /s/ Leslie T. Gladstone

7                                        Leslie T. Gladstone

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28