# PROOF OF SERVICE

I, Sandra Young, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5656 La Jolla Blvd., La Jolla, California 92037. On **February 5, 2026,** I served a true and correct copy of the following document(s):

*EMERGENCY EX PARTE* **MOTION FOR APPROVAL OF STIPULATION WITH CALIFORNIA ATTORNEY GENERAL**

**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF** *EMERGENCY EX PARTE* **MOTION FOR APPROVAL OF STIPULATION WITH CALIFORNIA ATTORNEY GENERAL**

on the parties in this action as follows:

**X** **by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date, February 5, 2026, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.

- **David K. Eldan, Attorney for California Dept. of Justice**    David.Eldan@doj.ca.gov, rpinal@pmcos.com
- **Leslie T. Gladstone, Chapter 11 Trustee**    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com
- **Carl Grumer, Attorney for Ark Watch Foundation and Celine Myers**    cgrumer@manatt.com
- **Benjamin Heston, Attorney for Creditor Darlene Sears**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Haeji Hong, Special Notice Attorney for US Trustee's Office**    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

IN RE VILLA CHARDONNAY HORSES WITH WINGS     1     PROOF OF SERVICE
CASE NO. 25-04245-JBM11

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

- **Meredith King, Special Notice Attorney for Creditor Private Mortgage Lending, Inc., River Falls LLC, The Armbrust Living Trust**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Shelby Poteet, Attorney for Private Mortgage Lending, Inc., River Falls LLC, The Armbrust Living Trust**   spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Michael R Totaro, Attorney for Debtor**   Ocbkatty@aol.com
- **United States Trustee**   ustp.region15@usdoj.gov

All other interested parties in this action that are not a registered ECF User are served as follows:

**X      by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

Villa Chardonnay Horses With Wings, Inc.
PO Box 1000
Julian, CA 92036-1000
*Debtor*

**Dale Fullerton**
30002 Chihuahua Valley
Warner Springs, CA 92086
*Special Notice Creditor*

**Margie Mannex**
1755 Lilac Rd.
Ramona, CA 92065
*Special Notice Creditor*

X      by **ELECTRONIC SERVICE** by causing such document(s) to be electronically served on the interested parties, with consent, and addressed as set forth below.

Name of person served: California State Labor Commissioner
Electronic service addresses: llara@dir.ca.gov ; msirolly@dir.ca.gov

Name of person served: Benjamin Heston, Attorney for Darlene Sears
Electronic service addresses: ben@nexusbk.com

Name of person served: Internal Revenue Service
Electronic service addresses: Glen Dorgan glen.dorgan@usdoj.gov

Name of person served: U. S. Small Business Administration
Electronic service addresses: Glen Dorgan glen.dorgan@usdoj.gov

Name of person served: United States Trustee
Electronic service addresses: Hong, Haeji (USTP) haeji.hong@usdoj.gov

Name of person served: Michael R. Totaro, Attorney for Debtor
Electronic service addresses: Ocbkatty@aol.com

Name of person served: Connor Farley, Attorney for Celine Myers and The Ark Watch Foundation
Electronic service addresses: CFarley@manatt.com

Name of person served: Meredith King, Attorney for River Falls, LLC, Private Mortgage Lending, Inc., and The Armbrust Living Trust
Electronic service addresses: mking@fsl.law

Name of person served: Paul J. Leeds, Attorney for River Falls, LLC, Private Mortgage Lending, Inc., and The Armbrust Living Trust
Electronic service addresses: pleeds@fsl.law

Name of person served: David K. Eldan and Nicole Kennedy, Office of The Attorney General
Electronic service addresses: David.Eldan@doj.ca.gov; nicole.kennedy@doj.ca.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed February 5, 2026, at La Jolla, California.

/s/ Sandra Young
Sandra Young