MANATT, PHELPS & PHILLIPS, LLP
CARL L. GRUMER (Bar No. CA 066045)
E-mail: cgrumer@manatt.com
2049 Century Park East
Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224

Counsel for Plaintiffs
CELINE MYERS AND
THE ARK WATCH FOUNDATION

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Villa Chardonnay Horses With Wings, Inc.,<br><br>　　　　　Debtor. | Case No. 3:25-bk-04245-JBM11<br><br>Chapter 11 |

**CREDITORS CELINE MYERS AND THE ARK WATCH FOUNDATION'S LIMITED OBJECTION TO CHAPTER 11 TRUSTEE'S EMERGENCY *EX PARTE* MOTION FOR APPROVAL OF STIPULATION WITH CALIFORNIA ATTORNEY GENERAL**

<u>**Status Conference**</u>
Date:      To be set by Court
Time:      To be set by Court
Ctrm.:     Department 1, Room 218
           United States Bankruptcy Court
           325 West F Street
           San Diego, California 92101

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW

Celine Myers and The Ark Watch Foundation (together, "Ark Watch") hereby object, on a limited basis, to certain alleged facts contained within Chapter 11 Trustee Leslie T. Gladstone's ("Trustee") *Emergency Ex Parte Motion for Approval of Stipulation with California Attorney General* [D.I. 99] ("Motion"). Ark Watch does not oppose the stipulation itself or the relief sought. Ark Watch respectfully states as follows:

## BACKGROUND

1. On October 14, 2025 ("Petition Date"), Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2. Ark Watch timely filed Proofs of Claim Nos. 4 and 6 asserting secured claims of $2,289,774.43 and $203,132.63, respectively, against the Debtor.

3. On January 20, 2026, Ark Watch filed an adversary proceeding, Case No. 26-90011-JBM, objecting to the Debtor's discharge of the debt reflected in Proof of Claim No. 4 pursuant to 11 U.S.C. § 523(a)(6).

## OBJECTION

4. *First*, notwithstanding other inaccuracies contained in the Debtor's Schedules, Debtor does not own 300 horses. Based on Ark Watch's examination of the Debtor, including but not limited to Ark Watch's own investigation of the Debtor's property during its pre-Petition lawsuit against Debtor, the Debtor owns far fewer horses—between 100 and 150. Considering that the Debtor's principal stated that she does not believe in vaccines at the 11 U.S.C. § 341 meeting, the animals on Debtor's property are likely not vaccinated.

5. *Second*, the Motion is inaccurate as to the history of the Debtor's charitable status. The Debtor's non-profit status became "delinquent" in or about October 2021, not January 2024. The Debtor has been operating and soliciting funds since 2021 in violation of California law. *See* 11 Cal. Code. Reg. §§ 312; 345(b). While the Debtor's non-profit status became "suspended" in January 2024, its lack of good standing with the California Attorney General dates back further.

6. *Third*, the Debtor's tax documents appear to contain false and misleading information and should be closely scrutinized by the Court and the Office of the Attorney General

before returning the Debtor to full, non-probationary good standing. Furthermore, it is unclear whether these documents have been provided to the Internal Revenue Service.

7. Ark Watch does not oppose the entry of the stipulation to allow the Trustee to operate the Debtor and its Estate. However, Ark Watch asserts that the factual issues described above must be corrected to ensure transparency and fairness for all parties. *See In re Stevens*, 617 B.R. 328, 333 (B.A.P. 9th Cir. 2020) ("the bankruptcy court and all creditors also have a right to full knowledge of a debtor's assets"); *see also In re Catalina Sea Ranch*, 2020 WL 1900308, at *1 (Bankr. C.D. Cal. Apr. 13, 2020) (advantages of bankruptcy process include "the disclosures and transparency required in bankruptcy").

## CONCLUSION

8. WHEREFORE, for the reasons set forth herein, Ark Watch respectfully requests that the Court correct the record regarding the number of horses owned by the Debtor and the date of Debtor's charitable status delinquency, and grant Ark Watch such further and additional relief as the Court may deem just and equitable.

Dated: February 6, 2026                                     MANATT, PHELPS & PHILLIPS, LLP


By: /s/ Carl L. Grumer
Carl L. Grumer
Counsel for Creditors Celine Myers and
The Ark Watch Foundation

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW

2