CSD 1001A [07/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq.  (SBN 144615)
Andrew B. Levin, Esq.  (SBN 290209)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.; La Jolla, CA 92037
Telephone:  (858) 454-9887/ Facsimile:  (858) 454-9596
E-mail:  AndrewL@flgsd.com
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

Order Entered on
February 6, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re  VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing:
Time of Hearing:
Name of Judge: Hon. J. Barrett Marum

## COURT MODIFIED ORDER ON
### TRUSTEE'S EMERGENCY EX PARTE MOTION FOR APPROVAL OF STIPULATION WITH CALIFORNIA ATTORNEY GENERAL

The court orders as set forth on the continuation pages attached and numbered 1 through 6 with exhibits, if any, for a total of 6 pages.  Motion/Application Docket Entry No. 99.

//
//
//
//
//
//
//

DATED:    February 6, 2026

Judge, United States Bankruptcy Court

CSD 1001A [07/01/18]                                                                                                  Page **2** of **2**

ORDER ON TRUSTEE'S EMERGENCY EX PARTE MOTION FOR APPROVAL OF STIPULATION WITH CALIFORNIA ATTORNEY GENERAL
DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS, INC.                              CASE NO: 25-04245-JBM11

---

On February 5, 2026, Leslie T. Gladstone, chapter 11 trustee, ("Trustee") filed and served her Emergency Ex Parte Motion for Approval of Stipulation with California Attorney General (the "Motion") and the Declaration of Leslie T. Gladstone (the "Gladstone Declaration") in suport of the Motion.

The Court understands the Trustee has only recently been appointed and is still becoming familiar with the Debtor's operations.

The Court having reviewed and considered the Motion, the Gladstone Declaration, and any timely responses to the Motion, if any, and finding that relief was appropriate on an emergency basis, and finding that notice of the Motion was sufficient, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulated Order Granting Probationary Registration (the "Stipulation"), dated as of February 4, 2026, between Trustee and the Attorney General, a copy of which is attached hereto as Exhibit 1, is APPROVED. ~~in its entirety~~ Some of the facts as detailed in the Stipulation are in dispute, so the Court grants the requested relief without affirming the accuracy of the facts included therein.

IT IS SO ORDERED.

# Exhibit 1

# Exhibit 1

```
ROB BONTA
Attorney General of California
JOSEPH N. ZIMRING
Supervising Deputy Attorney General
DAVID K. ELDAN
Deputy Attorney General
State Bar No. 163592
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013-1230
  Telephone: (213) 269-6041
  Fax: (916) 731-2145
  E-mail: David.Eldan@doj.ca.gov
Attorneys for the Registry of
Charities and Fundraisers
```

BEFORE THE

ATTORNEY GENERAL OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>**VILLA CHARDONNAY-HORSES WITH WINGS (CT0261810)** | Case No. 2026-CT0261810<br><br>**STIPULATED ORDER GRANTING PROBATIONARY REGISTRATION** |

1. The Attorney General is responsible for supervising charitable organizations, charitable trusts, and charitable fundraising, and protecting charitable assets and donations for the People of California. The Attorney General's duties include enforcing California's Supervision of Trustees and Fundraisers for Charitable Purposes Act and its regulations (Gov. Code, § 12580 et seq., Cal. Code Regs., tit. 11, §§ 300 et seq.; collectively the "Charitable Supervision Act") with respect to charities and other persons or legal entities who solicit or hold charitable assets on behalf of California charitable beneficiaries.

2. Villa Chardonnay-Horses With Wings (the "Debtor") is a California nonprofit public benefit corporation subject to the Supervision Act and was issued registration number CT0261810 by the Registry of Charities and Fundraisers (the "Registry").

3. The Debtor's registration with the Registry is delinquent and thus not in good standing (Cal. Code Regs., tit. 11, § 312). The Debtor cannot operate or solicit for charitable purposes in California while its registration is not in good standing. (Cal. Code Regs., tit. 11, § 312).

1

4. On October 14, 2025, the Debtor filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, commencing the bankruptcy case entitled *In re Villa Chardonnay-Horses With Wings* and pending as case number 25-04245-JBM11 (the "Bankruptcy Case") in the United States Bankruptcy Court for the Southern District of California (the "Bankruptcy Court").

5. On January 29, 2026, the Bankruptcy Court entered an *Order Approving the Appointment of Chapter 11 Trustee* as document 89 on the CM/ECF docket, appointing Leslie T. Gladstone as Chapter 11 Trustee (the "Trustee") in the Bankruptcy Case.

