Leslie T. Gladstone, Esq.  (SBN 144615)
Christin A. Batt, Esq.  (SBN 222584)
Hilda M. Montes de Oca, Esq.  (SBN 287605)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone:  (858) 454-9887
Facsimile:  (858) 454-9596
E-mail:  HildaM@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor. | Case No.: 25-04245-JBM11<br><br>**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF TRUSTEE'S MOTION FOR (1) AN INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN POSTPETITION FINANCING; AND (2) SETTING FINAL HEARING**<br><br>Date:      [DATE]<br>Time:     [TIME] a.m./p.m.<br>Dept:     Two (2)<br>Honorable J. Barrett Marum |
|---|---|

I, LESLIE T. GLADSTONE, declare:

1.     I am the chapter 11 trustee for the bankruptcy estate of Villa Chardonnay Horses with Wings, Inc. ("**Debtor**").  All the information contained herein is within my personal knowledge, except for those matters

1  alleged on information and belief and as to those matters I believe them to be
2  true.  If called as a witness, I could competently testify thereto.
3       2.   Based on the documents filed in this case, I am informed and
4  believe that Villa Chardonnay Horses with Wings, Inc. ("**Debtor**") is a non-
5  profit animal sanctuary located and operated at real property commonly known
6  as 4554 Boulder Creek Road, Julian, CA 92036 and 4430 Boulder Creek Road,
7  Julian, CA 92036, in a rural area of San Diego County (collectively, the
8  "**Property**").  Debtor provides care for more than 600 rescued animals, many of
9  which are disabled.
10      3.   Based on the petition, schedules, and documents filed in this case, I
11 am informed and believe that on October 28, 2025, Debtor filed a voluntary
12 chapter 11 petition under the U.S. Bankruptcy Code.  On January 23, 2026,
13 senior secured creditors River Falls, LLC, Private Mortgage Lending, Inc., and
14 the Armburst Trust (collectively, "**Senior Creditors**") filed an Emergency
15 Motion to Appoint Chapter 11 Trustee.  ECF No. 63.  On January 28, 2026, I
16 was appointed as chapter 11 trustee of Debtor's bankruptcy estate.  ECF No. 84.
17      4.   Based on a review of the documents filed in this case, the
18 documents provided by Senior Creditors, and my review of the books and
19 records made available to me thus far, I determined that the bankruptcy estate
20 requires postpetition funds to preserve and protect estate assets for the benefit of
21 creditors.
22      5.   Based on a review of the existing loan contract between Debtor
23 and Senior Creditors, I discovered that the loan contract allows future advances
24 of funds to be added to the secured debt at the existing contract rate of interest
25 (8%).
26      6.   Senior Creditors have agreed to provide me, and I agreed to accept
27 from Senior Creditors, postpetition financing in the amounts necessary to
28 maintain the Property, the animals thereon, and pay administrative expenses, up

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS    2    GLADSTONE DECLARATION ISO EMERGENCY
CASE NO. 25-04245-JBM11                          MOTION TO APPROVE POSTPETITION FINANCE

to the total principal sum of Four Hundred Thousand and 00/100ths Dollars ($400,000.00) (the "**Postpetition Financing**").

7. The Postpetition Financing shall be disbursed to me in monthly advances of $70,000 at the contract rate of interest (8%) upon entry of a Bankruptcy Court order approving the Stipulation. The first position lien held by the Senior Creditors shall increase commensurate with any monthly advance drawn on the Loan, up to the total amount $400,000.00. Senior Creditors will not assert or retain any lien on the funds disbursed from the Postpetition Financing.

8. I shall use the Postpetition Financing solely to pay administrative expenses and costs necessary to maintain the Property and the animals thereon, until the Property can be sold or reorganized.

9. Under the circumstances of this case, it is my business judgment that Postpetition Financing is in the best interests of the Estate as it allows me to maintain the Property and pay administrative expenses, without incurring additional administrative expenses that would diminish any disbursements to unsecured creditors, until it can be sold or the business reorganized.

10. Senior Creditors and I engaged in an arm's length negotiation regarding the terms and conditions of the Postpetition Financing. In my business judgment, the financial terms of the Postpetition Financing are fair and reasonable, under the circumstances of this case. The existing loan contract between Debtor and Senior Creditors allows for future advances of funds to be added to the secured debt, at the existing contract rate (8%).

11. In my experience and business judgment, I would not find a lender offering an unsecured to Debtor or an unsecured loan on more favorable terms. Given the nature of the Property and the circumstances of Debtor and Senior Creditors, I have determined that the terms of the Postpetition Financing are fair, reasonable, and adequate.

12. I am informed and believe that, based on my experience, without authorization from the Court to access the Postpetition Financing on an emergency interim basis pending a Final Hearing, that the estate and its creditors will be immediately and irreparably harmed because the care of the animals is in jeopardy and I also need to obtain professional assistance to aid in my administration of the Property. Therefore, I request that the Court conduct an expedited preliminary hearing on the Emergency Motion so that I can maintain the Property and pay administrative expenses until the Property can be sold or the business reorganized. I also request that the Court schedule a Final Hearing on the relief requested herein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 5, 2026, at La Jolla, California.

        /s/ Leslie T. Gladstone
        Leslie T. Gladstone

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS   4   GLADSTONE DECLARATION ISO EMERGENCY
CASE NO. 25-04245-JBM11                        MOTION TO APPROVE POSTPETITION FINANCE