Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
Hilda M. Montes de Oca, Esq. (SBN 287605)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: HildaM@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 25-04245-JBM11 |
|---|---|
| VILLA CHARDONNAY HORSES WITH WINGS, INC., <br><br> Debtor. | **DECLARATION OF CANDI COLLINS RE NOTICE OF TRUSTEE'S EMERGENCY MOTION FOR (1) AN INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN POSTPETITION FINANCING; AND (2) SETTING FINAL HEARING** <br><br> Date: [DATE] <br> Time: [TIME] a.m./p.m. <br> Dept: Two (2) <br> Honorable J. Barrett Marum |

I, CANDI COLLINS, declare:

1. I am the trustee administrator for Leslie T. Gladstone, the chapter 11 trustee (the "**Trustee**") for the bankruptcy estate of Villa Chardonnay Horses with Wings, Inc. ("**Debtor**"). All the information contained herein is within my personal knowledge, except for those matters alleged on information and belief

and as to those matters I believe them to be true.  If called as a witness, I could competently testify thereto.

2. I offer this Declaration in support of Trustee's Motion for (1) An Interim Order Authorizing Trustee to Obtain Postpetition Financing; and (2) Setting Final Hearing (the "**Motion**").

3. On February 5, 2026, at 8:55 a.m., I received a returned telephone call from Lindsey Lara, Legal Analyst for the California State Labor Commissioner, and informed them of the relief requested pursuant to the Motion and that the Motion will be filed on February 5, 2026.  Ms. Lara agreed to accept service of the Motion by email and requested that we also serve Matt Sirolly by email.  Ms. Lara did not indicate that the California State Labor Commissioner would oppose the Motion.

4. On February 5, 2026, at 8:33 a.m., I telephoned Benjamin Heston, counsel for Darlene Sears, and informed Mr. Heston of the relief requested pursuant to the Motion and that the Motion will be filed on February 5, 2026.  Mr. Heston agreed to accept service of the Motion by email and did not indicate that Ms. Sears would oppose the Motion.

5. On February 5, 2026, at 9:00 a.m., I telephoned Connor Farley, counsel for Celine Myers and the Ark Watch Foundation, and left a voicemail message, informing Mr. Farley of the relief requested pursuant to the Motion and that the Motion will be filed on February 5, 2026.  I thereafter sent an email to Mr. Farley, informing him of the same.  Mr. Farley agreed to accept service of the Motion by email and did not indicate that Celine Myers and the Ark Watch Foundation would oppose the Motion.

6. On February 5, 2026, at 8:56 a.m., I was in communication by email with Glen Dorgan, counsel for the United States Internal Revenue Service ("**IRS**"), informing Mr. Dorgan of the relief requested pursuant to the Motion and that the Motion will be filed on February 5, 2026.  Mr. Dorgan agreed to

1  accept service of the Motion by email and did not indicate that the IRS would
2  oppose the Motion.

3      7.    On February 5, 2026, at 10:02 a.m., I was in communication by
4  email with David K. Eldan, Deputy Attorney General of California, on behalf of
5  the Attorney General of California, and informed Mr. Eldan of the relief
6  requested pursuant to the Motion and that the Motion will be filed on February
7  5, 2026. Mr. Eldan agreed to accept service of the Motion by email and
8  requested that we also serve Nicole Kennedy by email. Mr. Eldan did not
9  indicate that the Attorney will not oppose the Motion.

10     8.    On February 5, 2026, at 9:01 a.m., I was in communication by
11 email with Michael R. Totaro, of Totaro & Shanahan, LLC, counsel for debtor
12 Villa Chardonnay, and informed Mr. Totaro of the relief requested pursuant to
13 the Motion and that the Motion will be filed on February 5, 2026. Mr. Totaro
14 did not indicate whether Villa Chardonnay will oppose the Motion.

15     9.    On February 5, 2026, at 8:53 a.m., I was in communication by
16 email with Haeji Hong of the Office of the Unites States Trustee informing Ms.
17 Hong of the relief requested pursuant to the Motion and that the Motion will be
18 filed on February 5, 2026. Ms. Hong did not indicate whether Office of the
19 United States Trustee will oppose the Motion.

20     10.    On February 5, 2026, at 9:44 a.m., I was in communication by
21 email with Meredith King and Paul Leeds, counsel for River Falls, LLC, Private
22 Mortgage Lending, Inc. and The Armbrust Living Trust, and informed Ms.
23 King and Mr. Leeds of the relief requested pursuant to the Motion and that the
24 Motion will be filed on February 5, 2026. Ms. King and Mr. Leeds will not
25 oppose the Motion.

26     11.    I will caused to be emailed courtesy copies of the Motion and
27 supporting documents to Ms. Lara and Mr. Sirolly, Mr. Heston, Mr. Farley, Mr.
28

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

Dorgan, Mr. Eldan, Mr. Totaro, Ms. Hong, Ms. King and Mr. Leeds as soon as the Motion is filed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2026, at Litchfield Park, Arizona.

*Candi Collins*
Candi Collins