Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
Hilda M. Montes de Oca, Esq. (SBN 287605)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: HildaM@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor. | Case No.: 25-04245-JBM11<br><br>**DECLARATION OF SANDRA YOUNG RE NOTICE OF TRUSTEE'S EMERGENCY MOTION FOR (1) AN INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN POSTPETITION FINANCING; AND (2) SETTING FINAL HEARING**<br><br>Date:   [DATE]<br>Time:   [TIME] a.m./p.m.<br>Dept:   Two (2)<br>Honorable J. Barrett Marum |

I, SANDRA YOUNG, declare:

    1.    I am a paralegal working for Leslie T. Gladstone, the chapter 11 trustee (the "**Trustee**") for the bankruptcy estate of Villa Chardonnay Horses with Wings, Inc. ("**Debtor**"). All the information contained herein is within my personal knowledge, except for those matters alleged on information and belief

and as to those matters I believe them to be true. If called as a witness, I could competently testify thereto.

2. I offer this Declaration in support of Trustee's Motion for (1) An Interim Order Authorizing Trustee to Obtain Postpetition Financing; and (2) Setting Final Hearing (the "**Motion**").

3. On February 5, 2026, at 12:36 p.m., I received a returned telephone call from Jennifer at Rentto & Rentto, counsel for secured creditor Waste Management, and informed them that the Motion will be filed on or about February 5, 2026. Jennifer confirmed that attorney Bob Rentto would accept service of the Motion by email. Jennifer of Rentto & Rentto did not indicate that Waste Management would oppose the Motion.

4. I will caused to be emailed courtesy copies of the Motion and supporting documents to Mr. Bob Rentto as soon as the Motion is filed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 9, 2026, at La Jolla, California.

*/s/ Sandra Young*
Sandra Young

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037