Leslie T. Gladstone, Esq. (SBN 144615)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596
E-mail: LeslieG@flgsd.com

Proposed Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: <br><br> VILLA CHARDONNAY HORSES WITH WINGS, INC., <br><br> Debtor(s). | Case No.: 25-04245-JBM11 <br><br> **EX PARTE APPLICATION TO EMPLOY FINANCIAL LAW GROUP AS ATTORNEYS FOR TRUSTEE** |

Leslie T. Gladstone, the chapter 11 trustee in the above-captioned case ("**Trustee**"), pursuant to 11 U.S.C. Section 327(d) and Rule 2014 of the Federal Rules of Bankruptcy Procedure, hereby seeks Court authority to retain and employ Financial Law Group to represent Trustee as attorneys regarding the matters described below. In support of this application, Trustee submits the accompanying Declaration of Leslie T. Gladstone (the "**Gladstone Declaration**") and respectfully represents:

## INTRODUCTION

On October 14, 2025, Villa Chardonnay Horses With Wings, Inc. ("**Debtor**") filed a voluntary chapter 11 petition under the U.S. Bankruptcy Code. On January 23, 2026, senior secured creditors River Falls, LLC, Private Mortgage Lending, Inc., and the Armbrust Trust filed an Emergency Motion to Appoint

Chapter 11 Trustee. On January 29, 2026, Trustee was appointed as chapter 11 trustee of Debtor's bankruptcy estate.

Trustee wishes to employ Financial Law Group, a law firm comprising Christin A. Batt, Andrew B. Levin, Hilda M. Montes de Oca, and Leslie T. Gladstone, as attorneys duly admitted to practice in this Court, for representation in this case.

## NECESSITY FOR EMPLOYMENT

Trustee believes it is necessary to retain counsel to render legal services relating to the administration of this case and disposition of the Estate's assets, including the following, as applicable:

(a) This case involves numerous apparent violations with the Attorney General's office and the Internal Revenue Service. Financial Law Group will assist Trustee with compliance issues and ongoing operational needs;

(b) Debtor is an operating animal sanctuary with daily legal challenges both in the non-profit recording keeping sector, as well as liability and operational challenges. Financial Law Group will assist Trustee with these legal challenges to ensure operations are in full compliance going forward;

(c) Financial Law Group will assist Trustee in obtaining post-petition financing to cover operations and administrative expenses. Financial Law Group will prepare the Financing Agreement and motion to approve;

(d) Financial Law Group will alternatively prepare either a plan of reorganization for payment of creditors and/or a Bankruptcy Code Section 363(f) sale of the property;

(e) In the event animals or persons need to be removed from the property, Financial Law Group will prepare the necessary legal paperwork for this to happen;

(f) Trustee is informed and believes that certain assets of the estate secure various loans made by various secured creditors of this estate. Financial

Law Group will analyze the various claims and assist the Trustee in determining the appropriate priority of distribution in this case;

(g) Financial Law Group will analyze Debtor's financial records and prosecute any actions for collection of accounts receivables, or for avoidance actions and turnover actions, as needed;

(h) With respect to any saleable assets, Financial Law Group will assist the Trustee with any saleability issues and due diligence requests, will prepare sale documentation and motions to approve sales, as needed;

(i) Financial Law Group will analyze other pending litigation and motions filed by third parties and assist the Trustee with analyzing the estate's positions regarding same and responding as appropriate;

(j) Preparing on behalf of Trustee all necessary motions, applications, answers, orders, reports, and other pleadings in connection with the administration of the bankruptcy estate or as required by this Court or otherwise pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for this Court;

(k) Prosecuting and defending litigation matters that may arise during the case;

(l) Commencing and conducting, or assisting in the same as applicable, any and all litigation or other action necessary or appropriate to assert rights held by the Estate or Debtor, or protect or recover assets of the Estate or Debtor;

(m) Opposing relief from stay motions as needed;

(n) Objecting to claims when legal issues are presented;

(o) Representing Trustee at all hearings regarding or affecting Debtor or the Estate;

(p) Providing counseling with respect to legal matters which may arise during the case; and

(q)     Performing all other legal services that are necessary for the efficient and economic administration of the case (collectively, the "**Matters**").

