Leslie T. Gladstone, Esq. (SBN 144615)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596
E-mail:  LeslieG@flgsd.com

Proposed Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>  Debtor(s). | Case No.: 25-04245-JBM11<br><br>**DECLARATION OF LESLIE T. GLADSTONE, ON BEHALF OF HERSELF AND FINANCIAL LAW GROUP, IN SUPPORT OF EX PARTE APPLICATION TO EMPLOY FINANCIAL LAW GROUP AS ATTORNEYS FOR TRUSTEE** |

I, LESLIE T. GLADSTONE, declare:

1. I am an attorney at law duly licensed to practice law in the State of California and before this Court.  All the information contained herein is within my personal knowledge, except for those matters alleged on information and belief and as to those matters I believe them to be true.  If called as a witness, I could competently testify thereto.

2. I am the owner of the law firm Financial Law Group, PC, which maintains its offices at 5656 La Jolla Blvd., La Jolla, CA 92037.

3. Financial Law Group is a small firm with extensive experience in bankruptcy, liquidations, and other areas of law applicable to this case. In addition, the attorneys at Financial Law Group specialize in the legal representation of chapter 7 trustees, chapter 11 trustees, liquidating trustees, receivers, fiduciaries, and assignees for the benefit of creditors.

(a) Leslie T. Gladstone: I received my Juris Doctor degree from Pepperdine School of Law (cum laude). I have been a member of the Standing Panel of Trustees for the Southern District of California since 1998. Prior to my appointment, I worked as an associate and/or of counsel for 8½ years at Gray Cary Ware & Freidenrich, specifically in the bankruptcy division. I have been an active member in the National Association of Bankruptcy Trustees since 1998, and I am the immediate past President on the Executive Board of the NABT. I have been involved in the San Diego Bankruptcy Forum since 1990, and I was a member of the Bankruptcy Forum Board from 2001 through 2003, I am past president of the Women's Insolvency Network, and I am a past board member of the San Diego Receiver's Forum.

(b) Christin A. Batt: Ms. Batt received her Juris Doctor degree from the University of San Diego School of Law (cum laude), where she served as Senior Executive Editor of San Diego Law Review. Prior to joining Financial Law Group in 2009, Ms. Batt was an associate for six years at Allen Matkins Leck Gamble Mallory & Natsis LLP where her practice included bankruptcy and creditor's rights, complex structured-financing transactions, and commercial real estate. Since 2009, Ms. Batt has specialized exclusively in representing chapter 7 trustees, chapter 11 trustees, liquidating trustees, receivers, fiduciaries, and assignees for the benefit of creditors. Ms. Batt served on the Board and is a past Secretary of the San Diego Bankruptcy Forum and served on the Board of the Women's Insolvency Network of San Diego. She has been a member of the

Commercial Real Estate Women in San Diego and has been a member of the National Association of Bankruptcy Trustees since 2009.

(c) Andrew B. Levin: Mr. Levin received his Juris Doctor degree from Northwestern University School of Law. Prior to joining Financial Law Group in 2023, Mr. Levin was an associate at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., where his practice concentrated on Chapter 11 reorganizations, complex bankruptcy litigation, liquidations, and the acquisition and sale of distressed assets. Mr. Levin has extensive experience representing corporate and individual debtors, committees, liquidation trustees, purchasers of distressed assets, and secured and unsecured creditors in a broad range of complex Chapter 11 and Chapter 7 cases. Mr. Levin is a member of the California and New York bars and is admitted to practice in the United States District Courts for the Southern, Central, Northern, and Eastern Districts of California and the Southern and Eastern Districts of New York. Mr. Levin is a member of the Los Angeles Bar Association, the New York County Bar Association, the California Bankruptcy Forum, the San Diego Bankruptcy Forum and the National Association of Bankruptcy Trustees.

