Leslie T. Gladstone, Esq. (SBN 144615)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596
E-mail:  LeslieG@flgsd.com

Proposed Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re:                                          | Case No.:  25-04245-JBM11 |
|---                                              |---                        |
| VILLA CHARDONNAY HORSES WITH WINGS, INC.,       | **PROOF OF SERVICE**      |
| Debtor(s).                                      |                           |

I, Candi Collins, hereby declare as follows:

I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California.  My business address is 5656 La Jolla Blvd., La Jolla, California 92037.

On **February 9, 2026**, I served the following document(s):

**EX PARTE APPLICATION TO EMPLOY FINANCIAL LAW GROUP AS ATTORNEYS FOR THE TRUSTEE**

**DECLARATION OF LESLIE T. GLADSTONE ON BEHALF OF FINANCIAL LAW GROUP, IN SUPPORT OF EX PARTE APPLICATION TO EMPLOY FINANCIAL LAW GROUP AS ATTORNEYS FOR TRUSTEE**

**PROPOSED ORDER ON EX PARTE APPLICATION TO EMPLOY FINANCIAL LAW GROUP**

**X**   **TO BE SERVED BY ELECTRONIC SERVICE**, by electronically mailing a true copy of the above documents pursuant to amended general order 162 to the addresses named hereafter:

Office of the United States Trustee
Southern District of California
E-mail address:  ustp.region15sop@usdoj.gov

On **February 9, 2026**, I served the following document(s):

**EX PARTE APPLICATION TO EMPLOY FINANCIAL LAW GROUP AS ATTORNEYS FOR THE TRUSTEE**

**DECLARATION OF LESLIE T. GLADSTONE ON BEHALF OF FINANCIAL LAW GROUP, IN SUPPORT OF EX PARTE APPLICATION TO EMPLOY FINANCIAL LAW GROUP AS ATTORNEYS FOR TRUSTEE**

 **X**   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**:  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("**LBR**"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **February 9, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- **David K. Eldan**    David.Eldan@doj.ca.gov, rpinal@pmcos.com
- **Leslie T. Gladstone**    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Carl Grumer**    cgrumer@manatt.com
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Haeji Hong**    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com
- **Andrew Levin**    andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

- **Shelby Poteet**    spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com
- **Michael R Totaro**    Ocbkatty@aol.com
- **United States Trustee**    ustp.region15@usdoj.gov

All other interested parties in this action that are not a registered ECF User are served as follows:

**X    by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID**, by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service.

Haeji Hong, Esq.
United States Trustee
Office of the U.S. Trustee
880 Front Street, Suite 3230
San Diego, CA 92101
*Office of the United States Trustee and Special Notice Creditor*
*Via U.S. Mail – Postage Paid*

Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086
*Special Notice Creditor*
*Via U.S. Mail – Postage Paid*

Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065
*Special Notice Creditor*
*Via U.S. Mail – Postage Paid*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed **February 9, 2026**, at Litchfield Park, Arizona.

/s/ Candi Collins
Candi Collins