| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | KEVIN P. DWIGHT (Bar No. CA 239476)<br>kdwight@manatt.com |
| 3 | CONNOR J. FARLEY (Bar No. CA 361715)<br>cfarley@manatt.com |
| 4 | 203 Redwood Shores Parkway, Suite 125<br>Redwood City, CA 94065 |
| 5 | Telephone:  (650) 812-1300<br>Facsimile:   (650) 213-0260 |

Counsel for Creditors
CELINE MYERS AND
THE ARK WATCH FOUNDATION

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 3:25-bk-04245-JBM11 |
| Villa Chardonnay Horses With Wings, Inc., | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| | Ctrm.:   Department 2, Room 118<br>United States Bankruptcy Court<br>325 West F Street<br>San Diego, California 92101 |

# CERTIFICATE OF SERVICE

I, Leyna Duong, declare as follows:

I am employed in Orange County, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 695 Town Center Drive, 14th Floor, Costa Mesa, California 92626-1924. On the date listed below, I served the within document(s):

- **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

on the interested parties listed below:

| | |
|---|---|
| **Michael R Totaro**<br>Totaro & Shanahan, LLP<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br>888-425-2889<br>Fax : 310-496-1260<br>Email: Ocbkatty@aol.com | **Leslie T. Gladstone**<br>**Andrew Levin**<br>**Hilda Montes de Oca**<br>Financial Law Group<br>5656 La Jolla Blvd.,<br>La Jolla, CA 92037<br>leslieg@flgsd.com<br>andrewl@flgsd.com<br>hildam@flgsd.com |
| **Meredith King**<br>**Shelby A. Poteet**<br>Franklin Soto Leeds LLP<br>mking@fsl.law<br>spoteet@fsl.law | **Haeji Hong**<br>Office of the United States Trustee<br>880 Front St. Suite 3230<br>San Diego, CA 92101<br>Haeji.Hong@usdoj.gov<br>ustp.region15@usdoj.gov |

☒ **(BY ELECTRONIC MAIL)** By transmitting such document(s) electronically from e-mail address, lduong@manatt.com at Manatt, Phelps & Phillips, LLP, Costa Mesa, California, to the person(s) at the electronic mail addresses listed above. The transmission was reported as complete and without error.

| | |
|---|---|
| **Darlene Sears**<br>C/O Benjamin Heston<br>2420 Gondar Ave<br>Long Beach, CA 90815-2214 | **Monika Kerber Perez**<br>P.O. Box 1000<br>Julian, CA 92036<br>SAN DIEGO-CA |

☒ **(BY MAIL)** By placing such document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Manatt, Phelps & Phillips, LLP, Costa Mesa, California following ordinary business practice. I am readily familiar with the practice at Manatt, Phelps & Phillips, LLP for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **February 10, 2026**, at Costa Mesa, California.

_____
Leyna Duong