**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq., (SBN 144615)
Andrew B. Levin, Esq. (SBN 290209)
Financial Law Group, PC
5656 La Jolla Blvd., La Jolla, CA 92037
Telephone (858) 454-9887
Email: LeslieG@flgsd.com
Proposed Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

Order Entered on February 11, 2026 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: J. Barrett Marum

# ORDER ON
## EX PARTE APPLICATION TO EMPLOY FINANCIAL LAW GROUP

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __104__.

//
//
//
//
//
//
//

DATED: February 11, 2026

Judge, United States Bankruptcy Court

CSD 1001A

ORDER ON EX PARTE APPLICATION TO EMPLOY FINANCIAL LAW GROUP
DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS, INC.,     CASE NO: 25-04245-JBM11

---

Upon the foregoing Ex Parte Application to Employ Financial Law Group as Attorneys for Leslie T. Gladstone, chapter 11 trustee ("Trustee"), praying for approval of the employment of Financial Law Group as her attorney herein and upon the Declaration of Disinterest of Leslie T. Gladstone; and it appearing that no hearing on said application need to be given; and the Court being satisfied that said attorneys hold and represent no interest adverse to the individual creditors herein, Villa Chardonnay Horses With Wings, Inc. ("Debtor") or the estate of Debtor and that the employment of said attorneys is necessary for the Trustee to employ attorneys skilled in bankruptcy law and that Financial Law Group is such a firm, and that Financial Law Group represents no adverse interest which would prohibit or impair the employment of the firm and that the employment of Financial Law Group is in the best interest of this estate; and good cause otherwise appearing;

IT IS HEREBY ORDERED:

1. That consistent with the terms set forth in the Ex Parte Application to Employ Financial Law Group as Attorneys for Leslie T. Gladstone, chapter 11 trustee and the Declaration of Leslie T. Gladstone in Support thereof and pursuant to 11 USC §327(d), the Trustee is authorized to employ Financial Law Group as attorneys for the Trustee.

2. That any fees paid to Financial Law Group in connection with this proceeding are subject to approval of this court.

IT IS SO ORDERED.