CSD 2062 [08/01/24]
Court Telephone: (619) 557-5620
www.casb.uscourts.gov

Leslie T. Gladstone, Esq. (SBN 144615)
FINANCIAL LAW GROUP
5656 La Jolla Blvd., La Jolla, CA 92037
Telephone: (858) 454-9887
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

**VILLA CHARDONNAY HORSES WITH WINGS, INC.**

BANKRUPTCY NO. 25-04245-JBM11

Debtor(s)

**TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING**

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that the undersigned Trustee proposes to:

☐ Compromise or settle the following controversy [description of controversy to be settled and standards for approval of a settlement as required by LBR 9019]; or

☐ Allowance of compensation or reimbursement of expenses by trustee in the amounts indicated below [information required by FRBP 2002(c)(2)]; or
    Fees:
    Costs:

☒ Other:
   The Trustee seeks an order authorizing (1) the employment of Jeff Wiemann ("Wiemann"), pursuant to Section 327 and 328 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), and (2) authorizing Wiemann's compensation to be paid as an administrative expense, on a monthly basis (the "Notice"). See the Addendum attached hereto and herein incorporated by reference for the terms of the Notice.

   Wherefore, the Trustee requests that this Court approves the Notice.

IF YOU OBJECT TO THE PROPOSED ACTION:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letters:

   - CL  - call (619) 557-6019  - DEPARTMENT ONE (Room 218)
   - JBM - call (619) 557-5157  - DEPARTMENT TWO (Room 118)
   - LT  - call (619) 557-5157  - DEPARTMENT THREE (Room 129)

CSD 2062 [08/01/24]

2.  **Within 14**[1]**days from the date of this notice**, you are further required to serve a copy of your **Declaration in Opposition** and separate **Request and Notice of Hearing** [Local Form CSD 1184] upon the undersigned Trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 880 Front Street, Suite 3230, San Diego, CA 92101. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

    a.  identify the interest of the opposing party; and

    b.  state, with particularity, the factual and legal grounds for the opposition.

3.  **You must** file the original of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

4.  **If you fail to serve your "Declaration in Opposition to Intended Action" and "Request and Notice of Hearing"**

within the 14-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the Trustee may proceed to take the intended action.

Dated: February 12, 2026                /s/ Leslie T. Gladstone

☒ Chapter 11 Trustee   ☐ Attorney for Chapter 11 Trustee
Address: 5656 La Jolla Blvd.,
         La Jolla, CA 92037

Phone No.: (858) 454-9887
E-mail:    candic@flgsd.com

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

In re Villa Chardonnay Horses with Wings, Inc.
Case No. 25-04245-JBM11

# ADDENDUM
# NOTICE OF INTENDED ACTION

Leslie T. Gladstone, chapter 11 trustee in the above-captioned case ("**Trustee**"), seeks an order authorizing (1) the employment of Jeff Wiemann ("**Wiemann**"), pursuant to Section 327 and 328 of Title 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**"), and (2) authorizing Wiemann's compensation to be paid as an administrative expense, on a monthly basis, after review and approval by Trustee and subject to the procedures described below.

## BACKGROUND

On October 14, 2025, Villa Chardonnay Horses with Wings, Inc. ("**Debtor**"), commenced this bankruptcy case by filing a voluntary petition under chapter 11 of the Bankruptcy Code.

On January 29, 2026, Trustee was appointed as chapter 11 trustee of Debtor's bankruptcy estate (the "**Estate**").

Debtor is a California nonprofit public benefit corporation (a "**Nonprofit Corporation**"), subject to California's Supervision of Trustee and Fundraisers for Charitable Purposes Act and related regulations (Cal. Gov. Code §§12580 et seq.; Cal Code Regs., tit.11, §§300, et seq., collectively, the "**Charitable Supervision Act**"). As a Nonprofit Corporation, Debtor was issued a registration number CT0261810 by the Registry of Charities and Fundraisers (the "**Registry**").

Debtor is an animal sanctuary which houses elderly and sick animals. [Dkt. 1, Schedule A/B at ¶ 77] Debtor operates out of real property located at 4554 Boulder Creek Road, Julian, CA 92036 and 4430 Boulder Creek Road, Julian, CA 92036.

Prior to the initiation of the above-captioned case (the "**Case**"), Debtor's registration with the Registry became delinquent. As a result, while Debtor's registration was not in good standing, it could not operate as a Nonprofit Corporation or solicit for charitable purposes pursuant to Cal. Code Regs. Tit 11, § 312.

As part of her appointment, Trustee has executed a stipulation with the Attorney General's office which requires compliance with the Charitable Supervision Act and the Registry.

