# PROOF OF SERVICE

I, Candi Collins, hereby declare as follows:

I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California. My business address is 5656 La Jolla Blvd., La Jolla, California 92037.

On **February 12, 2026,** I caused to be served the following document(s):

**TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING**

**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF TRUSTEE'S NOTICE OF INTENDED ACTION RE ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF WIEMANN AS CONSULTANT FOR TRUSTEE**

**DECLARATION OF DISINTERESTEDNESS OF JEFF WIEMANN IN SUPPORT OF TRUSTEE'S NOTICE OF INTENDED ACTION RE ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF WIEMANN AS CONSULTANT FOR TRUSTEE**

on the parties in this action as follows:

**X    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("**LBR**"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 12, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- **Kevin Dwight    kdwight@manatt.com**
- **David K. Eldan    David.Eldan@doj.ca.gov, rpinal@pmcos.com**
- **Leslie T. Gladstone    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com**
- **Leslie T. Gladstone    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com**

IN RE VILLA CHARDONNAY HORSES WITH WINGS   1   PROOF OF SERVICE
CASE NO. 25-04245-JBM11

- **Carl Grumer**   cgrumer@manatt.com
- **Benjamin Heston**   bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Haeji Hong**   Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com
- **Andrew Levin**   andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Hilda Montes de Oca**   hildam@flgsd.com, leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com
- **Shelby Poteet**   spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com
- **Michael R Totaro**   Ocbkatty@aol.com
- **United States Trustee**   ustp.region15@usdoj.gov

All other interested parties in this action that are not a registered ECF User are served as follows:

**X**     **BY U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID**, by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service.

Haeji Hong, Esq.
United States Trustee
Office of the U.S. Trustee
880 Front Street, Suite 3230
San Diego, CA 92101
*Office of the United States Trustee and Special Notice*
*Via U.S. Mail – Postage Paid*

Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086
*Special Notice Creditor*
*Via U.S. Mail – Postage Paid*

1  Margie Mannex
2  1755 Lilac Rd.
   Ramona, CA 92065
3  **Special Notice Creditor**
   **Via U.S. Mail – Postage Paid**
4

5      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
6

7      Executed **February 12, 2026**, at Litchfield Park, Arizona.

8

9                                         /s/ Candi Collins
                                          Candi Collins
10