# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | Villa Chardonnay Horses With Wings, Inc. |
| **Case Number:** | 25-04245-JBM        **Chapter:** 11 |
| **Date / Time/ Room:** | 02/12/2026 1:30 PM, Department 2 |
| **Bankruptcy Judge:** | J. Barrett Marum |
| **Courtroom Clerk:** | Russell Paluso |
| **ECRO:** | N/A |

### Matters:

EMERGENCY MOTION FOR (1) AN INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN POSTPETITION FINANCING; AND (2) SETTING FINAL HEARING FILED ON BEHALF OF LESLIE T. GLADSTONE (ON SHORTENED TIME)

### Appearances:

LESLIE GLADSTONE, CHAPTER 11 TRUSTEE
MEREDITH KING, ATTORNEY FOR PRIVATE MORTGAGE LENDING, INC., RIVER FALLS, INC., THE ARMBRUST LIVING TRUST
GLEN DORGAN, ATTORNEY FOR SBA

### Disposition:

Continue to 3/3/26 at 10:00 a.m. as for final hearing as set forth on the record.

Motion is granted on an interim basis authorizing the postpetition financing as set forth on the record.

Interim Order to be submitted by Ms. Gladstone and approved, as to form, by Ms. King.

The Court will re-notice the status conference hearing that is set for 2/18/26 to 3/3/26 at 10:00 a.m. as stated on the record. Ms. Gladstone is to file her status conference report by no later than 2/24/26.

Ms. Gladstone orally withdrew the motion to value collateral that is set to be heard on 2/26/26 at 11:00 a.m. as stated on the record. The Court will vacate the hearing based on the withdrawal of the motion on the record.