**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq.  (SBN 144615)
Hilda M. Montes de Oca, Esq.  (SBN 287605)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.; La Jolla, CA 92037
Telephone:  (858) 454-9887/ Facsimile:  (858) 454-9596
E-mail:  HildaM@flgsd.com
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

Order Entered on
February 13, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re  VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: February 12, 2026
Time of Hearing: 1:30 p.m.
Name of Judge: Hon. J. Barrett Marum

## <u>COURT MODIFIED</u> ORDER ON
### TRUSTEE'S EMERGENCY MOTION FOR (1) AN INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN POSTPETITION FINANCING; AND (2) SETTING FINAL HEARING

The court orders as set forth on the continuation pages attached and numbered 2  through 2  with exhibits, if any,

for a total of 2 pages.  Motion/Application Docket Entry No. 103.

//

//

//

//

//

//

//

DATED:        February 13, 2026

Judge, United States Bankruptcy Court

CSD 1001A [07/01/18]                                                                                    Page **2** of **2**

ORDER ON TRUSTEE'S EMERGENCY MOTION FOR (1) AN INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN
POSTPETITION FINANCING; AND (2) SETTING FINAL HEARING
DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS, INC                    CASE NO: 25-04245-JBM11

On February 9, 2026, Leslie T. Gladstone, chapter 11 trustee, ("Trustee") filed and served her Emergency Motion for (1) an Interim Order Authorizing Trustee to Obtain Postpetition Financing, and (2) Setting Final Hearing (the "Motion").

This matter came on emergency notice for a hearing on February 12, 2026, at 1:30 p.m., the Honorable J. Barrett Marum presiding. An appearance was made by Leslie T. Gladstone of Financial Law Group, P.C., on behalf of the Trustee.  An appearance was made by Meredith King of Franklin Soto Leeds, LLP on behalf of Private Mortgage Lending, Inc., River Falls, LLC and The Armbrust Living Trust.  An appearance was made by Glen F. Dorgan of the United States Attorneys Office on behalf of the Small Business Administration.  No other appearances were made.

The Court having reviewed and considered the Motion, for the reasons stated in the record and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Emergency Motion for (1) an Interim Order Authorizing Trustee to Obtain Post-Petition Financing; and (2) Setting Final Hearing is granted.

2. The Trustee's Postpetition Financing Agreement with River Falls, LLC, Private Mortgage Lending, Inc., and the Armburst Trust, the senior secured creditors, in the amount of $400,000.00 is approved on an interim basis.

3. A Final Hearing shall be held on March 3, 2026, at 10:00 a.m., before this Court.  Oppositions to the Motion are due no later than February 23, 2026.  The Trustee may reply to any opposition by no later than noon on March 2, 2026.  The Trustee is to provide notice of these deadlines and the final hearing to all parties entitled to notice by no later than February 13, 2026.[1]

IT IS SO ORDERED.

APPROVED AS TO FORM.


  /s/ Meredith King
Meredith King, Esq.
Attorney for Private Mortgage Lending, Inc., River Falls, LLC
The Armbrust Living Trust

Signed by Judge J Barrett Marum February 13, 2026

[1] The Court neglected to set these deadlines at the initial hearing on the Motion and so if the Trustee desires to change them, she may file an ex parte request for the Court to do so.

CSD 1001A