CSD 1181 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq. (SBN 144615)
Hilda M. Montes de Oca, Esq. (SBN 287605)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887/ Facsimile: (858) 454-9596
E-mail: christinb@flgsd.com
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC.,

BANKRUPTCY NO. 25-04245-JBM11

Tax I.D.(EIN)#: 27-0666624 /S.S.#:XXX-XX-_____    Debtor(s)

## * NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on March 3, 2026, at 10:00 a.m., in Department 2, Room 118, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6017, there will be a hearing regarding the Motion of Chapter 11 Trustee, Leslie T. Gladstone, for [check the appropriate box]:

- ☐ Dismissal of a chapter 7, 11 or 12 case;

- ☐ Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

- ☐ Allowance of ☐interim ☐final compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by FRBP 2002(c)(2)];

- ☐ Appointment of a trustee in a chapter 11 case; or

- ☒ Other [specify the nature of the matter]:
  FINAL HEARING RE: TRUSTEE'S EMERGENCY MOTION FOR (1) AN INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN POSTPETITION FINANCING AND (2) SETTING FINAL HEARING

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

*Any opposition or other response to the motion must be served upon the undersigned and the original of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California, 92101-6017, **NOT LATER THAN FEBRUARY 23, 2026. THE TRUSTEE MAY REPLY TO ANY OPPOSITION BY NO LATER THAN NOON MARCH 2, 2026.**

DATED: February 13, 2026          /s/ Christin A. Batt
                                  _____
                                  [Attorney for] Moving Party

---

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

**\*SEE ATTACHED COURT MODIFIED ORDER ON TRUSTEE'S EMERGENCY MOTION FOR (1) AN INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN POSTPETITION FINANCING; AND (2) SETTING FINAL HEARING  ECF NO. 113**

CSD 1181 [12/01/23]

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the 13th day of February 2026, I served a true copy of the within NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On February 13, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☒ Attorney for Debtor (or Debtor), if required: • Michael R Totaro, Attorney for Debtor Ocbkatty@aol.com

**see attached Service List**

☐ Chapter 7 Trustee:

☒ For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail**:

On February 13, 2026, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐ Attorney for Debtor (or Debtor), if required:

**see attached Service List**

**And, see also attached Creditor Matrix**

CSD 1181 [12/01/23]

3.  **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on  February 13, 2026  , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Debtor (or Debtor), if required:

**see attached Service List**

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  February 13, 2026
             (Date)

/s/ Sandra Young
(Typed Name and Signature)

5656 La Jolla Blvd.
(Address)

La Jolla, CA 92037
(City, State, ZIP Code)

CSD 1001A [07/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq. (SBN 144615)
Hilda M. Montes de Oca, Esq. (SBN 287605)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.; La Jolla, CA 92037
Telephone: (858) 454-9887/ Facsimile: (858) 454-9596
E-mail: HildaM@flgsd.com
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

Order Entered on
February 13, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: February 12, 2026
Time of Hearing: 1:30 p.m.
Name of Judge: Hon. J. Barrett Marum

## COURT MODIFIED ORDER ON
### TRUSTEE'S EMERGENCY MOTION FOR (1) AN INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN POSTPETITION FINANCING; AND (2) SETTING FINAL HEARING

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 103.

//
//
//
//
//
//
//

DATED: February 13, 2026

Judge, United States Bankruptcy Court

ORDER ON TRUSTEE'S EMERGENCY MOTION FOR (1) AN INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN POSTPETITION FINANCING; AND (2) SETTING FINAL HEARING
DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS, INC                     CASE NO: 25-04245-JBM11

On February 9, 2026, Leslie T. Gladstone, chapter 11 trustee, ("Trustee") filed and served her Emergency Motion for (1) an Interim Order Authorizing Trustee to Obtain Postpetition Financing, and (2) Setting Final Hearing (the "Motion").

This matter came on emergency notice for a hearing on February 12, 2026, at 1:30 p.m., the Honorable J. Barrett Marum presiding. An appearance was made by Leslie T. Gladstone of Financial Law Group, P.C., on behalf of the Trustee. An appearance was made by Meredith King of Franklin Soto Leeds, LLP on behalf of Private Mortgage Lending, Inc., River Falls, LLC and The Armbrust Living Trust. An appearance was made by Glen F. Dorgan of the United States Attorneys Office on behalf of the Small Business Administration. No other appearances were made.

