CSD1188
07/05

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 9:00am−4:00pm Monday−Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**Villa Chardonnay Horses With Wings, Inc.**
 PO Box 1000
Julian, CA 92036−1000

Case number:  25−04245−JBM11
Chapter:  11
Judge  J. Barrett Marum

Employer's Tax I.D. No.:  27−0666624
*Debtor: No Known Aliases*

# NOTICE OF CHANGE IN DATE AND TIME FIXED FOR STATUS CONFERENCE

TO PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED that the STATUS CONFERENCE on the matter(s) presently set for

**2/18/26 at 2:00 p.m. to wit:**

**STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 1/27/26)**

be, and the same is hereby changed to **3/3/26 at 10:00 AM, in Department 2, Room 118, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101−6991.**

Dated:  2/13/26

Mark Schnakenberg
Clerk of the Bankruptcy Court

United States Bankruptcy Court
Southern District of California

| | |
|---|---|
| In re: | Case No. 25-04245-JBM |
| Villa Chardonnay Horses With Wings, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 3 |
| Date Rcvd: Feb 13, 2026 | Form ID: 1188 | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000 |
| aty | + | David K Eldan, California Department of Justice, 300 S. Spring St, #1702, Los Angeles, CA 90013, UNITED STATES 90013-1256 |
| 15227791 | | Allstate Propane, 31500 Grape St # 3-404, Lake Elsinore, CA 92532-9709 |
| 15227792 | | Andres Sandoval, Attn. Labor Commissioner's Office, 3737 Main St Ste 850, Riverside, CA 92501-3350 |
| 15245838 | + | Benjamin Heston, Nexus Bankruptcy, 3090 Bristol Street, Costa Mesa, CA 92626-3079 |
| 15227793 | + | Benjamin Moreno, Attn. Labor Commissioner's Office, 3737 S Main St # 850, Riverside, CA 92501-3350 |
| 15246275 | + | Bruno Soto Gonzalez, 1122 S. La Cienega Blvd., Los Angeles, CA 90035-0010 |
| 15241741 | + | California State Labor Commissioner, ATTN: Lindsey Lara, 1500 Hughes Way, Suite C-202, Long Beach, CA 90810-1882 |
| 15227795 | + | Carol Armbrust, P.O. Box 203, Chester, ID 83421-0203 |
| 15245722 | + | Celine Myers and The Ark Watch Foundation, 203 Redwood Shores Parkway, Suite 125, Redwood City, CA 94065-6125 |
| 15258209 | + | Connor J. Farley, MANATT, PHELPS & PHILLIPS, LLP, 203 Redwood Shores Pkwy, Ste 125, Redwood City, CA 94065-6125 |
| 15227796 | | Cynthia Montgomery, C/O Allen Kate, 888 Prospect St Ste 200, La Jolla, CA 92037-4261 |
| 15234263 | + | Dale Fullerton, 30002 Chihuahua Valley, Warner Springs, CA 92086-9280 |
| 15227797 | | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |
| 15227798 | | Elias Villafuerte-Rubio, Attn. Labor Commissioner's Office, 320 W 4th St Ste 450, Los Angeles, CA 90013-2479 |
| 15227800 | | Investors Mortgage Lending Group, Inc, Po Box 2354, Rcho Santa Fe, CA 92067-2354 |
| 15258208 | + | Kevin P. Dwight, MANATT, PHELPS & PHILLIPS, LLP, 203 Redwood Shores Pkwy, Ste 125, Redwood City, CA 94065-6125 |
| 15234262 | + | Margaret Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |
| 15251260 | + | Margie Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |
| 15227858 | + | Meredith King, Esq., FRANKLIN SOTO LEEDS LLP, 444 West C St., Suite 300, San Diego, CA 92101-3597 |
| 15227804 | + | Monika Kerber Perez, P.O. Box 1000, Julian, CA 92036-1000 |
| 15246048 | + | Nexus Bankruptcy, 3090 Bristol Street #400, Costa Mesa, CA 92626-3063 |
| 15227805 | | Private Mortgage Lending, LLC, Po Box 2354, Rcho Santa Fe, CA 92067-2354 |
| 15227806 | | Raul Garcia, Attn. Labor Commissioner's Office, 320 W 4th St Ste 450, Los Angeles, CA 90013-2479 |
| 15227807 | | Rey Velazquez, Attn. Labor Commissioner's Office, 3737 Main St Ste 850, Riverside, CA 92501-3350 |
| 15227808 | | River Falls, LLC, Attn. June Sifuentes, 2840 Fletcher Pkwy # 144, El Cajon, CA 92020-2111 |
| 15246237 | + | River Falls, LLC, c/o FRANKLIN SOTO LEEDS LLP, Attn.: Meredith King, Esq., 444 West C St., Suite 300, San Diego, CA 92101-3597 |
| 15246351 | + | SAN DIEGO GAS AND ELECTRIC, Attn: Credit & Collections / Bankruptcy,, 8326 Century Park Court, San Diego, CA 92123-1576 |
| 15227809 | | San Diego Department of Gas & Electric, Po Box 25111, Santa Ana, CA 92799-5111 |
| 15227810 | + | Santos Figueroa, Attn. Labor Commissioner's Office, 320 W 4th St Ste 340, Los Angeles, CA 90013-2343 |
| 15227811 | | Santos Rodriguez, Attn. Labor Commissioner's Office, 320 W 4th St Ste 340, Los Angeles, CA 90013-2343 |
| 15227839 | + | Shelby A. Poteet, Esq., FRANKLIN SOTO LEEDS LLP, 444 West C St., Suite 300, San Diego, CA 92101-3597 |
| 15227813 | + | State of California Labor Commission, 464 W 4th St 478, Sn Bernrdno, CA 92401-1414 |
| 15227815 | | The ARK Watch Foundation, Manatt, Phelps & Phillips, LLP, 203 Redwood Shores Pkwy Ste 450, Redwood City, CA 94065-6100 |
| 15227816 | | Waste Management, Attn. Rentto & Rentto, 3517 Camino Del Rio S Ste 412, San Diego, CA 92108-4046 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15227802 | Email/Text: litbkcourtmail@johndeere.com | | |
| | | Feb 13 2026 23:14:00 | John Deere Financial, 6400 Nw 86th St, Johnston, IA 50131 |

