CSD 2062 [08/01/24]
Court Telephone: (619) 557-5620
www.casb.uscourts.gov

Leslie T. Gladstone, Esq.  (SBN 144615)
FINANCIAL LAW GROUP
5656 La Jolla Blvd., La Jolla, CA 92037
Telephone:  (858) 454-9887
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES WITH WINGS, INC.

BANKRUPTCY NO. 25-04245-JBM11

Debtor(s)

# TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that the undersigned Trustee proposes to:

☐ Compromise or settle the following controversy [description of controversy to be settled and standards for approval of a settlement as required by LBR 9019]; or

☐ Allowance of compensation or reimbursement of expenses by trustee in the amounts indicated below [information required by FRBP 2002(c)(2)]; or
  Fees:
  Costs:

☒ Other:
  The Trustee seeks an order authorizing (1) the employment of Jeff Wiemann ("Wiemann"), pursuant to Section 327 and 328 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), and (2) authorizing Wiemann's compensation to be paid as an administrative expense, on a monthly basis (the "Notice").  See the Addendum attached hereto and herein incorporated by reference for the terms of the Notice.

  Wherefore, the Trustee requests that this Court approves the Notice.

IF YOU OBJECT TO THE PROPOSED ACTION:

1.  **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case.  Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice.  If the case number is followed by the letters:

    - CL   -   call (619) 557-6019   -   DEPARTMENT ONE (Room 218)
    - JBM  -   call (619) 557-5157   -   DEPARTMENT TWO (Room 118)
    - LT   -   call (619) 557-5157   -   DEPARTMENT THREE (Room 129)

CSD 2062 [08/01/24]

2. **Within 14[1]days from the date of this notice**, you are further required to serve a copy of your **Declaration in Opposition** and separate **Request and Notice of Hearing** [Local Form CSD 1184] upon the undersigned Trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 880 Front Street, Suite 3230, San Diego, CA 92101. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

   a. identify the interest of the opposing party; and

   b. state, with particularity, the factual and legal grounds for the opposition.

3. **You must** file the original of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

4. **If you fail to serve your "Declaration in Opposition to Intended Action" and "Request and Notice of Hearing"** within the 14-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the Trustee may proceed to take the intended action.

Dated: February 12, 2026          /s/ Leslie T. Gladstone

☒ Chapter 11 Trustee  ☐ Attorney for Chapter 11 Trustee

Address: 5656 La Jolla Blvd.,
La Jolla, CA 92037

Phone No.: (858) 454-9887
E-mail: candic@flgsd.com

---

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

In re Villa Chardonnay Horses with Wings, Inc.
Case No. 25-04245-JBM11

# ADDENDUM
# NOTICE OF INTENDED ACTION

Leslie T. Gladstone, chapter 11 trustee in the above-captioned case ("**Trustee**"), seeks an order authorizing (1) the employment of Jeff Wiemann ("**Wiemann**"), pursuant to Section 327 and 328 of Title 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**"), and (2) authorizing Wiemann's compensation to be paid as an administrative expense, on a monthly basis, after review and approval by Trustee and subject to the procedures described below.

## BACKGROUND

On October 14, 2025, Villa Chardonnay Horses with Wings, Inc. ("**Debtor**"), commenced this bankruptcy case by filing a voluntary petition under chapter 11 of the Bankruptcy Code.

On January 29, 2026, Trustee was appointed as chapter 11 trustee of Debtor's bankruptcy estate (the "**Estate**").

Debtor is a California nonprofit public benefit corporation (a "**Nonprofit Corporation**"), subject to California's Supervision of Trustee and Fundraisers for Charitable Purposes Act and related regulations (Cal. Gov. Code §§12580 et seq.; Cal Code Regs., tit.11, §§300, et seq., collectively, the "**Charitable Supervision Act**"). As a Nonprofit Corporation, Debtor was issued a registration number CT0261810 by the Registry of Charities and Fundraisers (the "**Registry**").

