Leslie T. Gladstone
5656 La Jolla Blvd.,
La Jolla, CA 92037
Tel: 858-454-9887
Email: leslieg@flgsd.com

Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 25-04245-JBM11 |
|---|---|
| VILLA CHARDONNAY HORSES WITH WINGS, INC., | Chapter 11<br><br>EX PARTE APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOYEE BACHECKI, CROM & CO., LLP AS ACCOUNTANTS; AND EXHIBITS |
| Debtor. | |

TO THE HONORABLE J. BARRETT MARUM, UNITED STATES BANKRUPTCY JUDGE:

The applicant, Leslie T. Gladstone ("Applicant" or "Trustee"), trustee of the chapter 11 estate of VILLA CHARDONNAY HORSES WITH WINGS, INC. ("Debtor"), applies to this Court for an Order, authorizing the employment of Bachecki, Crom & Co, LLP, CPAs ("BCC"), as her accountants.  Pursuant to Bankruptcy Rule 2012(a), the Applicant represents as follows:

1. Debtor filed a voluntary Chapter 7 bankruptcy petition on October 14, 2025 (the "Petition Date").  Leslie T. Gladstone is the duly appointed, qualified and acting chapter 11 trustee for the Debtor's bankruptcy estate.

2. Applicant anticipates that the estate will require the assistance of an accountant for tax, financial forensic investigation, and other accounting matters.

3. As provided by Section 327(a) of the Bankruptcy Code, Applicant desires to employ BCC as accountant for the estate to prepare and file tax returns; to prepare tax projections and perform tax analysis; to provide assistance with payroll tax reporting; to investigate potentially

recoverable transfers and potential causes of action; to assist with recovery and evaluation of financial records; to analyze tax claims filed in this case, if necessary; to analyze the tax impact of potential transactions, if necessary; to prepare a solvency analysis, if necessary; to testify as to avoidance issues, if necessary; to prepare wage claim withholding computations and payroll tax returns, if necessary; to serve as Trustee's general accountant and to consult with the Trustee and the Trustee's counsel as to those matters.

4. The Applicant has investigated the qualifications of the Accountant. The Applicant is informed and believes, and based thereon allege, that Except as set forth the supporting declaration of Austin J. Wade, Bachecki Crom & Co., LLP, and its members have no connections with the debtor, creditors, or any party in interest, their respective attorneys or accountants, or the United States Trustee or any other person employed by the office of the United States Trustee and that the employment of the Accountant on the conditions set forth herein is in the best interest of creditors.

5. To the Applicant's best information and belief, the Accountant does not hold an interest adverse to the estate, and they are disinterested persons as required by 11 USC Section 327(a).

6. BCC has agreed to perform the required services at BCC's customary billing rates which are as follows:

| Name | Rate |
|---|---|
| Jay D. Crom, Senior Advisor | $650 / hour |
| Kimberly J. Lam, Partner | $590 / hour |
| Austin Wade, Partner | $510 / hour |
| Shawn Awana, Partner | $425 / hour |
| Paula Law, Manager | $475 / hour |
| Virginia Huan-Lau, Manager | $475 / hour |
| Jason V. Tang, Senior | $385 / hour |
| Nikita Li, Accountant | $140 / hour |

7. In addition, Applicant has defined the following terms regarding BCC's employment:

    a. Austin Wade is the accountant at BCC who will be primarily responsible for the

services provided by BCC.

      b. The Debtor's estate will be the source of funds for compensating BCC for services and reimbursing BCC for expenses.

      c. Applicant will pay BCC from funds of the estate, for its fees and expenses for services pursuant to the same terms by which Applicant will pay its other professionals in the case: that is after notice, application and a hearing.

    8. Attached as Exhibit A is a copy of Mr. Wade's CV.

    9. Attached as Exhibit B is a copy of the proposed order concerning this application.

    10. For all of the foregoing reasons, Applicant believes it is in the best interest of the Estate that the Court approves the employment of BCC as accountant to the estate on the terms and conditions set forth in this application.

    WHEREFORE, Applicant requests that she be authorized to employ BCC as accountant to the estate under 11 U.S.C. Section 327(a) effective February 2, 2026.

.

