Leslie T. Gladstone, Trustee
5656 La Jolla Blvd.,
La Jolla, CA 92037
Tel: 858-454-9887
Email: leslieg@flgsd.com

Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br><br>Debtor. | Case No. 25-04245-JBM11<br>Chapter 11<br><br>DECLARATION OF ACCOUNTANT IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY BACHECKI, CROM & CO., LLP AS ACCOUNTANTS |

I, Austin J. Wade, hereby declare:

    1. I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would testify competently to these facts under oath, except as to matters which are stated on information and belief, and as to these facts, I am informed and believe that they are true.

    2. I am a certified public accountant licensed in the State of California, and am a partner in the firm of Bachecki, Crom & Co., LLP, Certified Public Accountants. My business address is 400 Oyster Point Blvd, Ste 106, South San Francisco, CA 94080. I have held a license as certified public accountant for over ten (10) years. I also hold a certificate as a Certified Fraud Examiner.

    3. The accounting firm has extensive experience in providing financial investigation, tax preparation, bankruptcy accounting and financial advisory services.

4. To the best of my knowledge, information and belief, Bachecki, Crom & Co., LLP, has no connection, except as set forth herein, with any of the parties or interested persons in the within bankruptcy case.

5. Except for employment in unrelated cases, neither the accounting firm, its members, nor its employees have connections with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, or the United States Trustee or any other person employed by the office of the United States Trustee.

6. That the accounting firm is not presently employed by any creditor of the estate; does not hold any interest adverse to the estate; and, the accounting firm, its officers and employees, are disinterested persons as defined by 11 USC sect 101(14), all as required by 11 USC section 327 (a). I will continue to monitor the parties involved in this case as it proceeds and, if necessary, file a supplemental declaration of disinterest to update my statements concerning my disinterestedness with respect to this case.

7. I understand and accept that compensation for any services that I shall render to the Estate as its accountants is subject to review by this Court. No arrangement has been made or will be made for sharing of fees or fee-splitting.

8. Bachecki, Crom & Co., LLP began work on this matter after being contacted by the Trustee on February 2, 2026. The Trustee requests that the effective date of Bachecki, Crom & Co., LLP's employment, if approved, be February 2, 2026.

I declare under penalty and perjury that the foregoing is true and correct.

Executed in South San Francisco, California on <u>February 9, 2026</u>.

<u>/s/ Austin J. Wade</u>
AUSTIN J. WADE