Leslie T. Gladstone
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596

Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 25-04245-JBM11 |
|---|---|
| VILLA CHARDONNAY HORSES WITH WINGS, INC., | **PROOF OF SERVICE** |
| Debtor(s). | |

I, Candi Collins, hereby declare as follows:

I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California. My business address is 5656 La Jolla Blvd., La Jolla, California 92037.

On **February 17, 2026**, I served the following document(s):

**EX PARTE APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOYEE BACHECKI, CROM & CO., LLP AS ACCOUNTANTS; AND EXHIBITS**

**DECLARATION OF ACCOUNTANT IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY BACHECKI, CROM & CO., LLP AS ACCOUNTANTS**

**PROPOSED ORDER ON EX PARTE APPLICATION TO EMPLOY ACCOUNTANTS**

**X    TO BE SERVED BY ELECTRONIC SERVICE**, by electronically mailing a true copy of the above documents pursuant to amended general order 162 to the addresses named hereafter:

1

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11
PROOF OF SERVICE

Office of the United States Trustee
Southern District of California
E-mail address: ustp.region15sop@usdoj.gov

On **February 17, 2026**, I served the following document(s):

**EX PARTE APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOYEE BACHECKI, CROM & CO., LLP AS ACCOUNTANTS; AND EXHIBITS**

**DECLARATION OF ACCOUNTANT IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO EMPLOY BACHECKI, CROM & CO., LLP AS ACCOUNTANTS**

 **X**    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("**NEF**"):  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("**LBR**"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **February 17, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- **Christin A. Batt**    christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Kevin Dwight**    kdwight@manatt.com
- **David K. Eldan**    David.Eldan@doj.ca.gov, rpinal@pmcos.com
- **Leslie T. Gladstone**    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Leslie T. Gladstone**    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Carl Grumer**    cgrumer@manatt.com
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Haeji Hong**    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

2    IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11
PROOF OF SERVICE

- **Andrew Levin**   andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Hilda Montes de Oca**   hildam@flgsd.com, leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com
- **Shelby Poteet**   spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com
- **Michael R Totaro**   Ocbkatty@aol.com
- **United States Trustee**   ustp.region15@usdoj.gov

All other interested parties in this action that are not a registered ECF User are served as follows:

**X**    **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID**, by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service.

Jay D. Crom
Bachecki, Crom & Co. LLP
400 Oyster Point Boulevard, Suite 106
South San Francisco, CA 94080
*Proposed Accountant*
*Via U.S. Mail – Postage Paid*

Haeji Hong, Esq.
United States Trustee
Office of the U.S. Trustee
880 Front Street, Suite 3230
San Diego, CA 92101
*Via U.S. Mail – Postage Paid*

Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086
*Special Notice Creditor*
*Via U.S. Mail – Postage Paid*

Financial Law Group
5656 La Jolla Boulevard
La Jolla, California 92037

3   IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11
PROOF OF SERVICE

Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065
**Special Notice Creditor**
**Via U.S. Mail – Postage Paid**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed **February 17, 2026**, at Litchfield Park, Arizona.

/s/ Candi Collins
Candi Collins

Financial Law Group
5656 La Jolla Boulevard
La Jolla, California 92037

4   IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11
PROOF OF SERVICE