Leslie T. Gladstone, Esq. (SBN 144615)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone (858) 454-9887
E-mail: LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 25-04245-JBM11 |
|---|---|
| VILLA CHARDONNAY HORSES WITH WINGS, INC., <br><br> Debtor(s). | **DECLARATION OF DISINTERESTEDNESS OF JEFF WIEMANN IN SUPPORT OF TRUSTEE'S NOTICE OF INTENDED ACTION RE ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF WIEMANN AS CONSULTANT FOR TRUSTEE** |

I, JEFF WIEMANN, declare as follows:

1. I am a Non-Profit Professional, associated with PLT Strategies Group, Inc. My business address is 1401 21st Street, Suite R, Sacramento, CA 95811. I submit this Declaration in support the Trustee's Ex Parte Application to Employ me as consultant (the "**Application**").

2. I am informed and believe that Villa Chardonnay Horses With Wings, Inc. ("**Debtor**") is a California nonprofit public benefit corporation (a "**Nonprofit Corporation**"), subject to California's Supervision of Trustee and Fundraisers for Charitable Purposes Act and related regulations (Cal. Gov. Code §§12580 et seq.; Cal Code Regs., tit.11, §§300, et seq., collectively, the "**Charitable Supervision Act**"). As Nonprofit Corporation, Debtor was issued a

registration number CT0261810 by the Registry of Charities and Fundraisers (the "**Registry**").

3.     I am informed and believe that Debtor is an animal sanctuary which houses approximately 675 elderly and sick animals, including approximately 300 horses and 300 cats. I am informed and believe that Debtor operates out of real property located at 4554 Boulder Creek Road, Julian, CA 92036 and 4430 Boulder Creek Road, Julian, CA 92036.

4.     I am informed and believe that prior to the initiation of the above-captioned case, Debtor's registration with the Registry became delinquent. As a result, while Debtor's registration was not in good standing, it could not operate as a Nonprofit Corporation or solicit for charitable purposes pursuant to Cal. Code Regs. Tit 11, § 312.

5.     I have agreed to assist the Trustee with the Charitable Supervision Act and the Registry requirements.

## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## DISINTERESTEDNESS

6.     It is proposed that I be compensated on an hourly basis, and my hourly billing rate is $175.00 per hour. I will also bill all expenses at its standard rates including the following: photocopying, travel, long distance telephone, messenger service and express mail, and other research.

7.     I am not an equity security holders, or insider of Debtor, nor within three (3) years before the date of filing of the petition herein been investment bankers or attorneys for an investment banker for a security of Debtor; and we are not and have not been within two (2) years before the date of filing of the petition herein directors, officers, or employees of Debtor or of an investment banker for a security of Debtor.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

2    IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11
DECLARATION OF DISINTEREST

8. I personally have no interest materially adverse to the interest of the estate of Debtor or of any class of creditor or equity security holder, nor do we hold or represent an interest adverse to the estate of Debtor, its creditors, any other party-in-interest, its respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

9. I am not related or connected to, to the best of my knowledge to, any United States Bankruptcy Judge for the District or any employee in the Office of the United States Trustee for this region.

10. I personally am a disinterested person with respect to Debtor, and the estate of Debtor within the meaning of Bankruptcy Code Section 101(14) and 327(a) (11 U.S. C. § 101, et seq.).

Executed this 5th day of February 2026, under the penalty of perjury and pursuant to the laws of the United States of America.

_____
JEFF WIEMANN