Leslie T. Gladstone, Esq. (SBN 144615)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
E-mail: LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor(s). | Case No.: 25-04245-JBM11<br><br>**STATUS REPORT FROM TRUSTEE FOR COURT SCHEDULED STATUS CONFERENCE ON CHAPTER 11 PETITION**<br><br>Date:   March 3, 2026<br>Time:  10:00 a.m.<br>Dept:   Two (2)<br>**Honorable J. Barrett Marum** |
|---|---|

Leslie T. Gladstone, chapter 11 trustee ("**Trustee**"), offers this Status Report with respect to the Court's Scheduled Status Conference on Chapter 11 Petition scheduled for March 3, 2026.

**A. APPOINTMENT OF CHAPTER 11 TRUSTEE/ORDERS OBTAINED**

On January 29, 2026, this Court approved Trustee's appointment.

Contemporaneously with the Court's order of appointment, on January 30, 2026, the Court entered an order (ECF No. 93) approving a stipulation (the "**Debtor/AG Order**") between the California Office of Attorney General

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11

1

STATUS REPORT REGARDING TRUSTEE'S EMERGENCY MOTION FOR (1) AN INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN POSTPETITION FINANCING; AND (2) SETTING FINAL HEARING

("**Attorney General**"), River Falls, LLC, Private Mortgage Lending, Inc., and Larry D. Armbrust and Carol A. Armbrust, as trustees of the Armbrust Living Trust (collectively "**Secured Creditors**"), and Villa Chardonnay Horses with Wings, Inc ("**Debtor**"), allowing Debtor to continue to use estate funds for operations, despite the loss of non-profit status to Debtor.  The Debtor/AG Order allowed continued operations through February 6, 2026, in order to feed and care for the animals in Debtor's possession.

Given the short duration of the Debtor/AG Stipulation, Trustee immediately began negotiations with the Attorney General for terms of continued operation, and thereafter submitted her Emergency Ex Parte Motion for Approval of Stipulation with Attorney General ("**Trustee's First Motion**") on February 5, 2026. (ECF No. 99)  Other than a limited objection made by creditors Celine Myers and the Ark Watch Foundation (collectively, the "**AWF Creditors**") (ECF No. 100), which only sought to correct certain underlying facts in the Stipulation, no opposition was filed and the Court approved the Trustee's First Motion on February 6, 2026.  (ECF No. 101)

On February 9, 2026, Trustee also filed an Emergency Motion for (1) an Interim Order Authorizing Trustee to Obtain Postpetition Financing; and (2) Setting Final Hearing (the "**Trustee's Emergency Financing Motion**") (ECF No. 103), which order was granted on an interim basis on February 13, 2026 (ECF No. 113), with a final court hearing set on March 3, 2026, contemporaneously with this Court's Status Conference on Chapter 11 Petition.  Pursuant to the Trustee's Emergency Financing Motion, Trustee has obtained initial financing of Seventy Thousand Dollars ($70,000.00) towards administrative expenses incurred from continuing operations and sale efforts.

B. <u>OPERATIONS</u>

Since the time of her appointment, Trustee has been to Debtor's property on

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11

2

STATUS REPORT REGARDING TRUSTEE'S EMERGENCY MOTION FOR (1) AN INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN POSTPETITION FINANCING; AND (2) SETTING FINAL HEARING

multiple occasions and has had numerous discussions and meetings with Debtor's counsel and Debtor's officers. Trustee has also met and conferred on frequent occasions with the Attorney General's office, with Secured Creditors and other lien holders, and with various volunteers, professionals and interested parties in this case. On a daily basis, Trustee confirms the donations received by Debtor by viewing the applicable feed and supply receipts.

Trustee is in the process of employing a non-profit management professional and accountants well versed in non-profit reporting in order to fully comply with Trustee's First Motion.

