Leslie T. Gladstone, Esq. (SBN 144615)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.<br><br>Debtor. | Case No.: 25-04245-JBM11<br><br>**WITHDRAWAL OF TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING SEEKING AN ORDER AUTHORIZING (1) THE EMPLOYMENT OF JEFF WIEMANN, PURSUANT TO SECTION 327 AND 328 OF TITLE 11 OF THE UNITED STATES BANKRUPTCY CODE, AND (2) AUTHORIZING JEFF WIEMANN'S COMPENSATION TO BE PAID AS AN ADMINISTRATIVE EXPENSE, ON A MONTHLY BASIS** |
|---|---|

Leslie T. Gladstone, chapter 11 trustee, hereby withdraws her Notice of Trustee's Notice of Intended Action and Opportunity for Hearing Seeking an Order Authorizing (1) the Employment of Jeff Wiemann, Pursuant to Section 327 and 328 of Title 11 of the United States Bankruptcy Code, and (2) Authorizing Jeff Wiemann's Compensation to be Paid as an Administrative Expense, on a Monthly Basis, filed on February 12, 2026, and docketed by the Court as ECF No. 109.

Dated: February 24, 2026         /s/ Leslie T. Gladstone
                                 Leslie T. Gladstone, Trustee

# PROOF OF SERVICE

I, Candi Collins, hereby declare as follows:

I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California. My business address is 5656 La Jolla Blvd., La Jolla, California 92037.

On **February 24, 2026,** I caused to be served the following document(s):

**WITHDRAWAL OF TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING SEEKING AN ORDER AUTHORIZING (1) THE EMPLOYMENT OF JEFF WIEMANN, PURSUANT TO SECTION 327 AND 328 OF TITLE 11 OF THE UNITED STATES BANKRUPTCY CODE, AND (2) AUTHORIZING JEFF WIEMANN'S COMPENSATION TO BE PAID AS AN ADMINISTRATIVE EXPENSE, ON A MONTHLY BASIS**

on the parties in this action as follows:

**X    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("**LBR**"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 24, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- **Christin A. Batt**    christinb@flgsd.com, sandray@flgsd.com; candic@flgsd.com; leslieg@flgsd.com; andrewl@flgsd.com; hildam@flgsd.com; natalik@flgsd.com
- **Kevin Dwight**    kdwight@manatt.com
- **David K. Eldan**    David.Eldan@doj.ca.gov, rpinal@pmcos.com
- **Leslie T. Gladstone**    candic@flgsd.com, christinb@flgsd.com; sandray@flgsd.com; ltg@trustesolutions.net; andrewl@flgsd.com; hildam@flgsd.com; natalik@flgsd.com
- **Leslie T. Gladstone**    leslieg@flgsd.com, candic@flgsd.com; sandray@flgsd.com; christinb@flgsd.com; andrewl@flgsd.com; hildam@flgsd.com; natalik@flgsd.com
- **Carl Grumer**    cgrumer@manatt.com
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net

Financial Law Group
5656 La Jolla Boulevard
La Jolla, California 92037

- **Haeji Hong**  Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov, tiffany.l.carroll@usdoj.gov
- **Meredith King**  mking@fsl.law, ssanchez@fsl.law; jwilson@fsl.law; 17913@notices.nextchapterbk.com
- **Andrew Levin**  andrewl@flgsd.com, leslieg@flgsd.com; christinb@flgsd.com; sandray@flgsd.com; candic@flgsd.com; hildam@flgsd.com; natalik@flgsd.com
- **Hilda Montes de Oca**  hildam@flgsd.com, leslieg@flgsd.com; candic@flgsd.com; christinb@flgsd.com; sandray@flgsd.com; andrewl@flgsd.com; natalik@flgsd.com
- **Shelby Poteet**  spoteet@fsl.law, ssanchez@fsl.law; jwilson@fsl.law; 23648@notices.nextchapterbk.com
- **Michael R Totaro**  Ocbkatty@aol.com
- **United States Trustee**  ustp.region15@usdoj.gov

All other interested parties in this action that are not a registered ECF User are served as follows:

**X    by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID**, by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service.

