**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Chapter 11 Trustee
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone (858) 454-9887

Order Entered on February 25, 2026 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: [None Set]
Time of Hearing: [None Set]
Name of Judge: J. Barrett Marum

# ORDER ON
## EMPLOYMENT OF ACCOUNTANT

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __120__.

//
//
//
//
//
//
//

DATED: February 25, 2026

Judge, United States Bankruptcy Court

CSD 1001A

ORDER ON EMPLOYMENT OF ACCOUNTANT
DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS, INC.,       CASE NO: 25-04245-JBM11

---

Leslie T. Gladstone (the "Trustee"), having filed the Application for Order Authorizing Employment of Accountant and it appearing to the Court that entry of such order is in the best interest of Applicant and this estate, and that the proposed accountant, Bachecki, Crom & Co., LLP, Certified Public Accountants, is disinterested and neither holds nor represents an interest adverse to Applicant, the Chapter 11 debtor or this estate with respect to the specific matters for which employment is sought, and for good cause appearing therefor,

IS HEREBY ORDERED that Applicant is authorized to employ Bachecki, Crom & Co., LLP, Certified Public Accountants, as the Trustee's accountant to prepare and file tax returns; to prepare tax projections and perform tax analysis; to provide assistance with payroll tax reporting; to investigate potentially recoverable transfers and potential causes of action; to assist with recovery and evaluation of financial records; to analyze tax claims filed in this case, if necessary; to analyze the tax impact of potential transactions, if necessary; to prepare a solvency analysis, if necessary; to testify as to avoidance issues, if necessary; to prepare wage claim withholding computations and payroll tax returns, if necessary; to serve as Trustee's general accountant and to consult with the Trustee and the Trustee's counsel as to those matters for this estate at a fee subject to court approval.

IT IS FURTHER ORDERED that Bachecki, Crom & Co., LLP, CPA's be empowered to act, through its officers and employees, for and on behalf of the trustee and or the estate, to represent them before any taxing authority including the Internal Revenue Service and the California Franchise Tax Board, to receive confidential information, to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise during the administration of the estate. No compensation shall be allowed or paid except pursuant to further Court order.

IT IS FURTHER ORDERED that Bachecki Crom & Co., LLP shall be employed as of February 2, 2026.