TENTATIVE RULING

ISSUED BY JUDGE J. BARRETT MARUM

Bankruptcy Case Name:        Villa Chardonnay Horses With Wings, Inc.

Bankruptcy Number:        25-04245-JBM11

Hearing:        03/03/2026 10:00 AM

Motion:        STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 1/27/26)

**Hear**.  The Court has reviewed the Trustee's timely filed Status Report (ECF No. 123) and the Court appreciates the detailed update.  The Court looks forward to receiving an update on the property insurance issues and the Debtor's operations.  The Court anticipates that it will set a further Chapter 11 Status Conference for the same date and time the Trustee selects for her bidding procedures motion.