**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Chapter 11 Trustee
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone (858) 454-9887

Order Entered on
February 25, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: [None Set]
Time of Hearing: [None Set]
Name of Judge: J. Barrett Marum

## ORDER ON
### EMPLOYMENT OF ACCOUNTANT

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __120__.

//
//
//
//
//
//
//

DATED: February 25, 2026

*(signature)*
Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [07/01/18](Page 2)
ORDER ON EMPLOYMENT OF ACCOUNTANT
DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS, INC.,    CASE NO:  25-04245-JBM11

---

Leslie T. Gladstone (the "Trustee"), having filed the Application for Order Authorizing Employment of Accountant and it appearing to the Court that entry of such order is in the best interest of Applicant and this estate, and that the proposed accountant, Bachecki, Crom & Co., LLP, Certified Public Accountants, is disinterested and neither holds nor represents an interest adverse to Applicant, the Chapter 11 debtor or this estate with respect to the specific matters for which employment is sought, and for good cause appearing therefor,

IS HEREBY ORDERED that Applicant is authorized to employ Bachecki, Crom & Co., LLP, Certified Public Accountants, as the Trustee's accountant to prepare and file tax returns; to prepare tax projections and perform tax analysis; to provide assistance with payroll tax reporting; to investigate potentially recoverable transfers and potential causes of action; to assist with recovery and evaluation of financial records; to analyze tax claims filed in this case, if necessary; to analyze the tax impact of potential transactions, if necessary; to prepare a solvency analysis, if necessary; to testify as to avoidance issues, if necessary; to prepare wage claim withholding computations and payroll tax returns, if necessary; to serve as Trustee's general accountant and to consult with the Trustee and the Trustee's counsel as to those matters for this estate at a fee subject to court approval.

IT IS FURTHER ORDERED that Bachecki, Crom & Co., LLP, CPA's be empowered to act, through its officers and employees, for and on behalf of the trustee and or the estate, to represent them before any taxing authority including the Internal Revenue Service and the California Franchise Tax Board, to receive confidential information, to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise during the administration of the estate.  No compensation shall be allowed or paid except pursuant to further Court order.

IT IS FURTHER ORDERED that Bachecki Crom & Co., LLP shall be employed as of February 2, 2026.

United States Bankruptcy Court
Southern District of California

| | |
|---|---|
| In re: | Case No. 25-04245-JBM |
| Villa Chardonnay Horses With Wings, Inc. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 2 |
| Date Rcvd: Feb 26, 2026 | Form ID: pdfO4 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

**Recip ID          Recipient Name and Address**
db              # Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026                       Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:**

**Name**            **Email Address**

Andrew Levin
                    on behalf of Trustee Leslie T. Gladstone andrewl@flgsd.com
                    leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Benjamin Heston
                    on behalf of Creditor Darlene Sears bhestonecf@gmail.com   benheston@recap.email,NexusBankruptcy@jubileebk.net

Carl Grumer
                    on behalf of Creditor The Ark Watch Foundation cgrumer@manatt.com

Carl Grumer
                    on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com

Carl Grumer
                    on behalf of Creditor Celine Myers cgrumer@manatt.com

Carl Grumer

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 2 of 2 |
| Date Rcvd: Feb 26, 2026 | Form ID: pdfO4 | Total Noticed: 1 |

on behalf of Plaintiffs Celine Myers cgrumer@manatt.com

Christin A. Batt
on behalf of Trustee Leslie T. Gladstone christinb@flgsd.com sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

David K. Eldan
on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov rpinal@pmcos.com

Haeji Hong
on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

Hilda Montes de Oca
on behalf of Trustee Leslie T. Gladstone hildam@flgsd.com leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Kevin Dwight
on behalf of Creditor Celine Myers kdwight@manatt.com

Kevin Dwight
on behalf of Plaintiffs The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight
on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight
on behalf of Plaintiffs Celine Myers kdwight@manatt.com

Leslie T. Gladstone
candic@flgsd.com christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Leslie T. Gladstone
on behalf of Trustee Leslie T. Gladstone leslieg@flgsd.com candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Meredith King
on behalf of Creditor Private Mortgage Lending  Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
on behalf of Creditor River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
on behalf of Creditor The Armbrust Living Trust mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Michael R Totaro
on behalf of Defendant Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Michael R Totaro
on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Shelby Poteet
on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet
on behalf of Creditor Private Mortgage Lending  Inc. spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet
on behalf of Creditor River Falls  LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

United States Trustee
ustp.region15@usdoj.gov

TOTAL: 25