**EXHIBIT 1**

*...It tells a beautiful legend that animals are voluntary souls without the gift of the word, who have come to teach man the value of acts, solidarity, acceptance, freedom and teamwork. Values that we can pass on to the new generations.*

*We have so much to learn from them besides loving them!*

"Everything G-d created has a purpose. Not one thing was created in vain" (Talmud).



  

"Everything G-d created has a purpose. Not one thing was created in vain" (Talmud).

12/08/2019

**THE WINNICK FAMILY FOUNDATION.**
*Attn. Gary & Karen Winnick / Veronica Mendez*
*9355 Wilshire Boulevard*
*Suite 200*
*Beverly Hills, CA 90210*

**Dear Gary & Karen Winnick:**

Thank you for taking the time to review this letter of interest. It is our sincerest hope that your organization will consider supporting ours. The information that follows has been developed to be concise and respectful of your valuable time. It is through support from organizations such as yours, community partners and our dedicated team that enables us to be the sanctuary these animals deserve and the loving project we are proposing called "Hesed Tevat Noah". Our Hesed program is a demonstration of our faith, in the same way that Villa Chardonnay has tenderly cared for the special needs horses and other animals in place that is aimed at using horses to help promote emotional growth for special needs individuals and now allowing the Jewish community to be united by cultivating our values and beliefs to our youth by demonstrating the unconditional love, care and respect for animals.

Sometimes all faith means is the realization that G-d wants us to give of ourselves to others, for the world is built on kindness. Thanks to Noah's kindness, there was a spirit of goodness in the ark, where, after a long day, the lion did, in fact, lie down next to the lamb.

The ark taught Noah faith — the faith that we're all in this, the same boat, together.

**Executive Summary**

As a daughter of German Jews who fled the Holocaust leaving everything behind except their faith, I personally made it my mission to spread our beliefs and culture with pride, making up for the many that were deprived of their lives, their dreams and goals. In 2003 Villa Chardonnay Horses with Wings, Inc.

**VILLA CHARDONNAY HORSES WITH WINGS, INC.**
www.villachardonnay.org
An Approved and Active Non-profit Organization 501 c3 Tax Deductible
*EIN # 27-0666624*
monika@villachardonnay.org
PO BOX 890130, Temecula CA 92589
O. 951-423-9091 / C. 951-234-9793 / F. 877-233-8011

July 2019  Proudly Accredited

  

(VC) was founded as a fully functional animal sanctuary with an approved 501(c)3 status in 2009. What truly sets VC apart from many other animal facilities is the fact that VC is a sanctuary for abused, neglected, slaughter bound and/or abandoned animals with no hope of adoption or a better life. For the animals at VC, this is their forever home. Our organization takes the animals that no one wants to adopt and provides them with love, dignity and a life of quality right up to their last days. VC's primary focus is on equines; however, our family includes other large and small breed animals such as donkeys, cats, dogs and farm animals or any creature in need.

In the Talmud the laws of *tza'ar ba'alei chaim* are treated in detail, and our Sages often emphasize how considerate and kind human beings must be towards animals, in keeping with the ways of G-d, of whom it is written, "His mercies extend to all His creatures" (Psalms 145:9).

**VC's mission statement is as follows:**

> Villa Chardonnay Horses with Wings, Inc. sanctuary is dedicated to the compassionate care of senior animals, primarily horses. We provide love, a forever home and critical care for abused, neglected, slaughter bound and/or abandoned creatures. Our goal is to improve animal rights, eliminate abusive training and be the voice of those who cannot speak. To provide long term care for mainly "special needs" and elderly horses and other animals. As a sanctuary, we provide a permanent home to all of the animals we rescue mainly horses and over 100 smaller species. Also by cultivating our values and beliefs to our youth by demonstrating the unconditional love, care and respect for animals through our Hesed & Tevat Noah program is part of our important mission.

