1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 2**

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Silicon Valley

1

404566705.4



E Q U I N E
DVM ARTURO ESQUIVEL

**Dr. Arturo Esquivel DVM, MVZ**                                        05/19/2021

951-406-5708

artesquivel@villachardonnay.org

equinemvzdvm@gmail.com


Monika per your request here are the records Ricky and I have in our database.


Dylan- 18 year old, Dark Bay quarter horse geld.

August 15, 2018 -  R-carpus inj. Depo+Amik+HA/

Feb 12, 2019 – R-carpus inj. Depo+Amik+HA/

July 19, 2019- R-carpus inj. Depo+Amik+HA/

January 21, 2020 - R-carpus inj. Depo+Amik+HA/

June 20, 2020 - R-carpus inj. Depo+Amik+HA/

December 29, 2020 - R-carpus inj. Depo+Amik+HA/

May 18, 2021 - R-carpus inj. Depo+Amik+HA/


*Kenalog/Poly/Amikacen


Lic. 21776
Nr. 951 406 5708
artesquivel@villachardonnay.org
equinemvzdvm@gmail.com



E Q U I N E
DVM ARTURO ESQUIVEL

Sundae- 16 yr black, quarter horse mare (deceased)

August 15 2018-inj. Rf/Lf carpus Depo + Amik + HA

February, 12, 2019- inj. Rf/Lf carpus Depo + Amik + HA

July 19, 2019- inj. Rf/Lf carpus Depo + Amik + HA

Jan 21, 2020- inj. Rf/Lf carpus Depo + Amik + HA

*Depomedrol, Amikacen, hyaluvonic acid

*Polyglycan, Kenalog and Amikacan

Sincerely,

**Dr. Arturo Esquivel DVM, MVZ**

Lic. 21776
Nr. 951 406 5708
artesquivel@villachardonnay.org
equinemvzdvm@gmail.com

1 you worked?
2    A   He was -- I remember that last name so I
3 believe he was an extern at a hospital.
4    Q   What hospital was he externing at?
5    A   To the Equine Veterinary Medical
6 Specialist.
7    Q   Is that Dr. Wan's practice?
8    A   Yes.
9    Q   Were you both working for Equine Veterinary
10 Medical Specialists at the same time?
11    A   Yes.
12    Q   To your knowledge, is Ricardo Aguiar a
13 veterinarian?
14    A   Yes.
15    Q   Is he a licensed veterinarian, to your
16 knowledge?
17    A   I don't know.
18    Q   Did you ever ask him if he has a license?
19    A   No.
20    Q   So looking back at Exhibit 4, Dr. Esquivel,
21 I understand you didn't attend a board meeting by
22 video conference or otherwise on April 29th. But
23 you see at the bottom where it says, Discuss
24 conversation with Celine Myers the Ark Watch
25 Foundation regarding relocating six donkeys and two
Page 50

1 horses surrendered to Villa Chardonnay four years
2 ago; do you see that?
3    A   Yes, sir.
4    Q   Did you ever have any discussions with
5 Ms. Kerber or anyone else representing Villa
6 Chardonnay about relocating the six donkeys and two
7 horses that Ark Watch surrendered to Villa
8 Chardonnay?
9    A   No, sir.
10    (Exhibit 5, 5-3-2020 memo to C. Myers (No
11    Bates), was marked.)
12 BY MR. DWIGHT:
13    Q   And then please take a look at Exhibit 5.
14 This is a March 3rd, 2020, letter, from Ms. Kerber
15 to Celine Myers of the Ark Watch Foundation. And
16 you certainly can read the whole letter if you want.
17 I'm not going to ask you about most of it.
18    But before I ask you about any of it, are
19 you familiar with the Ark Watch Foundation? Have
20 you ever heard of that entity?
21    A   No, sir.
22    Q   Do you know who Celine Myers is?
23    A   No, sir.
24    Q   Have you ever spoken to her before?
25    A   No, sir.
Page 51

