**EXHIBIT 4**

Manatt, Phelps &
Phillips, LLP
Attorneys At Law
Silicon Valley

1

404566705.4

# Agreement

From: Monika Kerber <monika@villachardonnay.org>
To: rcgetty@aol.com <rcgetty@aol.com>
Subject: Agreement
Date: Fri, Nov 1, 2019 11:12 am
Attachments: Agreement For Extension Of Lease And Sale Of Kelstar Property.pdf (2261K)

Dear Bob:

I appreciate what you are doing for me and my babies more than words can express. I absolutely appreciate your help and comfort in these tough times where I don't know what to do.

Attached is the last addendum we signed after the con artist stole our money. Where it says that we didn't pay the rents was the money that was part of the money that was going into the escrow closing but even though he stole that money all is paid in full by now. I just have to pay the November rent today (or Monday). After buying the feed this week I have only 347.50 in the bank. I also need to pay 10k+ for the salaries of my guys.
Bob if I give you the three invoices for the Lincoln, the Porsche and the pickup we have to feed the horses. I will reimburse along with the 4k before the end of the year while I am waiting for more donations. I have asked and looked everywhere that's why I am asking you the last.

Hugs,