MANATT, PHELPS & PHILLIPS, LLP
KEVIN P. DWIGHT (Bar No. CA 239476)
kdwight@manatt.com
CONNOR J. FARLEY (Bar No. CA 361715)
cfarley@manatt.com
203 Redwood Shores Parkway, Suite 125
Redwood City, CA 94065
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Counsel for Creditors
CELINE MYERS AND
THE ARK WATCH FOUNDATION

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Villa Chardonnay Horses With Wings, Inc.,<br><br>　　　　　Debtor. | Case No. 3:25-bk-04245-JBM11<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Ctrm.:　　Department 2, Room 118<br>　　　　　United States Bankruptcy Court<br>　　　　　325 West F Street<br>　　　　　San Diego, California 92101 |

# CERTIFICATE OF SERVICE

I, Leyna Duong, declare as follows:

I am employed in Orange County, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 695 Town Center Drive, 14th Floor, Costa Mesa, California 92626-1924. On the date listed below, I served the within document(s):

- **CREDITORS CELINE MYERS AND THE ARK WATCH FOUNDATION'S RESPONSE TO THE CHAPTER 11 TRUSTEE'S STATUS REPORT DATED FEBRUARY 24, 2026**
- **EXHIBITS 1 - 4**
- **CERTIFICATE OF SERVICE**

on the interested parties listed below:

| | |
|---|---|
| **Michael R Totaro**<br>Totaro & Shanahan, LLP<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br>888-425-2889<br>Fax : 310-496-1260<br>Email: Ocbkatty@aol.com | **Leslie T. Gladstone**<br>**Andrew Levin**<br>**Hilda Montes de Oca**<br>Financial Law Group<br>5656 La Jolla Blvd.,<br>La Jolla, CA 92037<br>leslieg@flgsd.com<br>andrewl@flgsd.com<br>hildam@flgsd.com |
| **Michael R. Totaro**<br>23852 Pacific Coast Hwy, Ste 661<br>Malibu, CA 90265 | **Villa Chardonnay Horses With Wings Inc.**<br>4554 Boulder Creek Rd<br>Julian, CA 92036 |

☒ **(BY MAIL)** By placing such document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Manatt, Phelps & Phillips, LLP, Costa Mesa, California following ordinary business practice. I am readily familiar with the practice at Manatt, Phelps & Phillips, LLP for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

| | |
|---|---|
| • Christin A. Batt, Attorney for Chapter 11 Trustee<br>christinb@flgsd.com | • Meredith King, Special Notice Attorney for Creditor Private Mortgage Lending, Inc., River Falls LLC, The Armbrust Living Trust<br>mking@fsl.law, |
| • David K. Eldan, Attorney for California Dept. of Justice<br>David.Eldan@doj.ca.gov,<br>rpinal@pmcos.com | • Andrew Levin,<br>Attorneys for Chapter 11 Trustee<br>andrewl@flgsd.com,<br>leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |
| • Leslie T. Gladstone,<br>Chapter 11 Trustee<br>leslieg@flgsd.com | |
| • Benjamin Heston,<br>Attorney for Creditor Darlene Sears<br>bhestoncf@gmail.com,<br>benheston@recap.email | • Hilda Montes de Oca,<br>Attorney for Chapter 11 Trustee<br>hildam@flgsd.com |
| • Haeji Hong<br>Special Notice Attorney for US Trustee's Office<br>Haeji.Hong@usdoj.gov,<br>USTP.Region15@usdoj.gov | • Shelby Poteet,<br>Attorney for Private Mortgage Lending, Inc., River Falls LLC, The Armbrust Living Trust<br>spoteet@fsl.law |
| | • Michael R Totaro,<br>Attorney for Debtor Ocbkatty@aol.com |
| | • United States Trustee<br>ustp.region15@usdoj.gov |

☒ **(BY ELECTRONIC MAIL)** By transmitting such document(s) electronically from e-mail address, lduong@manatt.com at Manatt, Phelps & Phillips, LLP, Costa Mesa, California, to the person(s) at the electronic mail addresses listed above. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **March 2, 2026**, at Costa Mesa, California.

_____
Leyna Duong

**CERTIFICATE OF SERVICE**

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Costa Mesa