# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | Villa Chardonnay Horses With Wings, Inc. |
| **Case Number:** | 25-04245-JBM     **Chapter:** 11 |
| **Date / Time / Room:** | 03/03/2026 10:00 AM, Department 2 |
| **Bankruptcy Judge:** | J. Barrett Marum |
| **Courtroom Clerk:** | Russell Paluso |
| **ECRO:** | N/A |

### Matters:

STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 1/27/26)

### Appearances:

LESLIE GLADSTONE, CHAPTER 11 TRUSTEE
MEREDITH KING, ATTORNEY FOR PRIVATE MORTGAGE LENDING, INC., RIVER FALLS, INC., THE ARMBRUST LIVING TRUST
KEVIN DWIGHT, ATTORNEY FOR THE ARK WATCH FOUNDATION, CELINE MEYERS (video)

### Disposition:

Continued to 5/7/26 at 1:30 p.m.

Ms. Gladstone is to file a status report by no later than 4/30/26.

Ms. Gladstone is to file a notice for hearing regarding the bid procedure motion for 5/7/26 at 1:30 p.m. as stated on the record.