CSD 1547 [09/27/10]

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991
(619) 557-5620

**NOTICE OF CHANGE OF ADDRESS**

IN RE: Villa Chardonnay Horses With Wings, inc. , Debtor

CASE NUMBER: 25-04245-JBM11

PLEASE NOTE: This form may <u>not</u> be used by the debtor to add creditors to schedules or mailing matrices. Use Local Form CSD 1100, <u>AMENDMENT.</u>

Check appropriate box below:

☐ DEBTOR OR JOINT DEBTOR NAMED BELOW:

NAME: _____   ☐ Debtor   ☐ Joint Debtor
(Please print)

NEW ADDRESS: _____
(New Street or Post Office Address)

_____
(City)          (State)          (Zip Code)

SIGNATURE: _____
(Attorney for) Debtor or Joint Debtor

☒ CREDITOR NAMED BELOW:

NAME: River Falls, LLC, c/o DeAnn S. Cary, Ph.D.
(Please print)

NEW ADDRESS: 2240 Encinitas Boulevard #D131
(New Street or Post Office Address)

Encinitas          CA          92024
(City)          (State)          (Zip Code)

SIGNATURE: /s/ Meredith King
(Attorney for) Creditor

CSD 1547