PAUL J. LEEDS, ESQ. (SBN 214309)
pleeds@fsl.law
MEREDITH KING, ESQ. (SBN 280043)
mking@fsl.law
SHELBY A. POTEET, ESQ. (SBN 297621)
spoteet@fsl.law
FRANKLIN SOTO LEEDS LLP
444 West C Street, Suite 300
San Diego, California 92101
Tel: 619.872.2520
Fax: 619.566.0221

*Attorneys for River Falls, LLC,*
*Private Mortgage Lending, Inc., and*
*The Armbrust Living Trust*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re, <br><br> VILLA CHARDONNAY HORSES WITH WINGS, INC., <br><br> Debtor. | Case No: 25-04245-JBM11 <br><br> CHAPTER 11 <br><br> **PROOF OF SERVICE** |

I, the undersigned, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within-entitled action; my business address is 444 West "C" Street, Suite 300, San Diego, California 92101-7913. On March 5, 2026, I served the within documents, with all exhibits (if any):

- **NOTICE OF CHANGE OF ADDRESS OF CREDITOR RIVER FALLS, LLC**

☒ VIA CMF/ECF. I am familiar with the United States Bankruptcy Court, Southern District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the Court.  The Court's CM/ECF system will generate a Notice of

Electronic Filing (NEF) to the filing party, the assigned judge, and any registered uses in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

- **Christin A. Batt**   christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Kevin Dwight**   kdwight@manatt.com
- **David K. Eldan**   David.Eldan@doj.ca.gov, rpinal@pmcos.com
- **Leslie T. Gladstone**   candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Leslie T. Gladstone**   leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Carl Grumer**   cgrumer@manatt.com
- **Benjamin Heston**   bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Haeji Hong**   Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Andrew Levin**   andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Hilda Montes de Oca**   hildam@flgsd.com, leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com
- **Michael R Totaro**   Ocbkatty@aol.com
- **United States Trustee**   ustp.region15@usdoj.gov

☐  VIA ELECTONIC MAIL: by emailing the document(s) listed above to the email address(es) identified below:

I declare under penalty of perjury under the laws the State of California that the above is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 5, 2026, at San Diego, California.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jacquelyn Wilson*
　　　　　　　　　　　　　　　　　　　　　　　Jacquelyn Wilson