CSD 1547 [09/27/10]

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991
(619) 557-5620

FILED 2026 MAR -6 AM 10: 50
CLERK U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

## NOTICE OF CHANGE OF ADDRESS

IN RE: Villa Chardonnay Horses With Wings, Inc._____, Debtor

CASE NUMBER: 25-04245-JBM11

**PLEASE NOTE:** This form may **not** be used by the debtor to add creditors to schedules or mailing matrices. Use Local Form CSD 1100, <u>AMENDMENT</u>.

Check appropriate box below:

[ ]  DEBTOR OR JOINT DEBTOR NAMED BELOW:

   NAME:_____    [ ] Debtor   [ ] Joint Debtor
         (Please print)

   NEW ADDRESS:_____
               (New Street or Post Office Address)

   _____    _____    _____
   (City)                 (State)        (ZIP Code)

   SIGNATURE:_____
             (Attorney for) Debtor or Joint Debtor

[✓]  CREDITOR NAMED BELOW:

   NAME: River Falls, LLC
         (Please print)

   NEW ADDRESS: 2240 Encinitas Boulevard #D131
                (New Street or Post Office Address)

   Encinitas           CA            92024
   (City)              (State)       (ZIP Code)

   SIGNATURE: _[signature]_
              ~~(Attorney for)~~ Creditor

CSD 1547

Q 4245ntc 1p