CSD 2062 [08/01/24]
Court Telephone: (619) 557-5620
www.casb.uscourts.gov

Leslie T. Gladstone, Esq. (SBN 144615)
FINANCIAL LAW GROUP
5656 La Jolla Blvd., La Jolla, CA 92037
Telephone: (858) 454-9887
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES WITH WINGS, INC.

BANKRUPTCY NO. 25-04245-JBM11

Debtor(s)

**TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING**

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that the undersigned Trustee proposes to:

☐ Compromise or settle the following controversy [description of controversy to be settled and standards for approval of a settlement as required by LBR 9019]; or

☐ Allowance of compensation or reimbursement of expenses by trustee in the amounts indicated below [information required by FRBP 2002(c)(2)]; or
   Fees:
   Costs:

☒ Other:
   The Trustee seeks an order authorizing the use of a licensed veterinarian team and the relocation of various animals (the "**Notice**"). See the Addendum attached hereto and herein incorporated by reference for the terms of the Notice.

   Wherefore, the Trustee requests that this Court approve the Notice.

IF YOU OBJECT TO THE PROPOSED ACTION:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letters:

   - CL  -  call (619) 557-6019  -  DEPARTMENT ONE (Room 218)
   - JBM -  call (619) 557-5157  -  DEPARTMENT TWO (Room 118)
   - LT  -  call (619) 557-5157  -  DEPARTMENT THREE (Room 129)

CSD 2062 [08/01/24]

2. **Within 14[1] days from the date of this notice**, you are further required to serve a copy of your **Declaration in Opposition** and separate **Request and Notice of Hearing** [Local Form CSD 1184] upon the undersigned Trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 880 Front Street, Suite 3230, San Diego, CA 92101. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

   a. identify the interest of the opposing party; and

   b. state, with particularity, the factual and legal grounds for the opposition.

3. **You must** file the original of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

4. **If you fail to serve your "Declaration in Opposition to Intended Action" and "Request and Notice of Hearing"** within the 14-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the Trustee may proceed to take the intended action.

Dated: March 6, 2026

/s/ Leslie T. Gladstone

☒ Chapter 11 Trustee   ☐ Attorney for Chapter 11 Trustee

Address: 5656 La Jolla Blvd.,
La Jolla, CA 92037

Phone No.: (858) 454-9887
E-mail: candic@flgsd.com

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

## ADDENDUM TO NOTICE OF INTENDED ACTION

1. Trustee intends to utilize the services of a licensed veterinarian team in good standing, at no cost to the estate, to visit and inspect the animals at the Villa Chardonnay Property for one full day, to examine some animals (per the veterinarians' discretion) and to visually view the accommodations for various animals at the Property. The veterinarians will provide evidence of their own liability and errors/omissions insurance covering the visit and will each sign volunteer waiver forms prior to entry. The cost of the veterinarians' services, including any liability resulting therefrom, will be entirely born by Humane Farming Association ("**HFA**").

2. In addition to the foregoing, Trustee intends to allow relocation of all pigs, alpaca, geese, chickens, roosters, bulls, turkeys, donkeys, goats, turtles and lambs/sheep on the premises to HFA's farmed animal sanctuary, Suwanna Ranch. The movement of the animals will be conducted by professional independent third party livestock haulers. These contractors will provide evidence of liability and workman's compensation insurance covering any liability incurred as a result of the relocation and HFA will pay all costs of transportation, any veterinarian costs/exams needed to ready the animals (in HFA's discretion") and will ensure that all persons entering the Property have completed volunteer waiver forms. HFA and/or the third party livestock haulers agree to hold the estate harmless and to indemnify the estate for any damage caused to the Property and/or any of the animals as a result of the removal actions.

Villa Chardonnay Horses With Wings, Inc.
Case No. 25-04245-JBM11
Addendum to Trustee's Notice of Intended Action and Opportunity for Hearing