## UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF California

San Diego

In Re. Villa Chardonnay Horses With Wings, Inc.    §
                                                   §    Case No. 25-04245
                                                   §
        Debtor(s)                                  §

☐ Jointly Administered

# Monthly Operating Report                                       Chapter 11

Reporting Period Ended: 01/31/2026            Petition Date: 10/15/2025

Months Pending: 4                             Industry Classification: 8 3 9 9

Reporting Method:       Accrual Basis ○       Cash Basis ⦿

Debtor's Full-Time Employees (current):                          0

Debtor's Full-Time Employees (as of date of order for relief):   0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Austin J. Wade, CPA                       Bachecki, Crom & Co., Accountants for the Trustee
Signature of Responsible Party                Printed Name of Responsible Party

03/06/2026
Date                                          400 Oyster Point Blvd., Ste 106, S. San Francisco, CA
                                              Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                1

| | | |
|---|---|---|
| Debtor's Name | Villa Chardonnay Horses With Wings, Inc. | Case No. 25-04245 |

| | | Current Month | Cumulative |
|---|---|---:|---:|
| **Part 1: Cash Receipts and Disbursements** | | | |
| a. | Cash balance beginning of month | $-227 | |
| b. | Total receipts (net of transfers between accounts) | $5,000 | $19,686 |
| c. | Total disbursements (net of transfers between accounts) | $4,684 | $19,596 |
| d. | Cash balance end of month (a+b-c) | $89 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $4,684 | $19,596 |

| | | Current Month |
|---|---|---:|
| **Part 2: Asset and Liability Status** (Not generally applicable to Individual Debtors. See Instructions.) | | |
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory    (Book ○   Market ◉   Other ○   (attach explanation)) | $375 |
| d | Total current assets | $51,000 |
| e. | Total assets | $3,676,464 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $6,668,755 |
| l. | Prepetition priority debt | $323,937 |
| m. | Prepetition unsecured debt | $466,288 |
| n. | Total liabilities (debt) (j+k+l+m) | $7,458,980 |
| o. | Ending equity/net worth (e-n) | $-3,782,516 |

| | | Current Month | Cumulative |
|---|---|---:|---:|
| **Part 3: Assets Sold or Transferred** | | | |
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| | | Current Month | Cumulative |
|---|---|---:|---:|
| **Part 4: Income Statement (Statement of Operations)** (Not generally applicable to Individual Debtors. See Instructions.) | | | |
| a. | Gross income/sales (net of returns and allowances) | $5,000 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $5,000 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $4,377 | |
| f. | Other expenses | $307 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $316 | $322 |

Debtor's Name: Villa Chardonnay Horses With Wings, Inc.　　　　Case No. 25-04245

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)　　　　3

Debtor's Name: Villa Chardonnay Horses With Wings, Inc.   Case No. 25-04245

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

Debtor's Name: Villa Chardonnay Horses With Wings, Inc.    Case No. 25-04245

|   |       |   |   |   |   |   |   |
|---|-------|---|---|---|---|---|---|
|   | lxxix |   |   |   |   |   |   |
|   | lxxx  |   |   |   |   |   |   |
|   | lxxxi |   |   |   |   |   |   |
|   | lxxxii |  |   |   |   |   |   |
|   | lxxxiii | |   |   |   |   |   |
|   | lxxxiv | |   |   |   |   |   |
|   | lxxxv  | |   |   |   |   |   |
|   | lxxxvi | |   |   |   |   |   |
|   | lxxxvi | |   |   |   |   |   |
|   | lxxxvi | |   |   |   |   |   |
|   | lxxxix | |   |   |   |   |   |
|   | xc     | |   |   |   |   |   |
|   | xci    | |   |   |   |   |   |
|   | xcii   | |   |   |   |   |   |
|   | xciii  | |   |   |   |   |   |
|   | xciv   | |   |   |   |   |   |
|   | xcv    | |   |   |   |   |   |
|   | xcvi   | |   |   |   |   |   |
|   | xcvii  | |   |   |   |   |   |
|   | xcviii | |   |   |   |   |   |
|   | xcix   | |   |   |   |   |   |
|   | c      | |   |   |   |   |   |
|   | ci     | |   |   |   |   |   |

|   |   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)   *Aggregate Total* ||| | | | |
|   | *Itemized Breakdown by Firm* ||||||||
|   |   | Firm Name | Role |   |   |   |   |
|   | i     |   |   |   |   |   |   |
|   | ii    |   |   |   |   |   |   |
|   | iii   |   |   |   |   |   |   |
|   | iv    |   |   |   |   |   |   |
|   | v     |   |   |   |   |   |   |
|   | vi    |   |   |   |   |   |   |
|   | vii   |   |   |   |   |   |   |
|   | viii  |   |   |   |   |   |   |
|   | ix    |   |   |   |   |   |   |
|   | x     |   |   |   |   |   |   |
|   | xi    |   |   |   |   |   |   |
|   | xii   |   |   |   |   |   |   |
|   | xiii  |   |   |   |   |   |   |
|   | xiv   |   |   |   |   |   |   |

