Matthew Sirolly, SBN 239984
STATE OF CALIFORNIA
LABOR COMMISSIONER'S OFFICE
320 w. 4th Street, Suite 600
Los Angeles, CA 90013
Telephone No. (213) 897-1511
Facsimile No. (213) 897-2877
E-mail: msirolly@dir.ca.gov

Attorney for Creditor or Interested Party,
Labor Commissioner

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## SAN DIEGO DIVISION

| | |
|---|---|
| In re<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor. | CASE NO. 25-04245-JBM11<br><br>CHAPTER: 11<br><br>**REQUEST TO BE ADDED TO ELECTRONIC NOTIFICATION LIST** |

**REQUEST TO BE ADDED TO NOTIFICATION LIST FOR ELECTRONIC FILINGS**

**To the Clerk of the U.S. Bankruptcy Court, Debtor, and all other interested parties:**

The above-named Creditor/Interested Party requests electronic notice of all documents filed in this case. This request for notice is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court and is not a waiver of any rights including the right to have final orders in non-core matters entered only after de novo review by a district judge; the right to trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related to this matter; or any other rights, claims, actions defenses, setoffs, or recoupments under any agreement, in law, or in equity.

Dated: 3/11/2026

STATE OF CALIFORNIA LABOR COMMISSIONER'S OFFICE

_____
Matthew Sirolly
Attorney for Creditor or Interested Party,
Labor Commissioner of the State of California

---

1

**REQUEST FOR ELECTRONIC NOTIFICATION**
*In re Villa Chardonnay Horses with Wings, Inc. (Case No. 25-04245)*