CSD 1180 [09/01/22]

Name, Address, Telephone No. & I.D. No.

Michael R Totaro 102229
Totaro & Shanahan
P.O Box 789
Pacific Palisades, CA 90272
310 804 2157 ocbkatty@aol.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Villa Chardonnay Horses With Wings, INC

BANKRUPTCY NO. 3:25-bk-04245-JBM

Tax I.D.(EIN)#: 85-1355769 /S.S.#:XXX-XX-_____ Debtor.

## NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING

TO OTHER PARTIES IN INTEREST:

**You are hereby notified** that Totaro & Shanahan, General Insolvency Counsel for

(select one:) ☐ the Trustee ☐ United States Trustee ☒ Debtor-in-Possession ☐ Creditor,

proposes to: (check all that apply)

☐ Use, sell or lease the following property not in the ordinary course of business [include information as required by FRBP 2002(c)(1)] and not free and clear of liens and interests[1];

☐ Abandon the following property [description of property to be abandoned];

☐ Compromise or settle the following controversy [description of controversy to be settled and relevant standards for approval as required by LBR 9019];

☐ Seek allowance of compensation or remuneration to debtor(s) or insiders as provided by LBR 4002-2;

☐ Seek compensation, commissions, or expenses of professionals to the extent the aggregate compensation and expenses exceed $1,000 as governed by FRBP 2002(a)(6);

☐ Seek compensation for reimbursement of expenses from the estate when the application is that of the trustee only;

☐ Intended dismissal of a complaint or cause of action for denial of discharge under 11 U.S.C. § 727, provided by FRBP 7041;

☒ Other [specify the nature of the matter]:

Seeks an Order Relieving Counsel of representation for Debtor out of Possession

---

[1]Note that Form CSD 1199 applies to sales free and clear of liens and interests.

CSD 1180 (Page 2) [12/01/2021]

If you object to the proposed action:

1.    **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to your bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letters:

|   |     |   |                       |   |                              |
|---|-----|---|-----------------------|---|------------------------------|
| - | MM  | - | call (619) 557-7407   | - | DEPARTMENT ONE (Room 218)    |
| - | LT  | - | call (619) 557-6018   | - | DEPARTMENT THREE (Room 129)  |
| - | CL  | - | call (619) 557-6019   | - | DEPARTMENT FIVE (Room 318)   |

2.    **Within 14$^2$ days from the date of service of this motion**, you are further required to serve a copy of your *Declaration in Opposition to Motion* and separate *Request and Notice of Hearing* [Local Form CSD 1184] upon the moving party, together with any opposing papers. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must :

      a.    identify the interest of the opposing party; and

      b.    state, with particularity, the grounds for the opposition.

3.    **You must** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

     **If you fail to serve your** "*Declaration in Opposition to Intended Action*" **and** "*Request and Notice of Hearing*" within the 14-day$^2$ period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the moving party may proceed to take the intended action.

DATED: 3/16/2026

/s/ Michael R Totaro
_____
Moving Party or Attorney

---

$^2$Depending on how you were served, you may have additional time for response. See FRBP 9006.