**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq., (SBN 144615)

Andrew B. Levin, Esq. (SBN 290209)

Financial Law Group, PC

5656 La Jolla Blvd., La Jolla, CA  92037

Telephone (858) 454-9887

Email: LeslieG@flgsd.com

Proposed Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

Order Entered on
March 17, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: March 26, 2026
Time of Hearing: 2:00 p.m
Name of Judge:  J. Barrett Marum

## ORDER ON

### MOTION TO APPROVE TRUSTEE'S EMPLOYMENT OF JEFF WIEMANN AS NON-PROFIT CONSULTANT

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with

exhibits, if any, for a total of __2__ pages.  Motion/Application Docket Entry No. __121__.

//

//

//

//

//

//

//

DATED:    March 17, 2026

Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18] **(Page 2)**
ORDER ON MOTION TO APPROVE TRUSTEE'S EMPLOYMENT OF JEFF WIEMANN AS
DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS, INC.,                    CASE NO: 25-04245-JBM11

On February 18, 2026, Leslie T. Gladstone, chapter 7 trustee ("Trustee") filed and served her Motion to Approve Trustee's Employment of Jeff Wiemann ("Wiemann") as Non-Profit Consultant ("Motion").  (ECF No. 121)

This matter was scheduled for hearing on March 26, 2026, at 2:00 p.m., in the above-entitled Court.  As the Motion was unopposed, the Trustee was excused from appearance at the hearing.  The Court having reviewed the Motion, notice and service having been properly made, no opposition having been received thereto for the reasons stated in the Tentative Ruling and good cause appearing therefor,

THE COURT HEREBY ORDERS AS FOLLOWS:

1.  The Motion is granted in its entirety.

2.  The Trustee is authorized to employ Wiemann, pursuant to Bankruptcy Code Sections 327 and 328, and Wiemann's compensation shall be paid as an administrative expense, on a monthly basis, as follows:

    a.  Copies of invoices and supporting timesheets (collectively, the "Invoices") for which fees and costs are requested shall be served by mail and/or ECF on Debtor, the United States Trustee, Debtor's list of 20 largest unsecured creditors (if any), and parties requesting special notice;

    b.  Those served with an opportunity to object shall do so within 14 calendar days after service of the Invoices by notifying Trustee and Wiemann in writing and setting forth the specific grounds for the objection;

    c.  In the event of an objection, Wiemann shall have the option to either request a hearing on the objection or holdback the amount of fees/expenses that are the subject of the objection until an application for compensation is heard, provided further that the 20% automatic holdback of fees can include any fees to which an objection was raised;

    d.  In the event there is no objection, Wiemann may be paid 80% of the fees requested with a holdback of 20% of fees requested and 100% of expenses;

    e.  An application for interim award of compensation and expenses, in compliance with applicable federal and local bankruptcy rules and the Guidelines of the Office of the United States Trustee for the Southern District of California, must be filed with the Court and noticed for hearing in accordance with LBR 2002-2 approximately once every 120 days;

    f.  Neither the United States Trustee nor any party in interest shall be barred from raising objections to any charge or expense in any professional fee application filed with the Court on the ground that no objection was raised with respect to the Invoice; and

    g.  If Wiemann fails to comply with the 120-day fee application procedure set forth above, Wiemann shall not be entitled to continue to utilize the interim fee compensation procedure thereafter.

IT IS SO ORDERED.

CSD 1001A                                        Signed by Judge J Barrett Marum March 17, 2026

United States Bankruptcy Court

Southern District of California

In re:

Villa Chardonnay Horses With Wings, Inc.

 Debtor

Case No. 25-04245-JBM

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0974-3 | User: Admin. | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: pdfO4 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol  Definition**

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026    Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Levin | on behalf of Trustee Leslie T. Gladstone andrewl@flgsd.com leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |
| Benjamin Heston | on behalf of Creditor Darlene Sears bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Creditor The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Creditor Celine Myers cgrumer@manatt.com |
| Carl Grumer | |

District/off: 0974-3                          User: Admin.                              Page 2 of 2
Date Rcvd: Mar 17, 2026                       Form ID: pdfO4                             Total Noticed: 1

on behalf of Plaintiffs Celine Myers cgrumer@manatt.com

Christin A. Batt

on behalf of Trustee Leslie T. Gladstone christinb@flgsd.com
sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

David K. Eldan

on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov  rpinal@pmcos.com

Haeji Hong

on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov
USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

Hilda Montes de Oca

on behalf of Trustee Leslie T. Gladstone hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Kevin Dwight

on behalf of Creditor Celine Myers kdwight@manatt.com

Kevin Dwight

on behalf of Plaintiffs The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight

on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight

on behalf of Plaintiffs Celine Myers kdwight@manatt.com

Leslie T. Gladstone

candic@flgsd.com
christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Leslie T. Gladstone

on behalf of Trustee Leslie T. Gladstone leslieg@flgsd.com
candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Matthew Sirolly

on behalf of Creditor California Labor Commissioner msirolly@dir.ca.gov

Meredith King

on behalf of Creditor Private Mortgage Lending  Inc. mking@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King

on behalf of Creditor River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King

on behalf of Creditor The Armbrust Living Trust mking@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Michael R Totaro

on behalf of Defendant Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Michael R Totaro

on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Shelby Poteet

on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet

on behalf of Creditor Private Mortgage Lending  Inc. spoteet@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet

on behalf of Creditor River Falls  LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

United States Trustee

ustp.region15@usdoj.gov


TOTAL: 26