Leslie T. Gladstone, Esq.  (SBN 144615)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone:  (858) 454-9887
Facsimile:  (858) 454-9596
E-mail:  LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor(s). | Case No.:  25-04245-JBM11<br><br>**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF TRUSTEE'S NOTICE OF INTENDED ACTION AUTHORIZING THE USE OF VETERINARIAN TEAMS AND RELOCATION OF VARIOUS ANIMALS**<br><br>Honorable J. Barrett Marum |
|---|---|

I, LESLIE T. GLADSTONE, declare:

1.      I am the chapter 11 trustee for the bankruptcy estate of Villa Chardonnay Horses with Wings, Inc. ("**Debtor**").  All the information contained herein is within my personal knowledge, except for those matters alleged on information and belief and as to those matters I believe them to be true.  If called as a witness, I could competently testify thereto.

2.      On January 29, 2026, I was appointed as chapter 11 trustee of Debtor's bankruptcy estate (the "**Estate**").

3.     It has come to my attention that the time necessary for veterinarians to adequately examine the animals will exceed the one full day that has been offered by Humane Farming Association ("**HFA**").  As such, it is my intention to request additional veterinarian teams to address both the farmed animals, the horses, and the cats.

4.     I have been in contact with other organizations that are willing to provide these same services, at no cost to the Estate.

5.     Accordingly, I request that the order be modified to provide for multiple visits and potentially multiple veterinary teams to examine the animals, at not cost to the Estate.

6.     Any veterinary team involved will provide liability and errors/omissions insurance covering their visits and will sign volunteer waiver forms prior to entry.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2026, at La Jolla, California.

/s/ Leslie T. Gladstone
Leslie T. Gladstone

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS     2     DECLARATION OF LESLIE T. GLADSTONE IN
CASE NO. 25-04245-JBM11                                            SUPPORT OF TRUSTEE'S NOTICE OF INTENDED
                                                                                  ACTION