**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq. (SBN 144615)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

Order Entered on
April 2, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES WITH WINGS, INC.

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: J. Barrett Marum

## ORDER ON

### TRUSTEE'S NOTICE OF INTENDED ACTION AUTHORIZING THE USE OF VETERINARIAN TEAMS AND RELOCATION OF VARIOUS ANIMALS

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with

exhibits, if any, for a total of __2__ pages.  Motion/Application Docket Entry No. 135, 151

//

//

//

//

//

//

//

DATED:     April 2, 2026

_____
Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**
ORDER ON TRUSTEE'S NOTICE OF INTENDED ACTION AUTHORIZING THE USE OF VETERINARIAN TEAMS
DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS, INC.                      CASE NO: 25-04245-JBM11

On or about March 6, 2026, Leslie T. Gladstone, chapter 11 trustee ("Trustee"), filed and served her Notice of Intended Action and Opportunity for Hearing seeking an order authorizing the use of a licensed veterinarian team and the relocation of various animals (the "Notice of Intended Action").  On or about March 26, 2026, Trustee provided a declaration clarifying the time period needed for the veterinary examinations.

Trustee intends to utilize the services of one or more licensed veterinarian teams in good standing, at no cost to the Estate, to visit and inspect the animals at the Villa Chardonnay Property, to examine some animals (per the veterinarians' discretion) and to visually view the accommodations for various animals at the Property.  The veterinarians will provide evidence of their own liability and errors/omissions insurance covering the visit and will each sign volunteer waiver forms prior to entry.  The cost of the veterinarians' services, including any liability resulting therefrom, will be entirely born by Humane Farming Association ("HFA"), and/or other non-profit animal rescue associations as needed.

Trustee intends to allow relocation of all pigs, alpaca, geese, chickens, roosters, bulls, turkeys, donkeys, goats, turtles and lambs/sheep on the premises to HFA's farmed animal sanctuary, Suwanna Ranch.  The movement of the animals will be conducted by professional independent third party livestock haulers.  These contractors will provide evidence of liability and workman's compensation insurance covering any liability incurred as a result of the relocation and HFA will pay all costs of transportation, any veterinarian costs/exams needed to ready the animals (in HFA's discretion") and will ensure that all persons entering the Property have completed volunteer waiver forms.  HFA and/or the third party livestock haulers agree to hold the Estate harmless and to indemnify the Estate for any damage caused to the Property and/or any of the animals as a result of the removal actions.

It appearing that no opposition was filed; and the Court finding that the Notice of Intended Action is fair, reasonable and adequate, that notice was proper, for the reasons stated in the record and that good cause exists,

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Trustee is authorized to utilize the services of one or more licensed veterinarian teams in good standing, at no cost to the Estate, to visit and inspect the animals at the Villa Chardonnay Property, to examine some animals (per the veterinarians' discretion) and to visually view the accommodations for various animals at the Property.

2.  The veterinarians shall provide evidence of their own liability and errors/omissions insurance covering the visit and each shall sign volunteer waiver forms prior to entry.  The cost of the veterinarians' services, including any liability resulting therefrom, shall be entirely born by HFA, and/or other non-profit animal rescue associations, as needed.

3.  Trustee is authorized to relocate all pigs, alpaca, geese, chickens, roosters, bulls, turkeys, donkeys, goats, turtles and lamb/sheep on the premises to HFA's farmed animal sanctuary, Suwanna Ranch.  The movement of the animals shall be conducted by professional independent third party livestock haulers.  These contractors shall provide evidence of liability and workman's compensation insurance covering any liability incurred as a result of the relocation and HFA shall pay all costs of transportation, any veterinarian costs/exams needed to ready the animals (in HFA's discretion") and shall ensure that all persons entering the Property have completed volunteer waiver forms.  HFA and/or the third party livestock haulers shall hold the Estate harmless and indemnify the estate for any damage caused to the Property and/or any of the animals as a result of the removal actions.

IT IS SO ORDERED.

CSD 1001A                                                    Signed by Judge J Barrett Marum April 2, 2026