**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq. (SBN 144615)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

Order Entered on
April 2, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES WITH WINGS, INC.

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: J. Barrett Marum

## ORDER ON

**TRUSTEE'S NOTICE OF INTENDED ACTION AUTHORIZING THE USE OF VETERINARIAN TEAMS AND RELOCATION OF VARIOUS ANIMALS**

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with

exhibits, if any, for a total of __2__ pages.  Motion/Application Docket Entry No. 135, 151

//

//

//

//

//

//

//

DATED:     April 2, 2026

Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**
ORDER ON TRUSTEE'S NOTICE OF INTENDED ACTION AUTHORIZING THE USE OF VETERINARIAN TEAMS
DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS, INC.                    CASE NO: 25-04245-JBM11

---

On or about March 6, 2026, Leslie T. Gladstone, chapter 11 trustee ("Trustee"), filed and served her Notice of Intended Action and Opportunity for Hearing seeking an order authorizing the use of a licensed veterinarian team and the relocation of various animals (the "Notice of Intended Action").  On or about March 26, 2026, Trustee provided a declaration clarifying the time period needed for the veterinary examinations.

Trustee intends to utilize the services of one or more licensed veterinarian teams in good standing, at no cost to the Estate, to visit and inspect the animals at the Villa Chardonnay Property, to examine some animals (per the veterinarians' discretion) and to visually view the accommodations for various animals at the Property.  The veterinarians will provide evidence of their own liability and errors/omissions insurance covering the visit and will each sign volunteer waiver forms prior to entry.  The cost of the veterinarians' services, including any liability resulting therefrom, will be entirely born by Humane Farming Association ("HFA"), and/or other non-profit animal rescue associations as needed.

Trustee intends to allow relocation of all pigs, alpaca, geese, chickens, roosters, bulls, turkeys, donkeys, goats, turtles and lambs/sheep on the premises to HFA's farmed animal sanctuary, Suwanna Ranch.  The movement of the animals will be conducted by professional independent third party livestock haulers.  These contractors will provide evidence of liability and workman's compensation insurance covering any liability incurred as a result of the relocation and HFA will pay all costs of transportation, any veterinarian costs/exams needed to ready the animals (in HFA's discretion") and will ensure that all persons entering the Property have completed volunteer waiver forms.  HFA and/or the third party livestock haulers agree to hold the Estate harmless and to indemnify the Estate for any damage caused to the Property and/or any of the animals as a result of the removal actions.

It appearing that no opposition was filed; and the Court finding that the Notice of Intended Action is fair, reasonable and adequate, that notice was proper, for the reasons stated in the record and that good cause exists,

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Trustee is authorized to utilize the services of one or more licensed veterinarian teams in good standing, at no cost to the Estate, to visit and inspect the animals at the Villa Chardonnay Property, to examine some animals (per the veterinarians' discretion) and to visually view the accommodations for various animals at the Property.

2.  The veterinarians shall provide evidence of their own liability and errors/omissions insurance covering the visit and each shall sign volunteer waiver forms prior to entry.  The cost of the veterinarians' services, including any liability resulting therefrom, shall be entirely born by HFA, and/or other non-profit animal rescue associations, as needed.

3.  Trustee is authorized to relocate all pigs, alpaca, geese, chickens, roosters, bulls, turkeys, donkeys, goats, turtles and lamb/sheep on the premises to HFA's farmed animal sanctuary, Suwanna Ranch.  The movement of the animals shall be conducted by professional independent third party livestock haulers.  These contractors shall provide evidence of liability and workman's compensation insurance covering any liability incurred as a result of the relocation and HFA shall pay all costs of transportation, any veterinarian costs/exams needed to ready the animals (in HFA's discretion") and shall ensure that all persons entering the Property have completed volunteer waiver forms.  HFA and/or the third party livestock haulers shall hold the Estate harmless and indemnify the estate for any damage caused to the Property and/or any of the animals as a result of the removal actions.

IT IS SO ORDERED.

CSD 1001A                                                                 Signed by Judge J Barrett Marum April 2, 2026

United States Bankruptcy Court

Southern District of California

In re:                                                                                          Case No. 25-04245-JBM

Villa Chardonnay Horses With Wings, Inc.                                 Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                          User: Admin.                                   Page 1 of 2

Date Rcvd: Apr 02, 2026                   Form ID: pdfO1                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID**    **Recipient Name and Address**
db    \# Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:

**Name**    **Email Address**

Andrew Levin

    on behalf of Trustee Leslie T. Gladstone andrewl@flgsd.com
    leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Benjamin Heston

    on behalf of Creditor Darlene Sears bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Carl Grumer

    on behalf of Creditor The Ark Watch Foundation cgrumer@manatt.com

Carl Grumer

    on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com

Carl Grumer

    on behalf of Creditor Celine Myers cgrumer@manatt.com

Carl Grumer

    on behalf of Plaintiffs Celine Myers cgrumer@manatt.com

District/off: 0974-3                    User: Admin.                    Page 2 of 2
Date Rcvd: Apr 02, 2026                 Form ID: pdfO1                   Total Noticed: 1

Christin A. Batt
                    on behalf of Trustee Leslie T. Gladstone christinb@flgsd.com
                    sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

David K. Eldan
                    on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov  rpinal@pmcos.com

Haeji Hong
                    on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov
                    USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

Hilda Montes de Oca
                    on behalf of Trustee Leslie T. Gladstone hildam@flgsd.com
                    leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Kevin Dwight
                    on behalf of Creditor Celine Myers kdwight@manatt.com

Kevin Dwight
                    on behalf of Plaintiffs The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight
                    on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight
                    on behalf of Plaintiffs Celine Myers kdwight@manatt.com

Leslie T. Gladstone
                    candic@flgsd.com
                    christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Leslie T. Gladstone
                    on behalf of Trustee Leslie T. Gladstone leslieg@flgsd.com
                    candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Matthew Sirolly
                    on behalf of Creditor California Labor Commissioner msirolly@dir.ca.gov

Meredith King
                    on behalf of Creditor Private Mortgage Lending  Inc. mking@fsl.law,
                    ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
                    on behalf of Creditor River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
                    on behalf of Creditor The Armbrust Living Trust mking@fsl.law
                    ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Michael R Totaro
                    on behalf of Defendant Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Michael R Totaro
                    on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Shelby Poteet
                    on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law
                    ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet
                    on behalf of Creditor Private Mortgage Lending  Inc. spoteet@fsl.law,
                    ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet
                    on behalf of Creditor River Falls  LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

United States Trustee
                    ustp.region15@usdoj.gov


TOTAL: 26