## UNITED STATES BANKRUPTCY COURT

Southern   DISTRICT OF   California

San Diego

In Re.  Villa Chardonnay Horses With Wings, Inc.    §      Case No.  25-04245
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　Debtor(s)　　§

☐ Jointly Administered

# Monthly Operating Report                    Chapter 11

Reporting Period Ended: 03/31/2026          Petition Date: 10/15/2025

Months Pending: 6          Industry Classification: | 8 | 3 | 9 | 9 |

Reporting Method:          Accrual Basis ◯          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒  Statement of cash receipts and disbursements
☐  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☒  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Austin J. Wade, CPA                    Bachecki, Crom & Co., Accountants for the Trustee
Signature of Responsible Party             Printed Name of Responsible Party

04/24/2026
Date

　　　　　　　　　　　　　　　　　　　　　400 Oyster Point Blvd., Ste 106, S. San Francisco, CA
　　　　　　　　　　　　　　　　　　　　　Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Villa Chardonnay Horses With Wings, Inc.                    Case No.  25-04245

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $62,927 | |
| b. Total receipts (net of transfers between accounts) | $70,000 | $164,686 |
| c. Total disbursements (net of transfers between accounts) | $10,499 | $42,257 |
| d. Cash balance end of month (a+b-c) | $122,428 | |
| e. Disbursements made by third party for the benefit of the estate | $37,106 | $216,613 |
| f. Total disbursements for quarterly fee calculation (c+e) | $47,605 | $258,870 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory     (Book ○    Market ◉    Other ○    (attach explanation)) | $375 |
| d. Total current assets | $51,000 |
| e. Total assets | $3,676,464 |
| f. Postpetition payables (excluding taxes) | $70,000 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $70,000 |
| k. Prepetition secured debt | $6,668,755 |
| l. Prepetition priority debt | $323,937 |
| m. Prepetition unsecured debt | $466,288 |
| n. Total liabilities (debt) (j+k+l+m) | $7,528,980 |
| o. Ending equity/net worth (e-n) | $-3,852,516 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $9,966 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $533 | |
| k. Profit (loss) | $-10,499 | $-17,339 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  Villa Chardonnay Horses With Wings, Inc.                    Case No.  25-04245

## Part 5:  Professional Fees and Expenses

|   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Villa Chardonnay Horses With Wings, Inc.          Case No.  25-04245

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                  4

Debtor's Name  Villa Chardonnay Horses With Wings, Inc.                    Case No.  25-04245

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

UST Form 11-MOR (12/01/2021)                     5

Debtor's Name  Villa Chardonnay Horses With Wings, Inc.                    Case No.  25-04245

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

UST Form 11-MOR (12/01/2021)                    6

Debtor's Name  Villa Chardonnay Horses With Wings, Inc.　　　　Case No.  25-04245

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)　　　　7

Debtor's Name  Villa Chardonnay Horses With Wings, Inc.                    Case No.  25-04245

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ◯ No ⦿ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ◯ No ⦿ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯ No ⦿ | |
| d. | Are you current on postpetition tax return filings? | Yes ⦿ No ◯ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿ No ◯ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿ No ◯ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ⦿ No ◯ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◯ No ◯ N/A ⦿ | |
| i. | Do you have:  Worker's compensation insurance? | Yes ⦿ No ◯ | |
| | If yes, are your premiums current? | Yes ⦿ No ◯ N/A ◯ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿ No ◯ | |
| | If yes, are your premiums current? | Yes ⦿ No ◯ N/A ◯ | (if no, see Instructions) |
| | General liability insurance? | Yes ⦿ No ◯ | |
| | If yes, are your premiums current? | Yes ⦿ No ◯ N/A ◯ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◯ No ⦿ | |
| k. | Has a disclosure statement been filed with the court? | Yes ⦿ No ◯ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿ No ◯ | |

UST Form 11-MOR (12/01/2021)                    8

Debtor's Name  Villa Chardonnay Horses With Wings, Inc.                    Case No.  25-04245

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l.  Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?      Yes ◯  No ⦿

m.  If yes, have you made all Domestic Support Obligation payments?      Yes ◯  No ◯  N/A ⦿

