Leslie T. Gladstone, Esq.  (SBN 144615)
Andrew B. Levin, Esq. (SBN 290209)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone:  (858) 454-9887
Facsimile:  (858) 454-9596
E-mail:  LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor. | Case No.:  25-04245-JBM11<br><br>**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF EMERGENCY MOTION FOR APPROVAL OF STIPULATION REGARDING IMMEDIATE TURNOVER OF ANIMALS TO SAN DIEGO HUMANE SOCIETY**<br><br>Honorable J. Barrett Marum |

I, LESLIE T. GLADSTONE, declare:

1.     I am the chapter 11 trustee for the bankruptcy estate of Villa Chardonnay Horses with Wings ("**Villa Chardonnay**") bankruptcy estate (the "**Estate**").   All the information contained herein is within my personal knowledge, except for those matters alleged on information and belief and as to those matters I believe them to be true.  If called as a witness, I could competently testify thereto.

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11

1

GLADSTONE DECLARATION ISO EMERGENCY MOTION FOR APPROVAL OF STIPULATION REGARDING IMMEDIATE TURNOVER OF ANIMALS TO SAN DIEGO HUMANE SOCIETY

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

2.    I offer this Declaration in support of my Emergency Motion to Approve the Stipulation between the San Diego Humane Society ("**SDHS**") and the Estate Regarding Immediate Turnover of Animals to SDHS (the "**Emergency Motion**").

3.    This matter is urgent because SDHS has requested certain assurances in connection with execution of its search warrant and I have requested assurances with respect to the Estate's cooperation and lack of liability, both monetary and otherwise.

4.    I have given notice of this Emergency Motion to the United States Trustee and no opposition is expected.

5.    I have entered into a stipulation (the "**Stipulation**") with SDHS for the immediate turnover of all Animals located at the Villa Chardonnay premises. A true and correct copy of the Stipulation is attached hereto as Exhibit A and incorporated by reference.  Per the Stipulation I request that the Court confirm that the automatic stay is inapplicable and/or that relief from the stay be granted *nunc pro tunc* to the date of turnover.  The Stipulation further provides for immediate turnover of the animals to SDHS, with no monetary or other liability to me or the Estate for any care deficiencies or expenses involved in removal or relocation.  Per the request of SDHS, the Stipulation affirmatively recites that the animals are property of the Estate and that the Court has the power to authorize turnover to SDHS.

6.    I am informed that Villa Chardonnay is a non-profit animal sanctuary which houses approximately 600 elderly and sick animals, including approximately 200 horses, 300 cats and various farmed animals (collectively, the "**Animals**").  Villa Chardonnay operates out of real property located at 4430 and 4554 Boulder Creek Road, Julian, California (the "**Property**").

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11

2

GLADSTONE DECLARATION ISO EMERGENCY MOTION FOR APPROVAL OF STIPULATION REGARDING IMMEDIATE TURNOVER OF ANIMALS TO SAN DIEGO HUMANE SOCIETY

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

7.  According to documents filed in this case, Villa Chardonnay commenced a chapter 11 bankruptcy case in October 2025 (the "**Bankruptcy Case**").  I was thereafter appointed as chapter 11 trustee of the Bankruptcy Case on January 29, 2026.

8.  I am informed that prior to the Bankruptcy Case, Villa Chardonnay lost its non-profit status based on various filing deficiencies.  Upon my appointment, I immediately worked with the Attorney General of California to obtain a stipulated order for reinstatement of the non-profit registration so that the Animals could continue to be cared for pending relocation.  I also retained Jeff Wiemann ("**Wiemann**") to assist with the non-profit administration of Villa Chardonnay.

9.  Care of the Animals has continued under the guidance and management of the prior principals of Villa Chardonnay, Monika Kerber ("**Ms. Kerber**") and Mercedes Flores, both of whom reside at the Property, as well as numerous volunteers who donate their time towards care of the Animals.  I have also negotiated with various non-profits and interested parties to find permanent homes for these Animals.

