**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq.  (SBN 144615)
Andrew B. Levin, Esq.  (SBN 290209)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.; La Jolla, CA 92037
Telephone: (858) 454-9887; Facsimile: (858) 454-9596
E-mail:  LeslieG@flgsd.com
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

**Order Entered on**
**May 1, 2026**
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO.  25-04245-JBM11

Date of Hearing:    May 1, 2026
Time of Hearing:    3:00 p.m.
Name of Judge:    Hon. J. Barrett Marum

## ORDER ON

### EMERGENCY MOTION FOR APPROVAL OF STIPULATION REGARDING IMMEDIATE TURNOVER OF ANIMALS TO SAN DIEGO HUMANE SOCIETY

The court orders as set forth on the continuation pages attached and numbered __2__ Through __2__ with

exhibits, if any, for a total of __2__ pages.  Motion/Application Docket Entry No. __156__ .

//

//

//

//

//

//

//

DATED:    May 1, 2026

Judge, United States Bankruptcy Court

CSD 1001A [07/01/18]                                                                                    Page **2** of **2**
ORDER ON EMERGENCY MOTION FOR APPROVAL OF STIPULATION REGARDING IMMEDIATE TURNOVER OF
ANIMALS TO SAN DIEGO HUMANE SOCIETY
DEBTOR:  VILLA CHARDONNAY HORSES WITH WINGS, INC.                    CASE NO: 25-04245-JBM11

On May 1, 2026, Leslie T. Gladstone, chapter 11 trustee, ("**Trustee**") filed and served her Emergency Motion for Approval of Stipulation (the "**Stipulation**") regarding Immediate Turnover of Animals to San Diego Humane Society ("**SDHS**") (the "**Motion**").

The Court having reviewed and considered the Motion, the Gladstone Declaration and Stipulation, and finding that relief was appropriate on an emergency basis, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1.  The Motion is granted in its entirety.

2.  The Stipulation is granted in its entirety.

3.  The Animals (defined below) are to be immediately turned over to SDHS.  Specifically, the Court authorizes the Trustee to turn over to SDHS all animals in the Debtor's possession at the time of execution of the warrant which the Debtor non-profit exercised control over and took possession of prior to or during the pendency of this bankruptcy case, including but not limited to those listed in the Debtor's Schedules (the "Animals").  The Court has the authority to enter such an order because the animals are either property of the Estate (with respect to the animals listed in the Debtor's Schedules) or they are in its possession.  The Court highlights the unique circumstances where the Debtor listed 673 animals in its Schedules and where the sanctuary spans over 40 acres in support of the Court's broad characterizations in this Order.  Finally, the Court observes that the warrant, a copy of which was provided to the Court, covered "[a]ny and all animals located on the property, including but not limited to horses, cats, dogs, livestock, poultry, and any other domestic or exotic animals."  In the unlikely event that there are or were animals on the Debtor's property that are not property of the Estate, the Trustee's cooperation with SDHS and the turnover to it of those animals is proper and indeed is required by the warrant.

4.  The automatic stay in this case does not apply to SDHS's seizure of the Animals for the reasons the Trustee has outlined in the Motion.  In the alternative, to the extent that the automatic stay does apply, the Court grants relief from the automatic stay *nunc pro tunc* to the date of seizure or voluntary turnover of the Animals.

5.  SDHS shall assert no monetary or other liability against the Estate, Trustee or Wiemann for any care deficiencies or expenses involved in removal or relocation as SDHS has waived all such claims, if any.  With respect to such claims by any other party against the Estate, Trustee or Wiemann, the Court will enforce the *Barton* doctrine to the fullest extent permissible by law.  *See Barton v. Barbour*, 104 U.S. 126 (1881).

6.  Trustee's deadline to submit her Status Report is extended to May 6, 2026.

IT IS SO ORDERED.

Signed by Judge J Barrett Marum May 1, 2026

United States Bankruptcy Court

Southern District of California

In re:                                                                                           Case No. 25-04245-JBM

Villa Chardonnay Horses With Wings, Inc.                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                              User: Admin.                              Page 1 of 2

Date Rcvd: May 01, 2026                           Form ID: pdfO1                            Total Noticed: 6

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000 |
| aty | + | David K Eldan, California Department of Justice, 300 S. Spring St, #1702, Los Angeles, CA 90013, UNITED STATES 90013-1256 |
| cr | + | California Labor Commissioner, DLSE Legal Unit, 320 W. 4th Street, Ste 600, Los Angeles, CA 90013-2350 |
| cr | + | Dale Fullerton, 30002 Chihuahua Valley, Warner Springs, CA 92086-9280 |
| cr | | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |
| cr | + | Margie Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Levin | |
| | on behalf of Trustee Leslie T. Gladstone andrewl@flgsd.com |
| | leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |
| Benjamin Heston | |
| | on behalf of Creditor Darlene Sears bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | |
| | on behalf of Creditor Celine Myers cgrumer@manatt.com |

District/off: 0974-3    User: Admin.    Page 2 of 2
Date Rcvd: May 01, 2026    Form ID: pdfO1    Total Noticed: 6

Carl Grumer
on behalf of Plaintiffs Celine Myers cgrumer@manatt.com

Carl Grumer
on behalf of Creditor The Ark Watch Foundation cgrumer@manatt.com

Carl Grumer
on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com

Christin A. Batt
on behalf of Plaintiffs Leslie T. Gladstone christinb@flgsd.com
sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Christin A. Batt
on behalf of Trustee Leslie T. Gladstone christinb@flgsd.com
sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

David K. Eldan
on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov  rpinal@pmcos.com

Haeji Hong
on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov
USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

Hilda Montes de Oca
on behalf of Trustee Leslie T. Gladstone hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Kevin Dwight
on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight
on behalf of Plaintiffs Celine Myers kdwight@manatt.com

Kevin Dwight
on behalf of Creditor Celine Myers kdwight@manatt.com

Kevin Dwight
on behalf of Plaintiffs The Ark Watch Foundation kdwight@manatt.com

Leslie T. Gladstone
candic@flgsd.com
christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Leslie T. Gladstone
on behalf of Trustee Leslie T. Gladstone leslieg@flgsd.com
candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Matthew Sirolly
on behalf of Creditor California Labor Commissioner msirolly@dir.ca.gov

Meredith King
on behalf of Creditor Private Mortgage Lending  Inc. mking@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
on behalf of Creditor River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
on behalf of Creditor The Armbrust Living Trust mking@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Michael R Totaro
on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Michael R Totaro
on behalf of Defendant Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Shelby Poteet
on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet
on behalf of Creditor Private Mortgage Lending  Inc. spoteet@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet
on behalf of Creditor River Falls  LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

United States Trustee
ustp.region15@usdoj.gov


TOTAL: 27