Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
E-mail:  LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br><br>Debtor(s). | Case No.:  25-04245-JBM11<br><br>**STATUS REPORT FROM TRUSTEE FOR COURT SCHEDULED STATUS CONFERENCE ON CHAPTER 11 PETITION**<br><br>**Date:** **May 7, 2026**<br>**Time:** **1:30 p.m.**<br>**Dept:** **Two (2)**<br><br>**Honorable J. Barrett Marum** |

Leslie T. Gladstone, chapter 11 trustee ("**Trustee**"), offers this Status Report with respect to the Court's Scheduled Status Conference on Chapter 11 Petition scheduled for May 7, 2026.

**A. APPOINTMENT OF CHAPTER 11 TRUSTEE/ORDERS OBTAINED**

On January 29, 2026, this Court approved Trustee's appointment.

On January 30, 2026, the Court entered an order (ECF No. 93) approving a stipulation (the "**Debtor/AG Order**") between the California Office of Attorney General ("**Attorney General**"), River Falls, LLC, Private Mortgage Lending, Inc.,

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11

1

STATUS REPORT FROM TRUSTEE FOR COURT SCHEDULED STATUS CONFERENCE ON CHAPTER 11 PETITION

and Larry D. Armbrust and Carol A. Armbrust, as trustees of the Armbrust Living Trust (collectively "**Secured Creditors**"), and Villa Chardonnay Horses with Wings, Inc. ("**Debtor**"), allowing Debtor to continue to use bankruptcy estate (the "**Estate**") funds through February 6, 2026 for operations of property located at 4430 and 4554 Boulder Creek Road, Julian, CA (the "**Property**").

On February 6, 2026, the Court approved Trustee's Emergency Ex Parte Motion for Approval of Stipulation with Attorney General ("**Trustee's Emergency Motion to Allow Continued Operations**") (ECF No. 101), which allowed continued non-profit operations.

On February 11, 2026, the Court approved the employment of Financial Law Group, PC ("**FLG**") as general counsel to Trustee (ECF No. 108).

On February 13, 2026 and March 3, 2026, the Court approved Trustee's Emergency Motion for (1) an Interim Order Authorizing Trustee to Obtain Postpetition Financing; and (2) Setting Final Hearing (the "**Emergency Financing Motion**") (ECF Nos. 103 and 113), allowing financing in the amount of $400,000.00 as a carve out for administrative expenses involved with operations and sale efforts (the "**Postpetition Financing**").  To date, $140,000.00 of the Postpetition Financing has been advanced, with an additional $150,000.00 expected shortly.

On February 25, 2026, the Court approved the employment of Bachecki, Crom & Co., LLP as accountants to the Estate (ECF No. 127).

On March 17, 2026, the Court approved the employment of Jeff Wiemann as non-profit consultant to the Estate (ECF No. 147).

On April 2, 2026, the Court approved Trustee's Notice of Intended Action Authorizing the Use of Veterinarian Teams and Relocation of Various Animals (the "**Vet Inspection Order**") (ECF No. 152).

On May 1, 2026, the Court approved Trustee's Emergency Motion for

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11

2

STATUS REPORT FROM TRUSTEE FOR COURT
SCHEDULED STATUS CONFERENCE ON CHAPTER 11
PETITION

Approval of Stipulation Regarding Immediate Turnover of Animals (the "**Animals**") to San Diego Humane Society ("**SD Humane**") (ECF No. 159).

## B. OTHER SIGNIFICANT OCCURENCES

In addition to the foregoing, Trustee has filed operating reports for January, February and March 2026 and is working on the filing for April 2026.

Trustee has served a Notice to Vacate on Monika Perez ("**Ms. Perez**") and Mercedes Flores ("**Ms. Flores**") (which has expired), in order to terminate any tenancy rights with respect to Debtor's Property where Ms. Perez and Ms. Flores currently reside. Trustee also commenced a Complaint for Turnover of the Property to effectuate the termination. Given that Ms. Perez and Ms. Flores have not voluntarily vacated, Trustee will be requesting the assistance of the Marshal or Sheriff in the immediate future to finalize removal.

