# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

## *Hearing Information:*

|  |  |  |  |
|---:|:---|---:|:---|
| **Debtor:** | Villa Chardonnay Horses With Wings, Inc. | | |
| **Case Number:** | 25-04245-JBM | **Chapter:** | 11 |
| **Date / Time/ Room:** | 05/07/2026 1:30 PM, Department 2 | | |
| **Bankruptcy Judge:** | J. Barrett Marum | | |
| **Courtroom Clerk:** | Russell Paluso | | |
| **ECRO:** | Kathy Noel | | |

## *Matters:*

STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 3/3/26)

## *Appearances:*

LESLIE GLADSTONE, CHAPTER 11 TRUSTEE
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE
MEREDITH KING, ATTORNEY FOR PRIVATE MORTGAGE LENDING, INC., RIVER
FALLS, INC., THE ARMBRUST LIVING TRUST
KEVIN DWIGHT, ATTORNEY FOR THE ARK WATCH FOUNDATION, CELINE
MEYERS (video)
GRACE WAINSCOAT, REPRESENTATIVE FOR HUMANE FARMING ASSOCIATION
(video)

## *Disposition:*

Continued to 7/16/26 at 1:30 p.m

Ms. Gladstone is to file a status report by no later than 7/9/26.