Monika Kerber
PO Box 1000
Julian, California 92036
951-234-9793
Debtor Pro Per

FILED

2026 MAY 11 AM 8: 13

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In re:

VILLA CHARDONNAY HORSES WITH WINGS INC.,

              Debtor(s).

Case No.: 25-04245=JBM11

Adv. No: ___

**DECLARATION REGARDING RETENTION OF COUNSEL AND ONGOING RESOLUTION EFFORTS**

**Date: None Set**

**Time: None Set**

**Dept: Two (2)**

Honorable J. Barrett Marum

DECLARATION REGARDING RETENTION OF COUNSEL AND ONGOING RESOLUTION EFFORTS

TO THE HONORABLE JUDGE OF THE COURT:

1

**DECLARATION REGARDING RETENTION OF COUNSEL**

I respectfully submit this declaration to advise the Court that we have been actively and continuously working in good faith toward resolving the financial obligations associated with this matter for well over a month.

The nonprofit entity, Villa Chardonnay Horses With Wings Inc., is currently in the process of retaining additional bankruptcy counsel due to the complexity of the matter and the ongoing efforts to resolve and satisfy the outstanding obligations associated with this case.

We have already been in active discussions with counsel regarding representation, settlement efforts, and the steps necessary to bring this matter to resolution as quickly as possible.

At this stage, the parties are in the process of finalizing the retainer agreement and related documentation, and escrow-related arrangements are already actively being discussed and coordinated through counsel. These efforts are ongoing as we speak.

The purpose of retaining counsel is not to delay proceedings, but rather to facilitate resolution, settlement discussions, and satisfaction of the obligations associated with this case so that all parties may move forward appropriately and efficiently.

We respectfully request reasonable additional time for counsel to formally appear, review the matter, and assist in completing the ongoing settlement and escrow arrangements currently underway.

We are actively working toward resolution as quickly as possible and are making every effort to move this matter toward settlement and conclusion without unnecessary delay.

I want the Court to know that every effort possible is being made to resolve this matter and bring it to conclusion as promptly as circumstances allow.

I sincerely appreciate the Court's time and consideration.

2

**DECLARATION REGARDING RETENTION OF COUNSEL**

Respectfully submitted,

Monika Kerber
President, Villa Chardonnay Horses With Wings Inc.

Debtor

Dated: 5/11/2026

3

**DECLARATION REGARDING RETENTION OF COUNSEL**

PROOF OF SERVICE

I, Monika Kerber, declare as follows:

I am over the age of eighteen and not a party to this action. I am a resident of San Diego County, California.

On May 11, 2026, I served a true and correct copy of the following document:

DECLARATION REGARDING RETENTION OF COUNSEL AND ONGOING RESOLUTION EFFORTS

on the following parties by electronic mail addressed as follows:

Leslie T. Gladstone, Esq.
Financial Law Group
5656 La Jolla Blvd.
La Jolla, CA 92037
Email: HildaM@flgsd.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 11, 2026, in Julian, California.

_____
Monika Kerber

4

**DECLARATION REGARDING RETENTION OF COUNSEL**