**Nissan Thomas, Esq. (SBN 250273)**

Law Offices of Nissan Thomas
6230 Wilshire Blvd., Suite 2015
Los Angeles, CA 90048
Telephone: (424) 781-7653
Email: info@nissanthomaslaw.com

FILED
2026 MAY 26  PM 2: 06
U.S. ... PTCY CT.
SO DIST. OF CALIF.

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

In re:
VILLA CHARDONNAY HORSES WITH
WINGS, INC.,
Debtor

LESLIE T. GLADSTONE,
Chapter 11 Trustee,
                    Plaintiff,

        v.

MONIKA KERBER PEREZ, an individual;
and MERCEDES FLORES, an individual,

                    Defendants.

CASE NO.: 25-04245-JBM11

ADV. No.: 26-90029

DECLARATION OF MONIKA KERBER PEREZ
IN SUPPORT OF EMERGENCY MOTION FOR
TEMPORARY EMERGENCY STAY ORDER,
TEMPORARY RESTRAINING AND
PROTECTIVE RELIEF, PRESERVATION OF
DISPUTED NON-ESTATE PROPERTY,
RESCUE ANIMALS, AND EVIDENCE,
ACCOUNTING AND DISCLOSURE RELIEF,
AND ORDER SHORTENING TIME

Date:
Time:
Place:  Dept. 2, room 118
Judge: Hon J. Barret Marum

I, MONIKA KERBER PEREZ, declare as follows:

1. I am a Defendant, officer of Villa Chardonnay, debtor herein, and a real party in interest in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called as a witness, could and would testify competently thereto.

**MONIKA KERBER PEREZ DECLARATION**

2. I reside at the subject property located in Julian, California (the "Property"), and have personally observed the operational, occupancy-related, enforcement-related, rescue-related, and property-related activities described in the accompanying Emergency Motion.

3. For an extended period of time, I participated directly in rescue-animal care operations involving horses, dogs, cats, and other rescue animals maintained at the Property. The general public has supported Villa Chardonnay for years, and greatly appreciates our policy to do everything possible to accept the animals brought to us. Often we are the only alternative to abandonment and kill houses.

4. My involvement included:

• daily feeding;

• veterinary coordination;

• medication administration;

• monitoring animal conditions;

• coordinating rescue-related care;

• maintaining operational supplies;

• sanitation-related functions;

• and ongoing hands-on custodial care.

5. Based upon my personal knowledge and records available to me, such as: veterinary records, vaccination records, and animal-related documents, I can testify to the quality care provided by Villa Chardonnay Horses With Wings, Inc.

**MONIKA KERBER PEREZ DECLARATION**

6. Certain rescue animals maintained at the Property were cared for pursuant to rescue, sanctuary, foster-type, custodial-care, or informal bailment arrangements in which operational care responsibilities and legal ownership interests were not always identical.

7. I want to clarify that most of the animals and everything in the residence is my personal property, because the Trustee seems to wrongfully identify animals and household items as property of Villa Chardonay. (See Exhibit 1 Vet Records showing ownership)

8. I reviewed filings in this case reflecting that the Chapter 11 Trustee entered into post-petition financing arrangements involving secured creditors holding foreclosure-related interests against the Property, including River Falls, LLC, Private Mortgage Lending, Inc., the hard money lender I am working to pay off soon to avoid foreclosure. The fact that the Trustee has indicated she added $400,000.00 to the money we owe our lender is quite disturbing and can be seen as overreaching and prejudicial.

9. I am trying to get a payoff from River Falls, and from other lien holders to refinance the loan to River Falls and resolve the foreclosure River Falls and the Armbrust Trust began.

10. Based upon filings and events personally observed during administration of the Property, I observed turnover proceedings, enforcement activities, expanded operational control, security-related activities, sale-related efforts, and other actions, all of which materially affected the occupancy and possession rights at the Property.

11. During the course of trustee-administered operations, I personally observed substantial changes affecting residential occupancy and daily access to the Property, including expanded third-party operational presence and security-related activity that serves no valid purpose, and is detrimental to me as a Defendant. My rights to have necessary third-party guests have been denied by the Trustee. The prohibition on guests and visitors,

**MONIKA KERBER PEREZ DECLARATION**

lock rekeying, monitoring-type activity, surveillance, and ongoing interference with my rights to occupy the residence are denying me my constitutional rights and causing unnecessary emotional distress and harm.

