Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
Hilda M. Montes de Oca, Esq. (SBN 287605)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone (858) 454-9887
Facsimile (858) 454-9596
E-mail: HildaM@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

| In re: | Case No.: 25-04245-JBM11 |
|---|---|
| VILLA CHARDONNAY HORSES WITH WINGS, INC., | **NOTICE OF ERRATA RE TRUSTEE'S OPPOSITION TO DEBTOR'S EMERGENCY MOTION FOR:** |
| Debtor. | **(1) TEMPORARY EMERGENCY STAY ORDER;** |
| | **(2) TEMPORARY RESTRAINING AND PROTECTIVE RELIEF;** |
| | **(3) PRESERVATION OF DISPUTED NON-ESTATE PROPERTY, RESCUE ANIMALS;** |
| | **(4) ACCOUNTING AND DISCLOSURE RELIEF;** |
| | **(5) ORDER SHORTENING TIME; AND** |
| | **(6) REQUEST TO TERMINATE FINANCIAL ORDERS** |
| | Date: __, 202__ |
| | Time: __.m. |
| | Dept: 2 |
| | Honorable J. Barrett Marum |

IN RE VILLA CHARDONNAY HORSES WITH WINGS, INC., CASE NO. 25-04245-JBM11

1

NOTICE OF ERRATA RE TRUSTEE'S OPPOSITION

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that Leslie T. Gladstone, chapter 11 trustee ("**Trustee**"), hereby provides notice of errata and correction as follows:

On May 27, 2026, Trustee filed her Opposition to *Debtor's Emergency Motion for (1) Temporary Emergency Stay Order; (2) Temporary Restraining and Protective Relief; (3) Preservation of Disputed Non-Estate Property, Rescue Animals; (4) Accounting and Disclosure Relief; (5) Order Shortening Time; and (6) Request to Terminate Financial Orders* ("**Opposition**" ECF No. 173)

In her Opposition and supporting Declaration, Trustee stated that the Court entered a final order granting Trustee's *Emergency Motion for (1) an Interim Order Authorizing Trustee to Obtain Postpetition Financing; and (2) Setting Final Hearing* (the "**Postpetition Financing Motion**"), citing ECF No. 125. The docket entry at ECF No. 125, however, was not a final order; it merely reflected that the Court granted the Postpetition Financing Motion on a final basis, vacated the March 3, 2026 hearing, and informed Trustee that she may submit an Order thereon. (ECF No. 125)

To correct this oversight, Trustee submits the proposed Order granting the Postpetition Financing Motion for the court's review and approval, concurrent with filing this Notice of Errata.

Respectfully submitted,

Dated: May 28, 2026          FINANCIAL LAW GROUP

By:  /s/ Hilda M. Montes de Oca
Hilda M. Montes de Oca, Esq.
Attorney for Leslie T. Gladstone, Trustee

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS, INC., CASE NO. 25-04245-JBM11          2          NOTICE OF ERRATA RE TRUSTEE'S OPPOSITION