Nissan Thomas, Esq. (SBN 250273)
Law Offices of Nissan Thomas
6230 Wilshire Blvd., Suite 2015
Los Angeles, CA 90048
Telephone: (424) 781-7653
Email: info@nissanthomaslaw.com

FILED

2026 JUN -2 AM 10: 58

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

In re:

VILLA CHARDONNAY HORSES WITH WINGS, INC.,
Debtor

LESLIE T. GLADSTONE,
Chapter 11 Trustee,

CASE NO.: 25-04245-JBM11

DECLARATION OF MONIKA KERBER PEREZ IN SUPPORT OF VILLA CHARDONNAY HORSES WITH WINGS, INC.'S OPPOSITION AND OBJECTION TO FINANCIAL LAW GROUP'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT

Date: June 30, 2026
Time: 1:30 pm
Place: Dept. 2, room 118
Judge: Hon J. Barret Marum

DECLARATION OF MONIKA KERBER PEREZ IN SUPPORT OF VILLA CHARDONNAY HORSES WITH WINGS, INC.'S OPPOSITION AND OBJECTION TO FINANCIAL LAW GROUP'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Monika Kerber Perez, declare as follows:

1. I am the founder and an officer or authorized representative of Villa Chardonnay Horses With Wings, Inc. I have personal knowledge of the facts stated in this declaration, except

1 of 5

**DECLARATION OF MONIKA KERBER PEREZ**

4245 Dec CL 5p.

where stated on information and belief, and if called as a witness, I could and would testify competently to them.

2. I submit this declaration in support of Villa Chardonnay Horses With Wings, Inc.'s opposition and objection to Financial Law Group's First Interim Application for Compensation and Reimbursement of Expenses as attorneys for Leslie T. Gladstone, Chapter 11 Trustee.

3. Villa Chardonnay filed this case under Chapter 11. Villa Chardonnay is a nonprofit animal sanctuary. Its value is not limited to land and buildings. Its value also includes its nonprofit mission, donor confidence, sanctuary history, animal records, goodwill, animal-care continuity, and the possibility of a transaction that preserves the sanctuary purpose while paying creditors.

4. I understand that Financial Law Group seeks payment from the estate for services performed as counsel for Leslie T. Gladstone, Chapter 11 Trustee. I further understand that Financial Law Group is Leslie T. Gladstone's own law firm.

5. Since Leslie T. Gladstone's appointment as Chapter 11 Trustee, I have not received a complete accounting showing all post-petition financing received, all amounts spent, all professional charges incurred, all animal-related costs, all third-party access to or use of the property, all security-related arrangements, all property-use arrangements, and all sale-related expenses or communications.

6. Based on what I have observed, the case has shifted away from restructuring and toward animal removal, possession disputes, post-petition borrowing, sale activity, and administrative expenses.

**DECLARATION OF MONIKA KERBER PEREZ**

7. I understand that Leslie T. Gladstone has pursued termination of occupancy and possession-related relief concerning me and Mercedes Flores.

8. I also understand that Leslie T. Gladstone has stated that San Diego Humane Society was unable to remove all animals immediately and that San Diego Humane Society is paying for "around the clock security personnel" on the property.

9. Villa Chardonnay's property is approximately 42 acres. Since May 1, 2026, my practical access and use of the property has been limited essentially to the main house and travel between the main house and the gate.

10. I am informed and believe that, since May 1, 2026, San Diego Humane Society personnel and/or related security personnel have maintained a continuous presence at Villa Chardonnay's property.

11. I am informed and believe that San Diego Humane Society personnel and/or related security personnel have occupied, controlled, accessed, or used the majority of the property outside the main house area.

12. I am informed and believe that San Diego Humane Society personnel and/or related personnel have occupied or used portions of the property, including the guest house, access roads, gates, land, improvements, and other areas outside the main residence.

13. Security personnel are regularly present at or near the gate, and security personnel also park or remain near the main house area. Their presence is visible when I leave and return to the property.

14. The continued presence of San Diego Humane Society personnel and related security personnel has affected my peaceful use of the residence and my ability to freely access and use the property where I reside.

**DECLARATION OF MONIKA KERBER PEREZ**

15. I have not received any written agreement, court authorization, occupancy agreement, access agreement, reimbursement agreement, insurance document, indemnity agreement, payment record, or accounting showing the authority, terms, scope, duration, compensation, or estate benefit of San Diego Humane Society's continuing presence or use of Villa Chardonnay's property.

16. I have not received an accounting showing whether San Diego Humane Society is paying rent, reimbursement, or other compensation to the estate for use of the property, what portions of the property are being used, who authorized the use, what insurance or indemnity protects the estate, and how that continuing use benefits Villa Chardonnay's Chapter 11 estate.

17. I am informed and believe that some animals remained on the property after May 1, 2026.

18. I have not received an accounting showing what costs, reimbursements, charges, payments, or estate benefits resulted from San Diego Humane Society's continuing presence at the property or from animal-related work for which Financial Law Group seeks compensation.

19. I respectfully request that the Court defer payment of Financial Law Group's fee application, require a complete accounting of estate expenditures and estate benefit, and preserve estate funds until the Court can determine whether the requested compensation was actual, necessary, reasonable, properly documented, and beneficial to Villa Chardonnay's estate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

4 of 5

**DECLARATION OF MONIKA KERBER PEREZ**

June 1, 2026

Monika Kerber Perez

**DECLARATION OF MONIKA KERBER PEREZ**