FILED

2026 JUN -2 AM 10: 58

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California, am over the age of 18 years, and not a party to the within action; my business address is:

Law Offices of Nissan Thomas
6230 Wilshire Blvd., Suite 2015
Los Angeles, CA 90048

On June 2, 2026, I, _____Ayana Chapman_____. served the foregoing:

OPPOSITION AND OBJECTION OF VILLA CHARDONNAY HORSES WITH WINGS, INC. TO FINANCIAL LAW GROUP'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES; REQUEST TO DENY OR DEFER PAYMENT, REQUIRE ACCOUNTING, AND RESERVE RIGHTS ;DECLARA TION OF MONIKA KERBER IN SUPPORT OF VILL A CIII\RDO\INA Y HORSES\\WITH WINGS, INC.'S OPPOSITION AND OBJECTION TO FINANCIAL LAW GROUP'S FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT

[ X ]    by email-- HildaM@flgsd.com

[  ]    by personal delivery of a true copy thereof
to:
Trustee Leslie T. Gladstone,
Esq Financial Law Group
5656 La Jolla Blvd.
La Jolla, CA 92093

[]    by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California, addressed as follows:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 2, 2026

/s/ Ayana Chapman
_____
Print

4245 POS CL 1P.