# PROOF OF SERVICE

I, Sandra Young, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5656 La Jolla Blvd., La Jolla, California 92037. On **June 8, 2026,** I served a true and correct copy of the following document(s):

**REPLY TO DEBTOR'S OPPOSITION TO FINANCIAL LAW GROUP'S FIRST INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS FOR TRUSTEE DOCUMENT**

on the parties in this action as follows:

**X** **by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date, June 8, 2026, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.

- **Christin A. Batt, Attorney for Chapter 7 Trustee**    christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Kevin Dwight, Attorney for Creditors The Ark Watch Foundation and Celine Myers**    kdwight@manatt.com
- **David K. Eldan, Attorney for California Department of Justice, Office of the Attorney General**    David.Eldan@doj.ca.gov, rpinal@pmcos.com
- **Leslie T. Gladstone, Chapter 7 Trustee**    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Leslie T. Gladstone, Attorney for Chapter 7 Trustee**    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Carl Grumer, Attorney for Creditors The Ark Watch Foundation and Celine Myers**    cgrumer@manatt.com

- **Benjamin Heston, Attorney for Creditor Darlene Sears**
  bhestonecf@gmail.com,
  benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Haeji Hong, Special Notice Attorney for United States Trustee**
  Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Meredith King, Special NoticeAttorney for Creditors Private Mortgage Lending, Inc., River Falls, LLC, and The Armbrust Living Trust**
  mking@fsl.law,
  ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com
- **Andrew Levin, Attorney for Chapter 7 Trustee**    andrewl@flgsd.com,
  leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;
  hildam@flgsd.com;natalik@flgsd.com
- **Hilda Montes de Oca, Attorney for Chapter 7 Trustee**    hildam@flgsd.com,
  leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;
  andrewl@flgsd.com;natalik@flgsd.com
- **Shelby Poteet, Attorney for Creditors Private Mortgage Lending, Inc., River Falls, LLC, and The Armbrust Living Trust**    spoteet@fsl.law,
  ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com
- **Matthew Sirolly, Attorney for California Labor Commission**
  msirolly@dir.ca.gov
- **Nissan Thomas, Attorney for Debtor**    info@nissanthomaslaw.com
- **Michael R Totaro, Attorney for Debtor**    Ocbkatty@aol.com
- **United States Trustee**    ustp.region15@usdoj.gov

All other interested parties in this action that are not a registered ECF User are served as follows:

**by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

None

IN RE VILLA CHARDONNAY HORSES WITH WINGS, INC.,  CASE NO. 25-04245-JBM11
Proof of Service

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed June 8, 2026, at La Jolla, California.

/s/ Sandra Young
Sandra Young