**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Michael R. Totaro 102229
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272
310 804 2157  Ocbkatty@aol.com
Attorneys for Debtor in Possession

Order Entered on
June 16, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES WITH WINGS, INC

Debtor.

ADVERSARY NO.    26-90011-JBM
BANKRUPTCY NO. 3:25-bk-04245-JBM11

Date of Hearing: April 16,2026
Time of Hearing: 11:00 a.m.
Name of Judge: ~~Marum~~ J. Barrett Marum

**COURT MODIFIED**
**ORDER ON**

**MOTION TO WITHDRAW AS GENERAL INSOLVENCY COUNSEL**

The court orders as set forth on the continuation pages attached and numbered __1__ through __2__ with

exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __143__.

//

//

//

//

//

//

//

DATED:    June 15, 2026

Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**

ORDER ON MOTION TO WITHDRAW AS GENERAL INSOLVENCY COUNSEL

DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS, INC

ADVERSARY NO. 26-90011-JBM

CASE NO: 3:25-bk-04245-JBM11

---

Michael R. Totaro, Maureen J. Shanahan and Totaro & Shanahan, LLP filed a Motion to Be Relieved as General Solvency Counsel on March 16, 2026 as docket number 143 ~~on Notice and Opportunity. This Court then scheduled a hearing for April 16, 2026 at 11:00 a.m.~~ along with a Notice of Intended Action and Opportunity for Hearing (ECF No. 144). Counsel also filed a Motion to be Relieved as Counsel (the "Motion") in the Adversary case referenced above on the same day.  Case No. 26-90011-JBM at ECF No. 12.  The Court set the matter for hearing and entered a Tentative Ruling on the Motion. Id. at ECF No. 15.

Appearances were noted on the record. Although the representative of the Debtor appeared, there was no opposition and in fact an agreement to allow counsel to withdraw.

Based on the ~~motion~~ Motion, the attached declarations, the testimony and comments made at the hearing:

IT IS ORDERED:

The Motion is Granted. Michael R. Totaro, Maureen J. Shanahan and Totaro & Shanahan, LLP are relieved as General Insolvency Counsel effective April 16, 2026.

CSD 1001A

Signed by Judge J Barrett Marum June 15, 2026