B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

<u>    Southern    </u> District Of <u>   California   </u>

In re <u>Villa Chardonnay Horses With Wings, Inc.   </u> ,     Case No. <u> 25-04245-JBM11 </u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

<u>River Falls, LLC    </u>
    Name of Transferee

Name and Address where notices to transferee
should be sent:

c/o Meredith King, Esq.
Franklin Soto Leeds LLP
444 West C St., Suite 300
San Diego, CA 92101

Phone: <u>          </u>
Last Four Digits of Acct #: <u>2198    </u>

Name and Address where transferee payments
should be sent (if different from above):

Phone: <u>          </u>
Last Four Digits of Acct #: <u>      </u>

<u>Private Lending Mortgage Inc.   </u>
    Name of Transferor

Court Claim # (if known): 7
Amount of Claim:  $1,745,578.10
Date Claim Filed:  December 23, 2025

Phone: <u>          </u>
Last Four Digits of Acct. #: <u>2198    </u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: <u>/s/ Meredith King    </u>      Date: <u>6/15/2026    </u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# ATTACHMENT

PLEASE COMPLETE THIS INFORMATION.
RECORDING REQUESTED  BY:

AND WHEN RECORDED MAIL TO:

River Falls LLC
2240 Encinitas Boulevard #D131
Encinitas, CA 92024 4345

DOC# 2026-0164199

Jun 09, 2026   09:11 AM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $248.00    (SB2 Atkins: $225.00)
PCOR: N/A
PAGES: 3

*THIS SPACE FOR RECORDER'S USE ONLY*

# ASSIGNMENT OF DEED OF TRUST

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL THIS DEED AND,
UNLESS OTHERWISE SHOWN BELOW,
MAIL TAX STATEMENT TO:

River Falls, LLC
2240 Encinitas Boulevard #D131
Encinitas, CA 92024-4345

APN 289-191-08-00; 289-191-09-00; 289-191-10-00          SPACE ABOVE THIS LINE FOR RECORDER'S USE

## ASSIGNMENT OF DEED OF TRUST

For value received, the undersigned hereby grants, assigns, and transfers to **RIVER FALLS, LLC, a Nevada limited liability company**, the undersigned's right, title, and interest in and to the Short Form Deed of Trust and Assignment of Rents dated March 11, 2020 ("the Deed of Trust"), executed by Villa Chardonnay-Horses with Wings, a California nonprofit corporation, as Trustor, in which River Falls LLC, a Nevada limited liability company, as to an undivided 1100/1600 interest and Private Mortgage Lending Inc., a California corporation as to an undivided 250/1600 interest and Larry D. Armbrust and Carol A. Armbrust, as trustees, or their successors, in trust, UDT dated March 8, 1991 FBO the Armbrust Living Trust as to an undivided 250/1600 interest are named as Beneficiaries and Investors Mortgage Funding Group Inc., a California corporation, as Trustee, and recorded March 16, 2020, as Instrument No. 2020-0135850, Official Records of San Diego County, California, together with the note or notes described or referred to in that Deed of Trust, the money due and to become due on the Deed of Trust with interest, and all rights accrued or to accrue under the Deed of Trust. The real property subject to the Deed of Trust is located in San Diego County, California, and is more particularly described as follows:

PARCELS 1, 2 AND 3 OF PARCEL MAP NO. 12328, IN THE COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, SEPTEMBER 23, 1982.

Dated: 6/4/26

PRIVATE LENDING MORTGAGE INC.,
a California corporation

By: _____
Dale Huntley, president

**CALIFORNIA ACKNOWLEDGMENT**       **CIVIL CODE § 1189**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _San Diego_ }

On _6/4/26_ before me, _Lisa Genzel, notary public_,

    *Date*                   *Here Insert Name and Title of the Officer*

personally appeared _Dale Huntley_

                                       *Name(s) of Signer(s)*

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.



LISA GENZEL
Notary Public - California
San Diego County
Commission # 2468725
My Comm. Expires Oct 29, 2027

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Lisa Genzel_

*Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

——————— **OPTIONAL** ———————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____

☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____

☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association