2100 B (12/15)

# United States Bankruptcy Court

Southern District of California
Case No. 25-04245-JBM11
Chapter 11

In re: Debtor(s) (including Name and Address)

Villa Chardonnay Horses With Wings, Inc.
PO Box  1000
Julian CA 92036-1000

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/16/2026.

Name and Address of Alleged Transferor(s):

Claim No. : Carol Armbrust, P.O. Box 203, Chester, ID 83421

Name and Address of Transferee:

River Falls, LLC
c/o FRANKLIN SOTO LEEDS LLP
Attn.: Meredith King, Esq.
444 West C St., Suite 300
San Diego, CA 92101

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  06/18/26

Michael Williams
**CLERK OF THE COURT**

United States Bankruptcy Court

Southern District of California

In re:                                                                                            Case No. 25-04245-JBM

Villa Chardonnay Horses With Wings, Inc.                                         Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                            User: Admin.                            Page 1 of 3

Date Rcvd: Jun 16, 2026                     Form ID: trc                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**       **Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

**Recip ID**                 **Recipient Name and Address**
15227795            +   Carol Armbrust, P.O. Box 203, Chester, ID 83421-0203

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Levin | on behalf of Trustee Leslie T. Gladstone andrewl@flgsd.com<br>leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |
| Benjamin Heston | on behalf of Creditor Darlene Sears bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Creditor The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Creditor Celine Myers cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs Celine Myers cgrumer@manatt.com |

District/off: 0974-3                          User: Admin.                              Page 2 of 3
Date Rcvd: Jun 16, 2026                        Form ID: trc                          Total Noticed: 1

Christin A. Batt
 on behalf of Plaintiffs Leslie T. Gladstone christinb@flgsd.com
 sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Christin A. Batt
 on behalf of Trustee Leslie T. Gladstone christinb@flgsd.com
 sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

David K. Eldan
 on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov  rpinal@pmcos.com

Haeji Hong
 on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov
 USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

Hilda Montes de Oca
 on behalf of Trustee Leslie T. Gladstone hildam@flgsd.com
 leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Hilda Montes de Oca
 on behalf of Attorney Financial Law Group hildam@flgsd.com
 leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Hilda Montes de Oca
 on behalf of Plaintiffs Leslie T. Gladstone hildam@flgsd.com
 leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Kevin Dwight
 on behalf of Plaintiffs Celine Myers kdwight@manatt.com

Kevin Dwight
 on behalf of Creditor Celine Myers kdwight@manatt.com

Kevin Dwight
 on behalf of Plaintiffs The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight
 on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com

Leslie T. Gladstone
 candic@flgsd.com
 christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Leslie T. Gladstone
 on behalf of Trustee Leslie T. Gladstone leslieg@flgsd.com
 candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Leslie T. Gladstone
 on behalf of Attorney Financial Law Group leslieg@flgsd.com
 candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Matthew Sirolly
 on behalf of Creditor California Labor Commissioner msirolly@dir.ca.gov

Meredith King
 on behalf of Creditor Private Mortgage Lending  Inc. mking@fsl.law,
 ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
 on behalf of Creditor River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King
 on behalf of Creditor The Armbrust Living Trust mking@fsl.law
 ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Michael R Totaro
 on behalf of Defendant Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Nissan Thomas
 on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. info@nissanthomaslaw.com

Shelby Poteet
 on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law
 ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet
 on behalf of Creditor Private Mortgage Lending  Inc. spoteet@fsl.law,
 ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet
 on behalf of Creditor River Falls  LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

United States Trustee

District/off: 0974-3                                   User: Admin.                                              Page 3 of 3
Date Rcvd: Jun 16, 2026                         Form ID: trc                                             Total Noticed: 1

ustp.region15@usdoj.gov


TOTAL: 30