CSD 1144A [12/01/25]
Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq., (SBN 144615)
Christin A. Batt, Esq., (SBN 222584)
Financial Law Group, PC
5656 La Jolla Blvd., La Jolla, CA 92037
Telephone (858) 454-9887
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

**Order Entered on**
**June 23, 2026**
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES
WITH WINGS, INC.,

Debtor(s)

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: June 30, 2026
Time of Hearing: 1:30 p.m.
Name of Judge: J. Barrett Marum

## ORDER APPROVING UNOPPOSED ☒ INTERIM ☐ FINAL
## APPLICATION OF  JEFF WIEMANN, CONSULTANT
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with

exhibits, if any, for a total of __2__ pages.  Motion Docket Entry No. __164_____.

//

//

//

//

//

//

DATED:      June 22, 2026

Judge, United States Bankruptcy Court

CSD 1144A [12/01/25]
ORDER APPROVING UNOPPOSED APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
DEBTOR: VILLA CHARDONNAY HORSES                                    CASE NO: 25-04245-JBM11

The ☒ interim ☐ final application for allowance of compensation and reimbursement of expenses of the party or parties named was unopposed and decided without oral argument by the Honorable  J. Barrett Marum            , United States Bankruptcy Judge, presiding.

It appearing that proper notice was given and the Court having considered the application and papers filed in support thereof, and for good cause appearing therefor,

**It is hereby ordered** as follows:

1.      The following interim fees and expenses for the period beginning  02/04/2026     and ending  05/03/2026     are allowed and authorized for immediate payment to applicant.

Applicant: Jeff Wiemann, Consultant for Chapter 11 Trustee
(Include state bar number, if any, and type of professional)

|          | Amount Requested | Allowed | Authorized for Payment |
|----------|-----------------|---------|------------------------|
| Fees:    | $ 18,497.50     | $ 18,497.50 | $ 18,497.50        |
| Costs:   | $ 1,017.60      | $ 1,017.60  | $ 1,017.60         |
| Totals:  | $ 19,515.10     | $ 19,515.10 | $ 19,515.10        |

2.      The following interim fees and expenses were previously allowed but not authorized for payment and are now allowed and authorized for immediate payment to applicant.

Applicant:
(Include state bar number, if any, and type of professional)

|         |   | Authorized for Payment |
|---------|---|------------------------|
| Fees:   | $ |                        |
| Costs:  | $ |                        |
| Totals: | $ | 0.00                   |

3.      The following final fees and expenses are allowed and authorized for immediate payment to applicant.

Applicant:
(Include state bar number, if any, and type of professional)

|         |   | Allowed and Authorized for Payment |
|---------|---|------------------------------------|
| Fees:   | $ |                                    |
| Costs:  | $ |                                    |
| Totals: | $ | 0.00                               |

The trustee is authorized to pay _____, without the need of an additional notice, hearing or court order, the actual amount accrued not to exceed $ _____ for compensation and costs of any miscellaneous work performed in connection with closing this case, subject to the trustee's review and approval of the additional fees and costs.

Payment of all fees and expenses will be made at the discretion of the trustee, if one has been appointed.

All fees and costs allowed by this order may be subject to disgorgement. Signed by Judge J Barrett Marum June 22, 2026