Paul Leeds, Esq, (Bar No. 214309)
pleeds@fsl.law
Meredith King, Esq. (Bar No. 280043)
mking@fsl.law
FRANKLIN SOTO LEEDS LLP
444 West C Street, Suite 300
San Diego, California 92101
Tel:  619.872.2520
Fax: 619.566.0221

*Attorneys for River Falls, LLC*

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.<br><br>Debtor. | Case No: 25-04245-JBM11<br><br>Chapter 11<br><br>**DECLARATION OF DANIEL JOSEPH GETZINGER IN SUPPORT OF RESPONSE TO TRUSTEE'S NOTICE OF INTENDED ACTION RE: CARVE-OUT FROM SECURED CREDITOR'S CLAIM**<br><br> Case Filed:  October 14, 2025<br><br> Dept:         2<br> Judge:        Hon. J. Barrett Marum |

I, Daniel Joseph Getzinger, declare as follows:

1.      I am, and at all relevant times herein mentioned have been, the managing member of River Falls, LLC ("River Falls").

2.      This declaration is based on my own personal knowledge and, to the extent it is not, it is based on my familiarity with River Fall's business records in the course of my work for River Falls. River Falls's business records are routinely made

-1-                              CASE NO.  25-04245-JBM11
                                 DECL. D. GETZINGER

to record acts, events, and conditions relating to River Falls's business operations by those with firsthand knowledge and contemporaneous to the information recorded. If called upon as a witness I could, and would, testify competently to the contents of this declaration.

3.      River Falls, Private Mortgage Lending, Inc., and Larry D. Armbrust and Carol A. Armbrust, as trustees of the Armbrust Living Trust collectively loaned $1,600,000 ("Loan") to Debtor Villa Chardonnay Horses with Wings, Inc. ("Villa Chardonnay") on or around March 11, 2020.

4.      Among other documents, the Loan was evidenced by a Note Secured by Deed of Trust ("Note"), a Short Form Deed of Trust and Assignment of Rents("DOT"), recorded in the Official Records of the San Diego County Records as Doc# 2020-0135850 against the real property commonly referred to as 4554 Boulder Creek Road, Julian, California 92036 and 4430 Boulder Creek Road, Julian, California 92036 ("Boulder Creek"). The DOT incorporated the Fictitious Long Form Deed of Trust and Assignment of Rents recorded in the Official Records of the San Diego County Records on October 23, 1961 ("Long Form DOT"). Collectively, these documents, and all other documents and instruments executed in connection therewith, including, without limitation, any and all amendments, modifications, extensions, replacements, and restatements thereof are referred to herein as the "Loan Documents."

5.      The Note required interest-only monthly payments of $10,666.67 until the April 1, 2025 maturity, when the entire loan balance came due.

6.      The Note provided "any advance made by the holder of this Note for the purpose of protecting the security of lien of the deed of trust securing this note . . . shall bear interest at the rate provided by this Note."

7.      In the Note, Villa Chardonnay agreed to pay "reasonable costs of collection, costs, and expenses and attorneys' fees paid or incurred in connection with the collection or enforcement of [the Note]."

-2-

CASE NO.  25-04245-JBM11
DECL. D. GETZINGER

8.      Villa Chardonnay failed to pay the Loan on maturity, and River Falls agreed to extend the maturity date to April 18, 2025 in exchange for the payment of a $100,000 forbearance fee; however, Villa Chardonnay paid only $20,000 of the agreed upon fee and foreclosure proceedings commenced after the forbearance period ended.

9.      On April 29, 2025, River Falls's foreclosure trustee, recorded a Notice of Default against Boulder Creek in the Official Records of the County as Instrument No. 2025-0110781. On July 31, 2025, River Falls's foreclosure trustee recorded a Notice of Trustee's Sale in the Official Records of the County as Instrument No. 2025-0209360 noticing a foreclosure sale for September 3, 2025 at 10:00 a.m.

