Nissan Thomas, Esq. (SBN 250273)
Law Offices of Nissan Thomas
6230 Wilshire Blvd., Suite 2015
Los Angeles, CA 90048
Telephone: (424) 781-7653
Email: info@nissanthomaslaw.com

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br>Debtor<br><br><br>LESLIE T. GLADSTONE,<br>Chapter 11 Trustee, | CASE NO.: 25-04245-JBM11<br><br>DECLARATION OF NISSAN THOMAS IN SUPPORT IN SUPPORT OF EMERGENCY MOTION TO REMOVE TRUSTEE; TO STAY, VACATE, OR MODIFY TURNOVER; AND TO PRESERVE ANIMALS, PROPERTY, AND EVIDENCE<br><br>Date:<br>Time:<br>Place:  Dept. 2, room 118<br>Judge: Hon J. Barret Marum |

DECLARATION OF NISSAN THOMAS IN SUPPORT OF EMERGENCY MOTION AND REQUEST FOR HEARING BEFORE OR AT JULY 1, 2026 TURNOVER TRIAL

I, Nissan Thomas, declare as follows:

1.  I am counsel for Debtor Villa Chardonnay Horses With Wings, Inc. and Monika Kerber in the above-captioned bankruptcy case. I make this declaration in support of the Emergency Motion to Remove Chapter 11 Trustee for Cause, or Alternatively to Suspend or Limit Trustee Authority; Motion to Stay, Vacate, or Modify Turnover Orders; Request for Preservation Order, Accounting, Payoff Disclosure, Neutral Fiduciary, and Emergency Evidentiary Hearing.

DECLARATION OF NISSAN THOMAS IN SUPPORT OF EMERGENCY MOTION

2. I have personal knowledge of the procedural posture of this case and, if called as a witness, could competently testify to the matters stated herein.

3. This matter requires emergency treatment because the Court has set a turnover trial for July 1, 2026. The relief requested in the Emergency Motion directly concerns the May 1 turnover process, the turnover order and related bankruptcy property-control issues, notice and due-process concerns, disputed animal ownership and disposition, estate records, residential/occupancy issues, payoff transparency, and the Trustee's continued authority.

4. If the Emergency Motion is not heard before the July 1, 2026 turnover trial, or at minimum heard in connection with that trial, Debtor and affected parties may suffer further prejudice before the Court considers the due-process and trustee-removal issues raised in the Motion.

5. The Emergency Motion seeks relief that may affect the scope, validity, enforcement, modification, or continuation of turnover-related relief and the Trustee's authority. For that reason, it should be heard before the turnover trial proceeds, or at minimum concurrently with the turnover trial, so that the Court can determine whether emergency interim relief, modification of prior orders, preservation orders, payoff-related relief, or limits on Trustee authority are necessary.

6. Debtor does not seek emergency treatment for delay or tactical advantage. Debtor seeks emergency treatment because the issues raised in the Motion are time-sensitive and directly affect estate property, animals, records, occupancy/residential interests, payoff efforts, sale-related relief, and the ability to preserve rights before irreversible consequences occur.

DECLARATION OF NISSAN THOMAS IN SUPPORT OF EMERGENCY MOTION

7.  Debtor respectfully requests that the Court set the Emergency Motion for hearing before July 1, 2026, or alternatively hear it at the July 1, 2026 turnover trial, and enter any interim preservation or scheduling relief necessary to protect the estate and preserve the parties' rights.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23, 2026

_____

Nissan Thomas

DECLARATION OF NISSAN THOMAS IN SUPPORT OF EMERGENCY MOTION