# EXHIBIT A

 **Outlook**

---

### Re: [EXTERNAL] FW: Checking In – Can We Help?

---

**From** Monika Kerber <monika@villachardonnay.org>

**Date** Tue 10/14/2025 7:39 PM

**To**    Maurice, Vaughn <Vaughn.Maurice@sdcounty.ca.gov>; Mercedes Flores <mercedes@villachardonnay.org>

Vaughn,

Thank you so much for reaching out and for your concern regarding the animals. We truly appreciate your kindness and willingness to help.

There will be no need for assistance. Please rest assured that we are here for the animals and will always do what's best for them.

Thank you again for your compassion and understanding.

Warm regards,



*"Until one has loved an animal, a part of one's soul remains unawaken - Anatole France - "*

**MONIKA KERBER**
Founder/President/CEO
Villa Chardonnay Horses with Wings, Inc.
*An Active Non-Profit Organization 501 c3*

www.villachardonnay.org
monika@villachardonnay.org

O. 951-423-9091
C. 951-234-9793
1 800 889 1377

Nitro & Miss Duchess
Current Residents of Villa Chardonnay

*This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. You cannot use or forward any attachments in the email. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. Villa Chardonnay Horses with Wings, Inc. www.villachardonnay.org*

Get Outlook for iOS

---

**From:** Maurice, Vaughn <Vaughn.Maurice@sdcounty.ca.gov>
**Sent:** Tuesday, October 14, 2025 6:20:14 PM
**To:** Monika Kerber <monika@villachardonnay.org>; Mercedes Flores <mercedes@villachardonnay.org>
**Subject:** FW: [EXTERNAL] FW: Checking In – Can We Help?

Hello Monika,

We received notice that you might be in need of assistance from Animal Services. I wanted to check in to see if our help is needed based on the message below.

Best regards,

Vaughn



**Vaughn R. Maurice**, Director
County of San Diego Animal Services

**Adoptions Tuesday – Sunday 9:30am – 4:30pm**

*South Shelter*
5821 Sweetwater Road, Bonita, CA
*North Shelter*
2481 Palomar Airport Road, Carlsbad, CA

---

**From:** Laura Koivola <lkoivola@humaneworld.org>
**Sent:** Tuesday, October 14, 2025 6:06 PM
**To:** Maurice, Vaughn <Vaughn.Maurice@sdcounty.ca.gov>; Strong, Andrew <Andrew.Strongg@sdcounty.ca.gov>
**Subject:** [External] RE: [EXTERNAL] FW: Checking In – Can We Help?

Good evening both,

I wanted to follow up here briefly to ensure you are aware of the foreclosure auction of the Villa Chardonnay property in Julian set to take place tomorrow morning at 10am. It is our understanding, through federal bankruptcy filings, that there are approximately 700 animals, or more, currently located there. It is also our understanding that, if the animals are not removed voluntarily, SDDAS may become responsible for their removal. We recognize that a removal of this magnitude would require extensive logistical planning and resources.

If this scenario is a possibility, please feel free to reach out to us if there is anything we might be able to do to support you.

Respectfully,

**Laura Koivula**
Director, Animal Crimes and Investigations
Animal Rescue Team
C 202-839-2409

---

**From:** Laura Koivula
**Sent:** Monday, September 8, 2025 2:51 PM
**To:** Maurice, Vaughn <Vaughn.Maurice@sdcounty.ca.gov>; Shalimar Oliver <soliver@humaneworld.org>; Strong, Andrew <Andrew.Strong@sdcounty.ca.gov>; Nicole Paquette <npaquette@humaneworld.org>; Kassi Bennett <kbennett@humaneworld.org>; Borrelli, Rachael <Rachael.Borrelli@sdcounty.ca.gov>
**Cc:** Adam Parascandola <aparascandola@humaneworld.org>; Jessica Johnson <jjohnson@humaneworld.org>
**Subject:** RE: [EXTERNAL] FW: Checking In – Can We Help?

Good Afternoon,

Please excuse my delay as I was on PTO and then traveling for a case.

Thank you for clarifying your position here, Mr. Maurice.

Mr. Strong, I am sorry that I wasn't able to make the recent call you had with our case manager, Shalimar Oliver and the vice president of our team, Adam Parascandola. I was happy to hear that it went well and that your office may be interested in pursuing a relationship whereby we may be able to assist DAS in large scale responses.

Should SDDAS be in a position to need assistance for a large-scale cruelty or disaster response, please feel free to reach out to me here and we would be happy to pick that conversation back up.

