Matthew Sirolly, SBN 239984
STATE OF CALIFORNIA
LABOR COMMISSIONER'S OFFICE
320 w. 4th Street, Suite 600
Los Angeles, CA 90013
Telephone No.  (213) 897-1511
Facsimile No.  (213) 897-2877
E-mail:  msirolly@dir.ca.gov

Attorney for Creditor,
Labor Commissioner of the State of Cal.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**SAN DIEGO DIVISION**

| | |
|---|---|
| In re<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor. | CASE NO. 25-04245-JBM11<br><br>CHAPTER:    11<br><br>**DECLARATION OF MATTHEW SIROLLY IN SUPPORT OF LABOR COMMISSIONER'S RESPONSE TO TRUSTEE'S NOTICE OF INTENDED ACTION AND STIPULATION RE: CARVE-OUT FROM SBA** |

**I, Matthew Sirolly, declare:**

1.      I am duly licensed to practice law in the State of California and am admitted to practice before this court. I am an attorney of record for Creditor Labor Commissioner of the State of California ("Labor Commissioner") in this matter.

2.      I make this declaration based on my own personal knowledge, other than those matters stated on information and belief, and if called a witness in this matter, could and would testify to the statements in this declaration.

3.      Each of the lien documents shown in Exhibit A is a true and correct copy of the lien in the relevant case file from the official records of the Labor Commissioner.

**Declaration of M. Sirolly ISO of Labor Commissioner's Response to NIA re Stipulated with SBA**
*In re Villa Chardonnay Horses with Wings, Inc. (Case No. 25-04245)*

4. On October 28, 2020, the Labor Commissioner recorded five liens for unpaid wages in San Diego County, in favor of five of Debtor's former employees: Santos Figueroa, Raul Garcia, Benjamin Moreno, Santos Rodriguez, and Elias Villafuerte-Rubio. Exh. A at 2-23.

5. On June 2, 2022, Labor Commissioner recorded an abstract of judgment in San Diego County for penalties and damages arising from Debtor's illegal retaliation against Santos Rodriguez. Exh. A at 23. This lien is not redundant with Mr. Rodriguez's wage lien. This lien represents a separate debt owed to the Labor Commissioner and Mr. Rodriguez for damages arising from Debtor's illegal retaliation.

6. On May 1, 2024, the Labor Commissioner recorded two liens for unpaid wages owed to Andres Sandoval and Rey Velazquez. Exh. A at 26 to 33.

7. None of these eight liens that the Labor Commissioner recorded against Debtor in San Diego County are redundant.

8. On June 22, 2026, I spoke to counsel for trustee Christin Batt by telephone. She agreed that the lien priorities of the workers and the Labor Commissioner were not at issue in the Notice of Intended Action and Stipulation for a Carve-Out with the U.S. Small Business Administration.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Los Angeles, California, on June 28, 2026.

_____
Matthew Sirolly

**Declaration of M. Sirolly ISO of Labor Commissioner's Response to NIA re Stipulated with**
*In re Villa Chardonnay Horses with Wings, Inc. (Case No. 25-04245)*