Exhibit A to Labor Commissioner's Response to Notice of Intended Action and Stipulation re Carve-Out with SBA

# INDEX

| | | |
|---|---|---|
| • Chart of Labor Commissioner Liens | Includes lien attached dates along with totals owed. | PAGE 2 |
| • Certificate of Lien | For wages and penalties owed to worker Santos Figueroa. | PAGE 4 |
| • Certificate of Lien | For wages and penalties owed to worker Raul Garcia. | PAGE 7 |
| • Certificate of Lien | For wages and penalties owed to worker Benjamin Moreno. | PAGE 11 |
| • Certificate of Lien | For wages and penalties owed to worker Santos Rodriguez. | PAGE 15 |
| • Certificate of Lien | For wages and penalties owed to worker Elias Villafuerte-Rubio. | PAGE 19 |
| • Abstract of Judgment | Retaliation damages owed to worker Santos Rodriguez. | PAGE 23 |
| • Certificate of Lien | For wages and penalties owed to worker Andres Sandoval. | PAGE 26 |
| • Certificate of Lien | For wages and penalties owed to worker Rey Velazquez. | PAGE 30 |

| Lien Attached Date | Original Claimant | Labor Commissioner Case Number | County Recorded In | Document No. | Judgment Amount | Costs Added to Judgment | Payments Received | Interest Owed As Of 4/7/26 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 10/28/2020 | Santos Figueroa | 09-60992 | San Diego | 2020-0664251 | $ 4,486.72 | $ - | $ - | $ 3,702.30 | $ 8,189.02 |
| 10/28/2020 | Raul Garcia | 09-60704 | San Diego | 2020-0664247 | $ 10,117.71 | $ - | $ 2,492.42 | $ 8,337.70 | $ 15,962.99 |
| 10/28/2020 | Benjamin Moreno | 09-60703 | San Diego | 2020-0664249 | $ 7,599.35 | $ - | $ 79.19 | $ 6,260.80 | $ 13,780.96 |
| 10/28/2020 | Santos Rodriguez | 09-62183 | San Diego | 2020-0664253 | $ 36,307.05 | $ - | $ - | $ 29,949.50 | $ 66,256.55 |
| 10/28/2020 | Elias Villafuerte-Rubio | 09-62821 | San Diego | 2020-0664245 | $ 14,602.41 | $ 867.65 | $ 20,119.37 | $ 7,576.57 | $ 2,927.26 |
| 6/2/2022 | Labor Commissioner | RCI-47975 | San Diego | 2022-0233625 | $ 43,517.49 | $ - | $ - | $ 17,319.76 | $ 60,837.25 |
| 5/1/2024 | Andres Sandoval | 09-62181 | San Diego | 2024-0109249 | $ 2,843.22 | $ - | $ - | $ 2,347.80 | $ 5,191.02 |
| 5/1/2024 | Rey Velazquez | 09-60668 | San Diego | 2024-0109250 | $ 7,548.49 | $ - | $ - | $ 6,230.70 | $ 13,779.19 |

PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:

Labor Commissioner, State of California

AND WHEN RECORDED MAIL TO:

Division of Labor Standards Enforcement
Judgment Enforcement Unit
320 W. 4th Street, Ste. 450
Los Angeles, CA  90013

**DOC# 2020-0664251**

Oct 28, 2020   10:33 AM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $0.00    (SB2 Atkins: $0.00)

PAGES: 3

*THIS SPACE FOR RECORDER'S USE ONLY*

# CERTIFICATE OF LIEN

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

Page 04

| | |
|---|---|
| Recording Requested by:<br><br>**LABOR COMMISSIONER**<br>Department of Industrial Relations<br>Division of Labor Standards Enforcement<br>STATE OF CALIFORNIA<br><br>and when recorded, mail to:<br><br>DIVISION OF LABOR STANDARDS ENFORCEMENT<br>Labor Commissioner's Office<br>Judgment Enforcement Unit<br>320 W. 4th Street, Ste 450<br>Los Angeles, CA 90013 | NO FEE PER LABOR CODE §101.5 |
| **Santos Figueroa,**<br>Claimant and Plaintiff<br><br>**vs.**<br><br>**Villa Chardonnay-Horses with Wings, a California Corporation,**<br>Defendant(s)<br><br>State Claim No.: 09-60992 | **CERTIFICATE OF LIEN LABOR CODE §98.2(g)(1)** |

