CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Matthew Sirolly, SBN 239984
STATE OF CALIFORNIA
LABOR COMMISSIONER'S OFFICE
320 w. 4th Street, Suite 600
Los Angeles, CA 90013
Telephone No. (213) 897-1511

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>VILLA CHARDONNAY HORSES WITH<br>WINGS, INC.,<br><div align=right>Debtor(s)</div> | BANKRUPTCY NO.   25-04245-JBM11 |
| <div align=right>Plaintiff(s)</div> | ADVERSARY NO. |
| v.<br><div align=right>Defendant(s)</div> | |

# PROOF OF SERVICE

I,   Matthew Sirolly   am a resident of the State of California, over the age of 18 years, and not a party to this action.

On   June 28, 2026   , I served the following documents:

CREDITOR LABOR COMMISSIONER'S RESPONSE TO TRUSTEE'S NOTICE OF INTENDED ACTION AND STIPULATION RE: CARVE-OUT FROM SBA;
DECLARATION OF MATTHEW;
EXHIBIT A

1.    **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On   June 28, 2026   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

 See Attachment 1

☐        Chapter 7 Trustee:

☒        For Chapter 7, 11, & 12 cases:                    ☐    For Chapter 13 cases:
            UNITED STATES TRUSTEE                                  MICHAEL KOCH, TRUSTEE
            ustp.region15@usdoj.gov                                  mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2.    **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3.    **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    June 28, 2026
                        (Date)

Matthew Sirolly
(Typed Name and Signature)

320 w. 4th Street, Suite 600
(Address)

Los Angeles, CA 90013
(City, State, ZIP Code)

**Attachment 1**

- **Christin A. Batt**   christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

- **Kevin Dwight**   kdwight@manatt.com

- **David K. Eldan**   David.Eldan@doj.ca.gov, rpinal@pmcos.com

- **Leslie T. Gladstone**   candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

- **Leslie T. Gladstone**   leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

- **Carl Grumer**   cgrumer@manatt.com

- **Benjamin Heston**   bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net

- **Haeji Hong**   Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

- **Andrew Levin**   andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

- **Hilda Montes de Oca**   hildam@flgsd.com, leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

- **Shelby Poteet**   spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

- **Matthew Sirolly**   msirolly@dir.ca.gov

- **Nissan Thomas**   info@nissanthomaslaw.com

- **United States Trustee**   ustp.region15@usdoj.gov