Nissan Thomas, Esq. (SBN 250273)
6230 Wilshire Blvd., #2015
Los Angeles, CA 90048
P: (424) 781-7653
F: (310) 388-5292
E: info@nissanthomaslaw.com

*Attorney for Debtor Villa Chardonnay Horses With Wings, Inc. and Defendant, Monika Kerber Perez*

### UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VILLA CHARDONNAY HORSES WITH WINGS, INC., ) ) ) DEBTOR, ) ) ) ) LESLIE T. GLADSTONE, ) CHAPTER 11, TRUSTEE, ) ) ) ) | **Case No**.: 25-04245-JBM11  **PROOF OF SERVICE** |

I am over the age of 18 and not a party to this action.

I am a resident of or employed in the county where the mailing occurred; my business/ residence address is: 6230 Wilshire Blvd., #2015, Los Angeles, CA 90048.

On June 29, 2026  I served the foregoing document(s) described as: **NOTICE OF MOTION AND MOTION TO REMOVE CHAPTER 11 TRUSTEE; TO STAY, VACATE, OR MODIFY TURNOVER ORDERS; FOR PRESERVATION ORDER; AND FOR EMERGENCY EVIDENTIARY HEARING; REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF  MOTION TO REMOVE TRUSTEE; TO STAY, VACATE, OR MODIFY TURNOVER; AND TO PRESERVE ANIMALS, PROPERTY, AND EVIDENCE** to the following parties:

Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086

- 1 -

Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065

[X] (By U.S. Mail) I deposited such envelope in the mail at Los Angeles, California with postage thereon fully prepaid.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (By CM/ECF):  I am readily familiar with the General Order(s) and Local Bankruptcy Rule(s) ("LBR"), of the United States Bankruptcy Court, Southern District of California of collecting and processing electronic filings.  Pursuant to this practice, the foregoing document will be served by the court electronically via the court's CM/ECF system, which generates a Notice of Electronic Filing ("NEF"), and hyperlink to the document in the court's system to the filing party, assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 29, 2026

/s/ Ayana Chapman

Ayana Chapman

- 2 -