Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
E-mail:  LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>          Debtor(s). | Case No.:  25-04245-JBM11<br><br>**STATUS REPORT FROM TRUSTEE FOR STATUS CONFERENCE ON CHAPTER 11 PETITION**<br><br>**Date:**     **July 16, 2026**<br>**Time:**     **1:30 p.m.**<br>**Dept:**     **Two (2)**<br><br>**Honorable J. Barrett Marum** |

Leslie T. Gladstone, chapter 11 trustee ("**Trustee**"), offers this Status Report with respect to the Court's Status Conference on Chapter 11 Petition scheduled for July 16, 2026.

**A. General Status**

On January 29, 2026, the Court approved Trustee's appointment.

On February 6, 2026, the Court approved Trustee's Emergency Ex Parte Motion for Approval of Stipulation with Attorney General (the "**Attorney General Stipulation**") (ECF No. 101), which allowed continued non-profit operations for

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11

1

STATUS REPORT FROM TRUSTEE FOR STATUS
CONFERENCE ON CHAPTER 11 PETITION

the property located at 4430 and 4554 Boulder Creek Road, Julian, CA (the "**Property**").

On February 13, 2026 and March 3, 2026, the Court approved Trustee's Emergency Motion for (1) an Interim Order Authorizing Trustee to Obtain Postpetition Financing; and (2) Setting Final Hearing (ECF Nos. 103 and 113), allowing financing in the amount of $400,000.00 for administrative expenses involved with operations and sale efforts (the "**Postpetition Financing**").  To date, $340,000.00 of the Postpetition Financing has been advanced, with the final $60,000.00 expected shortly.

On March 17, 2026, the Court approved the employment of Jeff Wiemann ("**Wiemann**") as non-profit consultant to the Estate (ECF No. 147).  Wiemann continues to assist Trustee with obtaining and compiling documents pertaining to non-profit reporting and compliance per the terms of the Attorney General Stipulation.

On April 6, 2026, Trustee commenced the adversary proceeding with her Complaint for Turnover of Real Property of Estate and Issuance of Writ of Execution (the "**Turnover Complaint**") against Monika Kerber Perez ("**Perez**") and Mercedes Flores ("**Flores**") as to their postpetition possession of the main house on the Property (the "**Main House**").

On May 1, 2026, the Court approved Trustee's Emergency Motion for Approval of Stipulation Regarding Immediate Turnover of Animals (the "**Animals**") to San Diego Humane Society ("**SD Humane**") (ECF No. 159).

On July 8, 2026, the Court issued its oral ruling with respect to the Turnover Complaint.

**B. Turnover Proceedings**

As stated above, the Turnover Complaint was filed on April 6, 2026.  On July 1, 2026, the Court conducted a trial as to Trustee's entitlement to possession of the Property, including the Main House.  The Court's oral ruling was issued on July 8,

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

2026, in Trustee's favor, commanding that Perez and Flores vacate the Property by July 15, 2026. The Court further ruled that a Writ of Execution be issued, authorizing the United States Marshal to forcibly remove Perez and Flores if they fail to vacate by July 15, 2026.

### C. Status of Animals

SD Humane continues to tend to approximately 80 horses that remain on the Property and cooperate with requests by previous owners for return of their animals. Trustee has been informed that SD Humane expects to wrap up its operations at the Property on or about July 15, 2026.

### D. Financing Status

The Postpetition Financing is expected to be fully funded by August 1, 2026.

### E. Sale of Property/Carve Outs

Trustee has met with multiple proposed buyers and expects to have an application on file to employ brokers in the next 7-10 days. Trustee has also met with various contractors regarding recommendations for repairs to the Main House and intends to commence some of those repairs, subject to Court approval, upon turnover of the Main House by Perez and Flores. Contemporaneously, Trustee will also file a motion to establish bidding procedures for sale of the Property.

Trustee has negotiated a carve out from the lien of the U.S. Small Business Association ("**SBA**"), pending approval by the Court.

Trustee has also negotiated a carve out with the first priority lender on the Property, River Falls, LLC ("**River Falls**"), and anticipates having that carve out stipulation on file with the Court in the next 5-7 days.

### F. Motion to Remove Trustee

On June 28, 2026, Debtor filed a motion to remove Chapter 11 Trustee, to Stay, Vacate or Modify Turnover Orders and for Emergency Evidentiary Hearing (the "**Debtor's Motion**"). Debtor's Motion does not include a Notice of Motion and consequently is likely to be removed from the Court's calendar. Trustee

Financial Law Group
5656 La Jolla Boulevard
La Jolla, California 92037

vehemently opposes Debtor's Motion and will file opposition upon receipt of valid notice.

### G. Non-Profit Operations and Claims Procedure

With the assistance of Wiemann and the Estate's accountants, Trustee continues to file Reports of Operations and to administer assets of the Estate. Trustee received the primary distribution from The Martha C. Nemeth 1997 Trust (the "**Nemeth Trust**"), which provided $209,789.89 to the Estate. Trustee expects a second smaller distribution later this year when the Nemeth Trust undergoes its final distribution. Trustee continues to pay the expenses of the Property as and when they incur.

Trustee continues to investigate the past operations of Debtor to unravel the various Debtor/creditor/donor relations and to identify available assets for the Estate, as well as to analyze whether any criminal referrals are warranted.

Trustee has requested that the Court issue a claims bar date and will file an ex parte application to set an administrative expense bar date shortly.

Respectfully submitted,

Dated: July 9, 2026

/s/ Leslie T. Gladstone
Leslie T. Gladstone, Chapter 11
Trustee

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037