CSD 5013 [01/01/2026]
Name, Address, Telephone No. & I.D. No.
PAUL J. LEEDS, ESQ.  (Bar No. 214309)
MEREDITH KING, ESQ. (Bar No. 280043)
FRANKLIN SOTO LEEDS LLP
444 WEST C STREET, SUITE 300
SAN DIEGO, CA  92101
TEL: 619.872.2520
FAX: 619.566.0221
pleeds@fsl.law // mking@fsl.law

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re<br>VILLA CHARDONNAY HORSES WITH WINGS. INC.<br><div align="right">Debtor(s)</div> | BANKRUPTCY NO. 25-04245-JBM11 |
|---|---|
| <div align="right">Plaintiff(s)</div> | ADVERSARY NO. |
| v.<br><div align="right">Defendant(s)</div> | |

**DISCLOSURE AND CERTIFICATION ON GENERATIVE ARTIFICIAL INTELLIGENCE USE**

Pursuant to General Order No. 210,

Party: River Falls, LLC and

Filing Counsel: FRANKLIN SOTO LEEDS LLP

make the following disclosure and certification concerning the use of any generative artificial intelligence ("AI") program in preparing the attached paper, styled RIVER FALLS, LLC'S RESPONSE AND OPPOSITION TO MOTION TO REMOVE TRUSTEE.

For purposes of its General Order, the Court considers generative AI to be that which can create original content such as text or images in response to a user's prompt or request. This includes in particular the creation of a filed paper's *initial content* through such a prompt or request. Later *augmentations* to initial content are likewise subject to the General Order if that is created through a prompt or request using generative AI.

In contrast, spell checkers, predictive text prompts, grammar checkers, paraphrasing tools, text polishers and the like are typically not covered by the General Order.

**Disclosure**

The following generative AI program(s) was/were used in preparing the attached paper: Claude, an AI-based writing and research assistant developed by Antropic PBC and accessed through Cowork, was used in idea generation, editing,  and refinement of text in response to prompts I prepared. Westlaw Precision was used to identify and retrieve legal authorities contained in Westlaw's proprietary databases I independently reviewed and verified all AI-generated and AI-assisted content, including proposed legal analysis, citations, and edits before adopting it into the referenced filing, and all legal positions, arguments, and conclusion reflected in the documents are my. In addition, neither Claude nor Westlaw Precision were used to generate initial content, and all substantive content was authored by me and reflects my independent drafting and analysis..

**Certification**

The filer(s) of the attached paper certify that they checked the document for factual and legal accuracy using print reporters, traditional legal databases, or other reliable means outside of AI.

| Dated:       July 10, 2026 | /s/ Meredith King<br>Meredith King<br>Filing Party or Counsel |
|---|---|