**Michael R. Totaro 102229**
**Totaro & Shanahan LLP**
**P.O. Box 789**
**Pacific Palisades, CA 90272**
**(310) 804-2157 (v)**
**Ocbkatty@aol.com**

**Attorneys for Debtor in Possession**

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

| | |
|---|---|
| In re<br><br> Villa Chardonnay Horses With Wings, Inc.,<br><br>Debtor. | **CASE NO. 3:25-bk- 04245-JBM11**<br><br>**Chapter 11**<br><br>**FIRST AND FINAL FEE APPLICATION FOR COMPENSATION AND EXPENSES BY TOTARO & SHANAHAN, LLP, MICHAEL R. TOTARO AND MAUREEN J. SHANAHAN; DECLARATION OF MICHAEL R. TOTARO AND EXHIBIT**<br><br>**Date:  August 11, 2026**<br>**Time:  1:00 p.m.**<br>**Dept:  2, Rm 118**<br><br>**HON. J. BARRETT MARUM** |

**TO THE HONORABLE J. BARRETT MARUM , THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

Totaro & Shanahan, LLP, approved initial general insolvency counsel for the Debtor in Possession in this case respectfully submits this First and Final Fee Application  (the "Application") which is supported by the Declaration of  Michael R. Totaro (the "Totaro Declaration") in support of the Application.  Applicant has reviewed its records and files and the following information is supplied in conformity with United States Bankruptcy

Court, Southern District of California, Local Bankruptcy Rule 2016-1 and the guidelines of the Office of the United States Trustee ("OUST").

**I. SUMMARY OF APPLICATION**

1.      Applicant: Totaro & Shanahan, LLP

2.      Type of Service Rendered: General Insolvency Counsel to Debtor.

3.      Date of Filing Chapter 11: October 14, 2025

4.      Date of Entry of Order Approving Applicant's Employment:

5.      Date of Filing of Last Application for Compensation and/or Reimbursement of Expenses: None – this is Applicant's first and final application.

6.      Total Fees and Costs Allowed or Paid to Applicant to Date: None

**(i)      Chapter 11 Retainer**

a.      Retainer Received:  None

b.      Retainer Remaining as of Filing Date:  DNA

c.      Total Requested in Prior Applications: None – first and final application.

d.      Total Paid Pursuant to Prior Applications: None.

e.      Total Amount Currently Due but Unpaid Pursuant to Prior Approved Applications: None.

f.      Total Amount Allowed but Reserved Pending Final Fee Application: None.

7.      Summary of Requested Fees in this Application: See chart in Section VI, *infra*.

8.      The hourly rate of $650.00 set forth in Exhibit "1" for Applicant's professionals who recorded time during the Application Period is the same rate charged by such professionals for non-bankruptcy services.

9.      Bonus requested: None.

10.     Total Fees Requested in Application: $45,955.00.

11.     Total Expenses Allowed or Paid to Applicant to Date (including Retainers and Prior Approved Fee Applications): $0.00.

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF TOTARO & SHANAHAN; DECLARATION OF MICHAEL R. TOTARO IN SUPPORT

2

12.     Summary of Requested Expense Reimbursement: Not Applicable – no costs are sought.

13.     Total Expenses Requested in this Application: $0.00.

14.     Total Award of Fees and Expenses Requested: $45,955.00.

## II. INTRODUCTION AND BACKGROUND

On October 14, 2025, the Debtor filed the instant voluntary Chapter 11 bankruptcy case (the "Instant Bankruptcy").

This has been an unusually difficult case in that information provided to counsel over the course of the representation did not always prove to be as represented at the outset. That is not unusual in a case of this kind, where the Debtor's president was not always precise regarding financial matters and the operation of the Debtor's animal rescue activities.

Counsel and the Debtor's president were, at times, at odds as to what information had or had not been provided, and as the case progressed it became clear to counsel that continued representation could not proceed without risking violation of counsel's ethical obligations. Items presented to the Court had to be vetted to the extent counsel was able to do so, but much of the underlying information was known only to the Debtor's president.

At the hearing on Applicant's motion to withdraw as counsel, held on April 16, 2026, the Debtor's president was complimentary of the Firm's work. However, once she recognized that no funds were forthcoming from her family to fund the case and that the case trustee was moving forward independently, her manner toward counsel changed, and she has since been critical of counsel. As a result, this Court should not expect the Debtor's approval of this request for compensation.

