CSD 1181 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Michael R. Totaro    102229
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
(310) 04-2157(V)
Ocbkatty@aol.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Villa Chardonnay Horses With Wings, I

BANKRUPTCY NO. 3:25-bk-04245-JBM11

Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX–_____    Debtor(s).

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on __August 11, 2026__, at ____1:30 pm____.m., in Department __2__, Room __118__, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of __Totaro & Shanahan, LLP__, for [check the appropriate box]:

☐ Dismissal of a chapter 7, 11 or 12 case;

☐ Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

☑ Allowance of ☐interim ☐final compensation or reimbursement of expenses of professionals as provided in  Exhibit "A" [information required by FRBP 2002(c)(2)];

☐ Appointment of a trustee in a chapter 11 case; or

☐ Other [specify the nature of the matter]:

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1]days from the date of service.**

DATED: 7/ 13/2026

/s/ Michael R. Totaro    Michael R. Totaro
[Attorney for] Moving Party

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1181  12/01/23

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the __13__ day of _July 2026_____, I served a true copy of the within NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below: _also served First and Final Application for Fees by Totaro & Shanahan_

1.    **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _July 13, 2026_____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑    Attorney for Debtor (or Debtor), if required:    _See Attached list_

☐    Chapter 7 Trustee:

☑    For Chapter 7, 11, & 12 cases:    ☐    For Chapter 13 cases:

UNITED STATES TRUSTEE            MICHAEL KOCH, TRUSTEE
ustp.region15@usdoj.gov          mkoch@ch13.sdcoxmail.com

2.    **Served by United States Mail**:

On _July 13, 2026_____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☑    Attorney for Debtor (or Debtor), if required:

CSD 1181 [12/01/23]

3.    **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐    Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   07/ 13/2026                         Michael R. Totaro    /s/ Michael R. Totaro
                        (Date)                                  (Typed Name and Signature)

                                                            P.O. Box 789
                                                             (Address)

                                                            Pacific Palisades, CA 90272
                                                             (City, State, ZIP Code)

## Service List

- Christin A. Batt    christinb@flgsd.com,
sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- Kevin Dwight    kdwight@manatt.com
- David K. Eldan    David.Eldan@doj.ca.gov, rpinal@pmcos.com
- Leslie T. Gladstone    candic@flgsd.com,
christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- Leslie T. Gladstone    leslieg@flgsd.com,
candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- Carl Grumer    cgrumer@manatt.com
- Benjamin Heston    bhestonecf@gmail.com,
benheston@recap.email,NexusBankruptcy@jubileebk.net
- Haeji Hong    Haeji.Hong@usdoj.gov,
USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- Meredith King    mking@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com
- Andrew Levin    andrewl@flgsd.com,
leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- Hilda Montes de Oca    hildam@flgsd.com,
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com
- Shelby Poteet    spoteet@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com
- Matthew Sirolly    msirolly@dir.ca.gov
- Nissan Thomas    info@nissanthomaslaw.com
  United States Trustee    ustp.region15@usdoj.gov


By Mail _ first class Mail

**Dale Fullerton**
30002 Chihuahua Valley
Warner Springs, CA 92086

**Darlene Sears**
2420 Gondar Ave
Long Beach, CA 90815-2214

4

**Margie Mannex**
1755 Lilac Rd.
Ramona, CA 92065

**Waste Management**
Attn. Rentto & Rentto
3517 Camino Del Rio S Ste 412
San Diego, CA 92108-4046