Leslie T. Gladstone, Esq.  (SBN 144615)
Christin A. Batt, Esq.  (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone:  (858) 454-9887
Facsimile:  (858) 454-9596
E-mail:  LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.:  25-04245-JBM11 |
|---|---|
| VILLA CHARDONNAY HORSES WITH WINGS INC., | ***EX PARTE* APPLICATION TO ESTABLISH CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE** |
| Debtor. | [No hearing required]<br>Dept:        Two (2)<br>Honorable J. Barrett Marum |

Leslie T. Gladstone, the chapter 11 trustee ("**Trustee**"), submits this *Ex Parte* Application to Establish Chapter 11 Administrative Claims Bar Date. This Application is based on the Declaration of Leslie T. Gladstone, filed concurrently herewith, and the record before the Court.[1]

---

[1] Trustee respectfully requests, pursuant to Rule 201 of the Federal Rules of Evidence, made applicable herein by Rule 9017 of the Federal Rules of Bankruptcy Procedure, that the Court take judicial notice of the case docket for the above-captioned case and each of the pleadings and other documents on file in the case.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

## STATEMENT OF FACTS

On October 14, 2025, Villa Chardonnay Horses With Wings, Inc. ("**Debtor**") filed a chapter 11 bankruptcy petition.

On January 29, 2026, this court entered the Order approving Trustee's appointment.  (ECF No. 89)

## RELIEF REQUESTED

In order to properly identify, and adjudicate if necessary, the amount and viability of chapter 11 administrative claims, Trustee respectfully requests the establishment of a chapter 11 administrative claims bar date of August 31, 2026, requiring by that date the following occur:

Debtor's employees, attorneys and accountants and other professionals employed by Debtor, as well as vendors, customers, utility service providers, or any other parties in interest who believe they may be entitled to an administrative expense priority claim and who have not already obtained Court approval of same, must file by August 31, 2026, a motion for approval of their chapter 11 administrative claims.  If a motion is not filed by August 31, 2026, then said employees, professionals, vendors, customers, utility service providers, or any other parties in interest who believe they may be entitled to administrative expense priority will be prohibited from asserting chapter 11 administrative priority and will not be paid any filed claims as a chapter 11 administrative priority in Debtor's bankruptcy case.

In addition, as to any claims excepted under 11 U.S.C. Section 503(b)(1)(D), the bar date of August 31, 2026, shall still apply.  Claimants that qualify under 11 U.S.C. Section 503(b)(1)(D) must file a Proof of Claim alleging entitlement to administrative expense priority on or before August 31, 2026.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

A copy of the proposed Notice of Chapter 11 Administrative Claims Bar Date is attached as Exhibit A to the accompanying Declaration of Leslie T. Gladstone and incorporated herein.

The relief requested is necessary because Trustee must be able to accurately apply 11 U.S.C. section 724(a) and (b) regarding various tax liens in connection with administrative expenses of the estate.  Given the large amount of administrative expenses incurred during the chapter 11 phase of Debtor's bankruptcy case, the Court's assistance with setting an administrative expense deadline is warranted.

## CONCLUSION

WHEREFORE, Trustee requests that the Application be granted.  Trustee also requests such other and further relief as this Court deems just and proper.

Respectfully submitted,

Dated:  July 8, 2026            FINANCIAL LAW GROUP

By:   /s/ Leslie T. Gladstone
       Leslie T. Gladstone, Esq.
       Attorneys for Leslie T. Gladstone,
       Trustee