Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

VILLA CHARDONNAY HORSES
WITH WINGS INC.,

       Debtor.

Case No.: 25-04245-JBM11

**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF *EX PARTE* APPLICATION TO ESTABLISH CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE**

[No hearing required]
Dept:        Two (2)
Honorable J. Barrett Marum

I, LESLIE T. GLADSTONE, declare:

1.    I am the chapter 7 trustee for the bankruptcy estate of Villa Chardonnay Horses With Wings, Inc. ("**Debtor**"). All the information contained herein is within my personal knowledge, except for those matters alleged on information and belief and as to those matters I believe them to be true. If called as a witness, I could competently testify thereto.

/ / /

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California  92037

2.      According to documents on file in this case, on October 14, 2025, Debtor filed a chapter 11 bankruptcy petition.

3.      According to documents on file in this case, on January 29, 2026, this court entered the Order approving Trustee's appointment.

4.      In order to properly identify, and adjudicate if necessary, the amount and viability of chapter 11 administrative claims, I respectfully request the establishment of a chapter 11 administrative claims bar date of August 31, 2026, requiring by that date the following occur:  Debtor's employees, attorneys and accountants and other professionals employed by Debtor, as well as vendors, customers, utility service providers, or any other parties in interest who believe they may be entitled to an administrative expense priority claim and who have not already obtained Court approval of same, must file by August 31, 2026, a motion for approval of their chapter 11 administrative claims.  If a motion is not filed by August 31, 2026, then said employees, professionals, vendors, customers, utility service providers, or any other parties in interest who believe they may be entitled to administrative expense priority will be prohibited from asserting chapter 11 administrative priority and will not be paid any filed claims as a chapter 11 administrative priority in Debtor's bankruptcy case.

5.      In addition, as to any claims excepted under 11 U.S.C. Section 503(b)(1)(D), the bar date of August 31, 2026, shall still apply.  Claimants that qualify under 11 U.S.C. Section 503(b)(1)(D) must file a Proof of Claim alleging entitlement to administrative expense priority on or before August 31, 2026.

6.      A copy of the proposed Notice of Chapter 11 Administrative Claims Bar Date is attached hereto as Exhibit A and incorporated herein.

7.      The relief requested is necessary because I must be able to accurately apply 11 U.S.C. section 724(a) and (b) regarding various tax liens in

connection with administrative expenses of the estate. Given the large amount of administrative expenses incurred during the chapter 11 phase of Debtor's bankruptcy case, the Court's assistance with setting an administrative expense deadline is warranted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2026, at La Jolla, California.

/s/ Leslie T. Gladstone
Leslie T. Gladstone

IN RE VILLA CHARDONNAY HORSES WITH          3          GLADSTONE DECLARATION RE APPLICATION
WINGS, INC.; CASE NO. 25-04245-JBM11                   FOR CH 11 ADMINISTRATIVE CLAIMS BAR DATE

# EXHIBIT A

# EXHIBIT A
# Notice of Chapter 11
# Administrative Claims Bar Date

Leslie T. Gladstone, Esq.  (SBN 144615)
Christin A. Batt, Esq.  (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone:  (858) 454-9887
Facsimile:  (858) 454-9596
E-mail:  LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS INC.,<br><br>    Debtor. | Case No.:  25-04245-JBM11<br><br>**NOTICE OF CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE**<br><br>[No hearing required]<br>Dept:       Two (2)<br>Honorable J. Barrett Marum |

        In order to properly identify the amount of chapter 11 administrative expenses, the Trustee has requested the establishment of a chapter 11 administrative claims bar date of August 31, 2026.  On July ___, 2026, the Bankruptcy Court approved that request and entered an Order requiring the following occur by August 31, 2026.  (ECF No. __ )

        Attorneys and accountants and other professionals employed by Villa Chardonnay Horses With Wings, Inc. ("**Debtor**"), as well as employees, vendors, customers, utility service providers, or any other parties in interest who believe they may be entitled to an administrative expense priority claim

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

and who have not already obtained Court approval of same, must file by August 31, 2026, a motion for approval of their chapter 11 administrative claims.  If a motion is not filed by August 31, 2026, then said professionals, employees, vendors, customers, utility service providers, or any other parties in interest who believe they may be entitled to administrative expense priority will be prohibited from asserting chapter 11 administrative priority and will not be paid any filed claims as a chapter 11 administrative priority in Debtor's bankruptcy case.

As to any potential claimants that fall under the exception contained in 11 U.S.C. Section 503(b)(1)(D), the claimant must file a Proof of Claim with the Court asserting administrative expense priority on or before August 31, 2026.

Dated:  July ___, 2026          FINANCIAL LAW GROUP


By:   /s/ Leslie T. Gladstone
      Leslie T. Gladstone, Esq.
      Attorneys for Leslie T. Gladstone,
      Trustee

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH          2          NOTICE OF CHAPTER 11 ADMINISTRATIVE
WINGS, INC.; CASE NO. 25-04245-JBM11                     CLAIMS BAR DATE