TENTATIVE RULING

ISSUED BY JUDGE J. BARRETT MARUM

Bankruptcy Case:          Villa Chardonnay Horses With Wings, Inc.

Bankruptcy Number:        25-04245-JBM11

Hearing:                  07/16/2026 1:30 PM

Motion:                   STATUS CONFERENCE ON CHAPTER 11
                          PETITION (fr 5/7/26)

**Hear**.  The Court has reviewed the Trustee's timely filed Status Report (ECF No. 217) and it seems the Trustee is making good progress on several fronts, including having negotiated a carve out with River Falls.  The Court looks forward to receiving an update regarding whether the Trustee has obtained possession of the real property following the Court's ruling in the adversary proceeding.  Finally, the Court anticipates discussing the Trustee's request that the Court set an administrative claims bar date to clarify which group of potential administrative claimants the Trustee desires that bar date to apply to.  The Court will hear whether the Trustee intends the bar date to apply only to administrative claims against the Estate incurred by the Debtor -- so it would apply to, for example, vendors engaged by the Debtor post-petition but not to vendors engaged by the Trustee – or also to administrative claims incurred against the Estate by the Trustee before setting the bar date.