FILED

2026 JUL 16 AM 9: 45

CLERK
U.S. BANKRUPTCY CT
SO DIST. OF CALIF.

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

In re:

VILLA CHARDONNAY HORSES WITH
WINGS, INC.,

Debtor

LESLIE T. GLADSTONE,

Chapter 11 Trustee,

PROOF OF SERVICE

I, Chris LaVerde , hereby declare as follows:

I am over the age of 18 years and not a party to the within action; and I am employed in the County of Los Angeles, California.

. On July 16, 2026, I served the following document(s):

- EMERGENCY MOTION OF NOAH'S ARK OF VILLA TRUST TO INTERVENE AS AN INTERESTED PARTY; REQUEST FOR IMMEDIATE EMERGENCY HEARING; AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO PENDING CONSIDERATION OF PROPOSED PURCHASE TRANSACTION

- JOINDER OF MONIKA KERBER PEREZ IN EMERGENCY MOTION OF NOAH'S ARK OF VILLA TRUST TO INTERVENE AS AN INTERESTED PARTY; REQUEST FOR IMMEDIATE EMERGENCY HEARING; AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION PRESERVING THE STATUS QUO PENDING CONSIDERATION OF PROPOSED PURCHASE TRANSACTION

- REQUEST FOR STIPULATION REGARDING TURNOVER, CONDITIONAL SALE APPROVAL PROCESS, AND REQUEST TO SET SALE APPROVAL HEARING

- JOINDER OF INTERESTED PARTY NOAH'S ARK OF VILLA TRUST IN SUPPORT OF EMERGENCY MOTION TO APPROVE CONDITIONAL SALE OF ESTATE PROPERTY, STAY ENFORCEMENT OF TURNOVER ORDER, AND SET SALE APPROVAL HEARING

1 of 2

**PROOF OF SERVICE**

0 4245POS

**X**   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) and emailed: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 16, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below

- Leslie T. Gladstone   leslieg@flgsd.com,
- Hilda Montes de Oca   hildam@flgsd.com,

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed July 16, 2026, Los Angeles, CA

Chris LaVerde

2 of 2

**PROOF OF SERVICE**