# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Villa Chardonnay Horses With Wings, Inc. | | |
| **Case Number:** | 25-04245-JBM11 | **Chapter:** | 11 |
| **Date / Time / Room:** | 07/16/2026 1:30 PM, Department 1 | | |
| **Bankruptcy Judge:** | J. Barrett Marum | | |
| **Courtroom Clerk:** | Josie Rodriguez-Olivas | | |
| **ECRO:** | FTR | | |

## *Matters:*

STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 5/7/26)

## *Appearances:*

Leslie T. Gladstone (*Chapter 7 Trustee*) (*video appearance*)
Kevin Dwight, Attorney for The Ark Watch Foundation and Celine Myers (*video appearance*)
Meredith King, Attorney for River Falls, LLC
Haeji Hong, Attorney for United States Trustee
Grace Wainscoat, Attorney for Humane Farming Association (*video appearance & monitoring only*)

## *Disposition:*

Matter continued to 7/29/26 at 10:00 a.m.

The status report requirement is waived, but the parties are welcome to file one if they wish.

The Trustee is to upload a revised order on the ex parte application establishing a claims bar date.

The Court noted on the record that the motion filed by Mr. Thomas at ECF No. 207 (Notice of Motion and Motion to Remove Chapter 11 Trustee) has not been properly noticed for hearing despite the Court's issuance of a deficiency notice and the Court will not move forward with the motion until that is corrected.

The Trustee's opposition to the recently filed emergency motion (re ECF Nos. 229-233) is due by 7/20/26. Mr. Dwight may also file an opposition if he concludes that his client has the standing to file one and may use the same deadline. The Court will likely rule on the emergency motion based on the papers.