## PROOF OF SERVICE

I, Candi Collins, hereby declare as follows:

I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California. My business address is 5656 La Jolla Blvd., La Jolla, California 92037.

On **July 20, 2026**, I served the following document(s):

**MONTHLY OPERATING REPORT – PERIOD ENDING JUNE 30, 2026**

 **X**   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("**LBR**"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 20, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- **Christin A. Batt**   christinb@flgsd.com, sandray@flgsd.com; candic@flgsd.com; leslieg@flgsd.com; andrewl@flgsd.com; hildam@flgsd.com; natalik@flgsd.com
- **Kevin Dwight**   kdwight@manatt.com
- **David K. Eldan**   David.Eldan@doj.ca.gov, rpinal@pmcos.com
- **Leslie T. Gladstone**   candic@flgsd.com, christinb@flgsd.com; sandray@flgsd.com; ltg@trustesolutions.net; andrewl@flgsd.com; hildam@flgsd.com; natalik@flgsd.com
- **Leslie T. Gladstone**   leslieg@flgsd.com, candic@flgsd.com; sandray@flgsd.com; christinb@flgsd.com; andrewl@flgsd.com; hildam@flgsd.com; natalik@flgsd.com
- **Carl Grumer**   cgrumer@manatt.com
- **Benjamin Heston**   bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Haeji Hong**   Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Meredith King**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com
- **Andrew Levin**   andrewl@flgsd.com, leslieg@flgsd.com; christinb@flgsd.com; sandray@flgsd.com; candic@flgsd.com; hildam@flgsd.com; natalik@flgsd.com

1                IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11
PROOF OF SERVICE

- **Hilda Montes de Oca**    hildam@flgsd.com, leslieg@flgsd.com; candic@flgsd.com; christinb@flgsd.com; sandray@flgsd.com; andrewl@flgsd.com; natalik@flgsd.com
- **Shelby Poteet**    spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com
- **Matthew Sirolly**    msirolly@dir.ca.gov
- **Nissan Thomas**    info@nissanthomaslaw.com
- **Michael R Totaro**    Ocbkatty@aol.com
- **United States Trustee**    ustp.region15@usdoj.gov

All other interested parties in this action that are not a registered ECF User are served as follows:

**X    by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID**, by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service.

Haeji Hong, Esq.
United States Trustee
Office of the U.S. Trustee
880 Front Street, Suite 3230
San Diego, CA 92101
*Office of the United States Trustee and Request for Special Notice*
*Via U.S. Mail – Postage Paid*

Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086
*Special Notice Creditor*
*Via U.S. Mail – Postage Paid*

Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065
*Special Notice Creditor*
*Via U.S. Mail – Postage Paid*

/ / /

/ / /

/ / /

2                    IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11
PROOF OF SERVICE

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed **July 20, 2026**, at Litchfield Park, Arizona.

/s/ Candi Collins
Candi Collins

IN RE VILLA CHARDONNAY HORSES WITH WINGS
CASE NO. 25-04245-JBM11
PROOF OF SERVICE