Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
Hilda M. Montes de Oca, Esq. (SBN 287605)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: HildaM@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 25-04245-JBM11 |
|---|---|
| VILLA CHARDONNAY HORSES WITH WINGS, INC., <br><br> Debtor. | **DECLARATION OF HILDA M. MONTES DE OCA IN SUPPORT OF TRUSTEE'S OPPOSITION TO EMERGENCY MOTION TO INTERVENE AS AN INTERESTED PARTY; REQUEST FOR IMMEDIATE HEARING; AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, FILED BY NOAH'S ARK OF VILLA TRUST** <br><br> Date: TBD <br> Time: TBD <br> Dept: 2 <br> Honorable J. Barrett Marum |

I, HILDA M. MONTES DE OCA, declare:

1. I am an attorney representing Leslie T. Gladstone, the chapter 11 trustee ("**Trustee**") for the bankruptcy estate of Villa Chardonnay Horses With

FINANCIAL LAW GROUP<br>5656 La Jolla Boulevard<br>La Jolla, California 92037

Wings, Inc. ("**Villa Chardonnay**").  All the information contained herein is within my personal knowledge, except for those matters alleged on information and belief and as to those matters I believe them to be true.  If called as a witness, I could competently testify thereto.

2.      I submit this declaration in support of Trustee's Opposition to the Emergency Motion to Intervene as an Interested Party; Request for Immediate Hearing; and Application for Temporary Restraining Order and Preliminary Injunction (the "**Intervention Motion**"), filed by Noah's Ark of Villa Trust ("**Noah's Ark**").

Based on my review of the docket for San Diego County Superior Court (the "**State Court**") for *Gladstone v. Perez, et al.*, California Superior Court Case No. 26UD025466C (the "**UD Case**"), on June 4, 2026, Kerber and Flores each filed in the UD Case a *Motion to Quash Service of Summons*, and each filed an application for a fee waiver, which the State Court granted.  The hearings on the Motions to Quash were set for May 21, 2027.

3.      On July 8, 2026, the day the Court issued its oral trial ruling, Noah's Ark filed a Pre-Judgment Claim of Right of Possession in the UD Case.  Thereafter on July 10, 2026, I prepared and filed on behalf of Trustee a Request for Dismissal of the UD Case.   Also on July 10, 2026, Noah's Ark filed an *Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction* (the "**UD TRO Application**").  The State Court set a hearing on the UD TRO Application for July 14, 2026.

4.      On July 14, 2026, I appeared on behalf of Trustee at the hearing on the UD TRO Application. The Honorable Matthew C. Braner asked me, "This case is dismissed, correct?"  After I confirmed for the State Court that the matter was dismissed, the State Court denied the UD TRO Application.  A true and correct copy of the State Court Order Denying the UD TRO Application is attached as Exhibit A and incorporated herein.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

5.      On July 10, 2026, after Trustee was served with the UD TRO Application, I reviewed the Declaration of Mercedes Flores supporting the UD TRO Application, wherein Flores attested that Noah's Ark is "a nonprofit organization engaged in charitable, educational, animal welfare, rescue, sanctuary, and related activities."  A true and correct copy of the Declaration of Mercedes Flores in Support of the UD TRO Application is attached as Exhibit B and incorporated herein.

6.      I reviewed Debtor's Schedules and could not find any reference to a lease or acknowledged interest of Noah's Ark.  On July 10, 2026, I searched the California Secretary of State and California Attorney General's website for Registry of Charities and Fundraisers for "Noah's Ark of Villa" and "Noah's Ark of Villa Trust" and did not find a for profit or nonprofit organization registered under those names. I also searched the Internal Revenue Service's website for Tax Exempt Organizations found no registration for "Noah's Ark of Villa" or "Noah's Ark of Villa Trust."

7.      On June 8, 2026, just one day after signing as the principal for Noah's Ark, Flores filed in the UD Case a Request to Waive Court Fees, Judicial Counsel of California Form FW-001 ("**Request for Fee Waiver**"), reflected on the UD Case Register of Actions ("**ROA**") as No. 19, which was granted on June 11, 2026 (the "**Fee Waiver Order**").  A copy of the Fee Waiver Order is attached as Exhibit C and incorporated herein.

8.      On July 17, 2026, I accessed the website for the State Court and downloaded a copy of Judicial Counsel of California Form FW-001.  A true and correct copy of Judicial Counsel of California Form FW-001 is attached as Exhibit D and incorporated herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2026, at Los Angeles, California.

/s/ Hilda M. Montes de Oca

Hilda M. Montes de Oca

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037