Leslie T. Gladstone, Esq.  (SBN 144615)
Christin A. Batt, Esq.  (SBN 222584)
Hilda M. Montes de Oca, Esq.  (SBN 287605)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone:  (858) 454-9887
Facsimile:  (858) 454-9596
E-mail:  HildaM@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor. | Case No.:  25-04245-JBM11<br><br>**DECLARATION OF HILDA M. MONTES DE OCA IN SUPPORT OF TRUSTEE'S OPPOSITION TO EMERGENCY MOTION TO INTERVENE AS AN INTERESTED PARTY; REQUEST FOR IMMEDIATE HEARING; AND APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, FILED BY NOAH'S ARK OF VILLA TRUST**<br><br>Date:       TBD<br>Time:      TBD<br>Dept:      2<br>Honorable J. Barrett Marum |

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

I, HILDA M. MONTES DE OCA, declare:

1.    I am an attorney representing Leslie T. Gladstone, the chapter 11 trustee ("**Trustee**") for the bankruptcy estate of Villa Chardonnay Horses With

IN RE VILLA CHARDONNAY HORSES WITH
WINGS, INC., CASE NO. 25-04245-JBM11                1                MONTES DE OCA DECLARATION
                                                                      IN SUPPORT OF TRUSTEE'S OPPOSITION

Wings, Inc. ("**Villa Chardonnay**").  All the information contained herein is within my personal knowledge, except for those matters alleged on information and belief and as to those matters I believe them to be true.  If called as a witness, I could competently testify thereto.

2.    I submit this declaration in support of Trustee's Opposition to the Emergency Motion to Intervene as an Interested Party; Request for Immediate Hearing; and Application for Temporary Restraining Order and Preliminary Injunction (the "**Intervention Motion**"), filed by Noah's Ark of Villa Trust ("**Noah's Ark**").

Based on my review of the docket for San Diego County Superior Court (the "**State Court**") for *Gladstone v. Perez, et al.*, California Superior Court Case No. 26UD025466C (the "**UD Case**"), on June 4, 2026, Kerber and Flores each filed in the UD Case a *Motion to Quash Service of Summons*, and each filed an application for a fee waiver, which the State Court granted.  The hearings on the Motions to Quash were set for May 21, 2027.

3.    On July 8, 2026, the day the Court issued its oral trial ruling, Noah's Ark filed a Pre-Judgment Claim of Right of Possession in the UD Case. Thereafter on July 10, 2026, I prepared and filed on behalf of Trustee a Request for Dismissal of the UD Case.   Also on July 10, 2026, Noah's Ark filed an *Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction* (the "**UD TRO Application**").  The State Court set a hearing on the UD TRO Application for July 14, 2026.

4.    On July 14, 2026, I appeared on behalf of Trustee at the hearing on the UD TRO Application. The Honorable Matthew C. Braner asked me, "This case is dismissed, correct?"  After I confirmed for the State Court that the matter was dismissed, the State Court denied the UD TRO Application.  A true and correct copy of the State Court Order Denying the UD TRO Application is attached as Exhibit A and incorporated herein.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS, INC., CASE NO. 25-04245-JBM11

2

MONTES DE OCA DECLARATION IN SUPPORT OF TRUSTEE'S OPPOSITION

5.      On July 10, 2026, after Trustee was served with the UD TRO Application, I reviewed the Declaration of Mercedes Flores supporting the UD TRO Application, wherein Flores attested that Noah's Ark is "a nonprofit organization engaged in charitable, educational, animal welfare, rescue, sanctuary, and related activities."  A true and correct copy of the Declaration of Mercedes Flores in Support of the UD TRO Application is attached as Exhibit B and incorporated herein.

6.      I reviewed Debtor's Schedules and could not find any reference to a lease or acknowledged interest of Noah's Ark.  On July 10, 2026, I searched the California Secretary of State and California Attorney General's website for Registry of Charities and Fundraisers for "Noah's Ark of Villa" and "Noah's Ark of Villa Trust" and did not find a for profit or nonprofit organization registered under those names. I also searched the Internal Revenue Service's website for Tax Exempt Organizations found no registration for "Noah's Ark of Villa" or "Noah's Ark of Villa Trust."

