Leslie T. Gladstone, Esq.  (SBN 144615)
Christin A. Batt, Esq.  (SBN 222584)
Hilda M. Montes de Oca, Esq.  (SBN 287605)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone:  (858) 454-9887
Facsimile:  (858) 454-9596
E-mail:  HildaM@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br><br>Debtor. | Case No.:  25-04245-JBM11<br><br>**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF TRUSTEE'S OPPOSITION TO: (1) REQUEST FOR STIPULATION REGARDING TURNOVER; CONDITIONAL SALE APPROVAL PROCESS, AND REQUEST TO SET SALE APPROVAL HEARING, FILED BY VILLA CHARDONNAY HORSES WITH WINGS; AND (2) JOINDER IN SUPPORT OF "DEBTOR'S" REQUEST FOR STIPULATION, FILED BY NOAH'S ARK OF VILLA TRUST'S**<br><br>Date:         TBD<br>Time:        TBD<br>Dept:        2<br>Honorable J. Barrett Marum |

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH
WINGS, INC., CASE NO. 25-04245-JBM11

1

GLADSTONE DECLARATION
IN SUPPORT OF TRUSTEE'S OBJECTION

I, LESLIE T. GLADSTONE, declare:

1.    I am the chapter 7 trustee for the bankruptcy estate of Villa Chardonnay Horses With Wings, Inc. ("**Villa Chardonnay**" or "**Debtor**").  All the information contained herein is within my personal knowledge, except for those matters alleged on information and belief and as to those matters I believe them to be true.  If called as a witness, I could competently testify thereto.

2.    I submit this declaration in support of my Opposition to (1) the Request for Stipulation Regarding Turnover; Conditional Sale Approval Process, and Request to Set Sale Approval Hearing (the "**Stipulation Request**"), filed by counsel for Monika Kerber Perez ("**Kerber**") purportedly on behalf of Villa Chardonnay, and (2) the Joinder in Support of the Stipulation Request (the "**Joinder**"), filed on behalf of Noah's Ark of Villa Trust ("**Noah's Ark**") by its principal, Mercedes Flores ("**Flores**" and collectively with Kerber, "**Defendants**").

3.    I refer to the companion opposition filed in response to *Noah's Ark's Emergency Motion to Intervene as an Interested Party; Request for Immediate Hearing; and Application for Temporary Restraining Order and Preliminary Injunction* for a recitation of the tortured procedural history in this case.  Suffice it to say here that I was delivered possession to the Property after trial on the merits in this Court and implementation of a writ of possession.  I am now assessing whether or not to perform various repairs for the Property and preparing the necessary court documents to ready the Property for sale.

4.    At the chapter 11 status conference held on July 16, 2026, the Court set July 20, 2026 as the deadline for me and any other interested party with standing to oppose the Stipulation Request, and to oppose other emergency motions concurrently filed.  [ECF No. 234]

5.    In my business judgment, the no-bid sale of the Property proposed by Kerber in the Stipulation Request would not be in the best interest of the

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

Estate. Instead, a broker retained by me, with the approval of the Court, will ensure that the Property is marketed to the widest pool of qualified potential purchasers to encourage competitive bidding, resulting in a sale that will maximize the value of the Property for the benefit of the Estate.

6.    I am preparing to file my application to employ a real estate broker to assist me with the sale of the Property. Noah's Ark, and any other interested party, may submit a bona fide offer to my broker, pursuant to any Court-approved bidding and sale procedures under 11 U.S.C. Section 363 and Federal Rule of Bankruptcy Procedure 6004.

7.    I object to any request to expedite a hearing on the sale described in the Stipulation Request. I am motivated to efficiently effectuate a sale of the Property under Section 363 and Federal Rule of Bankruptcy Procedure 6004. I believe that an expedited hearing is not necessary or warranted and would exclude other potential purchasers of the Property.

8.    In the course of my investigation as chapter 11 trustee, I discovered that Flores has filed at least three other UCC Financing Statements in 2022, naming herself as both the secured party and the debtor (the "**Flores UCCs**"). A copy of each of the Flores UCCs are attached as Exhibit A and incorporated herein.

9.    I also discovered that Kerber filed at least one UCC Financing Statement in 2022, naming herself as both the secured party and the debtor. A copy of the UCC Financing Statement filed by Kerber is attached as Exhibit B and incorporated herein.

10.    To delay my sale efforts any further so that the Court can consider the meaningless Stipulation Request is unnecessary and prejudicial, especially where Noah's Ark can participate in the forthcoming Court-approved sale.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2026, at La Jolla, California.

Leslie T. Gladstone

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

# Exhibit A

# Exhibit A
# UCC-1s

U220206946832



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: U220206946832

Date Filed: 7/1/2022

Submitter Information:

| | |
|---|---|
| Contact Name | Mercedes Flores |
| Organization Name | |
| Phone Number | (214) 552-9859 |
| Email Address | mercedesflores@me.com |
| Address | C/O POST OFFICE 1000 JULIAN, CA 92036 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| MERCEDES FLORES; NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION | 4554 BOULDER CREEK RD JULIAN, CA 92036 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| Mercedes Flores | c/o Post Office 1000 Julian, CA 92036 |

Indicate how documentation of Collateral is provided:

Entered as Text

Description:

REGISTERED COLLATERAL: Security Note Number MF07012022-1 IN Compliance with SECURITY EXCHANGE COMMISSION, SEC LAW along with REGISTERED CLAIMED DEBT (MORTGAGE AND NOTE) Lien Release, Satisfaction, Reconveyence Document.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:

Not Applicable

Select an alternate Financing Statement type:

