## PROOF OF SERVICE

I, Natali Katw, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California.  I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5656 La Jolla Blvd., La Jolla, California 92037.

On **July 20, 2026**, I served a true and correct copy of the following document(s):

**TRUSTEE'S OPPOSITION TO: (1) REQUEST FOR STIPULATION REGARDING TURNOVER; CONDITIONAL SALE APPROVAL PROCESS, AND REQUEST TO SET SALE APPROVAL HEARING, FILED BY VILLA CHARDONNAY HORSES WITH WINGS; AND (2) JOINDER IN SUPPORT OF "DEBTOR'S" REQUEST FOR STIPULATION FILED BY NOAH'S ARK OF VILLA TRUST**

**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF TRUSTEE'S OPPOSITION TO: (1) REQUEST FOR STIPULATION REGARDING TURNOVER; CONDITIONAL SALE APPROVAL PROCESS, AND REQUEST TO SET SALE APPROVAL HEARING, FILED BY VILLA CHARDONNAY HORSES WITH WINGS; AND (2) JOINDER IN SUPPORT OF "DEBTOR'S" REQUEST FOR STIPULATION, FILED BY NOAH'S ARK OF VILLA TRUST'S**

on the parties in this action as follows:

**X       by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date, **July 20, 2026**, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.

- Christin A. Batt, Attorney for Ch. 11 Trustee     christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com; hildam@flgsd.com;natalik@flgsd.com
- Kevin Dwight, Attorney for Creditors, The Ark Watch Foundation and Celine Myers    kdwight@manatt.com

- David K. Eldan, Attorney for California Dept. of Justice David.Eldan@doj.ca.gov, rpinal@pmcos.com
- Leslie T. Gladstone, Ch. 11 Trustee    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net; andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- Leslie T. Gladstone, Attorney for Ch. 11 Trustee    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com ; hildam@flgsd.com;natalik@flgsd.com
- Carl Grumer, The Ark Watch Foundation and Celine Myers cgrumer@manatt.com
- Benjamin Heston, Attorney for Creditor Darlene Sears bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- Haeji Hong, Special Notice Attorney for United States Trustee Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- Meredith King, Special Notice Attorney for Creditors Private Mortgage Lending, Inc, River Falls, LLC, and The Armbrust Living Trust    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com
- Andrew Levin, Attorney for Ch. 11 Trustee    andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com; hildam@flgsd.com;natalik@flgsd.com
- Hilda Montes de Oca, Attorney for Ch. 11 Trustee    hildam@flgsd.com, leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com; andrewl@flgsd.com;natalik@flgsd.com
- Shelby Poteet, Special Notice Attorney for Creditors Private Mortgage Lending, Inc, River Falls, LLC, and The Armbrust Living Trust    spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com
- Matthew Sirolly, Attorney for Creditor Calif. Labor Commissioner msirolly@dir.ca.gov
- Nissan Thomas, Attorney for Debtor, Noah's Ark of Villa Trust, and Monika Kerber Perez    info@nissanthomaslaw.com
- Michael R Totaro, Attorney for Debtor    Ocbkatty@aol.com
- United States Trustee    ustp.region15@usdoj.gov

**by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if

postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

None

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed **July 20, 2026**, at La Jolla, California.

_____
Natali Katw

IN RE VILLA CHARDONNAY HORSES WITH WINGS CASE NO. 25-04245-JBM11
PROOF OF SERVICE