CSD 1181 [12/01/23]
Name, Address, Telephone No. & I.D. No.
Nissan Thomas, Esq.  250273
6230 Wilshire Blvd., #2015
Los Angeles, CA 90048
E: info@nissanthomaslaw.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC.

BANKRUPTCY NO. 25-04245-JBM11

Tax I.D.(EIN)#: 27-0666624____ /S.S.#:XXX-XX-_____   Debtor(s).

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on August 26, 2026_____, at _____10a.m., in Department _2_, Room _118_, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Villa Chardonnay Horses With Wings, Inc___, for [check the appropriate box]:

☐ Dismissal of a chapter 7, 11 or 12 case;

☐ Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

☐ Allowance of ☐interim ☐final compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by FRBP 2002(c)(2)];

☐ Appointment of a trustee in a chapter 11 case; or

☑ Other [specify the nature of the matter]:

MOTION TO REMOVE TO STAY,VACATE, OR MODIFY TURNOVER ORDERS;FOR PRESERVATION ORDER; AND FOR EMERGENCY EVIDENTIARY HEARING

    If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

    Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1]days from the date of service.**

DATED: July 21, 2026                         Nissan Thomas
                                        _____
                                        [Attorney for] Moving Party

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1181 12/01/23

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the __21__ day of _July 2026_____, I served a true copy of the within NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below:

1.   **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _July 21, 2026_____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑   Attorney for Debtor (or Debtor), if required:

See Attached Service List

☐   Chapter 7 Trustee:

☑   For Chapter 7, 11, & 12 cases:

UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐   For Chapter 13 cases:

MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

2.   **Served by United States Mail:**

On _July 21, 2026_____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☑   Attorney for Debtor (or Debtor), if required:

CSD 1181 [12/01/23]

3.   **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐   Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   July 21, 2026                           Nissan Thomas
                     (Date)                                        (Typed Name and Signature)

                                                          6230 Wilshire Blvd., #2015
                                                          (Address)

                                                          Los Angeles, CA 90048
                                                          (City, State, ZIP Code)

# SERVICE LIST ATTACHMENT

RE: In Re: Villa Chardonnay Horses With Wings, Inc.
BK Case No.: 25-04245-JBM11

| | | | |
|---|---|---|---|
| **Christin A. Batt on behalf of Plaintiffs Leslie T. Gladgtone** *christinb@flgsd.com, .·• sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd._oom;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com* | **Christin A. Batt on behalf of Trustee Leslie T. Gladstone** *christinb@flgsd.com, . am@flgsd.com;natal1. sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hild k@flgsd.com* | **Kevin Dwight on behalf of Creditor The Ark Watch Foundation** *kdwight@manatt.com* | **Kevin Dwight on behalf of Creditor Celine Myers** *kdwight@manatt.com* |
| **Kevin Dwight on behalf of Plaintiffs The Ark Watch Foundation** *kdwight@manatt.com* | **Kevin Dwight on behalf of Plaintiffs Celine Myers** *kdwight@manatt.com* | **David K. Eldan on behalf of Attorney David K Eldan** *david.Eldan@doj.ca.gov, rpinal@pmcos.com* | **Leslie T. Gladstone** *candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com* |
| **Leslie T. Gladstone on behalf of Attorney Financial Law Group** *leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com* | **Leslie T. Gladstone on behalf of Trustee Leslie T. Gladstone** *leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com* | **Carl Grumer on behalf of Creditor The Ark Watch Foundation** *cgrumer@manatt.com* | **Carl Grumer on behalf of Creditor Celine Myers** *cgrumer@manatt.com* |
| **Carl Grumer on behalf of Plaintiffs The Ark Watch Foundation** *cgrumer@manatt.com* | **Carl Grumer on behalf of Plaintiffs Celine Myers** *cgrumer@manatt.com* | **Benjamin Heston on behalf of Creditor Darlene Sears** *bhestonecf@gmail.com, benheston@recap .email ,N ex usBankru ptcy@ju bileebk .net* | **Haeji Hong on behalf of United States Trustee United States Trustee** Haeji .*hong@usdoj.gov*, *USTP.Region15@usdoj.gov*,tiffany.l .*carroll@usdoj.gov* |

## SERVICE LIST ATTACHMENT CONT'D

RE: In Re: Villa Chardonnay Horses With Wings, Inc.
BK Case No.: 25-04245-JBM11

| *Meredith King on behalf of Creditor Private Mortgage Lending, Inc.* mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com | *Meredith King on behalf of Creditor River Falls, LLC* mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;179l3@notices.nextchapterbk.com | *Meredith King on behalf of Creditor The Armbrust Living Trust* mking@fsl .law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com | *Matthew Sirolly on behalf of Creditor California Labor Commissioner* msirolly@dir.ca.gov |
|---|---|---|---|
| United States Trustee ustp.region 15@usdoj.gov | | | |

## SERVICE LIST ATTACHMENT CONT'D

<u>RE: In Re: Villa Chardonnay Horses With Wings, Inc.</u>
BK Case No.: 25-04245-JBM11

| *Meredith King on behalf of Creditor Private Mortgage Lending, Inc.* *mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com* | *Meredith King on behalf of Creditor River Falls, LLC* *mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;179l3@notices.nextchapterbk.com* | *Meredith King on behalf of Creditor The Armbrust Living Trust* *mking@fsl .law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com* | *Matthew Sirolly on behalf of Creditor California Labor Commissioner* *msirolly@dir.ca.gov* |
|---|---|---|---|
| United States Trustee ustp.region 15@usdoj.gov | | | |

```
BY MAIL:

Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086



Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065

Darlene Sears
2420 Gondar Ave
Long Beach, CA 90815-2214

Waste Management
Attn: Rentto & Rentto
3517 Camino Del Rio S. Ste 412
San Diego, CA 92108
```