**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq. (SBN 144615)

Christin A. Batt, Esq. (SBN 222584)

Financial Law Group, PC

5656 La Jolla Blvd.

La Jolla, CA 92037

Telephone (858) 454-9887

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

**Order Entered on**
**July 23, 2026**
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES WITH WINGS INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Honorable J. Barrett Marum

<span style="color:red">COURT MODIFIED</span>

## ORDER ON

### EX PARTE APPLICATION TO ESTABLISH CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE AND SECTION 503(b)(1)(D) CLAIMS

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __226__.

//

//

//

//

//

//

//

DATED:   July 22, 2026

Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [07/01/18](Page 2)

ORDER ON    EX PARTE APPLICATION TO ESTABLISH CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE
DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS INC.,                    CASE NO: 25-04245-JBM11

---

Upon review of the Ex Parte Application to Establish Chapter 11 Administrative Claims Bar Date and good cause appearing therefor,

IT IS HEREBY ORDERED,

1. The Ex Parte Application to Establish Chapter 11 Administrative Claims Bar Date is granted.

2. Attorneys, accountants and other professionals employed by Villa Chardonnay Horses With Wings, Inc. ("Debtor"), as well as employees, vendors, customers, utility service providers, or any other parties in interest who believe they may be entitled to an administrative expense priority claim and who have not already obtained Court approval of same, must file by August 31, 2026, a motion for approval of their chapter 11 administrative fees and expenses.

3. The Trustee shall provide notice of the Chapter 11 Administrative Claims Bar Date to all known creditors of the Debtor and all parties that have requested special notice by mail not later than three (3) business days after entry of this Order.

4. The form of the Notice attached as Exhibit A to the Declaration of Leslie T. Gladstone is approved.

5. If a motion is not filed by August 31, 2026, then said professionals, employees, vendors, customers, utility service providers, or any other parties in interest who believe they may be entitled to administrative expense priority will be prohibited from asserting chapter 11 administrative priority and will not be paid any filed claims as a chapter 11 administrative priority in Debtor's bankruptcy case.

6. As to any potential claimants that fall under the exception contained in 11 U.S.C. Section 503(b)(1)(D), the claimant must file a Proof of Claim with the Court asserting administrative expense priority on or before August 31, 2026.

7. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

8. This Order shall not apply to the Trustee or professionals employed by the Trustee. Professionals representing the Trustee shall not be required to file motions requesting payment of administrative expenses, but shall file applications for approval of fees and reimbursement of expenses prior to the closing of the Debtor's estate.

IT IS SO ORDERED.

CSD 1001A

Signed by Judge J Barrett Marum July 22, 2026