Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

VILLA CHARDONNAY HORSES
WITH WINGS INC.,

           Debtor.

Case No.: 25-04245-JBM11

**NOTICE OF CHAPTER 11
ADMINISTRATIVE CLAIMS BAR
DATE**

[No hearing required]
Dept:       Two (2)
Honorable J. Barrett Marum

      In order to properly identify the amount of chapter 11 administrative expenses, the Trustee has requested the establishment of a chapter 11 administrative claims bar date of <u>August 31, 2026</u>. On July 23, 2026, the Bankruptcy Court approved that request and entered an Order requiring the following occur by <u>August 31, 2026</u>. (ECF No. 241)

      Attorneys and accountants and other professionals employed by Villa Chardonnay Horses With Wings, Inc. ("**Debtor**"), as well as employees, vendors, customers, utility service providers, or any other parties in interest who believe they may be entitled to an administrative expense priority claim

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

and who have not already obtained Court approval of same, must file by August 31, 2026, a motion for approval of their chapter 11 administrative claims. If a motion is not filed by August 31, 2026, then said professionals, employees, vendors, customers, utility service providers, or any other parties in interest who believe they may be entitled to administrative expense priority will be prohibited from asserting chapter 11 administrative priority and will not be paid any filed claims as a chapter 11 administrative priority in Debtor's bankruptcy case.

As to any potential claimants that fall under the exception contained in 11 U.S.C. Section 503(b)(1)(D), the claimant must file a Proof of Claim with the Court asserting administrative expense priority on or before August 31, 2026.

Dated: July 24, 2026                    FINANCIAL LAW GROUP


By:   /s/ Leslie T. Gladstone
      Leslie T. Gladstone, Esq.
      Attorneys for Leslie T. Gladstone,
      Trustee

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS, INC.; CASE NO. 25-04245-JBM11          2          NOTICE OF CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE

## PROOF OF SERVICE

I, Candi Collins, hereby declare as follows:

I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California. My business address is 5656 La Jolla Blvd., La Jolla, California 92037.

On **July 24, 2026,** I caused to be served the following document(s):

**NOTICE OF CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE**

on the parties in this action as follows:

**X__    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**:  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("**LBR**"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **July 24, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- **Christin A. Batt**    christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Kevin Dwight**    kdwight@manatt.com
- **David K. Eldan**    David.Eldan@doj.ca.gov, rpinal@pmcos.com
- **Leslie T. Gladstone**    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Leslie T. Gladstone**    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Carl Grumer**    cgrumer@manatt.com
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Haeji Hong**    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

- **Andrew Levin**   andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Hilda Montes de Oca**   hildam@flgsd.com, leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com
- **Shelby Poteet**   spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com
- **Matthew Sirolly**   msirolly@dir.ca.gov
- **Nissan Thomas**   info@nissanthomaslaw.com
- **Michael R Totaro**   Ocbkatty@aol.com
- **United States Trustee**   ustp.region15@usdoj.gov

All other interested parties in this action that are not a registered ECF User are served as follows:

**X    by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID**, by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service.

Darlene Sears
2420 Gondar Ave.,
Long Beach, CA 90815-2214
*Special Notice Creditor*
*VIA FIRST CLASS MAIL – POSTAGE PAID*

Dale Fullerton
30002 Chihuahua
Valley Warner Springs, CA 92086
*Special Notice Creditor*
*VIA FIRST CLASS MAIL – POSTAGE PAID*

Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065
*Special Notice Creditor*
*VIA FIRST CLASS MAIL – POSTAGE PAID*

Financial Law Group
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS, INC.; CASE NO. 25-04245-JBM11          4          NOTICE OF CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE

County of San Diego Tax Collector
1600 Pacific Highway
San Diego, CA 92101
***Creditor***
***VIA FIRST CLASS MAIL – POSTAGE PAID***

Haeji Hong, Esq.
United States Trustee
Office of the U.S. Trustee
880 Front Street, Suite 3230
San Diego, CA 92101
***VIA FIRST CLASS MAIL – POSTAGE PAID***

### AND ON THE ATTACHED CREDITOR MATRIX

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed **July 24, 2026**, at Litchfield Park, Arizona.

/s/ Candi Collins
Candi Collins

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH
WINGS, INC.; CASE NO. 25-04245-JBM11

5

NOTICE OF CHAPTER 11 ADMINISTRATIVE
CLAIMS BAR DATE

Label Matrix for local noticing
0974-3
Case 25-04245-JBM11
Southern District of California
San Diego
Fri Jul 24 08:45:52 PDT 2026

California Labor Commissioner
DLSE Legal Unit
320 W. 4th Street
Ste 600
Los Angeles, CA 90013-2350

Financial Law Group
5656 La Jolla Blvd.
La Jolla, CA 92037-7523

United States Trustee
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101-8897

Villa Chardonnay Horses With Wings, Inc.
PO Box  1000
Julian, CA 92036-1000

U.S. Bankruptcy Court
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101-6991

Allstate Propane
31500 Grape St # 3-404
Lake Elsinore, CA 92532-9709

Andres Sandoval
Attn. Labor Commissioner's Office
3737 Main St Ste 850
Riverside, CA 92501-3350

Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street
Costa Mesa, CA 92626-3079

Benjamin Moreno
Attn. Labor Commissioner's Office
3737 S Main St # 850
Riverside, CA 92501-3350

