**CSD 1001C** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Michael R. Totaro    102229
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
(310) 804-2157 (v)
Ocbkatty@aol.com

Order Entered on
July 24, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Villa Chardonnay Horses With Wings, Inc.

Debtor.

BANKRUPTCY NO. 3:25-bk-04245-JBM11

Date of Hearing:
Time of Hearing:
Name of Judge: J Barrett Marum

## COURT MODIFIED

### ORDER ON

AMENDED APPLICATION BY DEBTOR IN POSSESSION TO EMPLOY MICHAEL R. TOTARO, MAUREEN J. SHANAHAN, AND THE LAW OFFICES OF TOTARO & SHANAHAN, LLP AS GENERAL INSOLVENCY COUNSEL

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Aplication Docket Entry No. 39.

//

//

//

//

//

//

//

DATED:
        July 23, 2026

Judge, United States Bankruptcy Court

CSD 1001C [07/01/18]                                                                                    Page **2** of **2**

ORDER ON:Application of ~~Totaaro~~ Totaro & Shanahan, LLP and counsel to approve Employment as Insolvency Counsel

DEBTOR:Villa Chardonnay Horses With Wings, Inc.                                    CASE NO:3:25-bk-04245-

On  November 9, 2025 Totaro & Shanahan, LLP, Michael R. Totaro and Maureen J. Shanahan ("Movants") ~~file~~ filed an Application to be Employed as General insolvency Counsel to Chapter 11 Debtor Villa Chardonnay Horses With Wings, Inc. ("Debtor")  on Notice of Intended Action, Docket Nos 22-24.  On November 24, 2025, Movants filed an Amended Application as Docket no. 39. The same day the United States Trustee submitted its Statement of Position with no objection to the Application. Docket No. 40.

Having reviewed the Application and related Documents set forth herein including the position of the United States Trustee, the Court finds good cause to approve the Application as set forth herein.

~~IT IS SO ORDERED..~~

The Court notes a significant delay occurred between the Movant's filing the Amended Application and the entry of this order.   The Movant filed the original Application to Employ within 30 days of the Debtor's filing the Petition, so the Movant properly sought approval without a noticed hearing.  And no parties opposed.

However, although the Amended Application included a proposed order, the Movant did not upload the proposed order in accord with the Court's procedures until July 22, 2026.  As such, the Court promptly enters this order despite the Movant's having withdrawn as counsel.  ECF No. 186.

IT IS SO ORDERED.

Signed by Judge J Barrett Marum July 23, 2026

CSD 1001C