Leslie T. Gladstone, Esq.  (SBN 144615)
Christin A. Batt, Esq.  (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone:  (858) 454-9887
Facsimile:  (858) 454-9596
E-mail:  LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

VILLA CHARDONNAY HORSES
WITH WINGS INC.,

　　　　Debtor.

Case No.:  25-04245-JBM11

**PROOF OF SERVICE**

I, Candi Collins, hereby declare as follows:

I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California.  My business address is 5656 La Jolla Blvd., La Jolla, California 92037.

On **July 24, 2026,** I caused to be served the following document(s):

**NOTICE OF CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE**

on the parties in this action as follows:

**X     TO BE SERVED BY THE COURT VIA NOTICE OFELECTRONIC FILING (“NEF”)**:  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) (**"LBR"**), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **July 24, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and

IN RE VILLA CHARDONNAY HORSES WITH                    1                    PROOF OF SERVICE
WINGS, INC.; CASE NO. 25-04245-JBM11

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- **Christin A. Batt**    christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Kevin Dwight**    kdwight@manatt.com
- **David K. Eldan**    David.Eldan@doj.ca.gov, rpinal@pmcos.com
- **Leslie T. Gladstone**    candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Leslie T. Gladstone**    leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Carl Grumer**    cgrumer@manatt.com
- **Benjamin Heston**    bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Haeji Hong**    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Meredith King**    mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com
- **Andrew Levin**    andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Hilda Montes de Oca**    hildam@flgsd.com, leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com
- **Shelby Poteet**    spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com
- **Matthew Sirolly**    msirolly@dir.ca.gov
- **Nissan Thomas**    info@nissanthomaslaw.com
- **Michael R Totaro**    Ocbkatty@aol.com
- **United States Trustee**    ustp.region15@usdoj.gov

All other interested parties in this action that are not a registered ECF User are served as follows:

**X    by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID**, by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS, INC.; CASE NO. 25-04245-JBM11          2          PROOF OF SERVICE

Darlene Sears
2420 Gondar Ave.,
Long Beach, CA 90815-2214
*Special Notice Creditor*
*VIA FIRST CLASS MAIL – POSTAGE PAID*

Dale Fullerton
30002 Chihuahua
Valley Warner Springs, CA 92086
*Special Notice Creditor*
*VIA FIRST CLASS MAIL – POSTAGE PAID*

Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065
*Special Notice Creditor*
*VIA FIRST CLASS MAIL – POSTAGE PAID*

County of San Diego Tax Collector
1600 Pacific Highway
San Diego, CA 92101
*Creditor*
*VIA FIRST CLASS MAIL – POSTAGE PAID*

Haeji Hong, Esq.
United States Trustee
Office of the U.S. Trustee
880 Front Street, Suite 3230
San Diego, CA 92101
*VIA FIRST CLASS MAIL – POSTAGE PAID*

**AND ON THE ATTACHED CREDITOR MATRIX**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed **July 24, 2026**, at Litchfield Park, Arizona.

/s/ Candi Collins
Candi Collins

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS, INC.; CASE NO. 25-04245-JBM11                3                PROOF OF SERVICE