**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq. (SBN 144615)

Christin A. Batt, Esq. (SBN 222584)

Financial Law Group, PC

5656 La Jolla Blvd.

La Jolla, CA 92037

Telephone (858) 454-9887

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

Order Entered on
July 23, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES WITH WINGS INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge:  Honorable J. Barrett Marum

COURT MODIFIED

### ORDER ON

EX PARTE APPLICATION TO ESTABLISH CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE AND SECTION 503(b)(1)(D) CLAIMS

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with

exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __226__.

//

//

//

//

//

//

//

DATED:  July 22, 2026

Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [07/01/18](Page 2)
ORDER ON    EX PARTE APPLICATION TO ESTABLISH CHAPTER 11 ADMINISTRATIVE CLAIMS BAR DATE
DEBTOR: VILLA CHARDONNAY HORSES WITH WINGS INC.,                    CASE NO: 25-04245-JBM11

Upon review of the Ex Parte Application to Establish Chapter 11 Administrative Claims Bar Date and good cause appearing therefor,

IT IS HEREBY ORDERED,

1. The Ex Parte Application to Establish Chapter 11 Administrative Claims Bar Date is granted.

2. Attorneys, accountants and other professionals employed by Villa Chardonnay Horses With Wings, Inc. ("Debtor"), as well as employees, vendors, customers, utility service providers, or any other parties in interest who believe they may be entitled to an administrative expense priority claim and who have not already obtained Court approval of same, must file by August 31, 2026, a motion for approval of their chapter 11 administrative fees and expenses.

3. The Trustee shall provide notice of the Chapter 11 Administrative Claims Bar Date to all known creditors of the Debtor and all parties that have requested special notice by mail not later than three (3) business days after entry of this Order.

4. The form of the Notice attached as Exhibit A to the Declaration of Leslie T. Gladstone is approved.

5. If a motion is not filed by August 31, 2026, then said professionals, employees, vendors, customers, utility service providers, or any other parties in interest who believe they may be entitled to administrative expense priority will be prohibited from asserting chapter 11 administrative priority and will not be paid any filed claims as a chapter 11 administrative priority in Debtor's bankruptcy case.

6. As to any potential claimants that fall under the exception contained in 11 U.S.C. Section 503(b)(1)(D), the claimant must file a Proof of Claim with the Court asserting administrative expense priority on or before August 31, 2026.

7. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

8. This Order shall not apply to the Trustee or professionals employed by the Trustee. Professionals representing the Trustee shall not be required to file motions requesting payment of administrative expenses, but shall file applications for approval of fees and reimbursement of expenses prior to the closing of the Debtor's estate.

IT IS SO ORDERED.

CSD 1001A                    Signed by Judge J Barrett Marum July 22, 2026

United States Bankruptcy Court

Southern District of California

In re:                                                                                    Case No. 25-04245-JBM

Villa Chardonnay Horses With Wings, Inc.                                                  Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 3 |
| Date Rcvd: Jul 23, 2026 | Form ID: pdfO10 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Levin | on behalf of Trustee Leslie T. Gladstone andrewl@flgsd.com leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |
| Benjamin Heston | on behalf of Creditor Darlene Sears bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Plaintiffs Celine Myers cgrumer@manatt.com |
| Carl Grumer | on behalf of Creditor The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Creditor Celine Myers cgrumer@manatt.com |
| Christin A. Batt | on behalf of Plaintiffs Leslie T. Gladstone christinb@flgsd.com sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |
| Christin A. Batt | |

District/off: 0974-3                                   User: Admin.                                   Page 2 of 3

Date Rcvd: Jul 23, 2026                              Form ID: pdfO10                              Total Noticed: 1

on behalf of Trustee Leslie T. Gladstone christinb@flgsd.com
sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

David K. Eldan

on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov  rpinal@pmcos.com

Haeji Hong

on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov
USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

Hilda Montes de Oca

on behalf of Trustee Leslie T. Gladstone hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Hilda Montes de Oca

on behalf of Attorney Financial Law Group hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Hilda Montes de Oca

on behalf of Plaintiffs Leslie T. Gladstone hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Kevin Dwight

on behalf of Plaintiffs Celine Myers kdwight@manatt.com

Kevin Dwight

on behalf of Creditor Celine Myers kdwight@manatt.com

Kevin Dwight

on behalf of Plaintiffs The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight

on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com

Leslie T. Gladstone

candic@flgsd.com
christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Leslie T. Gladstone

on behalf of Trustee Leslie T. Gladstone leslieg@flgsd.com
candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Leslie T. Gladstone

on behalf of Attorney Financial Law Group leslieg@flgsd.com
candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Matthew Sirolly

on behalf of Creditor California Labor Commissioner msirolly@dir.ca.gov

Meredith King

on behalf of Creditor Private Mortgage Lending  Inc. mking@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King

on behalf of Creditor River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King

on behalf of Creditor The Armbrust Living Trust mking@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Michael R Totaro

on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Nissan Thomas

on behalf of Defendant Monika Kerber Perez info@nissanthomaslaw.com

Nissan Thomas

on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. info@nissanthomaslaw.com

Shelby Poteet

on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet

on behalf of Creditor Private Mortgage Lending  Inc. spoteet@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet

on behalf of Creditor River Falls  LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

United States Trustee

ustp.region15@usdoj.gov

District/off: 0974-3                    User: Admin.                           Page 3 of 3
Date Rcvd: Jul 23, 2026                 Form ID: pdfO10                         Total Noticed: 1
TOTAL: 31