Order Entered on
July 23, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**

SOUTHERN DISTRICT OF CALIFORNIA

325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSE WITH WINGS, INC.,<br><br>                                Debtor. | BANKRUPTCY NO.   25-04245-JBM11<br>Date of Hearing:   N/A<br>Time of Hearing:   N/A<br>Name of Judge:   J. Barrett Marum |

**ORDER DENYING NOAH'S ARK OF VILLA TRUST'S EMERGENCY MOTION**

Related Motion/Order Docket Entry No. 229

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through two (2).

DATED: July 22, 2026

_____
Judge, United States Bankruptcy Court

Page 2 | ORDER DENYING NOAH'S ARK OF VILLA TRUST'S EMERGENCY MOTION

In re Villa Chardonnay Horses With Wings, Inc.                    Case No. 25-04245-JBM11

The Court has reviewed the Emergency Motion of Noah's Ark of Villa Trust to Intervene as an Interested Party; Request for Immediate Emergency Hearing; and Application for Temporary Restraining Order and Preliminary Injunction Preserving the Status Quo Pending Consideration of Proposed Purchase Transaction (ECF No. 229, the "Motion") and the Trustee's Opposition (ECF No. 236). The Court exercises its discretion to dispose of the Motion without further hearing pursuant to Local Bankruptcy Rule 9013-9(i).

A seemingly nonexistent entity's filing an application to intervene on a purported emergency basis shortly after the individual defendants' loss at trial strikes the Court as not only chicanery but also absurd. ECF No. 236 at 12 ("There is no record of Noah's Ark as a registered nonprofit."). This is especially the case when the entity's principal is one of those defendants.

The Court agrees with the Trustee that the Motion is untimely and thus cannot satisfy the threshold requirement for intervention under Federal Rule of Civil Procedure 24. The Court already entered a Judgment ordering turnover of the Property to the Trustee, including a writ of possession against the defendants and "any other occupants," yet the Motion asks the Court to "temporarily prohibit interference with or termination of the Trust's existing tenancy, occupancy, possession, access, and operations pending further order of the Court." ECF No. 229 at 8. The convenient appearance of this purported entity at this stage smacks of gamesmanship.

The Court highlights these points because they illustrate the basis for the Court's decision, however, the Court **DENIES** the Motion for all the reasons further detailed in the Opposition not just those mentioned in this Order.

**IT IS SO ORDERED.**

Signed by Judge J Barrett Marum July 22, 2026

United States Bankruptcy Court

Southern District of California

In re:                                                                          Case No. 25-04245-JBM

Villa Chardonnay Horses With Wings, Inc.                                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3             User: Admin.               Page 1 of 3

Date Rcvd: Jul 23, 2026           Form ID: pdfO1             Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

**Recip ID**           **Recipient Name and Address**
db               Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000

        +    Nissan Thomas, Esq., Law Offices of Nissan Thomas, 6230 Wilshire Blvd., Suite 2015, Los Angeles, CA 90048-5126

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

**Name**           **Email Address**

Andrew Levin

     on behalf of Trustee Leslie T. Gladstone andrewl@flgsd.com
     leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Benjamin Heston

     on behalf of Creditor Darlene Sears bhestonecf@gmail.com   benheston@recap.email,NexusBankruptcy@jubileebk.net

Carl Grumer

     on behalf of Plaintiffs Celine Myers cgrumer@manatt.com

Carl Grumer

     on behalf of Creditor The Ark Watch Foundation cgrumer@manatt.com

Carl Grumer

     on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com

Carl Grumer

District/off: 0974-3                                    User: Admin.                                        Page 2 of 3
Date Rcvd: Jul 23, 2026                              Form ID: pdfO1                                   Total Noticed: 2

on behalf of Creditor Celine Myers cgrumer@manatt.com

Christin A. Batt

on behalf of Plaintiffs Leslie T. Gladstone christinb@flgsd.com
sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Christin A. Batt

on behalf of Trustee Leslie T. Gladstone christinb@flgsd.com
sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

David K. Eldan

on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov  rpinal@pmcos.com

Haeji Hong

on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov
USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

Hilda Montes de Oca

on behalf of Trustee Leslie T. Gladstone hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Hilda Montes de Oca

on behalf of Attorney Financial Law Group hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Hilda Montes de Oca

on behalf of Plaintiffs Leslie T. Gladstone hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Kevin Dwight

on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight

on behalf of Plaintiffs Celine Myers kdwight@manatt.com

Kevin Dwight

on behalf of Creditor Celine Myers kdwight@manatt.com

Kevin Dwight

on behalf of Plaintiffs The Ark Watch Foundation kdwight@manatt.com

Leslie T. Gladstone

candic@flgsd.com
christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Leslie T. Gladstone

on behalf of Trustee Leslie T. Gladstone leslieg@flgsd.com
candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Leslie T. Gladstone

on behalf of Attorney Financial Law Group leslieg@flgsd.com
candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Matthew Sirolly

on behalf of Creditor California Labor Commissioner msirolly@dir.ca.gov

Meredith King

on behalf of Creditor Private Mortgage Lending  Inc. mking@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King

on behalf of Creditor River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King

on behalf of Creditor The Armbrust Living Trust mking@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Michael R Totaro

on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Nissan Thomas

on behalf of Defendant Monika Kerber Perez info@nissanthomaslaw.com

Nissan Thomas

on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. info@nissanthomaslaw.com

Shelby Poteet

on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet

on behalf of Creditor Private Mortgage Lending  Inc. spoteet@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

District/off: 0974-3        User: Admin.        Page 3 of 3

Date Rcvd: Jul 23, 2026        Form ID: pdfO1        Total Noticed: 2

Shelby Poteet

       on behalf of Creditor River Falls  LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

United States Trustee

       ustp.region15@usdoj.gov

TOTAL: 31