**CSD 1001C** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Michael R. Totaro    102229
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
(310) 804-2157 (v)
Ocbkatty@aol.com

Order Entered on
July 24, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Villa Chardonnay Horses With Wings, Inc.

Debtor.

BANKRUPTCY NO. 3:25-bk-04245-JBM11

Date of Hearing:
Time of Hearing:
Name of Judge: J Barrett Marum

## COURT MODIFIED
## ORDER ON

AMENDED APPLICATION BY DEBTOR IN POSSESSION TO EMPLOY MICHAEL R. TOTARO, MAUREEN J. SHANAHAN, AND THE LAW OFFICES OF TOTARO & SHANAHAN, LLP AS GENERAL INSOLVENCY COUNSEL

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages.    Motion/Aplication Docket Entry No. 39.

//

//

//

//

//

//

//

DATED:
July 23, 2026

Judge, United States Bankruptcy Court

CSD 1001C [07/01/18]                                                              Page **2** of **2**

ORDER ON:Application of ~~Totaaro~~ Totaro & Shanahan, LLP and counsel to approve Employment as Insolvency Counsel

DEBTOR:Villa Chardonnay Horses With Wings, Inc.                          CASE NO:3:25-bk-04245-

---

On November 9, 2025 Totaro & Shanahan, LLP, Michael R. Totaro and Maureen J. Shanahan ("Movants") ~~file~~ filed an Application to be Employed as General insolvency Counsel to Chapter 11 Debtor Villa Chardonnay Horses With Wings, Inc. ("Debtor") on Notice of Intended Action, Docket Nos 22-24.  On November 24, 2025, Movants filed an Amended Application as Docket no. 39. The same day the United States Trustee submitted its Statement of Position with no objection to the Application. Docket No. 40.

Having reviewed the Application and related Documents set forth herein including the position of the United States Trustee, the Court finds good cause to approve the Application as set forth herein .

~~IT IS SO ORDERED..~~

The Court notes a significant delay occurred between the Movant's filing the Amended Application and the entry of this order.   The Movant filed the original Application to Employ within 30 days of the Debtor's filing the Petition, so the Movant properly sought approval without a noticed hearing.  And no parties opposed.

However, although the Amended Application included a proposed order, the Movant did not upload the proposed order in accord with the Court's procedures until July 22, 2026.  As such, the Court promptly enters this order despite the Movant's having withdrawn as counsel.  ECF No. 186.

IT IS SO ORDERED.

Signed by Judge J Barrett Marum July 23, 2026

CSD 1001C

United States Bankruptcy Court

Southern District of California

In re:                                                                          Case No. 25-04245-JBM

Villa Chardonnay Horses With Wings, Inc.                                        Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 3 |
| Date Rcvd: Jul 24, 2026 | Form ID: pdfO10 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

**Recip ID          Recipient Name and Address**
db                        Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

**Name                          Email Address**

Andrew Levin
     on behalf of Trustee Leslie T. Gladstone andrewl@flgsd.com
     leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Benjamin Heston
     on behalf of Creditor Darlene Sears bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net

Carl Grumer
     on behalf of Plaintiffs Celine Myers cgrumer@manatt.com

Carl Grumer
     on behalf of Creditor The Ark Watch Foundation cgrumer@manatt.com

Carl Grumer
     on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com

Carl Grumer
     on behalf of Creditor Celine Myers cgrumer@manatt.com

Christin A. Batt
     on behalf of Plaintiffs Leslie T. Gladstone christinb@flgsd.com
     sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Christin A. Batt

on behalf of Trustee Leslie T. Gladstone christinb@flgsd.com
sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

David K. Eldan

on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov  rpinal@pmcos.com

Haeji Hong

on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov
USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

Hilda Montes de Oca

on behalf of Trustee Leslie T. Gladstone hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Hilda Montes de Oca

on behalf of Attorney Financial Law Group hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Hilda Montes de Oca

on behalf of Plaintiffs Leslie T. Gladstone hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Kevin Dwight

on behalf of Plaintiffs Celine Myers kdwight@manatt.com

Kevin Dwight

on behalf of Creditor Celine Myers kdwight@manatt.com

Kevin Dwight

on behalf of Plaintiffs The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight

on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com

Leslie T. Gladstone

candic@flgsd.com
christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Leslie T. Gladstone

on behalf of Trustee Leslie T. Gladstone leslieg@flgsd.com
candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Leslie T. Gladstone

on behalf of Attorney Financial Law Group leslieg@flgsd.com
candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Matthew Sirolly

on behalf of Creditor California Labor Commissioner msirolly@dir.ca.gov

Meredith King

on behalf of Creditor Private Mortgage Lending  Inc. mking@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King

on behalf of Creditor River Falls  LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Meredith King

on behalf of Creditor The Armbrust Living Trust mking@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com

Michael R Totaro

on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. Ocbkatty@aol.com

Nissan Thomas

on behalf of Defendant Monika Kerber Perez info@nissanthomaslaw.com

Nissan Thomas

on behalf of Debtor Villa Chardonnay Horses With Wings  Inc. info@nissanthomaslaw.com

Shelby Poteet

on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet

on behalf of Creditor Private Mortgage Lending  Inc. spoteet@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

Shelby Poteet

on behalf of Creditor River Falls  LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com

United States Trustee

ustp.region15@usdoj.gov

District/off: 0974-3                                    User: Admin.                                    Page 3 of 3
Date Rcvd: Jul 24, 2026                                 Form ID: pdfO10                                 Total Noticed: 1
TOTAL: 31