CSD 5013 [01/01/2026]

Name, Address, Telephone No. & I.D. No.
Leslie T. Gladstone, Esq.  (SBN 144615)
Christin A. Batt, Esq.  (SBN 222584)
Hilda M. Montes de Oca (SBN 287605)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.; La Jolla, CA 92037
Telephone:  (858) 454-9887
Facsimile:  (858) 454-9596
E-mail:  HildaM@flgsd.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6988

| In Re  VILLA CHARDONNAY HORSES WITH WINGS, INC., | |
|---|---|
| Debtor(s) | BANKRUPTCY NO. 25-04245-JBM11 |
| Plaintiff(s) | ADVERSARY NO. |
| v. | |
| Defendant(s) | |

**DISCLOSURE AND CERTIFICATION ON GENERATIVE ARTIFICIAL INTELLIGENCE USE**

Pursuant to General Order No. 210,

Party:  Leslie T. Gladstone, Plaintiff and

Filing Counsel:  Hilda M. Montes de Oca

make the following disclosure and certification concerning the use of any generative artificial intelligence ("AI") program in preparing the attached paper, styled TRUSTEE'S OPPOSITION TO FIRST AND FINAL APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, FILED BY MICHAEL TOTARO, ATTORNEY FOR DEBTOR .

For purposes of its General Order, the Court considers generative AI to be that which can create original content such as text or images in response to a user's prompt or request.  This includes in particular the creation of a filed paper's *initial content* through such a prompt or request.  Later a*ugmentations* to initial content are likewise subject to the General Order if that is created through a prompt or request using generative AI.

In contrast, spell checkers, predictive text prompts, grammar checkers, paraphrasing tools, text polishers and the like are typically not covered by the General Order.

**Disclosure**

The following generative AI program(s) was/were used in preparing the attached paper: Lexis+AI.

**Certification**

The filer(s) of the attached paper certify that they checked the document for factual and legal accuracy using print reporters, traditional legal databases, or other reliable means outside of AI.

Dated:        July 27, 2026                              /s/ Hilda M. Montes de Oca
                                                                     Hilda M. Montes de Oca
                                                                     Filing Party or Counsel