**PROOF OF SERVICE**

I, Natali Katw, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5656 La Jolla Blvd., La Jolla, California 92037. On **July 27, 2026**, I served a true and correct copy of the following document(s):

**TRUSTEE'S OPPOSITION TO THE FIRST AND FINAL APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, FILED BY MICHAEL TOTARO, ATTORNEY FOR DEBTOR**

**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF TRUSTEE'S OPPOSITION TO THE FIRST AND FINAL APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES, FILED BY MICHAEL TOTARO, ATTORNEY FOR DEBTOR**

**DISCLOSURE AND CERTIFICATION ON GENERATIVE ARTIFICIAL INTELLIGENCE USE**

on the parties in this action as follows:

**X** **by CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic (NEF) and hyperlink, to the parties and/or counsel who are determined this date, **July 27, 2026**, to be registered CM/ECF Users set forth below as identified on the service list obtained from this Court on the Electronic Mail Notice list.

- **Christin A. Batt, Attorney for Chapter 11 Trustee**
  christinb@flgsd.com, sandray@flgsd.com;candic@flgsd.com;
  leslieg@flgsd.com;andrewl@flgsd.com ;hildam@flgsd.com;
  natalik@flgsd.com
- **Kevin Dwight, Attorney for Creditor The Ark Watch Foundation**
  kdwight@manatt.com
- **David K. Eldan, Attorney for California Dept. of Justice**   David.Eldan@doj.ca.gov, rpinal@pmcos.com

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS          1                    PROOF OF SERVICE
CASE NO. 25-04245-JBM11

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

- **Leslie T. Gladstone, Chapter 11 Trustee**   candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net; andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Leslie T. Gladstone, Attorneys for Chapter 11 Trustee** leslieg@flgsd.com,candic@flgsd.com;sandray@flgsd.com; christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com; natalik@flgsd.com
- **Carl Grumer, Attorney for Ark Watch Foundation and Celine Myers**   cgrumer@manatt.com
- **Benjamin Heston, Attorney for Creditor Darlene Sears**   bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Haeji Hong, Special Notice Attorney for US Trustee's Office**   Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Meredith King, Special Notice Attorney for Creditor Private Mortgage Lending, Inc., River Falls LLC, The Armbrust Living Trust**   mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law; 17913@notices.nextchapterbk.com
- **Andrew Levin, Attorneys for Chapter 11 Trustee**   andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com; candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Hilda Montes de Oca**, **Attorney for Chapter 11 Trustee** hildam@flgsd.com,leslieg@flgsd.com;candic@flgsd.com; christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com; natalik@flgsd.com
- **Shelby Poteet, Attorney for Private Mortgage Lending, Inc., River Falls LLC, The Armbrust Living Trust**   spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com
- **Matthew Sirolly, Attorney for Debtor**   msirolly@dir.ca.gov
- **Michael R Totaro, Attorney for Debtor**   Ocbkatty@aol.com
- **United States Trustee**   ustp.region15@usdoj.gov

All other interested parties in this action that are not a registered ECF User are served as follows:

**X**     **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our

IN RE VILLA CHARDONNAY HORSES WITH WINGS         2                    PROOF OF SERVICE
CASE NO. 25-04245-JBM11

office the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086
*Special Notice Creditor*

Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065
*Special Notice Creditor*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed **July 27, 2026**, at La Jolla, California.

/s/ Natali Katw

Natali Katw

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS          3          PROOF OF SERVICE
CASE NO. 25-04245-JBM11