MANATT, PHELPS & PHILLIPS, LLP
Kevin P. Dwight (Bar No. CA 239476)
kdwight@manatt.com
Connor Farley (Bar No. CA 361715)
cfarley@manatt.com
203 Redwood Shores Pkwy, Suite 125
Redwood City, CA 94065
Telephone:     (650) 812-1300
Facsimile:     (650) 213-0260


Attorneys for Creditors
THE ARK WATCH FOUNDATION AND CELINE MYERS

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 25-04245-JBM11 |
| Villa Chardonnay Horses With Wings, Inc., | Chapter 11 |
| Debtor. | **THE ARK WATCH FOUNDATION AND CELINE MYERS' OPPOSITION AND JOINDER TO TRUSTEE'S OPPOSITION TO FIRST AND FINAL FEE APPLICATION OF MICHAEL R. TOTARO** |
| | Date:     August 11, 2026<br>Time:     10:00 AM<br>Dept:     2<br>Judge:    Honorable J. Barrett Marum |

MANATT,
PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SILICON VALLEY

Creditors Celine Myers and The Ark Watch Foundation ("Ark Watch") hereby opposes and joins in Chapter 11 Trustee Leslie T. Gladstone's Opposition to the First and Final Application for Award of Compensation and Reimbursement of Expenses Filed by Michael Totaro, Attorney for Debtor, filed on July 27, 2026 at Docket No. 250 (the "Objection").

Ark Watch opposes the Fee Application and joins the Objection pursuant to 11 U.S.C. § 330(a) on the basis that the services Mr. Totaro provided to the Estate were not necessary or beneficial to the administration of the Estate. The Debtor first sought retention of Mr. Totaro and his firm on September 13, 2025 in Debtor's previously filed Chapter 11, dismissed by this Court's Order on October 1, 2025. In the present case, the Debtor sought retention of Mr. Totaro on November 9, 2025 with an amended application filed on November 24, 2025, and Mr. Totaro sought withdrawal from representation of the Debtor on March 16, 2026. Mr. Totaro also initially represented Debtor's principal, Monika Kerber Perez ("Kerber"), in her individual Chapter 7 case but withdrew based on potential conflict of interest. *See* Case No. 25-4318, [Dkt. No. 29.] However, at the Debtor's Section 341 meeting of creditors, Mr. Totaro raised his voice at Ark Watch and untruthfully alleged that Ark Watch had filed complaints against Kerber with the County of San Diego, demonstrating that he continued to represent Kerber personally even after his alleged withdrawal as her counsel. On January 28, 2026, the Court appointed Leslie T. Gladstone as Chapter 11 Trustee (the "Trustee"). Since January 28th, the Trustee has been primarily responsible for advancing the Debtor's case towards completion. Mr. Totaro's last filing prior to his motion to withdraw occurred on January 26th. As noted in the Objection, Mr. Totaro has not been clear on his compensation regarding Kerber's chapter 7 case and the Debtor's previous filing. Mr. Totaro's filings also contained significant errors, such as a failure to produce accurate donation receipts and financials. *See* [Dkt. No. 58.] Mr. Totaro also misrepresented the Debtor's potential to obtain financing and the condition of the animals on the Debtor's property, resulting in delay of administration of the Estate and an expensive rescue operation by San Diego Human Society. Finally, Mr. Totaro's retention application contains several items that were never completed, including negotiations with creditors, services related to a disclosure statement and plan of reorganization. Mr. Totaro also failed to file a timely response to Ark Watch's Complaint in its adversary proceeding against the Debtor. *See* Case No. 26-90011, [Dkt. No. 6.] The Answer that he did file consisted of one half-page of general

MANATT,
PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SILICON VALLEY

denials.  *See id.*

Based on the foregoing, Ark Watch respectfully requests that the Court deny the fee application of Michael R. Totaro.

Respectfully submitted,

Dated:  July 27, 2026

MANATT, PHELPS & PHILLIPS, LLP

By: _____
Kevin P. Dwight

Attorneys for Creditors
THE ARK WATCH FOUNDATION AND
CELINE MYERS

MANATT,
PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SILICON VALLEY