# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

### *Hearing Information:*

|  |  |
|---:|---|
| **Debtor:** | Villa Chardonnay Horses With Wings, Inc. |
| **Case Number:** | 25-04245-JBM    **Chapter:** 11 |
| **Date / Time/ Room:** | 07/29/2026 10:00 AM, Department 2 |
| **Bankruptcy Judge:** | J. Barrett Marum |
| **Courtroom Clerk:** | Russell Paluso |
| **ECRO:** | N/A |

### *Matters:*

STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 7/16/26)

### *Appearances:*

LESLIE GLADSTONE, CHAPTER 11 TRUSTEE
MEREDITH KING, ATTORNEY FOR RIVER FALLS, INC.
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE

### *Disposition:*

Continued to 9/8/26 at 11:00 a.m.

Status reports are to be filed by no later than 9/1/26.

Ms. Gladstone is to file a notice of hearing re: the motion for approval of the carve out with the senior creditor for 9/8/26 at 11:00 a.m. as stated on the record.