Case 25-04245-JBM11    Filed 08/05/26    Entered 08/05/26 11:31:37    Doc 253    Pg. 1 of 1

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF CALIFORNIA | TRANSCRIPT and/or AUDIO FILE ORDER FORM **Please use one form per case** *Please read instructions on next page* | COURT USE ONLY DUE DATE: FILED |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER **Scott Rodd** | 2a. CONTACT PHONE NUMBER **860-519-6352** | 3a. CONTACT EMAIL ADDRESS **srodd@kpbs.org** 2026 AUG -5 AM 10: 04 CLERK |
|---|---|---|
| 1b. ATTORNEY NAME (if different) #303444 | 2b. ATTORNEY PHONE NUMBER | 3b. ATTORNEY EMAIL ADDRESS U.S. BANKRUPTCY CT SO DIST. OF CALIF. |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) KPBS 5200 Campanile Drive San Diego, CA 92182 | 5. CASE NAME Debtor: Villa Chardonnay Horses With Wings, Inc. | 6. CASE NUMBER 25-04245-JBM11 |
|---|---|---|

**7. TRANSCRIPT and/or AUDIO REQUESTED:** Specify portion(s) and date(s) of proceeding(s) for which transcript or audio is requested, format(s), and delivery type:

**a. HEARING(S) (OR PORTIONS OF HEARINGS)**

**b. SELECT FORMAT(S)** *(NOTE: ECF access is included with purchase of transcripts only.)*

**c. DELIVERY TYPE (Choose one per line – Transcripts Only)**

| DATE | JUDGE | PORTION (full day or which half day) | TRANSCRIPTS PDF (email) | TRANSCRIPTS PAPER (mail) | | AUDIO Electronic Download ($34) | AUDIO Flash Drive ($34) | ORDINARY (30-day $4.00 pp) | 14-DAY ($4.70 pp) | EXPEDITED (7-day $5.35 pp) | 3-DAY ($6.00 pp) | DAILY (Next Day $6.70 pp) | HOURLY (2 hrs $8.00 pp) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/03/2026 | Judge J. Barrett Marum | Full | ☐ | ☐ | | ☑ | ☐ | ☒ | ☒ | ☒ | ☒ | ☒ | ☒ |
| 05/01/2026 | Judge J. Barrett Marum | Full | ☐ | ☐ | | ☑ | ☐ | ☒ | ☒ | ☒ | ☒ | ☐ | ☒ |
| | | | ☐ | ☐ | | ☐ | ☐ | ☒ | ☒ | ☒ | ☒ | ☐ | ☒ |
| | | | ☐ | ☐ | | ☐ | ☐ | ☒ | ☒ | ☒ | ☒ | ☐ | ☒ |
| | | | ☐ | ☐ | | ☐ | ☐ | ☒ | ☒ | ☒ | ☒ | ☐ | ☒ |
| | | | ☐ | ☐ | | ☐ | ☐ | ☒ | ☒ | ☒ | ☒ | ☒ | ☒ |

**d. TRANSCRIPTION COMPANY SELECTED** (You – requester – are required to send this form to the transcription company you select as well as file with the Clerk's Office.)

**8. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.**
Please send audio files or links to the recordings to srodd@kpbs.org

[Audio format, ☐ FTR, ☑ MP3, ☐ Both]

**ORDER & CERTIFICATION (9 & 10.)** By signing below, I certify that I will pay all charges as required.
9. SIGNATURE *Scott Rodd*

10. DATE 8/4/2026