PAUL J. LEEDS, ESQ. (SBN 214309)
pleeds@fsl.law
MEREDITH KING, ESQ. (SBN 280043)
mking@fsl.law
FRANKLIN SOTO LEEDS LLP
444 West C Street, Suite 300
San Diego, California 92101
Tel: 619.872.2520
Fax: 619.566.0221

*Attorneys for River Falls, LLC,*
*Private Mortgage Lending, Inc., and*
*The Armbrust Living Trust*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re,<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br><br>Debtor. | Case No: 25-04245-JBM11<br><br><br>CHAPTER 11<br><br><br>**SUPPLEMENTAL PROOF OF SERVICE** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

Villa Chardonnay Horses With Wings, Inc.

CASE NO: 25-04245-JBM11

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 8/6/2026, I did cause a copy of the following documents, described below,

RIVER FALLS, LLC'S JOINDER TO TRUSTEE'S OPPOSITION AND FURTHER OPPOSITION TO DEBTOR'S MOTION TO REMOVE CHAPTER 11 TRUSTEE; TO STAY, VACATE, OR MODIFY TURNOVER ORDERS; FOR PRESERVATION ORDER; AND FOR EMERGENCY EVIDENTIARY HEARING

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/6/2026

/s/ Meredith King
Meredith King  280043
Attorney for Creditor
FRANKLIN SOTO LEEDS LLP
444 West C St STE 300
San Diego, CA 92101
619-872-2520
jwilson@fsl.law

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

Villa Chardonnay Horses With Wings, Inc.

CASE NO: 25-04245-JBM11

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 8/6/2026, a copy of the following documents, described below,

RIVER FALLS, LLC'S JOINDER TO TRUSTEE'S OPPOSITION AND FURTHER OPPOSITION TO DEBTOR'S MOTION TO REMOVE CHAPTER 11 TRUSTEE; TO STAY, VACATE, OR MODIFY TURNOVER ORDERS; FOR PRESERVATION ORDER; AND FOR EMERGENCY EVIDENTIARY HEARING

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/6/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Meredith King
FRANKLIN SOTO LEEDS LLP
444 West C St STE 300
San Diego, CA  92101

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

DALE FULLERTON
30002 CHIHUAHUA VALLEY
WARNER SPRINGS CA 92086

FIRST CLASS

MARGIE MANNEX
1755 LILAC ROAD
RAMONA CA 92065

FIRST CLASS

SCOTT RODD
KPBS
5200 CAMPANILE DRIVE
SAN DIEGO CA 92182