TENTATIVE RULING

ISSUED BY JUDGE J. BARRETT MARUM

| | |
|---|---|
| Bankruptcy Case Name: | Villa Chardonnay Horses With Wings, Inc. |
| Bankruptcy Number: | 25-04245-JBM11 |
| Hearing: | 08/11/2026 1:30 PM |
| Motion: | FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY: TOTARO & SHANAHAN, LLP |

**DENIED WITHOUT PREJUDICE** to Applicant re-filing it with respect to fees incurred prior to the Chapter 11 Trustee's appointment.  Applicant may not recover fees for work performed after the Chapter 11 Trustee was appointed for the reasons outlined in the Trustee's opposition and so the Court denies the application with respect to those fees with prejudice.  With respect to the balance of the fees sought, Applicant's time entries are nearly all lumped or so vague that it is difficult to tell what work Applicant performed and whether or how that work benefited the estate.  Instead of reducing fees, the Court will provide Applicant an opportunity to revise the time entries to eliminate lumping and to fully describe the work Applicant performed.  The Court therefore denies the application without prejudice as to fees for work Applicant performed prior to the Trustee's appointment.  The Court excuses appearances on August 11, 2026.