Matthew Sirolly, SBN 239984
STATE OF CALIFORNIA
LABOR COMMISSIONER'S OFFICE
320 w. 4th Street, Suite 600
Los Angeles, CA 90013
Telephone No.  (213) 897-1511
Facsimile No.  (213) 897-2877
E-mail:  msirolly@dir.ca.gov

Attorney for Creditor,
Labor Commissioner of the State of Cal.

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| In re | CASE NO. 25-04245-JBM11 |
| VILLA CHARDONNAY HORSES WITH WINGS, INC., | CHAPTER:  11 |
| Debtor. | **CREDITOR LABOR COMMISSIONER'S JOINDER IN TRUSTEE'S AND RIVER FALLS, LLC'S OPPOSITIONS TO DEBTOR'S EMERGENCY MOTION TO REMOVE TRUSTEE; TO STAY, VACATE, OR MODIFY TURNOVER ORDERS; FOR PRESERVATION ORDER; AND FOR EMERGENCY EVIDENTIARY HEARING** |
| | **Date: August 26, 2026**<br>**Time: 10:00 A.M.**<br>**Dept: 2**<br>**Hon. J. Barrett Marum** |

**Labor Commissioner's Joinder in Oppositions to Debtor's Emergency Motion to Remove Trustee, Etc.**
*In re Villa Chardonnay Horses with Wings, Inc. (Case No. 25-04245)*

Creditor Labor Commissioner of the State of California ("Labor Commissioner") joins in the Oppositions filed by the Trustee and Creditor River Falls, LLC to "Debtor's Motion to Remove Trustee; to Stay, Vacate, or Modify Turnover Orders; for Preservation Order; and for Emergency Evidentiary Hearing" filed by counsel for Debtor's principals. For the reasons stated in those oppositions, Labor Commissioner believes the relief requested by Debtor's principals is contrary to the interests of the Creditors in this action and the interests of justice.

STATE OF CALIFORNIA LABOR COMMISSIONER'S OFFICE

Dated: August 6, 2026

_____

Matthew Sirolly
Attorney for Creditor,
Labor Commissioner of the State of California

2

**Labor Commissioner's Joinder in Oppositions to Debtor's Emergency Motion to Remove Trustee, Etc.**
*In re Villa Chardonnay Horses with Wings, Inc. (Case No. 25-04245)*