AMENDED TENTATIVE RULING

ISSUED BY JUDGE J. BARRETT MARUM

Bankruptcy Case Name:      Villa Chardonnay Horses With Wings, Inc.

Bankruptcy Number:         25-04245-JBM11

Hearing:                   08/11/2026 1:30 PM

Motion:                    FIRST AND FINAL APPLICATION FOR COMPENSATION
                           AND REIMBURSEMENT OF EXPENSES FILED BY:
                           TOTARO & SHANAHAN, LLP

The Court amends its Tentative Ruling (ECF No. 261) such that it is **WITHOUT PREJUDICE** to Applicant including in a renewed fee application a request that the Court authorize payment for certain services following the Trustee's appointment in the amount of $4,680.00 pursuant to Section 503(b)(1)(A).  Applicant should support any such request pursuant to § 503 with legal authority.  Appearances on August 11, 2026 remain excused.