Leslie T. Gladstone, Esq.  (SBN 144615)
Christin A. Batt, Esq.  (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone:  (858) 454-9887
Facsimile:  (858) 454-9596
E-mail:  LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11Trustee

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>      Debtor. | Case No.:  25-04245-JBM11<br><br>**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF TRUSTEE'S NOTICE OF INTENDED ACTION RE APPROVAL OF CARVE-OUT AGREEMENT WITH RIVER FALLS, LLC**<br><br>Dept:      One (1)<br>Honorable Christopher B. Latham |

I, LESLIE T. GLADSTONE, declare:

1. I am the chapter 11 trustee for the bankruptcy estate of Villa Chardonnay Horses with Wings, Inc. ("**Debtor**").  All the information contained herein is within my personal knowledge, except for those matters alleged on information and belief and as to those matters I believe them to be true.  If called as a witness, I could competently testify thereto.

2. I offer this Declaration in support of my Notice of Intended Action ("**NOIA**") for an order approving a carve-out agreement with River Falls, LLC ("**River Falls**").

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

3.      According to documents on file in this case, on or about October 14, 2025, the Debtor filed its chapter 11 bankruptcy petition.  I was appointed as chapter 11 trustee for the estate (the "**Estate**") on January 29, 2026.

4.      I am informed and believe that the primary asset in the Estate is real estate located at 4554 and 4430 Boulder Creek Road, Julian, California (collectively, the "**Property**").  Debtor operated an animal sanctuary at the Property, which housed approximately 600 elderly and disabled animals.  On or about May 1, 2026, the San Diego Humane Society seized all the animals.

5.      I have determined that the best interests of the Estate were served by turning over the animals to the San Diego Humane Society and selling the Property.

6.      I believe that the Property has a value of approximately Two Million Five Hundred Thousand Dollars ($2,500,000.00), based on an appraisal provided by River Falls.

7.      I am informed and believe that the Property is encumbered by the following liens of record in the following order of priority:

| Priority | Document | Payee | Amount |
|---|---|---|---|
| 1 | Deed of Trust, recorded as Document No. 2020-035850 | River Falls LLC | $2,300,000.00 approx. current balance |
| 2 | Judgment Lien, recorded as Document No. 2020-0664245 | Elias Villafuerto-Rubio | $18,639.12 recorded balance |
| 3 | Judgment Lien, recorded as Document No. 2020-0664248 | Raul Garcia | $12,914.62 recorded balance |
| 4 | Judgment Lien, recorded as Document No. 2020-0664249 | Benjamin Moreno | $9,700.09 recorded balance |
| 5 | Judgment Lien, recorded as Document No. 2020-0664251 | Santos Figueroa | $5,726.98 recorded balance |

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

| Priority | Document | Payee | Amount |
|---|---|---|---|
| 6 | Judgment Lien, recorded as Document No. 2020-0664253 | Santos Rodriguez | $46,343.67 recorded balance |
| 7 | Deed of Trust, recorded as Document No. 2022-0041797 | SBA | $2,000,000.00 recorded balance |
| 8 | Judgment Lien, recorded as Document No. 2022-0233625 | California State Labor Commissioner | $43,517.49 recorded balance |
| 9 | Judgment Lien, recorded as Document No. 2022-0298755 | The Ark Watch Foundation | $64,998.29 recorded balance |
| 10 | Judgment Lien, recorded as Document No. 2023-0230116 | The Ark Watch Foundation | $160,062.02 recorded balance |
| 11 | Judgment Lien, recorded as Document No. 24-056183 | Waste Management Collection and Recycling, Inc. | $9,656.31 recorded balance |
| 12 | Judgment Lien, recorded as Document No. 24-0109249 | Andres Sandoval | $2,843.22 recorded balance |
| 13 | Judgment Lien, recorded as Document No. 24-0109250 | Ray Velazquez | $12,280.30 recorded balance |
| 14 | Judgment Lien, recorded as Document No. 24-0154506 | Celine Myers | $2,010,420.01 recorded balance |
| 15 | Judgment Lien, recorded as Document No. 24-0258078 | Darlene Sears | $64,542.32 recorded balance |
| 16 | Tax Lien, recorded as Document No. 24-0322884 | United States of America, District Director of Internal Revenue | $225,267.70 recorded balance |
| 17 | Tax Lien, recorded as Document No. 24-0340420 | United States of America, District Director of Internal Revenue | $34,944.54 recorded balance |
| 18 | Tax Lien, recorded as Document No. 25-028164 | United States of America, District Director of Internal Revenue | $56,880.22 recorded balance |

8.     I have received post-petition financing from the River Falls Lenders in the amount of Four Hundred Thousand Dollars ($400,000.00) (the "**Post-Petition Financing**") to fund administration of the Estate and for the relocation/care of the animals.  The Post-Petition Financing has been added to the claim amount of the River Falls Lenders (No. 1 above).

9.      I intend to market and sell the Property and distribute the proceeds ("**Sale Proceeds**") to the extent possible and in the order of priority above, all in connection with a Bankruptcy Code Section 363 sale and Court order regarding same.

10.     In recognition of the unique difficulties and circumstances involved with administering the Estate, River Falls and I desire to enter into a carve-out agreement in order to provide a distribution to River Falls and also to provide money for unsecured and/or undersecured creditors of the Estate.  A true and correct copy of the Stipulation Re: Carve-Out from River Falls's Claim in Favor of Chapter 11 Trustee and Estate (the "**Carve-Out Agreement**") is attached as Exhibit 1 to my NOIA.

11.     In this case, I have negotiated a carve-out to provide a distribution to River Falls, and also to provide money for unsecured and/or undersecured creditors of the Estate.

12.     I have given notice of the Carve-Out Agreement to all creditors of the Estate, all parties requesting special notice, and all entities required to be given notice under the federal and local bankruptcy rules.

13.     In view of the compelling business reason for the proposed transaction—generating funds to pay creditors—I determined that the Carve-Out Agreement is in the best interests of the Estate and request that the Court approve the Carve-Out Agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 10, 2026, at La Jolla, California.

/s/ Leslie T. Gladstone
Leslie T. Gladstone

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

IN RE VILLA CHARDONNAY HORSES WITH WINGS, INC.
CASE NO. 25-04245-JBM11

4

GLADSTONE DECLARATION RE NOIA RE CARVE-OUT WITH RIVER FALLS