Nissan Thomas, Esq. (SBN 250273)

6230 Wilshire Blvd., #2015

Los Angeles, CA 90048

P: (424) 781-7653

F: (310) 388-5292

E: info@nissanthomaslaw.com

*Attorney for Debtor Villa Chardonnay*
*Horses With Wings, Inc. and Monika Kerber Perez*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: VILLA CHARDONNAY HORSES WITH WINGS, INC., <br><br> DEBTOR, <br><br><br> LESLIE T. GLADSTONE, CHAPTER 11, TRUSTEE, | **Case No**.: 25-04245-JBM11 <br><br> **PROOF OF SERVICE** |

I am over the age of 18 and not a party to this action.

I am a resident of or employed in the county where the mailing occurred; my business/ residence address is: 6230 Wilshire Blvd., #2015, Los Angeles, CA 90048.

On July 21, 2026  I served the foregoing document(s) described as: **DEBTOR'S REPLY IN SUPPORT OF MOTION TO REMOVE CHAPTER 11 TRUSTEE AND FOR RELATED RELIEF** to the following parties:

**SEE SERVICE LIST ATTACHMENT**

[. ] (By U.S. Mail) I deposited such envelope in the mail at Los Angeles, California with postage thereon fully prepaid.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal

- 1 -

cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[  ]  (By CM/ECF):  I am readily familiar with the General Order(s) and Local Bankruptcy Rule(s) ("LBR"), of the United States Bankruptcy Court, Southern District of California of collecting and processing electronic filings.  Pursuant to this practice, the foregoing document will be served by the court electronically via the court's CM/ECF system, which generates a Notice of Electronic Filing ("NEF"), and hyperlink to the document in the court's system to the filing party, assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 12, 2026

_____

            Nissan Thomas, Esq.

- 2 -

## SERVICE LIST ATTACHMENT

RE: In Re: Villa Chardonnay Horses With Wings, Inc.
BK Case No.: 25-04245-JBM11

| | | | |
|---|---|---|---|
| **Christin A. Batt on behalf of Plaintiffs Leslie T. Gladgtone** *christinb@flgsd.com, . . · • sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd._oom;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com* | **Christin A. Batt on behalf of Trustee Leslie T. Gladstone** *christinb@flgsd.com, . am@flgsd.com;natal1.sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hild k@flgsd.com* | **Kevin Dwight on behalf of Creditor The Ark Watch Foundation** *kdwight@manatt.com* | **Kevin Dwight on behalf of Creditor Celine Myers** *kdwight@manatt.com* |
| **Kevin Dwight on behalf of Plaintiffs The Ark Watch Foundation** *kdwight@manatt.com* | **Kevin Dwight on behalf of Plaintiffs Celine Myers** *kdwight@manatt.com* | **David K. Eldan on behalf of Attorney David K Eldan** *david.Eldan@doj.ca.gov, rpinal@pmcos.com* | **Leslie T. Gladstone** *candic@flgsd.com, christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com* |
| **Leslie T. Gladstone on behalf of Attorney Financial Law Group** *leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com* | **Leslie T. Gladstone on behalf of Trustee Leslie T. Gladstone** *leslieg@flgsd.com, candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com* | **Carl Grumer on behalf of Creditor The Ark Watch Foundation** *cgrumer@manatt.com* | **Carl Grumer on behalf of Creditor Celine Myers** *cgrumer@manatt.com* |
| **Carl Grumer on behalf of Plaintiffs The Ark Watch Foundation** *cgrumer@manatt.com* | **Carl Grumer on behalf of Plaintiffs Celine Myers** *cgrumer@manatt.com* | **Benjamin Heston on behalf of Creditor Darlene Sears** *bhestonecf@gmail.com, benheston@recap .email ,N ex usBankruptcy@ju bileebk .net* | **Haeji Hong on behalf of United States Trustee United States Trustee** Haeji *.hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l .carroll@usdoj.gov* |

**SERVICE LIST ATTACHMENT CONT'D**

RE: In Re: Villa Chardonnay Horses With Wings, Inc.
BK Case No.: 25-04245-JBM11

| *Meredith King on behalf of Creditor Private Mortgage Lending, Inc.* mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com | *Meredith King on behalf of Creditor River Falls, LLC* mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;179l3@notices.nextchapterbk.com | *Meredith King on behalf of Creditor The Armbrust Living Trust* mking@fsl .law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com | *Matthew Sirolly on behalf of Creditor California Labor Commissioner* msirolly@dir.ca.gov |
|---|---|---|---|
| United States Trustee ustp.region 15@usdoj.gov | | | |

**SERVICE LIST ATTACHMENT CONT'D**

RE: In Re: Villa Chardonnay Horses With Wings, Inc.
BK Case No.: 25-04245-JBM11

| Meredith King on behalf of Creditor Private Mortgage Lending, Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com | Meredith King on behalf of Creditor River Falls, LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;179l3@notices.nextchapterbk.com | Meredith King on behalf of Creditor The Armbrust Living Trust mking@fsl .law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com | Matthew Sirolly on behalf of Creditor California Labor Commissioner msirolly@dir.ca.gov |
|---|---|---|---|
| United States Trustee ustp.region 15@usdoj.gov | | | |

```
BY MAIL:
Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086

Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065

Darlene Sears
2420 Gondar Ave
Long Beach, CA 90815-2214

Waste Management
Attn: Rentto & Rentto
3517 Camino Del Rio S. Ste 412
San Diego, CA 92108
```

PROOF OF SERVICE