# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

***Hearing Information:***

| | |
|---|---|
| **Debtor:** | Villa Chardonnay Horses With Wings, Inc. |
| **Case Number:** | 25-04245-JBM **Chapter:** 11 |
| **Date / Time/ Room:** | 08/26/2026 10:00 AM, Department 2 |
| **Bankruptcy Judge:** | J. Barrett Marum |
| **Courtroom Clerk:** | Russell Paluso |
| **ECRO:** | N/A |

***Matters:***

NOTICE OF MOTION AND MOTION TO REMOVE CHAPTER 11 TRUSTEE; TO STAY, VACATE, OR MODIFY TURNOVER ORDERS; FOR PRESERVATION ORDER; AND FOR EMERGENCY EVIDENTIARY HEARING FILED ON BEHALF OF VILLA CHARDONNAY HORSES WITH WINGS, INC.

***Appearances:***

HILDA MONTES DE OCA, ATTORNEY FOR LESLIE GLADSTONE, CHAPTER 11 TRUSTEE
LESLIE GLADSTONE, CHAPTER 11 TRUSTEE, PRESENT
MEREDITH KING, ATTORNEY FOR RIVER FALLS, INC.
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE

***Disposition:***

Denied pursuant to the Court's Tentative Ruling and as set forth on the record.

Order to be submitted by Ms. Montes De Oca.