CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.
Leslie T. Gladstone, Esq. (SBN 144615)
Hilda M. Montes de Oca, Esq. (SBN 287605)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.; La Jolla, CA 92037
Telephone: (858) 454-9887; Facsimile: (858) 454-9596
E-mail: HildaM@flgsd.com
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

Order Entered on
August 28, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: August 26, 2026
Time of Hearing: 10:00 a.m.
Name of Judge: Hon. J. Barrett Marum

## ORDER ON

### MOTION TO REMOVE TRUSTEE; TO STAY, VACATE, OR MODIFY TURNOVER ORDERS; FOR PRESERVATION ORDER; AND FOR EMERGENCY EVIDENTIARY HEARING

The court orders as set forth on the continuation pages attached and numbered 2 Through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 207 .

//

//

//

//

//

//

//

DATED:
August 28, 2026

Judge, United States Bankruptcy Court

On June 28, 2026, Debtor filed a Motion to Remove Trustee; to Stay, Vacate or Modify Turnover Orders; for Preservation Order; and for Emergency Evidentiary Hearing ("**the Motion**"). On July 10, 2026, secured creditor River Falls, LLC filed its Opposition to the Motion. On August 5, 2026, Leslie T. Gladstone, chapter 11 trustee, ("**Trustee**") filed and served her Opposition to the Motion (the "**Opposition**"). On August 5, 2026, secured creditor River Falls, LLC filed its Joinder and Further Opposition to the Motion. On August 6, 2026, the California Labor Commission filed its Opposition to the Motion.

On August 12, 2026, Debtor filed its Reply to the Opposition (the "**Reply**").

This matter came on regular notice for a hearing on August 26, 2026, at 10:00 a.m., the Honorable J. Barrett Marum presiding. An appearance was made by Hilda Montes de Oca of Financial Law Group, P.C., on behalf of the Trustee, and by chapter 11 trustee Leslie T. Gladstone . An appearance was made by Meredith King of Franklin Soto Leeds, LLP on behalf of River Falls, LLC . An appearance was made by Haeji Hong attorney for the United States Trustee. No other appearances were made.

The Court having reviewed and considered the Motion, the Opposition, the Reply, and for the reasons stated in the Court's Tentative Ruling and in the Opposition,

**IT IS HEREBY ORDERED** that the Motion is denied.



Signed by Judge J Barrett Marum August 28, 2026