Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
E-mail: LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor(s). | Case No.: 25-04245-JBM11<br><br>**STATUS REPORT FROM TRUSTEE FOR STATUS CONFERENCE ON CHAPTER 11 PETITION**<br><br>**Date: September 8, 2026**<br>**Time: 11:00 a.m.**<br>**Dept: Two (2)**<br><br>**Honorable J. Barrett Marum** |

Leslie T. Gladstone, chapter 11 trustee ("**Trustee**"), offers this Status Report with respect to the Court's Status Conference on Chapter 11 Petition scheduled for September 8, 2026.

**A. <u>Turnover Proceedings/Appeal</u>**

As the Court is aware, on April 6, 2026, Trustee commenced an adversary proceeding with her Complaint for Turnover of Real Property of Estate and Issuance of Writ of Execution (the "**Turnover Complaint**") against Monika Kerber Perez ("**Perez**") and Mercedes Flores ("**Flores**") as to their postpetition possession of the main house on the Property (the "**Main House**").

The Turnover Complaint was filed on April 6, 2026. On July 1, 2026, the Court conducted a trial as to Trustee's entitlement to possession of the Property, including the Main House. The Court's oral ruling was issued on July 8, 2026, in Trustee's favor, commanding that Perez and Flores vacate the Property by July 15, 2026. Findings of Fact and Conclusions of Law were then entered on July 13, 2026 (the "**Turnover Judgment**").

Kerber and Flores did in fact, vacate the Property on July 15, 2026[1]. Kerber has also appealed the Turnover Judgment, as well as various other orders of the Court (the "**Appeal**"). Kerber has filed her Statement of Issues for the Appeal, and the parties have designated the record. Briefs for the Appeal are forthcoming.

**B. Status of Animals**

SD Humane concluded its operations at the Property on or about July 15, 2026. All animals have now been removed from the Property.

**C. Sale of Property/Carve Outs**

Trustee continues to work with her proposed brokers and the first priority lender negotiating contracts for repairs to the Main House and Property. Trustee intends to submit a Notice of Intended Action with respect to these contemplated repairs shortly. When this is done, Trustee will also file a motion to establish bidding procedures for sale of the Property.

Trustee has also negotiated an additional carve out with the first priority lender on the Property, River Falls, LLC ("**River Falls**"), with Court approval pending.

**D. Motion to Remove Trustee**

On August 26, 2026, the Court heard Debtor's Motion to Remove Chapter 11 Trustee, to Stay, Vacate or Modify Turnover Orders and for Emergency

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

[1] Although the Court's Order was limited to removal of personal property items from the Main House, many other items were removed from the Property by Kerber and Flores. The Trustee is considering whether additional proceedings will be filed to recover these items.

Evidentiary Hearing (the "**Debtor's Motion**"). (ECF No. 207) Debtor's Motion was denied in its entirety as completely without merit.

**E. <u>Non-Profit Operations and Claims Procedure</u>**

With the assistance of Wiemann and the Estate's accountants, Trustee continues to file Reports of Operations and continues to pay the expenses of the Property as and when they incur. Trustee anticipates filing updated fee applications of professionals shortly.

Trustee continues to investigate the past operations of Debtor to unravel the various Debtor/creditor/donor relations and to identify available assets for the Estate, as well as to analyze whether any criminal referrals are warranted.

On July 14, 2026, Trustee filed the Ex Parte Application to Establish Chapter 11 Administrative Claims Bar Date. (ECF No. 226) The Court approved the request and entered an Order requiring that Chapter 11 Administrative Claims be filed by August 31, 2026. (ECF No. 241)

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

Respectfully submitted,

Dated: August 31, 2026

Leslie T. Gladstone, Chapter 11 Trustee