# Exhibit A

Sandra Reyes

| | 10/14/2025-10/20/2025 | | 10/21/2025-12/31/2025 | | 01/01/2026-03/23/2026 | |
|---|---|---|---|---|---|---|
| **Hourly Rate** | $ 16.50 | | $ 30.00 | | $ 30.00 | |
| **Applicable MW Rate for LDs** | $ 16.50 | | $ 16.50 | | $ 16.90 | |
| **Total Regular Hours** | 40 | | 424 | | 490 | |
| **Total OT Hours** | 21 | | 256 | | 286 | |
| **OT Wages Earned** | | $ 519.75 | | $ 11,520.00 | | $ 12,870.00 |
| **Total DT Hours** | 2 | | 40 | | 44 | |
| **DT Wages Earned** | | $ 66.00 | | $ 2,400.00 | | $ 2,640.00 |
| **Total Regular Wages Earned** | $ 660.00 | | $ 12,720.00 | | $ 14,700.00 | |
| **Total Regular Wages Paid** | $ 333.33 | | $ 552.00 | | $ 1,949.98 | |
| **Total Regular Wages Owed** | | $ 326.67 | | $ 12,168.00 | | $ 12,750.02 |
| **Liquidated Damages** | 42.80 | $ 706.17 | 701.60 | $ 11,576.40 | 755.00 | $ 12,759.51 |
| | | **$ 1,618.59** | | **$ 37,664.40** | | **$ 41,019.53** |

| **Totals** | | |
|---|---|---|
| Wages Owed | $ | 80,302.52 |
| Waiting Time Penalties | $ | 9,900.00 |
| LC 210 Penalties Initial | $ | 100.00 |
| LC 210 Penalties Subsequent | $ | 19,481.94 |
| **Grand Total** | **$** | **109,784.46** |