# Exhibit C

Pedro Cano

| | 10/14/2025-12/31/2025 | | 01/01/2026-04/22/2026 | |
|---|---|---|---|---|
| **Hourly Rate** | $ 16.50 | | $ 16.90 | |
| **Applicable MW Rate for LDs** | $ 16.50 | | $ 16.90 | |
| **Total Regular Hours** | 480 | | 670 | |
| **Total OT Hours** | 308 | | 390 | |
| **OT Wages Earned** | | $ 7,623.00 | | $ 9,886.50 |
| **Total DT Hours** | 48 | | 60 | |
| **DT Wages Earned** | | $ 1,584.00 | | $ 2,028.00 |
| **Total Regular Wages Earned** | $ 7,920.00 | | $ 11,323.00 | |
| **Total Regular Wages Paid** | $ 1,218.46 | | $ 1,949.98 | |
| **Total Regular Wages Owed** | | $ 6,701.54 | | $ 9,373.02 |
| **Liquidated Damages** | 762.15 | $ 12,575.54 | 1,004.62 | $ 16,978.02 |
| | | **$ 28,484.08** | | **$ 38,265.54** |

| **Totals** | | |
|---|---|---|
| Wages Owed | $ | 66,749.62 |
| Waiting Time Penalties | $ | 5,577.00 |
| LC 210 Penalties Initial | $ | 100.00 |
| LC 210 Penalties Subsequent | $ | 14,648.10 |
| **Grand Total** | **$** | **87,074.72** |