# Exhibit E

Jorge David Reyes Lopez

| | 10/14/2025-12/31/2025 | | 01/01/2026-04/22/2026 | |
|---|---|---|---|---|
| **Hourly Rate** | $ 16.50 | | $ 16.90 | |
| **Applicable MW Rate for LDs** | $ 16.50 | | $ 16.90 | |
| **Total Regular Hours** | 464 | | 670 | |
| **Total OT Hours** | 252 | | 390 | |
| **OT Wages Earned** | | $ 6,237.00 | | $ 9,886.50 |
| **Total DT Hours** | 32 | | 60 | |
| **DT Wages Earned** | | $ 1,056.00 | | $ 2,028.00 |
| **Total Regular Wages Earned** | $ 7,656.00 | | $ 11,323.00 | |
| **Total Regular Wages Paid** | $ 826.00 | | $ 483.00 | |
| **Total Regular Wages Owed** | | $ 6,830.00 | | $ 10,840.00 |
| **Liquidated Damages** | 697.94 | $ 11,516.00 | 1,091.42 | $ 18,445.00 |
| | | **$ 25,639.00** | | **$ 41,199.50** |

| **Totals** | | |
|---|---|---|
| Wages Owed | $ | 66,838.50 |
| Waiting Time Penalties | $ | 5,577.00 |
| LC 210 Penalties Initial | $ | 100.00 |
| LC 210 Penalties Subsequent | $ | 14,633.75 |
| **Grand Total** | **$** | **87,149.25** |