**CSD 1183** [12/01/23]
Name, Address, Telephone No. & I.D. No.

Matthew Sirolly, SBN 239984
California Labor Commissioner's Office
320 W. 4th Street, Suite 600, Los Angeles, CA 90013
Telephone No. (213) 897-1511

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Tax I.D.(EIN)#: 27-0666624 /S.S.#:XXX-XX-_______ Debtor(s)

BANKRUPTCY NO. 25-04245-JMB111

## NOTICE OF HEARING AND MOTION

TO: the Debtor, the Chapter 11 Trustee, U.S. Trustee, and All Interested Parties

**You are hereby notified** that on November 5, 2026, at 10:00 a.m, in Department 2, Room 118 of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of California State Labor Commissioner, Movant, for

ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: 9/1/2026

/s/ Matthew Sirolly
[Attorney for] Moving Party

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

**CERTIFICATE OF SERVICE**

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on 1 day of September , 2026, I served a true copy of the within NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers] on the following persons listed below by the mode of service shown below:
List additional papers:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On September 1, 2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☑ Attorney for Debtor (or Debtor), if required:

Nissan Thomas, info@nissanthomaslaw.com
Michael R Totaro, Ocbkatty@aol.com

☑ Chapter 7 Trustee: Leslie T. Gladstone, leslieg@flgsd.com

☑ For Chpt. 7, 11, & 12 cases:

UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases assigned to:

MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

****See Attachment 1 for full list of NEF/ECF recipients

2. **Served by United States Mail**:

On ______________________ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐ Attorney for Debtor (or Debtor), if required:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on ____________________ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on 9/1/2026
(Date)

/s/ Matthew Sirolly
(Typed Name and Signature)

Matthew Sirolly
(Address)

Los Angeles, CA 90013
(City, State, ZIP Code)

**Attachment 1:**

**ECF Service List**

- **Christin A. Batt:** christinb@flgsd.com,sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Kevin Dwight:** kdwight@manatt.com
- **David K. Eldan:** David.Eldan@doj.ca.gov, rpinal@pmcos.com
- **Leslie T. Gladstone:** candic@flgsd.com,christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Leslie T. Gladstone:** leslieg@flgsd.com,candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Carl Grumer:** cgrumer@manatt.com
- **Benjamin Heston:** bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Haeji Hong:** Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Meredith King:** mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com
- **Andrew Levin:** andrewl@flgsd.com,leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Hilda Montes de Oca:** hildam@flgsd.com,leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com
- **Shelby Poteet spoteet@fsl.law:** ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com
- **Nissan Thomas:** info@nissanthomaslaw.com
- **Michael R Totaro: Ocb**katty@aol.com
- **United States Trustee:** ustp.region15@usdoj.gov