CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Matthew Sirolly, SBN 239984
STATE OF CALIFORNIA
LABOR COMMISSIONER'S OFFICE
320 w. 4th Street, Suite 600
Los Angeles, CA 90013
Telephone No. (213) 897-1511

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC., Debtor(s)

BANKRUPTCY NO. 25-04245-JBM11

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, Matthew Sirolly am a resident of the State of California, over the age of 18 years, and not a party to this action.

On August 31, 2026 , I served the following documents:

CREDITOR LABOR COMMISSIONER'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DEPUTY LABOR COMMISSIONER CINDY LAGMAN; EXHIBITS A-F.

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On August 31, 2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

See Attachment 1

☒ Chapter 7 Trustee: Leslie T. Gladstone, leslieg@flgsd.com

☒ For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail**:

On ______________________, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on ____________________ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on September 1, 2026
(Date)

/s/Matthew Sirolly
(Typed Name and Signature)

320 w. 4th Street, Suite 600
(Address)

Los Angeles, CA 90013
(City, State, ZIP Code)

## Attachment 1

- **Christin A. Batt:** christinb@flgsd.com,sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Kevin Dwight:** kdwight@manatt.com
- **David K. Eldan:** David.Eldan@doj.ca.gov, rpinal@pmcos.com
- **Leslie T. Gladstone:** candic@flgsd.com,christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Leslie T. Gladstone:** leslieg@flgsd.com,candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Carl Grumer:** cgrumer@manatt.com
- **Benjamin Heston:** bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Haeji Hong:** Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- **Meredith King:** mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;17913@notices.nextchapterbk.com
- **Andrew Levin:** andrewl@flgsd.com,leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com
- **Hilda Montes de Oca:** hildam@flgsd.com,leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com
- **Shelby Poteet spoteet@fsl.law:** ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com
- **Nissan Thomas:** info@nissanthomaslaw.com
- **Michael R Totaro: Ocb**katty@aol.com
- **United States Trustee:** ustp.region15@usdoj.gov