# Exhibit D

| STATE OF CALIFORNIA<br>Department of Industrial Relations<br>Labor Commissioner's Office<br>7575 Metropolitan Dr, Ste 210<br>San Diego, CA 92108<br>EMAIL: laborcomm.wca.sdo@dir.ca.gov<br>FAX: (209) 812-1929 | DATE FILED<br>04-23-2026<br>DISTRICT OFFICE<br>San Diego WCA<br>TAKEN BY |
|---|---|
| PLAINTIFF:<br>Pedro Mario Figueroa Cano, | |
| DEFENDANT(S): Does I through V, Defendant(s)<br>VILLA CHARDONNAY-HORSES WITH WINGS, a California Nonprofit Corporation; Monika Kerber, an Individual; | |
| State Case Number:<br>WC-CM-1173172 | COMPLAINT |

**PLAINTIFF ALLEGES:**

1. Plaintiff was/is employed by the defendant(s) named above to perform personal services as: Animal Caretaker
2. for the period 1/17/2024 to 4/22/2026
3. in the County of San Diego, California; under the terms of an oral agreement.
4. that there is due, owing and payable from the defendant to the plaintiff an amount as and for wages, penalties and/or other demands for compensation as set out below:

| CLAIM | Amount Earned or Accrued | Less Amount Paid | Balance Due |
|---|---|---|---|
| REGULAR WAGES -- From 01/17/2024 through 12/31/2024, plaintiff claims wages earned at the rate of $16 per hour, for 2254 regular hours worked. | $36,064.00 | $9,483.33 | $26,580.67 |
| REGULAR WAGES -- From 01/01/2026 through 04/22/2026, plaintiff claims wages earned at the rate of $16.90 per hour, for 670 regular hours worked. | $11,323.00 | $1,949.98 | $9,373.02 |
| REGULAR WAGES -- From 01/01/2025 through 12/31/2025, plaintiff claims wages earned at the rate of $16.50 per hour, for 2120 regular hours worked. | $34,980.00 | $8,562.76 | $26,417.24 |
| OVERTIME / DOUBLE TIME -- Any work in excess of 8 hours per day, any work in excess of 40 hours per week, and the first 8 hours worked on the seventh consecutive day of work in any workweek must be compensated at the applicable overtime rate of pay. Any work in excess of 12 hours per day and any work in excess of 8 hours on the seventh consecutive day of work in any workweek must be compensated at the applicable double time rate of pay. (See Labor Code Section 510)<br>Plaintiff claims wages earned for overtime and double time hours worked, based on a regular rate of pay of $16.90 per hour, as follows:<br>From 01/01/2026 through 04/22/2026, 390 hours at $25.35 per hour (overtime at 1.5 times the regular rate).<br>From 01/01/2026 through 04/22/2026, 60 hours at $33.8 per hour (double time at 2 times the regular rate). | $11,914.50 | $0.00 | $11,914.50 |
| OVERTIME / DOUBLE TIME -- Any work in excess of 8 hours per day, any work in excess of 40 hours per week, and the first 8 hours worked on the seventh consecutive day of work in any workweek must be compensated at the applicable overtime rate of pay. Any work in excess of 12 hours per day and any work in excess of 8 hours on the seventh consecutive day of work in any workweek must be | $18,784.00 | $0.00 | $18,784.00 |

