# Exhibit F

| STATE OF CALIFORNIA<br>Department of Industrial Relations<br>Labor Commissioner's Office<br>7575 Metropolitan Dr, Ste 210<br>San Diego, CA 92108<br>EMAIL: laborcomm.wca.sdo@dir.ca.gov<br>FAX: (209) 812-1929 | DATE FILED<br>04-23-2026<br>DISTRICT OFFICE<br>San Diego WCA<br>TAKEN BY<br>Philip Truitt |
|---|---|
| PLAINTIFF:<br>Jorge David Reyes Lopez, | |
| DEFENDANT(S): Does I through V, Defendant(s)<br>VILLA CHARDONNAY-HORSES WITH WINGS, a California Nonprofit Corporation; Monika Kerber, an Individual | |
| State Case Number:<br>WC-CM-1178943 | COMPLAINT |

**PLAINTIFF ALLEGES:**

1. Plaintiff was/is employed by the defendant(s) named above to perform personal services as: Animal Caretaker
2. for the period 02/07/2024 to 04/22/2026
3. in the County of San Diego, California; under the terms of an oral agreement.
4. that there is due, owing and payable from the defendant to the plaintiff an amount as and for wages, penalties and/or other demands for compensation as set out below:

| CLAIM | Amount Earned or Accrued | Less Amount Paid | Balance Due |
|---|---|---|---|
| REGULAR WAGES -- From 02/07/2024 through 12/31/2024, plaintiff claims wages earned at the rate of $16 per hour, for 2132 regular hours worked. | $34,112.00 | $12,500.00 | $21,612.00 |
| REGULAR WAGES -- From 01/01/2025 through 12/31/2025, plaintiff claims wages earned at the rate of $16.50 per hour, for 1840 regular hours worked. | $30,360.00 | $6,866.00 | $23,494.00 |
| REGULAR WAGES -- From 01/01/2026 through 04/22/2026, plaintiff claims wages earned at the rate of $16.90 per hour, for 670 regular hours worked. | $11,323.00 | $483.00 | $10,840.00 |
| OVERTIME / DOUBLE TIME -- Any work in excess of 8 hours per day, any work in excess of 40 hours per week, and the first 8 hours worked on the seventh consecutive day of work in any workweek must be compensated at the applicable overtime rate of pay. Any work in excess of 12 hours per day and any work in excess of 8 hours on the seventh consecutive day of work in any workweek must be compensated at the applicable double time rate of pay. (See Labor Code Section 510)<br>Plaintiff claims wages earned for overtime and double time hours worked, based on a regular rate of pay of $16 per hour, as follows:<br>From 02/07/2024 through 12/31/2024, 802 hours at $24 per hour (overtime at 1.5 times the regular rate).<br>From 02/07/2024 through 12/31/2024, 52 hours at $32 per hour (double time at 2 times the regular rate). | $20,912.00 | $0.00 | $20,912.00 |
| OVERTIME / DOUBLE TIME -- Any work in excess of 8 hours per day, any work in excess of 40 hours per week, and the first 8 hours worked on the seventh consecutive day of work in any workweek must be compensated at the applicable overtime rate of pay. Any work in excess of 12 hours per day and any work in excess of 8 hours on the seventh consecutive day of work in any workweek must be | $25,080.00 | $0.00 | $25,080.00 |

