TENTATIVE RULING

ISSUED BY JUDGE J. BARRETT MARUM

| | |
|---|---|
| Bankruptcy Case Name: | Villa Chardonnay Horses With Wings, Inc. |
| Bankruptcy Number: | 25-04245-JBM11 |
| Hearing: | 09/08/2026 11:00 AM |
| Motion: | STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 7/29/26) |

**Hear**. The Court has reviewed the Trustee's Status Report (ECF No. 278) and looks forward to receiving any further updates the Trustee or any other party may have at the status conference.