CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Matthew Sirolly, SBN 239984
STATE OF CALIFORNIA
LABOR COMMISSIONER'S OFFICE
320 w. 4th Street, Suite 600
Los Angeles, CA 90013
Telephone No. (213) 897-1511

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>VILLA CHARDONNAY HORSES WITH WINGS, INC., Debtor(s) | BANKRUPTCY NO. 25-04245-JBM11 |
| Plaintiff(s) | ADVERSARY NO. |
| v.<br>Defendant(s) | |

# PROOF OF SERVICE

I, Hyemin Kim am a resident of the State of California, over the age of 18 years, and not a party to this action.

On September 2, 2026, I served the following documents:

NOTICE OF HEARING AND MOTION (CREDITOR LABOR COMMISSIONER'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES);
CREDITOR LABOR COMMISSIONER'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES;
DECLARATION OF DEPUTY LABOR COMMISSIONER CINDY LAGMAN; EXHIBITS A-F.

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On ____________________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Chapter 7 Trustee:

☐ For Chapter 7, 11, & 12 cases:

UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:

MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On September 2, 2026, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086

Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on ____________________, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on 9/2/2026
(Date)

/s/Hyemin Kim
(Typed Name and Signature)

320 w. 4th Street, Suite 600
(Address)

Los Angeles, CA 90013
(City, State, ZIP Code)