Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq., (SBN 222584)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone (858) 454-9887
E-mail: LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor(s). | Case No.: 25-04245-JBM11<br><br>**DECLARATION OF DISINTERESTEDNESS OF ORIT GADISH ON BEHALF OF GEFFEN REAL ESTATE IN SUPPORT OF TRUSTEE'S *EX PARTE* APPLICATION TO EMPLOY REAL ESTATE BROKER** |

I, ORIT GADISH, declare as follows:

1. I, Orit Gadish, declare pursuant to 28 U.S.C. §1746 under penalty of perjury under the laws of the United States of America, that to the best of my knowledge, information and belief, the following is true and correct.

2. I am a licensed real estate broker and principal designated managing broker in the State of California, associated Geffen Real Estate ("**GRE**"). My business address is 10089 Willow Creek Road, Suite 200, San Diego, CA 92131.

3. I submit this Declaration in support the Trustee's *Ex Parte* Application to Employ Real Estate Broker (the "**Application**").

4. Leslie T. Gladstone, in her capacity as the trustee ("**Trustee**") of the bankruptcy estate (the "**Estate**") in the above referenced chapter 11 bankruptcy

case (the "**Case**"), and GRE entered into the "Residential Listing Agreement" dated July 21, 2026 (the "**Agreement**"), a true and correct copy of which is attached as Exhibit A to the Application and incorporated herein. Under the Agreement, the Trustee has agreed to list the Property for sale (the "**Sale**") with GRE for an initial listing period of six (6) months.

**SERVICES TO BE PROVIDED**

5. Under the Agreement, GRE has agreed to provide the following services (the "**Services**"): (a) consult with the Trustee to discuss the Trustee's goals, objectives and financial parameters in relation to the Property; (b) market the Property for Sale; and (c) report periodically, but in any event as often as reasonably requested by the Trustee, to the Trustee regarding the status of the Services and details related thereto.

**COMPENSATION**

6. In consideration for the Services GRE will provide, GRE will earn and be paid the following compensation (the "**Fee**"):

a. If buyer is represented by an agent, GRE will receive a 3% commission, and the Estate will cooperate with buyer in paying a 2.5% commission to buyer's agent; and

b. If buyer is not represented by an agent, GRE will receive a 4% commission, in recognition of additional work required to close the sale.

The Fee to be paid to GRE shall only be paid from the proceeds of the Sale of the Property. If a Sale is not consummated for any or no reason whatsoever, GRE shall not be entitled to the Fee.

GRE shall earn the Fee upon consummation of the Sale of the Property. Such Fee shall be due and payable immediately upon closing.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

7. I understand that the Court has the power and authority to fix some other amount of compensation under 11 U.S.C. § 328(a). Furthermore, I am aware that the term for employment of GRE shall not exceed 180 days unless otherwise ordered by the Court pursuant to Local Bankruptcy Rule 2014-2(a).

8. It is my opinion that the Fee set forth in the Agreement is consistent with GRE's typical fee for work of this nature and is comparable to those generally charged by other real estate brokers for similar engagements.

9. It is not the general practice of GRE to keep detailed time records similar to those customarily kept by attorneys and other professionals who are compensated on an hourly basis.

**DISINTERESTEDNESS**

10. I am not related or connected to and, to the best of my knowledge, based on the Conflicts Check, no other professional of GRE who will work on this engagement is related or connected to, any United States Bankruptcy Judge for the District of or any employee in the Office of the United States Trustee for this region.

11. GRE has not shared or agreed to share any of its compensation from the Trustee or the Estate with any other person, other than as permitted by section 504 of the Bankruptcy Code. No promises have been received by GRE as to compensation in connection with this Case, other than as may be set forth in the Agreement.

12. Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, neither GRE, I, nor any employee of GRE who will work on this engagement represents or has any interest adverse to the Debtor or its Estate. Moreover, GRE is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14) and 327(a) (11 U.S.C. § 101, et seq.) in that GRE and its respective professionals and employees who will work on the engagement:

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

(a) are not creditors, equity security holders, or insiders of the Debtor;

(b) do not represent any creditor in the Estate;

(c) were not, within two (2) years before the date of filing of the petition herein, a director, officer or employee of the Debtor;

(d) have no connections with, and hold no interest adverse to the Debtor's Estate, its creditors, any other party-in-interest, its respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee;

(e) do not have an interest materially adverse to the interest of the Estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason; and

(f) were not, within three (3) years before the date of filing of the petition herein, investment bankers or attorneys for an investment banker for a security of the Debtor.

13. I understand that the Court has the power and authority to fix some other amount of compensation under 11 U.S.C. § 328(a). Furthermore, I am aware that the term for employment of GRE shall not exceed 180 days unless otherwise ordered by the Court pursuant to Local Bankruptcy Rule 2014-2(a).

Executed this 27th day of August 2026, under the penalty of perjury and pursuant to the laws of the United States of America.

DocuSigned by:
Orit Gadish
81C12F7127CA4B9...

Orit Gadish

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037