**Michael R. Totaro 102229**
**Totaro & Shanahan, LLP**
**P.O. Box 789**
**Pacific Palisades, CA 90272**
**(310) 804 2157**
**Ocbkatty@aol.com**

**Former Attorneys for Debtor**

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION**

| | |
|---|---|
| **In re**<br><br>**Villa Chardonnay Horses with Wings, Inc**<br><br>**Debtor.** | **Case No. 3:25-bk-04245-JBM11**<br><br>**Chapter 11**<br><br>**DECLARATION OF MICHAEL R. TOTARO IN SUPPORT OF REVISED FINAL APPLICATION FOR FEES AS FORMER GENERAL INSOLVENCY COUNSEL AND EXHIBIT 1**<br><br>**Date:** **November 3, 2026**<br>**Time:** **1:30 p.m.**<br>**Ctrm:** **Dept. 2, Rm 118**<br>**325 W. F. St.**<br>**San Diego, CA 92101** |

## DECLARATION OF MICHAEL R. TOTARO

I, Michael R. Totaro, declare:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and before this Court. I am a partner in the law firm of Totaro & Shanahan, LLP (the "Firm"), former general insolvency counsel of record for Villa Chardonnay Horses with Wings, Inc., the above-captioned Debtor in Possession, until the appointment of the Chapter 11 Trustee. Except where stated on information and belief, I have personal knowledge of the facts set forth in this declaration, and if called and sworn as a witness I could and would testify competently to them.

2. I make this declaration in support of the Firm's Revised Final Application for Fees as Former General Insolvency Counsel (the "Application"), filed concurrently herewith, covering the period from October 15, 2025, through January 29, 2026, in the amount of $39,195.00.

3. Authentication of Billing Records. The billing statement attached to the Application as Exhibit 1 is a true and correct copy of the Firm's invoice for services rendered to the Debtor during the period covered by the Application which is incorporated herein by reference. The time entries reflected in that statement are taken from the Firm's contemporaneous time records, which are kept in the ordinary course of the Firm's practice by the professional performing the work, at or near the time the work was performed, using the Firm's regular billing software. I have reviewed the billing statement and it accurately reflects the services described in the Application.

3. As explained in the Application, two entries for Maureen Shanahan originally misdated February 19 and February 21, 2026, have been corrected to reflect their actual dates, January 19 and January 21, 2026, both of which are confirmed by the filing date of the underlying motion and both of which predate the Trustee's appointment. The Firm has removed from the Application all time entries for work performed after January 29, 2026, and seeks no compensation for any work performed after the Trustee's appointment.

4. As to the Motion to Value and Avoid Junior Liens. Ms. Shanahan, my partner, and I prepared and filed the Motion to Value and Avoid Junior Liens referenced in the Application and billed under Category B185 of the billing statement. As to that motion, I declare the following of my own personal knowledge as counsel who prepared, reviewed, and filed it:

a. At the time the motion was prepared and filed, the Debtor's principal had informed me, and I then believed, that members of the principal's family were prepared to advance funds sufficiently to purchase the ranch property that is the Debtor's principal

asset. I have since learned that this representation, like other representations made to me during this case, was not accurate. That was neither known nor knowable to me at the time the work described below was authorized and performed.

b. Based on that representation, it was my professional judgment that the Debtor's most viable path to reorganization was to obtain a valuation of the property establishing that the junior judgment liens against it were wholly or substantially unsecured, so that those liens could be avoided and the property purchased or refinanced by the family free of them, subject to any overbid procedure the Court might require.

c. I believed then, and continue to believe, that the appraisal and valuation work prepared for the motion improved, and would have continued to improve, the Debtor's position in resolving the disputed claim of the U.S. Small Business Administration, which was asserted in an amount exceeding $2,000,000.

d. The motion was prepared and filed, and the appraisal and supporting exhibits were completed, before the Chapter 11 Trustee was appointed in this case.

e. After her appointment, the Trustee withdrew the motion. Based on the Trustee's filings and statements in this case, it is my understanding that she did so because she had elected to market and sell the property free and clear of liens rather than to pursue the refinance strategy the motion was designed to support. I am not aware of any ruling by this Court, before the motion's withdrawal, that it lacked merit.

f. It is my belief and reasonable opinion at the time prior to the appointment of the Chapter 11 trustee that the appraisal, title, and lien-priority analysis prepared in connection with the motion remained of use to the estate after the Trustee's appointment in evaluating what liens would attach to the proceeds of any sale of the property and in what priority. The valuation of Property is often a critical issue to be resolved to ensure proper treatment of the claims presented and filing a viable plan of Reorganization. As approved bankruptcy counsel, the decision to file the Motion to Value was a reasonable decision and strategy in the overall efforts to file and confirm a viable Chapter 11 Plan.

