PAUL LEEDS, ESQ. (Bar No. 214309)
pleeds@fsl.law
MEREDITH KING, ESQ. (Bar No. 280043)
mking@fsl.law
FRANKLIN SOTO LEEDS LLP
444 WEST C STREET, SUITE 300
SAN DIEGO, CA 92101
TEL: 619.872.2520
FAX: 619.566.0221

Attorneys for Secured Creditor,
*River Falls, LLC*

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor. | CASE NO.: 25-04245-JBM11<br><br>CHAPTER 11<br><br>**STIPULATION RE: EXTENSION OF TIME TO RESPOND TO MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES**<br><br>CASE FILED: October 14, 2025<br><br>DATE: November 5, 2026<br>TIME: 10:00 a.m.<br>DEPT: 2<br>ROOM: 118<br>JUDGE: Hon. J. Barrett Marum |

Secured Creditor River Falls, LLC (“River Falls”), Leslie T. Gladstone, Chapter 11 Trustee (“Trustee”), and the Labor Commissioner of the State of California (“Labor Commissioner”) (together, the “Parties”), by and through their respective counsel, stipulate and agree as follows:

**RECITALS**

A. Debtor Villa Chardonnay Horses With Wings, Inc. ("VCH") filed a voluntary petition under Chapter 11 of the Bankruptcy Code on October 14, 2025. Trustee was appointed as Chapter 11 Trustee on January 29, 2026.

B. The primary asset in Debtor's bankruptcy estate is real estate located at 4554 and 4430 Boulder Creek Road, Julian, California (collectively, the "Property"). VCH operated an animal sanctuary at the Property, which housed approximately 600 elderly and disabled animals.

C. On December 23, 2025, River Falls, along with its predecessors-in-interest Private Mortgage Lending, Inc. ("PMI") and The Armbrust Living Trust, by and through Larry D. Armbrust and Carol A. Armbrust, Trustees (the "Armbrust Trust"), filed Proof of Claim No. 7 (the "Claim") in the original principal amount of $1,745,578.10 plus fees and costs secured by a priority interest in the Property.

D. On June 16, 2026, PMI and the Armbrust Trust filed notices confirming the transfer of their interests in the Claim to River Falls.

E. On August 11, 2026, the Trustee filed her Notice of Intended Action to Approve a Stipulation re: Carve-out from River Falls Claim. The Court granted the Stipulation and entered its Order on September 11, 2026 (Doc. 291).

F. On August 31, 2026, the Labor Commissioner filed its Motion for Allowance and Payment of Administrative Expenses ("Motion") (Doc. 279). The deadline to respond to the Motion is currently **September 15, 2026**.

G. The Trustee and River Falls have been in communication with counsel for the Labor Commissioner regarding the Motion, and the Trustee and River Falls have requested additional time to respond to facilitate a potential consensual resolution of any opposition to the Motion before the November 5, 2026 hearing.

**NOW, THEREFORE**, based upon the foregoing, it is stipulated and agreed:

//

## STIPULATION

1. The Parties agree that the deadline to respond to the Motion shall be extended from September 15, 2026 to **October 8, 2026** for the Trustee and River Falls only.

2. The Labor Commissioner's deadline to reply to any response filed by the Trustee and/or River Falls shall be extended from September 22, 2026 to **October 22, 2026**.

3. The deadline for any other parties to respond remains unchanged.

**IT IS SO STIPULATED.**

DATED: September 15, 2026

**FRANKLIN SOTO LEEDS LLP**

By: /s/ *Meredith King, Esq.*
MEREDITH KING, ESQ.
PAUL LEEDS, ESQ.

*Attorneys for River Falls, LLC, Private Mortgage Lending, Inc., and The Armbrust Living Trust*

DATED: September 15, 2026

**FINANCIAL LAW GROUP**

By: */s/ Hilda M. Montes de Oca*
HILDA M. MONTES DE OCA, ESQ.

*Attorneys for Leslie T. Gladstone, Chapter 11 Trustee*

DATED: September 15, 2026

**STATE OF CALIFORNIA LABOR COMMISSIONER'S OFFICE**

By: */s/ Matthew Sirolly*
MATTHEW SIROLLY, ESQ.

*Attorney for Labor Commissioner of the State of California*