**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Paul J. Leeds, Esq. (Bar No. 214309)
Meredith King, ESQ. (Bar No. 280043)
FRANKLIN SOTO LEEDS LLP
444 West C Street, Suite 300
San Diego, CA 92101
TEL: 619.872.2520
FAX: 619.566.0221
pleeds@fsl.law / mking@fsl.law

*Attorneys for Secured Creditor, River Falls, LLC*

**Order Entered on**
September 17, 2026
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES WITH WINGS, INC.

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: November 5, 2026
Time of Hearing: 10:00 a.m.
Name of Judge: Hon. J. Barrett Marum

## ORDER APPROVING STIPULATION RE: EXTENSION OF TIME TO RESPOND TO MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 293.

//

//

//

DATED:

September 16, 2026

Judge, United States Bankruptcy Court



American LegalNet, Inc.
www.FormsWorkFlow.com

ORDER APPROVING STIPULATION RE: EXTENSION OF TIME TO RESPOND TO MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES

VILLA CHARDONNAY HORSES WITH WINGS, INC. CASE NO: 25-04245-JBM11

Secured Creditor River Falls, LLC ("River Falls"), Leslie T. Gladstone, Chapter 11 Trustee ("Trustee"), and the Labor Commissioner of the State of California ("Labor Commissioner") (together, the "Parties") filed a stipulation ("Stipulation") regarding the extension of time for the Trustee and River Falls to respond to the Labor Commissioner's Motion for Allowance and Payment of Administrative Expenses (the "Motion") (Doc 279).

The Court, having read and considered the Stipulation, and good cause appearing, hereby finds and orders as follows:

1. The Stipulation is **APPROVED**.

2. The deadline to respond to the Motion is extended from September 15, 2026 to **October 8, 2026** for the Trustee and River Falls only.

3. The Labor Commissioner's deadline to reply to any response filed by the Trustee and/or River Falls shall be extended from September 22, 2026 to **October 22, 2026**.

4. The deadline for any other parties to respond to the Motion remains unchanged.

**IT IS SO ORDERED.**

APPROVED AS TO FORM:

FINANCIAL LAW GROUP

*/s/ Hilda M. Montes de Oca*
Hilda M. Montes De Oca, Esq.

LABOR COMMISSIONER OF THE STATE OF CALIFORNIA

*/s/ Matthew Sirolly*
Matthew Sirolly, Esq.



Signed by Judge J Barrett Marum September 16, 2026

American LegalNet, Inc.
www.FormsWorkFlow.com