CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.

Paul J. Leeds, Esq. (Bar No. 214309)
Meredith King, ESQ. (Bar No. 280043)
FRANKLIN SOTO LEEDS LLP
444 West C Street, Suite 300
San Diego, CA 92101
TEL: 619.872.2520
FAX: 619.566.0221
pleeds@fsl.law / mking@fsl.law

*Attorneys for Secured Creditor, River Falls, LLC*

**Order Entered on**
September 17, 2026
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES WITH WINGS, INC.

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: November 5, 2026
Time of Hearing: 10:00 a.m.
Name of Judge: Hon. J. Barrett Marum

**ORDER APPROVING STIPULATION RE: EXTENSION OF TIME TO RESPOND TO MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES**

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 293.

//

//

//

DATED:

September 16, 2026

Judge, United States Bankruptcy Court



American LegalNet, Inc.
www.FormsWorkFlow.com

ORDER APPROVING STIPULATION RE: EXTENSION OF TIME TO RESPOND TO MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES

VILLA CHARDONNAY HORSES WITH WINGS, INC. CASE NO: 25-04245-JBM11

Secured Creditor River Falls, LLC ("River Falls"), Leslie T. Gladstone, Chapter 11 Trustee ("Trustee"), and the Labor Commissioner of the State of California ("Labor Commissioner") (together, the "Parties") filed a stipulation ("Stipulation") regarding the extension of time for the Trustee and River Falls to respond to the Labor Commissioner's Motion for Allowance and Payment of Administrative Expenses (the "Motion") (Doc 279).

The Court, having read and considered the Stipulation, and good cause appearing, hereby finds and orders as follows:

1. The Stipulation is **APPROVED**.

2. The deadline to respond to the Motion is extended from September 15, 2026 to **October 8, 2026** for the Trustee and River Falls only.

3. The Labor Commissioner's deadline to reply to any response filed by the Trustee and/or River Falls shall be extended from September 22, 2026 to **October 22, 2026**.

4. The deadline for any other parties to respond to the Motion remains unchanged.

**IT IS SO ORDERED.**

APPROVED AS TO FORM:

FINANCIAL LAW GROUP

*/s/ Hilda M. Montes de Oca*
Hilda M. Montes De Oca, Esq.

LABOR COMMISSIONER OF THE STATE OF CALIFORNIA

*/s/ Matthew Sirolly*
Matthew Sirolly, Esq.



Signed by Judge J Barrett Marum September 16, 2026

American LegalNet, Inc.
www.FormsWorkFlow.com

United States Bankruptcy Court
Southern District of California

In re: Case No. 25-04245-JBM
Villa Chardonnay Horses With Wings, Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3 User: Admin. Page 1 of 3
Date Rcvd: Sep 17, 2026 Form ID: pdfO1 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000 |
| cr | + | California Labor Commissioner, DLSE Legal Unit, 320 W. 4th Street, Ste 600, Los Angeles, CA 90013-2350 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Levin | on behalf of Trustee Leslie T. Gladstone andrewl@flgsd.com leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |
| Benjamin Heston | on behalf of Creditor Darlene Sears bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Creditor Celine Myers cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs Celine Myers cgrumer@manatt.com |

Carl Grumer
on behalf of Creditor The Ark Watch Foundation cgrumer@manatt.com

Christin A. Batt
on behalf of Trustee Leslie T. Gladstone christinb@flgsd.com
sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Christin A. Batt
on behalf of Plaintiffs Leslie T. Gladstone christinb@flgsd.com
sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

David K. Eldan
on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov rpinal@pmcos.com

Haeji Hong
on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov
USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

Hilda Montes de Oca
on behalf of Trustee Leslie T. Gladstone hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Hilda Montes de Oca
on behalf of Plaintiffs Leslie T. Gladstone hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Hilda Montes de Oca
on behalf of Counter-Defendant Leslie T. Gladstone hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Hilda Montes de Oca
on behalf of Attorney Financial Law Group hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com

Kevin Dwight
on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com

Kevin Dwight
on behalf of Plaintiffs Celine Myers kdwight@manatt.com

Kevin Dwight
on behalf of Creditor Celine Myers kdwight@manatt.com

Kevin Dwight
on behalf of Plaintiffs The Ark Watch Foundation kdwight@manatt.com

Leslie T. Gladstone
candic@flgsd.com
christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Leslie T. Gladstone
on behalf of Attorney Financial Law Group leslieg@flgsd.com
candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Leslie T. Gladstone
on behalf of Trustee Leslie T. Gladstone leslieg@flgsd.com
candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com

Matthew Sirolly
on behalf of Creditor California Labor Commissioner msirolly@dir.ca.gov

Meredith King
on behalf of Creditor The Armbrust Living Trust mking@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com

Meredith King
on behalf of Creditor River Falls LLC mking@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com

Meredith King
on behalf of Creditor Private Mortgage Lending Inc. mking@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com

Michael R Totaro
on behalf of Debtor Villa Chardonnay Horses With Wings Inc. Ocbkatty@aol.com

Michael R Totaro
on behalf of Attorney Michael Totaro Totaro & Shanahan LLP Ocbkatty@aol.com

Nissan Thomas
on behalf of Defendant Monika Kerber Perez info@nissanthomaslaw.com

Nissan Thomas

| | |
|---|---|
| | on behalf of Debtor Villa Chardonnay Horses With Wings Inc. info@nissanthomaslaw.com |
| Shelby Poteet | on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com |
| Shelby Poteet | on behalf of Creditor Private Mortgage Lending Inc. spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com |
| Shelby Poteet | on behalf of Creditor River Falls LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 33