CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.
Leslie T. Gladstone, Esq., (SBN 144615)
Christin A. Batt, Esq., (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd., La Jolla, CA 92037
Telephone: (858) 454-9887; Facsimile: (858) 454-9596
Email: LeslieG@flgsd.com
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

**Order Entered on**
September 21, 2026
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: J. Barrett Marum

## ORDER ON
### EX PARTE APPLICATION TO EMPLOY REAL ESTATE BROKER

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 287.

//

//

//

//

//

//

//

DATED: September 21, 2026

Judge, United States Bankruptcy Court

Upon the foregoing ex parte application by Leslie T. Gladstone, Trustee, praying for approval of the employment of Geffen Real Estate ("GRE") herein and upon the Declaration of Orit Gadish; and it appearing that no notice of hearing on said application needs to be given; and the Court being satisfied that GRE holds and represents no interest adverse to the individual creditors herein, the Debtor or the estate of the Debtor. Included in the assets of the Debtor's bankruptcy estate is real property located at 4554 Boulder Creek Rd., Julian, CA 92036 and 4430 Boulder Creek Road, Julian, CA 92036, in a rural area of San Diego County (collectively, the "Property"), and the Trustee wishes to sell the Property. The employment of GRE is necessary to sell the Property, and it is in the best interest of the estate; and good cause appearing:

IT IS HEREBY ORDERED:

1. The employment by the Trustee of GRE as her Real Estate Broker is hereby approved for a period of six (6) months and shall terminate on or before March 1, 2027.

2. GRE shall be paid commission (the "Fee") on a completed sale of the Property as follows:

   a. If buyer is represented by an agent, GRE will receive a 3% commission; and the Estate will cooperate with buyer in paying a 2.5% commission to buyer's agent; and

   b. If buyer is not represented by an agent, GRE will receive a 4% commission, in recognition of additional work required to close the sale.

3. The Fee paid to GRE shall only be paid from the proceeds of the Sale of the Property. If a Sale is not consummated for any or no reason whatsoever, GRE shall not be entitled to the Fee. GRE shall earn the Fee upon consummation of the Sale of the Property. Said Fee shall be due and payable immediately upon closing.

IT IS ORDERED.

Signed by Judge J Barrett Marum September 21, 2026