CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq., (SBN 144615)
Christin A. Batt, Esq., (SBN 222584)
FINANCIAL LAW GROUP
5656 La Jolla Blvd., La Jolla, CA 92037
Telephone: (858) 454-9887; Facsimile: (858) 454-9596
Email: LeslieG@flgsd.com
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

Order Entered on
September 21, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: J. Barrett Marum

# ORDER ON
## EX PARTE APPLICATION TO EMPLOY REAL ESTATE BROKER

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 287.

//

//

//

//

//

//

//

DATED: September 21, 2026

Judge, United States Bankruptcy Court

Upon the foregoing ex parte application by Leslie T. Gladstone, Trustee, praying for approval of the employment of Geffen Real Estate ("GRE") herein and upon the Declaration of Orit Gadish; and it appearing that no notice of hearing on said application needs to be given; and the Court being satisfied that GRE holds and represents no interest adverse to the individual creditors herein, the Debtor or the estate of the Debtor. Included in the assets of the Debtor's bankruptcy estate is real property located at 4554 Boulder Creek Rd., Julian, CA 92036 and 4430 Boulder Creek Road, Julian, CA 92036, in a rural area of San Diego County (collectively, the "Property"), and the Trustee wishes to sell the Property. The employment of GRE is necessary to sell the Property, and it is in the best interest of the estate; and good cause appearing:

IT IS HEREBY ORDERED:

1. The employment by the Trustee of GRE as her Real Estate Broker is hereby approved for a period of six (6) months and shall terminate on or before March 1, 2027.

2. GRE shall be paid commission (the "Fee") on a completed sale of the Property as follows:

   a. If buyer is represented by an agent, GRE will receive a 3% commission; and the Estate will cooperate with buyer in paying a 2.5% commission to buyer's agent; and

   b. If buyer is not represented by an agent, GRE will receive a 4% commission, in recognition of additional work required to close the sale.

3. The Fee paid to GRE shall only be paid from the proceeds of the Sale of the Property. If a Sale is not consummated for any or no reason whatsoever, GRE shall not be entitled to the Fee. GRE shall earn the Fee upon consummation of the Sale of the Property. Said Fee shall be due and payable immediately upon closing.

IT IS ORDERED.



Signed by Judge J Barrett Marum September 21, 2026

United States Bankruptcy Court
Southern District of California

In re: Villa Chardonnay Horses With Wings, Inc.
Debtor

Case No. 25-04245-JBM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0974-3 User: Admin. Page 1 of 3
Date Rcvd: Sep 21, 2026 Form ID: pdfO4 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Levin | on behalf of Trustee Leslie T. Gladstone andrewl@flgsd.com leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |
| Benjamin Heston | on behalf of Creditor Darlene Sears bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Creditor Celine Myers cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs Celine Myers cgrumer@manatt.com |
| Carl Grumer | on behalf of Creditor The Ark Watch Foundation cgrumer@manatt.com |
| Christin A. Batt | on behalf of Trustee Leslie T. Gladstone christinb@flgsd.com sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |

| | |
|---|---|
| Christin A. Batt | on behalf of Plaintiffs Leslie T. Gladstone christinb@flgsd.com sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |
| David K. Eldan | on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov rpinal@pmcos.com |
| Haeji Hong | on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov |
| Hilda Montes de Oca | on behalf of Trustee Leslie T. Gladstone hildam@flgsd.com leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com |
| Hilda Montes de Oca | on behalf of Plaintiffs Leslie T. Gladstone hildam@flgsd.com leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com |
| Hilda Montes de Oca | on behalf of Counter-Defendant Leslie T. Gladstone hildam@flgsd.com leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com |
| Hilda Montes de Oca | on behalf of Attorney Financial Law Group hildam@flgsd.com leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com |
| Kevin Dwight | on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com |
| Kevin Dwight | on behalf of Plaintiffs Celine Myers kdwight@manatt.com |
| Kevin Dwight | on behalf of Creditor Celine Myers kdwight@manatt.com |
| Kevin Dwight | on behalf of Plaintiffs The Ark Watch Foundation kdwight@manatt.com |
| Leslie T. Gladstone | candic@flgsd.com christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |
| Leslie T. Gladstone | on behalf of Attorney Financial Law Group leslieg@flgsd.com candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |
| Leslie T. Gladstone | on behalf of Trustee Leslie T. Gladstone leslieg@flgsd.com candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |
| Matthew Sirolly | on behalf of Creditor California Labor Commissioner msirolly@dir.ca.gov |
| Meredith King | on behalf of Creditor The Armbrust Living Trust mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com |
| Meredith King | on behalf of Creditor River Falls LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com |
| Meredith King | on behalf of Creditor Private Mortgage Lending Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com |
| Michael R Totaro | on behalf of Debtor Villa Chardonnay Horses With Wings Inc. Ocbkatty@aol.com |
| Michael R Totaro | on behalf of Attorney Michael Totaro Totaro & Shanahan LLP Ocbkatty@aol.com |
| Nissan Thomas | on behalf of Defendant Monika Kerber Perez info@nissanthomaslaw.com |
| Nissan Thomas | on behalf of Debtor Villa Chardonnay Horses With Wings Inc. info@nissanthomaslaw.com |
| Shelby Poteet | on behalf of Creditor Private Mortgage Lending Inc. spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com |
| Shelby Poteet | |

| | |
|---|---|
| | on behalf of Creditor River Falls LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com |
| Shelby Poteet | on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 33