CSD 2062 [07/20/26]
Court Telephone: (619) 557-5620
www.casb.uscourts.gov

Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
Financial Law Group, PC
5656 La Jolla Blvd., La Jolla, CA 92037
Telephone (858) 454-9887
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In re

VILLA CHARDONNAY HORSES WITH WINGS, INC.

Debtor(s).

BANKRUPTCY NO. 25-04245-JBM11

**TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING**

**TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

**You are hereby notified** that the undersigned Trustee proposes to:

☐ Compromise or settle the following controversy [description of controversy to be settled and financial impact on estate as required by LBR 9019]; or

☐ Allowance of compensation or reimbursement of expenses by trustee in the amounts indicated below [information required by FRBP 2002(c)(2)]; or

Fees:
Costs:

☒ **Other: Trustee intends to enter into a home improvement contract for deep cleaning and trash haul out (the "Agreement") with respect to the property at 4554 Boulder Creek Rd., Julian, CA 92036 and 4430 Boulder Creek Road, Julian, CA 92036 (collectively, the "Property"). A true and correct copy of the Agreement is attached to the Declaration of Leslie T. Gladstone and incorporated by reference.**

**The contract price is $8,640.00 (the "Contract Price") and includes deep cleaning of the main house, guest house, and cattery at the Property, as well as trash haul out from various locations around the Property.**

**River Falls LLC, the first priority lienholder on the Property, has consented to payment of the Contract Price out of escrow as a carveout to its lien on the Property, and the Contract Price will be paid upon closing of a sale of the Property.**

**Trustee believes the Agreement is in the best interest of the estate.**

**Wherefore, the Trustee requests that this Court approve the Agreement.**

IF YOU OBJECT TO THE PROPOSED ACTION:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letter:

| | | | |
|---|---|---|---|
| - | CL - call (619) 557-6019 | - | DEPARTMENT ONE (Room 218) |
| - | JBM - call (619) 557-5157 | - | DEPARTMENT TWO (Room 118) |

2. **Within 14[1] days from the date of this notice**, you are further required to serve a copy of your **Declaration in Opposition** and separate **Request and Notice of Hearing** [Local Form CSD 1184] upon the undersigned Trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 880 Front Street, Ste. 3230, San Diego, CA 92101. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

    a. identify the interest of the opposing party; and

    b. state, with particularity, the factual and legal grounds for the opposition.

3. **You must** file the original of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

**If you fail to serve your "Declaration in Opposition to Intended Action" and "Request and Notice of Hearing"** within the 14-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the Trustee may proceed to take the intended action.

Dated: September 29, 2026

/s/ Leslie T. Gladstone
Leslie T. Gladstone, Esq.
Attorney for Trustee
Address: 5656 La Jolla Blvd.
La Jolla, CA 92037
Phone No. (858) 454-9887

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.