Leslie T. Gladstone, Esq. (SBN 144615)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596
E-mail: LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor(s). | Case No.: 25-04245-JBM11<br><br>**DECLARATION OF LESLIE T. GLADSTONE IN SUPPORT OF TRUSTEE'S NOTICE OF INTENDED ACTION RE APPROVAL OF CONTRACT FOR HOME IMPROVEMENT CLEANING AND TRASH REMOVAL**<br><br>Honorable J. Barrett Marum |

I, LESLIE T. GLADSTONE, declare:

1. I am the chapter 11 trustee for the bankruptcy estate of Villa Chardonnay Horses with Wings, Inc. ("**Debtor**"). All the information contained herein is within my personal knowledge, except for those matters alleged on information and belief and as to those matters I believe them to be true. If called as a witness, I could competently testify thereto.

2. According to documents filed in this case, I am informed and believe that on October 14, 2025, Debtor, commenced this bankruptcy case by filing a



FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

voluntary petition under chapter 11 of the Bankruptcy Code.

3. On January 29, 2026, I was appointed as chapter 11 trustee of Debtor's bankruptcy estate (the "**Estate**").

4. I offer this Declaration in support of my Notice of Intended Action to approve the home improvement contract for deep cleaning and trash haul out (the "**Agreement**") with respect to the property at 4554 Boulder Creek Rd., Julian, CA 92036 and 4430 Boulder Creek Road, Julian, CA 92036 (collectively, the "**Property**"). A copy of the Agreement is attached hereto as Exhibit 1 and incorporated herein.

5. The contract price is $8,640.00 (the "**Contract Price**") and includes deep cleaning of the main house, guest house, and cattery at the Property, as well as trash haul out from various locations at the Property.

6. River Falls LLC, the first priority lienholder on the Property, has consented to payment of the Contract Price out of escrow as a carveout to its lien on the Property, and the Contract Price will be paid upon closing of a sale of the Property.

7. Under the circumstances of this case, it is my business judgment that the Agreement is in the best interest of the Estate as it will assist with the sale of the Property, without incurring additional administrative expenses that would diminish any disbursement to unsecured creditors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2026, at La Jolla, California.

/s/ Leslie T. Gladstone
Leslie T. Gladstone

# EXHIBIT "1"

EXHIBIT "1"

# HOME IMPROVEMENT CONTRACT

This Agreement ("Contract") is made as of September 24, 2026 (the "Effective Date"), between:

CONTRACTOR: Albert Ruiz, dba AR Construction Services – CSLB License No. 1060038
Address: 19510 Van Buren Blvd, F3 #489, Riverside, CA 92508 | Email: Albertruiz372@gmail.com | Phone: 951-315-7856

OWNER: Villa Chardonnay Horses with Wings, Inc. ("Villa C"), by Leslie Gladstone, solely in her capacity as Chapter 11 Trustee, U.S. Bankruptcy Court, Southern District of California.
Property: 4430 and 4554 Boulder Creek Road, Julian, CA 92036 (the "Property")

**You, the Owner, are entitled to a completely filled in copy of this Agreement, signed by both you and the Contractor, before any Work may be started.**

## 1. DESCRIPTION OF WORK

Contractor shall perform trashout and sales cleaning of the Main House, Guest House, and Cattery at the Property ("Work"), Detailed Scope of Work is set forth in the attached Exhibit A, and Owner's Initial acknowledging receipt: ___

## 2. CONTRACT PRICE AND PAYMENT

Contract Price: $8,640.00. Down Payment: $0

**THE DOWN PAYMENT MAY NOT EXCEED $1,000 OR 10 PERCENT OF THE CONTRACT PRICE, WHICHEVER IS LESS.**

Owner shall pay Contractor the Contract Price following the earlier of: (i) the close of escrow for the sale of the Property from seller's proceeds; or (ii) the termination or expiration of the Property's Listing Agreement with Owner's Representative, Geffen Real Estate.

