CSD 2062 [07/20/26]
Court Telephone: (619) 557-5620
www.casb.uscourts.gov

Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
Financial Law Group, PC
5656 La Jolla Blvd., La Jolla, CA 92037
Telephone (858) 454-9887
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In re

VILLA CHARDONNAY HORSES WITH WINGS, INC.

Debtor(s).

BANKRUPTCY NO. 25-04245-JBM11

## TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING

**TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:**

**You are hereby notified** that the undersigned Trustee proposes to:

☐ Compromise or settle the following controversy [description of controversy to be settled and financial impact on estate as required by LBR 9019]; or

☐ Allowance of compensation or reimbursement of expenses by trustee in the amounts indicated below [information required by FRBP 2002(c)(2)]; or

Fees:
Costs:

☒ **Other: Trustee intends to enter into a home improvement contract for deep cleaning and trash haul out (the "Agreement") with respect to the property at 4554 Boulder Creek Rd., Julian, CA 92036 and 4430 Boulder Creek Road, Julian, CA 92036 (collectively, the "Property"). A true and correct copy of the Agreement is attached to the Declaration of Leslie T. Gladstone and incorporated by reference.**

**The contract price is $8,640.00 (the "Contract Price") and includes deep cleaning of the main house, guest house, and cattery at the Property, as well as trash haul out from various locations around the Property.**

**River Falls LLC, the first priority lienholder on the Property, has consented to payment of the Contract Price out of escrow as a carveout to its lien on the Property, and the Contract Price will be paid upon closing of a sale of the Property.**

**Trustee believes the Agreement is in the best interest of the estate**.

**Wherefore, the Trustee requests that this Court approve the Agreement.**

IF YOU OBJECT TO THE PROPOSED ACTION:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letter:

| | | | |
|---|---|---|---|
| - | CL - call (619) 557-6019 | - | DEPARTMENT ONE (Room 218) |
| - | JBM - call (619) 557-5157 | - | DEPARTMENT TWO (Room 118) |

2. **Within 14[1] days from the date of this notice**, you are further required to serve a copy of your **Declaration in Opposition** and separate **Request and Notice of Hearing** [Local Form CSD 1184] upon the undersigned Trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 880 Front Street, Ste. 3230, San Diego, CA 92101. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

    a. identify the interest of the opposing party; and

    b. state, with particularity, the factual and legal grounds for the opposition.

3. **You must** file the original of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

**If you fail to serve your "Declaration in Opposition to Intended Action" and "Request and Notice of Hearing"** within the 14-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the Trustee may proceed to take the intended action.

Dated: September 29, 2026

/s/ Leslie T. Gladstone
Leslie T. Gladstone, Esq.
Attorney for Trustee
Address: 5656 La Jolla Blvd.
La Jolla, CA 92037
Phone No. (858) 454-9887

