CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq. (SBN 144615)
Hilda M. Montes de Oca, Esq. (SBN 287605)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

**Order Entered on**
October 8, 2026
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: November 5, 2026
Time of Hearing: 10:00 a.m.
Name of Judge: J. Barrett Marum

# ORDER ON

## STIPULATION TO CONTINUE HEARING AND EXTENSION OF TIME TO RESPOND TO LABOR COMMISSIONER'S MOTION FOR ALLOWANCE AND PAYMENT OF LABOR COMMISSIONER'S ADMINISTRATIVE EXPENSES (POST-PETITION EMPLOYEE WAGES)

The court orders as set forth on the continuation pages attached and numbered 2 through 7 with exhibits, if any, for a total of 7 pages. Motion/Application Docket Entry No. 305.

//

//

//

//

//

//

//

DATED: October 7, 2026

Judge, United States Bankruptcy Court

Having reviewed the Stipulation to Continue Hearing and Extension of Time to Respond to Labor Commissioner's Motion for Allowance and Payment of Labor Commissioner's Administrative Expenses (Post-Petition Employee Wages) (the "Stipulation") entered into by and between Leslie T. Gladstone, chapter 11 trustee ("Trustee"), secured creditor River Falls, LLC ("River Falls"), and the Labor Commissioner of the State of California ("Labor Commissioner") (together, the "Parties"), by and through their respective counsel of record,

IT IS HEREBY ORDERED,

1. The Stipulation attached hereto as Exhibit A is approved.

2. The hearing on the Labor Commissioner's Motion for Allowance and Payment of Labor Commissioner's Administrative Expenses (Post-Petition Employee Wages) (the "Motion") currently scheduled for November 5, 2026, at 10:00 a.m., in Department Two (2), is hereby continued to December 3, 2026, at 10:00 a.m. in Department Two (2).

3. The deadline to respond to the Motion is extended from October 8, 2026 to November 8, 2026, for the Trustee and River Falls only.

4. The Labor Commissioner's deadline to reply to any response filed by the Trustee and/or River Falls is extended to November 22, 2026.

5. The deadline for any other parties to respond to the Motion remains unchanged.

IT IS SO ORDERED.

Signed by Judge J Barrett Marum October 7, 2026

# EXHIBIT "A"

EXHIBIT "A"

Leslie T. Gladstone, Esq. (SBN 144615)
Hilda M. Montes de Oca, Esq. (SBN 287605)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Email: LeslieG@flgsd.com
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor(s).

Case No.: 25-04245-JBM11

**STIPULATION TO CONTINUE HEARING AND EXTENSION OF TIME TO RESPOND TO LABOR COMMISSIONER'S MOTION FOR ALLOWANCE AND PAYMENT OF LABOR COMMISSIONER'S ADMINISTRATIVE EXPENSES (POST-PETITION EMPLOYEE WAGES)**

Present Hearing Date
Date: November 5, 2026
Time: 10:00 a.m.

Proposed Hearing Date
Date: December 3, 2026
Time: 10:00 a.m.

Dept: Two (2)
Honorable J. Barrett Marum

Leslie T. Gladstone, Chapter 11 Trustee ("**Trustee**"), secured creditor River Falls, LLC ("**River Falls**"), and the Labor Commissioner of the State of California



Signed by Judge J Barrett Marum October 7, 2026

("**Labor Commissioner**") (together, the "**Parties**"), by and through their respective counsel, stipulate and agree as follows:

On or about August 31, 2026, California Labor Commissioner filed its Motion for Allowance and Payment of Administrative Expenses (Post-Petition Employee Wages) (the "**Motion**"), scheduling a hearing to be held on November 5, 2026, at 10:00 a.m. (ECF No. 279). The deadline to respond to the Motion was September 15, 2026.

The Parties entered into a Stipulation Re: Extension of Time to Respond to Motion for Allowance and Payment of Administrative Expenses (the "**Stipulation**). ECF No. 293). On September 16, 2026, this Court entered its order approving the Stipulation extending the deadline to respond to the Motion to October 8, 2026 for the Trustee and River Falls only. The Labor Commissioner's deadline to reply to any response filed by the Trustee and/or River Falls was extended from September 22, 2026 to October 22, 2026. (ECF No. 294)

The Trustee, River Falls, and counsel for the Labor Commissioner have been in communication regarding the Motion, and the Trustee and River Falls have requested additional time to respond to facilitate a potential consensual resolution of any opposition to the Motion.

The Parties have agreed to continue the hearing on the Motion, currently scheduled for November 5, 2026, at 10:00 a.m., to December 3, 2026, at 10:00 a.m., in Department Two (2) of the United States Bankruptcy Court.

The Parties have agreed that the deadline to respond to the Motion is extended from October 8, 2026 to November 8, 2026 for the Trustee and River Falls only. The Labor Commissioner's deadline to reply to any response filed by the Trustee and/or River Falls is extended to November 22, 2026.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated: October 6, 2026

FINANCIAL LAW GROUP, PC

By: /s/ Leslie T. Gladstone
Leslie T. Gladstone, Esq.
Attorneys for Leslie T. Gladstone, Trustee

Dated: October 6, 2026

FRANKLIN SOTO LEEDS LLP

By: /s/ Meredith King
MEREDITH KING, ESQ.
PAUL LEEDS, ESQ.
Attorneys for River Falls, LLC, Private Mortgage Lending, Inc., and The Armbrust Living Trust

Dated: October 7, 2026

STATE OF CALIFORNIA LABOR COMMISSIONER'S OFFICE

By: /s/ Matthew Sirolly
MATTHEW SIROLLY, ESQ.
Attorney for Labor Commissioner of the State of California



Signed by Judge J Barrett Marum October 7, 2026

**CERTIFICATION PURSUANT TO LOCAL RULE 5005-4(E)**

I certify that the content of the foregoing stipulated request is acceptable to all persons required to sign such stipulation.

Dated: October 7, 2026

/s/ Leslie T. Gladstone
Leslie T. Gladstone, Esq.,
Attorneys for Leslie T. Gladstone,
Chapter 11 Trustee



Signed by Judge J Barrett Marum October 7, 2026