Leslie T. Gladstone, Esq. (SBN 144615)
Hilda M. Montes de Oca, Esq. (SBN 287605)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Email: LeslieG@flgsd.com
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor(s). | Case No.: 25-04245-JBM11<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE ON CHAPTER 11 PETITION**<br><br><u>Present Hearing Date</u><br>Date: November 5, 2026<br>Time: 10:00 a.m.<br><br><u>Proposed Hearing Date</u><br>Date: December 3, 2026<br>Time: 10:00 a.m.<br><br>Dept: Two (2)<br>Honorable J. Barrett Marum |

Leslie T. Gladstone, Chapter 11 Trustee ("**Trustee**"), the Office of the United States Trustee ("**UST**"), River Falls, LLC ("**River Falls**"), and The Ark Watch Foundation ("**Ark**") (together, the "**Parties**"), by and through their respective counsel, stipulate and agree as follows:

The Status Conference on Chapter 11 Petition (the "**Status Conference**") in this matter is scheduled for November 5, 2026, at 10:00 a.m.

On or about August 31, 2026, California Labor Commissioner filed its Motion for Allowance and Payment of Administrative Expenses (Post-Petition Employee Wages) (the "**Motion**"), scheduling a hearing to be held on November 5, 2026, at 10:00 a.m. (ECF No. 279). The deadline to respond to the Motion was September 15, 2026.

The Trustee, secured creditor River Falls, LLC ("**River Falls**"), and the Labor Commissioner of the State of California ("**Labor Commissioner**") have been in communication regarding the Motion, and the Trustee and River Falls have requested additional time to respond to facilitate a potential consensual resolution of any opposition to the Motion.

The Trustee, secured creditor River Falls, Inc., and The California Labor Commissioner have entered into a Stipulation to Continue Hearing and Extension of Time to Respond to Labor Commissioner's Motion for Allowance and Payment of Labor Commissioner's Administrative Expenses (Post-Petition Employee Wages), (the "**Stipulation**). (ECF No. 305). On October 7, 2026, this Court entered its order approving the Stipulation to continue the hearing on the Motion to December 3, 2026, at 10:00 a.m., and extending the deadline to respond to the Motion to November 8, 2026 for the Trustee and River Falls only. The Labor Commissioner's deadline to reply to any response filed by the Trustee and/or River Falls was extended to November 22, 2026. (ECF No. 306)

The Parties have agreed to continue the Status Conference, currently scheduled for November 5, 2026, at 10:00 a.m., to December 3, 2026, at 10:00 a.m., in Department Two (2) of the United States Bankruptcy Court.

The Parties have agreed that Status Reports shall be filed no later than November 25, 2026.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated: October 15, 2026

FINANCIAL LAW GROUP, PC

By: /s/ Leslie T. Gladstone
Leslie T. Gladstone, Esq.
Attorneys for Leslie T. Gladstone, Trustee

Dated: October ___, 2026

OFFICE OF THE UNITED STATES TRUSTEE

By: ______________________________
Haeji Hong, Esq.
Attorney for U.S. Trustee

Dated: October ___, 2026

FRANKLIN SOTO LEEDS LLP

By: ______________________________
Meredith King, Esq.
Paul Leeds, Esq.
Attorneys for River Falls, LLC, Private Mortgage Lending, Inc., and The Armbrust Living Trust

Dated: October 15, 2026

MANATT, PHELPS & PHILLIPS

By: /s/ Kevin Dwight
Kevin Dwight, Esq.
Attorney for The Ark Watch Foundation

IT IS SO STIPULATED.

Dated: October ___, 2026

FINANCIAL LAW GROUP, PC

By: /s/ Leslie T. Gladstone
Leslie T. Gladstone, Esq.
Attorneys for Leslie T. Gladstone, Trustee

Dated: October 8, 2026

OFFICE OF THE UNITED STATES TRUSTEE

By: [signature]
Haeji Hong, Esq.
Attorney for U.S. Trustee

Dated: October 8, 2026

FRANKLIN SOTO LEEDS LLP

By: [signature]
Meredith King, Esq.
Paul Leeds, Esq.
Attorneys for River Falls, LLC, Private Mortgage Lending, Inc., and The Armbrust Living Trust

Dated: October ___, 2026

MANATT, PHELPS & PHILLIPS

By: ______________________
Kevin Dwight, Esq.
Attorney for The Ark Watch Foundation

**CERTIFICATION PURSUANT TO LOCAL RULE 5005-4(E)**

I certify that the content of the foregoing stipulated request is acceptable to all persons required to sign such stipulation.

Dated: October 15, 2026

/s/ Leslie T. Gladstone
Leslie T. Gladstone, Esq.,
Attorneys for Leslie T. Gladstone,
Chapter 11 Trustee