Leslie T. Gladstone, Esq. (SBN 144615)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
E-mail: LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor. | Case No.: 25-04245-JBM11<br><br>**JEFF WIEMANN'S SECOND INTERIM FEE APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR NON—PROFIT CONSULTANT FOR THE CHAPTER 11 TRUSTEE**<br><br>Date: December 1, 2026<br>Time: 1:30 p.m.<br>Dept: Two (2)<br>Honorable J. Barrett Marum |

Jeff Wiemann, non-profit consultant ( "**Applicant**") respectfully requests this court to award its second interim award for compensation as an administrative expense for professional services rendered to Leslie T. Gladstone, chapter 11 trustee herein ("**Trustee**"), for the period June 18, 2026 through July 31, 2026, in the sum of $5,655.61.

## STATEMENT OF FACTS

1. On October 14, 2025, Villa Chardonnay Horses with Wings, Inc. ("**Debtor**"), commenced this bankruptcy case by filing a voluntary petition under chapter 11 of the Bankruptcy Code.

2. Three and a half months later, on January 29, 2026, Trustee was appointed as chapter 11 trustee of Debtor's bankruptcy estate (the "**Estate**").

3. Debtor is an animal sanctuary which housed elderly and sick animals. Debtor operates out of real property located at 4554 Boulder Creek Road, Julian, CA 92036 and 4430 Boulder Creek Road, Julian, CA 92036.

4. Debtor is a California nonprofit public benefit corporation (a "**Nonprofit Corporation**"), subject to California's Supervision of Trustee and Fundraisers for Charitable Purposes Act and related regulations (Cal. Gov. Code §§12580 *et seq*.; Cal Code Regs., tit.11, §§300, *et seq*., collectively, the "**Charitable Supervision Act**"). As a Nonprofit Corporation, Debtor was issued registration number CT0261810 by the Registry of Charities and Fundraisers (the "**Registry**").

5. Prior to the initiation of this bankruptcy case, Debtor's registration with the Registry became delinquent. As a result, while its registration was not in good standing, Debtor could not operate as a Nonprofit Corporation or solicit for charitable purposes pursuant to Cal. Code Regs. Tit 11, § 312.

6. Shortly after her appointment, Trustee and the California Attorney General's Office reached agreement that requires Debtor's ongoing compliance with the Charitable Supervision Act and the Registry.

7. On March 17, 2026, this Court's order was entered approving the employment of Applicant as non-profit consultant for Trustee. Applicant was employed as he has significant experience in the non-profit sector and is well versed in compliance requirements.

8. Pursuant to the Court's order of March 17, 2026 (ECF No. 147), Trustee was authorized to pay Applicant on an hourly basis at a billing rate of $175.00 per hour. Applicant was authorized to bill all expenses at standard rates. Expenses include photocopying, travel, long-distance telephone, messenger service and express mail, and other research.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

The entered order also provided:

a. Applicant shall be paid monthly compensation of 80% of the fees requested (with a hold-back of 20% of such fees) and reimbursement of 100% of expenses, after expiration of the 14-day objection deadline described below;

b. At the end of each month, Applicant will submit to Trustee his invoice for compensation and reimbursement of expenses, with supporting documentation (collectively, "**Invoices**"), for that month;

c. Trustee will serve copies of Applicant's Invoices on Debtor, the U.S. Trustee, the 20 largest unsecured creditors, and parties requesting special notice. These parties will have an opportunity to object to the Invoices within 14 calendar days after service of the Invoices by notifying Trustee and Applicant in writing and setting forth the specific grounds for the objection;

d. Upon receipt of a written objection, Applicant will have the option to either request a hearing on the objection or agree to Trustee holding back the amount of fees and/or expenses that are the subject of the objection until the hearing on the quarterly application for interim compensation. The automatic 20% hold-back of fees may include any fees to which an objection was raised;

e. If no timely objection is received, after review and approval by Trustee, Trustee shall pay 80% of the requested fees and 100% of the expenses. Trustee will report these fees and expenses in her Monthly Operating Report filed with the Court.

f. Approximately once every 120 days Applicant will file and serve an application for an interim award of compensation and expenses, in compliance with applicable federal and local bankruptcy rules and the Guidelines of the Office of the United States Trustee for the

Southern District of California. Each application will be filed with the Court and noticed for hearing in accordance with LBR 2002-2. If Applicant fails to comply with the 120-day fee application procedure set forth above, Applicant shall not be entitled to continue to utilize the interim fee compensation procedure thereafter.

g. Neither the U.S. Trustee nor any party in interest shall be barred from raising objections to any charge or expense in any fee application filed with the Court on the ground that no objection was raised with respect to an Invoice.

