Bachecki, Crom & Co., LLP, CPA's
Austin J. Wade
400 Oyster Point Boulevard, Suite 106
South San Francisco, CA 94080
Telephone: (415) 398-3534

Accountants for Leslie T. Gladstone, Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.<br><br>Debtor. | Case No. 25-04245-JBM11<br>Chapter 11<br><br>Date: December 1, 2026<br>Time: 1:30 p.m.<br>Dept: Two (2)<br>Honorable J. Barrett Marum |

SECOND INTERIM APPLICATION FOR COMPENSATION BY ACCOUNTANT FOR TRUSTEE

TO: THE HONORABLE J. BARRETT MARUM,
UNITED STATES BANKRUPTCY JUDGE:

The application of Bachecki, Crom & Co., LLP, Certified Public Accountants, respectfully represents:

Applicant is a firm of certified public accountants, duly authorized to practice in the State of California.

Pursuant to order of the Court, applicant was employed as accountants for Leslie T. Gladstone, Trustee, as of February 2, 2026 in the above-entitled case by order dated February 25, 2026. Attached is a copy of the order (Exhibit A).

This application seeks compensation for the period April 29, 2026 through October 12, 2026. Applicant previously requested and has received compensation in the amount of $9,735.50 for services rendered for the period February 2, 2026 through April 28, 2026 plus reimbursement of expenses in the sum of $65.14 in the case

REQUEST FOR COMPENSATION

Applicant spent 38.20 total hours of the time of accountants and associate employees, in performing the services set forth herein and as itemized on the detailed summary of time and services provided on the attached Exhibit B, for the seven-month period from April 2026 through October 2026. Applicant represents that it rendered timely, extensive and thorough services in accordance with requirements of the case and to enable prompt administration.

Applicant respectfully submits that the sum of $19,289.50, constitutes reasonable compensation for its services rendered and to be rendered to the Trustee during this period of time, based on applicant's generally applicable rates at the times when the services were rendered. Applicant requests reimbursement of costs incurred of $62.74. Applicant discloses that it charges $.20 per page for copying costs, and the applicant requests that this sum be authorized for payment in full at this time.

No agreement has been made by any member of applicant's firm, or by any employee thereof, directly or indirectly, and no understanding exists for a division of fees prayed for with any other person or persons. Applicant has not entered into any agreements, written or oral, express or implied, with any other party interest in the above-entitled case for the purpose of fixing the amount of any fee or compensation to be paid from the assets of the estate of the above-named debtors.

DESCRIPTION OF SERVICES

The following narrative description is not intended to be all-inclusive but reflects only major points of the services.

Accounting

Applicant consulted with the Trustee and Trustee's Counsel regarding accounting issues.

Applicant corresponded with the Trustee to obtain the best available accounting records of the Debtor for the years and months leading up to the petition date. Applicant assisted the Trustee in obtaining the 2025 bank records of the Debtor via requesting the bank documents from the various banks. Applicant used the 2025 bank records and source documents to re-create the

2025 accounting books of the Debtor. The re-created 2025 accounting books were then later used to prepare the 2025 exempt tax returns.

Applicant spent 9.90 hours with a corresponding cost of $5,049.00 for such services rendered.

Asset Investigation

Applicant consulted with the Trustee and Trustee's Counsel regarding the investigation into the assets and financial affairs of the Debtor leading up to the petition date.

Applicant examined several batches of bank statements and bank documents that the Trustee received from the various banks. Applicant made a chart of the bank accounts that existed during the five years leading up to the petition date. Applicant marked off which statements were received and which ones were still not received by the Trustee. Eventually, substantially all were received by the Trustee. Applicant made note of suspicious transactions and communicated the findings to the Trustee.

Applicant spent 11.80 hours with a corresponding cost of $6,018.00 for such services rendered.

Monthly Operating Reports

Applicant consulted with the Trustee and Trustee's Counsel regarding Monthly Operating Reports. Applicant used the bank statements, Trustee's Form 2, and other available accounting records to prepare the Debtor's Chapter 11 Monthly Operating Reports for April, May, June, July, and August 2026.

Applicant spent 9.20 hours with a corresponding cost of $4,692.00 for such services rendered.

Exempt Tax Return Preparation

Applicant consulted with the Trustee and Trustee's Counsel regarding exempt tax return filing issues.

