# PROOF OF SERVICE

I, Candi Collins, hereby declare as follows:

I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California. My business address is 5656 La Jolla Blvd., La Jolla, California 92037.

On **October 23, 2026**, I served the following document(s):

**SECOND INTERIM APPLICATION FOR COMPENSATION BY ACCOUNTANT FOR TRUSTEE**

**JEFF WIEMANN'S SECOND INTERIM FEE APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR NON-PROFIT CONSULTANT FOR THE CHAPTER 11 TRUSTEE**

**FINANCIAL LAW GROUP'S SECOND INTERIM APPLICATION FOR AWARD OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS FOR TRUSTEE**

**X** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("**LBR**"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 23, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- Christin A. Batt christinb@flgsd.com, candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com
- Kevin Dwight kdwight@manatt.com
- David K. Eldan David.Eldan@doj.ca.gov, rpinal@pmcos.com
- Leslie T. Gladstone candic@flgsd.com, christinb@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com
- Leslie T. Gladstone leslieg@flgsd.com, candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com
- Carl Grumer cgrumer@manatt.com

- Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- Haeji Hong Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- Meredith King mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com
- Andrew Levin andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com
- Hilda Montes de Oca hildam@flgsd.com, leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com;henrya@flgsd.com
- Shelby Poteet spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com
- Matthew Sirolly msirolly@dir.ca.gov
- Nissan Thomas info@nissanthomaslaw.com
- Michael R Totaro Ocbkatty@aol.com
- United States Trustee ustp.region15@usdoj.gov

All other interested parties in this action that are not a registered ECF User are served as follows:

<u>X</u> **<u>by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID</u>**, by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service.

Haeji Hong, Esq.
United States Trustee
Office of the U.S. Trustee
880 Front Street, Suite 3230
San Diego, CA 92101
***Office of the United States Trustee and Request for Special Notice***
***Via U.S. Mail – Postage Paid***

Darlene Sears
2420 Gondar Ave.
Long Beach, CA 90815-2214
***Special Notice Creditor***
***VIA FIRST CLASS MAIL – POSTAGE PAID***

Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086
***Special Notice Creditor***
***Via U.S. Mail – Postage Paid***

Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065
***Special Notice Creditor***
***Via U.S. Mail – Postage Paid***

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed **October 23, 2026**, at Litchfield Park, Arizona.

Candi Collins
Candi Collins