CSD 1181 [12/01/23]

Name, Address, Telephone No. & I.D. No.
Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
Financial Law Group, PC
5656 La Jolla Blvd., La Jolla, CA 92037
Telephone (858) 454-9887
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC.,

BANKRUPTCY NO. 25-04245-JBM11

Tax I.D.(EIN)#: 27-0666624 /S.S.#:XXX-XX-______ Debtor(s).

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on December 1, 2026, at 1:30 p.m., in Department 2, Room 118, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Financial Law Group, Bachecki, Crom & Co., LLP and Jeff Wiemann, for [check the appropriate box]:

- ☐ Dismissal of a chapter 7, 11 or 12 case;
- ☐ Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;
- ☑ Allowance of ☑ interim ☐ final compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by FRBP 2002(c)(2)];
- ☐ Appointment of a trustee in a chapter 11 case; or
- ☐ Other [specify the nature of the matter]:

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: October 23, 2026

/s/ Leslie T. Gladstone
[Attorney for] Moving Party

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the 23 day of October 2026, I served a true copy of the within NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On October 23, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Attorney for Debtor (or Debtor), if required:

Christin A. Batt christinb@flgsd.com, candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com
Kevin Dwight kdwight@manatt.com
David K. Eldan David.Eldan@doj.ca.gov, rpinal@pmcos.com
Leslie T. Gladstone leslieg@flgsd.com, candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com
Carl Grumer cgrumer@manatt.com
Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
Haeji Hong Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
Meredith King mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com
Andrew Levin andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com
Hilda Montes de Oca hildam@flgsd.com, leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com;henrya@flgsd.com
Shelby Poteet spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com
Matthew Sirolly msirolly@dir.ca.gov
Nissan Thomas info@nissanthomaslaw.com
Michael R Totaro Ocbkatty@aol.com

☑ Leslie T. Gladstone candic@flgsd.com, christinb@flgsd.com;ltg@trustesolutions.net; andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com

☑ For Chapter 7, 11, & 12 cases:

UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:

MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail**:

On October 23, 2026, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐ Attorney for Debtor (or Debtor), if required:

SEE ATTACHED SERVICE LIST

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on ____________________ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on October 23, 2026
(Date)

Candi Collins *Candi Collins*
(Typed Name and Signature)

5656 La Jolla Blvd.
(Address)

La Jolla, CA 92037
(City, State, ZIP Code)

Label Matrix for local noticing
0974-3
Case 25-04245-JBM11
Southern District of California
San Diego

California Labor Commissioner
DLSE Legal Unit
320 W. 4th Street
Ste 600
Los Angeles, CA 90013-2350

United States Trustee
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101-8897

Villa Chardonnay Horses With Wings, Inc.
PO Box 1000
Julian, CA 92036-1000

U.S. Bankruptcy Court
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101-6991

Allstate Propane
31500 Grape St # 3-404
Lake Elsinore, CA 92532-9709

Andres Sandoval
Attn. Labor Commissioner's Office
3737 Main St Ste 850
Riverside, CA 92501-3350

Benjamin Heston
Nexus Bankruptcy
3090 Bristol Street
Costa Mesa, CA 92626-3079

Benjamin Moreno
Attn. Labor Commissioner's Office
3737 S Main St # 850
Riverside, CA 92501-3350

Bruno Gonzalez
c/o Adamson Ahdoot, LLP
1150 S Robertson Blvd
Los Angeles, CA 90035-1404

Bruno Soto Gonzalez
1122 S. La Cienega Blvd.
Los Angeles, CA 90035-0010

California State Labor Commissioner
ATTN: Lindsey Lara
1500 Hughes Way, Suite C-202
Long Beach, CA 90810-1882

Carol Armbrust
P.O. Box 203
Chester, ID 83421-0203

Celine Myers and The Ark Watch Foundation
203 Redwood Shores Parkway
Suite 125
Redwood City, CA 94065-6125

Connor J. Farley
MANATT, PHELPS & PHILLIPS, LLP
203 Redwood Shores Pkwy, Ste 125
Redwood City, CA 94065-6125

Cynthia Montgomery
C/O Allen Kate
888 Prospect St Ste 200
La Jolla, CA 92037-4261

Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086-9280

Darlene Sears
2420 Gondar Ave
Long Beach, CA 90815-2214

Elias Villafuerte-Rubio
Attn. Labor Commissioner's Office
320 W 4th St Ste 450
Los Angeles, CA 90013-2479

Haeji Hong
United States Trustee's Office
880 Front Street, Suite 3230
San Diego, CA 92101-8897

Internal Revenue Service
General Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Investors Mortgage Lending Group, Inc
Po Box 2354
Rcho Santa Fe, CA 92067-2354

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(p)DEERE CREDIT SERVICES INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

John Deere Financial (2)
Attn. Customer Service
Po Box 5328
Madison, WI 53705-0328

Kevin P. Dwight
MANATT, PHELPS & PHILLIPS, LLP
203 Redwood Shores Pkwy, Ste 125
Redwood City, CA 94065-6125

Margaret Mannex
1755 Lilac Rd.
Ramona, CA 92065-1116

Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065-1116

Meredith King, Esq.
FRANKLIN SOTO LEEDS LLP
444 West C St., Suite 300
San Diego, CA 92101-3597

