CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq. (SBN 144615)
FINANCIAL LAW GROUP
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

Order Entered on
October 26, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC.

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: J. Barrett Marum

## ORDER ON

### TRUSTEE'S NOTICE OF INTENDED ACTION AUTHORIZING HOME IMPROVEMENT CONTRACT FOR DEEP CLEANING AND TRASH REMOVAL

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion/Application Docket Entry No. 302.

//

//

//

//

//

//

//

DATED: October 23, 2026

[signature]
Judge, United States Bankruptcy Court

On or about September 29, 2026, Leslie T. Gladstone, chapter 11 trustee ("Trustee"), filed and served her Notice of Intended Action and Opportunity for Hearing seeking an order authorizing Trustee to enter into a home improvement contract with Albert Ruiz, dba AR Construction Services for deep cleaning and trash haul out (the "Agreement") with respect to the property at 4554 Boulder Creek Rd., Julian, CA 92036 and 4430 Boulder Creek Road, Julian, CA 92036 (collectively, the "Property").

The contract price is $8,640.00 (the "Contract Price") and includes deep cleaning of the main house, guest house, and cattery at the Property, as well as trash haul out from various locations around the Property.

River Falls LLC, the first priority lienholder on the Property, has consented to payment of the Contract Price out of escrow as a carveout to its lien on the Property, and the Contract Price will be paid upon closing of a sale of the Property.

It appearing that no opposition was filed; and the Court finding that the Notice of Intended Action is fair, reasonable and adequate, that notice was proper, for the reasons stated in the record and that good cause exists,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Trustee is authorized to enter into the Agreement with Albert Ruiz, dba AR Construction Services for deep cleaning of the main house, guest house, and cattery at the Property, as well as trash haul out from various locations around the Property.

2. The Contract Price of $8,640.00 shall be paid out of escrow as a carveout to the River Falls LLC lien on the Property, upon closing of a sale of the Property.

IT IS SO ORDERED.



Signed by Judge J Barrett Marum October 23, 2026