**Michael R. Totaro 102229**
**Totaro & Shanahan, LLP**
**P.O. Box 789**
**Pacific Palisades, CA 90272**
**(310) 804 2157**
**(310) 496-1260 (f)**
**Ocbkatty@aol.com**

**Attorneys for Debtor in Possession**

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION**

| | |
|---|---|
| **In re**<br><br>**Monika Perez Kerber**<br><br>**Debtor in Possession.** | **CASE NO. 3:25-bk-04318-CL**<br><br>**Chapter 11**<br><br>**Certificate of Service of Reply to Opposition and Declaration in Support**<br><br>**Date: November 3, 2026**<br>**Time: 1:30 pm**<br>**Ctrm: 2 RM 118**<br>**Location: 325 F. St. San Diego, CA 92101**<br>**Hon. J. Barrett Marum** |

I, Michael R. Totaro, declare:

I am employed in the County of Los Angeles. I am over the age of eighteen and not a party to this case. My business mailing address is P.O. Box 789, Pacific Palisades, CA 90272. I am an employee of the law firm of Totaro & Shanahan, LLP.

On October 27, 2026 I served the following documents described as:

1. Reply of Micheal R. Totaro, Maureen J. Shanahan and Totaro & Shanahan to Trustee's Opposition to Revised First and Final Fee Application
2. Supplemental Declaration of Michael R. Totaro in Support of Reply to Opposition to Revised First and Final Fee Application and Exhibit

the parties listed in the within action in the following manner:

**x_ (Email Service)** Pursuant to Fed.R.Civ.P 5, I transmitted via electronic (email) mail to the attached email addresses, the above described documents.

See Below

X (**US Postal Service**) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. By enclosing the documents in a sealed envelope, with postage fully pre-paid affixed thereto, and depositing the envelope with the United States Post Office for service by regular, first class United States mail addressed as follows:

See below

I affirm under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 27, 2026 at Los Angeles, Ca.

/s/ Michael R. Totaro
Michael R. Totaro

**Ecf Service**:

- **HGerald H. Davis ghd@trusteedavis.com, ghd@trustesolutions.net**
- **Benjamin Heston bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net**
- **Meredith King mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law**
- **Michael R Totaro Ocbkatty@aol.com**
- **United States Trustee ustp.region15@usdoj.gov**
-

**Manual Service**

**Allstate Propane**
31500 Grape St # 3-404
Lake Elsinore, CA 92532-9709

**Andres Sandoval**
Attn. Labor Commissioner's Office
3737 Main St Ste 850
Riverside, CA 92501-3350

**Benjamin Moreno**
Attn. Labor Commissioner's Office
3737 S Main St # 850
Riverside, CA 92501

**Bruno Gonzalez**
c/o Adamson Ahdoot, LLP
1150 S Robertson Blvd
Los Angeles, CA 90035

**Bruno Soto Gonzalez**
1122 S. La Cienega Blvd.
Los Angeles, CA 90035

**CACH, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Carol Armbrust**
P.O. Box 203
Chester, ID 83421

**Charles Robert Windon**
1122 S. La Cienega Blvd.
Los Angeles, CA 90035

**Cynthia Montgomery**
C/O Allen Kate
888 Prospect St Ste 200
La Jolla, CA 92037-4261

**Darlene Sears**
2420 Gondar Ave
Long Beach, CA 90815-2214

**Elias Villafuerte-Rubio**

Attn. Labor Commissioner's Office
320 W 4th St Ste 450
Los Angeles, CA 90013-2479

**Internal Revenue Service**
General Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

**Investors Mortgage Lending Group, Inc**
Po Box 2354
Rcho Santa Fe, CA 92067-2354

**Jefferson Capital Systems LLC**
Po Box 7999
Saint Cloud, MN 56302-7999

**John Deere Financial**
6400 Nw 86th St
Johnston, IA 50131

**John Deere Financial (2)**
Attn. Customer Service
Po Box 5328
Madison, WI 53705-0328

**Meredith King**
Franklin Soto Leeds LLP
444 West C Street, Suite 300
San Diego, California 92101

**Meredith King**
Franklin Soto Leeds LLP
444 West C Street, Suite 300
San Diego, California 92101

**MERRICK BANK**
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

**Nexus Bankruptcy**
3090 Bristol Street#400
Costa Mesa, CA 92626

**Private Mortgage Lending, LLC**
Po Box 2354
Rcho Santa Fe, CA 92067-2354

**Raul Garcia**
Attn. Labor Commissioner's Office
320 W 4th St Ste 450
Los Angeles, CA 90013-2479

**Rey Velazquez**
Attn. Labor Commissioner's Office
3737 Main St Ste 850
Riverside, CA 92501-3350

**River Falls, LLC**
Attn. June Sifuentes
2840 Fletcher Pkwy # 144
El Cajon, CA 92020-2111

**San Diego Department of Gas & Electric**
Po Box 25111
Santa Ana, CA 92799-5111

**Santos Figueroa**
Attn. Labor Commissioner's Office
320 W 4th St Ste 340
Los Angeles, CA 90013

**Santos Rodriguez**
Attn. Labor Commissioner's Office
320 W 4th St Ste 340
Los Angeles, CA 90013-2343

**Small Business Association**
CESC Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243

**State of California Labor Commission**
464 W 4th St 478
Sn Bernrdno, CA 92401-1407

**The Ark Watch andcCeline Myers**
c/o Manatt, Phelps & Phillips, LLP
1 Embarcadero Ctr Fl 30
San Francisco, CA 94111-3719

**The ARK Watch Foundation**
Manatt, Phelps & Phillips, LLP
203 Redwood Shores Pkwy Ste 450
Redwood City, CA 94065-6100

**Waste Management**
Attn. Rentto & Rentto
3517 Camino Del Rio S Ste 412
San Diego, CA 92108-4046