# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

***Hearing Information:***

**Debtor:** Villa Chardonnay Horses With Wings, Inc.
**Case Number:** 25-04245-JBM **Chapter:** 11
**Date / Time/ Room:** 11/03/2026 1:30 PM, Department 2
**Bankruptcy Judge:** J. Barrett Marum
**Courtroom Clerk:** Russell Paluso
**ECRO:** N/A

***Matters:***

REVISED FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY: TOTARO & SHANAHAN, LLP

***Appearances:***

MAUREEN SHANAHAN, FORMER ATTORNEY FOR VILLA CHARDONNAY HORSES WITH WINGS, INC. (video)
HILDA MONTES DE OCA, ATTORNEY FOR LESLIE T. GLADSTONE, CHAPTER 11 TRUSTEE

***Disposition:***

Matter taken under submission.

Written Order to come from the Court.