CSD 1001A [07/01/18]

Name, Address, Telephone No. & I.D. No.
Leslie T. Gladstone, Esq. (SBN 144615)
Hilda M. Montes de Oca, Esq. (SBN 287605)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

Order Entered on
November 10, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor.

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: December 3, 2026
Time of Hearing: 10:00 a.m.
Name of Judge: J. Barrett Marum

## ORDER ON

### STIPULATION TO CONTINUE HEARING AND EXTENSION OF TIME TO RESPOND TO LABOR COMMISSIONER'S MOTION FOR ALLOWANCE AND PAYMENT OF LABOR COMMISSIONER'S ADMINISTRATIVE EXPENSES (POST-PETITION EMPLOYEE WAGES)

The court orders as set forth on the continuation pages attached and numbered 2 through 7 with exhibits, if any, for a total of 7 pages. Motion/Application Docket Entry No. 324.

//

//

//

//

//

//

//

DATED: November 10, 2026

[signature]
Judge, United States Bankruptcy Court

Having reviewed the Stipulation to Continue Hearing and Extension of Time to Respond to Labor Commissioner's Motion for Allowance and Payment of Labor Commissioner's Administrative Expenses (Post-Petition Employee Wages) (the "Stipulation") entered into by and between Leslie T. Gladstone, chapter 11 trustee ("Trustee"), secured creditor River Falls, LLC ("River Falls"), and the Labor Commissioner of the State of California ("Labor Commissioner") (together, the "Parties"), by and through their respective counsel of record,

IT IS HEREBY ORDERED,

1. The Stipulation attached hereto as Exhibit A is approved.

2. The hearing on the Labor Commissioner's Motion for Allowance and Payment of Labor Commissioner's Administrative Expenses (Post-Petition Employee Wages) (the "Motion") currently scheduled for December 3, 2026, at 10:00 a.m., in Department Two (2), is hereby continued to January 14, 2027, at 1:30 p.m. in Department Two (2).

3. The deadline to respond to the Motion is extended from November 8, 2026 to December 9, 2026, for the Trustee and River Falls only.

4. The Labor Commissioner's deadline to reply to any response filed by the Trustee and/or River Falls is extended to December 23, 2026.

5. The deadline for any other parties to respond to the Motion remains unchanged.

IT IS SO ORDERED.

Signed by Judge J Barrett Marum November 10, 2026

# EXHIBIT "A"

EXHIBIT "A"

Signed by Judge J Barrett Marum November 10, 2026

Leslie T. Gladstone, Esq. (SBN 144615)
Hilda M. Montes de Oca, Esq. (SBN 287605)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
Email: LeslieG@flgsd.com
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VILLA CHARDONNAY HORSES WITH WINGS, INC.,<br><br>Debtor(s). | Case No.: 25-04245-JBM11<br><br>**STIPULATION TO CONTINUE HEARING AND EXTENSION OF TIME TO RESPOND TO LABOR COMMISSIONER'S MOTION FOR ALLOWANCE AND PAYMENT OF LABOR COMMISSIONER'S ADMINISTRATIVE EXPENSES (POST-PETITION EMPLOYEE WAGES)**<br><br>Present Hearing Date<br>Date: December 3, 2026<br>Time: 10:00 a.m.<br><br>Proposed Hearing Date<br>Date: January 14, 2027<br>Time: 1:30 p.m.<br><br>Dept: Two (2)<br>Honorable J. Barrett Marum |

Leslie T. Gladstone, Chapter 11 Trustee ("**Trustee**"), secured creditor River Falls, LLC ("**River Falls**"), and the Labor Commissioner of the State of California



Signed by Judge J Barrett Marum November 10, 2026

("**Labor Commissioner**") (together, the "**Parties**"), by and through their respective counsel, stipulate and agree as follows:

On or about August 31, 2026, California Labor Commissioner filed its Motion for Allowance and Payment of Administrative Expenses (Post-Petition Employee Wages) (the "**Motion**"), scheduling a hearing to be held on November 5, 2026, at 10:00 a.m. (ECF No. 279). The deadline to respond to the Motion was September 15, 2026.

The Parties entered into a Stipulation Re: Extension of Time to Respond to Motion for Allowance and Payment of Administrative Expenses (the "**Stipulation**). ECF No. 293). On September 16, 2026, this Court entered its order approving the Stipulation extending the deadline to respond to the Motion to October 8, 2026 for the Trustee and River Falls only. The Labor Commissioner's deadline to reply to any response filed by the Trustee and/or River Falls was extended from September 22, 2026 to October 22, 2026. (ECF No. 294)

The Parties entered into a Stipulation to Continue Hearing and Extension of Time to Respond to Labor Commissioner's Motion for Allowance and Payment of Labor Commissioner's Administrative Expenses (Post-Petition Employee Wages) (the "**Stipulation 2**). ECF No. 305). On October 7, 2026, this Court entered its order approving the Stipulation 2 extending the deadline to respond to the Motion to November 8, 2026, for the Trustee and River Falls only. The Labor Commissioner's deadline to reply to any response filed by the Trustee and/or River Falls was extended to November 22, 2026. (ECF No. 306)

The Trustee, River Falls, and counsel for the Labor Commissioner have been in communication regarding the Motion, and the Trustee and River Falls have requested additional time to respond to facilitate a potential consensual resolution of any opposition to the Motion.



