CSD 1144A [12/01/25]

Name, Address, Telephone No. & I.D. No.

Leslie T. Gladstone, Esq., (SBN 144615)
Christin A. Batt, Esq., (SBN 222584)
Financial Law Group, PC
5656 La Jolla Blvd., La Jolla, CA 92037
Telephone (858) 454-9887
Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

**Order Entered on**
November 17, 2026
**by Clerk U.S. Bankruptcy Court**
**Southern District of California**

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

VILLA CHARDONNAY HORSES
WITH WINGS, INC.,

Debtor(s)

BANKRUPTCY NO. 25-04245-JBM11

Date of Hearing: December 1, 2026
Time of Hearing: 1:30 p.m.
Name of Judge: J. Barrett Marum

**ORDER APPROVING UNOPPOSED ☒ INTERIM ☐ FINAL**
**APPLICATION OF** FINANCIAL LAW GROUP
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Motion Docket Entry No. 312.

//

//

//

//

//

//

DATED: November 17, 2026

Judge, United States Bankruptcy Court

The ☒ interim ☐ final application for allowance of compensation and reimbursement of expenses of the party or parties named was unopposed and decided without oral argument by the Honorable J. Barrett Marum, United States Bankruptcy Judge, presiding.

It appearing that proper notice was given and the Court having considered the application and papers filed in support thereof, and for good cause appearing therefor,

**It is hereby ordered** as follows:

1. The following interim fees and expenses for the period beginning 05/13/2026 and ending 10/13/2026 are allowed and authorized for immediate payment to applicant.

Applicant: Financial Law Group, Attorneys for Chapter 11 Trustee
(Include state bar number, if any, and type of professional)

| | Amount Requested | Allowed | Authorized for Payment |
|---|---|---|---|
| Fees: | $ 269,156.00 | $ 269,156.00 | $ 269,156.00 |
| Costs: | $ 4,824.86 | $ 4,824.86 | $ 4,824.86 |
| Totals: | $ 273,980.86 | $ 273,980.86 | $ 273,980.86 |

2. The following interim fees and expenses were previously allowed but not authorized for payment and are now allowed and authorized for immediate payment to applicant.

Applicant:
(Include state bar number, if any, and type of professional)

| | Authorized for Payment |
|---|---|
| Fees: | $ |
| Costs: | $ |
| Totals: | $ 0.00 |

3. The following final fees and expenses are allowed and authorized for immediate payment to applicant.

Applicant:
(Include state bar number, if any, and type of professional)

| | Allowed and Authorized for Payment |
|---|---|
| Fees: | $ |
| Costs: | $ |
| Totals: | $ 0.00 |

The trustee is authorized to pay ____________, without the need of an additional notice, hearing or court order, the actual amount accrued not to exceed $ ________ for compensation and costs of any miscellaneous work performed in connection with closing this case, subject to the trustee's review and approval of the additional fees and costs.

Payment of all fees and expenses will be made at the discretion of the trustee, if one has been appointed.

All fees and costs allowed by this order may be subject to disgorgement.

Signed by Judge J Barrett Marum November 17, 2026

United States Bankruptcy Court
Southern District of California

In re: Case No. 25-04245-JBM
Villa Chardonnay Horses With Wings, Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3 User: Admin. Page 1 of 3
Date Rcvd: Nov 17, 2026 Form ID: pdfO9 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Villa Chardonnay Horses With Wings, Inc., PO Box 1000, Julian, CA 92036-1000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Levin | on behalf of Trustee Leslie T. Gladstone andrewl@flgsd.com leslieg@flgsd.com;christinb@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Benjamin Heston | on behalf of Creditor Darlene Sears bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Carl Grumer | on behalf of Plaintiffs The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Creditor The Ark Watch Foundation cgrumer@manatt.com |
| Carl Grumer | on behalf of Creditor Celine Myers cgrumer@manatt.com |
| Carl Grumer | on behalf of Plaintiffs Celine Myers cgrumer@manatt.com |
| Christin A. Batt | on behalf of Plaintiffs Leslie T. Gladstone christinb@flgsd.com candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |

| | |
|---|---|
| Christin A. Batt | on behalf of Trustee Leslie T. Gladstone christinb@flgsd.com candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| David K. Eldan | on behalf of Attorney David K Eldan David.Eldan@doj.ca.gov rpinal@pmcos.com |
| Haeji Hong | on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov |
| Hilda Montes de Oca | on behalf of Counter-Defendant Leslie T. Gladstone hildam@flgsd.com leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Hilda Montes de Oca | on behalf of Plaintiffs Leslie T. Gladstone hildam@flgsd.com leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Hilda Montes de Oca | on behalf of Attorney Financial Law Group hildam@flgsd.com leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Hilda Montes de Oca | on behalf of Trustee Leslie T. Gladstone hildam@flgsd.com leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Kevin Dwight | on behalf of Plaintiffs Celine Myers kdwight@manatt.com brmiller@manatt.com |
| Kevin Dwight | on behalf of Creditor Celine Myers kdwight@manatt.com brmiller@manatt.com |
| Kevin Dwight | on behalf of Plaintiffs The Ark Watch Foundation kdwight@manatt.com brmiller@manatt.com |
| Kevin Dwight | on behalf of Creditor The Ark Watch Foundation kdwight@manatt.com brmiller@manatt.com |
| Leslie T. Gladstone | on behalf of Trustee Leslie T. Gladstone leslieg@flgsd.com candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Leslie T. Gladstone | on behalf of Attorney Financial Law Group leslieg@flgsd.com candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Leslie T. Gladstone | candic@flgsd.com christinb@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com |
| Matthew Sirolly | on behalf of Creditor California Labor Commissioner msirolly@dir.ca.gov |
| Meredith King | on behalf of Creditor Private Mortgage Lending Inc. mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com |
| Meredith King | on behalf of Creditor The Armbrust Living Trust mking@fsl.law ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com |
| Meredith King | on behalf of Creditor River Falls LLC mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com |
| Michael R Totaro | on behalf of Debtor Villa Chardonnay Horses With Wings Inc. Ocbkatty@aol.com |
| Michael R Totaro | on behalf of Attorney Michael Totaro Totaro & Shanahan LLP Ocbkatty@aol.com |
| Nissan Thomas | on behalf of Defendant Monika Kerber Perez info@nissanthomaslaw.com |
| Nissan Thomas | on behalf of Debtor Villa Chardonnay Horses With Wings Inc. info@nissanthomaslaw.com |
| Shelby Poteet | on behalf of Creditor Private Mortgage Lending Inc. spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com;3117303420@filings.docketbird.com |
| Shelby Poteet | |

on behalf of Creditor River Falls LLC spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com;3117303420@filings.docketbird.com

Shelby Poteet
on behalf of Creditor The Armbrust Living Trust spoteet@fsl.law ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com;3117303420@filings.docketbird.com

United States Trustee
ustp.region15@usdoj.gov

TOTAL: 33