Leslie T. Gladstone, Esq. (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP, PC
5656 La Jolla Blvd.
La Jolla, CA 92037
Telephone: (858) 454-9887
E-mail: LeslieG@flgsd.com

Attorneys for Leslie T. Gladstone, Chapter 11 Trustee

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

VILLA CHARDONNAY HORSES WITH WINGS, INC.,

Debtor(s).

Case No.: 25-04245-JBM11

**STATUS REPORT FROM TRUSTEE FOR STATUS CONFERENCE ON CHAPTER 11 PETITION**

**Date:** **December 3, 2026**
**Time:** **10:00 a.m.**
**Dept:** **Two (2)**

**Honorable J. Barrett Marum**

Leslie T. Gladstone, chapter 11 trustee ("**Trustee**"), offers this Status Report with respect to the Court's Status Conference on Chapter 11 Petition scheduled for December 3, 2026.

**A. Turnover Proceedings/Appeal**

As the Court is aware, on April 6, 2026, Trustee commenced an adversary proceeding with her Complaint for Turnover of Real Property of Estate and Issuance of Writ of Execution (the "**Turnover Complaint**") against Monika Kerber Perez ("**Perez**") and Mercedes Flores ("**Flores**") as to their postpetition possession of the main house on the Property (the "**Main House**").

The Turnover Complaint was filed on April 6, 2026. On July 1, 2026, the Court conducted a trial as to Trustee's entitlement to possession of the Property, including the Main House. The Court's oral ruling was issued on July 8, 2026, in Trustee's favor, commanding that Perez and Flores vacate the Property by July 15, 2026. Findings of Fact and Conclusions of Law were then entered on July 13, 2026 (the "**Turnover Judgment**").

Kerber and Flores did in fact, vacate the Property on July 15, 2026. Kerber also appealed the Turnover Judgment, as well as various other orders of the Court. However, no appellate brief was filed, and the Court of Appeals has dismissed the appeal.

**B. <u>Status of Animals</u>**

SD Humane concluded its operations at the Property on or about July 15, 2026. All animals have now been removed.

**C. <u>Sale of Property/Carve Outs</u>**

Trustee worked with her brokers and the first priority lender on certain repairs being done to the Main House and Property. These repairs are now completed, and the Property has been listed for sale. Upon receiving a signed sale agreement for the Property, Trustee will file a motion to establish bidding procedures and to approve sale of the Property.

Trustee has negotiated an additional carve out with the first priority lender on the Property, River Falls, LLC ("**River Falls**"), for a flat fee of $200,000.00 to be paid to the Estate from the sale of the Property.

**D. <u>Motion to Remove Trustee</u>**

On August 26, 2026, the Court heard Debtor's Motion to Remove Chapter 11 Trustee, to Stay, Vacate or Modify Turnover Orders and for Emergency Evidentiary Hearing (the "**Debtor's Motion**"). (ECF No. 207) Debtor's Motion was denied in its entirety as completely without merit.

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

**E. Non-Profit Operations and Claims Procedure**

With the assistance of the Estate's accountants, Trustee continues to file Reports of Operations and to administer assets of the Estate. Trustee continues to pay the expenses of the Property as and when they incur.

Trustee has also submitted an extensive criminal referral to the United States Trustee with respect to the principals of the Debtor.

On July 14, 2026, Trustee filed the Ex Parte Application to Establish Chapter 11 Administrative Claims Bar Date. (ECF No. 226) The Court approved the request and entered an Order requiring that Chapter 11 Administrative Claims be filed by August 31, 2026. (ECF No. 241) Two motions for approval of administrative claims were filed: (1) Totaro & Shanahan, LLP ("**Totaro**"), in the amount of $39,195.00; and (2) California State Labor Commissioner ("**Department of Labor**"), in the amount of $284,008.43. On November 5, 2026, the Court denied the motion of Totaro and disallowed his requested administrative claim. Totaro was allowed an unsecured claim in the amount of $29,396.25. As to the Department of Labor, this motion is pending, with a current hearing date of January 12, 2027.

Respectfully submitted,

Dated: November 24, 2026

/s/ Leslie T. Gladstone
Leslie T. Gladstone, Esq.
Attorney for Chapter 11 Trustee