FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla, California 92037

# PROOF OF SERVICE

I, Candi Collins, hereby declare as follows:

I am over the age of 18 years and not a party to the within action; and I am employed in the County of San Diego, California. My business address is 5656 La Jolla Blvd., La Jolla, California 92037.

On **November 24, 2026,** I caused to be served the following document(s):

**STATUS REPORT FROM TRUSTEE FOR STATUS CONFERENCE ON CHAPTER 11 PETITION**

on the parties in this action as follows:

**X TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("**LBR**"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 24, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

- **Christin A. Batt** christinb@flgsd.com, candic@flgsd.com;leslieg@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com
- **Kevin Dwight** kdwight@manatt.com, brmiller@manatt.com
- **David K. Eldan** David.Eldan@doj.ca.gov, rpinal@pmcos.com
- **Leslie T. Gladstone** candic@flgsd.com, christinb@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com
- **Leslie T. Gladstone** leslieg@flgsd.com, candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com
- **Carl Grumer** cgrumer@manatt.com
- **Benjamin Heston** bhestonecf@gmail.com, benheston@recap.email,NexusBankruptcy@jubileebk.net
- **Haeji Hong** Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov

- **Meredith King** mking@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;wwoodgeard@fsl.law;17913@notices.nextchapterbk.com
- **Andrew Levin** andrewl@flgsd.com, leslieg@flgsd.com;christinb@flgsd.com;candic@flgsd.com;hildam@flgsd.com;natalik@flgsd.com;henrya@flgsd.com
- **Hilda Montes de Oca** hildam@flgsd.com, leslieg@flgsd.com;candic@flgsd.com;christinb@flgsd.com;andrewl@flgsd.com;natalik@flgsd.com;henrya@flgsd.com
- **Shelby Poteet** spoteet@fsl.law, ssanchez@fsl.law;jwilson@fsl.law;23648@notices.nextchapterbk.com;3117303420@filings.docketbird.com
- **Matthew Sirolly** msirolly@dir.ca.gov
- **Nissan Thomas** info@nissanthomaslaw.com
- **Michael R Totaro** Ocbkatty@aol.com
- **United States Trustee** ustp.region15@usdoj.gov

All other interested parties in this action that are not a registered ECF User are served as follows:

**X** **by U.S. FIRST CLASS MAIL SERVICE, POSTAGE PREPAID**, by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service.

Darlene Sears
2420 Gondar Ave.,
Long Beach, CA 90815-2214
***Special Notice Creditor***
***VIA FIRST CLASS MAIL – POSTAGE PAID***

Dale Fullerton
30002 Chihuahua
Valley Warner Springs, CA 92086
***Special Notice Creditor***
***VIA FIRST CLASS MAIL – POSTAGE PAID***

Margie Mannex
1755 Lilac Rd.
Ramona, CA 92065
***Special Notice Creditor***
***VIA FIRST CLASS MAIL – POSTAGE PAID***

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037

Haeji Hong, Esq.
United States Trustee
Office of the U.S. Trustee
880 Front Street, Suite 3230
San Diego, CA 92101
***VIA FIRST CLASS MAIL – POSTAGE PAID***

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed **November 24, 2026**, at Litchfield Park, Arizona.

Candi Collins

Candi Collins

FINANCIAL LAW GROUP
5656 La Jolla Boulevard
La Jolla. California 92037