6. The Attorney General and the Debtor (by and through the Trustee) hereby stipulate that the Debtor's registration shall be placed on probation, allowing the Debtor to operate on following the terms:

7. The Debtor shall:

   a. fully comply, prospectively, with all California laws relating to holding or soliciting charitable assets, including without limitation the Charitable Supervision Act and the Nonprofit Public Benefit Corporation Law (Corp. Code, § 5110), and in particular all registration and reporting requirements (e.g., filing of Form RRF-1 and the appropriate version of IRS Form 990 and payment of all required fees); and

   b. with respect to non-compliance by the Debtor with the California laws referenced in the preceding section 7.a., which non-compliance occurred prior to the change in the Debtor's registration status to probationary, the Debtor shall cure such non-compliance to the extent cure is reasonably possible (e.g., by filing delinquent registration and reporting materials and paying accompanying fees).

8. The Registry's administration of California law is an exercise of police and regulatory power by a governmental unit, within the meaning of 11 U.S.C. sec. 362(b)(3), and nothing in this agreement prevents the Registry or the Attorney General from taking any action authorized by California law, without seeking relief from the automatic stay of 11 U.S.C. sec. 362(a). In particular, and without limiting the generality of the preceding sentence, the Registry may suspend or revoke the Debtor's probationary registration:

Signed by Judge J Barrett Marum February 6, 2026

a. effective immediately, if the Trustee's service ends by reason of resignation, death, removal, or for any other reason; and

b. upon written notice, if the Debtor fails, prospectively, to comply with California law as set forth at section 7.a. above, or if the Debtor fails to cure non-compliance with California law, which non-compliance occurred prior to the change in the Debtor's status to probationary registration, as set forth at section 7.b. above.

9. The Attorney General has entered into this agreement in order to enable appointment of a chapter 11 trustee for the Debtor and thus facilitate the Debtor's compliance with applicable California law and proper care of animals housed at the Debtor's real property. The Attorney General's entry into this agreement is not, and shall not be construed as, approval or consent by the Attorney General to, or an expression by the Attorney General of a preference for, the Debtor's reorganization, liquidation, or any other resolution of the Debtor's bankruptcy case.

10. After this stipulated order is executed by the parties hereto, the Debtor shall promptly file and serve, pursuant to Local Bankruptcy Rule 4001-5(c), a motion seeking a court order approving the terms hereof (including but not limited to section 8, if and to the extent it is construed as a stipulation for prospective relief from the automatic stay).

DATED: February 4, 2026.

Leslie T. Gladstone
Chapter 11 Trustee for
Villa Chardonnay-Horses With Wings

DATED: February 4, 2026.

David K. Eldan
Deputy Attorney General
Attorneys for the Registry of
Charities and Fundraisers

3

STIPULATED ORDER GRANTING PROBATIONARY REGISTRATION (CT0261810)

Signed by Judge J Barrett Marum February 6, 2026

United States Bankruptcy Court
Southern District of California

| | |
|---|---|
| In re: | Case No. 25-04245-JBM |
| Villa Chardonnay Horses With Wings, Inc. | Chapter 11 |
| The Ark Watch Foundation | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 2 |
| Date Rcvd: Feb 06, 2026 | Form ID: pdfO10 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Feb 08, 2026 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Levin | on behalf of Trustee Leslie T. Gladstone andrewl@flgsd.com leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com |
| Benjamin Heston | on behalf of Creditor Darlene Sears bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs Celine Myers cgrumer@manatt.com |
| David K. Eldan | on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov rpinal@pmcos.com |
| Haeji Hong | on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov |
| Leslie T. Gladstone | |

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 2 of 2 |
| Date Rcvd: Feb 06, 2026 | Form ID: pdfO10 | Total Noticed: 1 |

candic@flgsd.com  christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com

Meredith King
    on behalf of Creditor Private Mortgage Lending  Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King
    on behalf of Creditor River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Meredith King
    on behalf of Creditor The Armbrust Living Trust mking@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Michael R Totaro
    on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Shelby Poteet
    on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law  ssanchez@fsl.law;jwilson@fsl.law

Shelby Poteet
    on behalf of Creditor Private Mortgage Lending  Inc. spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

Shelby Poteet
    on behalf of Creditor River Falls  LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law

United States Trustee
    ustp.region15@usdoj.gov

TOTAL: 15