## FINANCIAL LAW GROUP'S QUALIFICATIONS

Financial Law Group is a small firm with extensive experience in bankruptcy, liquidations, and other areas of law applicable to this case. In addition, the attorneys at Financial Law Group specialize in the legal representation of chapter 7 trustees, chapter 11 trustees, liquidating trustees, receivers, fiduciaries, and assignees for the benefit of creditors.

Trustee has selected Financial Law Group for the following reasons:

(1)     Financial Law Group has extensive experience representing trustees and balancing the necessities of quality legal representation with an efficient outcome for the benefit of the bankruptcy estate.

(2)     Financial Law Group specializes in the practice of insolvency, reorganization, and bankruptcy law. Given the complexity of the Matters, the attorneys at Financial Law Group are experienced and well qualified to represent Trustee.

(3)     The attorneys at Financial Law Group also hold certifications from INSOL regarding the practice of international insolvency law. Also, Leslie T. Gladstone serves as a participant at the United Nations Working Group V, a conglomeration of over 70 countries working together to promulgate international model rules on insolvency law.

(4)     Financial Law Group is regularly hired to represent chapter 7 trustees and fiduciaries in this district.

For example, Financial Law Group was retained by Leonard J. Ackerman, chapter 7 trustee in the case of Daniel Hurd, Case No. 21-03294-LT7. Financial Law Group was employed to assist Trustee Ackerman with legal analysis and enforcement of the estate's rights as the supermajority member of a family-owned limited liability company managed by the debtor. The LLC owned a condo and a

brokerage account with a value exceeding $600,000, subject to a margin loan. Financial Law Group defended Trustee Ackerman in the LLC's adversary proceeding for determination that the LLC's assets were not property of the estate and prosecuted a successful counter and third-party complaint against the LLC and the debtor to, among other things, authorize the trustee to exercise all the debtor's membership rights, including voting rights to remove and replace the debtor as manager of the LLC. Financial Law Group then negotiated a global settlement with the debtor and the LLC members regarding liquidation of the estate's membership interest in the LLC.

Financial Law Group was also retained by Ronald E. Stadtmueller, chapter 7 trustee in the case of Gregory Halpern, Case No. 20-01894-CL7, a case converted from chapter 11. Financial Law Group was retained to assist Trustee Stadtmueller with legal analysis regarding the estate's interest in a multi-million dollar house in Rancho Santa Fe, personal property scheduled with substantial value, luxury vehicles, stock interests, and litigation claims against a secured creditor and others. The legal analysis extended to liens on the real property and personal property, avoidability of an unperfected lien, and the debtor's alleged claims against Google, LLC. Financial Law Group assisted the trustee in a multi-party mediation and negotiated two separate-but-related settlement agreements that successfully resolved all issues in the case.

Financial Law Group was also retained by Ronald E. Stadtmueller, chapter 7 trustee in the case of Karma Capital, Inc., Case No. 19-01962-LA7, another case converted from chapter 11. Financial Law Group was employed to assist Trustee Stadtmueller in getting control of Debtor's seven Daphne's Greek Café locations and negotiating with landlords, six of whom had unlawful detainer proceedings pending, for terms of continued operation pending sale of the restaurant locations. Financial Law Group analyzed the extent and priority of the secured lender's lien on the debtor's assets and assisted the trustee is selling the restaurants at auction.

Financial Law Group also negotiated the settlement of two pending lawsuits in which the debtor was a party. In addition, Financial Law Group represented Trustee Stadtmueller in two appellate cases filed by the debtor's principals.

(5) In the event that litigation is required to resolve the Matters, Financial Law Group has substantial experience in litigating similar matters involving both federal bankruptcy law and state law.

(6) The time commitment required to handle the Matters is consistent with the size and resources of this firm.

(7) While other qualified law firms in the district may be available to handle the Matters, Trustee believes that Financial Law Group is best qualified to handle the Matters and will do so efficiently and economically.

(8) The rates of lawyers of comparable experience at reorganization departments of firms throughout San Diego are equal to or higher than the rates charged by Financial Law Group. Financial Law Group renders services in an extremely economical fashion, which combined with the at-market or below-market hourly rates result in a fee that is outstanding in light of the work undertaken and completed.