(d) Hilda M. Montes de Oca: Ms. Montes de Oca received her Juris Doctor degree from the UCLA School of Law, where she served as Ms. JD-National Women Law Students Organization, Student Liaison Coordinator & UCLA Chapter, Co-President. While in law school, Ms. Montes de Oca served as a judicial extern for the Honorable Thomas B. Donovan, in the Central District of California, and as an extern for the Office of the United States Trustee, Region 16. Prior to joining Financial Law Group in 2025, Ms. Montes de Oca served as a judicial law clerk to the Honorable Martin R. Barash and the Honorable Maureen A. Tighe, in the Central District of California, where her work focused on Chapter 7 case administration and estate litigation, including contested claims of exemption, motions to sell property, as well as adversary litigation for turnover of

property of the estate, and avoidance and recovery of fraudulent and preferential transfers. Her work also included corporate and small business reorganization, and individual debtor reorganization. Ms. Montes de Oca is an active member of the James T. King Bankruptcy American Inn of Court, the Los Angeles Bankruptcy Forum, American Bankruptcy Institute, as well as International Women's Insolvency & Restructuring Confederation. She served on the Small Business Reorganization Task Force for the Central District of California Bankruptcy Court, drafting proposals for outreach to small businesses in Central District about Subchapter V. Ms. Montes de Oca is also a member of the Women Lawyers Association of Los Angeles.

(e) Financial Law Group also employs three (3) paralegals/legal assistants.

4. Financial Law Group has extensive experience representing trustees and balancing the necessities of quality legal representation with an efficient outcome for the benefit of the bankruptcy estate.

5. Financial Law Group specializes in the practice of insolvency, reorganization, and bankruptcy law. The attorneys at Financial Law Group are experienced and well qualified to represent Trustee.

6. The attorneys at Financial Law Group also hold certifications from INSOL regarding the practice of international insolvency law. Also, Leslie T. Gladstone serves as a participant at the United Nations Working Group V, a conglomeration of over 70 countries working together to promulgate international model rules on insolvency law.

7. Financial Law Group is regularly hired to represent chapter 7 trustees and fiduciaries in this district.

8. In the event that litigation is required to resolve the matters for which the firm is to be employed, Financial Law Group has substantial experience in litigating similar matters involving both federal bankruptcy law and state law.

9. The time commitment required to handle the matters for which the firm is to be employed is consistent with the size and resources of this firm.

10. While other qualified law firms in the district may be available to handle the matters for which the firm is to be employed, I believe Financial Law Group is best qualified to handle such matters and will do so efficiently and economically.

11. I am informed and believe that the rates of lawyers of comparable experience at reorganization departments of firms throughout San Diego, are equal to or higher than the rates charged by Financial Law Group. Services are rendered by Financial Law Group in an extremely economical fashion, which combined with at market or below market hourly rates results in a fee which is outstanding in light of the work which is undertaken and completed.

12. At all times during the course of these proceedings, I will be the attorney supervising and controlling the attorney activities of Financial Law Group, and I shall be primarily responsible for all services rendered.

13. Financial Law Group has no connections with, and holds no interest adverse to, Villa Chardonnay Horses With Wings, Inc. ("**Debtor**"), its creditors, any other party-in-interest, its respective attorneys and accountants, the United States Trustee, or any other person employed in the Office of the United States Trustee. To obtain this confirmation, I reviewed Debtor's petition and schedules, which I compared against the Firm's conflicts database listing all clients.

14. Financial Law Group does not represent any creditor in this bankruptcy estate.

15. Financial Law Group represents no interest adverse to Debtor or to the bankruptcy estate in the matters upon which Financial Law Group is to be employed.

16. I propose that Financial Law Group be compensated on an hourly basis, applying its standard billing rates, subject to the "Guidelines for

Compensation and Expense Reimbursement of Professionals" and approval by this Court after notice and hearing.

17. The current standard hourly billing rates as of January 1, 2026 is $495.00–$655.00 per hour for attorney time and $175.00–$255.00 per hour for legal assistant time. These rates are competitive within the legal profession. Such rates are subject to change, in which case the new rates will apply to all work performed thereafter.

18. Financial Law Group will also bill all expenses at its standard rates including the following: photocopying, travel, long distance telephone, messenger service, express mail, court fees, Lexis and other research searches.

19. Financial Law Group is to be retained as counsel for Trustee on the terms set forth in the ex parte application filed herewith, at normal hourly rates, which fees are to be approved by this Court after appropriate application and noticed hearing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 9, 2026, at La Jolla, California.

    /s/ Leslie T. Gladstone
Leslie T. Gladstone

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

6    IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11
DECLARATION OF LESLIE T. GLADSTONE