This Case is unusual in that it requires compliance with the Charitable Supervision Act and the Registry requirements. Trustee has determined that it is in the best interest of the Estate to employ Wiemann, as he has significant experience in the non-profit sector and is well versed with compliance requirements. Wiemann's CV is attached hereto as <u>Exhibit A</u>.

A consultant like Wiemann is typically compensated on a weekly or monthly basis. Trustee is informed and believes that waiting an extended period of 120 days for payment of compensation would place undue hardship on Wiemann or any other consultant with similar experience in the non-profit sector. Lastly, the proposed procedure for monthly compensation will satisfy Section

1

327 and Section 1103 by requiring a noticed hearing for approval of interim compensation at regular 120-day intervals.

## **COMPENSATION AND REIMBURSEMENT OF EXPENSES**

1. It is proposed that Wiemann be compensated on an hourly basis. Wiemann's hourly billing rate is $175.00 per hour. Wiemann will also bill all expenses at its standard rates including the following: photocopying, travel, long-distance telephone, messenger service and express mail, and other research.

2. Trustee is informed and believes that Wiemann does not represent any interest adverse to Debtor or the Estate, and Wiemann is a disinterested person with respect to Debtor and the Estate within the meaning of 11 U.S.C. §101(14), as is more specifically set forth in the Declaration Jeff Wiemann, filed concurrently herewith in support of this Notice of Intended Action.

3. Wiemann is to be retained as consultant for Trustee on the terms set forth herein, at his normal hourly rates, which fees are to be paid on a monthly basis, upon review by Trustee and subject to the procedure set forth below. Trustee will include these expenses in the operating reports to be filed with the Court, in addition to serving copies of the invoices and supporting timesheets for which fees and costs are requested on Debtor, the United States Trustee, the 20 largest unsecured creditors, and parties requesting special notice. A formal retention agreement is waived. Attached hereto as Exhibit B is a copy of the proposed order on the employment of Wiemann.

4. Trustee will provide those served with copies of the invoices and supporting timesheets for which fees and costs are requested with an opportunity to object within 14 calendar days after the service of the invoices and supporting timesheets, by notifying Trustee and Wiemann in writing and setting forth the specific grounds for the objection.

5. Trustee will provide Wiemann with the option to either request a hearing on the objection or hold back the amount of fees and/or expenses that are the subject of the objection until the hearing on the application for interim compensation.

6. Payment of Wiemann's monthly fee shall include 80% of the fees requested with a hold-back of 20% of such fees and a payment of 100% of expenses. The 20% hold-back of fees may include any fees to which an objection was raised.

7. An application for an interim award of compensation and expenses, in compliance with applicable federal and local bankruptcy rules and the Guidelines of the Office of the United States Trustee for the Southern District of California, shall be filed with the Court and noticed for hearing in accordance with LBR 2002-2 approximately once every 120 days.

8. Neither the United States Trustee nor any party in interest shall be barred from raising objections to any charge or expense in any professional fee application filed with the court on the ground that no objection was raised with respect to the invoice.

9.     If Wiemann fails to comply with the 120-day fee application procedure set forth above, Wiemann shall not be entitled to continue to utilize the interim fee compensation procedure thereafter.

## **RELIEF REQUESTED**

Trustee requests that the Court enter an Order:

1.     authorizing retention and employment of Wiemann as consultant for Trustee; and

2.     authorizing compensation to be paid as an administrative expense, on a monthly basis, after review and approval by Trustee and subject to the procedures described above.

# EXHIBIT "A"

# EXHIBIT "A"

# JEFF WIEMANN

## Contact

858-397-3847

jeff.wiemann@outlook.com

## Professional Summary

Visionary leader with more than thirty years executive leadership experience and proven track record in organizational realignment & growth, workforce development & retention, change management and strategic planning. Expert in leading administrative and operational functions of large complex public and private organizations in a variety of industry sectors.

## Skills

- Team Building
- Budget Management & Contracts
- Legislative & Regulatory Analysis
- Organizational Effectiveness
- Community Engagement / Stakeholder Relations
- Public Speaking

- Change Management
- Workforce Development & Retention
- Policy & Procedure Development
- Information Technology
- Fundraising / Revenue Generation
- Crisis Management & Response

## Demonstrated Experience

**MATRIXED ORGANIZATION EXPERT**

Led organizations / divisions / departments ranging in size from **20** to **2,500** employees

Direct Budget Responsibility from **$3 million** to **$100 million**

Total Organization Budgets from **$3 million** to **$1 billion**

Industry Sectors Include:
**Government** (K-12 Education, Department of Defense, Department of Homeland Security)

**Non-Profit** (Foster Care, Disaster Preparedness & Response, Intellectual & Developmental Disabilities, Foundation & Chamber of Commerce)