The Court having reviewed and considered the Motion, for the reasons stated in the record and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Emergency Motion for (1) an Interim Order Authorizing Trustee to Obtain Post-Petition Financing; and (2) Setting Final Hearing is granted.

2. The Trustee's Postpetition Financing Agreement with River Falls, LLC, Private Mortgage Lending, Inc., and the Armburst Trust, the senior secured creditors, in the amount of $400,000.00 is approved on an interim basis.

3. A Final Hearing shall be held on March 3, 2026, at 10:00 a.m., before this Court. Oppositions to the Motion are due no later than February 23, 2026. The Trustee may reply to any opposition by no later than noon on March 2, 2026. The Trustee is to provide notice of these deadlines and the final hearing to all parties entitled to notice by no later than February 13, 2026.[1]

IT IS SO ORDERED.


APPROVED AS TO FORM.


 /s/ Meredith King
Meredith King, Esq.
Attorney for Private Mortgage Lending, Inc., River Falls, LLC
The Armbrust Living Trust

Signed by Judge J Barrett Marum February 13, 2026

---

[1] The Court neglected to set these deadlines at the initial hearing on the Motion and so if the Trustee desires to change them, she may file an ex parte request for the Court to do so.

CSD 1001A

Signed by Judge J Barrett Marum February 13, 2026

**SERVICE LIST**

**1. To be Served by the Court via Notice of Electronic Filing ("NEF"): Electronic Mail Notice List.** The following is the list of **parties** who are on the list, as of February 13, 2026, to receive email notice/service for this case.

- **Kevin Dwight, Attorney for Creditor The Ark Watch Foundation**
  kdwight@manatt.com
- **David K. Eldan, Attorney for California Dept. of Justice**    David.Eldan@doj.ca.gov, rpinal@pmcos.com
- **Leslie T. Gladstone, Chapter 11 Trustee**    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Leslie T. Gladstone, Attorneys for Chapter 11 Trustee**    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Carl Grumer, Attorney for Ark Watch Foundation and Celine Myers**    cgrumer@manatt.com
- **Benjamin Heston, Attorney for Creditor Darlene Sears**    bhestoncf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Haeji Hong, Special Notice Attorney for US Trustee's Office**    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Meredith King, Special Notice Attorney for Creditor Private Mortgage Lending, Inc., River Falls LLC, The Armbrust Living Trust**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Andrew Levin, Attorneys for Chapter 11** Trustee    andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Hilda Montes de Oca**, **Attorney for Chapter 11 Trustee**    hildam@flgsd.com, leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com
- **Shelby Poteet, Attorney for Private Mortgage Lending, Inc., River Falls LLC, The Armbrust Living Trust**    spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law
- **Michael R Totaro, Attorney for Debtor**    Ocbkatty@aol.com
- **United States Trustee**    ustp.region15@usdoj.gov

**2.** To be served via **ELECTRONIC MAIL SERVICE** by causing such document(s) to be electronically served on the interested parties, with consent, and addressed as set forth below.

Name of person served: California State Labor Commissioner
Electronic service addresses: llara@dir.ca.gov ; msirolly@dir.ca.gov

Name of person served: Benjamin Heston, Attorney for Darlene Sears
Electronic service addresses: ben@nexusbk.com

Service List
Case Name: Villa Chardonnay Horses with Wings, Inc.; Case No. 25-04245-JBM11

Name of person served: Internal Revenue Service
Electronic service addresses: Glen Dorgan glen.dorgan@usdoj.gov

Name of person served: U. S. Small Business Administration
Electronic service addresses: Glen Dorgan glen.dorgan@usdoj.gov
Name of person served: United States Trustee
Electronic service addresses: Hong, Haeji (USTP) haeji.hong@usdoj.gov

Name of person served: Michael R. Totaro, Attorney for Debtor
Electronic service addresses: Ocbkatty@aol.com