| District/off: 0974-3 | User: Admin. | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2026 | Form ID: 1188 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| 15227799 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 13 2026 23:14:00 | Internal Revenue Service, General Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15227801 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 13 2026 23:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 15227803 | ^ MEBN | Feb 13 2026 23:07:49 | John Deere Financial (2), Attn. Customer Service, Po Box 5328, Madison, WI 53705-0328 |
| 15227812 | Email/Text: bankruptcynotices@sba.gov | Feb 13 2026 23:14:00 | Small Business Association, CESC Covid EIDL Service Center, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |
| 15227814 | Email/Text: CWanger@manatt.com | Feb 13 2026 23:14:00 | The Ark Watch andcCeline Myers, c/o Manatt, Phelps & Phillips, LLP, 1 Embarcadero Ctr Fl 30, San Francisco, CA 94111-3719 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Dale Fullerton, 30002 Chihuahua Valley, Warner Springs, CA 92086-9280 |
| cr | * | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |
| cr | *+ | Margie Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |
| 15227794 | ##+ | Bruno Gonzalez, c/o Adamson Ahdoot, LLP, 1150 S Robertson Blvd, Los Angeles, CA 90035-1404 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Levin | on behalf of Trustee Leslie T. Gladstone andrewl@flgsd.com leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |
| Benjamin Heston | on behalf of Creditor Darlene Sears bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Creditor Celine Myers cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs Celine Myers cgrumer@manatt.com |

District/off: 0974-3        User: Admin.        Page 3 of 3
Date Rcvd: Feb 13, 2026        Form ID: 1188        Total Noticed: 41

Carl Grumer
    on behalf of Creditor The Ark Watch Foundation cgrumer@manatt.com

David K. Eldan
    on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov rpinal@pmcos.com

Haeji Hong
    on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov
    USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

Hilda Montes de Oca
    on behalf of Trustee Leslie T. Gladstone hildam@flgsd.com
    leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Kevin Dwight
    on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight
    on behalf of Creditor Celine Myers kdwight@manatt.com

Leslie T. Gladstone
    candic@flgsd.com
    christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Leslie T. Gladstone
    on behalf of Trustee Leslie T. Gladstone leslieg@flgsd.com
    candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Meredith King
    on behalf of Creditor Private Mortgage Lending  Inc. mking@fsl.law,
    ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
    on behalf of Creditor River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
    on behalf of Creditor The Armbrust Living Trust mking@fsl.law
    ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Michael R Totaro
    on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Shelby Poteet
    on behalf of Creditor River Falls  LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet
    on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law
    ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet
    on behalf of Creditor Private Mortgage Lending  Inc. spoteet@fsl.law,
    ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

United States Trustee
    ustp.region15@usdoj.gov


TOTAL: 21