Debtor is an animal sanctuary which houses elderly and sick animals. [Dkt. 1, Schedule A/B at ¶ 77] Debtor operates out of real property located at 4554 Boulder Creek Road, Julian, CA 92036 and 4430 Boulder Creek Road, Julian, CA 92036.

Prior to the initiation of the above-captioned case (the "**Case**"), Debtor's registration with the Registry became delinquent. As a result, while Debtor's registration was not in good standing, it could not operate as a Nonprofit Corporation or solicit for charitable purposes pursuant to Cal. Code Regs. Tit 11, § 312.

As part of her appointment, Trustee has executed a stipulation with the Attorney General's office which requires compliance with the Charitable Supervision Act and the Registry.

This Case is unusual in that it requires compliance with the Charitable Supervision Act and the Registry requirements. Trustee has determined that it is in the best interest of the Estate to employ Wiemann, as he has significant experience in the non-profit sector and is well versed with compliance requirements. Wiemann's CV is attached hereto as Exhibit A.

A consultant like Wiemann is typically compensated on a weekly or monthly basis. Trustee is informed and believes that waiting an extended period of 120 days for payment of compensation would place undue hardship on Wiemann or any other consultant with similar experience in the non-profit sector. Lastly, the proposed procedure for monthly compensation will satisfy Section

327 and Section 1103 by requiring a noticed hearing for approval of interim compensation at regular 120-day intervals.

## COMPENSATION AND REIMBURSEMENT OF EXPENSES

1. It is proposed that Wiemann be compensated on an hourly basis. Wiemann's hourly billing rate is $175.00 per hour. Wiemann will also bill all expenses at its standard rates including the following: photocopying, travel, long-distance telephone, messenger service and express mail, and other research.

2. Trustee is informed and believes that Wiemann does not represent any interest adverse to Debtor or the Estate, and Wiemann is a disinterested person with respect to Debtor and the Estate within the meaning of 11 U.S.C. §101(14), as is more specifically set forth in the Declaration Jeff Wiemann, filed concurrently herewith in support of this Notice of Intended Action.

3. Wiemann is to be retained as consultant for Trustee on the terms set forth herein, at his normal hourly rates, which fees are to be paid on a monthly basis, upon review by Trustee and subject to the procedure set forth below. Trustee will include these expenses in the operating reports to be filed with the Court, in addition to serving copies of the invoices and supporting timesheets for which fees and costs are requested on Debtor, the United States Trustee, the 20 largest unsecured creditors, and parties requesting special notice. A formal retention agreement is waived. Attached hereto as <u>Exhibit B</u> is a copy of the proposed order on the employment of Wiemann.

4. Trustee will provide those served with copies of the invoices and supporting timesheets for which fees and costs are requested with an opportunity to object within 14 calendar days after the service of the invoices and supporting timesheets, by notifying Trustee and Wiemann in writing and setting forth the specific grounds for the objection.

5. Trustee will provide Wiemann with the option to either request a hearing on the objection or hold back the amount of fees and/or expenses that are the subject of the objection until the hearing on the application for interim compensation.

6. Payment of Wiemann's monthly fee shall include 80% of the fees requested with a hold-back of 20% of such fees and a payment of 100% of expenses. The 20% hold-back of fees may include any fees to which an objection was raised.

7. An application for an interim award of compensation and expenses, in compliance with applicable federal and local bankruptcy rules and the Guidelines of the Office of the United States Trustee for the Southern District of California, shall be filed with the Court and noticed for hearing in accordance with LBR 2002-2 approximately once every 120 days.

8. Neither the United States Trustee nor any party in interest shall be barred from raising objections to any charge or expense in any professional fee application filed with the court on the ground that no objection was raised with respect to the invoice.

9.       If Wiemann fails to comply with the 120-day fee application procedure set forth above, Wiemann shall not be entitled to continue to utilize the interim fee compensation procedure thereafter.