DATED: February 11, 2026               Respectfully Submitted,


                                                /s/ Leslie T. Gladstone
                                                LESLIE T. GLADSTONE, Chapter 11 Trustee

# EXHIBIT "A"

# EXHIBIT "A"

*Exhibit A Austin Wade Resume'*

# Bachecki, Crom & Co., LLP

Certified Public Accountants & Consultants

Forensics · Valuation · Tax

___

**Austin J. Wade, CPA/ABV, CFE**
*Summary of Experience & Education*

**Certifications:** Certified Public Accountant, Accredited in Business Valuation, Certified Fraud Examiner, QuickBooks Certified Pro-Advisor

**Education:** University of California, Santa Barbara - Bachelor of Arts, Business Economics June 2004

**Experience: Forensic Accountant/CPA/Partner, Bachecki, Crom & Co., LLP** (Aug 2009 - Present)
- Service Ch 11 and Ch 7 Bankruptcy Trustee Clients within United States Bankruptcy Court
- Assist Trustees with Accounting Operations of Debtor Corporations, LLCs and Partnerships
- Prepare Operating Reports for filing with the Bankruptcy Court
- Reconstruct Financial Statements and Records from Bank Statements and Source Documents
- Analyze Financial Records of Debtors and prepare written reports for Trustees and Counsel
- Prepare Insider Transfer Analysis Reports for Trustees and Counsel
- Investigate alleged Hidden Assets of Debtors and prepare reports for Trustees and Counsel
- Investigate alleged Fraudulent Transfers of Debtors and prepare reports for Trustee and Counsel
- Investigate 1 Year Preference Payments and prepare reports for Trustees and Counsel
- Prepare Individual, Corporate, Partnership, LLC, and Fiduciary Income Tax Returns
- Research and resolve Tax Claim issues and advise Trustee on potential objections to such claims

**Accountant, TGG Capital/TGG Accounting** (Sept 2007 - June 2009)
- Perform outsourced accountant and controller function for client companies
- Set up various entities on QuickBooks general ledger and payroll software including Corporations, LLCs, LLPs, LPs and Living Trusts
- Industries Serviced: Manufacturing, Health Care, Construction, Retail, Professional Service, Start-ups, Gaming, Wholesale, Food Service, Property Management, Real Estate
- Maintain general ledgers and prepare monthly GAAP financial statements
- Perform on-site examinations of client companies' accounting departments, interview management and accounting staff, analyze financial statements and financial data, explore areas that can be improved, streamline accounting department of client company
- Perform site visits for due diligence

**Accountant, Courtney-Ford Design Inc.** (Apr 2005 - Sept 2007)
- Perform entire accounting function for Design Firm
- Accrual based, percentage of completion financial accounting using QuickBooks Software
- Financial statement preparation, financial forecasts
- Accounts receivable, accounts payable, bank reconciliations, job costing, budgets

**Proficiency:** Adobe Acrobat, Lacerte Tax, CCH ProSystems Tax, Excel, Outlook, QuickBooks, Word, 10 key

**Memberships & Professional Organizations:**
American Institute of Certified Public Accountants Forensic & Valuation Services Section Member • Association of Certified Fraud Examiners CFE • Association of Insolvency and Restructuring Advisors Member • Bay Area Bankruptcy Forum Member • California Board of Accountancy CPA • California Receivers Forum Member • California Society of Certified Public Accountants Member • Provisors

___



Exhibit A
Austin Wade Resume'

**Case Work:**
- Personally worked on over 150 cases since joining Bachecki, Crom & Co., LLP in 2009
- Proven processes for targeted financial investigations and expert reports
- Numerous reports prepared for Trustee clients for litigation or anticipated litigation

**Hoffman v. Sonoma Specialty Hospital**, AP Case 19-01030
Sonoma West Medical Center, Ch 7 Bankruptcy, 18-10665, Testified as a Witness
September 2020, Testified as an Expert Witness August 2021

**Oxbridge Coins, Inc**., Ch 7 Bankruptcy, 18-31040, Declaration in support of order authorizing to sell property fee and clear
May 2020

**Diadexus, Inc.**, Ch 7 Bankruptcy, 16-30654, Declaration in support of Trustee's claim objection
May 2020

**Warehouse Way Associates VIII**, Ch 7 Bankruptcy 18-10415, Participated in settlement conference and mediation
March 2019

**The Document Company, Inc.**, Ch 7 Bankruptcy, 17-30251, Declaration in support of Trustee's motion for right to attach order and order for issuance of writ of attachment
Feb 2018