Trustee has met with various donors and volunteers at the Property to ensure transparency and accurate reporting. Trustee has viewed the animals on premises on more than one occasion, and has not observed any evidence of animal cruelty or abuse. Trustee also read excerpts of a report conducted by the County of San Diego documenting its conclusion of no abuse/neglect with respect to a previous referral. In addition, Trustee has discussed allegations of abuse with many third parties. The allegations appear to be primarily centered around Debtor's philosophy of not implementing euthanasia. Debtor has received an outpouring of support and offers of assistance from many non-profits and concerned citizens. Trustee greatly appreciates these overtures and will certainly contact these institutions at such time that animal relocation becomes necessary. Based on all communications to date, Debtor's officer requested a three week period to relocate the animals, after which Trustee will directly arrange transport of the animals to other suitable locations.

## C. **INSURANCE**

Trustee has corresponded with existing and new insurance brokers regarding the Debtor's various policies of insurance. Due to a recent cancelation of Debtor's liability insurance (for previous lack of payment that resulted in insurer declining

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11

3

STATUS REPORT REGARDING TRUSTEE'S
EMERGENCY MOTION FOR (1) AN INTERIM ORDER
AUTHORIZING TRUSTEE TO OBTAIN POSTPETITION
FINANCING; AND (2) SETTING FINAL HEARING

to reinstate), Trustee obtained new insurance for general liability effective February 20, 2026. Trustee is also negotiating for new property insurance following receipt of a notice of cancellation scheduled for March 3, 2026. In addition, Trustee is negotiating with State Fund to improve existing coverage under the Workers' Compensation policy in order to potentially cover the various volunteers.

### D. NON-PROFIT REPORTING AND PROFESSIONAL STATUS

As stated above, Trustee has enlisted the assistance of Jeff Wiemann ("**Wiemann**"), an expert in non-profit management, to assist with preparation of the necessary reporting requirements and repair of past reports if practicable. Trustee filed her motion to approve Wiemann's employment on February 18, 2026, which has been set for hearing on March 26, 2026, at 2:00 p.m., in order to comply with the *Knudsen* factors. (ECF No. 121) Trustee has also applied for authorization to employ Bachecki, Crom and Co. LLP as the Estate's accountants (order pending) (ECF No. 120), and Financial Law Group, PC as the Estate's attorneys (order entered February 11, 2026) (ECF No. 108).

### E. GOALS OF CHAPTER 11 CASE

Initially, Trustee was informed by Debtor's primary officer, Monika Kerber, that she intended to pay all creditors in full and desired for Trustee to confirm a full payment plan of reorganization. After several discussions with Debtor's officer, Debtor's attorney and various other parties in interest, Trustee set a short deadline for tender of a down payment towards satisfaction of these goals. The down payment did not materialize. Consequently, Trustee is focusing now on setting the stage for a Bankruptcy Code Section 363(f) sale of the Property, together with either a relocation of the Debtor's animals by Debtor's officers or relocation via other non-profits or agencies.

Trustee expects to have a motion on file in the next 2-3 weeks to approve bidding procedures and for carve out of proceeds to pay estate administrative

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11

4

STATUS REPORT REGARDING TRUSTEE'S EMERGENCY MOTION FOR (1) AN INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN POSTPETITION FINANCING; AND (2) SETTING FINAL HEARING

expenses and creditor claims.  Trustee has also initiated the process for ensuring that Debtor's officers can relocate both themselves and the animals in an orderly fashion.  In the meantime, Trustee continues to monitor the ongoing care of the animals and to ensure that the financial aspects of the Debtor are fully and completely documented.

Respectfully submitted,

Dated:  February 24, 2026        /s/ Leslie T. Gladstone
Leslie T. Gladstone, Chapter 11 Trustee

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11

5

STATUS REPORT  REGARDING TRUSTEE'S EMERGENCY MOTION FOR (1) AN INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN POSTPETITION FINANCING; AND (2) SETTING FINAL HEARING