Darlene Sears
2420 Gondar Ave.,
Long Beach, CA 90815-2214
*Special Notice Creditor*
*VIA FIRST CLASS MAIL – POSTAGE PAID*

Dale Fullerton
30002 Chihuahua
Valley Warner Springs, CA 92086
*Special Notice Creditor*
*VIA FIRST CLASS MAIL – POSTAGE PAID*

Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065
*Special Notice Creditor*
*VIA FIRST CLASS MAIL – POSTAGE PAID*

Haeji Hong, Esq.
United States Trustee
Office of the U.S. Trustee
880 Front Street, Suite 3230
San Diego, CA 92101
***VIA FIRST CLASS MAIL – POSTAGE PAID***

**AND ON THE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed **February 24, 2026**, at Litchfield Park, Arizona.

/s/ Candi Collins
Candi Collins

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11
4
WITHDRAWAL OF TRUSTEE'S NOTICE OF INTENDED ACTION

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0974-3<br>Case 25-04245-JBM11<br>Southern District of California<br>San Diego<br>Tue Feb 24 09:18:08 PST 2026 | United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101-8897 | Villa Chardonnay Horses With Wings, Inc.<br>PO Box 1000<br>Julian, CA 92036-1000 |
| U.S. Bankruptcy Court<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101-6991 | Allstate Propane<br>31500 Grape St # 3-404<br>Lake Elsinore, CA 92532-9709 | Andres Sandoval<br>Attn. Labor Commissioner's Office<br>3737 Main St Ste 850<br>Riverside, CA 92501-3350 |
| Benjamin Heston<br>Nexus Bankruptcy<br>3090 Bristol Street<br>Costa Mesa, CA 92626-3079 | Benjamin Moreno<br>Attn. Labor Commissioner's Office<br>3737 S Main St # 850<br>Riverside, CA 92501-3350 | Bruno Gonzalez<br>c/o Adamson Ahdoot, LLP<br>1150 S Robertson Blvd<br>Los Angeles, CA 90035-1404 |
| Bruno Soto Gonzalez<br>1122 S. La Cienega Blvd.<br>Los Angeles, CA 90035-0010 | California State Labor Commissioner<br>ATTN: Lindsey Lara<br>1500 Hughes Way, Suite C-202<br>Long Beach, CA 90810-1882 | Carol Armbrust<br>P.O. Box 203<br>Chester, ID 83421-0203 |
| Celine Myers and The Ark Watch Foundation<br>203 Redwood Shores Parkway<br>Suite 125<br>Redwood City, CA 94065-6125 | Connor J. Farley<br>MANATT, PHELPS & PHILLIPS, LLP<br>203 Redwood Shores Pkwy, Ste 125<br>Redwood City, CA 94065-6125 | Cynthia Montgomery<br>C/O Allen Kate<br>888 Prospect St Ste 200<br>La Jolla, CA 92037-4261 |
| Dale Fullerton<br>30002 Chihuahua Valley<br>Warner Springs, CA 92086-9280 | Darlene Sears<br>2420 Gondar Ave<br>Long Beach, CA 90815-2214 | Elias Villafuerte-Rubio<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 450<br>Los Angeles, CA 90013-2479 |
| Haeji Hong<br>United States Trustee's Office<br>880 Front Street, Suite 3230<br>San Diego, CA 92101-8897 | Internal Revenue Service<br>General Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Investors Mortgage Lending Group, Inc<br>Po Box 2354<br>Rcho Santa Fe, CA 92067-2354 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (p)DEERE CREDIT SERVICES  INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 | John Deere Financial (2)<br>Attn. Customer Service<br>Po Box 5328<br>Madison, WI 53705-0328 |
| Kevin P. Dwight<br>MANATT, PHELPS & PHILLIPS, LLP<br>203 Redwood Shores Pkwy, Ste 125<br>Redwood City, CA 94065-6125 | Margaret Mannex<br>1755 Lilac Rd.<br>Ramona, CA 92065-1116 | Margie Mannex<br>1755 Lilac Rd.<br>Ramona, CA 92065-1116 |
| Meredith King, Esq.<br>FRANKLIN SOTO LEEDS LLP<br>444 West C St., Suite 300<br>San Diego, CA 92101-3597 | Monika Kerber Perez<br>P.O. Box 1000<br>Julian, CA 92036-1000 | Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626-3063 |