**Background**

Founded in 2003 by Monika Kerber, Villa Chardonnay is the largest equine and animal sanctuary in California. Our sanctuary is a forever home for many of the cats, dogs, horses, donkeys, and other animals. Across the country, Villa Chardonnay is known as "their last hope." In the 16 years since we were founded, VC has rescued hundreds of animals from across the country. VC currently cares for over 300 animals on a daily basis. Our current family includes 220 horses, 80 cats, 21 dogs, 16 donkeys, 4 goats, 1 lamb, 3 ducks, 2 turtles, 1 turkey and a blind calf named Bruno! As is almost always the case, these animals come to VC emaciated, arthritic, blind, lame, with tumors, cancer, neurological issues, Cushing's disease or other

---

**VILLA CHARDONNAY HORSES WITH WINGS, INC.**
www.villachardonnay.org
An Approved and Active Non-profit Organization 501 c3 Tax Deductible
*EIN # 27-0666624*
monika@villachardonnay.org
PO BOX 890130, Temecula CA 92589
O. 951-423-9091 / C. 951-234-9793 / F. 877-233-8011

July 2019    Proudly Accredited

  

illnesses. We are passionate about saving these abandoned, neglected and abused souls, and providing care as well as preventative programs to improve their quality of life for their lifetime at VC.It requires significant financial resources to care for so many animals. The staff and volunteers at VC have learned to do more with less in order to keep the pastures open for so many years. Our team is amazingly dedicated to their jobs and their purpose. For them, this is truly a labor of love and they have sacrificed so that these animals don't have to. VC's only paid positions are ranch hands (7 full time and 2 part time). All other needs are completed by a group of volunteers when needed.

**Public Outreach**

Funding - VC is actively and has historically been active with our attempts at fundraising across multiple areas. Our most successful route has been animal-focused grantors as they most closely understand the challenges VC faces on a daily basis. Other funding has come from a gala that we held and local corporate sponsors, however these represent a much smaller portion of our annual budget. VC continues to seek out any and all methods to raise funds in an effort to be sustainable for the next 15 years and beyond.

Public Involvement – By purchasing this new property and building a Noah's Ark replica on a smaller scale on 41 acres in the San Diego County, we will be impacting all age groups in our Jewish community with a potential population of 123,625 in the surrounding area of San Diego County.  Not only will over 300 animals that live permanently in the sanctuary be cared for but our community will be brought together to spread the compassion for animals while spreading the knowledge, love and faith of our people.

We also trust that by valuing the life of every single animal that we adopt and giving them a forever home, G-d, with his great mercy, will continue to help, guide, and support us in the continuous efforts of saving the lives of animals in need. We will be teaching our community the values of respect and love for these creatures just like Noah did.

We trust that the financial support of your organization is one of G-d's many miracles that will help support our important cause, in this case the Hesed Tevat Noah Project.

Programs in Villa Chardonnay - We are proposing using some of your grant funding that we are hoping to receive BH from your organization to build a permanent structure (Ark) on the new property, that will be approximately 60-80 ft. The Ark will be utilized as a "Jewish Educational Center/Museum" for local members of the Jewish faith and from Israel since some of Villa Chardonnay's board members are

**VILLA CHARDONNAY HORSES WITH WINGS, INC.**
www.villachardonnay.org
An Approved and Active Non-profit Organization 501 c3 Tax Deductible
*EIN # 27-0666624*
monika@villachardonnay.org
PO BOX 890130, Temecula CA 92589
O. 951-423-9091 / C. 951-234-9793 / F. 877-233-8011

July 2019      Proudly Accredited

  

Jewish and one is a native to the country of Israel. As such, we have a deep connection to the Jewish religion and traditions with an immense love of G-d. We believe that G-d's love, care, and protection is equally valued and shared among all living beings; human beings and animals! We strongly believe that human beings, as well as animals, collectively and individually, are an important and crucial part of G-d's overall creation. We believe that this project is an engaging way for us to teach about and honor our Jewish faith in a place where love and joy is easily felt and sensed everywhere. This center will be open to people of all cultures and all beliefs but most importantly to our people.