1    Q   If I could just direct your attention to
2 page 4 of Exhibit 5. And just in general, the
3 context of this exhibit had to do with the Ark Watch
4 Foundation's request that Villa Chardonnay return
5 certain donkeys and horses that Ark Watch had
6 provided to Villa Chardonnay on certain conditions.
7    And if you look at the third paragraph on
8 page 4 of this letter it reads, The final decision
9 from our nine board members was unanimously voted
10 that our donkeys and our horses will stay at Villa
11 where they have become accustomed to the love and
12 care that is given at their forever home every day.
13    Just so I'm clear on your testimony, did
14 you ever vote that donkeys and horses that Ark Watch
15 had provided to Villa Chardonnay would remain at
16 Villa Chardonnay rather than be returned to Ark
17 Watch?
18    A   No, sir.
19    Q   Were you ever asked to vote on that issue?
20    A   No.
21    Q   Did you ever have any discussions with
22 Ms. Kerber about that issue?
23    A   No, sir.
24    Q   Before today were you aware that Ms. Kerber
25 had represented that a board meeting had occurred
Page 52

1 where you and others had voted unanimously not to
2 return the Ark Watch animals back to the Ark Watch
3 Foundation?
4    A   No, sir.
5    Q   Before today were you aware that Ms. Kerber
6 had listed you as an officer of Villa Chardonnay on
7 the company's tax returns?
8    A   No, sir.
9    Q   Now I want to talk to you about the
10 treatment of some animals at Villa Chardonnay. And
11 I know you've produced those records. Before we get
12 to those records I'd like you to look at what's
13 marked as Exhibit 6.
14    (Exhibit 6, 5-19-21 letter from
15    Dr. Esquivel transmitting medical records
16    re Dylan knee injections (No Bates), was
17    marked.)
18 BY MR. DWIGHT:
19    Q   Exhibit 6 is a two-page document that has
20 your name at the top. It's dated May 19th, 2021.
21    Have you ever seen this document before?
22    A   No, sir.
23    Q   And can you confirm for me that you did not
24 produce Exhibit 6 in the documents that you searched
25 for and produced in response to this subpoena in
Page 53

14 (Pages 50 - 53)

1  this case?
2     A   One more time, sir.
3     Q   I just want you to confirm, you did not
4  produce Exhibit 6 in response to the subpoena,
5  correct?
6     A   No, sir.
7     Q   Is that your logo at the top left-hand
8  corner of Exhibit 6?
9     A   Half of it is -- or was.
10    Q   What do you mean by that?
11    A   The logo of the horse is what I used to
12  use. The "Equine" and "DVM" part was never in the
13  design.
14    Q   So that is not your company logo in the top
15  left-hand corner?
16    A   No.
17        MS. HOWSON: When you say "company logo,"
18    you're referring to previous logos rather than
19    the current logo, correct?
20        MR. DWIGHT: Thank you for the
21    clarification.
22  BY MR. DWIGHT:
23    Q   Has this logo that appears in the upper
24  left-hand corner of Exhibit 6 ever been your company
25  logo for any of the veterinary groups that you have
                                        Page 54

1  operated?
2     A   No.
3     Q   Did you prepare this document that's marked
4  as Exhibit 6?
5     A   No, sir.
6     Q   How do you know that?
7        MS. HOWSON: I think, Counsel, didn't you
8    ever ask him before had he ever seen it? And
9    he answered again, correct.
10        MR. DWIGHT: Yes.
11        MS. HOWSON: If he hadn't seen it, how
12    could he have prepared it?
13  BY MR. DWIGHT:
14    Q   I just want to know how he knows he didn't
15  prepare it. Is there something about this document
16  that he can say, well, I didn't do this or I
17  wouldn't do that or something -- is there anything
18  about this document that leads you to conclude you
19  didn't prepare it.
20    A   The choice of medications listed are
21  damaging, in my view, to a joint.
22    Q   Could you explain a little bit further what
23  you mean by that?
24    A   I do not select those two medications.
25    Q   Which medications are you referring to,
                                        Page 55

1  sir?
2     A   The one that says D-E-P-O - A-M-I-K.
3     Q   Can you explain what those medications are?
4     A   Depo is short for DEPO-MEDROL. DEPO-MEDROL
5  is methylprednisolone. That is a steroid. But
6  steroid use, especially that one, long term causes
7  severe damage to a joint. I don't use that.
8        The Amikacin is okay. It's an antibiotic.
9  It's good practice to combine it. But I shy away
10  from DEPO-MEDROL.
11    Q   Did you ever provide DEPO-MEDROL to any
12  horses at Villa Chardonnay as far as you can recall?
13    A   No.
14    Q   Now, you'll see at the top of Exhibit 6
15  just below that logo that we talked about it has
16  your name and contact information, Dr. Arturo
17  Esquivel, a phone number, and two email addresses;
18  do you see that?
19    A   Yes.
20    Q   Is that your phone number, sir?
21    A   Yes, it is.
22    Q   And then there's an Art Esquivel at Villa
23  Chardonnay org email address; do you see that?
24    A   Yes.
25    Q   You testified previously that you never
                                        Page 56