Debtor's Name: Villa Chardonnay Horses With Wings, Inc.    Case No. 25-04245

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

| Debtor's Name | Villa Chardonnay Horses With Wings, Inc. | | | Case No. | 25-04245 |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

Debtor's Name: Villa Chardonnay Horses With Wings, Inc.  Case No. 25-04245

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ○  No ●
b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○  No ●
c. Were any payments made to or on behalf of insiders? — Yes ○  No ●
d. Are you current on postpetition tax return filings? — Yes ●  No ○
e. Are you current on postpetition estimated tax payments? — Yes ●  No ○
f. Were all trust fund taxes remitted on a current basis? — Yes ●  No ○
g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○  No ●
h. Were all payments made to or on behalf of professionals approved by the court? — Yes ○  No ○  N/A ●
i. Do you have:
  Worker's compensation insurance? — Yes ●  No ○
    If yes, are your premiums current? — Yes ●  No ○  N/A ○  (if no, see Instructions)
  Casualty/property insurance? — Yes ●  No ○
    If yes, are your premiums current? — Yes ●  No ○  N/A ○  (if no, see Instructions)
  General liability insurance? — Yes ●  No ○
    If yes, are your premiums current? — Yes ●  No ○  N/A ○  (if no, see Instructions)
j. Has a plan of reorganization been filed with the court? — Yes ○  No ●
k. Has a disclosure statement been filed with the court? — Yes ●  No ○
l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ●  No ○

| | | |
|---|---|---|
| Debtor's Name | Villa Chardonnay Horses With Wings, Inc. | Case No. 25-04245 |

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○   No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○   No ○   N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Leslie T. Gladstone | Leslie T. Gladstone |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chapter 11 Trustee | 03/06/2026 |
| Title | Date |

Debtor's Name  Villa Chardonnay Horses With Wings, Inc.                    Case No.  25-04245



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)                                10

| Debtor's Name | Villa Chardonnay Horses With Wings, Inc. | Case No. | 25-04245 |
|---|---|---|---|

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Villa Chardonnay Horses With Wings, Inc.                                              Case No.  25-04245


PageThree


PageFour

| In Re: Villa Chardonnay Horses With Wings, Inc. | Case No. | 25-04245-JBM11 |
|---|---|---|
| Debtor | CHAPTER 11 MONTHLY OPERATING REPORT | |

## NOTES TO THE OPERATING REPORT

**For the Month Ended:** 1/31/2026  **Trustee Appointed:** 1/29/2026
**Chapter 11 Filed:** 10/14/2025

1) On October 14, 2025 a voluntary chapter 11 petition was filed by Villa Chardonnay Horses With Wings, Inc. in San Diego, California under the provisions of Chapter 11 of the United States Code, and was assigned case #25-04245-JMB11. The primary asset is a multi-acre horse ranch in Julian, CA that is currently operating as a non-profit rescue sanctuary for hundreds of rescued animals, primarily horses. On 1/29/2026 the Trustee was appointed to the case.

2) The accompanying operating report was assembled for your analysis under Chapter 11 of the Bankruptcy Code. The aforementioned operating report was not examined or reviewed by independent accountants in accordance with standards promulgated by the AICPA. This information is limited to the sole use of the parties in interest in this Chapter 11 case and is not to be provided to other parties.

3) The Trustee did not control the Debtor for most of the month of January 2026. Not all the books and records of the Debtor for periods prior to the Trustee being appointed were available. This January 2026 operating report has been prepared based upon the best available records, including previously filed operating reports, bank statements, bankruptcy schedules, etc. The Trustee cannot guarantee or verify the results from operations for periods prior to the Trustee's appointment.

4) The asset and liability figures on the operating report balance sheet are based primarily upon the Debtor's bankruptcy schedules. The values of the Debtor's assets and liabilities are currently being investigated.