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Leslie T. Gladstone                              Leslie T. Gladstone
_____                      _____
Signature of Responsible Party                       Printed Name of Responsible Party

Chapter 11 Trustee                                   04/24/2026
_____                      _____
Title                                                Date

Debtor's Name  Villa Chardonnay Horses With Wings, Inc.                    Case No.  25-04245



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Villa Chardonnay Horses With Wings, Inc.                    Case No.  25-04245

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                                    11

Debtor's Name  Villa Chardonnay Horses With Wings, Inc.                    Case No.  25-04245



PageThree



PageFour

**In Re: Villa Chardonnay Horses With Wings, Inc.**

Debtor

**Case No.**   25-04245-JBM11

**CHAPTER 11**
**MONTHLY OPERATING REPORT**

## NOTES TO THE OPERATING REPORT

**For the Month Ended:** 3/31/2026                    **Trustee Appointed:** 1/29/2026
**Chapter 11 Filed:** 10/14/2025

1) On October 14, 2025 a voluntary chapter 11 petition was filed by Villa Chardonnay Horses With Wings, Inc. in San Diego, California under the provisions of Chapter 11 of the United States Code, and was assigned case #25-04245-JMB11.  The primary asset is a multi-acre horse ranch in Julian, CA that is currently operating as a non-profit rescue sanctuary for hundreds of rescued animals, primarily horses.  On 1/29/2026 the Trustee was appointed to the case.

2) The accompanying operating report was assembled for your analysis under Chapter 11 of the Bankruptcy Code.  The aforementioned operating report was not examined or reviewed by independent accountants in accordance with standards promulgated by the AICPA. This information is limited to the sole use of the parties in interest in this Chapter 11 case and is not to be provided to other parties.

3) Not all the books and records of the Debtor for periods prior to the Trustee being appointed were available.  This operating report has been prepared based upon the best available records, including the Debtor's bankruptcy schedules, previously filed operating reports, bank statements, check copies, and Trustee transactions during the administration of this case.  The Trustee cannot guarantee or verify the results from operations for periods prior to the Trustee's appointment.

4) The asset and liability figures on the operating report balance sheet are based primarily upon the Debtor's bankruptcy schedules. The values of the Debtor's assets and liabilities are currently being investigated.

5) The following parties have estimated accrued professional fees and costs as of 3/31/2026:

| Month | Financial Law Group Trustee's Counsel Fees & Costs | Bachecki Crom Trustee's Accountant Fees & Costs |
|---|---|---|
| January 2026 | 13,185.10 | - |
| February 2026 | 43,036.67 | 3,682.00 |
| March 2026 | 55,715.68 | 4,142.84 |
| **Subtotals** | **111,937.45** | **7,824.84** |

6) **Bank Accounts**: Below is a Summary of the Debtor's Bank Accounts as of 3/31/2026:

| | Ch 11 TTEE Acct Western Alliance x2648 | DIP Acct Wells Fargo x8509 |
|---|---|---|
| **Bank Balance - per stmts** | **122,439.34** | **(11.10)** |
| Add Deposits in Transit | - | - |
| Subtract Outstanding Items | (176.02) | - |
| **Book Balance - per Form 2** | **122,263.32** | **(11.10)** |

7) On 2/24/2026 the Trustee filed a detailed status report (Docket #123).

8) **Insurance** - The Trustee has corresponded with existing and new insurance brokers regarding the Debtor's various policies of insurance.  Due to a recent cancelation of the Debtor's liability insurance (for previous lack of payment that resulted in the insurer declining to reinstate), the Trustee obtained new insurance for general liability effective February 20, 2026.  The Trustee is also negotiating for new property insurance following receipt of a notice of cancellation scheduled for March 16, 2026.  In addition, the Trustee is negotiating with State Fund to improve existing coverage under the Workers' Compensation policy in order to potentially cover the various volunteers.

9) In February of 2026, pursuant to the Trustee's Emergency Financing Motion, the Trustee was authorized to obtain financing $70,000, which will be used towards administrative expenses incurred from continuing operations and sale efforts.  The $70,000 financing was received in March 2026.