10.  Since my appointment, Wiemann and I have been working with SDHS and various non-profit agencies and parties in interest to ensure proper veterinary and husbandry care is being provided.  Two separate inspections have been performed by SDHS, and multiple veterinarians have been dispatched to examine the Animals and to care for various maladies.

11.  As a result of the most recent inspection by SDHS on April 27, 2026, and the most recent and extensive veterinary examination of April 23, 2026, Wiemann and I have become aware of what appear to be significant care deficiencies with several Animals.  These deficiencies were immediately

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11

3

GLADSTONE DECLARATION ISO EMERGENCY MOTION FOR APPROVAL OF STIPULATION REGARDING IMMEDIATE TURNOVER OF ANIMALS TO SAN DIEGO HUMANE SOCIETY

communicated to Ms. Kerber who assured me that they would be immediately addressed. However, I am still awaiting veterinarian exam results that purportedly address these concerns.

12. Given the extent of the deficiencies, On April 28, 2026, I was notified by SDHS that its intention was to obtain a search warrant (the "**Warrant**") to seize all Animals immediately and Wiemann and I desire to fully cooperate with SDHS. Since that time, I was further informed that the Warrant has been issued. As such, I desire to ensure that SDHS can proceed and that any necessary relief from the automatic stay be immediately granted. In addition, SDHS has requested a specific court order stating that the Animals are assets of the Estate and that the Court has the power to authorize removal of the Animals.

13. The officer in charge of this matter at SDHS is concerned that the principals at the Property will do everything in their power to avoid the animal seizure, including possible concealment of the animals. It is for this reason that I request expedited approval of the Stipulation and requests that the Court issue an order either that the automatic stay is inapplicable or that relief from the automatic stay be granted *nunc pro tunc*, so that the seizure may occur without notice to the principals of Villa Chardonnay

14. The Stipulation also provides that I will cooperate with immediate turnover to SDHS and SDHS has agreed that no monetary or other liability will inure to the Estate, Wiemann or myself for any care deficiencies or expenses involved in removal or relocation. Lastly, per the request of SDHS, the Stipulation requests an explicit finding by the Court that the animals are property of the Estate and that the Court has the power to authorize the turnover.

15. I have advised the United States Trustee's office of the situation, and I am available at the Court's discretion to answer any questions or concerns.

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11

4

GLADSTONE DECLARATION ISO EMERGENCY MOTION FOR APPROVAL OF STIPULATION REGARDING IMMEDIATE TURNOVER OF ANIMALS TO SAN DIEGO HUMANE SOCIETY

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 1, 2026, at La Jolla, California.

   /s/ Leslie T. Gladstone   
Leslie T. Gladstone

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11

5

GLADSTONE DECLARATION ISO EMERGENCY MOTION FOR APPROVAL OF STIPULATION REGARDING IMMEDIATE TURNOVER OF ANIMALS TO SAN DIEGO HUMANE SOCIETY

# EXHIBIT "A"

# EXHIBIT "A"

Leslie T. Gladstone, Esq. (SBN 144615)
Andrew B. Levin, Esq. (SBN 290209)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
E-mail: LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor(s). | Case No.: 25-04245-JBM11<br><br>**STIPULATION REGARDING IMMEDIATE TURNOVER OF ANIMALS TO SAN DIEGO HUMANE SOCIETY**<br><br>**Dept.: Two (2)**<br>**Honorable J. Barrett Marum** |

Leslie T. Gladstone, chapter 11 Trustee ("**Trustee**") of the Villa Chardonnay Horses with Wings ("**Villa Chardonnay**") bankruptcy estate (the "**Estate**") and the San Diego Humane Society ("**SDHS**") submit the following Stipulate Regarding Immediate Turnover of Animals to SDHS (the "**Stipulation**").

## FACTUAL BACKGROUND

A. Villa Chardonnay is a non-profit animal sanctuary which houses approximately 600 elderly and sick animals, including approximately 200 horses, 300 cats and various farmed animals. Villa Chardonnay operates out of real property located at 4430 and 4554 Boulder Creek Road, Julian, California (the "**Property**").