As to the Animals, Trustee orchestrated various inspections and vet visits in accordance with the Vet Inspection Order. The most recent of these inspections resulted in a request by SD Humane for turnover of all the Animals. Trustee and Wiemann have fully cooperated with SD Humane's request, resulting in seizure of the Animals on May 1, 2026. Under the control and ownership of SD Humane, many Animals have been relocated either as part of adoption efforts and/or with cooperation of shelters and third party sanctuaries. Other Animals temporarily remain at the Property pending adoption or wellness to travel.

The turnover to SD Humane, although sudden and hectic for many of the prior owners, has been effectuated with a high degree of professionalism and efficacy. Trustee has been provided with daily updates from SD Humane and understands that many adoptions of the Animals have already been accomplished. Trustee further understands that the SD Humane's occupation of the Property with the remainder of the Animals will end in the coming weeks.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11

3

STATUS REPORT FROM TRUSTEE FOR COURT SCHEDULED STATUS CONFERENCE ON CHAPTER 11 PETITION

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

As such, Trustee has negotiated a Consultant Agreement with Onyx Asset Advisors, LLC to assist her with the sale of the Property. Trustee anticipates filing for approval of the Consultant Agreement within the next 5 – 7 days.

Trustee has also negotiated a carve out from the lien of the Small Business Administration ("**SBA**"), to potentially provide funds from the sale of the Property for undersecured and unsecured creditors. Trustee is continuing to analyze the lien positions of and amounts owed to creditors in order to negotiate potential additional carve outs for the benefit of the Estate.

Lastly, Trustee continues to investigate the past operations of Debtor to unravel the various Debtor/creditor/donor relations and to identify available assets for the Estate, as well as to analyze whether any criminal referrals are warranted.

## C. OPERATIONS

Since the time of her appointment, Trustee and Wiemann have been to Debtor's property on multiple occasions and have had numerous discussions and meetings with Debtor's counsel and Debtor's principals. Trustee has also met and conferred on frequent occasions with the Attorney General's office, with Secured Creditors, with SD Humane and with various volunteers, professionals and interested parties in this case. On a daily basis until turnover, Trustee confirmed certain donations by credit cards or cash by viewing the applicable feed and supply receipts.

Trustee continues to meet with various donors, volunteers, and creditors to piece together what appears to be extremely deficient accounting by Debtor. Based on all communications to date, Trustee may need to undertake a detailed historical analysis and will cooperate with federal and state authorities to obtain full disclosure of transactions that have occurred with Debtor's principals.

## D. GOAL OF CHAPTER 11

Initially, Trustee was informed by Debtor's principals that they intended to pay

IN RE VILLA CHARDONNAY HORSES WITH WINGS          4     STATUS REPORT FROM TRUSTEE FOR COURT
CASE NO. 25-04245-JBM11                                 SCHEDULED STATUS CONFERENCE ON CHAPTER 11
                                                        PETITION

all creditors in full, and desired for Trustee to confirm a full payment plan of reorganization. After many discussions with Debtor's principals, Debtor's attorney and various other parties in interest, Trustee lost confidence in the representations of Debtor's principals. Consequently, Trustee is focusing now on accomplishing a Bankruptcy Code Section 363(f) sale of the Property to be followed by likely conversion to chapter 7.

Trustee expects to have a motion on file in the next 2-3 weeks to approve bidding procedures. Given the existing carve out from the financing order, as well as the carve out from the SBA, Trustee expects the sale to go forward without any valid opposition.

Trustee has also initiated the process for ensuring that Debtor's principals can be removed from the Property post haste and for turnover of any other assets rightfully belonging to the Estate.

Respectfully submitted,

Dated: May 6, 2026                     /s/ Leslie T. Gladstone
                                        Leslie T. Gladstone, Chapter 11
                                        Trustee

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037