Since becoming the Trustee on January 29, 2026, Leslie Gladstone has herself and her employee Jeff Wiemann, made regularly and frequent unannounced visits to the property in violation of California State Law that requires 24 hour notice.

12. Following the May 1, 2026 seizure-related operations, I personally observed security personnel and/or third-party operational personnel denying or restricting guest access to the Property. More harmful, is that the Trustee set up this security expense as a punitive financial hardship against me and Villa Chardonnay. Security earn approximately $25.00 per hours, and two guards each 24 hour period would likely cost $1,200,00 ($50.00- per hour for two guards). There is no good cause to set me up for a $1,200.00 a day expense.

13. I regularly see the security guards park their personal vehicles near our house and keep me and Ms. Flores under surveillance, yet they said at their first day they were going to stay at the front gate and prevent/monitor anyone coming onto the property, and monitor my coming and going.  Keeping me under surveillance is intrusive and serves no lawful purpose. Billing me $1,200.00 for this unlawful surveillance is in bad faith. Same as all the other excessive billing, such as for an inflated and unnecessary locksmith charge.(See Exhibit 3 Reflecting Humane Officer Restrictions on Movement and access at the Property. See also the Security company parked outside my garage entrance.)

14. The frequency of entry onto the occupied portions of the Property by the Trustee and her staff serves no purpose but to add fraudulent fees to my case and cause me duress and emotional distress. With no logical purpose of the Trustee' actions, she must be curtailed.

**MONIKA KERBER PEREZ DECLARATION**

15. On or about May 8, 2026, I provided Trustee Leslie T. Gladstone and accompanying individuals access to the residence and interior portions of the Property. After I departed the Property, Trustee Leslie T. Gladstone requested a key to the residence within minutes of my leaving the Property. I immediately returned to give her a key, and found that a locksmith was finishing rekeying a lock to an entrance door. Clearly asking me to return to give her a key was a harassing and bullying move by the Trustee. (See Exhibit 4 Text Messages from Trustee Leslie Gladstone texting she was changing the locks after having full access to my residence.)

16. The rural area for 10 to 20 miles from the property often has no cell service. Once signal became available, communications were sent advising that we were returning to the Property to deliver the requested key. Hiring a locksmith at my expense is bad faith, same as her multiple and repetitive visits, and the totality of her prejudicial treatment requires court intervention. .

17. I further observed ongoing disputes and operational interference involving water access to upper pasture areas. A hose supplying water to horses in the upper pasture area had been disconnected and, on at least one occasion, physically cut or damaged.

18. I personally reconnected and repaired the hose on multiple occasions in order to restore water flow to horses located in the affected pasture areas after the water supply had been disconnected. Bad faith conduct at the direction of the Trustee as part of a smear campaign is unnecessary and inexcusable.

19. Based upon my observations, portions of the water-related infrastructure servicing animal-care and operational areas were damaged, disconnected, impaired, or rendered inoperable during periods of expanded third-party access and operational activity.

**MONIKA KERBER PEREZ DECLARATION**

20. Such disruptions negatively affected:

- water access;

- sanitation;

- maintenance functions;

- operational conditions;

- animal-care activities;

- and ongoing rescue-related operations.

21. I am informed and believe that mail associated with Villa Chardonnay Horses With Wings, Inc., as well as personal mail associated with both Mercedes Flores and myself, was and is being interfered with by the Trustee. Being denied mail is continued harassing behavior, that with frequent unnecessary visits to the property, and being kept under surveillance is a course of conduct that requires court interventions.

22. During this period, mail ordinarily received through P.O. Box 1000 was no longer consistently available for retrieval, and I observed circumstances indicating that organizational and personal correspondence had been received and either marked "return to sender" or diverted from delivery to Villa Chardonnay and us Defendants.

23. I reviewed communications from Trustee Leslie T. Gladstone acknowledging and admitting having possession of personal mail addressed to Mercedes Flores.

24. I personally observed IRS-related correspondence addressed to Mercedes Flores that appeared to have been previously opened and was later left in the barn area during the course of expanded third-party operational activity and trustee-administered control at the Property.

**MONIKA KERBER PEREZ DECLARATION**

25. I am informed and believe that returning, forwarding or redirection affecting both organizational and personal correspondence occurred without my authorization or consent.

26. Concerns allegedly raised on or about April 27, 2026 involved only certain specific animals, specifically four cats and three horses.