10.     Villa Chardonnay filed a voluntary Chapter 11 petition commencing United States Bankruptcy Court for the Southern District of California Case No. 25-03692-JB11 (Villa Chardonnay's "First Bankruptcy") on September 1, 2025—two days before the scheduled foreclosure sale. Villa Chardonnay's First Bankruptcy was dismissed on October 1, 2025 on the motion of the Office of the United States Trustee.

11.     The present bankruptcy (Villa Chardonnay's "Second Bankruptcy") was filed October 14, 2025 ("Petition Date")—the day before the re-noticed foreclosure sale.

12.     On the Petition Date, Villa Chardonnay owed $1,701,400.02 under the Note.

13.     On December 23, 2025, bankruptcy counsel for River Falls filed Claim No. 7 ("Claim") in Villa Chardonnay's Second Bankruptcy in the amount of **$1,745,578.10** secured by a priority interest in Boulder Creek. This included the $1,701,400.02 set forth in the October 15, 2025 payoff statement attached as Exhibit 6 to the Claim which River Falls estimated was owed on the Petition Date, post-petition interest of $24,178.08 and an estimated $20,000 in attorney fees and costs.

14.     The Claim attached a true and correct copy of the Note as Exhibit 1, a true and correct copy of the DOT as Exhibit 2, and a true and correct copy of the Long Form

-3-                                      CASE NO.  25-04245-JBM11
                                          DECL. D. GETZINGER

DOT as Exhibit 3.

15.    On or around February 9, 2026, River Falls agreed to advance up to $400,000 in costs ("Post-Petition Operating Facility") under the terms of the Note to Leslie Gladstone, Villa Chardonnay's Chapter 11 trustee ("Trustee"), to pay the Trustee's fees, costs, and expenses in connection with the administration of Villa Chardonnay's Chapter 11 bankruptcy case and protect the Boulder Creek collateral pending a sale of the property and payment of the Note.

16.    On or around February 9, 2026, I executed a "Postpetition Financing Agreement" detailing the terms under which River Falls agreed to advance the Post-Petition Operating Facility. I understand the Court entered an order on February 13, 2026 approving the terms of River Falls's Postpetition Financing Agreement with the Trustee on an interim basis and that this order was later made on a final basis on March 3, 2026 with a final order being entered by the Court on May 29, 2026.

17.    Since the Court's approval of the Postpetition Financing Agreement, River Falls has advanced $290,000 to the Trustee under the terms of the parties' agreement. In addition, post-petition interest and attorney fees and costs have continued to accrue. As of June 12, 2026, River Falls estimates a total of **$2,307,286.36** is owed under the Note, secured by a priority interest in Boulder Creek. A true and correct copy of an updated payoff statement dated June 12, 2026 is attached hereto as **Exhibit 1**. Interest continues to accrue at a rate of $355.56 per diem.

//

//

//

//

//

//

//

-4-

CASE NO.  25-04245-JBM11
DECL. D. GETZINGER

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22d day of June 2026.

_____
DANIEL JOSEPH GETZINGER

# EXHIBIT "1"

**River Falls, LLC**

**970 West Valley Parkway #503**

**Escondido, California 92025-2554**

## Payoff Status Report as of 6/12/2026

| | | | |
|---|---|---|---|
| **T.S. No:** | 2025-2198 | **Loan Type:** | CONV |
| **Loan No:** | VILLA CHARDONNAY / RIVER FALLS | **Status:** | Matured |

| | |
|---|---|
| **Lender:** | RIVER FALLS, LLC |
| **Borrower:** | VILLA CHARDONNAY-HORSES WITH WINGS |
| **Prop Address:** | 4554 AND 4430 BOULDER CREEK ROAD, JULIAN, CA 92036 |

| | | | |
|---|---|---|---|
| **Entered:** | 4/29/2025 | **Record Notice of Default:** | 4/29/2025 |
| **Ten Day Mail:** | 4/30/2025 | **One Month Mail:** | 5/20/2025 |
| **Auth To Publish Sent:** | | **Auth to Publish Returned:** | 6/27/2025 |
| **End of Reinstatement:** | 8/4/2025 | **First Publication Date:** | 8/8/2025 |
| **Prior Sale Date:** | 10/15/2025 | | |