Very Sincerely,

**Laura Koivula**

Director, Animal Crimes and Investigations

Animal Rescue Team

C 202-839-2409

---

**From:** Maurice, Vaughn <Vaughn.Maurice@sdcounty.ca.gov>
**Sent:** Saturday, August 16, 2025 2:11 PM
**To:** Shalimar Oliver <soliver@humaneworld.org>; Strong, Andrew <Andrew.Strong@sdcounty.ca.gov>; Nicole Paquette <npaquette@humaneworld.org>; Laura Koivula <lkoivula@humaneworld.org>; Kassi Bennett <kbennett@humaneworld.org>; Borrelli, Rachael <Rachael.Borrelli@sdcounty.ca.gov>
**Subject:** [EXTERNAL] FW: Checking In – Can We Help?

Hello Shalimar,

I'm a little unclear why your concerns were elevated beyond the Department of Animal Services to my supervisor at the County, as I've been replying to address your questions directly. San Diego County is well aware of the concerns raised about both Villa Chardonnay (VC) and the Artesian Road properties.

When I first joined DAS nearly a year ago, I met with several key advocates, including Audrey Reynolds, Celine Myers, and Annette Ledda. Wanting to ensure DAS was prepared should large-scale impounds become necessary—potentially 200 horses and hundreds of cats—I reached out to HSUS. Nicole Paquette connected me with Laura Koivula and Kassi Bennett, who were both helpful resources in these closed cases.

Shortly after joining DAS, two of our experienced officers inspected Villa Chardonnay and observed no problems. Around the same time, Audrey Reynolds learned of a court order allowing another individual onto the property. At her recommendation, DAS hired her colleague, Annette Ledda, as an "equine expert" to go along on this property visit. Ten days after her visit, Annette submitted a report alleging that numerous horses were in body condition scores of 1–2 and "actively dying." (That she waited 10 days seemed odd.) We forwarded her report to the District Attorney for review. However, after the DA compared the report with sheriff body camera footage from the same visit, the DA found her claims unsupported—the video showed the horses were only briefly mentioned and suggested the video reflected more of a personal grievance than accurate documentation or animals in distress.

The County later convened a meeting with these "advocates," during which they pressed for action to shut down VC and arrest its owner. It is worth noting that Audrey Reynolds has raised concerns about VC for years. In a previous case, equine veterinarian Dr. Catlin Manring inspected the property and found no issues. And our officers have never found issues with the animals.

Reynolds and her associates made further claims, including zoning violations, illegal donations, and misuse of PPP funds. Each allegation was investigated and found to be unsubstantiated. In fact, zoning officials had previously advised Reynolds there were no violations, yet she repeated the same complaint. They also claimed foreclosure was imminent, which was not the case. Meanwhile, Annette submitted invoices for work not performed. During our review, we also learned that Celine Myers won a $170,000 judgment against VC's owner, but because the property is a primary residence, she would only recover funds if VC were sold.

By December 2024, with no credible evidence of abuse or neglect, DAS closed the investigation. Since 2022, VC has faced financial challenges as a nonprofit, but they continue to meet obligations and remain operational. The owner, Monika Kerber, has been cooperative and transparent. By contrast, Audrey Reynolds and Annette Ledda

have been caught in multiple misrepresentations, and Celine Myers has a financial interest tied to the property's potential sale.

At this time, **we have no evidence of animal neglect or abuse at Villa Chardonnay. Without credible evidence, DAS cannot obtain a warrant or take enforcement action. Financial instability alone is not grounds for seizure.** We have offered assistance to the organization, but they have indicated it is not needed. The email below is from the owner of Villa Chardonnay.

Vaughn



**Vaughn R. Maurice**, Director
County of San Diego Animal Services

**Adoptions Tuesday – Sunday 9:30am – 4:30pm**

*South Shelter*
5821 Sweetwater Road, Bonita, CA
*North Shelter*
2481 Palomar Airport Road, Carlsbad, CA

---

**From:** Monika Kerber <monika@villachardonnay.org>
**Sent:** Friday, August 15, 2025 5:53 PM
**To:** Borrelli, Rachael <Rachael.Borrelli@sdcounty.ca.gov>
**Subject:** [External] Re: Checking In – Can We Help?

Hello Rachel:

Thank you for your kind email,  we appreciate it very much.

Of course, we know who brought you the gossip. All is good, I left you a message on your phone.

We just have to pay our balloon payment, that's all but we are good.