TO WHOM IT MAY CONCERN:

The Labor Commissioner, Chief, Division of Labor Standards Enforcement, hereby certifies that

**Villa Chardonnay-Horses with Wings, a California Corporation**
owes wages, damages, and penalties in the amount of:

**$5,726.98** as ordered and awarded by the Labor Commissioner under Labor Code §98.1 which is now final.

Therefore, pursuant to Labor Code §98.2(g), the amount ordered and awarded, together with interest as provided by Labor Code §98.1(c) or otherwise allowed by law, shall be a lien in favor of the Claimant and Plaintiff identified in the caption above, against all interests in real property of

**Villa Chardonnay-Horses with Wings, a California Corporation**
**4554 Boulder Creek Rd., Julian CA 92036**

within the county in which this certificate is recorded for a period of ten (10) years from the date this certificate is recorded with the County Recorder.



LABOR COMMISSIONER, CHIEF
DIVISION OF LABOR STANDARDS ENFORCEMENT

By: _____
  Audrey Ong
  Industrial Relations Representative

Dated: 10|14|2020

WCA 95 (Rev. 11/14) Certificate of Lien - Labor Code §98.2(g)

Court Case No.  not applicable                    DLSE Case No.  09-60992

### ACKNOWLEDGMENT
*Labor Code section 92*
*Civil Code section 1189*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California            )
                               )  ss.
County of Sacramento           )

On ____10|14|20____, before me, TAMARA PANIBRATETS, Management Services Technician, personally appeared AUDREY ONG, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,



_____
TAMARA PANIBRATETS
Management Services Technician
Division of Labor Standards Enforcement
Department of Industrial Relations
State of California

PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:

Labor Commissioner, State of California

AND WHEN RECORDED MAIL TO:

Division of Labor Standards Enforcement
Judgment Enforcement Unit
320 W. 4th Street, Ste. 450
Los Angeles, CA  90013

DOC#  2020-0664247

Oct 28,  2020  10:33 AM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $0.00    (SB2 Atkins: $0.00)

PAGES: 3

*THIS SPACE FOR RECORDER'S USE ONLY*

# CERTIFICATE OF LIEN

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

| Recording Requested by:<br><br>LABOR COMMISSIONER<br>Department of Industrial Relations<br>Division of Labor Standards Enforcement<br>STATE OF CALIFORNIA<br><br>and when recorded, mail to:<br><br>DIVISION OF LABOR STANDARDS ENFORCEMENT<br>Labor Commissioner's Office<br>Judgment Enforcement Unit<br>320 W. 4th Street, Ste 450<br>Los Angeles, CA 90013 | NO FEE PER LABOR CODE §101.5 |
|---|---|
| **Raul Garcia,**<br>Claimant and Plaintiff<br><br>**vs.**<br><br>**Villa Chardonnay-Horses with Wings, a California Corporation,**<br>Defendant(s)<br><br>State Claim No.: 09-60704 | **CERTIFICATE OF LIEN<br>LABOR CODE §98.2(g)(1)** |

TO WHOM IT MAY CONCERN:

The Labor Commissioner, Chief, Division of Labor Standards Enforcement, hereby certifies that

**Villa Chardonnay-Horses with Wings, a California Corporation**
owes wages, damages, and penalties in the amount of:

**$12,914.66** as ordered and awarded by the Labor Commissioner under Labor Code §98.1 which is now final.

Therefore, pursuant to Labor Code §98.2(g), the amount ordered and awarded, together with interest as provided by Labor Code §98.1(c) or otherwise allowed by law, shall be a lien in favor of the Claimant and Plaintiff identified in the caption above, against all interests in real property of

**Villa Chardonnay-Horses with Wings, a California Corporation**
**4554 Boulder Creek Rd., Julian CA 92036**

within the county in which this certificate is recorded for a period of ten (10) years from the date this certificate is recorded with the County Recorder.