## III. SIGNIFICANT EVENTS DURING THIS APPLICATION PERIOD

During the Application Period, Applicant, among other things: reviewed title reports for the Debtor's parcels and completed the Debtor's initial compliance requirements; prepared for and attended the Debtor's initial debtor interview and the meeting of creditors

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF TOTARO & SHANAHAN;
DECLARATION OF MICHAEL R. TOTARO IN SUPPORT

3

under 11 U.S.C. § 341; reviewed and responded to the United States Trustee's compliance requirements and amended schedules as needed; prepared and filed the Debtor's monthly operating reports; reviewed and analyzed twelve proofs of claim filed in the case; prepared and filed a motion to value real property and avoid junior liens on behalf of the Debtor, which the case trustee subsequently elected not to pursue following her appointment; communicated extensively with the Debtor's president, the United States Trustee, the holder of the first deed of trust, and other third parties regarding case administration, insurance coverage for the Debtor's volunteers, and a proposed cash-collateral stipulation; conducted an on-site inspection of the Debtor's property together with the case trustee; and ultimately moved to withdraw as counsel, a motion which was granted on April 16, 2026 and for which no fee is sought.

## IV. RETENTION OF APPLICANT

Prior to the Petition Date, the Debtor retained Applicant to prepare the petition and to advise the Debtor on preparations for commencing this Chapter 11 case. The terms of Applicant's retention provide that it would be compensated for its services on the basis of hourly billings, subject to Court approval. There is no agreement or understanding between Applicant and any other person for the sharing of compensation or other proceeds for services rendered in this case.

## V. REQUEST FOR APPROVAL AND PAYMENT OF ALL FEES FOR THE APPLICATION PERIOD

With this Application, Applicant requests allowance and payment of fees in the amount of $45,955.00, consisting of 73.70 hours of professional time, of which 3.00 hours were voluntarily written off by Applicant as no-charge time, resulting in 70.70 billed hours generating the requested fee. Applicant does not request reimbursement of any costs or expenses.

Pursuant to Local Bankruptcy Rule 2016-3, a brief narrative of the present posture of this case is contained herein. A detailed listing of all time spent by attorneys is set forth

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF TOTARO & SHANAHAN; DECLARATION OF MICHAEL R. TOTARO IN SUPPORT

4

in Exhibit "1" to the Totaro Declaration pursuant to Local Bankruptcy Rule 2016-1(a)(1)(E), and shows the date the services were rendered, the nature of the services rendered, who rendered the services, the time required for the performance of such services, and the fee associated with each service rendered. All services performed by Applicant's professionals were recorded in time increments of one-tenth (0.1) of an hour. No services were performed by paralegals or legal assistants.

## VI. MAJOR ACTIVITY CATEGORIES SUMMARY AND DESCRIPTION OF SERVICES RENDERED DURING THE APPLICATION PERIOD

Pursuant to the Guidelines of the OUST, Applicant has segregated its time into the following categories, as reflected in the attached billing statement (Exhibit "1"):

| Category | Professional | Hours | Fees |
|---|---|---|---|
| B100 - Client Communication, Meetings, Travel | Michael Totaro | 2.80 | $1,820.00 |
| B110 - Case Administration | Maureen Shanahan | 0.30 | $195.00 |
|  | Michael Totaro | 27.00 | $15,600.00 |
| B130 - IDI, 341, Status, Reports, Hearings, Travel | Michael Totaro | 19.20 | $12,480.00 |
| B140 - Monthly Operating Reports | Michael Totaro | 3.90 | $2,535.00 |
| B150 - Communication with Other 3rd Parties | Michael Totaro | 6.10 | $3,965.00 |
| B185 - Motions to Avoid, All Filings, Communication, Hearings | Maureen Shanahan | 7.50 | $4,875.00 |
| B195 - Miscellaneous Filings, Communications, Travel | Michael Totaro | 1.80 | $1,170.00 |
| B220 - Claims Review, All Filings, Hearings, Travel | Michael Totaro | 5.10 | $3,315.00 |

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF TOTARO & SHANAHAN; DECLARATION OF MICHAEL R. TOTARO IN SUPPORT

5

| No Charge (Hearing on Motion to Withdraw, 4/16/26) | Michael Totaro | 3.00 | $0.00 (write-off) |
|---|---|---|---|
| **TOTAL** | | **73.70** | **$45,955.00** |

Set out below is a narrative explanation, pursuant to Federal Rule of Bankruptcy Procedure 2016(a) and Local Bankruptcy Rule 2016-1, of the services performed by Applicant during the Application Period.

### A. Client Communication, Meetings, Travel (B100)

*Hours: 2.80  Fees: $1,820.00*

This category involves all means of communication with the Debtor's president, including emails, text messages, in-person meetings, and related travel time. There is an inherent overlap between this category and Case Administration, given the nature of the communications involved.

### B. Case Administration (B110)

*Hours: 27.30 Fees: $15,795.00*

This category reflects the general administration of the Debtor's case, including review of title reports for all of Debtor's assessor's parcel numbers, completion of the Debtor's compliance requirements, review of the Debtor's loan documents, amendment of schedules, review of state court filings for scheduling purposes, and communications with the Debtor's president regarding the same. There is overlap with other categories, particularly Client Communication and Communication with Third Parties.