7.      On June 8, 2026, just one day after signing as the principal for Noah's Ark, Flores filed in the UD Case a Request to Waive Court Fees, Judicial Counsel of California Form FW-001 ("**Request for Fee Waiver**"), reflected on the UD Case Register of Actions ("**ROA**") as No. 19, which was granted on June 11, 2026 (the "**Fee Waiver Order**").  A copy of the Fee Waiver Order is attached as Exhibit C and incorporated herein.

8.      On July 17, 2026, I accessed the website for the State Court and downloaded a copy of Judicial Counsel of California Form FW-001.  A true and correct copy of Judicial Counsel of California Form FW-001 is attached as Exhibit D and incorporated herein.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH                3                MONTES DE OCA DECLARATION
WINGS, INC., CASE NO. 25-04245-JBM11                                 IN SUPPORT OF TRUSTEE'S OPPOSITION

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 20, 2026, at Los Angeles, California.

/s/ Hilda M. Montes de Oca

Hilda M. Montes de Oca

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

# Exhibit A

# Exhibit A

Exhibit A
1 of 2

## SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF SAN DIEGO
## CENTRAL

## MINUTE ORDER

DATE: 07/14/2026                    TIME: 8:30 AM                    DEPT: C-60

JUDICIAL OFFICER: MATTHEW C. BRANER
CLERK: Kristin Sorianosos
REPORTER/ERM: Not Reported
BAILIFF/COURT ATTENDANT: Z. Patterson

CASE NO: **26UD025466C** CASE INIT.DATE: 05/08/2026
CASE TITLE: **Leslie T Gladstone Chapter 11 Trustee for Villa Chardonnay Horses With Wings Inc vs Perez [Shriver]**
CASE CATEGORY: Civil        CASE TYPE: (U)Residential Unlawful Detainer

**HEARING TYPE**: Ex Parte Hearing
MOVING PARTY:

**APPEARANCES**
Grace Rooney, Attorney for Defendant(s), present via remote video appearance.

Hilda Montes De Oca, attorney for Leslie T Gladstone Chapter 11 Trustee for Villa Chardonnay Horses With Wings Inc, Plaintiff, present in person.

Nissan Thomas, attorney for Noahs Ark of Villa Trust, Defendant, present via remote video appearance.

**EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

The Court hears from counsel.

After reviewing the moving papers and hearing from counsel, the ex parte is DENIED.

*Matthew C. Braner*
_____
Judge Matthew C. Braner

DATE: 07/14/2026                    MINUTE ORDER                    Page 1

Exhibit A
2 of 2

# Exhibit B

# Exhibit B

Exhibit B
1 of 4

Nissan Thomas, Esq. (SBN 250273)
Law Offices of Nissan Thomas
6230 Wilshire Blvd., Suite 2015
Los Angeles, CA 90048
Telephone: (424) 781-7653
Email: info@nissanthomaslaw.com

Attorney for Defendant, Prejudgment Claimant
Noahs Ark of Villa Trust

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF SAN DIEGO**

| | |
|---|---|
| LESLIE T. GLADSTONE, Chapter 11 Trustee for Villa Chardonnay Horses With Wings, Inc., Plaintiff(s),<br><br>vs.<br><br>MONIKA KERBER PEREZ, an individual; and MERCEDES FLORES, an individual,<br><br><br><br><br>Defendant(s) | Case No.: 26UD025466C<br><br>DECLARATION OF MERCEDES FLORES IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND MOTION TO INTERVENE<br><br>Date:        July 14, 2026<br>TIME:        8:30AM<br>Judge:       Hon. Matthew C. Braner<br>Dept:        C-60<br><br>Action Filed:   May 8, 2026<br>Trial Date:     TBD |

DECLARATION OF MERCEDES FLORES IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND MOTION TO INTERVENE

I, Mercedes Flores, declare:

1. I am an authorized representative of Noahs Ark of Villa Trust. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

2. Noahs Ark of Villa Trust is a nonprofit organization engaged in charitable, educational, animal welfare, rescue, sanctuary, and related activities.