Not Applicable

Select an additional alternate Financing Statement type:

Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Not Applicable

Optional Filer Reference Information:

Miscellaneous Information:

Search to Reflect:

☐ Order a Search to Reflect

Exhibit A
2 of 5

Page 1 of 1

U220206948331



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U220206948331 |
| Date Filed: 7/1/2022 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | Mercedes Flores |
| Organization Name | |
| Phone Number | (214) 552-9859 |
| Email Address | mercedesflores@me.com |
| Address | C/O POST OFFICE 1000 JULIAN, CA 92036 |

Debtor Information:

| Debtor Name | Mailing Address |
| --- | --- |
| MERCEDES FLORES; NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION | 4554 Boulder Creek Rd Julian, CA 92036 |

Secured Party Information:

| Secured Party Name | Mailing Address |
| --- | --- |
| Mercedes Flores | c/o PO Box 1000 Julian, CA 92036 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
REGISTERED COLLATERAL: Security Note Number MF07012022-2 IN Compliance with SECURITY EXCHANGE COMMISSION, SEC LAW along with REGISTERED CLAIMED DEBT (MORTGAGE AND NOTE) Lien Release, Satisfaction, Reconveyence Document.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:
Not Applicable

Select an additional alternate Financing Statement type:
Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Not Applicable

Optional Filer Reference Information:

Miscellaneous Information:

Search to Reflect:
☐ Order a Search to Reflect

B0875-7539 07/01/2022 8:43 AM Received by California Secretary of State

Exhibit A
3 of 5

Page 1 of 1

U220207601014



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: U220207601014

Date Filed: 7/5/2022

Submitter Information:

| | |
|---|---|
| Contact Name | Mercedes Flores |
| Organization Name | |
| Phone Number | (214) 552-9859 |
| Email Address | mercedesflores@me.com |
| Address | PO BOX 1000 JULIAN, CA 92036 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| MERCEDES FLORES; NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION | 4554 BOULDER CREEK RD Julian, CA 92036 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| Mercedes Flores | c/o PO Box 1000 Julian, CA 92036 |

Indicate how documentation of Collateral is provided:

Entered as Text

Description:

REGISTERED COLLATERAL: Security Note Number MF07012022-3 IN Compliance with SECURITY EXCHANGE COMMISSION, SEC LAW along with REGISTERED CLAIMED DEBT (MORTGAGE AND NOTE) Lien Release, Satisfaction, Reconveyence Document.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:

Not Applicable

Select an alternate Financing Statement type:

Not Applicable

Select an additional alternate Financing Statement type:

Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Not Applicable

Optional Filer Reference Information:

Miscellaneous Information:

Search to Reflect:

☐ Order a Search to Reflect

Exhibit A
4 of 5

Page 1 of 1

U220207603422



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U220207603422 |
| Date Filed: 7/5/2022 |

Submitter Information:

| Contact Name | Mercedes Flores |
| --- | --- |
| Organization Name | |
| Phone Number | (214) 552-9859 |
| Email Address | mercedesflores@me.com |
| Address | PO BOX 1000 JULIAN, CA 92036 |

Debtor Information:

| Debtor Name | Mailing Address |
| --- | --- |
| MERCEDES FLORES; NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION | 4554 Boulder Creek Rd Julian, CA 92036 |

Secured Party Information:

| Secured Party Name | Mailing Address |
| --- | --- |
| Mercedes Flores | c/o PO Box 1000 Julian, CA 92036 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
REGISTERED COLLATERAL: Security Note Number MF07012022-4 IN Compliance with SECURITY EXCHANGE COMMISSION, SEC LAW along with REGISTERED CLAIMED DEBT (MORTGAGE AND NOTE) Lien Release, Satisfaction, Reconveyence Document.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:
Not Applicable

Select an additional alternate Financing Statement type:
Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Not Applicable

Optional Filer Reference Information:

Miscellaneous Information:

Search to Reflect:

☐ Order a Search to Reflect

Exhibit A
5 of 5

Page 1 of 1

B0882-9494 07/05/2022 3:08 PM Received by California Secretary of State

# Exhibit B

# Exhibit B

Exhibit B
1 of 2





U220206943128



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U220206943128 |
| Date Filed: 7/1/2022 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | Monika Kerber |
| Organization Name | |
| Phone Number | (951) 234-9793 |
| Email Address | kerbermk@yahoo.com |
| Address | C/O POST OFFICE 1000 JULIAN, CA 92036 |

Debtor Information:

| Debtor Name | Mailing Address |
| --- | --- |
| NON-ADVERSE; NON-BELLIGERENT; NON-COMBATANT PRIVATE FOUNDATION | 4554 BOULDER CREEK RD JULIAN, CA 92036 |

Secured Party Information:

| Secured Party Name | Mailing Address |
| --- | --- |
| Monika Kerber-Perez | c/o Post Office 1000 Julian, CA 92036 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
REGISTERED COLLATERAL: Security Note Number MKP07012022-1 IN Compliance with SECURITY EXCHANGE COMMISSION, SEC LAW along with REGISTERED CLAIMED DEBT (MORTGAGE AND NOTE) Lien Release, Satisfaction, Reconveyence Document.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:
Not Applicable

Select an additional alternate Financing Statement type:
Not Applicable

Select an alternative Debtor/Secured Party designation for this Financing Statement:
Not Applicable

Optional Filer Reference Information:

Miscellaneous Information:

Search to Reflect:

☐ Order a Search to Reflect

B0875-7157 07/01/2022 8:26 AM Received by California Secretary of State

Page 1 of 1

Exhibit B
2 of 2