Bruno Gonzalez
c/o Adamson Ahdoot, LLP
1150 S Robertson Blvd
Los Angeles, CA 90035-1404

Bruno Soto Gonzalez
1122 S. La Cienega Blvd.
Los Angeles, CA 90035-0010

California State Labor Commissioner
ATTN: Lindsey Lara
1500 Hughes Way, Suite C-202
Long Beach, CA 90810-1882

Carol Armbrust
P.O. Box 203
Chester, ID 83421-0203

Celine Myers and The Ark Watch Foundation
203 Redwood Shores Parkway
Suite 125
Redwood City, CA 94065-6125

Connor J. Farley
MANATT, PHELPS & PHILLIPS, LLP
203 Redwood Shores Pkwy, Ste 125
Redwood City, CA 94065-6125

Cynthia Montgomery
C/O Allen Kate
888 Prospect St Ste 200
La Jolla, CA 92037-4261

Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086-9280

Darlene Sears
2420 Gondar Ave
Long Beach, CA 90815-2214

Elias Villafuerte-Rubio
Attn. Labor Commissioner's Office
320 W 4th St Ste 450
Los Angeles, CA 90013-2479

Haeji Hong
United States Trustee's Office
880 Front Street, Suite 3230
San Diego, CA 92101-8897

Internal Revenue Service
General Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Investors Mortgage Lending Group, Inc
Po Box 2354
Rcho Santa Fe, CA 92067-2354

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(p)DEERE CREDIT SERVICES  INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

John Deere Financial (2)
Attn. Customer Service
Po Box 5328
Madison, WI 53705-0328

Kevin P. Dwight
MANATT, PHELPS & PHILLIPS, LLP
203 Redwood Shores Pkwy, Ste 125
Redwood City, CA 94065-6125

Margaret Mannex
1755 Lilac Rd.
Ramona, CA 92065-1116

Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065-1116

Meredith King, Esq.
FRANKLIN SOTO LEEDS LLP
444 West C St., Suite 300
San Diego, CA 92101-3597

Monika Kerber Perez
P.O. Box 1000
Julian, CA 92036-1000

Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626-3063

Private Mortgage Lending, LLC
Po Box 2354
Rcho Santa Fe, CA 92067-2354

Raul Garcia
Attn. Labor Commissioner's Office
320 W 4th St Ste 450
Los Angeles, CA 90013-2479

Rey Velazquez
Attn. Labor Commissioner's Office
3737 Main St Ste 850
Riverside, CA 92501-3350

(p)RIVER FALLS LLC
ATTN DEANN CARY
2240 ENCINITAS BOULEVARD #D131
ENCINITAS CA 92024-4345

River Falls, LLC
Attn. June Sifuentes
2840 Fletcher Pkwy # 144
El Cajon, CA 92020-2111

River Falls, LLC
c/o FRANKLIN SOTO LEEDS LLP
Attn.: Meredith King, Esq.
444 West C St., Suite 300
San Diego, CA 92101-3597

SAN DIEGO GAS AND ELECTRIC
Attn: Credit & Collections / Bankruptcy,
8326 Century Park Court
San Diego, CA 92123-1576

San Diego Department of Gas & Electric
Po Box 25111
Santa Ana, CA 92799-5111

Santos Figueroa
Attn. Labor Commissioner's Office
320 W 4th St Ste 340
Los Angeles, CA 90013-2343

Santos Rodriguez
Attn. Labor Commissioner's Office
320 W 4th St Ste 340
Los Angeles, CA 90013-2343

Shelby A. Poteet, Esq.
FRANKLIN SOTO LEEDS LLP
444 West C St., Suite 300
San Diego, CA 92101-3597

Small Business Association
CESC Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243

State of California Labor Commission
464 W 4th St 478
Sn Bernrdno, CA 92401-1414

The ARK Watch Foundation
Manatt, Phelps & Phillips, LLP
203 Redwood Shores Pkwy Ste 450
Redwood City, CA 94065-6100

The Ark Watch andcCeline Myers
c/o Manatt, Phelps & Phillips, LLP
1 Embarcadero Ctr Fl 30
San Francisco, CA 94111-3719

(p)U S  SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

Waste Management
Attn. Rentto & Rentto
3517 Camino Del Rio S Ste 412
San Diego, CA 92108-4046

David K Eldan
California Department of Justice
300 S. Spring St, #1702
Los Angeles, CA 90013-1256

(p)LESLIE T GLADSTONE TRUSTEE
5656 LA JOLLA BLVD
LA JOLLA CA 92037-7523

Michael R Totaro
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272-0789

Nissan Thomas
6230 Wilshire Blvd.,
Ste 2015
Los Angeles, CA 90048-5126

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud, MN 56302-7999

John Deere Financial
6400 Nw 86th St
Johnston, IA 50131

River Falls, LLC
2240 Encinitas Boulevard #D131
Encinitas, CA 92024

U.S. Small Business Administration
Office of General Counsel (ACM)
312 North Spring Street, Floor 5
Los Angeles, CA 90012

Leslie T. Gladstone
5656 La Jolla Blvd.,
La Jolla, CA 92037

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Private Mortgage Lending, Inc.

(u)River Falls, LLC

(u)The Ark Watch Foundation

(u)The Armbrust Living Trust

(u)Celine Myers

(d)Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086-9280

(d)Darlene Sears
2420 Gondar Ave
Long Beach, CA 90815-2214

(d)Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065-1116

End of Label Matrix
Mailable recipients    52
Bypassed recipients     8
Total                  60