| CLAIM | Amount Earned or Accrued | Less Amount Paid | Balance Due |
|---|---|---|---|
| compensated at the applicable double time rate of pay. (See Labor Code Section 510)<br>Plaintiff claims wages earned for overtime and double time hours worked, based on a regular rate of pay of $16 per hour, as follows:<br>From 01/17/2024 through 12/31/2024, 732 hours at $24 per hour (overtime at 1.5 times the regular rate).<br>From 01/17/2024 through 12/31/2024, 38 hours at $32 per hour (double time at 2 times the regular rate). | | | |
| OVERTIME / DOUBLE TIME -- Any work in excess of 8 hours per day, any work in excess of 40 hours per week, and the first 8 hours worked on the seventh consecutive day of work in any workweek must be compensated at the applicable overtime rate of pay. Any work in excess of 12 hours per day and any work in excess of 8 hours on the seventh consecutive day of work in any workweek must be compensated at the applicable double time rate of pay. (See Labor Code Section 510)<br>Plaintiff claims wages earned for overtime and double time hours worked, based on a regular rate of pay of $16.50 per hour, as follows:<br>From 01/01/2025 through 12/31/2025, 1100 hours at $24.75 per hour (overtime at 1.5 times the regular rate).<br>From 01/01/2025 through 12/31/2025, 118 hours at $33 per hour (double time at 2 times the regular rate). | $31,119.00 | $0.00 | $31,119.00 |
| LIQUIDATED DAMAGES: Failure to Pay Minimum Wages -- At least minimum wage must be paid for all hours worked, including any overtime hours worked. An employee is entitled to recover liquidated damages in an amount equal to minimum wages earned but not paid as required by law. (See Labor Code Section 1194.2)<br>From 01/01/2025 through 12/31/2025, plaintiff claims liquidated damages, as follows:<br>Minimum wages earned at $16.50 per hour, for a total of 2819.04 hour(s) where at least minimum wage was not paid. Less a total of $0 paid. Liquidated damages equal the balance due. | $46,514.16 | $0.00 | $46,514.16 |
| LIQUIDATED DAMAGES: Failure to Pay Minimum Wages -- At least minimum wage must be paid for all hours worked, including any overtime hours worked. An employee is entitled to recover liquidated damages in an amount equal to minimum wages earned but not paid as required by law. (See Labor Code Section 1194.2)<br>From 01/17/2024 through 12/31/2024, plaintiff claims liquidated damages, as follows:<br>Minimum wages earned at $16 per hour, for a total of 2431.29 hour(s) where at least minimum wage was not paid. Less a total of $0 paid. Liquidated damages equal the balance due. | $38,900.64 | $0.00 | $38,900.64 |
| LIQUIDATED DAMAGES: Failure to Pay Minimum Wages -- At least minimum wage must be paid for all hours worked, including any overtime hours worked. An employee is entitled to recover liquidated damages in an amount equal to minimum wages earned but not paid as required by law. (See Labor Code Section 1194.2)<br>From 01/01/2026 through 04/22/2026, plaintiff claims liquidated damages, as follows:<br>Minimum wages earned at $16.90 per hour, for a total of 1004.62 hour(s) where at least minimum wage was not paid. Less a total of $0 paid. Liquidated damages equal the balance due. | $16,978.08 | $0.00 | $16,978.08 |
| WAITING TIME PENALTIES – If an employer willfully fails to pay, in accordance with Labor Code Section 201, any wages of an employee who is discharged, the wages of the employee continue as a penalty from their due date at the same rate until paid, up to a maximum of 30 days. (See Labor Code Section 203)<br>Plaintiff was discharged on 04/22/2026, on which date wages were due. Plaintiff claims waiting time penalties for 30 days' worth of | $5,577.00 | $0.00 | $5,577.00 |

| CLAIM | Amount Earned or Accrued | Less Amount Paid | Balance Due |
|---|---|---|---|
| wages, based on a rate of pay of $185.90 per day. Daily rate of pay is calculated as follows: 8 hour per day at $16.90 per hour = $135.20; 2 overtime hours at $25.35 per hour = $50.70; Total = $185.90 | | | |
| LATE PAYROLL: Penalty – Failure by an employer to pay the wages of each employee as provided in Sections 201.3, 204, 204(b), 204.1, 204.2, 204.11, 205.5 and 1197.5, entitles the employee to a penalty of one hundred dollars ($100) for any initial violation. Two hundred dollars ($200) for each subsequent violation, or any willful or intentional violation, plus 25 percent of the amount unlawfully withheld.<br><br>Plaintiff was not paid timely during the period from 04/26/2025 to 04/22/2026 and claims 53 at $100 each for a total of $5,300 | $5,300.00 | $0.00 | $5,300.00 |
| LATE PAYROLL: Penalty – Failure by an employer to pay the wages of each employee as provided in Sections 201.3, 204, 204(b), 204.1, 204.2, 204.11, 205.5 and 1197.5, entitles the employee to a penalty of one hundred dollars ($100) for any initial violation. Two hundred dollars ($200) for each subsequent violation, or any willful or intentional violation, plus 25 percent of the amount unlawfully withheld.<br><br>Plaintiff was not paid timely during the period from 04/26/2025 to 04/22/2026 and claims 53 as a willful or intentional violation, at $200 each plus 25 percent of 57424 payroll totaling for a total of [(53) X 200.00 + .25 X 57424] | $24,956.00 | $8,215.80 | $16,740.20 |
| **TOTAL CLAIMED** | | | **$254,198.51** |

**Interest pursuant to Labor Code Section(s) 98.1(c), 248.5(f), 1194.2 and/or 2802(b).**

A document detailing the amount(s) due may be attached. Amount(s) due as set forth herein may be approximate and subject to modification based on evidence presented at hearing.

**PLAINTIFF CERTIFIES THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF HIS/HER KNOWLEDGE AND BELIEF.**

Executed at: San Diego, County of San Diego, California

Electronically Signed 2026-07-22 22:33:26 UTC - 207.213.53.3



Nintex AssureSign® ecc1896f-ac7e-404b-986b-b48f013d9d2f

Dated: 2026-07-22 15:35:46
Date of Signature

Signature of Plaintiff