| CLAIM | Amount Earned or Accrued | Less Amount Paid | Balance Due |
| --- | --- | --- | --- |
| compensated at the applicable double time rate of pay. (See Labor Code Section 510)<br>Plaintiff claims wages earned for overtime and double time hours worked, based on a regular rate of pay of $16.50 per hour, as follows:<br>From 01/01/2025 through 12/31/2025, 904 hours at $24.75 per hour (overtime at 1.5 times the regular rate).<br>From 01/01/2025 through 12/31/2025, 82 hours at $33 per hour (double time at 2 times the regular rate). | | | |
| OVERTIME / DOUBLE TIME -- Any work in excess of 8 hours per day, any work in excess of 40 hours per week, and the first 8 hours worked on the seventh consecutive day of work in any workweek must be compensated at the applicable overtime rate of pay. Any work in excess of 12 hours per day and any work in excess of 8 hours on the seventh consecutive day of work in any workweek must be compensated at the applicable double time rate of pay. (See Labor Code Section 510)<br>Plaintiff claims wages earned for overtime and double time hours worked, based on a regular rate of pay of $16.90 per hour, as follows:<br>From 01/01/2026 through 04/22/2026, 390 hours at $25.35 per hour (overtime at 1.5 times the regular rate).<br>From 01/01/2026 through 04/22/2026, 60 hours at $33.8 per hour (double time at 2 times the regular rate). | $11,914.50 | $0.00 | $11,914.50 |
| LIQUIDATED DAMAGES: Failure to Pay Minimum Wages -- At least minimum wage must be paid for all hours worked, including any overtime hours worked. An employee is entitled to recover liquidated damages in an amount equal to minimum wages earned but not paid as required by law. (See Labor Code Section 1194.2)<br>From 01/01/2025 through 12/31/2025, plaintiff claims liquidated damages, as follows:<br>Minimum wages earned at $16.50 per hour, for a total of 2409.88 hour(s) where at least minimum wage was not paid. Less a total of $0 paid. Liquidated damages equal the balance due. | $39,763.02 | $0.00 | $39,763.02 |
| LIQUIDATED DAMAGES: Failure to Pay Minimum Wages -- At least minimum wage must be paid for all hours worked, including any overtime hours worked. An employee is entitled to recover liquidated damages in an amount equal to minimum wages earned but not paid as required by law. (See Labor Code Section 1194.2)<br>From 02/07/2024 through 12/31/2024, plaintiff claims liquidated damages, as follows:<br>Minimum wages earned at $16 per hour, for a total of 2204.75 hour(s) where at least minimum wage was not paid. Less a total of $0 paid. Liquidated damages equal the balance due. | $35,276.00 | $0.00 | $35,276.00 |
| LIQUIDATED DAMAGES: Failure to Pay Minimum Wages -- At least minimum wage must be paid for all hours worked, including any overtime hours worked. An employee is entitled to recover liquidated damages in an amount equal to minimum wages earned but not paid as required by law. (See Labor Code Section 1194.2)<br>From 01/01/2026 through 04/22/2026, plaintiff claims liquidated damages, as follows:<br>Minimum wages earned at $16.90 per hour, for a total of 1091.42 hour(s) where at least minimum wage was not paid. Less a total of $0 paid. Liquidated damages equal the balance due. | $18,445.00 | $0.00 | $18,445.00 |
| WAITING TIME PENALTIES – If an employer willfully fails to pay, in accordance with Labor Code Section 202, any wages of an employee who quits, the wages of the employee continue as a penalty from their due date at the same rate until paid, up to a maximum of 30 days. (See Labor Code Section 203)<br>Plaintiff quit without notice on 04/22/2026. Wages were due no later than 72 hours thereafter. Plaintiff claims waiting time penalties for 30 days' worth of wages, based on a rate of pay of $185.90 per day. Daily | $5,577.00 | $0.00 | $5,577.00 |

| CLAIM | Amount Earned or Accrued | Less Amount Paid | Balance Due |
|---|---|---|---|
| rate of pay is calculated as follows: 8 regular hours per day at $16.90 per hour = $135.20; 2 overtime hours at $25.35 per hour = $50.70; Total = $185.90. | | | |
| LATE PAYROLL: Penalty – Failure by an employer to pay the wages of each employee as provided in Sections 201.3, 204, 204(b), 204.1, 204.2, 204.11, 205.5 and 1197.5, entitles the employee to a penalty of one hundred dollars ($100) for any initial violation. Two hundred dollars ($200) for each subsequent violation, or any willful or intentional violation, plus 25 percent of the amount unlawfully withheld.<br><br>Plaintiff was not paid timely during the period from 04/23/2025 to 04/22/2026 and claims 47 as a willful or intentional violation, at $200 each plus 25 percent of 54723.5 payroll totaling for a total of [(47) X 200.00 + .25 X 54723.5] | $23,080.88 | $0.00 | $23,080.88 |
| LATE PAYROLL: Penalty – Failure by an employer to pay the wages of each employee as provided in Sections 201.3, 204, 204(b), 204.1, 204.2, 204.11, 205.5 and 1197.5, entitles the employee to a penalty of one hundred dollars ($100) for any initial violation. Two hundred dollars ($200) for each subsequent violation, or any willful or intentional violation, plus 25 percent of the amount unlawfully withheld.<br><br>Plaintiff was not paid timely during the period from 04/23/2025 to 04/22/2026 and claims 47 at $100 each for a total of $4,700 | $4,700.00 | $0.00 | $4,700.00 |
| **TOTAL CLAIMED** | | | **$240,694.40** |

**Interest pursuant to Labor Code Section(s) 98.1(c), 248.5(f), 1194.2 and/or 2802(b).**

A document detailing the amount(s) due may be attached. Amount(s) due as set forth herein may be approximate and subject to modification based on evidence presented at hearing.

**PLAINTIFF CERTIFIES THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF HIS/HER KNOWLEDGE AND BELIEF.**

Executed at: San Diego, County of San Diego, California

Dated: 07/31/2026
Date of Signature

DR
Jorge David Reyes Lopez (Jul 31, 2026 10:09:02 MDT)
Signature of Plaintiff