5. Reasonableness of Fees. Based on my personal knowledge of the work performed, the services described in the Application were rendered, were necessary to the administration of this case or reasonably likely to benefit the estate at the time rendered, and were not duplicative of other services billed in the case. The hourly rates charged are consistent with, and no higher than, the customary rates charged by comparably experienced insolvency counsel for comparable services. No agreement exists between the Firm and any other person for the sharing of the compensation sought in the Application.

6. No Other Compensation. Other than as disclosed in the Application and the attached billing statement, the Firm has received no payment from the Debtor, the estate, or any other source for the services described in the Application.

7. Counsel is not seeking reimbursement for costs in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 6, 2026, at Pacific Palisades, California.

/s/ Michael R. Totaro

Michael R. Totaro

# EXHIBIT 1

TOTARO & SHANAHAN
A BANKRUPTCY LAW FIRM
A DEBT RELIEF COMPANY

**Totaro & Shanahan**
P.O. Box 789
Pacific Palisades, CA 90272
888 425 2889

August 21, 2026

**Monika Perez**
Villa Chardonnay Horses with Wings, INC.
P.O. Box 1789
Pacific Palisades, CA 90272

**Invoice Number: 135**
Invoice Period: 10-15-2025 - 01-29-2026

Payment Terms: Upon Receipt

**RE: Chapter 11**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-15-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>RV 6 title reports for all APN'S | 2.00 | 650.00 | 1,300.00 |
| 10-17-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>Begin and Complete compliance over two days | 4.00 | 650.00 | 2,600.00 |
| 10-21-2025 | Michael Totaro | B150 - Communication with other 3rd Parties<br>B150 - Communication with other 3rd Parties<br>Emails from UST re Insurance for volunteers, PC Client, PC Agent | 0.50 | 650.00 | 325.00 |
| 11-04-2025 | Michael Totaro | B130 - IDI, 341, Status, Reports, Hearings, Travel<br>B130 - IDI, 341, Status, Reports, Hearings, Travel<br>IDI and Prep, PC Mgr after for info, Travel time | 2.50 | 650.00 | 1,625.00 |
| 11-06-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>RV Special Notice Mannex, Fullerton | 0.20 | 650.00 | 130.00 |
| 11-16-2025 | Michael Totaro | B130 - IDI, 341, Status, Reports, Hearings, Travel<br>B130 - IDI, 341, Status, Reports, Hearings, Travel<br>Review UST list of compliance, obtain docs and signatures, Amend schedules | 3.10 | 650.00 | 2,015.00 |
| 11-19-2025 | Michael Totaro | B130 - IDI, 341, Status, Reports, Hearings, Travel<br>B130 - IDI, 341, Status, Reports, Hearings, Travel<br>341 Prep, Meeting, RV deficiencies | 2.10 | 650.00 | 1,365.00 |
| 11-22-2025 | Michael Totaro | B110 - Case Administration | 3.10 | 650.00 | 2,015.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | B110 - Case Administration<br>RV New List from UST, PC Debtor's MGR, Amend All Schedules,<br>Multiple PC with Mgr, RV State court Filings to add to Sch B and Lawsuits | | | |
| 11-22-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>RV Ron Allen lawsuit | 0.90 | 650.00 | 585.00 |
| 11-23-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>PC Mgr re remaining documents | 0.30 | 650.00 | 195.00 |
| 11-27-2025 | Michael Totaro | B195 - Miscellaneous Filings, Communications, travel<br>B195 - Miscellaneous Filings, Communications, travel<br>Motion to set CBD and Insider comp | 0.80 | 650.00 | 520.00 |
| 11-28-2025 | Michael Totaro | B130 - IDI, 341, Status, Reports, Hearings, Travel<br>B130 - IDI, 341, Status, Reports, Hearings, Travel<br>Prep Stat Rept | 1.00 | 650.00 | 650.00 |
| 12-01-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 3 Jeff Cap | 0.20 | 650.00 | 130.00 |
| 12-02-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 1 Labor Commission | 0.80 | 650.00 | 520.00 |
| 12-03-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 2 IRS | 0.70 | 650.00 | 455.00 |
| 12-09-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>RV Loan docs | 1.50 | 650.00 | 975.00 |
| 12-10-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>Calls to Client's Mgr, Creditor Montgomery, review of letters. Email to King and UST | 2.50 | 650.00 | 1,625.00 |
| 12-13-2025 | Michael Totaro | B130 - IDI, 341, Status, Reports, Hearings, Travel<br>B130 - IDI, 341, Status, Reports, Hearings, Travel<br>Travel to and From Status Hearing | 5.00 | 650.00 | 3,250.00 |
| 12-17-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>Prep Orders CBD, Insider comp | 0.50 | 650.00 | 325.00 |
| 12-20-2025 | Michael Totaro | B140 - Monthly Operating Reports<br>B140 - Monthly Operating Reports<br>Prep October MOR | 1.20 | 650.00 | 780.00 |
| 12-20-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV Amended POC 1 Labor Commission Claim | 0.20 | 650.00 | 130.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12-20-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 4, Ask Myers | 1.00 | 650.00 | 650.00 |
| 12-22-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 6 Ark | 0.40 | 650.00 | 260.00 |
| 12-23-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 5 Sears | 0.30 | 650.00 | 195.00 |
| 12-23-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 9 San Diego Gas & Ele | 0.20 | 650.00 | 130.00 |