## 3. CONTRACTOR QUALIFICATIONS AND SCOPE LIMITATIONS

Owner acknowledges: (a) this Contractor is not specialized in biohazard remediation, and this cleanup is not being handled as a hazardous materials or biohazard job; (b) Contractor's scope is limited to routine trash removal, cleaning, and disinfectant spraying, not specialized decontamination; and (c) Contractor makes no representation that the Work will eliminate or remediate any pathogen, parasite, or biohazard condition at the Property.

## 4. LIABIITY WAIVER

Owner acknowledges the disclosures in Section 3 above and expressly releases Contractor from, any and all claims, liability, or responsibility arising from or related to any mold, airborne pathogens, parasites, odor, or biohazard condition existing at the Property, including the Main House, Guest House, and Cattery.

## 5. CARVE-OUT AUTHORIZATION

Contractor's compensation under this Agreement shall be paid as a carve-out from the sale proceeds otherwise securing the claim of the first-priority lienholder on the Property.

## 6. EXTRA WORK AND CHANGE ORDERS

Owner may not require Contractor to perform Extra Work or Change Order work without providing written authorization prior to the commencement of any work covered by the new Change Order. Extra Work or a Change Order is not enforceable against Owner unless the Change Order also identifies all of the following in writing prior to the commencement of any work covered by the new Change Order: (1) the scope of work encompassed by the order; (2) the amount to be added to or subtracted from the Contract Price; and (3) the effect the Change Order will have on the schedule of progress payments or the completion date. Contractor's failure to comply with these requirements does not preclude the recovery of compensation for Extra Work performed based upon legal or equitable remedies designed to prevent unjust enrichment.

## 7. INSURANCE

Contractor maintains commercial general liability insurance (Policy No. GL2025000337747, issued by Bravo Insurance; contact Sophie at 818-443-7708 to verify coverage) with limits of not less than $1,000,000 per occurrence, and workers' compensation insurance for all employees. Contractor shall name Owner as an additional insured (except for workers' compensation) and provide proof of insurance before commencing Work. Contractor shall require each subcontractor performing Work under this Agreement to maintain general liability insurance applicable to the Work performed by such subcontractor, with limits of liability not less than $1,000,000.00 for each occurrence.

**8. SCHEDULE**

Approximate Date of Commencement: three (3) business days after Owner's execution of this Agreement. Estimated Date of Completion: within ten (10) business days of the Date of Commencement.

**9. TERMINATION**

Owner may terminate this Agreement for cause upon written notice describing the violation, with a right for Contractor to cure within twenty-one (21) days. Owner may also terminate for convenience upon three (3) business days' written notice, in which case Contractor shall be paid for Work completed through the effective date of termination.

**10. GOVERNING LAW AND DISPUTE RESOLUTION**

This Agreement is governed by California law. The Bankruptcy Court shall retain jurisdiction to resolve any dispute arising out of or relating to this Agreement or the Work.

**11. GENERAL PROVISIONS**

This Agreement is the entire agreement between the parties regarding the Work and supersedes all prior discussions, whether oral or written. It may only be modified by a signed writing. If any provision is held invalid, the remainder of this Agreement shall remain in effect. Headings are for convenience only. This Agreement may be signed in counterparts, including by electronic signature.

**12. RIGHT TO CANCEL**

The law requires Contractor to give Owner a notice explaining Owner's right to cancel this Agreement within three (3) business days if signed at a location other than Contractor's place of business. See attached Notice of Cancellation. Owner's Initial acknowledging receipt: _______

**13. MECHANIC'S LIEN WARNING**

Anyone who helps improve your property, but who is not paid, may record what is called a mechanic's lien on your property. A mechanic's lien is a claim, like a mortgage or home equity loan, made against your property and recorded with the county recorder.

Even if you pay your Contractor in full, unpaid subcontractors, suppliers, and laborers who helped to improve your property may record mechanics' liens and sue you in court to foreclose the lien. If a court finds the lien is valid, you could be forced to pay twice or have a court officer sell your property to pay the lien. Liens can also affect your credit.

To preserve their right to record a lien, each subcontractor and material supplier must provide you with a document called a '20-day Preliminary Notice.' This notice is not a lien; it lets you know that the person who sends it has the right to record a lien on your property if not paid. BE CAREFUL: this notice can be sent up to 20 days after work starts or materials are delivered, which can be a problem if you pay your Contractor before receiving it. You will not get Preliminary Notices from your prime Contractor or from laborers who work on your project; the law assumes you already know they are improving your property.