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

United States Bankruptcy Court
Southern District of California

In re:
Villa Chardonnay Horses With Wings, Inc.
Debtor

Case No. 25-04245-JBM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0974-3 User: Admin. Page 1 of 4
Date Rcvd: Oct 01, 2026 Form ID: pdf905 Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000 |
| cr | + | California Labor Commissioner, DLSE Legal Unit, 320 W. 4th Street, Ste 600, Los Angeles, CA 90013-2350 |
| 15227791 | | Allstate Propane, 31500 Grape St # 3-404, Lake Elsinore, CA 92532-9709 |
| 15227792 | | Andres Sandoval, Attn. Labor Commissioner's Office, 3737 Main St Ste 850, Riverside, CA 92501-3350 |
| 15245838 | + | Benjamin Heston, Nexus Bankruptcy, 3090 Bristol Street, Costa Mesa, CA 92626-3079 |
| 15227793 | + | Benjamin Moreno, Attn. Labor Commissioner's Office, 3737 S Main St # 850, Riverside, CA 92501-3350 |
| 15246275 | + | Bruno Soto Gonzalez, 1122 S. La Cienega Blvd., Los Angeles, CA 90035-0010 |
| 15241741 | + | California State Labor Commissioner, ATTN: Lindsey Lara, 1500 Hughes Way, Suite C-202, Long Beach, CA 90810-1882 |
| 15227795 | + | Carol Armbrust, P.O. Box 203, Chester, ID 83421-0203 |
| 15245722 | + | Celine Myers and The Ark Watch Foundation, 203 Redwood Shores Parkway, Suite 125, Redwood City, CA 94065-6125 |
| 15258209 | + | Connor J. Farley, MANATT, PHELPS & PHILLIPS, LLP, 203 Redwood Shores Pkwy, Ste 125, Redwood City, CA 94065-6125 |
| 15227796 | | Cynthia Montgomery, C/O Allen Kate, 888 Prospect St Ste 200, La Jolla, CA 92037-4261 |
| 15234263 | + | Dale Fullerton, 30002 Chihuahua Valley, Warner Springs, CA 92086-9280 |
| 15227797 | | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |
| 15227798 | | Elias Villafuerte-Rubio, Attn. Labor Commissioner's Office, 320 W 4th St Ste 450, Los Angeles, CA 90013-2479 |
| 15227800 | | Investors Mortgage Lending Group, Inc, Po Box 2354, Rcho Santa Fe, CA 92067-2354 |
| 15258208 | + | Kevin P. Dwight, MANATT, PHELPS & PHILLIPS, LLP, 203 Redwood Shores Pkwy, Ste 125, Redwood City, CA 94065-6125 |
| 15234262 | + | Margaret Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |
| 15251260 | + | Margie Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |
| 15227858 | + | Meredith King, Esq., FRANKLIN SOTO LEEDS LLP, 444 West C St., Suite 300, San Diego, CA 92101-3597 |
| 15227804 | + | Monika Kerber Perez, P.O. Box 1000, Julian, CA 92036-1000 |
| 15246048 | + | Nexus Bankruptcy, 3090 Bristol Street #400, Costa Mesa, CA 92626-3063 |
| 15227805 | | Private Mortgage Lending, LLC, Po Box 2354, Rcho Santa Fe, CA 92067-2354 |
| 15227806 | | Raul Garcia, Attn. Labor Commissioner's Office, 320 W 4th St Ste 450, Los Angeles, CA 90013-2479 |
| 15227807 | | Rey Velazquez, Attn. Labor Commissioner's Office, 3737 Main St Ste 850, Riverside, CA 92501-3350 |
| 15246237 | + | River Falls, LLC, c/o FRANKLIN SOTO LEEDS LLP, Attn.: Meredith King, Esq., 444 West C St., Suite 300, San Diego, CA 92101-3597 |
| 15227808 | | River Falls, LLC, Attn. June Sifuentes, 2840 Fletcher Pkwy # 144, El Cajon, CA 92020-2111 |
| 15246351 | + | SAN DIEGO GAS AND ELECTRIC, Attn: Credit & Collections / Bankruptcy,, 8326 Century Park Court, San Diego, CA 92123-1576 |
| 15227809 | | San Diego Department of Gas & Electric, Po Box 25111, Santa Ana, CA 92799-5111 |
| 15227810 | + | Santos Figueroa, Attn. Labor Commissioner's Office, 320 W 4th St Ste 340, Los Angeles, CA 90013-2343 |
| 15227811 | | Santos Rodriguez, Attn. Labor Commissioner's Office, 320 W 4th St Ste 340, Los Angeles, CA 90013-2343 |
| 15227839 | + | Shelby A. Poteet, Esq., FRANKLIN SOTO LEEDS LLP, 444 West C St., Suite 300, San Diego, CA 92101-3597 |
| 15227813 | + | State of California Labor Commission, 464 W 4th St 478, Sn Bernrdno, CA 92401-1414 |
| 15227815 | | The ARK Watch Foundation, Manatt, Phelps & Phillips, LLP, 203 Redwood Shores Pkwy Ste 450, Redwood City, CA 94065-6100 |
| 15227816 | | Waste Management, Attn. Rentto & Rentto, 3517 Camino Del Rio S Ste 412, San Diego, CA 92108-4046 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15227802 | Email/Text: litbkcourtmail@johndeere.com | Oct 02 2026 01:42:00 | John Deere Financial, 6400 Nw 86th St, Johnston, IA 50131 |