9. On July 28, 2026, Financial Law Group, Trustee's attorney, caused to be served Applicant's Fourth Notice of Intent to Pay Compensation for the period June 18, 2026 through July 1, 2026 in the amount of $1,575.00 ("**Notice 4**"), a copy of which is attached hereto as Exhibit A and incorporated by reference. Any opposition to the compensation requested in Notice 4 was due 14 calendar days from the date of service of Notice 4, August 11, 2026, and no opposition was received.

10.On August 3, 2026, Financial Law Group, Trustee's attorney, caused to be served Applicant's Fifth Notice of Intent to Pay Compensation for the period July 16, 2026 to July 31, 2026 in the amount of $4,080.61 ("**Notice 5**"), a copy of which is attached hereto as Exhibit B and incorporated by reference. Any opposition to the compensation requested in Notice 5 was due 14 calendar days from the date of service of Notice 2, August 17, 2026, and no opposition was received.

11.Applicant makes this application for approval of the second interim fee application period (covering the above two notice periods) for compensation and reimbursement of expenses actually rendered to Trustee in connection with representation of Trustee during this Chapter 11 case.

12.On May 18, 2026, Applicant filed its First Interim Application for Award of

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

Compensation and Reimbursement of Expenses in the total amount of $19,515.10 (ECF No. 164) based on three prior notices of fees. On June 22, 2026, this Court approved the First Interim Application for Award of Compensation and Reimbursement of Expenses, and these sums have been fully paid. (ECF No. 198)

13. Applicant seeks an allowance and second interim award of fees and expenses for services rendered herein, as non-profit consultant to Trustee, in the amount of $5,655.61 for fees and expenses of which Trustee has paid $4,524.49.

**CONCLUSION**

WHEREFORE, Applicant respectfully prays for an order as follows:

A. Awarding second interim compensation and expenses as an administrative expense to Applicant for professional services rendered to Trustee for the period June 18, 2026 through July 31, 2026, in the sum of $5,655.61, which includes reimbursement of expenses reasonably and necessarily advanced on behalf of Trustee during said period, of which $4,524.49 has been paid in accordance with this Court's notice procedures.

B. For payment forthwith by Trustee to Applicant of the balance owed of the second interim compensation and reimbursement of expenses from funds of the estate.

C. For such other and further relief as the court may deem just and proper.

Respectfully submitted,

Dated: October 11, 2026

Jeff Wiemann

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

# EXHIBIT "A"

EXHIBIT "A"

In re Villa Chardonnay Horses with Wings, Inc.
Case No. 25-04245-JBM11

**NOTICE OF INTENT TO PAY COMPENSATION TO JEFF WEIMANN, CONSULTANT FOR TRUSTEE, AND OPPORTUNITY TO OBJECT**

You are hereby notified that Leslie T. Gladstone, chapter 11 trustee ("**Trustee**") of the bankruptcy estate of Villa Chardonnay Horses with Wings, Inc. ("**Debtor**"), Case No. 25-04245-JBM11 pending in the U.S. Bankruptcy Court for the Southern District of California, intends to pay the compensation requested by Jeff Wiemann ("**Wiemann**"), duly employed non-profit compliance consultant for Trustee, as shown on the invoices submitted by Weimann for the period June 18, 2026 to July 1, 2026, attached hereto (the "**Invoices**").

**If you object to the compensation requested in the Invoices, you must notify Trustee and Wiemann in writing within 14 calendar days from the date after service of the Invoices**, **setting forth the specific grounds for the objection. Written objections should be sent to the following:**

Leslie T. Gladstone, Trustee
E-mail: LeslieG@flgsd.com

Jeff Wiemann, Consultant for Trustee
Email: jeff.weimann@cox.net

Upon receipt of a written objection, Wiemann may request a hearing on the objection or agree to Trustee holding back the amount of fees and/or expenses that are the subject of the objection until the noticed hearing on the quarterly application for interim compensation. The automatic 20% hold-back of fees provided for in the Employment Order may include any fees to which an objection was raised.