Applicant reviewed previously filed exempt tax returns for tax information, fiscal year, taxpayer identification information and tax filing jurisdictions and requirements. Applicant

prepared the Federal and California exempt income tax returns for the 2025 calendar year. Applicant prepared disclosure statements to accompany the exempt income tax returns indicating the Debtor's bankruptcy filing and the use of Debtor records to prepare the returns. Applicant prepared a request for prompt assessment by the Internal Revenue Service and California Franchise Tax Board.

Applicant spent 6.40 hours with a corresponding cost of $3,071.50 for such services rendered.

Administration

Applicant prepared this application for compensation.

Applicant spent .90 hour with a corresponding cost of $459.00 for such services rendered of which is an amount that is less than 5% of the total fees requested as per the guidelines.

RESPONSIBLE PERSONNEL

Austin Wade is a partner for Bachecki, Crom & Co LLP (BCC). Mr. Wade joined BCC in 2009, was admitted as partner in 2014. Mr. Wade graduated from UC Santa Barbara with a B.A. degree in Economics. Mr. Wade has been practicing as a Certified Public Accountant since 2010. Mr. Wade's current hourly billing rate is $510.

Paula Law is a tax manager at Bachecki, Crom & Co LLP (BCC). Ms. Law graduated from San Francisco State University with a B.S. degree in Accounting. Ms. Law joined BCC in 1991 and has been practicing as a Certified Public Accountant since 1995. Ms. Law's current hourly billing rate is $475.

///

///

///

///

///

## CONCLUSION

WHEREFORE, applicant prays that hearing be held on notice to creditors, and that the Court allow and authorize payment to applicant of the sum of $19,289.50 as compensation for services rendered to the Trustee and the sum of $62.74 as costs.

## CERTIFICATION

Under penalties of perjury, pursuant to the laws of the United States, I declare that I have read this document, and to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the United States Bankruptcy Court, Northern District of California Guidelines for compensation and expense reimbursement of professionals, except as specifically noted in the application. Compensation and expense reimbursement requested are billed at rates in accordance with practices, no less favorable than those customarily employed by the applicant and generally accepted by the applicant's clients.

DATED: October 12, 2026

BACHECKI, CROM & CO., LLP
Certified Public Accountants

By______________________
Austin J. Wade
Accountants for Leslie T. Gladstone, Trustee

TRUSTEE'S STATEMENT RE REVIEW OF FEE APPLICATION
(U.S. Trustee Guidelines, ¶2.2.2)

I, Leslie T. Gladstone, hereby certify that I have read the foregoing fee application of Bachecki, Crom & Co., LLP, Certified Public Accountants, accountant for me as Trustee in the foregoing bankruptcy case of VILLA CHARDONNAY HORSES WITH WINGS, INC, case number 25-04245-JBM11, and I have no objections to the fee application or the fees and costs requested therein.

Dated: 10/13/26

Leslie T. Gladstone, Trustee

# EXHIBIT "A"

EXHIBIT "A"

CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Chapter 11 Trustee
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone (858) 454-9887

Order Entered on
February 25, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: [None Set]
Time of Hearing: [None Set]
Name of Judge: J. Barrett Marum

## ORDER ON

### EMPLOYMENT OF ACCOUNTANT

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 120.

//

//

//

//

//

//

//

DATED: February 25, 2026

Judge, United States Bankruptcy Court

Leslie T. Gladstone (the "Trustee"), having filed the Application for Order Authorizing Employment of Accountant and it appearing to the Court that entry of such order is in the best interest of Applicant and this estate, and that the proposed accountant, Bachecki, Crom & Co., LLP, Certified Public Accountants, is disinterested and neither holds nor represents an interest adverse to Applicant, the Chapter 11 debtor or this estate with respect to the specific matters for which employment is sought, and for good cause appearing therefor,

IS HEREBY ORDERED that Applicant is authorized to employ Bachecki, Crom & Co., LLP, Certified Public Accountants, as the Trustee’s accountant to prepare and file tax returns; to prepare tax projections and perform tax analysis; to provide assistance with payroll tax reporting; to investigate potentially recoverable transfers and potential causes of action; to assist with recovery and evaluation of financial records; to analyze tax claims filed in this case, if necessary; to analyze the tax impact of potential transactions, if necessary; to prepare a solvency analysis, if necessary; to testify as to avoidance issues, if necessary; to prepare wage claim withholding computations and payroll tax returns, if necessary; to serve as Trustee’s general accountant and to consult with the Trustee and the Trustee’s counsel as to those matters for this estate at a fee subject to court approval.