Monika Kerber Perez
P.O. Box 1000
Julian, CA 92036-1000

Nexus Bankruptcy
3090 Bristol Street #400
Costa Mesa, CA 92626-3063

Private Mortgage Lending, LLC
Po Box 2354
Rcho Santa Fe, CA 92067-2354

Raul Garcia
Attn. Labor Commissioner's Office
320 W 4th St Ste 450
Los Angeles, CA 90013-2479

Rey Velazquez
Attn. Labor Commissioner's Office
3737 Main St Ste 850
Riverside, CA 92501-3350

(p)RIVER FALLS LLC
ATTN DEANN CARY
2240 ENCINITAS BOULEVARD #D131
ENCINITAS CA 92024-4345

River Falls, LLC
Attn. June Sifuentes
2840 Fletcher Pkwy # 144
El Cajon, CA 92020-2111

River Falls, LLC
c/o FRANKLIN SOTO LEEDS LLP
Attn.: Meredith King, Esq.
444 West C St., Suite 300
San Diego, CA 92101-3597

SAN DIEGO GAS AND ELECTRIC
Attn: Credit & Collections / Bankruptcy,
8326 Century Park Court
San Diego, CA 92123-1576

San Diego Department of Gas & Electric
Po Box 25111
Santa Ana, CA 92799-5111

Santos Figueroa
Attn. Labor Commissioner's Office
320 W 4th St Ste 340
Los Angeles, CA 90013-2343

Santos Rodriguez
Attn. Labor Commissioner's Office
320 W 4th St Ste 340
Los Angeles, CA 90013-2343

Shelby A. Poteet, Esq.
FRANKLIN SOTO LEEDS LLP
444 West C St., Suite 300
San Diego, CA 92101-3597

Small Business Association
CESC Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243

State of California Labor Commission
464 W 4th St 478
Sn Bernrdno, CA 92401-1414

The ARK Watch Foundation
Manatt, Phelps & Phillips, LLP
203 Redwood Shores Pkwy Ste 450
Redwood City, CA 94065-6100

The Ark Watch andcCeline Myers
c/o Manatt, Phelps & Phillips, LLP
1 Embarcadero Ctr Fl 30
San Francisco, CA 94111-3719

(p)U S SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

Waste Management
Attn. Rentto & Rentto
3517 Camino Del Rio S Ste 412
San Diego, CA 92108-4046

David K Eldan
California Department of Justice
300 S. Spring St, #1702
Los Angeles, CA 90013-1256

~~(p)LESLIE T GLADSTONE TRUSTEE
5656 LA JOLLA BLVD
LA JOLLA CA 92037-7523~~

Michael R Totaro
Totaro & Shanahan, LLP
P.O. Box 789
Pacific Palisades, CA 90272-0789

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud, MN 56302-7999

John Deere Financial
6400 Nw 86th St
Johnston, IA 50131

River Falls, LLC
2240 Encinitas Boulevard #D131
Encinitas, CA 92024

U.S. Small Business Administration
Office of General Counsel (ACM)
312 North Spring Street, Floor 5
Los Angeles, CA 90012

~~Leslie T. Gladstone
5656 La Jolla Blvd.,
La Jolla, CA 92037~~

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Private Mortgage Lending, Inc.

(u)River Falls, LLC

(u)The Ark Watch Foundation

(u)The Armbrust Living Trust

(u)Celine Myers

(d)Dale Fullerton
30002 Chihuahua Valley
Warner Springs, CA 92086-9280

(d)Darlene Sears
2420 Gondar Ave
Long Beach, CA 90815-2214

(d)Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065-1116

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 50 |
| Bypassed recipients | 8 |
| Total | 58 |

CSD 1181A (Page 3) [08/01/11] **[TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]**

APPLICANT FINANCIAL LAW GROUP, REPRESENTING [Name & Title] ATTORNEYS FOR CHAPTER 7 TRUSTEE

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 01/29/26 to 05/12/26 | $120,143.00 | $120,143.00 | $120,143.00 | | | $1,921.14 | $1,921.14 |
| 2ND INTERIM 05/13/26 to 10/13/26 | $269,156.00 | | | | | $4,824.86 | |
| TOTALS: | $389,299.00 | $120,143.00 | $120,143.00 | | | $6,746.00 | $1,921.14 |

APPLICANT BACHECKI, CROM & CO., LLP, REPRESENTING [Name & Title] ACCOUNTANTS FOR CHAPTER 7 TRUSTEE

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[2] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1st INTERIM 02/02/26 to 04/28/26 | $9,735.50 | $9,735.50 | $9,735.50 | | | $65.14 | $65.14 |
| 2ND INTERIM 04/29/26 to 10/12/26 | $19,289.50 | | | | | $62.74 | |
| TOTALS: | $29,025.00 | $9,735.50 | $9,735.50 | | | $127.88 | $65.14 |

APPLICANT JEFF WIEMANN, REPRESENTING [Name & Title] CONSULTANT FOR CHAPTER 7 TRUSTEE

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[3] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1st INTERIM 02/04/26 to 05/03/26 | $18,497.50 | $18,497.50 | $18,497.50 | | | $1,017.60 | $1,017.60 |
| 2ND INTERIM 06/18/26 to 07/31/26 | $5,655.61 | | | | | $0 | |
| TOTALS: | $24,153.11 | $18,497.50 | $18,497.50 | | | $1,017.60 | $1,017.60 |

[1] Please provide an explanation for this disallowance.

[2] Please provide an explanation for this disallowance.

[3] Please provide an explanation for this disallowance.