Signed by Judge J Barrett Marum November 10, 2026

The Parties have agreed to continue the hearing on the Motion, currently scheduled for December 3, 2026, at 10:00 a.m., to January 14, 2027, at 1:30 p.m., in Department Two (2) of the United States Bankruptcy Court.

The Parties have agreed that the deadline to respond to the Motion is extended from November 8, 2026 to December 9, 2026 for the Trustee and River Falls only. The Labor Commissioner's deadline to reply to any response filed by the Trustee and/or River Falls is extended to December 23, 2026.

IT IS SO STIPULATED.

Dated: November 9, 2026

FINANCIAL LAW GROUP, PC

By: /s/ Leslie T. Gladstone
Leslie T. Gladstone, Esq.
Attorneys for Leslie T. Gladstone, Trustee

Dated: November 9, 2026

FRANKLIN SOTO LEEDS LLP

By: /s/ Meredith King
MEREDITH KING, ESQ.
PAUL LEEDS, ESQ.
Attorneys for River Falls, LLC, Private Mortgage Lending, Inc., and The Armbrust Living Trust

Dated: November 9, 2026

STATE OF CALIFORNIA LABOR COMMISSIONER'S OFFICE

By: /s/ Matthew Sirolly
MATTHEW SIROLLY, ESQ.
Attorney for Labor Commissioner of the State of California



Signed by Judge J Barrett Marum November 10, 2026

## CERTIFICATION PURSUANT TO LOCAL RULE 5005-4(E)

I certify that the content of the foregoing stipulated request is acceptable to all persons required to sign such stipulation.

Dated: November 9, 2026

/s/ Leslie T. Gladstone
Leslie T. Gladstone, Esq.,
Attorneys for Leslie T. Gladstone,
Chapter 11 Trustee



Signed by Judge J Barrett Marum November 10, 2026

United States Bankruptcy Court
Southern District of California

In re:
Villa Chardonnay Horses With Wings, Inc.
Debtor

Case No. 25-04245-JBM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0974-3 | User: Admin. | Page 1 of 3
Date Rcvd: Nov 10, 2026 | Form ID: pdfO1 | Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026    Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Levin | on behalf of Trustee Leslie T. Gladstone andrewl@flgsd.com leslieg@flgsd.com;christinb@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Benjamin Heston | on behalf of Creditor Darlene Sears bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Creditor Celine Myers cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs Celine Myers cgrumer@manatt.com |
| Carl Grumer | on behalf of Creditor The Ark Watch Foundation cgrumer@manatt.com |
| Christin A. Batt | on behalf of Trustee Leslie T. Gladstone christinb@flgsd.com candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |

Christin A. Batt
on behalf of Plaintiffs Leslie T. Gladstone christinb@flgsd.com
candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com

David K. Eldan
on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov rpinal@pmcos.com

Haeji Hong
on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov
USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

Hilda Montes de Oca
on behalf of Trustee Leslie T. Gladstone hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com;henrya@flgsd.com

Hilda Montes de Oca
on behalf of Plaintiffs Leslie T. Gladstone hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com;henrya@flgsd.com

Hilda Montes de Oca
on behalf of Counter-Defendant Leslie T. Gladstone hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com;henrya@flgsd.com

Hilda Montes de Oca
on behalf of Attorney Financial Law Group hildam@flgsd.com
leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com;henrya@flgsd.com

Kevin Dwight
on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com brmiller@manatt.com

Kevin Dwight
on behalf of Plaintiffs Celine Myers kdwight@manatt.com brmiller@manatt.com

Kevin Dwight
on behalf of Creditor Celine Myers kdwight@manatt.com brmiller@manatt.com

Kevin Dwight
on behalf of Plaintiffs The Ark Watch Foundation kdwight@manatt.com brmiller@manatt.com

Leslie T. Gladstone
candic@flgsd.com
christinb@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com

Leslie T. Gladstone
on behalf of Attorney Financial Law Group leslieg@flgsd.com
candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com

Leslie T. Gladstone
on behalf of Trustee Leslie T. Gladstone leslieg@flgsd.com
candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com

Matthew Sirolly
on behalf of Creditor California Labor Commissioner msirolly@dir.ca.gov

Meredith King
on behalf of Creditor The Armbrust Living Trust mking@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com

Meredith King
on behalf of Creditor River Falls LLC mking@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com

Meredith King
on behalf of Creditor Private Mortgage Lending Inc. mking@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com

Michael R Totaro
on behalf of Debtor Villa Chardonnay Horses With Wings Inc. Ocbkatty@aol.com

Michael R Totaro
on behalf of Attorney Michael Totaro Totaro & Shanahan LLP Ocbkatty@aol.com

Nissan Thomas
on behalf of Defendant Monika Kerber Perez info@nissanthomaslaw.com

Nissan Thomas
on behalf of Debtor Villa Chardonnay Horses With Wings Inc. info@nissanthomaslaw.com

Shelby Poteet
on behalf of Creditor Private Mortgage Lending Inc. spoteet@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com;3117303420@filings.docketbird.com

Shelby Poteet

on behalf of Creditor River Falls LLC spoteet@fsl.law,
ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com;3117303420@filings.docketbird.com

Shelby Poteet
on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law
ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com;3117303420@filings.docketbird.com

United States Trustee
ustp.region15@usdoj.gov

TOTAL: 33