As set forth in the Gladstone Declaration and pursuant to Rule 2014, Financial Law Group is disinterested, as that term is defined in Section 101(14) of the Bankruptcy Code. Financial Law Group has no connections with, and holds no interest adverse to, Debtor, its creditors, any other party-in-interest, his respective attorneys and accountants, the United States Trustee, or any other person employed in the Office of the United States Trustee, except as set forth in the Gladstone Declaration.

Financial Law Group does not represent any creditor in this Estate.

Financial Law Group represents no interest adverse to Debtor or to the Estate in the Matters upon which Financial Law Group is to be employed.

6    IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11
APPLICATION TO EMPLOY FINANCIAL LAW GROUP

## COMPENSATION AND REIMBURSEMENT OF EXPENSES

It is proposed that Financial Law Group be compensated on an hourly basis, applying its standard billing rates, subject to the "Guidelines for Compensation and Expense Reimbursement of Professionals" and approval by this Court after notice and hearing. The current standard hourly billing rates as of January 1, 2026 is $495.00–$655.00 per hour for attorney time and $175.00–$255.00 per hour for legal assistant time. These rates are competitive within the legal profession. Such rates are subject to change, in which case the new rates will apply to all work performed thereafter. Financial Law Group will also bill all expenses at its standard rates including the following: photocopying, travel, long distance telephone, messenger service, express mail, Court fees, Lexis, and other research searches.

Financial Law Group is to be retained as counsel for Trustee on the terms set forth herein, at normal hourly rates, which fees are to be approved by this Court after appropriate application and noticed hearing. A formal retention agreement is waived. Attached hereto as <u>Exhibit A</u> is a copy of the proposed order on the employment of Financial Law Group.

## CONCLUSION

As explained above, the employment of Financial Law Group is in the best interest of Debtor's Estate.

WHEREFORE, Trustee respectfully requests that this Court enter an order authorizing retention and employment of Financial Law Group as attorneys for Trustee as more fully described herein, for the Matters described above, with compensation to be paid as an administrative expense in such amounts as this Court may hereinafter allow and order paid.

Dated: February 9, 2026          /s/ Leslie T. Gladstone
                                 Leslie T. Gladstone, Trustee

# EXHIBIT "A"

# EXHIBIT "A"

**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq., (SBN 144615)
Andrew B. Levin, Esq. (SBN 290209)
Financial Law Group, PC
5656 La Jolla Blvd., La Jolla, CA  92037
Telephone (858) 454-9887
Email: LeslieG@flgsd.com
Proposed Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: J. Barrett Marum

# ORDER ON
## EX PARTE APPLICATION TO EMPLOY FINANCIAL LAW GROUP

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages.  Motion/Application Docket Entry No. _____.

//
//
//
//
//
//
//

DATED: _____

_____
Judge, United States Bankruptcy Court

CSD 1001A

ORDER ON EX PARTE APPLICATION TO EMPLOY FINANCIAL LAW GROUP
DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS, INC.,                    CASE NO: 25-04245-JBM11

---

Upon the foregoing Ex Parte Application to Employ Financial Law Group as Attorneys for Leslie T. Gladstone, chapter 11 trustee ("Trustee"), praying for approval of the employment of Financial Law Group as her attorney herein and upon the Declaration of Disinterest of Leslie T. Gladstone; and it appearing that no hearing on said application need to be given; and the Court being satisfied that said attorneys hold and represent no interest adverse to the individual creditors herein, Villa Chardonnay Horses With Wings, Inc. ("Debtor") or the estate of Debtor and that the employment of said attorneys is necessary for the Trustee to employ attorneys skilled in bankruptcy law and that Financial Law Group is such a firm, and that Financial Law Group represents no adverse interest which would prohibit or impair the employment of the firm and that the employment of Financial Law Group is in the best interest of this estate; and good cause otherwise appearing;

IT IS HEREBY ORDERED:

1.  That consistent with the terms set forth in the Ex Parte Application to Employ Financial Law Group as Attorneys for Leslie T. Gladstone, chapter 11 trustee and the Declaration of Leslie T. Gladstone in Support thereof and pursuant to 11 USC §327(d), the Trustee is authorized to employ Financial Law Group as attorneys for the Trustee.

2.  That any fees paid to Financial Law Group in connection with this proceeding are subject to approval of this court.

IT IS SO ORDERED.

CSD 1001A