**For Profit** (Start-up, Software Development, Technology Services, Engineering Program Management)

## Experience

**EXECUTIVE DIRECTOR / CEO**  Nov 2013 - Present
ANGELS FOSTER FAMILY NETWORK

- A 501(c)(3) non-profit organization licensed by the State of California as a Foster Family Agency (FFA) and accredited by CARF International. Focused on the stable placement of children ages 0-5 with nurturing resource families who promote healing and attachment, leading to healthy growth and development
- Lead organization of 21 employees, 80+ Resource Families and annual revenues of $3.3 million.
- Recognized as a Best Places to Work by the San Diego Business Journal 2016 - 2023
- Chair, Association of Foster Family Agencies of San Diego County

**PRESIDENT/CHIEF EXECUTIVE OFFICER**  Jun 2007 - Oct 2013
THE MANN COMPANY

- Founded consulting practice to enhance organizational performance through improving leadership/management practices, corporate culture, effective operations, & enhanced branding and communication
- Selected clients and engagements include Strategic Advisor (Aerospace and Defense Industry Partners, Inc.), Faculty Member (University of Phoenix, School of Business), Strategic Advisor (Templar Titan, Inc./Titan Development Group), Titan Development Group, LLC, Superior Athlete/Superior Life, Chief Financial Officer (Solute, Inc.), Strategic Advisor (Terben, Inc.)

**INTERIM PRESIDENT/CHIEF EXECUTIVE OFFICER**  Feb 2008 - Mar 2009
ARC OF SAN DIEGO

- Retained as Interim President & CEO after a board directed spontaneous change in leadership
- Led organization of 1,500 full and part time staff with annual revenues exceeding $33 million
- Created insourced janitorial program, through supported employment of adults with developmental disabilities eliminating a $200,000 annual expense
- Led stabilization and rebuilding efforts focused on: Contract Revenue Generation/Fundraising, Board Governance/Accountability, Organizational Structure/Business Process Improvement, Marketing/Public Relations, Corporate Values/Culture

**EXECUTIVE DIRECTOR**  Nov 2007 - Mar 2008
SAN DIEGO REGIONAL DISASTER FUND

- Retained by the San Diego Foundation to serve as Executive Director, San Diego Regional Disaster Fund in response to the 2007 San Diego Wildfires
- Developed and implemented Community Grant Program to disburse over $10 million and a program community-based recovery teams to manage monetary and philanthropic resources
- Transitioned program by recruiting and training full time replacement employed by San Diego Foundation

**CHIEF EXECUTIVE OFFICER**  Nov 2005 - May 2007
AMERICAN RED CROSS

- Rebuilt the community's trust while restoring the organization's financial strength to one of the top ten Red Cross Chapters in the country
- Led a 24/7/365 organization of 200 paid staff and 1,200 volunteers with annual revenues exceeding $11 million

- Created and implemented a customer/donor centric revenue generation model while embedding a new organizational culture based on the chapter's vision, mission, and core values, aligning priorities, training, and decision making
- Created and implemented a new staff compensation and performance management system rewarding staff for performance, longevity, and support and devotion to the chapter's vision, mission, and core values
- Financial Achievements (source annual audits): FY 2003 to FY2007, Increased net assets by 395%, Increased cash and investment reserves by 245%, for FY2007, Increased fundraising (less legacies and bequests) by 14.87%, Increased products and services revenue by 13.94%, Reduced operating expenses by 11.29%, Reduced organizational overhead from 16.80% to 13.15%

**CHIEF OPERATING OFFICER/CHIEF FINANCIAL OFFICER**                                            Jun 2003 - Nov 2005
AMERICAN RED CROSS

- Developed and implemented core legal, financial, legislative, and operating strategy for rebuilding the chapter from financial & community crisis
- Leveraged $20 million in Chapter real estate assets to rebuild reserves, eliminate debt and procure and outfit a modern chapter headquarters, including a 24-hour emergency response operations center
- Led functional review and reorganization efforts to close a $3.2 million budget shortfall in FY 2003

**DEPUTY CHIEF OF BUSINESS OPERATIONS**                                                              Dec 2001 - Jun 2003
SAN DIEGO UNIFIED SCHOOL DISTRICT

- Deputy Chief for Business Operations Branch overseeing Fiscal Control, Budget Management, Risk Management, Contracting & Purchasing, Warehousing & Distribution, Food Services, Transportation, and Information Technology
- Led the team responsible for the design and implementation of a district wide enterprise resource software programs for Finance, Contracts, Purchasing, Inventory, Human Resources, and Student Information
- Managed the redesign of the district's self and excess insurance funds.
- Designed and implemented next day delivery of office & school supplies generating incentive rebates while saving the district $2.6 million in year one.
- Improved working relationship with employee unions by building trust through open dialogue and feedback to solve long standing and ignored challenges

**CHIEF OPERATING OFFICER**                                                                                     Oct 2000 - Dec 2001
NETWORK INSIGHT, LLC