Name of person served: Connor Farley, Attorney for Celine Myers and The Ark Watch Foundation
Electronic service addresses: CFarley@manatt.com

Name of person served: Meredith King, Attorney for River Falls, LLC, Private Mortgage Lending, Inc., and The Armbrust Living Trust
Electronic service addresses: mking@fsl.law

Name of person served: Paul J. Leeds, Attorney for River Falls, LLC, Private Mortgage Lending, Inc., and The Armbrust Living Trust
Electronic service addresses: pleeds@fsl.law

Name of person served: David K. Eldan and Nicole Kennedy, Office of The Attorney General
Electronic service addresses: David.Eldan@doj.ca.gov; nicole.kennedy@doj.ca.gov

Name of person served: Bob Rentto, Attorney for Waste Management
Electronic service addresses: rentto@sbcglobal.net

3. **Served by United States via First Class Mail Service, Postage prepaid:**

Villa Chardonnay Horses With Wings, Inc.
PO Box 1000
Julian, CA 92036-1000
*Debtor*

**Dale Fullerton**
30002 Chihuahua Valley
Warner Springs, CA 92086
*Creditor*

**Margie Mannex**
1755 Lilac Rd.
Ramona, CA 92065
*Creditor*

**AND ALSO, SEE ATTACHED CREDITOR MATRIX – ALL SERVED VIA U.S. FIRST CLASS MAIL SERVICE**

Service List
Case Name: Villa Chardonnay Horses with Wings, Inc.; Case No. 25-04245-JBM11

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0974-3<br>Case 25-04245-JBM11<br>Southern District of California<br>San Diego<br>Fri Feb 13 11:03:40 PST 2026 | United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 | Villa Chardonnay Horses With Wings, Inc.<br>PO Box 1000<br>Julian, CA 92036-1000 |
| U.S. Bankruptcy Court<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6991 | Allstate Propane<br>31500 Grape St # 3-404<br>Lake Elsinore, CA 92532-9709 | Andres Sandoval<br>Attn. Labor Commissioner's Office<br>3737 Main St Ste 850<br>Riverside, CA 92501-3350 |
| Benjamin Heston<br>Nexus Bankruptcy<br>3090 Bristol Street<br>Costa Mesa, CA 92626-3079 | Benjamin Moreno<br>Attn. Labor Commissioner's Office<br>3737 S Main St # 850<br>Riverside, CA 92501-3350 | Bruno Gonzalez<br>c/o Adamson Ahdoot, LLP<br>1150 S Robertson Blvd<br>Los Angeles, CA 90035-1404 |
| Bruno Soto Gonzalez<br>1122 S. La Cienega Blvd.<br>Los Angeles, CA 90035-0010 | California State Labor Commissioner<br>ATTN: Lindsey Lara<br>1500 Hughes Way, Suite C-202<br>Long Beach, CA 90810-1882 | Carol Armbrust<br>P.O. Box 203<br>Chester, ID 83421-0203 |
| Celine Myers and The Ark Watch Foundation<br>203 Redwood Shores Parkway<br>Suite 125<br>Redwood City, CA 94065-6125 | Connor J. Farley<br>MANATT, PHELPS & PHILLIPS, LLP<br>203 Redwood Shores Pkwy, Ste 125<br>Redwood City, CA 94065-6125 | Cynthia Montgomery<br>C/O Allen Kate<br>888 Prospect St Ste 200<br>La Jolla, CA 92037-4261 |
| Dale Fullerton<br>30002 Chihuahua Valley<br>Warner Springs, CA 92086-9280 | Darlene Sears<br>2420 Gondar Ave<br>Long Beach, CA 90815-2214 | Elias Villafuerte-Rubio<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 450<br>Los Angeles, CA 90013-2479 |
| Haeji Hong<br>United States Trustee's Office<br>880 Front Street, Suite 3230<br>San Diego, CA 92101-8897 | Internal Revenue Service<br>General Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Investors Mortgage Lending Group, Inc<br>Po Box 2354<br>Rcho Santa Fe, CA 92067-2354 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (p)DEERE CREDIT SERVICES INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | John Deere Financial (2)<br>Attn. Customer Service<br>Po Box 5328<br>Madison, WI 53705-0328 |
| Kevin P. Dwight<br>MANATT, PHELPS & PHILLIPS, LLP<br>203 Redwood Shores Pkwy, Ste 125<br>Redwood City, CA 94065-6125 | Margaret Mannex<br>1755 Lilac Rd.<br>Ramona, CA 92065-1116 | Margie Mannex<br>1755 Lilac Rd.<br>Ramona, CA 92065-1116 |
| Meredith King, Esq.<br>FRANKLIN SOTO LEEDS LLP<br>444 West C St., Suite 300<br>San Diego, CA 92101-3597 | Monika Kerber Perez<br>P.O. Box 1000<br>Julian, CA 92036-1000 | Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626-3063 |