## RELIEF REQUESTED

Trustee requests that the Court enter an Order:

1.       authorizing retention and employment of Wiemann as consultant for Trustee; and

2.       authorizing compensation to be paid as an administrative expense, on a monthly basis, after review and approval by Trustee and subject to the procedures described above.

# EXHIBIT "A"

# EXHIBIT "A"

# JEFF WIEMANN

## Contact

858- 397-3847

jeff.wiemann@outlook.com

## Professional Summary

Visionary leader with more than thirty years executive leadership experience and proven track record in organizational realignment & growth, workforce development & retention, change management and strategic planning. Expert in leading administrative and operational functions of large complex public and private organizations in a variety of industry sectors.

## Skills

- Team Building
- Budget Management & Contracts
- Legislative & Regulatory Analysis
- Organizational Effectiveness
- Community Engagement / Stakeholder Relations
- Public Speaking

- Change Management
- Workforce Development & Retention
- Policy & Procedure Development
- Information Technology
- Fundraising / Revenue Generation
- Crisis Management & Response

## Demonstrated Experience

**MATRIXED ORGANIZATION EXPERT**

Led organizations / divisions / departments ranging in size from **20** to **2,500** employees

Direct Budget Responsibility from **$3 million** to **$100 million**

Total Organization Budgets from **$3 million** to **$1 billion**

Industry Sectors Include:
**Government** (K-12 Education, Department of Defense, Department of Homeland Security)

**Non-Profit** (Foster Care, Disaster Preparedness & Response, Intellectual & Developmental Disabilities, Foundation & Chamber of Commerce)

**For Profit** (Start-up, Software Development, Technology Services, Engineering Program Management)

## Experience

**EXECUTIVE DIRECTOR / CEO**  Nov 2013 - Present
ANGELS FOSTER FAMILY NETWORK

- A 501(c)(3) non-profit organization licensed by the State of California as a Foster Family Agency (FFA) and accredited by CARF International. Focused on the stable placement of children ages 0-5 with nurturing resource families who promote healing and attachment, leading to healthy growth and development
- Lead organization of 21 employees, 80+ Resource Families and annual revenues of $3.3 million.
- Recognized as a Best Places to Work by the San Diego Business Journal 2016 - 2023
- Chair, Association of Foster Family Agencies of San Diego County

**PRESIDENT/CHIEF EXECUTIVE OFFICER**  Jun 2007 - Oct 2013
THE MANN COMPANY

- Founded consulting practice to enhance organizational performance through improving leadership/management practices, corporate culture, effective operations, & enhanced branding and communication
- Selected clients and engagements include Strategic Advisor (Aerospace and Defense Industry Partners, Inc.), Faculty Member (University of Phoenix, School of Business), Strategic Advisor (Templar Titan, Inc./Titan Development Group), Titan Development Group, LLC, Superior Athlete/Superior Life, Chief Financial Officer (Solute, Inc.), Strategic Advisor (Terben, Inc.)

**INTERIM PRESIDENT/CHIEF EXECUTIVE OFFICER**  Feb 2008 - Mar 2009
ARC OF SAN DIEGO

- Retained as Interim President & CEO after a board directed spontaneous change in leadership
- Led organization of 1,500 full and part time staff with annual revenues exceeding $33 million
- Created insourced janitorial program, through supported employment of adults with developmental disabilities eliminating a $200,000 annual expense
- Led stabilization and rebuilding efforts focused on: Contract Revenue Generation/Fundraising, Board Governance/Accountability, Organizational Structure/Business Process Improvement, Marketing/Public Relations, Corporate Values/Culture

**EXECUTIVE DIRECTOR**  Nov 2007 - Mar 2008
SAN DIEGO REGIONAL DISASTER FUND

- Retained by the San Diego Foundation to serve as Executive Director, San Diego Regional Disaster Fund in response to the 2007 San Diego Wildfires
- Developed and implemented Community Grant Program to disburse over $10 million and a program community-based recovery teams to manage monetary and philanthropic resources
- Transitioned program by recruiting and training full time replacement employed by San Diego Foundation