**Securities and Exchange Commission vs. San Francisco Regional Center, LLC et al**. 3:17-CV-00223-RS, Declaration in support of Receiver's motion to exercise option to repurchase interest in Comprehensive Care of California, LLC
Jan 2018

**MedCision, LLC,** Ch 7 Bankruptcy 17-31272, Declaration re dire financial situation of the Debtor
Jan 2018

**Aaron H. Braun**, Ch 7 Bankruptcy, 17-10080, Declaration in support of the Trustee's motion to amend order re preliminary injunction
Aug 2017

**Loleta Cheese Company, Inc**., Ch 11 Bankruptcy, Converted to Ch 7, 14-11620, Declaration re dire financial situation of the Debtor
June 2016

**Victor Tung v. Ami Qi et al.**, 13-531599, Expert Report and Deposition regarding Expert Report
May 2016

**Steve Zeppetini & Son, Inc.**, Ch 7 Bankruptcy 12-33618, Declaration in support of Trustee's Motion to sell Property
Dec 2016



**Loleta Cheese Company, Inc.**, Ch 11 Bankruptcy, Converted to Ch 7, 14-11620, Declaration re dire financial situation in support of Trustee's motion to convert to Chapter 7
Jun 2016

**Synergy Acceptance Corporation**, Ch 11 Bankruptcy, Converted to Ch 7, 11-31712, participated in settlement conference and mediation
April 2015

**Silicon Valley Telecom Exchange, LLC**, Ch 11 Bankruptcy, Converted to Ch 7, 14-52449, Declaration re the need for additional accounting records
Nov 2014

**Michael A. Johnson and Fern D. Youngswick**, Ch 7 Bankruptcy 13-10719, Declaration re the Debtor's collection of Estate's Accounts Receivable
May 2014

**Colfax Capital Corporation**, Ch 11 Bankruptcy, Converted to Ch 7, 08-45902, participated in settlement conference and mediation
April 2014

**Chapter 7 Trustee v. Thomas M. Swihart, et al.**, 12-01098, Expert report on transfers and insolvency and declaration re report
Dec 2012

# EXHIBIT "B"

# EXHIBIT "B"

**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Chapter 11 Trustee
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone (858) 454-9887

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: [None Set]
Time of Hearing: [None Set]
Name of Judge: J. Barrett Marum

# ORDER ON
## EMPLOYMENT OF ACCOUNTANT

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. _____.

//
//
//
//
//
//
//

DATED: _____

_____
Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [07/01/18](Page 2)
ORDER ON EMPLOYMENT OF ACCOUNTANT
DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS, INC.,                     CASE NO:   25-04245-JBM11

---

Leslie T. Gladstone (the "Trustee"), having filed the Application for Order Authorizing Employment of Accountant and it appearing to the Court that entry of such order is in the best interest of Applicant and this estate, and that the proposed accountant, Bachecki, Crom & Co., LLP, Certified Public Accountants, is disinterested and neither holds nor represents an interest adverse to Applicant, the Chapter 11 debtor or this estate with respect to the specific matters for which employment is sought, and for good cause appearing therefor,

IS HEREBY ORDERED that Applicant is authorized to employ Bachecki, Crom & Co., LLP, Certified Public Accountants, as the Trustee's accountant to prepare and file tax returns; to prepare tax projections and perform tax analysis; to provide assistance with payroll tax reporting; to investigate potentially recoverable transfers and potential causes of action; to assist with recovery and evaluation of financial records; to analyze tax claims filed in this case, if necessary; to analyze the tax impact of potential transactions, if necessary; to prepare a solvency analysis, if necessary; to testify as to avoidance issues, if necessary; to prepare wage claim withholding computations and payroll tax returns, if necessary; to serve as Trustee's general accountant and to consult with the Trustee and the Trustee's counsel as to those matters for this estate at a fee subject to court approval.

IT IS FURTHER ORDERED that Bachecki, Crom & Co., LLP, CPA's be empowered to act, through its officers and employees, for and on behalf of the trustee and or the estate, to represent them before any taxing authority including the Internal Revenue Service and the California Franchise Tax Board, to receive confidential information, to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise during the administration of the estate. No compensation shall be allowed or paid except pursuant to further Court order.

IT IS FURTHER ORDERED that Bachecki Crom & Co., LLP shall be employed as of February 2, 2026.

CSD 1001A