| | | |
|---|---|---|
| Private Mortgage Lending, LLC<br>Po Box 2354<br>Rcho Santa Fe, CA 92067-2354 | Raul Garcia<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 450<br>Los Angeles, CA 90013-2479 | Rey Velazquez<br>Attn. Labor Commissioner's Office<br>3737 Main St Ste 850<br>Riverside, CA 92501-3350 |
| River Falls, LLC<br>Attn. June Sifuentes<br>2840 Fletcher Pkwy # 144<br>El Cajon, CA 92020-2111 | River Falls, LLC<br>c/o FRANKLIN SOTO LEEDS LLP<br>Attn.: Meredith King, Esq.<br>444 West C St., Suite 300<br>San Diego, CA 92101-3597 | SAN DIEGO GAS AND ELECTRIC<br>Attn: Credit & Collections / Bankruptcy,<br>8326 Century Park Court<br>San Diego, CA 92123-1576 |
| San Diego Department of Gas & Electric<br>Po Box 25111<br>Santa Ana, CA 92799-5111 | Santos Figueroa<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 340<br>Los Angeles, CA 90013-2343 | Santos Rodriguez<br>Attn. Labor Commissioner's Office<br>320 W 4th St Ste 340<br>Los Angeles, CA 90013-2343 |
| Shelby A. Poteet, Esq.<br>FRANKLIN SOTO LEEDS LLP<br>444 West C St., Suite 300<br>San Diego, CA 92101-3597 | Small Business Association<br>CESC Covid EIDL Service Center<br>14925 Kingsport Rd<br>Fort Worth, TX 76155-2243 | State of California Labor Commission<br>464 W 4th St 478<br>Sn Bernrdno, CA 92401-1414 |
| The ARK Watch Foundation<br>Manatt, Phelps & Phillips, LLP<br>203 Redwood Shores Pkwy Ste 450<br>Redwood City, CA 94065-6100 | The Ark Watch andcCeline Myers<br>c/o Manatt, Phelps & Phillips, LLP<br>1 Embarcadero Ctr Fl 30<br>San Francisco, CA 94111-3719 | Waste Management<br>Attn. Rentto & Rentto<br>3517 Camino Del Rio S Ste 412<br>San Diego, CA 92108-4046 |
| David K Eldan<br>California Department of Justice<br>300 S. Spring St, #1702<br>Los Angeles, CA 90013-1256 | (p)LESLIE T GLADSTONE TRUSTEE<br>5656 LA JOLLA BLVD<br>LA JOLLA CA 92037-7523 | Michael R Totaro<br>Totaro & Shanahan, LLP<br>P.O. Box 789<br>Pacific Palisades, CA 90272-0789 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud, MN 56302-7999 | John Deere Financial<br>6400 Nw 86th St<br>Johnston, IA 50131 | Leslie T. Gladstone<br>5656 La Jolla Blvd.,<br>La Jolla, CA 92037 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Private Mortgage Lending, Inc. | (u)River Falls, LLC | (u)The Ark Watch Foundation |

| | | |
|---|---|---|
| (u)The Armbrust Living Trust | (u)Celine Myers | (d)Dale Fullerton<br>30002 Chihuahua Valley<br>Warner Springs, CA 92086-9280 |
| (d)Darlene Sears<br>2420 Gondar Ave<br>Long Beach, CA 90815-2214 | (d)Margie Mannex<br>1755 Lilac Rd.<br>Ramona, CA 92065-1116 | End of Label Matrix<br>Mailable recipients    47<br>Bypassed recipients     8<br>Total                  55 |