The Jewish Culture Community Center will be used consistently, for various programs, in the following manner.  Here are some examples of the programs that we are proposing:

• We will be open to observe and celebrate some of the Jewish holidays, such as Sukkoth, Hanukah, and Purim

• To welcome the Shabbat with a celebration and prayers on Friday evening. We can do it in a weekly or bi-monthly manner hosting different congregations so they all have the opportunity to live the experience celebrating, love and faith within the Tevat Noah at the sanctuary.

• Periodically, will invite various speakers and authors that will share and teach about the Jewish traditions, Judaism, the mysticism of the Kabbalah, as well the discussion of various Jewish spiritual concepts such as Tikun Olam (healing/repairing the world), Gilgul Neshamot (re-incarnation), the Neshama (the soul), Judaism and the afterlife, and others…

**The Challenge**

Being a sanctuary has significantly more challenges than a shelter or adoption agency. The largest one is raising funds from the public. VC does not have the same visibility in the public's eye that shelters and adoption agencies are accustom to because we are not a department in a municipality or a member of a national association with continual media coverage. In reality almost everyone knows what an animal shelter is, but if you ask the public what an animal sanctuary is, they will either describe a shelter or they will respond that they don't know exactly. Even with our best attempts at fund-raising and public awareness, this lack of knowledge makes it very difficult to raise funds because most people assume, we are funded by local government or a large organization like so many shelters are. They are not marketing specialist, outreach gurus or fund-raising superstars. We are people with a passion to ensure that our `family of animals receives the care and dignity they deserve.  We are people of faith and immense love for our people and animals.

**VILLA CHARDONNAY HORSES WITH WINGS, INC.**
www.villachardonnay.org
An Approved and Active Non-profit Organization 501 c3 Tax Deductible
*EIN # 27-0666624*
monika@villachardonnay.org
PO BOX 890130, Temecula CA 92589
O. 951-423-9091 / C. 951-234-9793 / F. 877-233-8011

July 2019        Proudly Accredited

  

**The Need**

The greatest need at this time is to gather the remaining funds needed for the purchase of the property and the construction of "Tevat Noah". VC will gladly accept funding in any amount and we want you to know exactly where your funds are going. As you can imagine, housing over 220 horses, 100 other animals and the Ark takes a considerable amount of space.

VC is currently in a location at Diamond Valley Lake (Riverside County), consisting of thirty (31) acres and a number of structures that house over 300 animals. Geographically VC is currently far from the Jewish population and has a different layout of the land where the new project wouldn't be feasible.

By the end of December 2019, the final payment is coming due on the new property with the 41 acres at the San Diego County. Its amazing suitability to our purpose means we truly believe this can be VC's forever home and the beginning of a beautiful and loving project that will educate our people inside the Jewish faith. To that end, we are seeking assistance from organizations such as yours with making that beautiful project a dream come true. To be clear, we knew the final payment was coming and we have been attempting to raise funds for quite some time. However, we need still need your help to clear the hurdle.

Any support from $100,000 to the full $1.3M is appreciated. We have developed a permanent naming rights program to create an additional incentive for contributors that goes beyond knowing that your organization has done something truly amazing. Please consider the opportunities below as you make a funding decision. The positions are lifetime positions.

| Naming Rights Opportunities | |
| --- | --- |
| Naming the new property after your organization's name | $   1.3M |
| Naming the Ark's project with your organization's name | $500,000 |
| Existing seven (7) stall barn | $200,000 |
| Existing five (5) stall barn | $150,000 |
| Veterinarian laboratory | $100,000 |
| Mare "motel" | $100,000 |
| Future shed-row barn #1 | $200,000 |
| Future shed-row barn #2 | $200,000 |

**VILLA CHARDONNAY HORSES WITH WINGS, INC.**
www.villachardonnay.org
An Approved and Active Non-profit Organization 501 c3 Tax Deductible
*EIN # 27-0666624*
monika@villachardonnay.org
PO BOX 890130, Temecula CA 92589
O. 951-423-9091 / C. 951-234-9793 / F. 877-233-8011

July 2019  Proudly Accredited

  

VC is also open to other creative solutions including naming rights for the entire facility, product demonstrations and educational areas that highlight a company or brand.