1  used that email address, right?
2     A   That is correct.
3     Q   Does seeing this email address on this
4  record refresh your recollection that you actually
5  did have this email address?
6     A   Never seen that address.
7     Q   So you wouldn't have included that address
8  on a document that you prepared, right?
9     A   No.
10    Q   The email address below it, that is your
11  Gmail.com address, correct?
12    A   That is correct.
13    Q   The record there states, Monika, per your
14  request, here are the records Ricky and I have in
15  our database.
16        Do you see that?
17    A   Yes.
18    Q   Do you have any idea who Ricky is as
19  referred to in Exhibit 6?
20    A   No, sir.
21    Q   Have you ever maintained a database with
22  someone named Ricky?
23    A   No, sir.
24    Q   Have you ever maintained a database with
25  Ricardo Aguiar?
                                        Page 57

15 (Pages 54 - 57)

1    A  No, sir.
2    Q  Did Ricardo Aguiar ever work with you as
3  part of your practice after you left Equine
4  Veterinary Specialists?
5    A  No, sir.
6    Q  Do you know if Ricardo Aguiar is still
7  practicing veterinary medicine in the US?
8    A  No, I do not.
9    Q  If you look again at Exhibit 6 there are a
10  series of injections referenced as having occurred
11  starting on August 15th, 2018, through May 18,
12  2021; do you see that?
13    A  Yes.
14    Q  And these injections according to Exhibit 6
15  are purported to have been made on Dylan, an
16  18-year-old dark bay quarter horse geld; do you see
17  that?
18    A  Yes.
19    Q  Did you ever administer any knee injections
20  to a horse named Dylan at Villa Chardonnay at any
21  time between August 15th, 2018, and May 18th,
22  2021?
23    A  No, sir.
24    Q  Did you ever administer any vaccines to
25  Dylan during that time period?

Page 58

1    A  No, sir.
2    Q  Did you ever administer any dental floats
3  to Dylan during that time period?
4    A  No, sir.
5    Q  I take it from your prior answers,
6  testimony about not using DEPO-MEDROL, you never
7  administered any of the DEPO - Amik shots that are
8  identified as having occurred between August 15th,
9  2018, through May 18, 2021; is that right?
10    A  That is correct.
11    Q  Look at the second page of Exhibit 6, if
12  you could, please, sir. There's a reference to a
13  second horse named Sundae, a 16-year-old black
14  quarter horse mare. And there's a paren, deceased,
15  do you see that?
16    A  Yes.
17    Q  Again, there are a series of injections
18  that are purported to have occurred between
19  August 15, 2018, to January 21, 2020; do you see
20  that?
21    A  Yes.
22    Q  Did you administer any of these injections
23  to a horse named Sundae on any of these dates
24  between August 15, 2018, through January 21, 2020?
25    A  No, sir.

Page 59

1    Q  Do you know if anyone else other than you
2  administered these injections?
3    A  No, sir.
4    Q  Did you ever administer any knee injections
5  to a horse named Sundae at Villa Chardonnay at any
6  point in time?
7    A  No, sir.
8    Q  Did you ever administer any vaccines to
9  Sundae at any point in time?
10    A  No, sir.
11    Q  Did you ever administer any dental notes to
12  Sundae during any point in time?
13    A  No, sir.
14    Q  If you could, please, turn back to the
15  front page of Exhibit 6. There's an asterisk and
16  then it says Kenalog Poly Amikacen (sic).
17       Do you have an understanding as to what
18  that means?
19    A  I do not, no. Can I speculate?
20       MS. HOWSON:  No. Please do not.
21  BY MR. DWIGHT:
22    Q  Don't speculate, but do you know what
23  Kenalog is?
24    A  Yes.
25    Q  What is Kenalog?