5) The following parties have accrued professional fees and costs as of 1/31/2026:

| Month | **Financial Law Group** Trustee's Counsel Fees & Costs | **Bachecki Crom*** Trustee's Accountant Fees & Costs |
|---|---|---|
| January 2026 | 13,185.10 | - |
| **Subtotals** | **13,185.10** | **-** |

*Bachecki Crom did not commence work until February 2026

6) On 2/24/2026 the Trustee filed a detailed status report (Docket #123).

7) **Insurance** - The Trustee has corresponded with existing and new insurance brokers regarding the Debtor's various policies of insurance. Due to a recent cancelation of the Debtor's liability insurance (for previous lack of payment that resulted in the insurer declining to reinstate), the Trustee obtained new insurance for general liability effective February 20, 2026. The Trustee is also negotiating for new property insurance following receipt of a notice of cancellation scheduled for March 16, 2026. In addition, the Trustee is negotiating with State Fund to improve existing coverage under the Workers' Compensation policy in order to potentially cover the various volunteers.

# Initiate Business Checking℠

January 31, 2026 ■ Page 1 of 5



VILLA CHARDONNAY HORSES WITH WINGS
DEBTOR IN POSSESSION
CH11 CASE #25-04245(SCA)
PO BOX 1000
JULIAN CA 92036-1000

Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711
1-800-CALL-WELLS  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Two trending crypto scams to watch out for:

1. Crypto investments: Scammers befriend you on social media or through "wrong number" texts. They guide you to download a fake crypto app and then steal your "investment".
2. Crypto ATM deposits: Someone posing as a government official warns you about the security of your account and advises you to deposit cash into a Crypto ATM to "keep your money safe". Instead, you are actually depositing money in their account.

Red flags: Unexpected contact, promises of big investment returns, or threats about your account security.

Remember, no reputable organization will ask you to make cash deposits into a Crypto ATM. You may not get your money back.

January 31, 2026 ■ Page 2 of 5



## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 1/1 | -$226.86 |
| Deposits/Credits | 5,000.00 |
| Withdrawals/Debits | - 4,684.33 |
| Ending balance on 1/31 | $88.81 |

Account number: ████8509 (primary account)
VILLA CHARDONNAY HORSES WITH WINGS
DEBTOR IN POSSESSION
CH11 CASE #25-04245(SCA)

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 1/15 | | eDeposit IN Branch 01/15/26 01:40:47 PM 1674 Main St Ramona CA 4629 | 4,000.00 | | 3,773.14 |
| 1/16 | | eDeposit IN Branch 01/16/26 11:20:38 Am 1674 Main St Ramona CA 4629 | 1,000.00 | | |
| 1/16 | < | Business to Business ACH Debit - lpfs866-412-6739 lpfspmtwas 582310 Villa Chardonnay Horse | | 4,377.24 | 395.90 |
| 1/20 | | Purchase authorized on 01/19 Kahoots Ramona - 3 Ramona CA S466019729008588 Card 4629 | | 102.44 | 293.46 |
| 1/21 | | Purchase authorized on 01/20 Diamond D Ramona CA S306020611132979 Card 4629 | | 194.65 | 98.81 |
| 1/30 | | Monthly Service Fee | | 10.00 | 88.81 |
| Totals | | | $5,000.00 | $4,684.33 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

< Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

## Items returned unpaid

| Date | Description | | | Amount |
|---|---|---|---|---:|
| 1/23 | lpfs866-412-6739 lpfspmtwas 582310 Villa Chardonnay Horse | Reference # | 101000013094929 | 2,070.11 |
| 1/28 | lpfs866-412-6739 lpfspmtwas 582310 Villa Chardonnay Horse | Reference # | 101000015334683 | 2,070.11 |

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2026 - 01/31/2026 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| How to avoid the monthly service fee<br>Have any ONE of the following each fee period | Minimum required | This fee period |
| • Average ledger balance | $1,000.00 | $115.00 ☐ |

January 31, 2026 ■ Page 3 of 5 

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| • Minimum daily balance | $500.00 | -$226.86 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 5,000 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 1 | 100 | 0 | 0.50 | 0.00 |
| Total service charges | | | | | $0.00 |

## ☑ IMPORTANT ACCOUNT INFORMATION

Important updates to your Initiate Business Checking Account

We value your business and appreciate the trust you place in us. To continue providing competitive banking solutions, we're making updates to your Initiate Business Checking account, effective March 1, 2026.