10) On 4/02/2026, the bankruptcy court authorized the Trustee to relocate animals to another animal sanctuary, at no cost to the estate (Docket #152).

**Western Alliance Bank®**
Member FDIC

**Western Alliance Bank**
450 B St Ste 150
San Diego CA 92101

Period Covered:
March 01, 2026 - March 31, 2026
Page 1 of 4

Leslie T. Gladstone, Esq.
5656 La Jolla Blvd
La Jolla CA 92037

| | |
|---|---|
| Case Number | 25-04245 |
| Case Name | Villa Chardonnay Horses With Wings, Inc. |
| | DEBTOR |
| Trustee Number | 002551 |
| Trustee Name | Leslie T. Gladstone, Esq. |
| | TRUSTEE |

☎ **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | ███2648 | $62,802.93 | $122,439.34 |
| **Total** | | **$62,802.93** | **$122,439.34** |

## TRUSTEE CHECKING                                    Account Number: ███2648

| | | |
|---|---|---|
| Enclosures | 4 | **Beginning Balance** | **$62,802.93** |
| | | + Total Additions | $70,000.00 |
| | | - Total Subtractions | $10,363.59 |
| | | **Ending Balance** | **$122,439.34** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 104 | 03-11 | $3,132.17 |
| 105 | 03-20 | $2,041.02 |
| 106 | 03-30 | $2,216.38 |
| 108* | 03-24 | $2,041.02 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-31 | ACH DEBIT QUARTERLY FEE PAYMENT 260331 0000 | $533.00 |
| 03-31 | BANK & TECH FEE | $400.00 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 03-16 | WIRE CR-USD WIRE IN;ORG-RIVER FALLS, LLC;OBI-Not Provided | $70,000.00 |

 **Western Alliance Bank**

**Western Alliance Bank**
450 B St Ste 150
San Diego CA 92101

Member FDIC

Period Covered:
March 01, 2026 - March 31, 2026
Page 2 of 4

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 02-28 | $62,802.93 | 03-11 | $59,670.76 | 03-16 | $129,670.76 |
| 03-20 | $127,629.74 | 03-24 | $125,588.72 | 03-30 | $123,372.34 |
| 03-31 | $122,439.34 | | | | |

Western Alliance Bank
450 B St Ste 150
San Diego CA 92101

Period Covered:
March 01, 2026 - March 31, 2026
Page 3 of 4

**Western Alliance Bank®**

Member FDIC



| 03/11/2026 | 104 | $3,132.17 | 03/11/2026 | 104 | $3,132.17 |
| 03/20/2026 | 105 | $2,041.02 | 03/20/2026 | 105 | $2,041.02 |
| 03/30/2026 | 106 | $2,216.38 | 03/30/2026 | 106 | $2,216.38 |
| 03/24/2026 | 108 | $2,041.02 | 03/24/2026 | 108 | $2,041.02 |

# Initiate Business Checking ℠

March 31, 2026 ■ Page 1 of 4



VILLA CHARDONNAY HORSES WITH WINGS
DEBTOR IN POSSESSION
CH11 CASE #25-04245(SCA)
5656 LA JOLLA BLVD
LA JOLLA CA 92037-7523

Questions?

*Available by phone Mon-Sat 7:00am-11:00pm Eastern
Time, Sun 9:00am-10:00pm Eastern Time:*
We accept all relay calls, including 711

1-800-CALL-WELLS  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
· P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Beware of bank impersonation scams.

Five signs the person contacting you is NOT Wells Fargo:

1. They ask for your password, PIN, or a verification code. Wells Fargo will not contact you and request this.
2. They tell you to return your card or move money by wiring funds, withdrawing cash, buying a cashier's check, or using a crypto
or bank ATM. Wells Fargo will never ask you to return your card or move your money to protect it.
3. They urge you to keep the conversation or transaction secret due to "an investigation".
4. They refuse to let you end a call or text conversation. Real Wells Fargo employees won't pressure you to continue a conversation.
5. They give you exact instructions for how to complete a transaction or answer bank-employee questions.

If something feels off, contact us directly.