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

B. Villa Chardonnay commenced a chapter 11 bankruptcy case in October 2025 (the "**Bankruptcy Case**"). Trustee was thereafter appointed as chapter 11 trustee in the Bankruptcy Case on January 29, 2026.

C. Prior to the Bankruptcy Case, Villa Chardonnay had lost its non-profit status based on various filing deficiencies. Upon her appointment, Trustee immediately worked with the Attorney General of California to obtain a stipulated order for reinstatement of the non-profit registration so that the animals could continue to be cared for pending relocation. Trustee also retained Jeff Wiemann ("**Wiemann**") to assist with the non-profit administration of the Estate.

D. Care of the animals has continued under the guidance and management of the prior principals of Villa Chardonnay, Monika Kerber ("**Ms. Kerber**") and Mercedes Flores, both of whom reside at the Property, as well as numerous volunteers who donate their time towards care of the animals.

E. Trustee has also negotiated with various non-profit organizations and interested parties to find permanent homes for these animals.

F. Since her appointment, Trustee and Wiemann have been working with SDHS and various non-profit organizations and parties in interest to ensure proper veterinary and husbandry care is being provided. Two separate inspections have been performed by SDHS, and multiple veterinarians have been dispatched to examine the animals and to care for various maladies.

G. As a result of the most recent inspection by SDHS on April 27, 2026, and the most recent and extensive veterinary examination of April 23, 2026, Trustee and Wiemann have become aware of what appear to be significant care deficiencies with several of the animals. These deficiencies were immediately communicated to Ms. Kerber who assured the Trustee that they would be immediately addressed. However, Trustee is still awaiting veterinarian examination results that purportedly addressed these concerns.

H. Given the extent of the deficiencies, SDHS notified Trustee on April 28,

IN RE VILLA CHARDONNAY HORSES WITH WINGS  2  STIPULATION REGARDING IMMEDIATE TURNOVER OF CASE NO. 25-04245-JBM11  ANIMALS TO SAN DIEGO HUMANE SOCIETY

FINANCIAL LAW GROUP<br>5656 La Jolla Boulevard<br>La Jolla, California 92037

2026, that its intention was to seize all of the animals immediately and Trustee and Wiemann desire to fully cooperate with SDHS. Accordingly, Trustee desires to ensure that SDHS can proceed and that any necessary relief from the automatic stay be immediately granted. In addition, SDHS has requested a specific court order stating that the animals are assets of the Estate and that the Court has the power and authority to authorize removal of the animals.

I. Trustee also requests a specific recitation by SDHS that no liability, monetary or otherwise will be sought from the Estate, the Trustee or Wiemann for any care deficiencies or expenses involved in removal or relocation.

WHEREFORE, the parties agree as follows:

1. Trustee and Wiemann will cooperate with immediate turnover of the animals to SDHS, either pursuant to a search warrant or voluntary surrender.

2. SDHS agrees that no monetary or other liability will inure to the Estate, Wiemann or Trustee for any care deficiencies or expenses involved in removal or relocation of the animals.

3. In the order approving this stipulation, Trustee agrees to request a specific finding from the Court representing (1) that the animals are property of the Estate and the Court has the power and authority to authorize the turnover, and (2) that the seizure by SDHS is not a violation of the automatic stay and/or that the Court grants retroactive relief from the automatic stay.

Dated: __4/30__, 2026

/s/ Leslie T. Gladstone
Leslie T. Gladstone, Chapter 11
Trustee of Villa Chardonnay Horses
with Wings, LLC

Dated: _4/30___, 2026

_____
Jace Huggins, Vice President and
Chief of Humane Law Enforcement,
San Diego Humane Society

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11

3

STIPULATION REGARDING IMMEDIATE TURNOVER OF
ANIMALS TO SAN DIEGO HUMANE SOCIETY