27. On April 27, 2026 Humane Society employees, Trustee Mrs. Gladstone and Jeff Weiman entered the property without consent and no warrant or court order and inspected the property. After walking through the cattery, where 187 cats lived, a Humane Society employee identified four cats that he said needed to see a veterinarian, and among 200 horses, 3 needed to see a vet. On April 29, 2026 the horse vet came and treated the three horses, and on April 30, 2026 the four cats were seen by a small animal veterinarian clinic. (See Exhibit 2 Vet records of four cats and 3 horses seen by veternarians)

28. The evidence shows that Mrs. Gladstone persuaded the Humane Society to inspect the property and used the excuse of 4 cats and 3 horses to support a raid on May 1, 2026 where the sanctuary was shut down. This conduct of the Trustee was to drive us off the property, and at a hearing our medical care will show that 7 animals out of over 600 do not justify closure. There was no reason for the Humane Society to remove 30 dogs, 187 cats, and over 50 various animals. More importantly a blind bull was euthanized for no reason, likely they because they did not want to transport it, and allowed a goat to escape.

29. I firmly believe that the alleged emergency conditions were fabricated by Mrs. Gladstone and the Humane Society deciding to team up to close the sanctuary without any due process rights.  In essence, the forced closing of the sanctuary caused by the Trustee's

MONIKA KERBER PEREZ DECLARATION

actions were without a fair hearing. Without a fair opportunity to present all the facts, the Trustee has taken an unfair advantage.

30. I further observed operational interference affecting:

• donor communications;

• rescue-related operations;

• financing-related efforts;

• restructuring-related efforts;

• nonprofit activities;

• and ordinary operational continuity associated with the Property.

31. In February, 2026 the Trustee told me that she had all mail, mine, Mercedes Flores, and Villa Chardonnay forwarded to her law office. I questioned her about that and she said it was legal for her to do so.

32. I further observed ongoing operational activities, financing-related expenditures, turnover-enforcement activities, and expanded third-party operational control continuing to materially affect occupancy conditions, estate operations, rescue operations, and property-related interests, such as the unnecessary security guard fees to a friend of an employee of the Trustee. .

33. Based upon my observations the Trustee is committing malfeasance. Her goal seems to be to close down the use of the property as a sanctuary, which is premature without a hearing to substantiate bad care and justify Humane Society action. The trustee is setting herself up for claims of :

• infrastructure damage;

• operational disruption;

**MONIKA KERBER PEREZ DECLARATION**

- impairment of rescue operations;

- liability exposure;

- continued diminution of operational value;

- and disruption of ongoing care arrangements involving rescue animals.

34. I have photographs depicting good care of:

- rescue animals maintained at the Property;

- operational conditions;

- infrastructure conditions;

- animal-care areas;

- supplies;

- and related operational activities over time.

35. I also possess and have access to veterinary-related documentation, vaccination-related documentation, communications, witness information, photographs, and related materials concerning rescue operations, custodial arrangements, disputed ownership issues, and operational conditions at the Property.

36. Based upon my observations and understanding, absent temporary preservation relief there exists substantial risk that:

- disputed property, i.e., animals, may be transferred, altered, or lost;

- operational records and electronically stored information may be destroyed or altered;

- additional infrastructure damage may occur;

- rescue animals may suffer further disruption, deterioration, displacement, or improper handling;

9 of 12

**MONIKA KERBER PEREZ DECLARATION**

• and ongoing operational and evidentiary conditions may be irreversibly affected before judicial review can occur.

37. I believe continued expansion of operational control, expenditures, turnover-related enforcement activity, and occupancy interference will continue to negatively affect residential occupancy conditions, operations, rescue activities, and property-related interests absent judicial intervention.

38. Immediate judicial intervention is necessary to preserve existing occupancy conditions, prevent additional estate-incurred liabilities, maintain the status quo pending adjudication of the disputed issues raised in the accompanying Emergency Motion, and prevent further irreversible interference with residential possession, rescue operations, and property-related interests.