### Pay off Amounts

| | |
|---|---|
| Unpaid Principal Balance: | $1,600,000.00 |
| Unpaid Extension Fee (due 4/1/25): | $80,000.00 |
| Accrued Interest from 3/1/2025 thru 6/12/2026: | $160,000.05 |
| Accrued Late Charges: | $16,426.71 |
| **Total Balance Due:** | **$2,279,824.04** |

### Advances, Costs, and Expenses

| Description | Amount | From | Thru | Interest Rate | Recurring Costs | Total |
|---|---|---|---|---|---|---|
| Frank Soto Leeds - Attorney Fees (Sep 2025) | $9,687.24 | 9/1/2025 | 9/30/2025 | 0% | 1 | $9,687.24 |
| Frank Soto Leeds - Attorney Fees (Oct 2025) | $11,162.15 | 10/1/2025 | 10/31/2025 | 0% | 1 | $11,162.15 |
| Frank Soto Leeds - Attorney Fees (Jan 2026) | $8,142.41 | 1/1/2026 | 1/31/2026 | 0% | 1 | $8,142.41 |
| Frank Soto Leeds - Attorney Fees (Feb 2026) | $47,010.41 | 2/1/2026 | 2/28/2026 | 0% | 1 | $47,010.41 |
| Frank Soto Leeds - Attorney Fees (Mar 2026) | $16,676.98 | 3/1/2026 | 3/31/2026 | 0% | 1 | $16,676.98 |
| Frank Soto Leeds - Attorney Fees (May 2026) | $37,178.09 | 5/1/2026 | 5/31/2026 | 0% | 1 | $37,178.09 |
| Kirk Miller - Attorney Fees (Jan 2026) | $300.00 | 1/1/2026 | 1/31/2026 | 0% | 1 | $300.00 |
| Kirk Miller - Attorney Fees (Feb 2026) | $900.00 | 2/1/2026 | 2/28/2026 | 0% | 1 | $900.00 |
| Kirk Miller - Attorney Fees (Mar 2026) | $2,340.00 | 3/1/2026 | 3/31/2026 | 0% | 1 | $2,340.00 |
| Trustee Fees / Loan Advance (Feb 2026) | $70,000.00 | 2/1/2026 | 2/28/2026 | 0% | 1 | $70,000.00 |
| Trustee Fees / Loan Advance (Mar 2026) | $70,000.00 | 3/1/2026 | 3/31/2026 | 0% | 1 | $70,000.00 |
| Trustee Fees / Loan Advance (May 2026) | $150,000.00 | 5/1/2026 | 5/31/2026 | 0% | 1 | $150,000.00 |
| **Total Advances, Costs, and Expenses:** | | | | | | **$423,397.28** |
| Total Interest on Advances: | | | | | | $0.00 |
| **Total Due with Advances, Costs, and Expenses:** | | | | | | **$2,279,824.04** |

**Foreclosure Trustee's Fees, Costs, and Expenses**

| CREATED | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/2025 | ZTS Foreclosure Fees | $6,625.00 |
| 05/2025 | ZTS Foreclosure Fees | $1,000.00 |
| 07/2025 | ZTS Foreclosure Fees | $8,800.00 |
| 10/2025 | ZTS Foreclosure Fees | $10,140.00 |
| 03/2026 | ZTS Foreclosure Fees | $897.32 |
| **Total Trustee's Fees, Costs, and Expenses:** | | **$27,462.32** |

**TOTAL PAYOFF AMOUNT AS OF 06/12/2026:**      **$2,307,286.36**