Have a beautiful weekend!

Warm Regards,

Monika Kerber

Sent via the Samsung Galaxy Z Fold4, an AT&T 5G smartphone
Get Outlook for Android

---

**From:** Borrelli, Rachael <Rachael.Borrelli@sdcounty.ca.gov>
**Sent:** Friday, August 15, 2025 4:58:49 PM
**To:** Monika Kerber <monika@villachardonnay.org>
**Subject:** Checking In – Can We Help?

Hi Monika,

We've heard that you might be going through a difficult time, and we just wanted to check in. Do you need any help with your animals? We're happy to support however we can.

Let us know.

# EXHIBIT B

From: Leslie Gladstone leslieg@flgsd.com

To: Monika Kerber monika@villachardonnay.org

Cc: Michael Totaro mtotaro@aol.com, Jeff Wiemann jeff.wiemann@cox.net, Paul Buie pbuie@thinkonyx.com

Date: Mon, Feb 23, 2026, 8:17 AM

Jeff Wiemann and Paul Buie will be visiting the property tomorrow. Jeff to provide you with some notices and to follow up on missing volunteer forms and for follow up on status of relocation for the animals (you requested three weeks to do so and we are one week in). Paul to view the property to plan for sale (Paul may also be bringing others with him). I believe their expected arrival time is 10:00 am. I have included their contact information if needed.

I also intend to have a locksmith come to change/add locks on the guest house so that it remains vacant. Please ensure that no one is using that space for any reason.

Thank you. Leslie Gladstone



**LESLIE T. GLADSTONE, Esq.**
5656 La Jolla Blvd., La Jolla, CA 92037
Direct: (858) 294-0220   Main: (858) 454-9887
LeslieG@flgsd.com    **FLGSD.com**

STATEMENT OF CONFIDENTIALITY:

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please reply to the sender immediately to notify us of the error and destroy all copies of this message and any attachments. Thank you for your cooperation.

# EXHIBIT C

**mercedes**

From: Leslie Gladstone leslieg@flgsd.com

To: Monika Kerber monika@villachardonnay.org

Date: Tue, Mar 3, 2026, 8:01PM

I am receiving Mercedes' personal mail. May I have her email address and mailing address please?

LESLIE T. GLADSTONE
leslieg@flgsd.com
Direct (858) 294-0220

# EXHIBIT D

Page 1 of 14

**Overall Summary:**

Housing: Some of the fencing is in disrepair. Stalls in main barn for special needs horses lack clean bedding and ventilation. Pens are small for those horses with limited ability to move and no access to sunlight.

Feed: everyone had adequate feed and water. Feed stores are low as feed is purchased daily.

All horses are due for farrier work and most horses that were closely examined are due for dental work.

Welfare assessment and priority: The most prominent welfare concern is Horse 2 as she was found down, unable to stand without assistance and had likely been down for several hours based on the marks found on the ground. When standing the mare was immediately interested in feed which had not been accessible to her when down and ate ravenously. She has a poor body condition and severely limited mobility.

Following welfare concerns include: Mickey, Surprise, Bambi. These horses all have significant musculoskeletal pain that is limiting their mobility and affecting quality of life.

The remainder of horses housed in the upper barn should be evaluated based on notes listed on each horses page.

Adoptability goes beyond our ability to fully assess given the limited time with each animal, but those described in the upper barn, along with horses that are blind/missing vision in one eye, have significant arthritis or other causes of lameness will provide the most challenges as they will require special homes that can afford the cost of veterinary care and management of their conditions.

The general impression of the livestock are as follows:

- The blind bull appears healthy and engaged and over the fence comfortable/curious about people.
- Most of the chickens/roosters are adoptable but some may require further evaluation. The rooster documented in the photograph was in poor body condition and had evidence of recent and repeated trauma from the other roosters and should be separated. Some of the chickens had notable feather loss and seemed underweight which may be due to stress from the enclosure/roosters they are kept with, parasites, ect. Further evaluation may be required if an environmental change doesn't improve their appearance.
- The goats are generally in good shape, most were curious and appeared hand raised and in decedent condition. The exception was (possible boar cross with light coat and brown spot on left eye) with a significant musculoskeletal deformity/degeneration

in the both forelimbs causing it to typically walk on its carpi.  This animal is not in poor body condition but will require special needs and they is questions on the degree of suffering the animal may be in not able/willing to ambulate normally on the limbs. (13 in total)

- Pigs: There were 3 pot belly pigs.  They all need tusk trims and diets.  The lighter color one has sores on the tips of its ears which may be squamous cell carcinoma or some sort of ulcerative lesion.  There is one black one with more white on its face that is so obese folds of skin are covering over its eyes limiting its vision or possibly blinding it (diet or surgical revision of the brow typically required).
- Geese/Ducks/Turkeys/Peacocks:  These animals were only observed from outside the pens.  None of the animals appeared visually to be in poor condition, although the enclosures were small (especially for the peacocks).
- Alpacas were not tame enough to approach, therefore difficult to assess, coats were overgrown and need sheering.