LABOR COMMISSIONER, CHIEF
DIVISION OF LABOR STANDARDS ENFORCEMENT

By: _____
 Audrey Ong
 Industrial Relations Representative

Dated: 10/14/2020

WCA 95 (Rev. 11/14) Certificate of Lien - Labor Code §98.2(g)

Court Case No.  <u>not applicable</u>                           DLSE Case No.  <u>09-60704</u>

### *ACKNOWLEDGMENT*
*Labor Code section 92*
*Civil Code section 1189*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California            )
                               )  ss.
County of Sacramento           )

On ____10/14/20____, before me, TAMARA PANIBRATETS, Management Services Technician, personally appeared AUDREY ONG, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,



TAMARA PANIBRATETS
Management Services Technician
Division of Labor Standards Enforcement
Department of Industrial Relations
State of California

PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:

Labor Commissioner, State of
California

AND WHEN RECORDED MAIL TO:

Division of Labor Standards
Enforcement
Judgment Enforcement Unit
320 W. 4th Street, Ste. 450
Los Angeles, CA  90013

DOC#  2020-0664249

Oct 28, 2020  10:33 AM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $0.00    (SB2 Atkins: $0.00)

PAGES: 3

*THIS SPACE FOR RECORDER'S USE ONLY*

## CERTIFICATE OF LIEN

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

| Recording Requested by:<br><br>LABOR COMMISSIONER<br>Department of Industrial Relations<br>Division of Labor Standards Enforcement<br>STATE OF CALIFORNIA<br><br>and when recorded, mail to:<br><br>DIVISION OF LABOR STANDARDS ENFORCEMENT<br>Labor Commissioner's Office<br>Judgment Enforcement Unit<br>320 W. 4th Street, Ste 450<br>Los Angeles, CA 90013 | NO FEE PER LABOR CODE §101.5 |
|---|---|
| **Benjamin Moreno,**<br>Claimant and Plaintiff<br><br>**vs.**<br><br>**Villa Chardonnay-Horses with Wings, a California Corporation,**<br>Defendant(s)<br><br>State Claim No.: 09-60703 | **CERTIFICATE OF LIEN**<br>**LABOR CODE §98.2(g)(1)** |

TO WHOM IT MAY CONCERN:

The Labor Commissioner, Chief, Division of Labor Standards Enforcement, hereby certifies that

**Villa Chardonnay-Horses with Wings, a California Corporation**
owes wages, damages, and penalties in the amount of:

**$9,700.09** as ordered and awarded by the Labor Commissioner under Labor Code §98.1 which is now final.

Therefore, pursuant to Labor Code §98.2(g), the amount ordered and awarded, together with interest as provided by Labor Code §98.1(c) or otherwise allowed by law, shall be a lien in favor of the Claimant and Plaintiff identified in the caption above, against all interests in real property of

**Villa Chardonnay-Horses with Wings, a California Corporation**
**4554 Boulder Creek Rd., Julian CA 92036**

within the county in which this certificate is recorded for a period of ten (10) years from the date this certificate is recorded with the County Recorder.



LABOR COMMISSIONER, CHIEF
DIVISION OF LABOR STANDARDS ENFORCEMENT

By: _____
Audrey Ong
Industrial Relations Representative

Dated: 10/14/2020

WCA 95 (Rev. 11/14) Certificate of Lien - Labor Code §98.2(g)

Court Case No. <u>not applicable</u>                    DLSE Case No. <u>09-60703</u>

### *ACKNOWLEDGMENT*
*Labor Code section 92*
*Civil Code section 1189*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          )
                             )   ss.
County of Sacramento         )

On __10|14|20__, before me, TAMARA PANIBRATETS, Management Services Technician, personally appeared AUDREY ONG, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,



_____
TAMARA PANIBRATETS
Management Services Technician
Division of Labor Standards Enforcement
Department of Industrial Relations
State of California