### C. IDI, 341, Status, Reports, Hearings, Travel (B130)

*Hours: 19.20 Fees: $12,480.00*

This category covers all hearings related to case administration, including preparation for and attendance at the initial debtor interview and the meeting of creditors, status conferences, and related travel. Travel time was voluntarily limited by counsel; one hearing required an in-person appearance due to infrastructure limitations.

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF TOTARO & SHANAHAN; DECLARATION OF MICHAEL R. TOTARO IN SUPPORT

6

### D. Monthly Operating Reports (B140)

*Hours: 3.90  Fees: $2,535.00*

This category reflects preparation of and review of the Debtor's monthly operating reports. Preparation of these reports required more time than usual because the Debtor's reporting included numerous receipts for donations that had to be incorporated into each report.

### E. Communication with Other 3rd Parties (B150)

*Hours: 6.10  Fees: $3,965.00*

This category involves communication with counsel for the holder of the first deed of trust, the United States Trustee, and other third parties regarding stipulations, insurance for the Debtor's volunteers, and case administration matters generally. This category overlaps with Case Administration.

### F. Motions to Avoid, All Filings, Communication, Hearings (B185)

*Hours: 7.50  Fees: $4,875.00*

This category reflects substantial time preparing and filing a motion to value real property and avoid junior liens, including preparation of supporting exhibits and communication with a retained appraiser. Although the case trustee subsequently declined to pursue the motion following her appointment, the motion was extensive in terms of time and effort, and it was not Applicant's desire to withdraw it.

### G. Miscellaneous Filings, Communications, Travel (B195)

*Hours: 1.80  Fees: $1,170.00*

This category is comprised principally of review of filings by creditors and the trustee, and related communications with the Debtor.

### H. Claims Review, All Filings, Hearings, Travel (B220)

*Hours: 5.10  Fees: $3,315.00*

Twelve proofs of claim were filed in this case. Each claim was reviewed, forwarded to the Debtor's president, and discussed to address any ambiguities or concerns.

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF TOTARO & SHANAHAN; DECLARATION OF MICHAEL R. TOTARO IN SUPPORT

7

**No Charge – Hearing on Motion to Withdraw**

Applicant appeared at the April 16, 2026, hearing on its motion to withdraw as counsel and voluntarily wrote off 3.00 hours (650.00) of time associated with that appearance and related travel. No fee is sought for this category.

## VII. FACTORS RELEVANT IN DETERMINING THE ALLOWANCE OF FEES

### A. Legal Standard

Bankruptcy Code Section 330 authorizes compensation for professionals rendering services in connection with a bankruptcy case. The responsibility for determining reasonable compensation under Section 330 for services rendered to the estate rests with the bankruptcy court, and the court's decision is final unless there is an abuse of discretion. *In re Nucorp Energy, Inc.*, 764 F.2d 655, 657 (9th Cir. 1985). Bankruptcy Code Section 330 requires that the compensation awarded be "for actual, necessary services" taking into account the time spent on such services, the rates charged, and the value of the services rendered. 11 U.S.C. § 330(a)(1)(3).

In *In re Yermakov*, 718 F.2d 1465 (9th Cir. 1983), the Ninth Circuit discussed the test used to calculate a reasonable attorney fee beyond the factors listed in Bankruptcy Code Section 330, stating that "the primary method used to determine a reasonable attorney fee in a bankruptcy case is to multiply the number of hours expended by an hourly rate." *Id.* at 1471. This method – the "lodestar" approach – may be adjusted upward or downward with reference to the factors set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974), including, among others, the time and labor required; the novelty and difficulty of the questions involved; the skill required; the customary fee; the amount involved and results obtained; and the experience, reputation, and ability of the attorneys involved. *See Powerline Oil Co.*, 71 B.R. 767, 771 (9th Cir. BAP 1986). In this Application, Applicant is not seeking any upward adjustment to the lodestar amount.

### B. Application of the Lodestar and Applicable Johnson Factors

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF TOTARO & SHANAHAN; DECLARATION OF MICHAEL R. TOTARO IN SUPPORT

8

### 1. Time Spent

Applicant's time records, attached to the Totaro Declaration as Exhibit "1", demonstrate that during the Application Period Applicant spent a total of 73.70 hours (70.70 of which are billed) over approximately six months representing the Debtor. Applicant submits that its time records demonstrate that the time spent was reasonable and necessary for the adequate representation of the Debtor in connection with the matters for which Applicant was employed.

### 2. Customary Fee for Comparable Services

Bankruptcy Code Section 330 requires that the bankruptcy court award fees based upon the cost of comparable services rendered in non-bankruptcy cases, in order to attract bankruptcy specialists and ensure efficient case administration. The billing rate of $650.00 per hour reflected in Exhibit "1" is the same rate charged by Applicant's professionals for non-bankruptcy services.