3. Noahs Ark of Villa Trust has occupied and utilized the property located at 4554 Boulder Creek Road, Julian, California 92036 ("Property") pursuant to its tenancy, occupancy, operational, and possessory rights.

- 1 -
DECLARATION OF MERCEDES FLORES

Exhibit B
2 of 4

4. Since occupying the Property, the Trust has maintained facilities, equipment, records, supplies, and operational infrastructure necessary for its charitable and animal care activities.

5. The Trust currently maintains animals, equipment, records, supplies, and personal property at the Property.

6. The Trust has invested substantial time, labor, resources, and funds into maintaining its operations at the Property.

7. The Trust is not a named party in the Bankruptcy Court turnover proceedings.

8. To the best of my knowledge, the turnover order entered by the Bankruptcy Court does not identify Noahs Ark of Villa Trust as a party against whom relief was granted.

9. The Trust has never been provided an opportunity to litigate its independent tenancy, occupancy, operational, and possessory rights before entry of the turnover order.

10. The Trust's occupancy and possessory interests are separate from those of other persons or entities who may have been named in the turnover proceedings.

11. I am informed and believe that actions may be taken to remove occupants from the Property based upon orders entered against persons or entities other than Noahs Ark of Villa Trust.

12. I am informed and believe that Respondents, and/or persons acting in concert with them, may attempt to remove, exclude, lock out, restrict access to, or otherwise interfere with the Trust's possession, occupancy, access, operations, animals, equipment, records, supplies, and personal property at the Property.

13. If the Trust is removed from possession before its rights are adjudicated, it will suffer immediate and irreparable harm.

14. Such harm includes, but is not limited to:

a. Loss of possession of the Property;

b. Disruption of ongoing charitable and animal welfare operations;

c. Displacement of animals under the Trust's care;

d. Loss of access to records, supplies, equipment, and operational facilities;

e. Damage to relationships with donors, volunteers, community members, and other supporters;

f. Interruption of programs, services, sanctuary operations, and animal care activities;

- 2 -
DECLARATION OF MERCEDES FLORES

Exhibit B
3 of 4

g. Loss or damage to documents, records, files, supplies, and equipment necessary for ongoing operations; and

h. Interference with the Trust's ability to continue its charitable and animal welfare mission.

15. Monetary damages alone would not adequately compensate the Trust for these harms.

16. The Trust seeks only to preserve the status quo pending a full hearing on its rights.

17. The Trust is prepared to appear before the Court and present evidence regarding its occupancy, tenancy, operations, and possessory interests.

18. The Trust has also expressed a willingness to explore acquisition of the Property, subject to court approval and lawful procedures, as a means of preserving ongoing operations, avoiding disruption, and protecting the animals and charitable mission.

19. Immediate injunctive relief is necessary to prevent irreparable injury before the Court can fully consider the Trust's claims, defenses, and independent rights.

20. Unless restrained by Court order, there is a substantial risk that actions affecting possession of the Property may occur before the Trust receives an opportunity to be heard.

21. I respectfully request that the Court preserve the status quo and maintain the Trust's possession, occupancy, access, operations, animals, records, equipment, supplies, and personal property pending determination of its rights.

22. I further respectfully request that the Court issue a Temporary Restraining Order, an Order to Show Cause regarding Preliminary Injunction, and any other relief necessary to prevent removal, lockout, access restriction, or interference with the Trust's possession and operations before a full hearing can be held.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 8, 2026, at Julian, California.

*mercedes Flores*

MERCEDES FLORES
Authorized Representative of Noahs Ark of Villa Trust

# Exhibit C

# Exhibit C

Exhibit C
1 of 4

**FW-003**  **Order on Court Fee Waiver (Superior Court)**

| | |
|---|---|
| | *Clerk stamps date here when form is filed.* |

(1) **Person who asked the court to waive court fees:**

Name: MERCEDES FLORES

Street or mailing address: PO BOX 1000

City: JULIAN        State: CA    Zip: 92036

(2) **Lawyer, if person in (1) has one** *(name, firm name, address, phone number, e-mail, and State Bar number):*