| 12-24-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 7 re First Loan | 0.20 | 650.00 | 130.00 |
| 12-25-2025 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings,<br>Gonzalez claim POC 8 | 0.30 | 650.00 | 195.00 |
| 12-25-2025 | Michael Totaro | B110 - Case Administration<br>B110 - Case Administration<br>Emails to and from Client and Trustee re impact on Villa Debt | 0.40 | 650.00 | 260.00 |
| 12-27-2025 | Michael Totaro | B140 - Monthly Operating Reports<br>B140 - Monthly Operating Reports<br>Prep Dec MoR | 1.10 | 650.00 | 715.00 |
| 01-06-2026 | Michael Totaro | B140 - Monthly Operating Reports<br>B140 - Monthly Operating<br>P and RV December MOR | 0.80 | 650.00 | 520.00 |
| 01-07-2026 | Michael Totaro | B130 - IDI, 341, Status, Reports, Hearings, Travel<br>B130 - IDI, 341, Status, Reports, Hearings, Travel<br>Travel to SD and attend 341, Tee Requirement of in person hearing | 3.00 | 650.00 | 1,950.00 |
| 01-12-2026 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 10 | 0.20 | 650.00 | 130.00 |
| 01-15-2026 | Michael Totaro | B100 - Client Communication, Meetings, Travel<br>B100 - Client Communication, Meetings, Travel<br>Email from client re communications w senator | 0.20 | 650.00 | 130.00 |
| 01-17-2026 | Michael Totaro | B220 - Claims Review, All Filings, Hearings, Travel<br>B220 - Claims Review, All Filings, Hearings, Travel<br>RV POC 11 PC Client re same | 0.30 | 650.00 | 195.00 |
| 01-17-2026 | Michael Totaro | B110 - Case Administration | 1.50 | 650.00 | 975.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | B110 - Case Administration<br>RV Loan docs | | | | |
| 01-19-2026 | Maureen Shanahan | B185 - Motions to Avoid, All Filings, Communication, Hearings | 4.00 | 650.00 | 2,600.00 |
| | B185 - Motions to Avoid, All Filings, Communication, Hearings<br>This was erroneously listed as being prepared on 2-19 but the document was filed on 1-23-2026 and work bega and was finished prior to the trustee being appointed. | | | | |
| 01-20-2026 | Michael Totaro | B150 - Communication with other 3rd Parties | 0.10 | 650.00 | 65.00 |
| | B150 - Communication with other 3rd Parties<br>Emails from King re inspection | | | | |
| 01-20-2026 | Michael Totaro | B150 - Communication with other 3rd Parties | 0.10 | 650.00 | 65.00 |
| | B150 - Communication with other 3rd Parties<br>Email from and to King re w-9s | | | | |
| 01-21-2026 | Michael Totaro | B150 - Communication with other 3rd Parties | 0.10 | 650.00 | 65.00 |
| | B150 - Communication with other 3rd Parties<br>Email from King to Tandy re insurance | | | | |
| 01-21-2026 | Maureen Shanahan | B185 - Motions to Avoid, All Filings, Communication, Hearings | 3.50 | 650.00 | 2,275.00 |
| | B185 - Motions to Avoid, All Filings, Communication, Hearings<br>Prep exhibits to Motion to value, PC Appraiser, rev appraisal | | | | |
| 01-21-2026 | Michael Totaro | B150 - Communication with other 3rd Parties | 0.50 | 650.00 | 325.00 |
| | B150 - Communication with other 3rd Parties<br>Re stip to use Cash Collateral | | | | |
| 01-22-2026 | Michael Totaro | B150 - Communication with other 3rd Parties | 0.90 | 650.00 | 585.00 |
| | B150 - Communication with other 3rd Parties<br>Further issues re stip and rv stip | | | | |
| 01-22-2026 | Michael Totaro | B195 - Miscellaneous Filings, Communications, travel | 0.60 | 650.00 | 390.00 |
| | B195 - Miscellaneous Filings, Communications, travel<br>RV Trustee Motion for Approval of Stip | | | | |
| 01-22-2026 | Maureen Shanahan | B110 - Case Administration | 0.30 | 650.00 | 195.00 |
| | B110 - Case Administration<br>RV structure list for insurance, PC Client | | | | |
| 01-22-2026 | Michael Totaro | B150 - Communication with other 3rd Parties | 1.20 | 650.00 | 780.00 |
| | B150 - Communication with other 3rd Parties<br>PC Citron re sale of Non-Profit, Email analysis of possible sale, Pc client and email to client re sale | | | | |
| 01-23-2026 | Michael Totaro | B150 - Communication with other 3rd Parties | | 650.00 | No Charge |
| | B150 - Communication with other 3rd Parties<br>RV cease and desist letter pc client | | | | |
| 01-25-2026 | Michael Totaro | B100 - Client Communication, Meetings, Travel | 0.80 | 650.00 | 520.00 |
| | B100 - Client Communication, Meetings, Travel<br>Pc and Email to client re adversary lawsuit | | | | |
| 01-25-2026 | Michael Totaro | B100 - Client Communication, Meetings, Travel | 0.90 | 650.00 | 585.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | B100 - Client Communication, Meetings, Travel<br>Various emails re family contribution | | | | |
| 01-26-2026 | Michael Totaro | B100 - Client Communication, Meetings, Travel | 0.90 | 650.00 | 585.00 |
| | B100 - Client Communication, Meetings, Travel<br>Further emails re family contribution | | | | |
| 01-27-2026 | Michael Totaro | B130 - IDI, 341, Status, Reports, Hearings, Travel | 2.50 | 650.00 | 1,625.00 |
| | B130 - IDI, 341, Status, Reports, Hearings, Travel<br>Hearing w Travel | | | | |
| 01-29-2026 | Michael Totaro | B150 - Communication with other 3rd Parties | 0.90 | 650.00 | 585.00 |
| | B150 - Communication with other 3rd Parties<br>Email string with Person identified as father | | | | |
| | | **Total** | 60.30 | | 39,195.00 |