You can protect yourself by getting a list from Contractor of all subcontractors and material suppliers, finding out when they started work or delivered materials, and waiting 20 days while watching for Preliminary Notices. One way to protect yourself is to pay with a joint check, payable to both Contractor and the subcontractor or supplier who sent you a Preliminary Notice. For other ways to prevent liens, visit www.cslb.ca.gov or call 1-800-321-CSLB (2752). If you do nothing, you risk having a lien placed on your property, which can mean paying twice or facing a forced sale to pay what you owe.

**14. CONTRACTORS STATE LICENSE BOARD NOTICE**

CSLB is the state consumer protection agency that licenses and regulates construction contractors. Contact CSLB for information about the licensed contractor you are considering, including information about disclosable complaints, disciplinary actions, and civil judgments that are reported to CSLB. Use only licensed contractors. If you file a complaint against a licensed contractor within the legal deadline (usually four years), CSLB has authority to investigate the complaint. If you use an unlicensed contractor, CSLB may not be able to help you resolve your complaint, and your only remedy may be in civil court. Visit www.cslb.ca.gov, call 1-800-321-CSLB (2752), or write to P.O. Box 26000, Sacramento, CA 95826.

**SIGNATURES**

Owner: Villa Chardonnay Horses with Wings, Inc. By: ____________________________ Date: September 29, 2026
Leslie Gladstone, solely in her capacity as Chapter 11 Trustee
Contractor: AR Construction Services By: ____________________________ Date: ______________
Albert Ruiz, Sole Owner

## NOTICE OF CANCELLATION (Copy 1 – Owner's Copy)

September 25, 2026

You, the Owner/buyer, have the right to cancel this Contract, without any penalty or obligation, within three business days. You may cancel by emailing, mailing, faxing, or delivering a written notice to the Contractor at the Contractor's place of business by midnight of the third business day after you received a signed and dated copy of the Contract that includes this notice. Include your name, your address, and the date you received the signed copy of the Contract and this notice.

If you cancel, the Contractor must return to you anything you paid within 10 days after the Contractor's receipt of your notice of cancellation.

To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice, or any other written notice, to: AR Construction Services, 19510 Van Buren Blvd, F3 #489, Riverside, CA 92508, not later than midnight of ___September 25, 2026______________ (Date).

I hereby cancel this transaction.

September 29, 2026_______________ (Date)

__________________________________ (Owner's signature)

## NOTICE OF CANCELLATION (Copy 2 – Return to Contractor if Cancelling)

September 25, 2026

You, the Owner/buyer, have the right to cancel this Contract, without any penalty or obligation, within three business days. You may cancel by emailing, mailing, faxing, or delivering a written notice to the Contractor at the Contractor's place of business by midnight of the third business day after you received a signed and dated copy of the Contract that includes this notice. Include your name, your address, and the date you received the signed copy of the Contract and this notice.

If you cancel, the Contractor must return to you anything you paid within 10 days after the Contractor's receipt of your notice of cancellation.

To cancel this transaction, mail or deliver a signed and dated copy of this cancellation notice, or any other written notice, to: AR Construction Services, 19510 Van Buren Blvd, F3 #489, Riverside, CA 92508, not later than midnight of _September 25, 2026______ (Date).

I hereby cancel this transaction.

________________________________ (Date)

________________________________ (Owner's signature)

# EXHIBIT A

## Scope of Work - Trashout

**Location: Main House**

| ID | ITEM NAME | ITEM DESCRIPTION | $ LABOR | $ MATERIAL | $ TOTAL | REQUIRED/ OPTIONAL |
|---|---|---|---|---|---|---|
| 1 | Trash removal | Trash removal is limited to items located within the interior of the main house also included is the trash that has been scattered by animals from trash bins in courtyard. All other areas including but not limited to the yard, exterior spaces, sheds or any out buildings are excluded from trashout removal services. | 825.00 | 75.00 | 900.00 | Required |