| | | | | |
|---|---|---|---|---|
| 15227700 | + | Email/Text: ustp.region15@usdoj.gov | Oct 02 2026 01:42:00 | Haeji Hong, United States Trustee's Office, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 15227799 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2026 01:42:00 | Internal Revenue Service, General Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15227801 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 02 2026 01:42:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 15227803 | ^ | MEBN | Oct 02 2026 01:41:33 | John Deere Financial (2), Attn. Customer Service, Po Box 5328, Madison, WI 53705-0328 |
| 15265278 | | Email/Text: deannatfranklincorp@gmail.com | Oct 02 2026 01:42:00 | River Falls, LLC, 2240 Encinitas Boulevard #D131, Encinitas, CA 92024 |
| 15227812 | | Email/Text: bankruptcynotices@sba.gov | Oct 02 2026 01:42:00 | Small Business Association, CESC Covid EIDL Service Center, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |
| 15227814 | | Email/Text: CWanger@manatt.com | Oct 02 2026 01:42:00 | The Ark Watch andcCeline Myers, c/o Manatt, Phelps & Phillips, LLP, 1 Embarcadero Ctr Fl 30, San Francisco, CA 94111-3719 |
| 15265487 | + | Email/Text: bankruptcynotices@sba.gov | Oct 02 2026 01:42:00 | U.S. Small Business Administration, Office of General Counsel (ACM), 312 North Spring Street, Floor 5, Los Angeles, CA 90012 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Dale Fullerton, 30002 Chihuahua Valley, Warner Springs, CA 92086-9280 |
| cr | * | Darlene Sears, 2420 Gondar Ave, Long Beach, CA 90815-2214 |
| cr | *+ | Margie Mannex, 1755 Lilac Rd., Ramona, CA 92065-1116 |
| 15227794 | ##+ | Bruno Gonzalez, c/o Adamson Ahdoot, LLP, 1150 S Robertson Blvd, Los Angeles, CA 90035-1404 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Levin | on behalf of Trustee Leslie T. Gladstone andrewl@flgsd.com leslieg@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@f |

| | |
|---|---|
| | lgsd.com |
| Benjamin Heston | on behalf of Creditor Darlene Sears bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Plaintiffs Celine Myers cgrumer@manatt.com |
| Carl Grumer | on behalf of Creditor The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Creditor Celine Myers cgrumer@manatt.com |
| Christin A. Batt | on behalf of Trustee Leslie T. Gladstone christinb@flgsd.com sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Christin A. Batt | on behalf of Plaintiffs Leslie T. Gladstone christinb@flgsd.com sandray@flgsd.com;candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| David K. Eldan | on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov rpinal@pmcos.com |
| Haeji Hong | on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov |
| Hilda Montes de Oca | on behalf of Attorney Financial Law Group hildam@flgsd.com leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Hilda Montes de Oca | on behalf of Trustee Leslie T. Gladstone hildam@flgsd.com leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Hilda Montes de Oca | on behalf of Plaintiffs Leslie T. Gladstone hildam@flgsd.com leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Hilda Montes de Oca | on behalf of Counter-Defendant Leslie T. Gladstone hildam@flgsd.com leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;sandray@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Kevin Dwight | on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com |
| Kevin Dwight | on behalf of Plaintiffs Celine Myers kdwight@manatt.com |
| Kevin Dwight | on behalf of Creditor Celine Myers kdwight@manatt.com |
| Kevin Dwight | on behalf of Plaintiffs The Ark Watch Foundation kdwight@manatt.com |
| Leslie T. Gladstone | candic@flgsd.com christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Leslie T. Gladstone | on behalf of Attorney Financial Law Group leslieg@flgsd.com candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Leslie T. Gladstone | on behalf of Trustee Leslie T. Gladstone leslieg@flgsd.com candic@flgsd.com;sandray@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Matthew Sirolly | on behalf of Creditor California Labor Commissioner msirolly@dir.ca.gov |

| | |
|---|---|
| Meredith King | on behalf of Creditor Private Mortgage Lending Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com |
| Meredith King | on behalf of Creditor The Armbrust Living Trust mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com |
| Meredith King | on behalf of Creditor River Falls LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com |
| Michael R Totaro | on behalf of Attorney Michael Totaro Totaro & Shanahan LLP Ocbkatty@aol.com |
| Michael R Totaro | on behalf of Debtor Villa Chardonnay Horses With Wings Inc. Ocbkatty@aol.com |
| Nissan Thomas | on behalf of Defendant Monika Kerber Perez info@nissanthomaslaw.com |
| Nissan Thomas | on behalf of Debtor Villa Chardonnay Horses With Wings Inc. info@nissanthomaslaw.com |
| Shelby Poteet | on behalf of Creditor River Falls LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com |
| Shelby Poteet | on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com |
| Shelby Poteet | on behalf of Creditor Private Mortgage Lending Inc. spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 33