# INVOICE

**PLT Strategies Group, Inc.**
8925 MCKINLEY CT
La Mesa, CA 91941

plt@plt-strategiesgroup.com
+1 (858) 336-8242
plt-strategiesgroup.com

STRATEGIES
Advancing The Narrative

**Bill to**
Leslie Galdstone Esq.
Financial Law Group San Diego
5656 La Jolla Blvd.
La Jolla, CA 92037

**Ship to**
Leslie Galdstone Esq.
Financial Law Group San Diego
5656 La Jolla Blvd.
La Jolla, CA 92037

**Invoice details**
Invoice no.: 2026-101
Terms: Net 30
Invoice date: 07/02/2026
Due date: 08/01/2026

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Villa Chardonnay - Horses With Wings** | Non-Profit Consultant in support of Bankruptcy Trustee - FLGSD | 9 | $175.00 | $1,575.00 |

**Total** **$1,575.00**

## Ways to pay

BANK

View and pay

# Villa Chardonnay Horses with Wings, Inc. – Time Sheet

**Jeff Wiemann – June 18th – July 1st**

| Date | Description of Task | Time Spent |
|---|---|---|
| 6/18/26 | Call with Hilda re: Trial and need for declaration in lieu of direct testimony | .6 |
| 6/19/26 | Villa Chardonnay document review, summary preparation and submission to Hilda for declaration in lieu of direct testimony | 1.0 |
| 6/23/26 | Review, edit and sign declaration | .5 |
| 6/30/26 | Call with Hilda re: trial prep and logistics | .4 |
| 7/1/26 | Villa Chardonnay Bankruptcy Trial (Dept 2) | 6.5 |
| | | |
| | Total Hours / Cost (@ $175 per hour) | 9.0<br>$1,575.00 |

## PROOF OF SERVICE

I, Natali Katw, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5656 La Jolla Blvd., La Jolla, California 92037. On **July 28, 2026**, I served a true and correct copy of the following document(s):

**NOTICE OF INTENT TO PAY COMPENSATION TO JEFF WEIMANN, CONSULTANT FOR TRUSTEE, AND OPPORTUNITY TO OBJECT**

on the parties in this action as follows:

**X** **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

**Twenty Largest Unsecured Claims**

The Ark Watch and Celine Myers
c/o Manatt, Phelps, & Phillips, LLP
1 Embarcadero Ctr, Fl 36
San Francisco, CA 94111-3719

Internal Revenue
General Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Cynthia Montgomery
c/o Allen Kate
888 Prospect St., Ste 200
La Jolla, CA 92037-4261

Small Business Administration
CESC Covid EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155-2243

The Ark Watch Foundation
Mannatt, Phelps & Phillips, LLP
203 Redwood Shores Pkwy, Ste 450
Redwood City, CA 94065-6100

San Diego Department of Gas & Electric
P.O. Box 25111
Santa Ana, CA 92799-5111

Darlene Sears
2420 Gondar Ave.
Long Beach, CA 90815-2214

Santos Rodriguez
Attn: Labor Commissioner's Office
320 W 4th St., Ste 340
Los Angeles, CA 90013-2343

State of California Labor Commission
464 W 4th St., 478
San Bernardino, CA 92401-1407

Ray Velazquez
Attn: Labor Commissioner's Office
3737 Main St., Ste 850
Riverside, CA 92501

Benjamin Moreno
Attn: Labor Commissioner's Office
3737 S. Main St., Ste 850
Riverside, CA 92501

Waste Management
Attn: Rentto & Rentto
3517 Camino Del Rio So., Ste 412
San Diego, CA 92108-4046

Santos Figueroa
Attn: Labor Commissioner's Office
320 W 4th St., Ste 340
Los Angeles, CA 90013

Andres Sandoval
Attn: Labor Commissioner's Office
3737 Main St., Ste 850
Riverside, CA 92501-3350

Allstate Propane
31500 Grape St. #3-404
Lake Elsinore, CA 92532-9709

-----------

Meredith King, Esq.
Franklin Soto Leeds LLP
444 West C Street, Ste. 300
San Diego, CA 92101
***Attorney for Private Mortgage Lending, Inc.***
***Via U.S. Mail – Postage Paid***

Shelby Poteet, Esq.
Franklin Soto Leeds LLP
444 West C Street, Ste. 300
San Diego, CA 92101
***Attorney for Private Mortgage Lending, Inc.***
***Via U.S. Mail – Postage Paid***

Matthew Sirolly, Esq.
Dir-Dlse-State Labor Commissioner
320 W 4th Street, Ste. 600
Los Angeles, CA 90013
***Attorney for California Labor Commissioner***
***Via U.S. Mail – Postage Paid***