IT IS FURTHER ORDERED that Bachecki, Crom & Co., LLP, CPA's be empowered to act, through its officers and employees, for and on behalf of the trustee and or the estate, to represent them before any taxing authority including the Internal Revenue Service and the California Franchise Tax Board, to receive confidential information, to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise during the administration of the estate. No compensation shall be allowed or paid except pursuant to further Court order.

IT IS FURTHER ORDERED that Bachecki Crom & Co., LLP shall be employed as of February 2, 2026.

Signed by Judge J Barrett Marum February 25, 2026

# EXHIBIT "B"

EXHIBIT "B"

Bachecki, Crom & Co., LLP **Exhibit B**
Bankruptcy Detailed Work-in-Process

October 12, 2026

VILLA CHARDONNAY HORSES WITH WINGS, INC. (Case Number: 25-04245-JBM11)
Leslie T. Gladstone, Trustee

| Date | Int | Emp | Service Description | Rate | Hours | Bill Amt. |
|---|---|---|---|---|---|---|
| | 2026 | | | | | |
| | AW | Austin Wade | | 510.00 | 32.70 | 16,677.00 |
| | PL | Paula Law | | 475.00 | 5.50 | 2,612.50 |
| | | Subtotal 2026 fees | | 504.96 | 38.20 | 19,289.50 |
| | **Total fees** | | | **504.96** | **38.20** | **19,289.50** |
| | **Costs incurred** | | | | | **62.74** |
| | **Total fees and costs incurred** | | | | | **19,352.24** |

Bachecki, Crom & Co., LLP
Bankruptcy Detailed Work-in-Process

**Exhibit B**

October 12, 2026

VILLA CHARDONNAY HORSES WITH WINGS, INC. (Case Number: 25-04245-JBM11)
Leslie T. Gladstone, Trustee

| Date | Int | Emp | Service Description | Rate | Hours | Bill Amt. |
|---|---|---|---|---|---|---|

**Engagement: ACCOUNTING**

| Date | Int | Emp | Service Description | Rate | Hours | Bill Amt. |
|---|---|---|---|---|---|---|
| 6/1/2026 | | AW | FOLLOW UP WITH TTEE RE STATUS OF DEBTOR'S HISTORICAL ACCOUNTING RECORDS | 510.00 | 0.10 | 51.00 |
| 6/1/2026 | | AW | RESPOND TO TTEE THAT WE RECOMMEND GETTING 4 YEARS OF BANK STATEMENTS FROM WELLS FARGO BECAUSE DEBTOR NEVER TURNED OVER ANY USEFUL ACCOUNTING RECORDS | 510.00 | 0.20 | 102.00 |
| 9/3/2026 | | AW | WORK ON PROJECT TO RECREATE 2025 ACCOUNTNG BOOKS IN QB FROM 2025 BANK STATEMENTS FOR 2025 TAX PREP AND TO UNDERSTAND PRE-PETITION TRANFERS AND FINANCIAL ACTIVITY | 510.00 | 3.90 | 1,989.00 |
| 9/4/2026 | | AW | RE-CREATE 2025 ACCOUNTING BOOKS IN QB FROM BANK STATEMENTS, BANK DOCUMENTS, BK SCHEDULES AND SFA | 510.00 | 4.70 | 2,397.00 |
| 9/21/2026 | | AW | WORK ON 2025 ACCOUNTING PROJECT: RE-CREATE ACCOUNTING BOOKS FROM BANK RECORDS IN ORDER TO PREPARE TAX RETURNS | 510.00 | 0.70 | 357.00 |
| 9/23/2026 | | AW | FINISH ACCOUNTING PROJECT TO RE-CREATE 2025 ACCOUNTING BOOKS FROM 2025 BANK RECORDS AND ASSIGN 2025 FORM 990 (EXEMPT) TAX RETURN PREP TO CPA PAULA LAW | 510.00 | 0.30 | 153.00 |