- Led day-to-day operations of a dynamic information technology consulting company
- Supported the rapid expansion from 24 employees to 52 employees and from one to three office locations in less than six months
- Also served as CFO and VP of Business Development during start up

**VICE PRESIDENT, PROGRAMS & EVENTS**                                                                Mar 1998 - Oct 2000
SAN DIEGO CHAMBER OF COMMERCE

- Chamber's lead advocate for the High-Tech/Bio-Tech and Military business industries
- Led the production of over 70 annual events generating $1.1 million in revenue
- Led over 200 staff and volunteers in the planning and production of Fleet Week San Diego, the nation's largest event honoring the military
- Doubled sponsorship sales from $225,000 in 1998 to $450,000 in 1999

**NAVAL OFFICER**                                                                  **May 1990 - Feb 1998**
UNITED STATES NAVY

- Deputy Public Affairs Officer, Public Relations Advisory for Commander, Navy Region Southwest (aka San Diego's Navy Mayor)
- Led over 50 Department of Defense Public Relations Representatives in California and Nevada
- Served aboard USS Hurricane (PC 3) and USS Ford (FFG 54)

## Academic Credentials Degrees

University of San Diego, Master of Science in Executive Leadership (MSEL), 2003
United States Naval Academy, Bachelor of Science in Systems Engineering (BSSE), 1990

## Awards Recognition

San Diego Business Journal Top 50 Veteran Business Leaders of Influence 2023
San Diego Business Journal Best CEO's Finalist 2017
79th Assembly District Male Social Services Leader of the Year 2017
San Diego Magazine's 50 People to Watch for 2007
San Diego Metropolitan Magazine 40 under 40 for 2006
Various Military Awards and Decorations

## References

**References available upon request**

## Community Service

**CHILD & FAMILY STRENGTHENING ADVISORY BOARD**        **Nov 2023 - Present**
COUNTY OF SAN DIEGO
Second Term

**CHILD & FAMILY STRENGTHENING ADVISORY BOARD**        **Apr 2019 - Apr 2023**
COUNTY OF SAN DIEGO
First Term

**CHILD ABUSE PREVENTION COORDINATING COUNCIL**        **Feb 2019 - Jan 2023**
COUNTY OF SAN DIEGO

**LEAD SAN DIEGO - INFLUENCE GRADUATE**        **Jan 2020 - Feb 2020**
SAN DIEGO REGIONAL CHAMBER OF COMMERCE

**CHILD WELFARE SYSTEM - CAPCC WORKING GROUP**        **Aug 2018 - Dec 2018**
COUNTY OF SAN DIEGO

**FOSTER PARENT**        **Apr 2013 - Oct 2013**
ANGELS FOSTER FAMILY NETWORK

# EXHIBIT "B"

EXHIBIT "B"

CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq. (SBN 144615)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: J. Barrett Marum

## ORDER ON

**TRUSTEE'S NOTICE OF INTENDED ACTION SEEKING APPROVAL OF (1) THE EMPLOYMENT OF JEFF WIEMANN, PURSUANT TO SECTION 327 AND 328 OF TITLE 11 OF UNITED STATES BANKRUPTCY CODE, AND (2) AUTHORIZING JEFF WIEMANN'S COMPENSATION TO BE PAID AS AN ADMINISTRATIVE EXPENSE, ON A MONTHLY BASIS**

The court orders as set forth on the continuation pages attached and numbered __2__ through _____ with exhibits, if any, for a total of _____ pages. Motion/Application Docket Entry No._____ .

//

//

//

//

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**
ORDER ON TRUSTEE'S NOTICE OF INTENDED ACTION SEEKING APPROVAL OF (1) THE EMPLOYMENT OF
DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS, INC.,                    CASE NO: 25-04245-JBM11

---

On or about February 12, 2026, Leslie T. Gladstone, chapter 11 trustee ("Trustee"), filed and served her Notice of Intended Action and Opportunity for Hearing seeking approval of an order authorizing (1) the employment of Jeff Wiemann ("Wiemann"), pursuant to Section 327 and 328 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), and (2) authorizing Wiemann's compensation to be paid as an administrative expense, on a monthly basis after review and approval by Trustee (the "Notice").

It appearing that no opposition was filed; and the Court finding that the Notice is fair, reasonable and adequate, that notice was proper, for the reasons stated in the record and that good cause exists,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Trustee is authorized to employ Jeff Wiemann as consultant, as described in the Notice attached hereto as Exhibit 1.

2. Jeff Wiemann shall be paid an hourly rate of $175.00 per hour, plus expenses. Jeff Wiemann's compensation is allowed as an administrative expense, to be paid on a monthly basis, after review and approval by Trustee, and subject to the procedures set forth in the Notice.

IT IS SO ORDERED.