| | | |
|---|---|---|
| Private Mortgage Lending, LLC<br>Po Box 2354<br>Rcho Santa Fe, CA 92067-2354 | Raul Garcia<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 450<br>Los Angeles, CA 90013-2479 | Rey Velazquez<br>Attn. Labor Commissioner's Office<br>3737 Main St Ste 850<br>Riverside, CA 92501-3350 |
| River Falls, LLC<br>Attn. June Sifuentes<br>2840 Fletcher Pkwy # 144<br>El Cajon, CA 92020-2111 | River Falls, LLC<br>c/o FRANKLIN SOTO LEEDS LLP<br>Attn.: Meredith King, Esq.<br>444 West C St., Suite 300<br>San Diego, CA 92101-3597 | SAN DIEGO GAS AND ELECTRIC<br>Attn: Credit & Collections / Bankruptcy,<br>8326 Century Park Court<br>San Diego, CA 92123-1576 |
| San Diego Department of Gas & Electric<br>Po Box 25111<br>Santa Ana, CA 92799-5111 | Santos Figueroa<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 340<br>Los Angeles, CA 90013-2343 | Santos Rodriguez<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 340<br>Los Angeles, CA 90013-2343 |
| Shelby A. Poteet, Esq.<br>FRANKLIN SOTO LEEDS LLP<br>444 West C St., Suite 300<br>San Diego, CA 92101-3597 | Small Business Association<br>CESC Covid EIDL Service Center<br>14925 Kingsport Rd<br>Fort Worth, TX 76155-2243 | State of California Labor Commission<br>464 W 4th St 478<br>Sn Bernrdno, CA 92401-1414 |
| The ARK Watch Foundation<br>Manatt, Phelps & Phillips, LLP<br>203 Redwood Shores Pkwy Ste 450<br>Redwood City, CA 94065-6100 | The Ark Watch andcCeline Myers<br>c/o Manatt, Phelps & Phillips, LLP<br>1 Embarcadero Ctr Fl 30<br>San Francisco, CA 94111-3719 | Waste Management<br>Attn. Rentto & Rentto<br>3517 Camino Del Rio S Ste 412<br>San Diego, CA 92108-4046 |
| David K Eldan<br>California Department of Justice<br>300 S. Spring St, #1702<br>Los Angeles, CA 90013-1256 | (p)LESLIE T GLADSTONE TRUSTEE<br>5656 LA JOLLA BLVD<br>LA JOLLA CA 92037-7523 | Michael R Totaro<br>Totaro & Shanahan, LLP<br>P.O. Box 789<br>Pacific Palisades, CA 90272-0789 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud, MN 56302-7999 | John Deere Financial<br>6400 Nw 86th St<br>Johnston, IA 50131 | Leslie T. Gladstone<br>5656 La Jolla Blvd.,<br>La Jolla, CA 92037 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Private Mortgage Lending, Inc. | (u)River Falls, LLC | (u)The Ark Watch Foundation |

| | | |
|---|---|---|
| (u)The Armbrust Living Trust | (u)Celine Myers | (d)Dale Fullerton<br>30002 Chihuahua Valley<br>Warner Springs, CA 92086-9280 |
| (d)Darlene Sears<br>2420 Gondar Ave<br>Long Beach, CA 90815-2214 | (d)Margie Mannex<br>1755 Lilac Rd.<br>Ramona, CA 92065-1116 | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     8<br>Total                  55 |