**CHIEF EXECUTIVE OFFICER**  Nov 2005 - May 2007
AMERICAN RED CROSS

- Rebuilt the community's trust while restoring the organization's financial strength to one of the top ten Red Cross Chapters in the country
- Led a 24/7/365 organization of 200 paid staff and 1,200 volunteers with annual revenues exceeding $11 million

- Created and implemented a customer/donor centric revenue generation model while embedding a new organizational culture based on the chapter's vision, mission, and core values, aligning priorities, training, and decision making
- Created and implemented a new staff compensation and performance management system rewarding staff for performance, longevity, and support and devotion to the chapter's vision, mission, and core values
- Financial Achievements (source annual audits): FY 2003 to FY2007, Increased net assets by 395%, Increased cash and investment reserves by 245%, for FY2007, Increased fundraising (less legacies and bequests) by 14.87%, Increased products and services revenue by 13.94%, Reduced operating expenses by 11.29%, Reduced organizational overhead from 16.80% to 13.15%

**CHIEF OPERATING OFFICER/CHIEF FINANCIAL OFFICER**                                            Jun 2003 - Nov 2005
**AMERICAN RED CROSS**

- Developed and implemented core legal, financial, legislative, and operating strategy for rebuilding the chapter from financial & community crisis
- Leveraged $20 million in Chapter real estate assets to rebuild reserves, eliminate debt and procure and outfit a modern chapter headquarters, including a 24-hour emergency response operations center
- Led functional review and reorganization efforts to close a $3.2 million budget shortfall in FY 2003

**DEPUTY CHIEF OF BUSINESS OPERATIONS**                                                                    Dec 2001 - Jun 2003
**SAN DIEGO UNIFIED SCHOOL DISTRICT**

- Deputy Chief for Business Operations Branch overseeing Fiscal Control, Budget Management, Risk Management, Contracting & Purchasing, Warehousing & Distribution, Food Services, Transportation, and Information Technology
- Led the team responsible for the design and implementation of a district wide enterprise resource software programs for Finance, Contracts, Purchasing, Inventory, Human Resources, and Student Information
- Managed the redesign of the district's self and excess insurance funds.
- Designed and implemented next day delivery of office & school supplies generating incentive rebates while saving the district $2.6 million in year one.
- Improved working relationship with employee unions by building trust through open dialogue and feedback to solve long standing and ignored challenges

**CHIEF OPERATING OFFICER**                                                                                             Oct 2000 - Dec 2001
**NETWORK INSIGHT, LLC**

- Led day-to-day operations of a dynamic information technology consulting company
- Supported the rapid expansion from 24 employees to 52 employees and from one to three office locations in less than six months
- Also served as CFO and VP of Business Development during start up

**VICE PRESIDENT, PROGRAMS & EVENTS**                                                                    Mar 1998 - Oct 2000
**SAN DIEGO CHAMBER OF COMMERCE**

- Chamber's lead advocate for the High-Tech/Bio-Tech and Military business industries
- Led the production of over 70 annual events generating $1.1 million in revenue
- Led over 200 staff and volunteers in the planning and production of Fleet Week San Diego, the nation's largest event honoring the military
- Doubled sponsorship sales from $225,000 in 1998 to $450,000 in 1999

**NAVAL OFFICER**  May 1990 - Feb 1998
UNITED STATES NAVY

- Deputy Public Affairs Officer, Public Relations Advisory for Commander, Navy Region Southwest (aka San Diego's Navy Mayor)
- Led over 50 Department of Defense Public Relations Representatives in California and Nevada
- Served aboard USS Hurricane (PC 3) and USS Ford (FFG 54)

## Academic Credentials Degrees

University of San Diego, Master of Science in Executive Leadership (MSEL), 2003
United States Naval Academy, Bachelor of Science in Systems Engineering (BSSE), 1990