**Closing**

As you can see from the lists above, the opportunities to put your support to great use abound. From $1.3M to $100K, your generosity will have a significant impact on the lives of the animals at the sanctuary and most importantly uniting the Jewish Community in Southern California while teaching them to honor, love and respect these animals.

We have the human-power and your financial contribution will give us the fiscal power to make those days the most amazing they possibly can be. We appreciate your time and consideration in this request.

**With utmost respect and gratitude,**

*[signature]*

**Monika Kerber**
**Founder/President**

**Quick Facts**

| Legal Name | Villa Chardonnay Horses with Wings, Inc. |
|---|---|
| Address | PO Box 890130, Temecula CA 92589 |
| Contact Information | P: 951-423-9091 – 951-234-9793<br>E: monika@villachardonnay.org |
| Tax Exempt Status | 501(c)3 Approved/Active Non-profit Organization<br>TAX EXEMPTION NR. 27-0666624 |
| Total Animals Housed | 300+ |
| Total Horses/Large Animals | 220 horses – 14 donkeys |
| Total Small Animals | 100+ |
| Total Paid Staff | 7 FT Ranch Hands, 2 PT Ranch Hands |
| Total Volunteer Staff | Depending of the needs |

**VILLA CHARDONNAY HORSES WITH WINGS, INC.**
www.villachardonnay.org
An Approved and Active Non-profit Organization 501 c3 Tax Deductible
*EIN # 27-0666624*
monika@villachardonnay.org
PO BOX 890130, Temecula CA 92589
O. 951-423-9091 / C. 951-234-9793 / F. 877-233-8011

July 2019  Proudly Accredited

  

# HESED & (Tevat Noah) PROJECT



**VILLA CHARDONNAY HORSES WITH WINGS, INC.**
www.villachardonnay.org
An Approved and Active Non-profit Organization 501 c3 Tax Deductible
*EIN # 27-0666624*
monika@villachardonnay.org
PO BOX 890130, Temecula CA 92589
O. 951-423-9091 / C. 951-234-9793 / F. 877-233-8011

*July 2019*  *Proudly Accredited*

  

# VILLA CHARDONNAY
## 2019 – 2020 Assets & Liabilities

| Villa Chardonnay Horses with Wings, Inc. Balance Sheet 12/31/2019 - 10/13/2020 | |
|---|---|
| **ASSETS** | |
| **Current Assets:** | |
| Cash | 2,000 |
| Accounts Receivable | 126,222 |
| Inventory | 47,000 |
| Prepaid Rent | 10,666.67 |
| *Total Current Assets* | *$12,839.89* |
| **Long-Term Assets** | |
| Land (current property) | $887,000 |
| Buildings & Improvements | 444,000 |
| Furniture & Fixtures | 70,000 |
| "Pure" Life Insurance Policy 1 | 3,000,000 |
| "Pure" Life Insurance Policy 2 | 1,500,000 |
| General Equipment | 483,500 |
| **Total Fixed Assets** | **$6,384,500** |
| **TOTAL ASSETS** | *$6,100,819* |
| **LIABILITIES** | |
| **Current Liabilities:** | |
| Accounts Payable | $5,976.00 |
| Taxes Payable | 0,00 |
| Mortgage Secured Loan maturity date 03/16/2025 | 1,600,000.00 |
| Interest Payable | 0,00 |
| *Total Current Liabilities* | *$1,605,976.00* |
| | |
| **TOTAL LIABILITIES** | *$1,605,976.00* |

VILLA CHARDONNAY HORSES WITH WINGS, INC.
www.villachardonnay.org
An Approved and Active Non-profit Organization 501 c3 Tax Deductible
EIN Nr. 27-0666624
monika@villachardonnay.org
PO BOX 1000, JULIAN, CA 92036
O. 951-423-9091 / C. 951-234-9793 / F. 877-233-8011

*July 2019*  **Proudly Accredited**