Page 60

1    A  A steroid.
2    Q  What about Poly?
3    A  That's the tough one. I don't know.
4    Q  Is that short for poly glycin, glycan?
5    A  I don't know.
6    Q  What is Polyglycan, P-o-l-y-g-l-y-c-a-n?
7    A  It's a product where it's a hyaluronic
8  acid.
9    Q  What is it used for?
10    A  Hyaluronic acid, depending on where
11  injected, is a great anti-inflammatory, it's a
12  lubricant, it's a neovascular generator.
13    Q  And what about Amikacin, do you know what
14  that is?
15    A  Antibiotic.
16    Q  Did you administer any of those three
17  medications we just discussed to either Dylan or
18  Sundae at any point in time?
19    A  No, sir.
20    Q  Let's turn back to Exhibit 2. These are
21  the documents you produced in response to your
22  deposition subpoena. And I'd like to draw your
23  attention -- I'm sorry. If you could just put
24  Exhibit 6 back in front of you and we'll go back to
25  your record. One last question on Exhibit 6.

Page 61

**16 (Pages 58 - 61)**

## Animal Abuse (Barn):

Donkey – In the barn, first inside stall on the right, the animal is down on the ground unable to stand, while emaciated and starving to death; it is writhing in pain. Its teeth and gums protruded while gasping to die.

Starving Horse #1 - In the barn, second inside stall on the right, horse is extremely skinny, and the backbone is visible and protruding.

Starving Horse #2 - In the barn, third inside stall on the right, horse is extremely skinny, and down on the ground **UNABLE** to stand. The horse is being tortured.

Starving Horse #3 - In the barn, fourth inside stall on the right, horse is emaciated and **UNABLE** to move. The horse is in a state of fatal laminitis founder due to neglect, with massive amounts of untreated pressure sores. The animal is so malnourished its blanket falls off its body.

Starving Horse #4 - In the barn, fourth outside stall on the right, horse is extremely skinny, and the hips and backbone are visible and protruding. The horse is in a state of fatal laminitis founder due to neglect, with massive amounts of untreated pressure sores. The animal is so malnourished its blanket falls off its body.

Starving Horse #5 - In the barn, third outside stall on the right, horse is extremely skinny, and the hips and backbone are visible and protruding. The horse is in a state of fatal laminitis founder due to neglect, with massive amounts of untreated pressure sores. The animal is so malnourished its blanket falls off its body.

Ponies #1 & #2 - In the barn, first and second (combines quarters) outside stalls on the right are massively obese and approaching death via foundering. Their hooves are very long, thick, and curled in jeopardy of the coffin bone(s) breaking through.

Skinny horses #5, #6, & #7 – In the barn, first, second, and third stalls on the left horses are extremely skinny, and the hips and backbone are visible and protruding.

## Animal Abuse (Outside):

Draft horse – In the back pasture, the horse is VERY skinny, and the feet are excessively long.

All Other Horses – **EVERY** outside horse is massively obese and approaching death via foundering.

**OVER** 200 cats reside on the property, in a confined coup environment the size of a two-car garage; they live on-top of one another in a trampling manner, in a cramped environment.

## Re: PRA Request A21-639820

From:  Christine Sutherland (christinedvm2012@gmail.com)

To:  cmyers@arkwatchfoundation.com

Cc:  kelly.campbell@sdcounty.ca.gov; lkoivula@humanesociety.org; hsoloff@manatt.com;
audrey@savinghorsesinc.com

Date:  Saturday, March 20, 2021, 08:04 PM PDT

Good evening Kelly,
I'm writing as the veterinarian who treated Dylan during his time at Reata Equine Hospital. He did not present to the
clinic with an eye injury and was not treated for one during his stay with us. Dylan did not have any abnormalities of
either eye at the time of his discharge and transport to Villa Chardonnay. If you have any questions regarding his
medical records please feel free to contact me.
Thank you for your time,
Dr Sutherland

Sent from my iPhone

Exempt portions redacted per
CA Gov Code 6254(f) and/or 6255

**Activity Card**

02/20/21 (14:20) TTP: Received text from ███ earlier, unable to meet until approx 1430 hours. Arrived at 4554 Boulder Creek with DAS L. Foster, RVT. Met w/ Kerber and ███ at the gate. Advised complaint of lack of shelter and veterinary care for animals, specifically those in the barn. Kerber showed us the "shelters" she had purchased for the pastures, which are ultimately x-large greenhouse style coverings that are open on either side. Kerber later informed me they are set to be delivered Monday. Kerber and ███ explained that as they are a sanctuary, people expect to see their animals in a condition typically seen in a rescue-to-adopt setting, but that will just never be the case. They stated they have faced harassment for years, and this is just the harassment continuing. I asked if their veterinarian would be joining, as I was told that was a possibility. They advised they opted not to, as they didn't feel it was necessary, but they will be having a third person joining later.