What's changing?
To continue enhancing the value we provide, we're adjusting some features of your Initiate Business Checking account. For fee periods beginning on or after March 1, 2026:
- Monthly Service Fee: Increasing from $10 to $15.
- Ways to Avoid the Fee:
1. Minimum daily balance requirement will increase from $500 to $2,000.
2. New option: Maintain a combined business deposit balance of $5,000 or more across eligible business checking, savings, and time accounts.
3. Removed option: The $1,000 average ledger balance method will no longer apply.

How to avoid the monthly service fee (Effective starting March 1, 2026)
You'll still have multiple ways to avoid the $15 monthly service fee by meeting any one of the following criteria:
- Maintain a minimum daily balance of $2,000 in your Initiate Business Checking account.
- Maintain a combined deposit balance of $5,000 or more across eligible business accounts.
- Own a Premier Checking, Private Bank Checking, or Private Bank Interest Checking account.

See the Business Account Fee and Information Schedule and Deposit Account Agreement at www.wellsfargo.com/biz/fee-information for additional business account information.

Need help?
If you have any questions or would like to explore other business checking options, your relationship manager is here to help. You can reach us anytime at 1-800-225-5935.

Thank you for choosing us to support your business - we're excited to continue growing together!

Provision of Emergency Services to Wells Fargo Visa Debit Card Holders

## Schedule of Supplies Donations and Purchases (January 2026)

| VILLA CHARDONNAY HORSES WITH WINGS INC | | | | | | |
|---|---|---|---|---|---|---|
| Date | Vendor | Credit/Cash/Debit/Check | Donor/Gift | Amount | Daily Subtotals | Receipt Provided |
| 1/3/2026 | Petromerica | Credit Card | Donor | $49.99 | | |
| 1/3/2026 | Zavaro Invesments | N/A | Donor | $24.32 | | |
| 1/3/2026 | Diamond D Feed & Supply | Credit Card | Donor | $122.77 | | |
| 1/3/2026 | Diamond D Feed & Supply | Credit Card | Donor | $1,734.28 | | |
| 1/3/2026 | Diamond D Feed & Supply | Cash | Donor | $20.00 | | |
| 1/3/2026 | Petromerica | Debit Card | Donor | $25.00 | $1,976.36 | |
| | | | | | | |
| 1/4/2026 | Kahoots Ramona | Cash | Donor | $94.95 | | |
| 1/4/2026 | Tractor Supply Co | N/A | Donor | $318.48 | $413.43 | |
| | | | | | | |
| 1/5/2026 | Kahoots Ramona | N/A Card | Donor | $94.95 | | |
| 1/5/2026 | Tractor Supply Co | N/A | Donor | $244.89 | | |
| 1/5/2026 | Diamond Feed & Supply | Credit Card | Donor | $618.65 | $958.49 | |
| | | | | | | |
| 1/6/2026 | Tractor Supply Co | N/A | Donor | $213.88 | | |
| 1/6/2026 | Diamond Feed & Supply | Credit Card | Donor | $594.65 | $808.53 | |
| | | | | | | |
| 1/8/2026 | Tractor Supply Co | N/A | Donor | $204.63 | | |
| 1/8/2026 | Kahoots Ramona | Cash & Debit Card | Donor | $61.45 | | |
| 1/8/2026 | Kahoots Ramona | Cash | Donor | $72.96 | $339.04 | |
| | | | | | | |
| 1/9/2026 | Tractor Supply Co | N/A | Donor | $511.44 | | |
| 1/9/2026 | Tractor Supply Co | N/A | Donor | $188.49 | | |
| 1/9/2026 | Diamond D Feed & Supply | Credit Card | Donor | $594.65 | $1,294.58 | |
| | | | | | | |
| 1/10/2026 | Ramco Petroleum #5 | Debit Card | Donor | $8.06 | | |
| 1/10/2026 | Ramco Petroleum #5 | Credit Card | Donor | $15.20 | | |
| 1/10/2026 | Ramco Petroleum #5 | Credit Card | Donor | $20.00 | | |
| 1/10/2026 | Diamond Feed & Supply | Credit Card | Donor | $559.65 | | |
| 1/10/2026 | Tractor Supply Co | N/A | Donor | $471.03 | | |
| 1/10/2026 | Kahoots Ramona | Debit Card | Donor | $94.95 | $1,168.89 | |