You're in charge when it comes to your money. Learn more at: www.wellsfargo.com/nophishing

March 31, 2026 ■ Page 2 of 4


WELLS FARGO

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $123.90 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 135.00 |
| **Ending balance on 3/31** | **-$11.10** |

Account number: ████ 8509 (primary account)

VILLA CHARDONNAY HORSES WITH WINGS
DEBTOR IN POSSESSION
CH11 CASE #25-04245(SCA)

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 3/2 | | Purchase authorized on 02/28 Tractor Supply C 203 Hunt Ramona CA P466060060845289 Card 4629 | | 120.00 | 3.90 |
| 3/31 | | Monthly Service Fee | | 15.00 | -11.10 |
| **Totals** | | | **$0.00** | **$135.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2026 - 03/31/2026 | Standard monthly service fee $15.00 | You paid $15.00 |
|---|---|---|
| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period |
| • Minimum daily balance | $2,000.00 | $3.90 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 100 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 25-04245 | | Trustee Name: | Leslie T. Gladstone (002551) |
|---|---|---|---|---|
| Case Name: | Villa Chardonnay Horses With Wings, Inc. | | Bank Name: | Western Alliance Bank |
| Taxpayer ID #: | **-***6624 | | Account #: | ******2648 checking |
| For Period Ending: | 03/31/2026 | | Blanket Bond (per case limit): | $0.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/05/26 | 102 | INTERNATIONAL SURETIES | BOND 016252443 | 2300-000 | | ! 155.00 | 62,647.93 |
| 03/05/26 | 103 | INTACADVISORY | INSURANCE | 2690-000 | | ! 2,041.02 | 60,606.91 |
| 03/05/26 | 104 | STATE COMPENSATION INSURANCE FUND | WORKMAN'S COMP THRU 3/27/26 | 2690-000 | | 3,132.17 | 57,474.74 |
| 03/13/26 | 105 | INTACADVISORY | INSURANCE | 2690-000 | | 2,041.02 | 55,433.72 |
| 03/16/26 | | JOAN QUINN | DONATION | 1130-000 | ! 20.00 | | 55,453.72 |
| 03/16/26 | | SVCF | GRANT ****-**3678 (2013) GB-1641230 | 1130-000 | ! 2,000.00 | | 57,453.72 |
| 03/16/26 | {1} | RIVIERA INVESTMENTS WEST, INC. | WIRE IN;ORG-RIVER FALLS, LLC;OBI-Not Provided | 1290-000 | 70,000.00 | | 127,453.72 |
| 03/16/26 | 106 | AFCO ACCEPTANCE CORPORATION | APP 106085266 | 2690-000 | | 2,216.38 | 125,237.34 |
| 03/19/26 | 107 | OFFICE OF US TRUSTEE | QUARTERLY FEES Stopped on 03/27/2026 | 2950-000 | | 533.00 | 124,704.34 |
| 03/19/26 | 108 | TRUSTEE INSURANCE AGENCY | MARCH 19 PAYMENT INVOICE 2656-5630 | 2690-000 | | 2,041.02 | 122,663.32 |
| 03/27/26 | 107 | OFFICE OF US TRUSTEE | QUARTERLY FEES Stopped: check issued on 03/19/2026 | 2950-000 | | -533.00 | 123,196.32 |
| 03/31/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 400.00 | 122,796.32 |
| 03/31/26 | | Office of the US Trustee | QUARTERLY FEE PAYMENT 260331 0000 | 2950-000 | | 533.00 | 122,263.32 |

| | | | | COLUMN TOTALS | 72,020.00 | 12,559.61 | $122,263.32 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| | | | | Subtotal | 72,020.00 | 12,559.61 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | NET Receipts / Disbursements | $72,020.00 | $12,559.61 | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 25-04245 | **Trustee Name:** | Leslie T. Gladstone (002551) |
| **Case Name:** | Villa Chardonnay Horses With Wings, Inc. | **Bank Name:** | Western Alliance Bank |
| **Taxpayer ID #:** | **-***6624 | **Account #:** | ******2648 checking |
| **For Period Ending:** | 03/31/2026 | **Blanket Bond (per case limit):** | $0.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $72,020.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $72,020.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2648 checking | $72,020.00 | $12,559.61 | $122,263.32 |
| | **$72,020.00** | **$12,559.61** | **$122,263.32** |