39. On or about February 9, 2026, a motion was filed by Chapter 11 Trustee Leslie T. Gladstone seeking approval for approximately $400,000.00 in post-petition financing involving River Falls, LLC, Private Mortgage Lending, Inc., and related financing parties. At that time, Michael Totaro was counsel of record for Villa Chardonnay Horses With Wings, Inc., and to the best of my knowledge, no formal objection or opposition was filed on behalf of Villa Chardonnay Horses With Wings, Inc. concerning the substantial debt proposed to be incurred against the estate. (See Exhibit 5 and 6 Order Approving 400,000 of incurred debt and screenshots of court docket reflecting absence of formal opposition to $400,000)

40. I respectfully request that the Court preserve the status quo pending evidentiary hearing and grant appropriate temporary protective and preservation relief concerning disputed

**MONIKA KERBER PEREZ DECLARATION**

property, rescue animals, operational records, and operational access affecting the Property.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on May 26, 2026 at San Diego, California.

MONIKA KERBER PEREZ      VIA EMAIL

MONIKA KERBER PEREZ DECLARATION

# EXHIBIT 1

## CERTIFICATE OF VACCINATION

**Date of Rabies Vaccination**: 03-03-26
**Next Rabies Vaccination On:** 03-03-27
**HPI1338F8VETERINARY CLINIC**
Perris Valley Veterinary Clinic
2560 North Perris Boulevard F-8
Perris, CA  92571
951-657-8389

**Certificate No:**
**Previous Rabies Vaccination:**
**OWNER OF ANIMAL**
Monica Kerber
4554 Boulder Creek Rd
Julian, Ca 92036

**This is to certify...**

**THAT I HAVE VACCINATED AGAINST RABIES THE ANIMAL DESCRIBED BELOW.**

**Patient information...**

**PATIENT:** Spanky
**SPECIES: Canine- mixed**
**SEX: Male**
**Color and markings:  White**

**TAG NO:**
**WEIGHT:**
**AGE:** 1yr

Signed

Gabriel Flores, DVM

**License:** 14291

**Vaccinations done...**

03-03-26     GF     Canine Rabies 1 Year

**Rabies Vaccine Information...**

**MFG BY:** NOBIVAC 3
**LOT EXP:** 01/27/28

**SER.NO:** 835594

# CERTIFICATE OF VACCINATION

**Date of Rabies Vaccination:** 03-03-26
**Next Rabies Vaccination On:** 03-03-29
HPI1338F8**VETERINARY CLINIC**
Perris Valley Veterinary Clinic
2560 North Perris Boulevard F-8
Perris, CA  92571
951-657-8389

**Certificate No:**
**Previous Rabies Vaccination:**
**OWNER OF ANIMAL**
Monica Kerber
4554 Boulder Creek Rd
Julian, Ca 92036

This is to certify...

THAT I HAVE VACCINATED AGAINST RABIES THE ANIMAL DESCRIBED BELOW.

**Patient information...**

**PATIENT:** Canelo
**SPECIES: Canine- AustralianShepherd**
**SEX: Male Neutered**
**Color and markings:  Cinnamon brown**

**TAG NO:**
**WEIGHT:**
**Age: 7yr**

Signed _____

Gabriel Flores, DVM                     **License:** 14291

**Vaccinations done...**

03-03-26      GF      Canine Rabies 3 Year

**Rabies Vaccine Information...**

**MFG BY:** NOBIVAC 3          **SER.NO:** 835594
**LOT EXP:** 01/27/28

## CERTIFICATE OF VACCINATION

**Date of Rabies Vaccination**: 03-03-26
**Next Rabies Vaccination On:** 03-03-29
HPI1338F8**VETERINARY CLINIC**
Perris Valley Veterinary Clinic
2560 North Perris Boulevard F-8
Perris, CA  92571
951-657-8389

**Certificate No**:
**Previous Rabies Vaccination:**
**OWNER OF ANIMAL**
Monica Kerber
4554 Boulder Creek Rd
Julian, Ca 92036

This is to certify...

THAT I HAVE VACCINATED AGAINST RABIES THE ANIMAL DESCRIBED BELOW.

**Patient information...**

**PATIENT:** Diego
**SPECIES: Canine- German Shepherd mix**
**SEX: Male Neutered**
**Color and markings:  Black**

**TAG NO:**
**WEIGHT:**
Age: 7yr

Signed _____

Gabriel Flores, DVM                    **License:** 14291

**Vaccinations done...**

03-03-26      GF      Canine Rabies 3 Year

**Rabies Vaccine Information...**

**MFG BY:** NOBIVAC 3          **SER.NO:** 835594
**LOT EXP:** 01/27/28

# CERTIFICATE OF VACCINATION

**Date of Rabies Vaccination**: 03-03-26
**Next Rabies Vaccination On**: 03-03-29
HPI1338F8**VETERINARY CLINIC**
Perris Valley Veterinary Clinic
2560 North Perris Boulevard F-8
Perris, CA  92571
951-657-8389