# EXHIBIT E

**LOPE EQUINE INC**

1660 Lotus Ln
El Cajon, California 92021

**Fax**

**Invoice:**   291111     **4/29/2026**

**Unpaid**

**Provider**

Max Wilcox

Bill To:

Monika Kerber
4554 Boulder Creek Road
Julian, California 92036

| Date | Subject | Description | Qty | Price | Disc | Tax | Amount |
|---|---|---|---|---|---|---|---|
| 4/29/2026 | Cricket | General Exam | 1.00 | $220.00 | 0.00 | | $220.00 |
| 4/29/2026 | | Farm Call Per Mile | 40.00 | $6.00 | 0.00 | | $240.00 |
| 4/29/2026 | Molly | General Exam | 1.00 | $220.00 | 0.00 | | $220.00 |
| 4/29/2026 | | Farrier Services | 1.00 | $60.00 | 0.00 | | $60.00 |
| 4/29/2026 | Barbina | General Exam | 1.00 | $220.00 | 0.00 | | $220.00 |
| 4/29/2026 | | Half Bandage | 1.00 | $40.00 | 0.00 | | $40.00 |
| 4/29/2026 | | SSD Tub | 1.00 | $80.00 | 0.00 | | $80.00 |
| 4/29/2026 | | Elastikon 4" Roll | 3.00 | $30.00 | 0.00 | | $90.00 |
| 4/29/2026 | RX | Previcox 227 mg  180 count | 1.00 | $900.00 | 0.00 | | $900.00 |

| | |
|---|---|
| Subtotal | $2,070.00 |
| Freight | |
| Tax | $0.00 |
| **Total** | **$2,070.00** |

Payment is due at time of service. Balances unpaid after 30 days are subject to a monthly service charge of 1.5% or $5.00 whichever is greater.

# EXHIBIT F

## *Perris Valley Veterinary Clinic*

2560 North Perris Boulevard F-8
Perris, CA  92571
951-657-8389

| | | |
|---|---|---|
| **FOR:** Keller Monika | **Printed:** | 04-30-26 at 1:37p |
| 4554 Boulder Creek Rd | **Date:** | 04-30-26 |
| , 92306 | **Account:** | 30599 |
| (951) 234-9793 | **Invoice:** | 156544 |

| Date | For | Qty | Description | Price | |
|---|---|---|---|---|---|
| 04-30-26 | Annie | 1 | Office Visit - Additional Pet | 40.00 | ** |
| 04-30-26 | | 1 | IV CATH | 55.00 | |
| 04-30-26 | | 1 | Euthanasia 0-25 lbs | 100.00 | |
| 04-30-26 | | 1 | Body Return & Release | 0.00 | |
| 04-30-26 | Mama Kitty | 1 | Office Visit - Additional Pet | 40.00 | ** |
| 04-30-26 | | 1 | Convenia Injection 80mg/ml | 125.00 | |
| 04-30-26 | | 1 | Viralys Gel #33763 | 40.00 | ** |
| 04-30-26 | | 1 | Doxycycline 50mg #33762 | 40.00 | |
| 04-30-26 | Jerry | 1 | Proparicaine | 50.00 | ** |
| 04-30-26 | | 1 | Office Visit | 60.00 | ** |
| 04-30-26 | | 1 | Fluorecin Eye Stain | 45.00 | |
| 04-30-26 | | 1 | Doxycycline 25mg/5ml Susp #33761 | 40.00 | |
| 04-30-26 | | 1 | Neo Poly Dex Ointment #33764 | 40.00 | |
| 04-30-26 | Bubba | 1 | Office Visit - Additional Pet | 40.00 | ** |
| 04-30-26 | | 1 | Convenia Injection 80mg/ml | 125.00 | |
| 04-30-26 | | 1 | Clip/Clean | 30.00 | ** |

| Old balance | Charges | Payments | Discount | New balance |
|---|---|---|---|---|
| 0.00 | 870.00 | 0.00 | 290.00 ** | 580.00 |