**Page 14**

PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:

Labor Commissioner, State of
California

AND WHEN RECORDED MAIL TO:

Division of Labor Standards
Enforcement
Judgment Enforcement Unit
320 W. 4th Street, Ste. 450
Los Angeles, CA  90013

DOC#  2020-0664253

Oct 28, 2020  10:33 AM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $0.00    (SB2 Atkins: $0.00)

PAGES: 3

*THIS SPACE FOR RECORDER'S USE ONLY*

## CERTIFICATE OF LIEN

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

| | |
|---|---|
| Recording Requested by:<br><br>LABOR COMMISSIONER<br>Department of Industrial Relations<br>Division of Labor Standards Enforcement<br>STATE OF CALIFORNIA<br><br>and when recorded, mail to:<br><br>DIVISION OF LABOR STANDARDS ENFORCEMENT<br>Labor Commissioner's Office<br>Judgment Enforcement Unit<br>320 W. 4th Street, Ste 450<br>Los Angeles, CA 90013 | NO FEE PER LABOR CODE §101.5 |
| **Santos Rodriguez,**<br>Claimant and Plaintiff<br><br>**vs.**<br><br>**Villa Chardonnay-Horses with Wings, a California Corporation,**<br>Defendant(s)<br><br>State Claim No.: 09-62183 | **CERTIFICATE OF LIEN<br>LABOR CODE §98.2(g)(1)** |

TO WHOM IT MAY CONCERN:

The Labor Commissioner, Chief, Division of Labor Standards Enforcement, hereby certifies that

**Villa Chardonnay-Horses with Wings, a California Corporation**
owes wages, damages, and penalties in the amount of:

**$46,343,67** as ordered and awarded by the Labor Commissioner under Labor Code §98.1 which is now final.

Therefore, pursuant to Labor Code §98.2(g), the amount ordered and awarded, together with interest as provided by Labor Code §98.1(c) or otherwise allowed by law, shall be a lien in favor of the Claimant and Plaintiff identified in the caption above, against all interests in real property of

**Villa Chardonnay-Horses with Wings, a California Corporation**
**4554 Boulder Creek Rd., Julian CA 92036**

within the county in which this certificate is recorded for a period of ten (10) years from the date this certificate is recorded with the County Recorder.



LABOR COMMISSIONER, CHIEF
DIVISION OF LABOR STANDARDS ENFORCEMENT

By: _____
Audrey Ong
Industrial Relations Representative

Dated: 10|14|2020

WCA 95 (Rev. 11/14) Certificate of Lien - Labor Code §98.2(g)

Court Case No. <u>not applicable</u>          DLSE Case No. <u>09-62183</u>

### ***ACKNOWLEDGMENT***
*Labor Code section 92*
*Civil Code section 1189*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California        )
                           )  ss.
County of Sacramento       )

On ___10|14|20___, before me, TAMARA PANIBRATETS, Management Services Technician, personally appeared AUDREY ONG, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,



_____
TAMARA PANIBRATETS
Management Services Technician
Division of Labor Standards Enforcement
Department of Industrial Relations
State of California



PLEASE COMPLETE THIS INFORMATION.

RECORDING REQUESTED BY:

Labor Commissioner, State of California

AND WHEN RECORDED MAIL TO:

Division of Labor Standards Enforcement
Judgment Enforcement Unit
320 W. 4th Street, Ste. 450
Los Angeles, CA 90013

DOC# 2020-0664245

Oct 28, 2020   10:33 AM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $0.00   (SB2 Atkins: $0.00)

PAGES: 3

*THIS SPACE FOR RECORDER'S USE ONLY*

## CERTIFICATE OF LIEN

(Please fill in document title(s) on this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