### 3. The Experience, Reputation and Ability of the Attorneys Involved

The qualifications of the attorneys performing services on behalf of the Debtor are set forth in the employment application filed in this case. Counsel has participated in over 220 Chapter 11 cases with only 19 failures due to a client's refusal to follow advice. Applicant submits that it has a well-earned reputation for providing high-quality legal services in each of the legal arenas in which it practices.

### C. The Applicant Should be Compensated for All of its Fees

Pursuant to Section 330 of the Bankruptcy Code, the Court may award a professional person reasonable compensation for actual, necessary services rendered. 11 U.S.C. § 330(a). As set forth above, the fees for which the Applicant requests compensation are for actual and necessary services rendered. The Applicant respectfully requests that the Court approve payment of compensation in full, consistent with the priority scheme of the Bankruptcy Code, which affords administrative claims priority over general unsecured claims.

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF TOTARO & SHANAHAN; DECLARATION OF MICHAEL R. TOTARO IN SUPPORT

9

## VIII. SOURCES OF PAYMENT OF ALLOWED FEES AND EXPENSES

Payment should be from Funds in Debtor accounts.

## IX. CONCLUSION

Applicant respectfully requests this Court enter an order:

1.      Approving this Application and awarding Applicant total fees of $45,955.00 and expenses of $0.00, for a total award of $45,955.00;

2.      Directing payment of the awarded fees within 20 days of entry of the order; and

3.      Granting such other and further relief as is just ad proper.

July 12, 2026                                          TOTARO & SHANAHAN, LLP


By: /s/ Michael R. Totaro
    Michael R. Totaro
    Former Attorneys for Debtor

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF TOTARO & SHANAHAN; DECLARATION OF MICHAEL R. TOTARO IN SUPPORT

10

## **DECLARATION OF MICHAEL R. TOTARO**

I, Michael R. Totaro, declare and state as follows:

1. I am an attorney at law, licensed to practice before all of the courts in the State of California, all District Courts in California, and most Federal Circuit Courts. I have personal knowledge of the facts set forth below and, if called to testify as to those facts, I could and would competently do so.

2. This Final Application for Compensation ("Application") submitted by myself, Maureen J. Shanahan, and Totaro & Shanahan, LLP ("Applicant"), covers October 15, 2025 through April 16, 2026 (the "Application Period"), and complies with the guidelines of the OUST.

3. I have reviewed this Application and it complies with FRBP 2016 and LBR 2016-1, 2016-2, 2016-3, and 2014-1 in that it details the services rendered, the time expended, and the amounts requested.

4. This is Applicant's first and only application for compensation filed in this case; no prior interim applications have been filed or granted.

5. Neither I, nor any member of the Applicant, has any agreement or understanding of any kind to divide, pay over, or share any portion of the fees to be awarded with any other person, attorney, or entity, except as among the members of my firm. I have strived to provide legal services to the Debtor in the most cost-efficient method while maintaining the high quality of service expected from and provided by my professionals. I believe the billing rate of $650.00 per hour is reasonable and commensurate with rates charged by similarly qualified professionals for similar services. I have served as General Insolvency Counsel in over 220 Chapter 11 cases.

6. I have attached Exhibit "1", and incorporate it herein by this reference, which provides a detailed listing of all time spent by attorneys, showing the date the services were rendered, the nature of the services rendered, who rendered the services, the time required for performance, and the fee associated with each service rendered, segregated according

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF TOTARO & SHANAHAN;
DECLARATION OF MICHAEL R. TOTARO IN SUPPORT

11

to the OUST guidelines. All services were recorded in increments of one-tenth (0.1) of an hour.

7. I have not attempted to obtain the Debtor's president's approval of this Application. As set forth above, following the hearing on Applicant's motion to withdraw, the Debtor's president's manner toward counsel changed, and I do not anticipate her approval of this Application. Accordingly, the Debtor and any other interested parties are being served with this Application and must file an objection if they disagree.

8. On the attached billing statement (Invoice No. 131), the Court will note a Previous Invoice Balance of $13,020.00 and a Credit Memo dated October 13, 2025 in the same amount, fully offsetting that balance. That prior balance relates to an unrelated, prior matter that was inadvertently carried forward by Applicant's billing software and was never collected; it has no bearing on, and is not part of, the fees requested in this Application, which are limited solely to the 73.70 hours of services rendered to the Debtor during the Application Period, totaling $45,955.00.

9. On April 16, 2026, this Court held a hearing on and granted Applicant's motion to withdraw as counsel for the Debtor. No fee is sought in this Application for Applicant's preparation for or appearance at that hearing.

10. Counsel seeks approval of the entire fee of $45,955.00, none of which has been paid to date.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on July 11, 2026, at Pacific Palisades, California.