NONE

FILED
CIVIL BUSINESS OFFICE

2026 JUN 11 P 2: 24

CLERK, SUPERIOR COURT
SAN DIEGO COUNTY, CA

*Fill in court name and street address:*

**Superior Court of California, County of**
SAN DIEGO
330 W BROADWAY
SAN DIEGO, CA 92101

(3) A request to waive court fees was filed on *(date):* June 8, 2026

☐ The court made a previous fee waiver order in this case on *(date):*

*Fill in case number and name:*

**Case Number:**
26UD025466C

**Case Name:**
GLADSTONE VS KERBER et al.

***Read this form carefully. All checked boxes ☑ are court orders.***

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for **$10,000** or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

(4) After reviewing your:        ☑ *Request to Waive Court Fees*        ☐ *Request to Waive Additional Court Fees*
**the court makes the following orders:**

a. ☑ The court **grant**s your request, as follows:

(1) ☑ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

- Filing papers in superior court
- Making copies and certifying copies
- Sheriff's fee to give notice
- Court fee for phone hearing
- Giving notice and certificates
- Sending papers to another court department
- Reporter's fee for attendance at hearing or trial, if the court is not electronically recording the proceeding and you request that the court provide an official reporter
- Assessment for court investigations under Probate Code section 1513, 1826, or 1851
- Preparing, certifying, copying, and sending the clerk's transcript on appeal
- Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
- Making a transcript or copy of an official electronic recording under rule 8.835

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.

☐ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Other *(specify):* _____

☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

Judicial Council of California, *www.courts.ca.gov*
Revised September 1, 2019, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**

FW-003, Page 1 of 3

Exhibit C
2 of 4

| | Case Number: |
|---|---|
| Your name:  MERCEDES FLORES | 26UD025466C |

b. ☐ The court **denies** your fee waiver request because:

> **Warning!** If you miss the deadline below, the court cannot process your request for hearing or the court papers you filed with your original request. If the papers were a notice of appeal, the appeal may be dismissed.

(1) Your request is incomplete. You have **10 days** after the clerk gives notice of this Order (see date of service ☐ on next page) to:

- Pay your fees and costs, or
- File a new revised request that includes the incomplete items listed:
  ☐ Below    ☐ On Attachment 4b(1)

_____
_____
_____
_____

(2) ☐ The information you provided on the request shows that you are not eligible for the fee waiver you requested for the reasons stated: ☐ Below    ☐ On Attachment 4b(2)

_____
_____
_____
_____
_____

The court has enclosed a blank *Request for Hearing About Court Fee Waiver Order (Superior Court)* (form FW-006). You have **10 days** after the clerk gives notice of this order (see date of service below) to:

- Pay your fees and costs in full or the amount listed in c below, or
- Ask for a hearing in order to show the court more information. *(Use form FW-006 to request hearing.)*

c. (1) ☐ The court needs more information to decide whether to grant your request. You must go to court on the date on page 3. The hearing will be about the questions regarding your eligibility that are stated:
☐ Below    ☐ On Attachment 4c(1)

_____
_____
_____
_____
_____

(2) ☐ Bring the items of proof to support your request, if reasonably available, that are listed:
☐ Below    ☐ On Attachment 4c(2)

_____
_____
_____
_____
_____
_____
_____

**This is a Court Order.**

| | | |
|---|---|---|
| Rev. September 1, 2019 | **Order on Court Fee Waiver (Superior Court)** | **FW-003**, Page 2 of 3 |

Exhibit C
3 of 4

Your name: MERCEDES FLORES

**Case Number:**
26UD025466C

Name and address of court if different from above:

**Hearing Date** → Date: _____ Time: _____
Dept.: _____ Room: _____

_____
_____
_____
_____

> **Warning!** If item c(1) is checked, and you do not go to court on your hearing date, the judge will deny your request to waive court fees, and you will have 10 days to pay your fees. If you miss that deadline, the court cannot process the court papers you filed with your request. If the papers were a notice of appeal, the appeal may be dismissed.