## Time Summary

| Professional | | Hours | Amount |
|---|---|---|---|
| Maureen Shanahan | | 7.80 | 5,070.00 |
| Michael Totaro | | 52.50 | 34,125.00 |
| Michael Totaro - No Charge | | 0.00 | 0.00 |
| | **Total** | 60.30 | 39,195.00 |

| Task | | Hours | Amount |
|---|---|---|---|
| B100 - Client Communication, Meetings, Travel | | 2.80 | 1,820.00 |
| B110 - Case Administration | | 17.20 | 11,180.00 |
| B130 - IDI, 341, Status, Reports, Hearings, Travel | | 19.20 | 12,480.00 |
| B140 - Monthly Operating Reports | | 3.10 | 2,015.00 |
| B150 - Communication with other 3rd Parties | | 4.30 | 2,795.00 |
| B185 - Motions to Avoid, All Filings, Communication, Hearings | | 7.50 | 4,875.00 |
| B195 - Miscellaneous Filings, Communications, travel | | 1.40 | 910.00 |
| B220 - Claims Review, All Filings, Hearings, Travel | | 4.80 | 3,120.00 |
| | | **Total Fees** | 39,195.00 |

| Plan Task To-Do | Hours | Amount |
|---|---|---|
| | 60.30 | 39,195.00 |
| | **Total Fees** | 39,195.00 |