**Location: Guest House**

| ID | ITEM NAME | ITEM DESCRIPTION | $ LABOR | $ MATERIAL | $ TOTAL | REQUIRED/ OPTIONAL |
|---|---|---|---|---|---|---|
| 1 | Trash removal | Trash removal is limited to items located within the interior of the guest house. All other areas including but not limited to the yard, exterior spaces, sheds or any out buildings are excluded from trashout removal services. | 375.00 | 75.00 | 450.00 | Required |

**Location: Cattery**

| ID | ITEM NAME | ITEM DESCRIPTION | $ LABOR | $ MATERIAL | $ TOTAL | REQUIRED/ OPTIONAL | |
|---|---|---|---|---|---|---|---|
| 1 | Trashout | Trash removal is limited to items located within the interior of the cattery. All other areas including but not limited to the yard, exterior spaces, sheds or any out buildings are excluded from trashout removal services. Any chemicals, hazardous materials, or items requiring special disposal services will be left on site and are excluded from the trash removal services. | 1,350.00 | 1,350.00 | 2,700.00 | Required | Selec |

Includes 40 yd Dumpster

**Location: Gazebo**

| ID | ITEM NAME | ITEM DESCRIPTION | $ LABOR | $ MATERIAL | $ TOTAL | REQUIRED/ OPTIONAL | |
|---|---|---|---|---|---|---|---|
| 1 | Gazebo At Main House - Trashout | 2 Chairs and 1 bench | 150.00 | 0.00 | 150.00 | Required | Selec |

**Total of Required Line Items : $4,200.00**

# EXHIBIT A

## Scope of Work (Continued) – Sales Clean

Location: Main House

| ID | ITEM NAME | ITEM DESCRIPTION | $ LABOR | $ MATERIAL | $ TOTAL | REQUIRED/ OPTIONAL |
|---|---|---|---|---|---|---|
| 1 | Kitchen and 4 bathrooms | Cleaning services are limited to kitchen and 4 bathrooms including showers and toilets. Mopping and vacuuming however will be performed throughout the entire house. All other cleaning task outside the kitchen and bathrooms are excluded from this service. Note: some surfaces including areas that are rusted are too deteriorated to remove staining. | 752.00 | 188.00 | 940.00 | Required |

Location: Guest House

| ID | ITEM NAME | ITEM DESCRIPTION | $ LABOR | $ MATERIAL | $ TOTAL | REQUIRED/ OPTIONAL |
|---|---|---|---|---|---|---|
| 1 | Final sales clean | Cleaning services are limited to kitchen and 1 bathroom including shower and toilet. Mopping and vacuuming however will be performed throughout the entire house. All other cleaning task outside the kitchen and bathroom are excluded from this service. Note: some surfaces including areas that are rusted are too deteriorated to remove staining. | 600.00 | 50.00 | 650.00 | Required |

Location: Cattery

| ID | ITEM NAME | ITEM DESCRIPTION | $ LABOR | $ MATERIAL | $ TOTAL | REQUIRED/ OPTIONAL | |
|---|---|---|---|---|---|---|---|
| 1 | General cleaning | General cleaning includes vacuuming, sweeping, mopping floors, wiping down accessible surfaces, clean bathroom, sink, toilet cleaning with a brush. This does not include disinfection, descaling, or removal of embedded stains, mold or mildew. Due to the large number of cats housed in the cattery there is a strong persistent odor throughout and there is no guarantee of odor removal. Toilet bowl has heavy staining and it may be too unsanitary or hazardous and may be excluded. | 2,200.00 | 600.00 | 2,800.00 | Required | Select |

Location: Gazebo

| ID | ITEM NAME | ITEM DESCRIPTION | $ LABOR | $ MATERIAL | $ TOTAL | REQUIRED/ OPTIONAL | |
|---|---|---|---|---|---|---|---|
| 1 | Wash down with garden hose. | Gazebo will be washed down with garden hose only. no scrubbing, no repainting, no restoration and no guarantee is made regarding the condition of the paint. | 50.00 | 0.00 | 50.00 | Required | Select |

Total of Required Line Items : $4,440.00