David K. Eldan, Esq.
Office of The Attorney General
300 S. Spring Street, Ste. #1702
Los Angeles, CA 90013
***Attorney for Office of the Attorney General-California Department of Justice***
***Via U.S. Mail – Postage Paid***

Carl Grumer, Esq.
Manatt, Phelps & Phillips
2049 Century Park East, Ste. 1700
Los Angeles, CA 90067
***Attorney for The Ark Watch Foundation***
***Via U.S. Mail – Postage Paid***

Kevin Dwight, Esq.
Manatt, Phelps & Phillips
203 Redwood Shores Parkway, Suite 125
Redwood City, CA 94065
***Attorney for The Ark Watch Foundation***
***Via U.S. Mail – Postage Paid***

Glen F. Dorgan, Esq.
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
***Attorney for Small Business Administration and Internal Revenue Service***
***Via U.S. Mail – Postage Paid***

Benjamin Heston, Esq.
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626
***Attorney for Darlene Sears***
***Via U.S. Mail – Postage Paid***

Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086
***Special Notice Creditor***
***Via U.S. Mail – Postage Paid***

Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065
***Special Notice Creditor***
***Via U.S. Mail – Postage Paid***

Michael R Totaro, Esq.
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
***Attorney for Debtor***
***Via U.S. Mail – Postage Paid***

Nissan Thomas
6230 Wilshire Blvd., Ste 2015
Los Angeles, CA 90048
***Attorney for Debtor***
***Via U.S. Mail – Postage Paid***

Villa Chardonnay Horses With Wings, Inc.
PO Box 1000
Julian, CA 92036-1000
***Debtor***
***Via U.S. Mail – Postage Paid***

United States Trustee
Office of the U.S. Trustee
880 Front Street, Suite 3230
San Diego, CA 92101
***Office of the United States Trustee***
***Via U.S. Mail – Postage Paid***

//
//
//

Haeji Hong, Esq.
United States Trustee
Office of the U.S. Trustee
880 Front Street, Suite 3230
San Diego, CA 92101
***Office of the United States Trustee and Request for Special Notice***
***Via U.S. Mail – Postage Paid***

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed **July 28, 2026**, at La Jolla, California.

/s/ ______________________
Natali Katw

# EXHIBIT "B"

EXHIBIT "B"

In re Villa Chardonnay Horses with Wings, Inc.
Case No. 25-04245-JBM11

**NOTICE OF INTENT TO PAY COMPENSATION TO JEFF WEIMANN, CONSULTANT FOR TRUSTEE, AND OPPORTUNITY TO OBJECT**

You are hereby notified that Leslie T. Gladstone, chapter 11 trustee ("**Trustee**") of the bankruptcy estate of Villa Chardonnay Horses with Wings, Inc. ("**Debtor**"), Case No. 25-04245-JBM11 pending in the U.S. Bankruptcy Court for the Southern District of California, intends to pay the compensation requested by Jeff Wiemann ("**Wiemann**"), duly employed non-profit compliance consultant for Trustee, as shown on the invoices submitted by Weimann for the period July 16, 2026 to July 31, 2026, attached hereto (the "**Invoices**").

**If you object to the compensation requested in the Invoices, you must notify Trustee and Wiemann in writing within 14 calendar days from the date after service of the Invoices, setting forth the specific grounds for the objection. Written objections should be sent to the following:**

Leslie T. Gladstone, Trustee
E-mail: LeslieG@flgsd.com

Jeff Wiemann, Consultant for Trustee
Email: jeff.weimann@cox.net

Upon receipt of a written objection, Wiemann may request a hearing on the objection or agree to Trustee holding back the amount of fees and/or expenses that are the subject of the objection until the noticed hearing on the quarterly application for interim compensation. The automatic 20% hold-back of fees provided for in the Employment Order may include any fees to which an objection was raised.