Bachecki, Crom & Co., LLP
Bankruptcy Detailed Work-in-Process

**Exhibit B**

October 12, 2026

VILLA CHARDONNAY HORSES WITH WINGS, INC. (Case Number: 25-04245-JBM11)
Leslie T. Gladstone, Trustee

| Date | Int | Emp | Service Description | Rate | Hours | Bill Amt. |
|---|---|---|---|---|---|---|
| | | | **Subtotal Fees - Accounting** | **510.00** | **9.90** | **5,049.00** |
| | | | **Engagement: ASSET INVESTIGATION** | | | |
| 7/6/2026 | | AW | ORGANIZE AND REVIEW BATCH OF CHASE BANK DOCUMENTS REC'D FROM COUNSEL | 510.00 | 0.80 | 408.00 |
| 7/6/2026 | | AW | RECEIVE AND START TO REVIEW 3RD BATCH OF BANK DOCUMENTS REC'D FROM TTEE | 510.00 | 0.20 | 102.00 |
| 7/6/2026 | | AW | RECEIVE AND REVIEW WELLS FARGO BANK STATEMENTS (.6) AND REACH OUT TO TTEE THAT WE NEED MORE BANK STATEMENTS, ESPECIALLY FOR 2025 (.1) | 510.00 | 0.70 | 357.00 |
| 7/7/2026 | | AW | RECEIVE 3RD BATCH OF BANK DOCS FROM TTEE'S OFFICE | 510.00 | 0.20 | 102.00 |
| 7/7/2026 | | AW | REVIEW CHASE BANK DOCUMENTS | 510.00 | 0.30 | 153.00 |
| 8/17/2026 | | AW | REVIEW, ORGANIZE, AND EXAMINE 2021 - 2024 DEBTOR BANK STATEMENTS | 510.00 | 3.90 | 1,989.00 |
| 8/17/2026 | | AW | REVIEW, ORGANIZE, AND EXAMINE 2021 - 2024 BANK STATEMENTS OF RELATED ENTITIES / PARTIES | 510.00 | 1.50 | 765.00 |
| 8/18/2026 | | AW | SEND TTEE'S OFFICE RECAP OF DEBTOR BANK RECORDS (2021 - 2024), AND ASK FOR 2025 BANK DOCUMENTS | 510.00 | 0.50 | 255.00 |
| 8/19/2026 | | AW | RECEIVE ADD'L BANK STATEMENTS / BANK ACCT INFO FROM CANDI AND UPDATE BCC BANK STATEMENT / BANK ACCT CHART | 510.00 | 0.20 | 102.00 |

Bachecki, Crom & Co., LLP
Bankruptcy Detailed Work-in-Process

**Exhibit B**

October 12, 2026

VILLA CHARDONNAY HORSES WITH WINGS, INC. (Case Number: 25-04245-JBM11)
Leslie T. Gladstone, Trustee

| Date | Int | Emp | Service Description | Rate | Hours | Bill Amt. |
|---|---|---|---|---|---|---|
| 9/2/2026 | | AW | RECEIVE, ORGANIZE, AND EXAMINE ~700 PAGE BANK DOCUMENT PRODUCTION REC'D FROM CHASE BANK | 510.00 | 1.90 | 969.00 |
| 9/3/2026 | | AW | EXAMINE BANK RECORDS RECENTLY PRODUCED BY CHASE BANK | 510.00 | 0.40 | 204.00 |
| 9/14/2026 | | AW | RECEIVE ADD'L BACK OF BANK DOCUMENTS FROM TTEE'S OFFICE | 510.00 | 0.10 | 51.00 |
| 9/15/2026 | | AW | EXAMINE BATCH OF WELLS FARGO BANK DOCUMENTS THAT ARRIVED YESTERDAY | 510.00 | 0.20 | 102.00 |
| 9/15/2026 | | AW | EXAMINE BATCH OF TORREY PINES BANK DOCUMENTS AND SEND FINDINGS TO TRUSTEE AND COUNSEL | 510.00 | 0.90 | 459.00 |
| | | | **Subtotal Fees - Asset Investigation** | **510.00** | **11.80** | **6,018.00** |
| | | | **Engagement: MONTHLY OPERATING REPORTS** | | | |
| 5/8/2026 | | AW | START ON APR 2026 MOR | 510.00 | 0.10 | 51.00 |
| 5/19/2026 | | AW | PREPARE OPERATING REPORT FOR APRIL 2026 | 510.00 | 1.20 | 612.00 |
| 5/20/2026 | | AW | PREPARE APRIL MOR | 510.00 | 0.60 | 306.00 |
| 5/21/2026 | | AW | PREPARE APRIL 2026 OPERATING REPORT | 510.00 | 0.30 | 153.00 |
| 6/8/2026 | | AW | PREPARE MAY 2026 OPERATING REPORT | 510.00 | 1.40 | 714.00 |
| 6/9/2026 | | AW | PREPARE OPERATING REPORT FOR MAY 2026 | 510.00 | 0.30 | 153.00 |
| 7/9/2026 | | AW | START ON JUNE 2026 MOR | 510.00 | 0.10 | 51.00 |
| 7/15/2026 | | AW | PREPARE JUNE 2026 CH 11 OPERATING REPORT | 510.00 | 1.50 | 765.00 |
| 7/20/2026 | | AW | PREPARE JUNE 2026 MOR | 510.00 | 0.20 | 102.00 |