## Awards Recognition

San Diego Business Journal Top 50 Veteran Business Leaders of Influence 2023
San Diego Business Journal Best CEO's Finalist 2017
79th Assembly District Male Social Services Leader of the Year 2017
San Diego Magazine's 50 People to Watch for 2007
San Diego Metropolitan Magazine 40 under 40 for 2006
Various Military Awards and Decorations

## References

**References available upon request**

## Community Service

**CHILD & FAMILY STRENGTHENING ADVISORY BOARD**  Nov 2023 - Present
COUNTY OF SAN DIEGO
Second Term

**CHILD & FAMILY STRENGTHENING ADVISORY BOARD**  Apr 2019 - Apr 2023
COUNTY OF SAN DIEGO
First Term

**CHILD ABUSE PREVENTION COORDINATING COUNCIL**  Feb 2019 - Jan 2023
COUNTY OF SAN DIEGO

**LEAD SAN DIEGO - INFLUENCE GRADUATE**  Jan 2020 - Feb 2020
SAN DIEGO REGIONAL CHAMBER OF COMMERCE

**CHILD WELFARE SYSTEM - CAPCC WORKING GROUP**  Aug 2018 - Dec 2018
COUNTY OF SAN DIEGO

**FOSTER PARENT**  Apr 2013 - Oct 2013
ANGELS FOSTER FAMILY NETWORK

# EXHIBIT "B"

# EXHIBIT "B"

**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq. (SBN 144615)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: J. Barrett Marum

## ORDER ON

**TRUSTEE'S NOTICE OF INTENDED ACTION SEEKING APPROVAL OF (1) THE EMPLOYMENT OF JEFF WIEMANN, PURSUANT TO SECTION 327 AND 328 OF TITLE 11 OF UNITED STATES BANKRUPTCY CODE, AND (2) AUTHORIZING JEFF WIEMANN'S COMPENSATION TO BE PAID AS AN ADMINISTRATIVE EXPENSE, ON A MONTHLY BASIS**

The court orders as set forth on the continuation pages attached and numbered __2__ through _____ with exhibits, if any, for a total of _____ pages. Motion/Application Docket Entry No._____ .

//

//

//

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

CSD 1001A [07/01/18](Page 2)

ORDER ON TRUSTEE'S NOTICE OF INTENDED ACTION SEEKING APPROVAL OF (1) THE EMPLOYMENT OF
DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS, INC.,                    CASE NO: 25-04245-JBM11

---

On or about February 12, 2026, Leslie T. Gladstone, chapter 11 trustee ("Trustee"), filed and served her Notice of Intended Action and Opportunity for Hearing seeking approval of an order authorizing (1) the employment of Jeff Wiemann ("Wiemann"), pursuant to Section 327 and 328 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), and (2) authorizing Wiemann's compensation to be paid as an administrative expense, on a monthly basis after review and approval by Trustee (the "Notice").

It appearing that no opposition was filed; and the Court finding that the Notice is fair, reasonable and adequate, that notice was proper, for the reasons stated in the record and that good cause exists,

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Trustee is authorized to employ Jeff Wiemann as consultant, as described in the Notice attached hereto as Exhibit 1.

2.  Jeff Wiemann shall be paid an hourly rate of $175.00 per hour, plus expenses. Jeff Wiemann's compensation is allowed as an administrative expense, to be paid on a monthly basis, after review and approval by Trustee, and subject to the procedures set forth in the Notice.

IT IS SO ORDERED.