Kerber toured us around the facility on the gator, starting up at the feed barn. In the barn, we observed plenty of Alfalfa and Bermuda hay for all animals on property. Also observed bags of Timothy pellets, senior feed, and bran pellets. The feed barn was clean, with feed stacked appropriately for ease of access. Kerber advised feed delivery is every Monday, and showed invoices to prove feed delivery. En route to the feed barn is two pastures that run along the fenceline. All horses in these pastures appeared in good flesh as we passed through. I scanned the visible horses and was not able to observe any obvious hoof care concerns. On the other side is the larger, main pasture, which we would drive through later. From this area, we drove towards the chickens, pig, and steer. The chickens were kept in an enclosed shed/coop. One turkey inside enclosure. There was an outside enclosure, and a man door plus small "doggy door" for the chickens to go into the shed. Kerber advised they close the doors in the colder weather to help keep the inside warm. Sanitation was adequate, and birds had access to clean water. Clean shavings.

continued....

02/20/21 (14:20) TTP: continued...
Observed the pig in its enclosure. Pig was in a small cube shaped metal pen, approx 6 ft x 6 ft., that was elevated off the ground. Pig is obese, but otherwise, no other health concerns noted. Pig had access to clean water, sanitation acceptable. Clean shavings in the enclosure.Next to the pig was the steer. The steer was in an adequate sized corral with a tin roof for shelter. Steer appeared in good flesh, veering on overweight. Clean water. Sanitation acceptable. Hoof care adequate. Per Kerber, steer is blind. They are open to finding the steer a companion.
Next to the steer was a corral of three geriatric horses. All three had blankets, requested Kerber's worker remove blankets to see body conditions. Observed "Teddy" an approx 42 yr old gray horse (age approximated by Kerber). "Teddy" ambulated well, observed walking around corral. BCS approx 3/9, no action necessary for weight. RVT Foster was able to view incisor teeth and noted no obvious concerns. Horse was eating hay upon arrival to corral and ate well. Hoof care adequate. Next was "Charity" an approx 38 yr old chestnut with three high stockings and a blaze. "Charity" was thin, approx 3/9, but no action necessary. "Charity" ambulated well, observed walking in corral. Hoof care adequate. Last was "Manny" an approx 38 yr old dark brown bay. Horse thin, approx BCS 3/9, no action necessary. "Manny" ambulated well. Hoof care adequate. Coat acceptable on all three. Per Kerber, all horses in this corral were on Equinity, Glucosamine, Previcox, and under treatment from the vet. Sanitation acceptable in corral and horses had access to plenty of clean water. Horses interacted well in corral and size of corral adequate for three horses. Corral had a tin overhang that the horses could use for shelter.
Next, we went slightly up the hill to the barn. At this time, a man named ███ joined us, which he advised he was a friend of Kerber and ███. He continued on the tour with us. On the left hand side (south side) of the barn in the first pen was "Gabriel/Gaby" a dark bay horse. Horse had a distended penis. RVT Foster inspected the penis and penis appeared clean and without inflammation/irritation. Kerber stated the horse's penis has been like this and has not had issue. "Gaby" reportedly urinates well, which based on the size of the couple of urine spots in the pen, appeared accurate. "Gaby" was eating well and no other noted concerns.

continued...