| VILLA CHARDONNAY HORSES WITH WINGS INC | | | | | | |
|---|---|---|---|---|---|---|
| Date | Vendor | Credit/Cash/Debit/Check | Donor/Gift | Amount | Daily Subtotals | Receipt Provided |
| 1/11/2026 | Tractor Supply Co | N/A | Donor | $337.30 | | |
| 1/11/2026 | Diamond D Feed & Supply | Cash | Donor | $594.65 | $931.95 | |
| | | | | | | |
| 1/12/2026 | Tractor Supply Co | Debit Card | Donor | $25.85 | | |
| 1/12/2026 | Tractor Supply Co | Cash & Debit Card | Monika Kerber | $402.91 | | |
| 1/12/2026 | Diamond D Feed & Supply | Cash | Donor | $594.65 | $1,023.41 | |
| | | | | | | |
| 1/13/2026 | Ramco Petroleum #5 | Cash | Donor | $20.00 | | |
| 1/13/2026 | Kahoots Ramona | Debit Card | Donor | $172.85 | | |
| 1/13/2026 | Tractor Supply Co | Debit Card | Monika Kerber | $363.82 | | |
| 1/13/2026 | Diamond D Feed & Supply | Credit Card | Donor | $543.68 | | |
| 1/13/2026 | Diamond D Feed & Supply | Cash & Credit Card | Donor | $560.67 | $1,661.02 | |
| | | | | | | |
| 1/14/2026 | Zavaro Invesments | Cash | Donor | $80.00 | | |
| 1/14/2026 | Tractor Supply Co | Cash | Monika Kerber | $307.10 | | |
| 1/14/2026 | Diamond D Feed & Supply | Cash | Donor | $594.65 | $981.75 | |
| | | | | | | |
| 1/15/2026 | Kahoots Ramona | Cash | Donor | $182.83 | | |
| 1/15/2026 | Tractor Supply Co | Cash | Donor | $254.32 | $437.15 | |
| | | | | | | |
| 1/16/2026 | Tractor Supply Co | Cash | Donor | $465.51 | | |
| 1/16/2026 | Ransom Brothers Ace | Cash | Donor | $54.00 | | |
| 1/16/2026 | Diamond D Feed & Supply | Cash | Donor | $594.65 | $1,114.16 | |
| | | | | | | |
| 1/17/2026 | Tractor Supply Co | Cash | Donor | $168.03 | | |
| 1/17/2026 | Tractor Supply Co | Cash | Monika Kerber | $247.87 | | |
| 1/17/2026 | Diamond D Feed & Supply | Cash | Donor | $594.65 | $1,010.55 | |
| | | | | | | |
| 1/18/2026 | Ramco Petroleum #2 | Credit Card | Donor | $64.36 | | |
| 1/18/2026 | Tractor Supply Co | N/A | Donor | $227.87 | | |
| 1/18/2026 | Diamond D Feed & Supply | Cash & Credit Card | Donor | $594.65 | | |
| 1/18/2026 | Diamond D Feed & Supply | Credit Card | Donor | $19.77 | $906.65 | |

| VILLA CHARDONNAY HORSES WITH WINGS INC | | | | | | |
|---|---|---|---|---|---|---|
| Date | Vendor | Credit/Cash/Debit/Check | Donor/Gift | Amount | Daily Subtotals | Receipt Provided |
| | | | | | | |
| 1/19/2026 | Diamond D Feed & Supply | Cash | Donor | $594.65 | | |
| 1/19/2026 | Tractor Supply Co | Cash | Donor | $501.04 | | |
| 1/19/2026 | Kahoots Ramona | Debit Card | Donor | $102.44 | $1,198.13 | |
| | | | | | | |
| 1/20/2026 | Tractor Supply Co | Cash | Donor | $278.02 | | |
| 1/20/2026 | Diamond D Feed & Supply | Cash & Credit Card | Donor | $594.65 | $872.67 | |
| | | | | | | |
| 1/21/2026 | Diamond D Feed & Supply | Credit Card | Donor | $594.65 | | |
| 1/21/2026 | Tractor Supply Co | N/A | Donor | $446.88 | | |
| 1/21/2026 | Ramco Petroleum #5 | Cash | Donor | $29.18 | | |
| 1/21/2026 | Kahoots Ramona | Debit Card | Donor | $124.93 | $1,195.64 | |
| | | | | | | |
| 1/22/2026 | Ramco Petroleum #5 | Debit Card | Donor | $26.71 | | |
| 1/22/2026 | Diamond D Feed & Supply | Credit Card | Donor | $594.65 | | |
| 1/22/2026 | Tractor Supply Co | N/A | Donor | $421.10 | $1,042.46 | |
| | | | | | | |
| 1/23/2026 | Tractor Supply Co | N/A | Donor | $349.12 | | |
| 1/23/2026 | Diamond D Feed & Supply | Credit Card | Donor | $594.65 | | |
| 1/23/2026 | Kahoots Ramona | Debit Card | Donor | $124.43 | $1,068.20 | |
| | | | | | | |
| 1/24/2026 | Tractor Supply Co | Cash | Donor | $425.10 | $425.10 | |
| | | | | | | |
| 1/25/2026 | Diamond D Feed & Supply | Cash | Donor | $594.65 | | |
| 1/25/2026 | Kahoots Ramona | Cash | Donor | $109.95 | $704.60 | |
| | | | | | | |
| 1/26/2026 | Diamond D Feed & Supply | Cash | Donor | $492.71 | | |
| 1/26/2026 | Tractor Supply Co | Cash | Donor | $414.55 | | |
| 1/26/2026 | Tractor Supply Co | N/A | Donor | $383.57 | $1,290.83 | |
| | | | | | | |
| 1/27/2026 | Tractor Supply Co | Cash | Donor | $405.35 | | |
| 1/27/2026 | Diamond D Feed & Supply | Cash | Donor | $594.65 | | |