**VILLA CHARDONNAY HORSES WITH WINGS INC**

| Date | Vendor | Credit/Cash/Debit/Check | Donor/Gift | Amount | Daily Subtotals | Receipt Provided |
|---|---|---|---|---|---|---|
| 2/18/2026 | Tractor Supply Co | Gift Card | Donor ( ███ ) | $409.42 | | |
| 2/18/2026 | ███ | N/A | Donor | $30.00 | | |
| 2/18/2026 | United States Postal Service | Debit Card | Donor | $33.25 | $472.67 | |
| | | | | | | |
| 2/19/2026 | Tractor Supply Co | Debit Card | Donor ( ███ ) | $360.28 | | |
| 2/19/2026 | Arco Gasoline | Debit Card | Donor ( ███ ) | $21.58 | $381.86 | |
| | | | | | | |
| 2/20/2026 | Tractor Supply Co | Debit Card | Donor ( ███ ) | $372.91 | | |
| 2/20/2026 | Diamond D Feed & Supply | Credit Card | Donor ( ███ | $594.65 | $967.56 | |
| | | | | | | |
| 2/21/2026 | Diamond D Feed & Supply | Credit Card | Donor ( ███ | $1,000 | | |
| 2/21/2026 | Diamond D Feed & Supply | Credit Card | Donor ( ███ ri | $189.30 | | |
| 2/21/2026 | Tractor Supply Co | Credit Card | Donor ( ███ | $143.63 | | |
| 2/21/2026 | Tractor Supply Co | Credit Card | Donor ( ███ | $120.00 | | |
| 2/21/2026 | Ransom Brothers Lumber Supply | Debit Card | Donor ( ███ | 137.32 | | |
| 2/21/2026 | Tractor Supply Co | Credit Card | Donor ( ███ | $313.05 | $1,903 | |
| | | | | | | |
| 2/22/2026 | Tractor Supply Co | Debit Card | Donor ( ███ ) | $275.36 | $275.36 | |
| | | | | | | |
| 2/23/2026 | Tractor Supply Co | Debit Card | Donor ( ███ | $430.24 | | |
| 2/23/2026 | Kahoots Ramona | Debit Card | Donor ( ███ | $146.74 | | |
| 2/23/2026 | Diamond D Feed & Supply | Credit Card | Donor ( ███ | $594.65 | | |
| 2/23/2026 | Ramco Petroleum #2 | N/A | Donor ( ███ | $61.66 | $1,233.29 | |
| | | | | | | |
| 2/24/2026 | Tractor Supply Co | Credit Card | Donor ( ███ | $233.37 | | |
| 2/24/2026 | Diamond D Feed & Supply | Cash | Donor ( ███ | $594.65 | $828.02 | |
| | | | | | | |
| 2/25/2026 | Diamond D Feed & Supply | Gift Card | Donor | $543.68 | $543.68 | |
| | | | | | | |
| 2/26/2026 | Kahoots Ramona | Debit Card | Donor ( ███ | $313.67 | | |
| 2/26/2026 | Diamond D Feed & Supply | Gift Card | Donor | $594.65 | | |
| 2/26/2026 | Diamond D Feed & Supply | Credit Card | Donor | $75.96 | $984.28 | |
| | | | | | | |
| 3/1/2026 | Tractor Supply Co | Cash | Gift | $285.08 | $285.08 | |
| | | | | | | |
| 3/2/2026 | Diamond D Feed & Supply | Credit Card | Donor ( ███ | 399.80 | | |
| 3/2/2026 | Diamond D Feed & Supply | Credit Card | Gift | $1,002.41 | | |
| 3/2/2026 | Petromerica | Debit Card | Donor | $24.10 | | |
| 3/2/2026 | Petromerica | Debit Card | Donor | $38.81 | | |
| 3/2/2026 | Tractor Supply Co | Cash | Donor | $200.00 | $1,665.12 | |
| | | | | | | |
| 3/3/2026 | Tractor Supply Co | Debit Card | Gift? | $431.08 | | |
| 3/3/2026 | Kahoots Ramona | Debit Card | Donor ( ███ ) ? | $98.96 | | |
| 3/3/2026 | Tractor Supply Co | Gift Card | Donor | $203.39 | | |
| 3/3/2026 | Tractor Supply Co | Gift Card | Donor | $203.39 | $936.82 | |