**Certificate No**:
**Previous Rabies Vaccination:**
**OWNER OF ANIMAL**
Monica Kerber
4554 Boulder Creek Rd
Julian, Ca 92036

**This is to certify...**

**THAT I HAVE VACCINATED AGAINST RABIES THE ANIMAL DESCRIBED BELOW.**

**Patient information...**

**PATIENT:** Sammie
**SPECIES:** Canine- Anatolian mix
**SEX:** Female Spayed
**Color and markings:** Brown

**TAG NO:**
**WEIGHT:**
Age:2yr

Signed _____

Gabriel Flores, DVM

**License:** 14291

**Vaccinations done...**

03-03-26    GF    Canine Rabies 3 Year

**Rabies Vaccine Information...**

**MFG BY:** NOBIVAC 3        **SER.NO:** 835594
**LOT EXP:** 01/27/28

# CERTIFICATE OF VACCINATION

**Date of Rabies Vaccination**: 03-03-26
**Next Rabies Vaccination On:** 03-03-29
HPI1338F8**VETERINARY CLINIC**
Perris Valley Veterinary Clinic
2560 North Perris Boulevard F-8
Perris, CA  92571
951-657-8389

**Certificate No**:
**Previous Rabies Vaccination:**
**OWNER OF ANIMAL**
Monica Kerber
4554 Boulder Creek Rd
Julian, Ca 92036

This is to certify...

**THAT I HAVE VACCINATED AGAINST RABIES THE ANIMAL DESCRIBED BELOW.**

**Patient information...**

**PATIENT:** Teddy
**SPECIES: Canine- Anatolian mix**
**SEX: Male Neutered**
**Color and markings:  Brown**

**TAG NO:**
**WEIGHT:**
**Age: 2yr**

Signed _____

Gabriel Flores, DVM                    **License:** 14291

**Vaccinations done...**

03-03-26      GF      Canine Rabies 3 Year

**Rabies Vaccine Information...**

**MFG BY:** NOBIVAC 3        **SER.NO:** 835594
**LOT EXP:** 01/27/28

# CERTIFICATE OF VACCINATION

**Date of Rabies Vaccination**: 03-03-26
**Next Rabies Vaccination On**: 03-03-29
HPI1338F8**VETERINARY CLINIC**
Perris Valley Veterinary Clinic
2560 North Perris Boulevard F-8
Perris, CA  92571
951-657-8389

**Certificate No**:
**Previous Rabies Vaccination**:
**OWNER OF ANIMAL**
Monica Kerber
4554 Boulder Creek Rd
Julian, Ca 92036

**This is to certify...**

**THAT I HAVE VACCINATED AGAINST RABIES THE ANIMAL DESCRIBED BELOW.**

**Patient information...**

**PATIENT: Angelo**
**SPECIES: Canine- Boxer mix**
**SEX:  Male Neutered**
**Color and markings:  Brown**

**TAG NO:**
**WEIGHT:**
**Age:2yr**

Signed

Gabriel Flores, DVM

**License:** 14291

**Vaccinations done...**

03-03-26      GF      Canine Rabies 3 Year

**Rabies Vaccine Information...**

**MFG BY:** NOBIVAC 3          **SER.NO:** 835594
**LOT EXP:** 01/27/28

# EXHIBIT 2

VET REPORTS FOR REQUESTED MEDICAL CHECKUP FOR 4 CATS AND 3 HORSES
DURING THE HUMANE SOCIETY UNANNOUNCED VISIT APRIL 27, 2026

## *Perris Valley Veterinary Clinic*

2560 North Perris Boulevard F-8
Perris, CA 92571
951-657-8389

| FOR: | Keller Monika |
| | 4554 Boulder Creek Rd |
| | , 92306 |
| | (951) 234-9793 |

| | |
| --- | --- |
| **Printed:** | 04-30-26 at 1:37p |
| **Date:** | 04-30-26 |
| **Account:** | 30599 |
| **Invoice:** | 156544 |