Your invoice total reflects our **Clients** discount.

| Patient | Total charges |
|---|---|
| Annie | 155.00 |
| Mama Kitty | 175.00 |
| Jerry | 125.00 |
| Bubba | 125.00 |

## *Doctor's Instructions*

**Office Visit**

# EXHIBIT G

From: MONIKA KERBER kerbermk@yahoo.com
Subject: Fw: Fwd: Important Notice Regarding Equine Strangles Exposure
Date: Jun 10, 2026 at 7:18:55 PM
To: Mercedes Flores mercedesflores@me.com

[Yahoo Mail: Search, Organize, Conquer](#)

----- Forwarded Message -----
**From:** "Shirley Puga" <nationalequine@gmail.com>
**To:** "kerbermk@yahoo.com" <kerbermk@yahoo.com>
**Sent:** Wed, Jun 10, 2026 at 3:11 PM
**Subject:** Fwd: Important Notice Regarding Equine Strangles Exposure

---------- Forwarded message ---------
From: **Julian Horses** <Horses@sdhumane.org>
Date: Sun, Jun 7, 2026, 11:55 AM
Subject: Important Notice Regarding Equine Strangles Exposure
To: Julian Horses <Horses@sdhumane.org>

Dear Horse Adopters and Prospective Adopters,

We are writing to inform you that several horses recently transported from our facility have tested positive for equine strangles (Streptococcus equi subsp. equi), a highly contagious equine respiratory disease. While many horses recover without complication, an important feature of strangles is that some horses may become subclinical carriers. This means they may appear healthy and show no obvious clinical signs, yet still harbor and intermittently shed the bacteria.

Because carrier horses often show no outward signs of illness, transport to a new property may be followed days or even weeks later by the onset of disease in the transported horse or in other horses that have been in contact with it. For this reason, we strongly recommend that all recently adopted horses, as well as any horses currently being considered for adoption, be managed using appropriate biosecurity precautions.

**Recommended Precautions**

- Quarantine all new arrivals for a minimum of 3 weeks, regardless of whether they appear healthy.
- Monitor rectal temperatures daily and watch for nasal discharge, swollen lymph nodes, cough, lethargy, or reduced appetite.
- Avoid nose-to-nose contact with resident horses, and do not share water buckets, feed tubs, tack, grooming equipment, or trailers during the quarantine period.
- If your horse develops any signs consistent with strangles, contact your veterinarian immediately and maintain isolation.

**Carrier Testing**

Current veterinary consensus recommends evaluation for carrier status through endoscopic examination of the guttural pouches combined with guttural pouch lavage and PCR testing. This is considered the most effective method for identifying horses that may continue to harbor S. equi after apparent recovery.

If your veterinarian is assessing a horse for carrier status, we encourage discussion of guttural pouch endoscopy and lavage rather than relying solely on nasal swabs.

**Vaccination Considerations**

Vaccination decisions should be made in consultation with your veterinarian. Horses that have been exposed to or recovered from strangles may already have elevated antibody levels.

The ACVIM consensus recommendations advise caution when vaccinating horses within the first year following infection or exposure. In many cases, veterinarians may recommend:

- SeM antibody testing before vaccination to assess antibody levels and the potential risk of adverse immune reactions.
- Delaying vaccination for approximately one year after confirmed infection or significant exposure, depending on the horse's history and test results.

Your veterinarian can help determine whether SeM serology and vaccination are appropriate for your individual horse.

We understand that this notification may be concerning. Our goal is to provide complete transparency and to help protect both your horse and the broader equine

community. We are committed to working with adopters and veterinarians to ensure appropriate testing, monitoring, and follow-up as additional information becomes available.

If you have questions regarding a specific horse, please contact us for further consultation at horses@sdhumane.org.

Sincerely,

San Diego Humane Society

**HORSES** | **JULIAN RESCUE** | Emergency Response
Cell: 619-871-8106
San Diego Humane Society I sdhumane.org I 619-299-7012
5500 Gaines St., San Diego CA 92110
Regular Hours: 8am to 5pm / 7 days a week

*Reference*

*1. A.G. Boyle, J.F. Timoney, J.R. Newton, M.T. Hines, A.S. Waller, B.R. Buchanan, Streptococcus equi Infections in Horses: Guidelines for Treatment, Control, and Prevention of Strangles—Revised Consensus Statement, Journal of Veterinary Internal Medicine, Volume 32, Issue 2, March-April*