9/95
Rec.Form #R25

| | NO FEE PER LABOR CODE §101.5 |
|---|---|
| Recording Requested by:<br><br>**LABOR COMMISSIONER**<br>Department of Industrial Relations<br>Division of Labor Standards Enforcement<br>STATE OF CALIFORNIA<br><br>and when recorded, mail to:<br><br>DIVISION OF LABOR STANDARDS ENFORCEMENT<br>Labor Commissioner's Office<br>Judgment Enforcement Unit<br>320 W. 4th Street, Ste 450<br>Los Angeles, CA 90013 | |
| **Elias Villafuerte-Rubio,**<br>Claimant and Plaintiff<br><br>**vs.**<br><br>**Villa Chardonnay-Horses with Wings, a California Corporation,**<br>Defendant(s)<br><br>State Claim No.: 09-62821 | **CERTIFICATE OF LIEN**<br>**LABOR CODE §98.2(g)(1)** |

TO WHOM IT MAY CONCERN:

The Labor Commissioner, Chief, Division of Labor Standards Enforcement, hereby certifies that

**Villa Chardonnay-Horses with Wings, a California Corporation**
owes wages, damages, and penalties in the amount of:

**$18,639.12** as ordered and awarded by the Labor Commissioner under Labor Code §98.1 which is now final.

Therefore, pursuant to Labor Code §98.2(g), the amount ordered and awarded, together with interest as provided by Labor Code §98.1(c) or otherwise allowed by law, shall be a lien in favor of the Claimant and Plaintiff identified in the caption above, against all interests in real property of

**Villa Chardonnay-Horses with Wings, a California Corporation**
**4554 Boulder Creek Rd., Julian CA 92036**

within the county in which this certificate is recorded for a period of ten (10) years from the date this certificate is recorded with the County Recorder.



LABOR COMMISSIONER, CHIEF
DIVISION OF LABOR STANDARDS ENFORCEMENT

By: _____
Audrey Ong
Industrial Relations Representative

Dated: 10/14/2020

WCA 95 (Rev. 11/14) Certificate of Lien - Labor Code §98.2(g)

Court Case No.  not applicable

DLSE Case No.  09-62821

## *ACKNOWLEDGMENT*
*Labor Code section 92*
*Civil Code section 1189*

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California          )
                             )  ss.
County of Sacramento         )

On ___10/14/20___, before me, TAMARA PANIBRATETS, Management Services Technician, personally appeared AUDREY ONG, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,



TAMARA PANIBRATETS
Management Services Technician
Division of Labor Standards Enforcement
Department of Industrial Relations
State of California

Page 22



**DOC# 2022-0233625**

Jun 02, 2022 12:39 PM
OFFICIAL RECORDS
Ernest J. Dronenburg, Jr.,
SAN DIEGO COUNTY RECORDER
FEES: $0.00 (SB2 Atkins: $0.00)

PAGES: 2

---

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:
After recording, return to:
Daniela Conde SBN 297348
Department of Industrial Relations/State of California
Division of Labor Standards Enforcement
320 W. 4th St., Suite 600
Los Angeles, CA 90013
TEL NO.: 213-897-1511    FAX NO. (optional): 213-897-2877
E-MAIL ADDRESS (Optional): dconde@dir.ca.gov

[x] ATTORNEY FOR   [x] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 30755-D Auld Road
MAILING ADDRESS: 30755-D Auld Road
CITY AND ZIP CODE: Murrieta 92563
BRANCH NAME: SOUTHWEST JUSTICE CENTER

*FOR RECORDER'S USE ONLY*

PLAINTIFF: California State Labor Commissioner, et al.
DEFENDANT: Villa Chardonnay-Horses with Wings, Inc., et al.

CASE NUMBER:
CVSW2104559

| ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS | [ ] Amended | FOR COURT USE ONLY |
| --- | --- | --- |

1. The [x] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   Name and last known address
   Villa Chardonnay-Horses with Wings, Inc., a California nonprofit corporation
   P.O. Box 1000
   Julian, CA 92036-10000

   b. Driver's license no. [last 4 digits] and state:   [x] Unknown
   c. Social security no. [last 4 digits]:   [x] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:

   California Secretary of State by Court Order, by serving Eric Anderson, Deputy, 1500 11th St., Sacramento, CA 95814

2. [x] Information on additional judgment debtors is shown on page 2.