/s/ Michael R. Totaro

Michael R. Totaro

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF TOTARO & SHANAHAN; DECLARATION OF MICHAEL R. TOTARO IN SUPPORT

12

**EXHIBIT "1"**

FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF TOTARO & SHANAHAN; DECLARATION OF MICHAEL R. TOTARO IN SUPPORT

13



**Totaro & Shanahan**
P.O. Box 789
Pacific Palisades, CA 90272
888 425 2889

June 27, 2026

**Monika Perez**
Villa Chardonnay Horses with Wings, INC.
P.O. Box 1789
Pacific Palisades, CA 90272

**Invoice Number: 131**
Invoice Period: 10-14-2025 - 06-01-2026

Payment Terms: Upon Receipt

**RE: Chapter 11**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-15-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>RV 6 title reports for all APN'S | 2.00 | 650.00 | 1,300.00 |
| 10-17-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>Begin and Complete compliance over two days | 4.00 | 650.00 | 2,600.00 |
| 10-21-2025 | Michael Totaro | B150 - Communication with other 3rd Parties<br>B150 - Communication with other 3rd Parties<br>Emails from UST re Insurance for volunteers, PC Client, PC Agent | 0.50 | 650.00 | 325.00 |
| 11-04-2025 | Michael Totaro | B130 - IDI, 341, Status, Reports, Hearings, Travel<br>B130 - IDI, 341, Status, Reports, Hearings, Travel<br>IDI and Prep, PC Mgr after for info, Travel time | 2.50 | 650.00 | 1,625.00 |
| 11-06-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>RV Special Notice Mannex, Fullerton | 0.20 | 650.00 | 130.00 |
| 11-16-2025 | Michael Totaro | B130 - IDI, 341, Status, Reports, Hearings, Travel<br>B130 - IDI, 341, Status, Reports, Hearings, Travel<br>Review UST list of compliance, obtain docs and signatures, Amend schedules | 3.10 | 650.00 | 2,015.00 |
| 11-19-2025 | Michael Totaro | B130 - IDI, 341, Status, Reports, Hearings, Travel<br>B130 - IDI, 341, Status, Reports, Hearings, Travel<br>341 Prep, Meeting, RV deficiencies | 2.10 | 650.00 | 1,365.00 |
| 11-22-2025 | Michael Totaro | B110 - Case Administration | 3.10 | 650.00 | 2,015.00 |

EXHIBIT 1

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| | | B110 - Case Administration<br>RV New List from UST, PC Debtor's MGR, Amend All Schedules,<br>Multiple PC with Mgr, RV State court Filings to add to Sch B and Lawsuits | | | |
| 11-22-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>RV Ron Allen lawsuit | 0.90 | 650.00 | 585.00 |
| 11-23-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>PC Mgr re remaining documents | 0.30 | 650.00 | 195.00 |
| 11-27-2025 | Michael Totaro | B195 - Miscellaneous Filings, Communications, travel<br>B195 - Miscellaneous Filings, Communications, travel<br>Motion to set CBD and Insider comp | 0.80 | 650.00 | 520.00 |
| 11-28-2025 | Michael Totaro | B130 - IDI, 341, Status, Reports, Hearings, Travel<br>B130 - IDI, 341, Status, Reports, Hearings, Travel<br>Prep Stat Rept | 1.00 | 650.00 | 650.00 |
| 12-01-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 3 Jeff Cap | 0.20 | 650.00 | 130.00 |
| 12-02-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 1 Labor Commission | 0.80 | 650.00 | 520.00 |
| 12-03-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 2 IRS | 0.70 | 650.00 | 455.00 |
| 12-09-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>RV Loan docs | 1.50 | 650.00 | 975.00 |
| 12-10-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>Calls to Client's Mgr, Creditor Montgomery, review of letters. Email to King and UST | 2.50 | 650.00 | 1,625.00 |
| 12-13-2025 | Michael Totaro | B130 - IDI, 341, Status, Reports, Hearings, Travel<br>B130 - IDI, 341, Status, Reports, Hearings, Travel<br>Travel to and From Status Hearing | 5.00 | 650.00 | 3,250.00 |
| 12-17-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>Prep Orders CBD, Insider comp | 0.50 | 650.00 | 325.00 |
| 12-20-2025 | Michael Totaro | B140 - Monthly Operating Reports<br>B140 - Monthly Operating Reports<br>Prep October MOR | 1.20 | 650.00 | 780.00 |
| 12-20-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV Amended  POC 1 Labor Commission Claim | 0.20 | 650.00 | 130.00 |