Date: __6 -11- 26__      _____    T. DONALDSON
                          *Signature of (check one):*   ☐ *Judicial Officer*   ☒ *Clerk, Deputy*

## Request for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

## Clerk's Certificate of Service

I certify that I am not involved in this case and *(check one):*

☐ I handed a copy of this Order to the party and attorney, if any, listed in ① and ②, at the court, on the date below.

☒ This order was mailed first class, postage paid, to the party and attorney, if any, at the addresses listed in ① and ②,
from *(city):* __ELECTRONICALLY__ , California, on the date below.
☐ A certificate of mailing is attached.

Date: __6 -11- 26__

Clerk, by _____ , Deputy
Name: __D. DONALDSON__

**This is a Court Order.**

Exhibit C
4 of 4

# Exhibit D

# Exhibit D

Exhibit D
Page 1 of 3

**FW-001**    **Request to Waive Court Fees**

**CONFIDENTIAL**

*Clerk stamps date here when form is filed.*

If you are getting public benefits, are a low-income person, or do not have enough income to pay for your household's basic needs and your court fees, you may use this form to ask the court to waive your court fees. The court may order you to answer questions about your finances. If the court waives the fees, you may still have to pay later if:

- You cannot give the court proof of your eligibility,
- Your financial situation improves during this case, or
- You settle your civil case for **$10,000** or more. The trial court that waives your fees will have a lien on any such settlement in the amount of the waived fees and costs. The court may also charge you any collection costs.

*Fill in court name and street address:*

**Superior Court of California, County of**

**① Your Information** *(person asking the court to waive the fees):*
Name: _____

Street or mailing address: _____
City: _____ State: ____ Zip: _____
Phone: _____

*Fill in case number and name:*

**Case Number:**

**② Your Job,** if you have one *(job title):* _____
Name of employer: _____
Employer's address: _____

**Case Name:**

**③ Your Lawyer,** if you have one *(name, firm or affiliation, address, phone number, and State Bar number):*
_____
_____

a.  The lawyer has agreed to advance all or a portion of your fees or costs *(check one):*   Yes ☐    No ☐
b.  *(If yes, your lawyer must sign here)* Lawyer's signature: _____
    *If your lawyer is not providing legal-aid type services based on your low income, you may have to go to a hearing to explain why you are asking the court to waive the fees.*

**④ What court's fees or costs are you asking to be waived?**
☐  Superior Court (See *Information Sheet on Waiver of Superior Court Fees and Costs* (form FW-001-INFO).)
☐  Supreme Court, Court of Appeal, or Appellate Division of Superior Court (See *Information Sheet on Waiver of Appellate Court Fees* (form APP-015/FW-015-INFO).)

**⑤ Why are you asking the court to waive your court fees?**
a.  ☐  I receive *(check all that apply; see form FW-001-INFO for definitions):*
    ☐ Food Stamps  ☐ Supp. Sec. Inc.  ☐ SSP  ☐ Medi-Cal  ☐ County Relief/Gen. Assist.  ☐ IHSS
    ☐ CalWORKS or Tribal TANF    ☐ CAPI    ☐ WIC    ☐ Unemployment
b.  ☐  My gross monthly household income (before deductions for taxes) is less than the amount listed below. *(If you check 5b, you must fill out 7, 8, and 9 on page 2 of this form.)*

| Family Size | Family Income | Family Size | Family Income | Family Size | Family Income | |
|---|---|---|---|---|---|---|
| 1 | $2,660.00 | 3 | $4,553.33 | 5 | $6,446.67 | *If more than 6 people at home, add $946.67 for each extra person.* |
| 2 | $3,606.67 | 4 | $5,500.00 | 6 | $7,393.33 | |

c.  ☐  I do not have enough income to pay for my household's basic needs *and* the court fees. I ask the court to: *(check one and you **must** fill out page 2):*
    ☐ waive all court fees and costs    ☐ waive some of the court fees    ☐ let me make payments over time

**⑥** ☐  Check here if you asked the court to waive your court fees for this case in the last six months.
    *(If your previous request is reasonably available, please attach it to this form and check here):* ☐

**I declare under penalty of perjury under the laws of the State of California that the information I have provided on this form and all attachments is true and correct.**
Date: _____