| Professional | Task | Hours | Amount |
|---|---|---|---|
| Maureen Shanahan | B110 - Case Administration | 0.30 | 195.00 |
| | B185 - Motions to Avoid, All Filings, Communication, Hearings | 7.50 | 4,875.00 |
| Michael Totaro | B100 - Client Communication, Meetings, Travel | 2.80 | 1,820.00 |
| | B110 - Case Administration | 16.90 | 10,985.00 |
| | B130 - IDI, 341, Status, Reports, Hearings, Travel | 19.20 | 12,480.00 |
| | B140 - Monthly Operating Reports | 3.10 | 2,015.00 |
| | B150 - Communication with other 3rd Parties | 4.30 | 2,795.00 |
| | B195 - Miscellaneous Filings, Communications, travel | 1.40 | 910.00 |
| | B220 - Claims Review, All Filings, Hearings, Travel | 4.80 | 3,120.00 |
| | | **Total Fees** | 39,195.00 |

| Task | Professional | Hours | Amount |
|---|---|---|---|
| B100 - Client Communication, Meetings, Travel | Michael Totaro | 2.80 | 1,820.00 |
| B110 - Case Administration | Maureen Shanahan | 0.30 | 195.00 |
| | Michael Totaro | 16.90 | 10,985.00 |
| B130 - IDI, 341, Status, Reports, Hearings, Travel | Michael Totaro | 19.20 | 12,480.00 |

| Task | Professional | Hours | Amount |
|---|---|---|---|
| B140 - Monthly Operating Reports | Michael Totaro | 3.10 | 2,015.00 |
| B150 - Communication with other 3rd Parties | Michael Totaro | 4.30 | 2,795.00 |
| B185 - Motions to Avoid, All Filings, Communication, Hearings | Maureen Shanahan | 7.50 | 4,875.00 |
| B195 - Miscellaneous Filings, Communications, travel | Michael Totaro | 1.40 | 910.00 |
| B220 - Claims Review, All Filings, Hearings, Travel | Michael Totaro | 4.80 | 3,120.00 |
| | | **Total Fees** | 39,195.00 |

| | |
|---|---|
| **Total for this Invoice** | 39,195.00 |
| **Previous Invoice Balance** | 13,020.00 |
| Credit Memo on 10-13-2025 | (13,020.00) |
| **Total Amount to Pay as of 08-22-2026** | 39,195.00 |

# Client Statement of Account

As of 08-22-2026

| Matter | Balance Due |
|---|---|
| Chapter 11 | 39,195.00 |
| **Total Amount to Pay** | **39,195.00** |

## Chapter 11

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 09-30-2025 | Previous Balance | | | 13,020.00 |
| 10-13-2025 | Credit Memo | | | (13,020.00) |
| 08-21-2026 | Invoice 135 | | | 39,195.00 |
| | | | **Balance** | **39,195.00** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 09-30-2025 | Invoice 129 | 13,020.00 | | 13,020.00 |
| 10-13-2025 | Credit Memo | (13,020.00) | | (13,020.00) |
| 08-21-2026 | Invoice 135 | 39,195.00 | | 39,195.00 |
| | | | **Balance** | **39,195.00** |

**Monika Perez**
Villa Chardonnay Horses with Wings, INC.
P.O. Box 1789
Pacific Palisades, CA 90272

August 21, 2026

**Totaro & Shanahan**
P.O. Box 789
Pacific Palisades, CA 90272

**Invoice Number: 135**
Invoice Period: 10-15-2025 - 01-29-2026

## REMITTANCE COPY

**RE: Chapter 11**

| | |
|---|---|
| **Fees** | 39,195.00 |
| **Total for this Invoice** | 39,195.00 |
| **Previous Invoice Balance** | 13,020.00 |
| Credit Memo on 10-13-2025 | (13,020.00) |
| **Total Amount to Pay as of 08-22-2026** | 39,195.00 |

| Matter | | Balance Due |
|---|---|---|
| Chapter 11 | | 39,195.00 |
| | **Total Amount to Pay** | **39,195.00** |

**Open Invoices and Credits**

| Date | Transaction | Matter | Amount | Applied | Balance |
|---|---|---|---|---|---|
| 09-30-2025 | Invoice 129 | Chapter 11 | 13,020.00 | | 13,020.00 |
| 10-13-2025 | Credit Memo | Chapter 11 | (13,020.00) | | (13,020.00) |
| 08-21-2026 | Invoice 135 | Chapter 11 | 39,195.00 | | 39,195.00 |
| | | | | **Balance** | **39,195.00** |