# INVOICE

**PLT Strategies Group, Inc.**
8925 MCKINLEY CT
La Mesa, CA 91941

plt@plt-strategiesgroup.com
+1 (858) 336-8242
plt-strategiesgroup.com

**Bill to**
Leslie Galdstone Esq.
Financial Law Group San Diego
5656 La Jolla Blvd.
La Jolla, CA 92037

**Ship to**
Leslie Galdstone Esq.
Financial Law Group San Diego
5656 La Jolla Blvd.
La Jolla, CA 92037

**Invoice details**
Invoice no.: 2026-174
Terms: Net 30
Invoice date: 07/31/2026
Due date: 08/30/2026

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | **Villa Chardonnay - Horses With Wings** | Non-Profit Consultant in support of Bankruptcy Trustee - FLGSD | 22.2 | $175.00 | $3,885.00 |
| 2. | **Client Expense / Travel Reimbursement** | Client reimbursement for expenses and travel | 1 | $195.61 | $195.61 |

**Total** **$4,080.61**

## Ways to pay

BANK

View and pay

## Villa Chardonnay Horses with Wings, Inc. – Time Sheet

**Jeff Wiemann – July 16th – 31st**

| Date | Description of Task | Time Spent |
|---|---|---|
| 7/14/26 | Call with Hilda re: timing for service of warrant by U.S. Marshals. | .1 |
| 7/15/26 | Call / emails with Hilda re: service of warrant | .1 |
| 7/16/26 | Travel to office to pick up keys and meet with Leslie.<br>Txt with Chief Jace Huggins (SD Humane Society Chief of Police re coordination onsite.<br>Call with LT Regina Price (SD Humane Society) re: presence on property / trash / gate controller turnover.<br>Travel to Villa Chardonnay to post no trespassing notices and secure gates to property.<br>Acquire padlock and cable to secure main gate Home Depot = $31.45<br>Mileage = 108 miles | 8 |
| 7/17/26 | Travel to Julian Sheriff's Office and Villa Chardonnay. Meet with U.S. Marshals Service to coordinate service of warrant. Liaison with locksmith to rekey and secure main house. Photo document property and main house interior.<br>Mileage = 108 miles | 9.5 |
| 7/18/26 | Review photo and video documentation of property. Prepare narrative report of findings for trustee review along with prepare and share via cloud drive photo and video documentation of property. Travel and meet with Trustee's representative to return keys and turnover new keys and cell phone found onsite | 4.5 |
| | | |
| | Total Hours / Cost (@ $175 per hour)<br><br>Expenses (Home Depot):<br>Lock / Cable Set = $31.45<br><br>Mileage: 216 miles @ $0.76 = $164.16 | 22.2 hours<br>$3,885.00<br>$31.45<br>$164.16<br><br>Total = **$4,080.61** |

THE HOME DEPOT
How doers get more done.

298 FLETCHER PKWY
EL CAJON, CA 92020 (619)4016610

1848 00075 87181 07/16/26 12:34 PM
SALE SELF CHECKOUT

| | | |
|---|---|---|
| 071649035876 STEEL CABLE <A> | | 15.27 |
| ML 6FT LOOPED END STEEL CABLE | | |
| 039208255516 1-9/16-IN. ( <A> | | 13.78 |
| BRINKS 40MM BRASS KEYED 2-1/2" SHCKL | | |
| | SUBTOTAL | 29.05 |
| | SALES TAX | 2.40 |
| | TOTAL | $31.45 |

XXXXXXXXXXXX5660 VISA
USD$ 31.45
AUTH CODE 03564D/9753194 TA
AUTH MODE - ISSUER
Contactless
AID A0000000031010 CHASE VISA

1848 07/16/26 12:34 PM

1848 75 87181 07/16/2026 4274

RETURN POLICY DEFINITIONS

| | POLICY ID | DAYS | POLICY EXPIRES ON |
|---|---|---|---|
| A | 1 | 90 | 10/14/2026 |

## PROOF OF SERVICE

I, Natali Katw, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California, within which county the subject mailing occurred. My business address is 5656 La Jolla Blvd., La Jolla, California 92037. On **August 3, 2026**, I served a true and correct copy of the following document(s):

**NOTICE OF INTENT TO PAY COMPENSATION TO JEFF WEIMANN, CONSULTANT FOR TRUSTEE, AND OPPORTUNITY TO OBJECT**

on the parties in this action as follows:

**X** **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID** by placing each document in a sealed, envelope with postage thereon fully prepaid, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices and addressed as set forth below. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

**Twenty Largest Unsecured Claims**

The Ark Watch and Celine Myers
c/o Manatt, Phelps, & Phillips, LLP
1 Embarcadero Ctr, Fl 36
San Francisco, CA 94111-3719

Internal Revenue
General Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Cynthia Montgomery
c/o Allen Kate
888 Prospect St., Ste 200
La Jolla, CA 92037-4261