Bachecki, Crom & Co., LLP
Bankruptcy Detailed Work-in-Process

**Exhibit B**

October 12, 2026

VILLA CHARDONNAY HORSES WITH WINGS, INC. (Case Number: 25-04245-JBM11)
Leslie T. Gladstone, Trustee

| Date | Int | Emp | Service Description | Rate | Hours | Bill Amt. |
|---|---|---|---|---|---|---|
| 8/6/2026 | | AW | START ON JULY 2026 MOR | 510.00 | 0.10 | 51.00 |
| 8/10/2026 | | AW | PREPARE JULY 2026 MOR | 510.00 | 1.50 | 765.00 |
| 8/11/2026 | | AW | WORK ON JULY 2026 MOR | 510.00 | 0.20 | 102.00 |
| 9/15/2026 | | AW | PREPARE AUGUST 2026 CH 11 MOR | 510.00 | 1.20 | 612.00 |
| 9/16/2026 | | AW | PREPARE AUGUST 2026 MOR | 510.00 | 0.50 | 255.00 |
| | | | **Subtotal Fees - Monthly Operating Reports** | **510.00** | **9.20** | **4,692.00** |
| | | | **Engagement: (EXEMPT) TAX RETURN PREPARATION** | | | |
| 5/14/2026 | | PL | PREPARE 2025 EXTENSION REQUEST | 475.00 | 0.20 | 95.00 |
| 5/14/2026 | | AW | CHECK FED TAX EXTENSION BEFORE WE E-FILE IT | 510.00 | 0.10 | 51.00 |
| 5/22/2026 | | AW | RESPOND TO TTEE RE QUESTION ABOUT TAX NOTICE | 510.00 | 0.10 | 51.00 |
| 9/24/2026 | | PL | PREPARE 2025 FEDERAL AND CALIFORNIA RETURNS | 475.00 | 4.60 | 2,185.00 |
| 9/24/2026 | | AW | REVIEW AND SIGN 2025 FORM 990 EXEMPT TAX RETURNS | 510.00 | 0.40 | 204.00 |
| 9/25/2026 | | PL | PREPARE 2025 FEDERAL AND CALIFORNIA EXEMPT RETURNS | 475.00 | 0.70 | 332.50 |
| 9/25/2026 | | AW | PREPARE 2025 EXEMPT TAX RETURNS | 510.00 | 0.30 | 153.00 |
| | | | **Subtotal Fees - Tax Return Preparation** | **479.92** | **6.40** | **3,071.50** |
| | | | **Engagement: ADMINISTRATION** | | | |
| 10/12/2026 | | AW | PREPARE SECOND INTERIM FEE APPLICATION | 510.00 | 0.90 | 459.00 |
| | | | **Subtotal Fees - Administration** | **510.00** | **0.90** | **459.00** |
| | | | **TOTAL FEES** | **504.96** | **38.20** | **19,289.50** |

Bachecki, Crom & Co., LLP
Bankruptcy Detailed Work-in-Process

**Exhibit B**

October 12, 2026

VILLA CHARDONNAY HORSES WITH WINGS, INC. (Case Number: 25-04245-JBM11)
Leslie T. Gladstone, Trustee

| Date | Int | Emp | Service Description | Rate | Hours | Bill Amt. |
|---|---|---|---|---|---|---|
| **COSTS INCURRED:** | | | | | | |
| **Engagement: Expenses** | | | | | | |
| 5/1/2026 | | | PACER CHARGE | | | 2.80 |
| 6/1/2026 | | | PACER CHARGE | | | 4.40 |
| 7/1/2026 | | | PACER CHARGE | | | 7.40 |
| 8/3/2026 | | | PACER CHARGE | | | 2.90 |
| 9/8/2026 | | | PACER CHARGE | | | 13.70 |
| 9/25/2026 | | | COPY CHARGE | | | 7.40 |
| 9/25/2026 | | | POSTAGE CHARGE | | | 20.14 |
| 10/1/2026 | | | PACER CHARGE | | | 4.00 |
| | **TOTAL COSTS** | | | | | **62.74** |
| | **TOTAL FEES AND COSTS** | | | | | **19,352.24** |