United States Bankruptcy Court
Southern District of California

In re:     Case No. 25-04245-JBM
Villa Chardonnay Horses With Wings, Inc.     Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3     User: Admin.     Page 1 of 3
Date Rcvd: Feb 13, 2026     Form ID: pdf905     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000 |
| 15227791 | | Allstate Propane, 31500 Grape St # 3-404, Lake Elsinore, CA 92532-9709 |
| 15227792 | | Andres Sandoval, Attn. Labor Commissioner's Office, 3737 Main St Ste 850, Riverside, CA 92501-3350 |
| 15245838 | + | Benjamin Heston, Nexus Bankruptcy, 3090 Bristol Street, Costa Mesa, CA 92626-3079 |
| 15227793 | + | Benjamin Moreno, Attn. Labor Commissioner's Office, 3737 S Main St # 850, Riverside, CA 92501-3350 |
| 15246275 | + | Bruno Soto Gonzalez, 1122 S. La Cienega Blvd., Los Angeles, CA 90035-0010 |
| 15241741 | + | California State Labor Commissioner, ATTN: Lindsey Lara, 1500 Hughes Way, Suite C-202, Long Beach, CA 90810-1882 |
| 15227795 | + | Carol Armbrust, P.O. Box 203, Chester, ID 83421-0203 |
| 15245722 | + | Celine Myers and The Ark Watch Foundation, 203 Redwood Shores Parkway, Suite 125, Redwood City, CA 94065-6125 |
| 15258209 | + | Connor J. Farley, MANATT, PHELPS & PHILLIPS, LLP, 203 Redwood Shores Pkwy, Ste 125, Redwood City, CA 94065-6125 |
| 15227796 | | Cynthia Montgomery, C/O Allen Kate, 888 Prospect St Ste 200, La Jolla, CA 92037-4261 |
| 15234263 | + | Dale Fullerton, 30002 Chihuahua Valley, Warner Springs, CA 92086-9280 |
| 15227797 | | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |
| 15227798 | | Elias Villafuerte-Rubio, Attn. Labor Commissioner's Office, 320 W 4th St Ste 450, Los Angeles, CA 90013-2479 |
| 15227800 | | Investors Mortgage Lending Group, Inc, Po Box 2354, Rcho Santa Fe, CA 92067-2354 |
| 15258208 | + | Kevin P. Dwight, MANATT, PHELPS & PHILLIPS, LLP, 203 Redwood Shores Pkwy, Ste 125, Redwood City, CA 94065-6125 |
| 15234262 | + | Margaret Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |
| 15251260 | + | Margie Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |
| 15227858 | + | Meredith King, Esq., FRANKLIN SOTO LEEDS LLP, 444 West C St., Suite 300, San Diego, CA 92101-3597 |
| 15227804 | + | Monika Kerber Perez, P.O. Box 1000, Julian, CA 92036-1000 |
| 15246048 | + | Nexus Bankruptcy, 3090 Bristol Street #400, Costa Mesa, CA 92626-3063 |
| 15227805 | | Private Mortgage Lending, LLC, Po Box 2354, Rcho Santa Fe, CA 92067-2354 |
| 15227806 | | Raul Garcia, Attn. Labor Commissioner's Office, 320 W 4th St Ste 450, Los Angeles, CA 90013-2479 |
| 15227807 | | Rey Velazquez, Attn. Labor Commissioner's Office, 3737 Main St Ste 850, Riverside, CA 92501-3350 |
| 15227808 | | River Falls, LLC, Attn. June Sifuentes, 2840 Fletcher Pkwy # 144, El Cajon, CA 92020-2111 |
| 15246237 | + | River Falls, LLC, c/o FRANKLIN SOTO LEEDS LLP, Attn.: Meredith King, Esq., 444 West C St., Suite 300, San Diego, CA 92101-3597 |
| 15246351 | + | SAN DIEGO GAS AND ELECTRIC, Attn: Credit & Collections / Bankruptcy,, 8326 Century Park Court, San Diego, CA 92123-1576 |
| 15227809 | | San Diego Department of Gas & Electric, Po Box 25111, Santa Ana, CA 92799-5111 |
| 15227810 | + | Santos Figueroa, Attn. Labor Commissioner's Office, 320 W 4th St Ste 340, Los Angeles, CA 90013-2343 |
| 15227811 | | Santos Rodriguez, Attn. Labor Commissioner's Office, 320 W 4th St Ste 340, Los Angeles, CA 90013-2343 |
| 15227839 | + | Shelby A. Poteet, Esq., FRANKLIN SOTO LEEDS LLP, 444 West C St., Suite 300, San Diego, CA 92101-3597 |
| 15227813 | + | State of California Labor Commission, 464 W 4th St 478, Sn Bernrdno, CA 92401-1414 |
| 15227815 | | The ARK Watch Foundation, Manatt, Phelps & Phillips, LLP, 203 Redwood Shores Pkwy Ste 450, Redwood City, CA 94065-6100 |
| 15227816 | | Waste Management, Attn. Rentto & Rentto, 3517 Camino Del Rio S Ste 412, San Diego, CA 92108-4046 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15227802 | | Email/Text: litbkcourtmail@johndeere.com | Feb 13 2026 23:14:00 | John Deere Financial, 6400 Nw 86th St, Johnston, IA 50131 |
| 15227700 | + | Email/Text: ustp.region15@usdoj.gov | | |