02/20/21 (14:20) TTP: continued...
Next we viewed "Annie" a dark brown bay horse. "Annie" appeared a good weight, hoofs in adequate condition. "Annie" had a moderate sized mass on her chest that appeared calm at this time. The mass was not inflamed, irritated, bleeding, and appeared that it could be a fatty mass. No concern for further care on this horse. Next to "Annie" was "Dylan." "Dylan" was another dark brown bay horse. "Dylan" had bowed front legs and arthritis, but ambulated well in his stall. His left eye was deformed, possibly a small eye, and was red/inflamed. The eye apeared to be a chronic problem vs. a new injury. Kerber stated the vet has examined the eye nd they ultimately keep the eye clean, free of discharge, and apply medication as necessary. Per Kerber, no surgery required for eye. I was able to pet "Dylan" on his head and around the eye with no issue. "Dylan' reportedly came to sanctuary with this eye issue. Hoof care adequate.
Across the barn, we viewed "Mikey," a gray horse. Left front leg significantly bowed, and almost appeared inverted. Per Kerber, horse came with this deformity/old injury. Horse was able to walk around kennel, and was able to lie down to roll. Horse is overweight and would benefit from a weight-loss plan or diet to maintain mobility and lower risk of pain in the future. Kerber advised "Mikey" is able to get up on his own. Kerber requested one of her workers halter "Mikey" and encourage to get up on his own, which he was able to do. No signs on "Mikey" that he would be unable to get up, such as sores.
Observed "Louie" a black/dark bay (hard to tell in lighting) horse with bandaging on his left front hoof. Per Kerber, "Louie" had an abscess that had been discovered by the farrier a week prior. "Louie" was due for a recheck tomorrow, where the farrier will either redress or determine further care. Horse appeared in good flesh otherwise.

continued....

## Activity Card

Exempt portions redacted per CA Gov Code 6254(f) and/or 6255

03/11/21 (13:50) TTP: ***"Negrita" - Most concerning, depressed mentation, emaciated, has blanket (we had VC remove for closer inspection) BCS 1/9, legs and knees bowed laterally, wounds (blanket / bed sores" over body (sprayed with aluminum / silver spray daily). Wounds themselves do appear to be cared for (reported betadine and antiseptic spray) however quality of life is extremely concerning. Difficulty standing and ambulating, hooves / heels are high, unsure if horse could hold her weight for trim due to instability; reportedly under vet care however horse needs new plan. I consider this horse to be suffering.

*Bambi - legs, Underweight, has blanket, sores over body relatively superficial (reportedly being treated: sprayed with aluminum / silver daily, cleaned PRN w/ betadine). Overall body condition is concerning, Rec. DVM recheck,

*Molly - Underweight, BCS ~2/9 has blanket, sores over body relatively superficial (reportedly being treated: sprayed with aluminum / silver daily, cleaned PRN w/ betadine). Overall body condition is concerning, Rec. DVM recheck

*2 ponies in Barn - reportedly received from Heaven Can Wait rescue, toes are significantly overgrown and turn up; VC (Monika) reports are on routine schedule with farrier and cannot correct the overturn and only manage. Some wounds on legs reportedly being cleaned PRN and treated.

Molly (donkey)- Large tumor on crest of neck, reportedly managed by DVM and has surgery whenever tumor grows to the point where surgery is required? Tumor looks significantly large at this time - (DVM /surgeon Arthur Esquibel?) Recommend recheck veterinarian.

A second donkey also has large granulating wound on lateral front limb, VC (Monika) showed pictures how this wound was much worse when they obtained and is now better. Though wound is large, it does look significantly improved from the picture

Lightning - reportedly diagnosed with Cushing's, toes are overgrown and turn upwards

continued...

03/11/21 (13:50) TTP: *Many of the barn horses, minis/ ponies / donkeys and some of the larger horses that are reported to have laminitis have overgrown hooves that turn upwards. Though laminitis can cause hoof wall to become concave and turn up slightly, it seems these hooves are not aligned or balanced in any way. Concern for discomfort and uneven distribution of weight (coffin bone rotation / sinking / founder.) VC reports that the farrier is managing this and cannot correct the hooves all at one time as it needs to be done gradually. However, I recommend recheck by DVM ensuring proper tx plan adequate care / comfort level / QOL. VC reports many of these horses have been under care for years. These horses are all receiving Bermuda hay, low starch senior feed, equinity supplement, glucosamine supplement, previcox.

Cattery
52 cats per VC; overall clean and adequate shelter, building new, "catio" currently under construction so cats can have indoor / outdoor (covered) access.

Rescues from shelter, many special needs (behavior / medical)

Several cats older, some unkept coats (very few with mats), both feral and non-feral cats all housed. No Vx or viral testing. Few cats are lean, few could use brushing. VC (Monika) states some cats will not tolerate brushing, but most do. Many longhair cats appear recently brushed / groomed.