| VILLA CHARDONNAY HORSES WITH WINGS INC | | | | | | |
|---|---|---|---|---|---|---|
| Date | Vendor | Credit/Cash/Debit/Check | Donor/Gift | Amount | Daily Subtotals | Receipt Provided |
| 1/27/2026 | Kahoots Ramona | N/A | Donor | $109.95 | | |
| 1/27/2026 | Tractor Supply Co | Cash | Donor | $375.35 | $1,485.30 | |
| | | | | | | |
| 1/28/2026 | Ramco Petroleum #1 | Credit Card | Donor | $77.31 | | |
| 1/28/2026 | Tractor Supply Co | Debit Card | Donor | $425.11 | | |
| 1/28/2026 | Diamond D Feed & Supply | Credit Card | Donor | $594.65 | $1,097.07 | |
| | | | | | | |
| 1/29/2026 | Kahoots Ramona | Debit Card | Donor | $94.95 | | |
| 1/29/2026 | Diamond D Feed & Supply | Credit Card | Donor | $1,189.30 | | |
| 1/29/2026 | Tractor Supply Co | Debit Card | Donor | $330.75 | $1,615.00 | |
| | | | | | | |
| 1/30/2026 | Tractor Supply Co | N/A | Donor | $514.60 | $514.60 | |
| | | | | | | |
| 1/31/2026 | United Pacific 76 | Debit Card | Donor | $56.92 | | |
| 1/31/2026 | Ramco Petroleum #1 | Credit Card | Donor | $83.60 | | |
| 1/31/2026 | Tractor Supply Co | Debit Card | Donor | $489.11 | | |
| 1/31/2026 | Diamond D Feed & Supply | Credit Card | Donor | $594.65 | | |
| 1/31/2026 | Wells Fargo Bank | Cash Deposit | Gift | $5,000.00 | $6,224.28 | |
| | | | | | | |
| 2/1/2026 | Kahoots Ramona | Credit Card | Donor | $179.76 | | |
| 2/1/2026 | Tractor Supply Co | Debit Card | Donor | $269.86 | | |
| 2/1/2026 | Diamond Feed & Supply | Credit Card | Donor | $594.65 | $1,044.27 | |
| | | | | | | |
| 2/2/2026 | Kahoots Ramona | Debit Card | Donor | $131.94 | | |
| 2/2/2026 | Tractor Supply Co | Debit Card | Donor | $247.87 | | |
| 2/2/2026 | Diamond D Feed & Supply | Credit Card | Donor | $594.65 | $974.46 | |
| | | | | | | |
| 2/3/2026 | Ramco Petroleum #1 | Credit Card | Donor | $74.95 | | |
| 2/3/2026 | Kahoots Ramona | Credit Card | Donor | $118.75 | | |
| 2/3/2026 | Kahoots Ramona | Credit Card | Donor | $237.49 | | |
| 2/3/2026 | Diamond D Feed & Supply | Credit Card | Donor | $594.65 | | |
| 2/3/2026 | Tractor Supply Co | Credit Card | Donor ( ███████ ) | $1,625.21 | | |