**VILLA CHARDONNAY HORSES WITH WINGS INC**

| Date | Vendor | Credit/Cash/Debit/Check | Donor/Gift | Amount | Daily Subtotals | Receipt Provided |
|---|---|---|---|---|---|---|
| 3/4/2026 | Diamond D Feed & Supply | Cash | Donor | $594.65 | | |
| 3/4/2026 | Ramco Petroleum #2 | N/A | Donor | $28.65 | | |
| 3/4/2026 | Kahoots Ramona | Cash | Donor | $124.93 | | |
| 3/4/2026 | Tractor Supply Co | Cash | Donor | $255.00 | $1,003.23 | |
| | | | | | | |
| 3/5/2026 | Ramco Petroleum #1 | Credit Card | Gift | $101.46 | | |
| 3/5/2026 | Tractor Supply Co | Gift Card | Donor ( ▮▮▮ | 370.76 | | |
| 3/5/2026 | Diamond D Feed & Supply | Cash | Donor | $577.66 | $1,049.88 | |
| | | | | | | |
| 3/6/2026 | Diamond D Feed & Supply | Credit Card | Donor | $2,962.53 | | |
| 3/6/2026 | Diamond D Feed & Supply | Cash | Donor | $16.99 | | |
| 3/6/2026 | Tractor Supply Co | Debit Card/Gift Card | Donor | $191.01 | | |
| 3/6/2026 | Diamond D Feed & Supply | N/A | Donor ( ▮▮▮ | -$249.00 | $2,921.53 | |
| | | | | | | |
| 3/7/2026 | Kahoots Ramona | Debit Card | Donor ( ▮▮▮ | $79.16 | $79.16 | |
| | | | | | | |
| 3/8/2026 | Tractor Supply Co | Debit Card | Donor | $46.28 | | |
| 3/8/2026 | Tractor Supply Co | Gift Card | Donor | $242.34 | $288.62 | |
| | | | | | | |
| 3/9/2026 | Diamond D Feed & Supply | Credit Card | Donor ▮▮▮ | 599.70 | | |
| 3/9/2026 | Diamond D Feed & Supply | Credit Card | Gift | $2,678.90 | | |
| 3/9/2026 | Tractor Supply Co | Gift Card | Donor | $120.75 | $3,399.35 | |
| | | | | | | |
| 3/11/2026 | Tractor Supply Co | Gift Card | Gift | $177.70 | $177.70 | |
| | | | | | | |
| 3/12/2026 | Diamond D Feed & Supply | Gift Card | Gift | $941.49 | | |
| 3/12/2026 | Diamond D Feed & Supply | Gift Card | Gift | $2,680.53 | | |
| 3/12/2026 | Ramco Petroleum #2 | N/A | Donor | $50.00 | | |
| 3/12/2026 | Tractor Supply Co | Debit Card | Gift | $284.30 | | |
| 3/12/2026 | Kahoots Ramona | Debit Card | Gift | $131.94 | | |
| 3/12/2026 | Diamond D Feed & Supply | Gift Card | Gift | $941.49 | | |
| 3/12/2026 | Diamond D Feed & Supply | Gift Card | Gift | $2,680.53 | $7,710.28 | |
| | | | | | | |
| 3/13/2026 | Tractor Supply Co | Cash | Donor | $108.21 | $108.21 | |
| | | | | | | |
| 3/14/2026 | Tractor Supply Co | Cash | Gift | $187.26 | $187.26 | |
| | | | | | | |
| 3/15/2026 | Kahoots Ramona | Cash | Gift | $104.35 | | |
| 3/15/2026 | Tractor Supply Co | Cash | Gift | $159.38 | | |
| 3/15/2026 | Ramco Petroleum #2 | N/A | Gift | $75.68 | $339.41 | |
| | | | | | | |
| 3/16/2026 | Diamond D Feed & Supply | N/A | Gift | $1,189.30 | | |
| 3/16/2026 | Tractor Supply Co | Cash | Gift | $253.37 | $1,442.67 | |
| | | | | | | |
| 3/17/2026 | Kahoots Ramona | Debit Card | Gift | $117.44 | | |
| 3/17/2026 | Tractor Supply Co | Cash | Gift | $319.70 | $437.14 | |