| Date | For | Qty | Description | Price | |
| --- | --- | --- | --- | --- | --- |
| 04-30-26 | Annie | 1 | Office Visit - Additional Pet | 40.00 | ** |
| 04-30-26 | | 1 | IV CATH | 55.00 | |
| 04-30-26 | | 1 | Euthanasia 0-25 lbs | 100.00 | |
| 04-30-26 | | 1 | Body Return & Release | 0.00 | |
| 04-30-26 | Mama Kitty | 1 | Office Visit - Additional Pet | 40.00 | ** |
| 04-30-26 | | 1 | Convenia Injection 80mg/ml | 125.00 | |
| 04-30-26 | | 1 | Viralys Gel #33763 | 40.00 | ** |
| 04-30-26 | | 1 | Doxycycline 50mg #33762 | 40.00 | |
| 04-30-26 | Jerry | 1 | Proparicaine | 50.00 | ** |
| 04-30-26 | | 1 | Office Visit | 60.00 | ** |
| 04-30-26 | | 1 | Fluorecin Eye Stain | 45.00 | |
| 04-30-26 | | 1 | Doxycycline 25mg/5ml Susp #33761 | 40.00 | |
| 04-30-26 | | 1 | Neo Poly Dex Ointment #33764 | 40.00 | |
| 04-30-26 | Bubba | 1 | Office Visit - Additional Pet | 40.00 | ** |
| 04-30-26 | | 1 | Convenia Injection 80mg/ml | 125.00 | |
| 04-30-26 | | 1 | Clip/Clean | 30.00 | ** |

| Old balance | Charges | Payments | Discount | New balance |
| --- | --- | --- | --- | --- |
| 0.00 | 870.00 | 0.00 | 290.00 ** | 580.00 |

Your invoice total reflects our **Clients** discount.

| Patient | Total charges |
| --- | --- |
| Annie | 155.00 |
| Mama Kitty | 175.00 |
| Jerry | 125.00 |
| Bubba | 125.00 |

### *Doctor's Instructions*

**Office Visit**

**LOPE EQUINE INC**

1660 Lotus Ln
El Cajon, California 92021

**Fax**

**Invoice:** 291111 4/29/2026

**Unpaid**

**Provider**
Max Wilcox

Bill To:

Monika Kerber
4554 Boulder Creek Road
Julian, California 92036

| Date | Subject | Description | Qty | Price | Disc | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 4/29/2026 | Cricket | General Exam | 1.00 | $220.00 | 0.00 | | $220.00 |
| 4/29/2026 | | Farm Call Per Mile | 40.00 | $6.00 | 0.00 | | $240.00 |
| 4/29/2026 | Molly | General Exam | 1.00 | $220.00 | 0.00 | | $220.00 |
| 4/29/2026 | | Farrier Services | 1.00 | $60.00 | 0.00 | | $60.00 |
| 4/29/2026 | Barbina | General Exam | 1.00 | $220.00 | 0.00 | | $220.00 |
| 4/29/2026 | | Half Bandage | 1.00 | $40.00 | 0.00 | | $40.00 |
| 4/29/2026 | | SSD Tub | 1.00 | $80.00 | 0.00 | | $80.00 |
| 4/29/2026 | | Elastikon 4" Roll | 3.00 | $30.00 | 0.00 | | $90.00 |
| 4/29/2026 | RX | Previcox 227 mg  180 count | 1.00 | $900.00 | 0.00 | | $900.00 |

| | |
|---|---|
| Subtota | $2,070.00 |
| Freight | |
| Tax | $0.00 |
| Total | $2,070.00 |

Payment is due at time of service. Balances unpaid after 30 days are subject to a monthly service charge of 1.5% or $5.00 whichever is greater.

# EXHIBIT 3

MAY 9, 2026 HUMANE LAW ENFORCEMENT RESTRICTIONS ON MOVEMENT AND ACCESS ON PROPERTY TO MS. FLORES AND GUESTS



# EXHIBIT 4

SECURITY COMPANY PARKED OUTSIDE MY SIDE ENTRANCE OF MY HOUSE






# EXHIBIT 5

TEXT CORRESPONDENCE FROM Leslie Gladstone on May 8, 2026 when she rekeyed the side door after already having access to the house with three other people she brought with her to inspect the house.

### TEXT CORRESPONDENSE FROM TRUSTEE LESLIE GLADSTONE



# EXHIBIT 6

POST PETITION FINANCING
APPROVAL OF $400,000 OF
INCURRED DEBT TO VILLA
CHARONNAY

ORDER ON TRUSTEE'S EMERGENCY MOTION FOR (1) AN INTERIM ORDER AUTHORIZING TRUSTEE TO OBTAIN
POSTPETITION FINANCING; AND (2) SETTING FINAL HEARING
DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS, INC                     CASE NO: 25-04245-JBM11

---

On February 9, 2026, Leslie T. Gladstone, chapter 11 trustee, ("Trustee") filed and served her Emergency Motion for (1) an Interim Order Authorizing Trustee to Obtain Postpetition Financing, and (2) Setting Final Hearing (the "Motion").