3. Judgment creditor *(name and address)*:
   California State Labor Commissioner
   320 W. 4th St., Suite 600, LA, CA 90013

Date: May 25, 2022
   Daniela Conde
   *(TYPE OR PRINT NAME)*

4. [ ] Information on additional judgment creditors is shown on page 2.

5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

*(SIGNATURE OF APPLICANT OR ATTORNEY)*

6. Total amount of judgment as entered or last renewed:
   $43,517.49

7. All judgment creditors and debtors are listed on this abstract.

8. a. Judgment entered on *(date)*: 04/15/2022
   b. Renewal entered on *(date)*:

9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [x] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [x] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

This abstract issued on *(date)*:
05/27/2022

GC68150(g)

Clerk, by _____ , Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

---

| PLAINTIFF: California State Labor Commissioner, et al. | COURT CASE NO.' |
|---|---|
| DEFENDANT: Villa Chardonnay-Horses with Wings, Inc., et al. | CVSW2104559 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address)*:

14. Judgment creditor *(name and address)*:

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address
Monika Kerber, an individual
P.O. Box 1000
Julian, CA 92036-1000

Driver's license no. [last 4 digits] and state:
1379887228 - Illinois ☐ Unknown

Social security no. [last 4 digits]: 9392 ☐ Unknown

Summons was personally served at or mailed to *(address)*:
Served by publication in The San Diego Union Tribune

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address)*:

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address)*:

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown

Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

**RECORDING REQUESTED BY**
LABOR COMMISSIONER
Department of Industrial Relations
Division of Labor Standards Enforcement
STATE OF CALIFORNIA
**WHEN RECORDED MAIL TO**

DIVISION OF LABOR STANDARDS
ENFORCEMENT
Labor Commissioner's Office
3737Main St, Suite 850
Riverside, CA 92501

DOC# 2024-0109249

May 01, 2024   11:45 AM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $0.00    (SB2 Atkins: $0.00)

PAGES: 3

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

**TITLE(S)**

**CERTIFICATE OF LIEN, LABOR CODE §98.2(g)(1)**

<table>
<tr><td>Recording Requested by:<br><br>LABOR COMMISSIONER<br>Department of Industrial Relations<br>Division of Labor Standards Enforcement<br>STATE OF CALIFORNIA<br><br>and when recorded, mail to:<br><br>DIVISION OF LABOR STANDARDS ENFORCEMENT<br>Labor Commissioner's Office<br>Judgment Enforcement Unit<br>3737 Main St. Suite 850<br>Riverside, CA 92501</td><td>NO FEE PER LABOR CODE §101 5</td></tr>
<tr><td><strong>Andres Sandoval</strong><br>Plaintiff<br><br><strong>vs.</strong><br><br><strong>Villa Chardonnay Horses With Wings, a California Corporation</strong><br>Defendant(s)<br><br>State Claim No.: CM-319457</td><td><strong>CERTIFICATE OF LIEN<br>LABOR CODE §98.2(g)(1)</strong></td></tr>
</table>

TO WHOM IT MAY CONCERN:

The Labor Commissioner, Chief, Division of Labor Standards Enforcement, hereby certifies that

**Villa Chardonnay Horses With Wings, a California Corporation**

owes wages, damages, and penalties in the amount of: \$2,843.22 as ordered and awarded by the Labor Commissioner under Labor Code §98.1 which is now final.

Therefore, pursuant to Labor Code §98.2(g), the amount ordered and awarded, together with interest as provided by Labor Code §98.1(c) or otherwise allowed by law, shall be a lien in favor of the Claimant and Plaintiff identified in the caption above, against all interests in real property of

**Villa Chardonnay Horses With Wings, a California Corporation**
**4554 Boulder Creek Rd.**
**Julian, CA 92036**

within the county in which this certificate is recorded for a period of ten (10) years from the date this certificate is recorded with the County Recorder.