We appreciate your business

EXHIBIT 1

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| 12-20-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 4, Ask Myers | 1.00 | 650.00 | 650.00 |
| 12-22-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 6 Ark | 0.40 | 650.00 | 260.00 |
| 12-23-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 5 Sears | 0.30 | 650.00 | 195.00 |
| 12-23-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 9 San Diego Gas & Ele | 0.20 | 650.00 | 130.00 |
| 12-24-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 7 re First Loan | 0.20 | 650.00 | 130.00 |
| 12-25-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings,<br>Gonzalez claim POC 8 | 0.30 | 650.00 | 195.00 |
| 12-25-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>Emails to and from Client and Trustee re impact on Villa Debt | 0.40 | 650.00 | 260.00 |
| 12-27-2025 | Michael Totaro | B140 - Monthly Operating Reports<br>B140 - Monthly Operating Reports<br>Prep Dec MoR | 1.10 | 650.00 | 715.00 |
| 01-06-2026 | Michael Totaro | B140 - Monthly Operating Reports<br>B140 - Monthly Operating<br>P and RV December MOR | 0.80 | 650.00 | 520.00 |
| 01-07-2026 | Michael Totaro | B130 - IDI, 341, Status, Reports, Hearings, Travel<br>B130 - IDI, 341, Status, Reports, Hearings, Travel<br>Travel to SD and attend 341, Tee Requirement of in person hearing | 3.00 | 650.00 | 1,950.00 |
| 01-12-2026 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 10 | 0.20 | 650.00 | 130.00 |
| 01-15-2026 | Michael Totaro | B100 - Client Communication, Meetings, Travel<br>B100 - Client Communication, Meetings, Travel<br>Email from client re communications w senator | 0.20 | 650.00 | 130.00 |
| 01-17-2026 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 11 PC Client re same | 0.30 | 650.00 | 195.00 |
| 01-17-2026 | Michael Totaro | B110 - Case Administration | 1.50 | 650.00 | 975.00 |

EXHIBIT 1

16

| Date | Professional | Task | Hours | Rate | Amount |
|------|-------------|------|-------|------|--------|
| | | B110 - Case Administration<br>RV Loan docs | | | |
| 01-20-2026 | Michael Totaro | B150 - Communication with other 3rd Parties<br>B150 - Communication with other 3rd Parties<br>Emails from King re inspection | 0.10 | 650.00 | 65.00 |
| 01-20-2026 | Michael Totaro | B150 - Communication with other 3rd Parties<br>B150 - Communication with other 3rd Parties<br>Email from and to King re w-9s | 0.10 | 650.00 | 65.00 |
| 01-21-2026 | Michael Totaro | B150 - Communication with other 3rd Parties<br>B150 - Communication with other 3rd Parties<br>Email from King to Tandy re insurance | 0.10 | 650.00 | 65.00 |
| 01-21-2026 | Michael Totaro | B150 - Communication with other 3rd Parties<br>B150 - Communication with other 3rd Parties<br>Re stip to use Cash Collateral | 0.50 | 650.00 | 325.00 |
| 01-22-2026 | Michael Totaro | B150 - Communication with other 3rd Parties<br>B150 - Communication with other 3rd Parties<br>Further issues re stip and rv stip | 0.90 | 650.00 | 585.00 |
| 01-22-2026 | Michael Totaro | B195 - Miscellaneous Filings, Communications, travel<br>B195 - Miscellaneous Filings, Communications, travel<br>RV Trustee Motion for Approval of Stip | 0.60 | 650.00 | 390.00 |
| 01-22-2026 | Michael Totaro | B150 - Communication with other 3rd Parties<br>B150 - Communication with other 3rd Parties<br>PC Citron re sale of Non-Profit, Email analysis of possible sale, Pc client and email to client re sale | 1.20 | 650.00 | 780.00 |
| 01-22-2026 | Maureen Shanahan | B110 - Case Administration<br>B110 - Case Administration<br>RV structure list for insurance, PC Client | 0.30 | 650.00 | 195.00 |
| 01-23-2026 | Michael Totaro | B150 - Communication with other 3rd Parties<br>B150 - Communication with other 3rd Parties<br>RV cease and desist letter pc client | | 650.00 | No Charge |
| 01-25-2026 | Michael Totaro | B100 - Client Communication, Meetings, Travel<br>B100 - Client Communication, Meetings, Travel<br>Pc and Email to client re adversary lawsuit | 0.80 | 650.00 | 520.00 |
| 01-25-2026 | Michael Totaro | B100 - Client Communication, Meetings, Travel<br>B100 - Client Communication, Meetings, Travel<br>Various emails re family contribution | 0.90 | 650.00 | 585.00 |
| 01-26-2026 | Michael Totaro | B100 - Client Communication, Meetings, Travel<br>B100 - Client Communication, Meetings, Travel<br>Further emails re family contribution | 0.90 | 650.00 | 585.00 |
| 01-27-2026 | Michael Totaro | B130 - IDI, 341, Status, Reports, Hearings, Travel<br>B130 - IDI, 341, Status, Reports, Hearings, Travel<br>Hearing w Travel | 2.50 | 650.00 | 1,625.00 |