_____    _____
*Print your name here*    *Sign here*

Judicial Council of California, courts.ca.gov
Rev. March 1, 2026, Mandatory Form
Gov. Code, § 68633;
Cal. Rules of Court, rules 3.51, 8.26, and 8.818

**Request to Waive Court Fees**

**FW-001**, Page 1 of 2

Exhibit D
Page 2 of 3

Your name: _____

**Case Number:**
_____

*If you checked 5a on page 1, do not fill out below. If you checked 5b, fill out questions 7, 8, and 9 only.*
*If you checked 5c, you **must** fill out this entire page. If you need more space, attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.*

**(7)** ☐ Check here if your income changes a lot from month to month. If it does, complete the form based on your average income for the past 12 months.

**(8) Your Gross Monthly Income**

a. List the source and amount of *any* income you get each month, including: wages or other income from work before deductions, spousal/child support, retirement, social security, disability, unemployment, military basic allowance for quarters (BAQ), veterans payments, dividends, interest, trust income, annuities, net business or rental income, reimbursement for job-related expenses, gambling or lottery winnings, etc.

(1) _____ $_____
(2) _____ $_____
(3) _____ $_____
(4) _____ $_____

b. **Your total monthly income**: $_____

**(9) Household Income**

a. List the income of all other persons living in your home who depend in whole or in part on you for support, or on whom you depend in whole or in part for support.

| Name | Age | Relationship | Gross Monthly Income |
|---|---|---|---|
| (1)_____ | ____ | _____ | $_____ |
| (2)_____ | ____ | _____ | $_____ |
| (3)_____ | ____ | _____ | $_____ |
| (4)_____ | ____ | _____ | $_____ |

b. **Total monthly income of persons above:** $_____

**Total monthly income *and* household income** *(8b plus 9b):* $_____

**(10) Your Money and Property**

a. Cash $_____

b. All financial accounts *(List bank name and amount):*
(1) _____ $_____
(2) _____ $_____
(3) _____ $_____

c. Cars, boats, and other vehicles

| Make / Year | Fair Market Value | How Much You Still Owe |
|---|---|---|
| (1)_____ | $_____ | $_____ |
| (2)_____ | $_____ | $_____ |
| (3)_____ | $_____ | $_____ |

d. Real estate

| Address | Fair Market Value | How Much You Still Owe |
|---|---|---|
| (1)_____ | $_____ | $_____ |
| (2)_____ | $_____ | $_____ |

e. Other personal property (jewelry, furniture, furs, stocks, bonds, etc.):

| Describe | Fair Market Value | How Much You Still Owe |
|---|---|---|
| (1)_____ | $_____ | $_____ |
| (2)_____ | $_____ | $_____ |

**(11) Your Monthly Deductions and Expenses**

a. List any payroll deductions and the monthly amount below:
(1) _____ $_____
(2) _____ $_____
(3) _____ $_____
(4) _____ $_____

b. Rent or house payment & maintenance $_____
c. Food and household supplies $_____
d. Utilities and telephone $_____
e. Clothing $_____
f. Laundry and cleaning $_____
g. Medical and dental expenses $_____
h. Insurance (life, health, accident, etc.) $_____
i. School, child care $_____
j. Child, spousal support (another marriage) $_____
k. Transportation, gas, auto repair and insurance $_____
l. Installment payments *(list each below)*:
Paid to:
(1) _____ $_____
(2) _____ $_____
(3) _____ $_____

m. Wages/earnings withheld by court order $_____

n. Any other monthly expenses *(list each below)*.
Paid to: How Much?
(1) _____ $_____
(2) _____ $_____
(3) _____ $_____

**Total monthly expenses** *(add 11a –11n above):* $_____

To list any other facts you want the court to know, such as unusual medical expenses, etc., attach form MC-025 or attach a sheet of paper and write Financial Information and your name and case number at the top.

*Check here if you attach another page.* ☐

***Important!* If your financial situation or ability to pay court fees improves, you must notify the court within five days on form FW-010.**

**Request to Waive Court Fees**

FW-001, Page 2 of 2

[ Print ]   [ Save ]   [ Clear ]

Exhibit D
Page 3 of 3