Small Business Administration
CESC Covid EIDL Service Center
14925 Kingsport Rd.
Fort Worth, TX 76155-2243

The Ark Watch Foundation
Mannatt, Phelps & Phillips, LLP
203 Redwood Shores Pkwy, Ste 450
Redwood City, CA 94065-6100

San Diego Department of Gas & Electric
P.O. Box 25111
Santa Ana, CA 92799-5111

Darlene Sears
2420 Gondar Ave.
Long Beach, CA 90815-2214

Santos Rodriguez
Attn: Labor Commissioner's Office
320 W 4th St., Ste 340
Los Angeles, CA 90013-2343

State of California Labor Commission
464 W 4th St., 478
San Bernardino, CA 92401-1407

Ray Velazquez
Attn: Labor Commissioner's Office
3737 Main St., Ste 850
Riverside, CA 92501

Benjamin Moreno
Attn: Labor Commissioner's Office
3737 S. Main St., Ste 850
Riverside, CA 92501

Waste Management
Attn: Rentto & Rentto
3517 Camino Del Rio So., Ste 412
San Diego, CA 92108-4046

Santos Figueroa
Attn: Labor Commissioner's Office
320 W 4th St., Ste 340
Los Angeles, CA 90013

Andres Sandoval
Attn: Labor Commissioner's Office
3737 Main St., Ste 850
Riverside, CA 92501-3350

Allstate Propane
31500 Grape St. #3-404
Lake Elsinore, CA 92532-9709

-----------

Meredith King, Esq.
Franklin Soto Leeds LLP
444 West C Street, Ste. 300
San Diego, CA 92101
***Attorney for Private Mortgage Lending, Inc.***
***Via U.S. Mail – Postage Paid***

Shelby Poteet, Esq.
Franklin Soto Leeds LLP
444 West C Street, Ste. 300
San Diego, CA 92101
***Attorney for Private Mortgage Lending, Inc.***
***Via U.S. Mail – Postage Paid***

Matthew Sirolly, Esq.
Dir-Dlse-State Labor Commissioner
320 W 4th Street, Ste. 600
Los Angeles, CA 90013
***Attorney for California Labor Commissioner***
***Via U.S. Mail – Postage Paid***

David K. Eldan, Esq.
Office of The Attorney General
300 S. Spring Street, Ste. #1702
Los Angeles, CA 90013
***Attorney for Office of the Attorney General-California Department of Justice***
***Via U.S. Mail – Postage Paid***

Carl Grumer, Esq.
Manatt, Phelps & Phillips
2049 Century Park East, Ste. 1700
Los Angeles, CA 90067
***Attorney for The Ark Watch Foundation***
***Via U.S. Mail – Postage Paid***

Kevin Dwight, Esq.
Manatt, Phelps & Phillips
203 Redwood Shores Parkway, Suite 125
Redwood City, CA 94065
***Attorney for The Ark Watch Foundation***
***Via U.S. Mail – Postage Paid***

Glen F. Dorgan, Esq.
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
***Attorney for Small Business Administration and Internal Revenue Service***
***Via U.S. Mail – Postage Paid***

Benjamin Heston, Esq.
Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626
***Attorney for Darlene Sears***
***Via U.S. Mail – Postage Paid***

Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086
***Special Notice Creditor***
***Via U.S. Mail – Postage Paid***

Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065
***Special Notice Creditor***
***Via U.S. Mail – Postage Paid***

Michael R Totaro, Esq.
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272
***Attorney for Debtor***
***Via U.S. Mail – Postage Paid***

Nissan Thomas
6230 Wilshire Blvd., Ste 2015
Los Angeles, CA 90048
***Attorney for Debtor***
***Via U.S. Mail – Postage Paid***

Villa Chardonnay Horses With Wings, Inc.
PO Box 1000
Julian, CA 92036-1000
***Debtor***
***Via U.S. Mail – Postage Paid***

United States Trustee
Office of the U.S. Trustee
880 Front Street, Suite 3230
San Diego, CA 92101
***Office of the United States Trustee***
***Via U.S. Mail – Postage Paid***

//
//
//

Haeji Hong, Esq.
United States Trustee
Office of the U.S. Trustee
880 Front Street, Suite 3230
San Diego, CA 92101
***Office of the United States Trustee and Request for Special Notice***
***Via U.S. Mail – Postage Paid***

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed **August 3, 2026**, at La Jolla, California.

/s/ ______________________
Natali Katw