| District/off: 0974-3 | User: Admin. | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2026 | Form ID: pdf905 | Total Noticed: 41 |

|  |  |  |  |
|---|---|---|---|
|  |  | Feb 13 2026 23:14:00 | Haeji Hong, United States Trustee's Office, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 15227799 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 13 2026 23:14:00 | Internal Revenue Service, General Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15227801 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 13 2026 23:14:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 15227803 | ^ MEBN | Feb 13 2026 23:07:50 | John Deere Financial (2), Attn. Customer Service, Po Box 5328, Madison, WI 53705-0328 |
| 15227812 | Email/Text: bankruptcynotices@sba.gov | Feb 13 2026 23:14:00 | Small Business Association, CESC Covid EIDL Service Center, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |
| 15227814 | Email/Text: CWanger@manatt.com | Feb 13 2026 23:14:00 | The Ark Watch andcCeline Myers, c/o Manatt, Phelps & Phillips, LLP, 1 Embarcadero Ctr Fl 30, San Francisco, CA 94111-3719 |

TOTAL: 7

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Dale Fullerton, 30002 Chihuahua Valley, Warner Springs, CA 92086-9280 |
| cr | * | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |
| cr | *+ | Margie Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |
| 15227794 | ##+ | Bruno Gonzalez, c/o Adamson Ahdoot, LLP, 1150 S Robertson Blvd, Los Angeles, CA 90035-1404 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2026       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Levin | on behalf of Trustee Leslie T. Gladstone andrewl@flgsd.com leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |
| Benjamin Heston | on behalf of Creditor Darlene Sears bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Creditor Celine Myers cgrumer@manatt.com |

District/off: 0974-3 | User: Admin. | Page 3 of 3
Date Rcvd: Feb 13, 2026 | Form ID: pdf905 | Total Noticed: 41

Carl Grumer
 on behalf of Plaintiffs Celine Myers cgrumer@manatt.com

Carl Grumer
 on behalf of Creditor The Ark Watch Foundation cgrumer@manatt.com

David K. Eldan
 on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov rpinal@pmcos.com

Haeji Hong
 on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov
 USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

Hilda Montes de Oca
 on behalf of Trustee Leslie T. Gladstone hildam@flgsd.com
 leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Kevin Dwight
 on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight
 on behalf of Creditor Celine Myers kdwight@manatt.com

Leslie T. Gladstone
 candic@flgsd.com
 christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Leslie T. Gladstone
 on behalf of Trustee Leslie T. Gladstone leslieg@flgsd.com
 candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Meredith King
 on behalf of Creditor Private Mortgage Lending Inc. mking@fsl.law,
 ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
 on behalf of Creditor River Falls LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
 on behalf of Creditor The Armbrust Living Trust mking@fsl.law
 ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Michael R Totaro
 on behalf of Debtor Villa Chardonnay Horses With Wings Inc. Ocbkatty@aol.com

Shelby Poteet
 on behalf of Creditor River Falls LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet
 on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law
 ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet
 on behalf of Creditor Private Mortgage Lending Inc. spoteet@fsl.law,
 ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

United States Trustee
 ustp.region15@usdoj.gov

TOTAL: 21