VC (Monika) reports cats go to different veterinarians in Poway and Escondido if vet care is needed . She likes to have more then 1 RDVM in case one facility is busy, backed up appts, etc.

Peaches - BAR, petit cat, hx stomatitis, thin (~ BCS 3/9), brief view of oral cavity noted all teeth had been surgically removed, gingiva appears quiet, no hypersalivating, social and likes to be pet.

Gris - Matted fur on chest, would benefit from grooming.

## Activity Card

04/28/20 (1426) DJG; Reviewed call. Called Code Enforcement, received email from Brad Hernandez. Inspection complete 4/15/20 No violations found. On scene, met with MONICA KERBER                     President of Sanctuary. Advised complaint. Kerber told me they just moved in officially 2 weeks ago and so far, she has met with Code Enforcement, Health Department and now Animal Control. Kerber told me her facility is open for inspection anytime as she has nothing to hide. Said she has been operating for 17 years and accredited by American Sanctuary Association (ASA). Facility is 41 acres and they closed property on March 16, 2020. Observed while driving around on Kobuda approx. 100 horses, 4 goats, 1 pig, 1 blind steer "Bruno" and a variety of chickens/turkey/ducks. Majority of herd elderly, some blind and obvious medical/physical deformities. All animals seen appeared bright, alert, had access to water and fresh hay or ground soft feed (grain/pellets), access to clean paddocks/pastures and fresh water. Majority of horses seen good weight and farrier care. Observed full barn of hay, grain and medical room. Most horses out in fields/pastures free roaming large acreage.

Horses to recheck;
"Apple" Bay TB gelding 20+ 3/9 - came to sanctuary thin 3 weeks ago
"Jake" Sorrel/White gelding 35yo 2.5/9 has muscle atrophy.
"Molly" Palomino mare 27y/o 3/9 Horse was loose on property eating on her own as lives with a group of burros/horses Hay Bermuda only due to founder history. Deformed back I/hoof.
 "Dancer" Bay mare Farrier care due - wide foot slight crack starting
"Cowboy" Palomino gelding 29/30 yo in barn was scald type injuries from wearing a blanket 7/24 received 2 weeks ago
"Mr Beans" gelding 40y/o Burro in barn 3/9 with bowed front legs and open deep sore on left hip. Pressure Sore has been treated for the last month. Treating with Colloidal Silver, wound treated every day. Wound appeared clean.

→ Not a vet.
Animals under vet care Dr. Rickie Aguilar and Arturo Esquivel. Dr Aguilar is scheduled for 5/2/20 as some of the horses lost weight due to transfer. Thin horses already scheduled for vitamin B-12 shot. Farrier Mario Aguiar comes every week and horses are trimmed as needed. Owners and 7 employees live on the ranch to assist with care.

No dogs or cats seen. Kerber claimed ownership of 4 dogs, (2) 8yo Belgian Malinois and (2) 15yo GSD/LAB mixes. Educated license requirement. Kerber agreed to license dogs on-line and recheck 45 days. Continued page 4
04/28/20 (1428) DJG; Continued from page 3. Called and spoke to           , advised result.       told me they are mostly upset because of the changed landscape. Deer no longer grazing on land. Educated importance of properly run sanctuaries for horses as a safety net and the cleared land provides additional safety for neighbors regarding fire. Requested a call to dispatch if any further concerns on animals. Emailed D. D. Costello and D. Campbell update. DJG

06/29/20 (1710) DJG; Arrived at 4554 Boulder Creek Rd.  Access gate secured shut.  I called Kerber           and     , left message on machines. Advised at gate for recheck, requested call to my cell. Texted same. Pushed button at gate, no response.  Emailed:
From: Gove, Denise
Sent: Monday, June 29, 2020 5:29 PM
To:
Subject: A20-634379 Recheck

Hi Monika,

I am in Julian today and stopped by hoping to meet with you for our recheck.  I tried both your cell's and buzzed at the gate, no luck with response.

Can you please give me            or dispatch             a call and schedule a meet time.
I am best available tomorrow.

Received a call from Kerber.  She received my email. Kerber agreed to meet with me tomorrow as currently in Escondido shopping.  Scheduled meet time. DJG
DJG

Exempt portions redacted per
Ca. Govt. Code 6254 (f) and/or 6255