**VILLA CHARDONNAY HORSES WITH WINGS INC**

| Date | Vendor | Credit/Cash/Debit/Check | Donor/Gift | Amount | Daily Subtotals | Receipt Provided |
|------|--------|------------------------|------------|--------|-----------------|------------------|
| 3/18/2026 | Tractor Supply Co | Cash | Gift | $133.52 | | |
| 3/18/2026 | Diamond D Feed & Supply | Credit Card | Donor | $1,883.98 | $2,017.50 | |
| | | | | | | |
| 3/19/2026 | Tractor Supply Co | Debit Card | Gift | $199.26 | | |
| 3/19/2026 | Ramco Petroleum #1 | Credit Card | Gift | $118.82 | | |
| 3/19/2026 | Kahoots Ramona | Credit Card | Donor | $173.31 | $491.39 | |
| | | | | | | |
| 3/20/2026 | Diamond D Feed & Supply | Credit Card | Gift | $594.65 | | |
| 3/20/2026 | Tractor Supply Co | Credit Card | Gift | $240.08 | $834.73 | |
| | | | | | | |
| 3/21/2026 | Tractor Supply Co | Credit Card | Gift | $190.61 | | |
| 3/21/2026 | Ramco Petroleum #1 | Credit Card | Gift | $25.87 | | |
| 3/21/2026 | Ramco Petroleum #1 | Credit Card | Gift | $20.31 | | |
| 3/21/2026 | Diamond D Feed & Supply | Credit Card | Donor ( ██████ | 679.60 | | |
| 3/21/2026 | Diamond D Feed & Supply | Cash | Gift | $509.70 | $1,426.09 | |
| | | | | | | |
| 3/22/2026 | Kahoots Ramona | Debit Card | Gift | $131.94 | | |
| 3/22/2026 | Tractor Supply Co | Credit Card | Gift | $72.89 | $204.83 | |
| | | | | | | |
| 3/23/2026 | Ramco Petroleum #1 | Credit Card | Gift | $30.04 | $30.04 | |
| | | | | | | |
| 3/24/2026 | Tractor Supply Co | Cash | Gift | $180.92 | | |
| 3/24/2026 | Tractor Supply Co | N/A | Gift | $770.54 | | |
| 3/24/2026 | Diamond D Feed & Supply | Cash | Gift | $594.65 | | |
| 3/24/2026 | Ramco Petroleum #2 | N/A | Gift | $75.23 | $1,621.34 | |
| | | | | | | |
| 3/25/2026 | Kahoots Ramona | Debit Card | Gift | $87.96 | | |
| 3/25/2026 | Tractor Supply Co | N/A | Gift | $287.46 | | |
| 3/25/2026 | Diamond D Feed & Supply | Credit Card | Donor | $1,918.95 | $2,294.37 | |
| | | | | | | |
| 3/26/2026 | Diamond D Feed & Supply | Credit Card | Gift | $594.65 | | |
| 3/26/2026 | Tractor Supply Co. | Gift Card | Gift | $221.98 | | |
| 3/26/2026 | Tractor Supply Co. | Debit Card | Gift | $24.77 | $841.40 | |
| | | | | | | |
| 3/27/2026 | Diamond D Feed & Supply | Credit Card | Gift | $594.65 | | |
| 3/27/2026 | Tractor Supply Co | N/A | Donor | $296.62 | | |
| 3/27/2026 | Tractor Supply Co | Cash | Donor | $2.79 | | |
| 3/27/2026 | Ramco Petroleum #2 | N/A | Donor | $40.00 | $934.06 | |
| | | | | | | |
| 3/28/2026 | Diamond D Feed & Supply | Cash | Gift | $594.65 | $594.65 | |
| | | | | | | |
| 3/29/2026 | Tractor Supply Co | Cash | Donor | $116.14 | | |
| 3/29/2026 | Tractor Supply Co | Debit Card | Gift | $571.33 | | |
| 3/29/2026 | Tractor Supply Co | Cash | Donor | $187.91 | | |
| 3/29/2026 | ██████ | N/A | Donor | $54.03 | $929.41 | |