This matter came on emergency notice for a hearing on February 12, 2026, at 1:30 p.m., the Honorable J. Barrett Marum presiding. An appearance was made by Leslie T. Gladstone of Financial Law Group, P.C., on behalf of the Trustee. An appearance was made by Meredith King of Franklin Soto Leeds, LLP on behalf of Private Mortgage Lending, Inc., River Falls, LLC and The Armbrust Living Trust. An appearance was made by Glen F. Dorgan of the United States Attorneys Office on behalf of the Small Business Administration. No other appearances were made.

The Court having reviewed and considered the Motion, for the reasons stated in the record and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Emergency Motion for (1) an Interim Order Authorizing Trustee to Obtain Post-Petition Financing; and (2) Setting Final Hearing is granted.

2. The Trustee's Postpetition Financing Agreement with River Falls, LLC, Private Mortgage Lending, Inc., and the Armburst Trust, the senior secured creditors, in the amount of $400,000.00 is approved on an interim basis.

3. A Final Hearing shall be held on March 3, 2026, at 10:00 a.m., before this Court. Oppositions to the Motion are due no later than February 23, 2026. The Trustee may reply to any opposition by no later than noon on March 2, 2026. The Trustee is to provide notice of these deadlines and the final hearing to all parties entitled to notice by no later than February 13, 2026.[1]

IT IS SO ORDERED.


APPROVED AS TO FORM.


 /s/ Meredith King
Meredith King, Esq.
Attorney for Private Mortgage Lending, Inc., River Falls, LLC
The Armbrust Living Trust


---

Signed by Judge J Barrett Marum February 13, 2026

[1] The Court neglected to set these deadlines at the initial hearing on the Motion and so if the Trustee desires to change them, she may file an ex parte request for the Court to do so.

# EXHIBIT 7

## REPRESENTATIVE DOCKET SCREENSHOTS REFLECTING ABSENCE OF FORMAL OBJECTION OPPOSITION TO $400,000 FINANCING BY FORMER ATTORNEY MICHAEL TOTARO



theretor,

IT IS HEREBY ORDERED that:

1. The Emergency Motion for (1) an Interim Order Authorizing Trustee to Obtain Post-Petition Financing; and (2) Setting Final Hearing is granted.

2. The Trustee's Postpetition Financing Agreement with River Falls, LLC, Private Mortgage Lending, Inc., and the Armburst Trust, the senior secured creditors, in the amount of $400,000.00 is approved on an interim basis.

3. A Final Hearing shall be held on March 3, 2026, at 10:00 a.m., before this Court.  Oppositions to the Motion are due no later than February 23, 2026.  The Trustee may reply to any opposition by no later than noon on March 2, 2026.  The Trustee is to provide notice of these deadlines and the final hearing to all parties entitled to notice by no later than February 13, 2026.[1]

IT IS SO ORDERED.

APPROVED AS TO FORM.

/s/ Meredith King

**PROOF OF SERVICE**

I, *Russell Livingston* the undersigned, certify and declare as follows:

I am employed in the County of San Diego, State of California, am over the age of 18 years, and not a party to the within action; my business address is:

*13446 Poway Rd #305, Poway, CA 92064*

On May 26, 2026, I, *Russell Livingston*. served the foregoing:

EMERGENCY MOTION FOR:
(1) TEMPORARY EMERGENCY STAY ORDER;
(2) TEMPORARY RESTRAINING AND PROTECTIVE RELIEF;
(3) PRESERVATION OF DISPUTED NON-ESTATE PROPERTY, RESCUE ANIMALS, AND EVIDENCE;
(4) ACCOUNTING AND DISCLOSURE RELIEF;
AND
(5) ORDER SHORTENING TIME

[ X ]   by email-- HildaM@flgsd.com

[ X ]   by personal delivery of a true copy thereof to:

Trustee Leslie T. Gladstone, Esq
Financial Law Group
5656 La Jolla Blvd.
La Jolla, CA 92093

[ ]   by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on May 26, 2026

Print name and signature
*Russell Livingston*

12 of 12