LABOR COMMISSIONER, CHIEF
DIVISION OF LABOR STANDARDS ENFORCEMENT

By: _____

Deputy Labor Commissioner – Darren Neazer

Dated: April 15, 2024

WCA 95 (Rev. 11/14) Certificate of Lien - Labor Code §98.2(g)

Court Case No. RIC1801160        DLSE Case No. CM-319457

### *ACKNOWLEDGMENT*
*Labor Code section 92*
*Civil Code section 1189*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          )
                             )  ss.
County of Riverside    )

On 04/09/2024, before me, <u>Darren Neazer,</u> Deputy Labor Commissioner, personally appeared <u>Belinda Torres,</u> who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,

Deputy Labor Commissioner
Division of Labor Standards Enforcement
Department of Industrial Relations
State of California

WCA 88 – Acknowledgment (Rev 1-15)



**RECORDING REQUESTED BY**
LABOR COMMISSIONER
Department of Industrial Relations
Division of Labor Standards Enforcement
STATE OF CALIFORNIA
**WHEN RECORDED MAIL TO**

DIVISION OF LABOR STANDARDS
ENFORCEMENT
Labor Commissioner's Office
3737Main St, Suite 850
Riverside, CA 92501

DOC# 2024-0109250

May 01, 2024  11:45 AM
OFFICIAL RECORDS
JORDAN Z. MARKS,
SAN DIEGO COUNTY RECORDER
FEES: $0.00   (SB2 Atkins: $0.00)

PAGES: 3

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## TITLE(S)

## CERTIFICATE OF LIEN, LABOR CODE §98.2(g)(1)

| Recording Requested by:<br><br>**LABOR COMMISSIONER**<br>Department of Industrial Relations<br>Division of Labor Standards Enforcement<br>STATE OF CALIFORNIA<br><br>and when recorded, mail to:<br><br>DIVISION OF LABOR STANDARDS ENFORCEMENT<br>Labor Commissioner's Office<br>Judgment Enforcement Unit<br>3737 Main St. Suite 850<br>Riverside, CA 92501 | NO FEE PER LABOR CODE §101.5 |
|---|---|
| **Rey Velazquez**<br>Plaintiff<br><br>**vs.**<br><br>**Villa Chardonnay Horses With Wings, a California Corporation**<br>Defendant(s)<br><br>State Claim No.: CM-318015 | **CERTIFICATE OF LIEN**<br>**LABOR CODE §98.2(g)(1)** |

TO WHOM IT MAY CONCERN:

The Labor Commissioner, Chief, Division of Labor Standards Enforcement, hereby certifies that

**Villa Chardonnay Horses With Wings, a California Corporation**

owes wages, damages, and penalties in the amount of: $12,280.30 as ordered and awarded by the Labor Commissioner under Labor Code §98.1 which is now final.

Therefore, pursuant to Labor Code §98.2(g), the amount ordered and awarded, together with interest as provided by Labor Code §98.1(c) or otherwise allowed by law, shall be a lien in favor of the Claimant and Plaintiff identified in the caption above, against all interests in real property of

**Villa Chardonnay Horses With Wings, a California Corporation**
**4554 Boulder Creek Rd.**
**Julian, CA 92036**

within the county in which this certificate is recorded for a period of ten (10) years from the date this certificate is recorded with the County Recorder.

LABOR COMMISSIONER, CHIEF
DIVISION OF LABOR STANDARDS ENFORCEMENT

By: _____

Deputy Labor Commissioner – Darren Neazer

Dated: April 15, 2024

WCA 95 (Rev. 11/14) Certificate of Lien - Labor Code §98.2(g)

Court Case No. RIC1801147          DLSE Case No. CM-318015

### *ACKNOWLEDGMENT*
*Labor Code section 92*
*Civil Code section 1189*

| |
|---|
| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

State of California          )
                            )   ss.
County of Riverside   )

On 04/09/2024, before me, <u>Darren Neazer</u>, Deputy Labor Commissioner, personally appeared <u>Belinda Torres</u>, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal,

Deputy Labor Commissioner
Division of Labor Standards Enforcement
Department of Industrial Relations
State of California

WCA 88 – Acknowledgment (Rev. 1-15)