We appreciate your business

Page    4    of    9

EXHIBIT 1

| Date | Professional | Task | Hours | Rate | Amount |
|------|--------------|------|-------|------|--------|
| 01-29-2026 | Michael Totaro | B150 - Communication with other 3rd Parties | 0.90 | 650.00 | 585.00 |
| | | B150 - Communication with other 3rd Parties<br>Email string with Person identified as father | | | |
| 01-31-2026 | Michael Totaro | B150 - Communication with other 3rd Parties | 0.80 | 650.00 | 520.00 |
| | | B150 - Communication with other 3rd Parties<br>RV Need list from Trustee, Pc Client re same | | | |
| 02-02-2026 | Michael Totaro | B110 - Case Administration | 0.10 | 650.00 | 65.00 |
| | | B110 - Case Administration<br>RV Email form Debtor to Trustee | | | |
| 02-02-2026 | Michael Totaro | B110 - Case Administration | 1.10 | 650.00 | 715.00 |
| | | B110 - Case Administration<br>RV Misc. Docs from Client, Waivers, insurance policies, Receipts | | | |
| 02-03-2026 | Michael Totaro | B150 - Communication with other 3rd Parties | 0.80 | 650.00 | 520.00 |
| | | B150 - Communication with other 3rd Parties<br>Further emails from person alleged to be father | | | |
| 02-05-2026 | Michael Totaro | B195 - Miscellaneous Filings, Communications, travel | 0.40 | 650.00 | 260.00 |
| | | B195 - Miscellaneous Filings, Communications, travel<br>RV Trustee ER Motion re stip | | | |
| 02-10-2026 | Michael Totaro | B150 - Communication with other 3rd Parties | 0.20 | 650.00 | 130.00 |
| | | B150 - Communication with other 3rd Parties<br>Email from Trustee re removal of animals and sale, PC client re same | | | |
| 02-10-2026 | Michael Totaro | B110 - Case Administration | 5.00 | 650.00 | 3,250.00 |
| | | B110 - Case Administration<br>On site inspection with trustee and travel | | | |
| 02-19-2026 | Maureen Shanahan | B185 - Motions to Avoid, All Filings, Communication, Hearings | 4.00 | 650.00 | 2,600.00 |
| | | B185 - Motions to Avoid, All Filings, Communication, Hearings<br>Prep Motion to Value | | | |
| 02-21-2026 | Maureen Shanahan | B185 - Motions to Avoid, All Filings, Communication, Hearings | 3.50 | 650.00 | 2,275.00 |
| | | B185 - Motions to Avoid, All Filings, Communication, Hearings<br>Prep exhibits to Motion to value, PC Appraiser, rev appraisal | | | |
| 03-06-2026 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel | 0.30 | 650.00 | 195.00 |
| | | B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 12 SBA | | | |
| 03-24-2026 | Michael Totaro | B140 - Monthly Operating Reports | 0.80 | 650.00 | 520.00 |
| | | B140 - Monthly Operating Reports<br>RV and Prep February  MOR | | | |
| 03-24-2026 | Michael Totaro | B110 - Case Administration | 0.90 | 650.00 | 585.00 |
| | | B110 - Case Administration<br>Reviewed Feb MOR | | | |

We appreciate your business

EXHIBIT 1

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-16-2026 | Michael Totaro | B110 - Case Administration | 3.00 | | No Charge |
| | | B110 - Case Administration<br>Hg on Motion to Withdraw w travel (NC) | | | |
| | | **Total** | 73.70 | | 45,955.00 |

## Time Summary

| Professional | | Hours | Amount |
|---|---|---|---|
| Maureen Shanahan | | 7.80 | 5,070.00 |
| Michael Totaro | | 62.90 | 40,885.00 |
| Michael Totaro - No Charge | | 3.00 | 0.00 |
| | **Total** | 73.70 | 45,955.00 |

| Task | Hours | Amount |
|---|---|---|
| B100 - Client Communication, Meetings, Travel | 2.80 | 1,820.00 |
| B110 - Case Administration | 27.30 | 15,795.00 |
| B130 - IDI, 341, Status, Reports, Hearings, Travel | 19.20 | 12,480.00 |
| B140 - Monthly Operating Reports | 3.90 | 2,535.00 |
| B150 - Communication with other 3rd Parties | 6.10 | 3,965.00 |
| B185 - Motions to Avoid, All Filings, Communication, Hearings | 7.50 | 4,875.00 |
| B195 - Miscellaneous Filings, Communications, travel | 1.80 | 1,170.00 |
| B220 - Claims Review, All Filings, Hearings, Travel | 5.10 | 3,315.00 |
| **Total Fees** | | 45,955.00 |

| Plan Task To-Do | Hours | Amount |
|---|---|---|
| | 73.70 | 45,955.00 |
| **Total Fees** | | 45,955.00 |