**VILLA CHARDONNAY HORSES WITH WINGS INC**

| Date | Vendor | Credit/Cash/Debit/Check | Donor/Gift | Amount | Daily Subtotals | Receipt Provided |
|---|---|---|---|---|---|---|
| 3/30/2026 | Diamond D Feed & Supply | Credit Card/Cash | Gift | $1,455.16 | | |
| 3/30/2026 | Kahoots Ramona | Debit Card | Donor | $352.73 | | |
| 3/30/2026 | Ramco Petroleum #2 | N/A | Donor | $93.32 | | |
| 3/30/2026 | Ramco Petroleum #2 | Debit Card | Donor | $29.72 | | |
| 3/30/2026 | Ramco Petroleum #2 | Debit Card | Donor | $34.43 | $1,965.36 | |
| 3/31/2026 | Diamond D Feed & Supply | Cash | Gift | $869.31 | | |
| 3/31/2026 | Tractor Supply Co. | Cash | Gift | $20.50 | $889.81 | |
| 4/1/2026 | Diamond D Feed & Supply | Credit Card | Donor | $829.73 | | |
| 4/1/2026 | Kahoots Ramona | Debit Card | Donor | $131.94 | | |
| 4/1/2026 | Tractor Supply Co. | Debit Card | Donor | $52.77 | $1,014.44 | |
| 4/2/2026 | Tractor Supply Co. | N/A | Gift | $138.34 | | |
| 4/2/2026 | Diamond D Feed & Supply | Credit Card | Gift | $671.41 | $809.75 | |
| 4/3/2026 | Diamond D Feed & Supply | Credit Card/Cash | Gift | $1,007.84 | | |
| 4/3/2026 | Kahoots Ramona | Debit Card | Gift | $98.96 | | |
| 4/3/2026 | Tractor Supply Co. | Debit Card | Gift | $150.76 | $1,257.56 | |
| 4/4/2026 | Tractor Supply Co. | Debit Card | Gift | $211.14 | | |
| 4/4/2026 | Diamod D Feed & Supply | Credit Card | Gift | $890.60 | | |
| 4/4/2026 | Diamond D Feed & Supply | Credit Card | Gift | $750.57 | $1,852.31 | |
| 4/5/2026 | Ramco Petroleum #2 | Debit Card | Gift | $30.45 | | |
| 4/5/2026 | Ramco Petroleum #2 | Cash | Gift | $10.00 | | |
| 4/5/2026 | Albertsons | Credit Card | Donor | $33.08 | | |
| 4/5/2026 | Tractor Supply Co. | Debit Card | Donor | $191.23 | $264.76 | |
| 4/6/2026 | Tractor Supply Co. | Gift Card | Gift | $247.67 | | |
| 4/6/2026 | Tractor Supply Co. | Gift Card | Gift | $82.90 | | |
| 4/6/2026 | Ramco Petroleum #1 | Credit Card | Donor | $122.12 | $452.69 | |
| 4/7/2026 | Tractor Supply Co. | Gift Card | Gift | $286.03 | | |
| 4/7/2026 | Diamond D Feed & Supply | Gift Card | Gift | $829.73 | | |
| 4/7/2026 | Diamond D Feed & Supply | Gift Card | Gift | $1,189.30 | $2,305.06 | |
| 4/8/2026 | Ramco Petroleum #2 | N/A | Gift | $29.77 | | |
| 4/8/2026 | Tractor Supply Co. | Gift Card | Gift | $280.86 | | |
| 4/8/2026 | Tractor Supply Co. | Gift Card | Gift | $498.75 | $809.38 | |
| 4/9/2026 | Diamond D Feed & Supply | Cash | Gift | $829.73 | | |
| 4/9/2026 | Tractor Supply Co. | Cash | Gift | $127.07 | $956.80 | |