| Professional | Task | Hours | Amount |
|---|---|---|---|
| Maureen Shanahan | B110 - Case Administration | 0.30 | 195.00 |
| | B185 - Motions to Avoid, All Filings, Communication, Hearings | 7.50 | 4,875.00 |
| Michael Totaro | B100 - Client Communication, Meetings, Travel | 2.80 | 1,820.00 |
| | B110 - Case Administration | 27.00 | 15,600.00 |
| | B130 - IDI, 341, Status, Reports, Hearings, Travel | 19.20 | 12,480.00 |
| | B140 - Monthly Operating Reports | 3.90 | 2,535.00 |
| | B150 - Communication with other 3rd Parties | 6.10 | 3,965.00 |
| | B195 - Miscellaneous Filings, Communications, travel | 1.80 | 1,170.00 |
| | B220 - Claims Review, All Filings, Hearings, Travel | 5.10 | 3,315.00 |
| | **Total Fees** | | 45,955.00 |

| Task | Professional | Hours | Amount |
|---|---|---|---|
| B100 - Client Communication, Meetings, Travel | Michael Totaro | 2.80 | 1,820.00 |
| B110 - Case Administration | Maureen Shanahan | 0.30 | 195.00 |
| | Michael Totaro | 27.00 | 15,600.00 |
| B130 - IDI, 341, Status, Reports, Hearings, Travel | Michael Totaro | 19.20 | 12,480.00 |
| B140 - Monthly Operating Reports | Michael Totaro | 3.90 | 2,535.00 |
| B150 - Communication with other 3rd Parties | Michael Totaro | 6.10 | 3,965.00 |
| B185 - Motions to Avoid, All Filings, Communication, Hearings | Maureen Shanahan | 7.50 | 4,875.00 |
| B195 - Miscellaneous Filings, Communications, travel | Michael Totaro | 1.80 | 1,170.00 |
| B220 - Claims Review, All Filings, Hearings, Travel | Michael Totaro | 5.10 | 3,315.00 |
| | **Total Fees** | | 45,955.00 |

**Total for this Invoice** 45,955.00

EXHIBIT 1

| | |
|---|---:|
| **Previous Invoice Balance** | 13,020.00 |
| Credit Memo on 10-13-2025 | (13,020.00) |
| **Total Amount to Pay as of 06-27-2026** | 45,955.00 |

We appreciate your business                    Page   7   of   9

<u>EXHIBIT 1</u>

# Client Statement of Account

As of 06-27-2026

| Matter | Balance Due |
|---|---:|
| Chapter 11 | 45,955.00 |
| **Total Amount to Pay** | **45,955.00** |

## Chapter 11

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---:|
| 09-30-2025 | Previous Balance | | | 13,020.00 |
| 10-13-2025 | Credit Memo | | | (13,020.00) |
| 06-27-2026 | Invoice 131 | | | 45,955.00 |
| | | | **Balance** | **45,955.00** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---:|---|---:|
| 09-30-2025 | Invoice 129 | 13,020.00 | | 13,020.00 |
| 10-13-2025 | Credit Memo | (13,020.00) | | (13,020.00) |
| 06-27-2026 | Invoice 131 | 45,955.00 | | 45,955.00 |
| | | | **Balance** | **45,955.00** |

EXHIBIT 1

**Monika Perez**
Villa Chardonnay Horses with Wings, INC.
P.O. Box 1789
Pacific Palisades, CA 90272

June 27, 2026

**Totaro & Shanahan**
P.O. Box 789
Pacific Palisades, CA 90272

**Invoice Number: 131**
Invoice Period: 10-14-2025 - 06-01-2026

## REMITTANCE COPY

**RE: Chapter 11**

| | |
|---|---:|
| **Fees** | 45,955.00 |
| **Total for this Invoice** | 45,955.00 |
| **Previous Invoice Balance** | 13,020.00 |
| Credit Memo on 10-13-2025 | (13,020.00) |
| **Total Amount to Pay as of 06-27-2026** | 45,955.00 |

| **Matter** | **Balance Due** |
|---|---:|
| Chapter 11 | 45,955.00 |
| **Total Amount to Pay** | **45,955.00** |

**Open Invoices and Credits**

| Date | Transaction | Matter | Amount | Applied | Balance |
|---|---|---|---:|---|---:|
| 09-30-2025 | Invoice 129 | Chapter 11 | 13,020.00 | | 13,020.00 |
| 10-13-2025 | Credit Memo | Chapter 11 | (13,020.00) | | (13,020.00) |
| 06-27-2026 | Invoice 131 | Chapter 11 | 45,955.00 | | 45,955.00 |
| | | | | **Balance** | **45,955.00** |

We appreciate your business

Page 9 of 9

EXHIBIT 1

22